Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE through TEN,<br><br>Defendants. | No. 11-5424 BHS<br><br>NOTICE OF APPEARANCE |

TO: Plaintiffs, Clyde Ray Spencer, Matthew Ray Spencer and Kathryn E. Tetz, and your attorney, Daniel Davies:

COME NOW the Defendants, James M. Peters, Sharon Krause, Michael Davidson, Clark County Prosecutor's Office, Clark County Sheriff's Office and Clark County and, without waiving defenses or objections, including those relating to personal jurisdiction, sufficiency of process or service of process, enters this appearance herein and requests that all further papers

NOTICE OF APPEARANCE - 1

and pleadings, exclusive of original process, be served upon the undersigned at the address below.

   Dated this 30th day of June, 2011.

            /s/ E. Bronson Potter
            E. Bronson Potter, WSBA #9102
            Chief Civil Deputy Prosecuting Attorney
            Clark County Prosecutor's Office
            Civil Division
            PO Box 5000
            Vancouver WA 98666-5000
            Telephone: (360) 397-2478
            Facsimile:  (360) 397-2184
            Email:  Bronson.potter@clark.wa.gov

## CERTIFICATE OF SERVICE

   I, Thelma Kremer, hereby certify that on this 30th day of June, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for Plaintiffs as follows:

   Daniel Davies
   Davis Wright Tremaine, LLC
   1201 Third Avenue #2200
   Seattle WA  98101
    Email:  dandavies@dwt.com

And, on this 30th day of June, 2011, I caused a true and correct copy of the foregoing Notice of Appearance to be mailed by U.S. mail, postage prepaid, to the following:

   Kathleen T. Zellner
   Law Offices of Kathleen T. Zellner, P.C.
   Esplanade IV
   1901 Butterfield Rd #650
   Downers Grove IL  60515

            /s/ Thelma Kremer
            Thelma Kremer, Legal Secretary

NOTICE OF APPEARANCE - 2

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
604 W EVERGREEN BLVD • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)