1
2
3
4
5
6

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

7
8
9
10          Plaintiff(s),                    Case No.
11     v.
12                                           **PRAECIPE**
13          Defendant(s).
14    TO THE CLERK OF THE ABOVE-ENTITLED COURT:
      You will please:
15
16
17
18
19
20
21
22
23
24    Dated                    Signature
25                                                                 For:

**PRAECIPE**