```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED
```

Received From
SEATTLE

AUG 01 2011

JUL 29 2011   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY



11-CV-05424-DECL

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| **CLYDE RAY SPENCER; ET AL.,** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: **11-5424 BHS** |
| vs.<br>**JAMES M. PETERS; ET AL.,** | DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT** |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **26th day of July, 2011**, at **3:49 PM**, at the address of **18102 NE COLE WITTER Road, BATTLE GROUND, Clark** County, **WA 98604**; this declarant served the above described documents upon **SHIRLEY SPENCER**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **SHIRLEY SPENCER, A gray-haired white female approx. 55-65 years of age, 5'4"-5'8" tall and weighing 120-160 lbs.**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: $

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 27th day of July, 2011.

Donna McManus, Reg. # 4692925, Clark, WA

FOR: **Davis, Wright & Tremaine**
REF: **94078-1**

ORIGINAL PROOF OF SERVICE

Tracking #: **6931062** SEA FIL