# RETURN OF SERVICE

**State of UNITED STATES D**     **County of WESTERN DISTRICT OF WASHINGTON**     **District Court**

Case Number: 3:11-CV-5424 BHS

Plaintiff:
CLYDE RAY SPENCER, MATTHEW RAY SPENCER, KATHRYN E. TETZ
vs.
Defendant:
FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY
JAME M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT
MICHAEL DAVIDSON, CLARK COUNTY PROSECUTORS OFFICE; THE
COUNTY OF CLARK AND JOHN DOES ONE THROUGH TEN

For:
    PRO-SERV PROCESS SERVING, INC.

Received by PRO-SERV to be served on **JAMES PETERS, 555 EAGLE HILLS WAY, EAGLE, ID 83616.** I, __Lacey Vink__, do hereby affirm that on the __18th__ day of __July__, 20__11__ at __9:15__ p.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

( ) SUBSTITUTE SERVICE: BY SERVING _____ AS _____.

( ) POSTED SERVICE: AFTER ATTEMPTING SERVICE ON ___/___ AT _____ AND ON ___/___ AT _____ TO A CONSPICUOUS PLACE ON THE PROPERTY DESCRIBED HEREIN.

( ) OTHER SERVICE: AS DESCRIBED IN THE COMMENTS BELOW BY SERVING _____ AS _____.

( ) NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.

**COMMENTS:** _____
_____
_____

Age __63__ Sex (M) F   Race _____   Height __6'2"__   Weight __180#__   Hair __BRO__   Glasses Y N

# RETURN OF SERVICE for

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**PRO-SERV**
**212 W 13th Street**
**Suite H**
**Vancouver, WA  98660**
**(360) 699-5651**
Our Job Serial Number: 2011000754

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u