UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| CLYDE RAY SPENCER, et al., Plaintiffs, vs. SHIRLEY SPENCER, et al., Defendants. | No. 3:11-CV-5424<br><br>NOTICE OF APPEARANCE FOR DEFENDANT SHIRLEY SPENCER |
|---|---|

TO: The Clerk of the above-entitled Court and to Daniel Davies, Attorney for Plaintiffs.

PLEASE TAKE NOTICE that SHIRLEY SPENCER, above named, by and through the undersigned attorney, hereby enters her appearance in the above-entitled action and respectfully requests that all future papers and pleadings in said cause exclusive of process, be served upon said attorney at the address below stated.

DATED: August 3, 2011.

/s/ William H. Dunn
_____
William H. Dunn, WSBN 01649
Attorney for Shirley Spencer

NOTICE OF APPEARANCE , page 1
No. 3:11-CV-5424

William Dunn, Attorney at Law
P. O. Box 1016, Vancouver, WA 98666-1016
(360) 694-4815; dunnwh@pacifier.com