UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SHIRLEY SPENCER, et al.,<br><br>Defendants. | No.   3:11-CV-05424-BHS<br><br>OFFER OF JUDGMENT |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Shirley Spencer hereby offers to allow Judgment to be entered in this action dismissing all of the plaintiffs' claims against her and without the award of costs or attorney fees to any of the parties.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendant is liable in this action, or that the Plaintiffs have a cognizable cause of action, claim for relief or suffered any damage.

1  DATED: August 12, 2011.

2  /s/ William H. Dunn
3  William H. Dunn, WSBN 01649
   Attorney for Shirley Spencer
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SHIRLEY SPENCER, et al.,<br><br>Defendants. | No.   3:11-CV-05424-BHS<br><br>CERTIFICATE OF SERVICE ELECTRONICALLY |

    I hereby certify that on August 12, 2011, I electronically filed the attached pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all of the parties' attorneys which parties are represented by counsel, as follows: Daniel T. Davies, Kathleen Zellner and E. Bronson Potter. No parties are not so represented.

    Dated: August 12, 2011.

/s/ William Dunn
_____
William Dunn, Attorney at Law
 P. O. Box 1016, Vancouver, WA 98666-1016
 (360) 694-4815; dunnwh@pacifier.com