The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br>　　　　　　Plaintiffs,<br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br>　　　　　　Defendants. | NO. C11-5424BHS<br><br>MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT JAMES M. PETERS<br><br>Noted for: September 22, 2011 |

By stipulation pursuant to General Rule 2(g)(4)(A), Robert M. McKenna, Attorney General, Patricia C. Fetterly, Assistant Attorney General, and Daniel J. Judge, Senior Counsel, of the Office of the Attorney General, Tort Division and E. Bronson Potter, Chief Civil Deputy of the Clark County Prosecuting Attorney's Office respectfully move that Robert M. McKenna, Attorney General, Patricia C. Fetterly, Assistant Attorney General, and Daniel J. Judge, Senior Counsel, be substituted as counsel of record for Defendant James M.

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
DEFENDANT JAMES M. PETERS
NO. C11-5424BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1 | Peters in place of E. Bronson Potter. Counsel request that all future notices and
2 | correspondence be directed to:
3 |
4 | Patricia C. Fetterly, AAG
   | Daniel J. Judge, Senior Counsel
5 | Washington State Attorney General's Office
   | PO Box 40126
6 | Olympia, WA 98504-0126
   | Phone: 360-586-6300
7 | Fax: 360-58606655
   | patriciaf1@atg.wa.gov
8 | danielj@atg.wa.gov

9 | This motion for substitution follows a tender of defense made from the Clark County
10 | Prosecuting Attorney's Office to and accepted by the Washington State Attorney General's
11 | Office, pursuant to *Whatcom Co. v. State of Washington*, 99 Wn.App. 237, 993 P. 2d 273
12 | (2000) and RCW 4.92.060. The counsel for Plaintiffs in this matter have been notified of
13 | this motion. They have no objection to leave of the Court being granted. The motion is filed
14 | in accordance with CR 7(d)(1).
15 |
16 | For these reasons E. Bronson Potter of the Clark County Prosecuting Attorney's
17 | Office and Robert M. McKenna, Attorney General, Patricia C. Fetterly, Assistant Attorney
18 | General, and Daniel J. Judge, Senior Counsel, of the Office of the Attorney General's Office,
19 | respectfully move that Robert M. McKenna, Attorney General, Patricia C. Fetterly, Assistant
20 |
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
DEFENDANT JAMES M. PETERS
NO. C11-5424BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

Attorney General, and Daniel J. Judge, Senior Counsel, be substituted in as counsel for defendant James M. Peters.

DATED this 22nd day of September, 2011.

                CLARK COUNTY PROSECUTING
                ATTORNEY'S OFFICE

/s/E. Bronson Potter
E. BRONSON POTTER, WSBA #9102
Chief Civil Deputy Prosecuting Attorney
Clark County Prosecutor's Office
Civil Division
PO Box 5000
Vancouver WA 98666-5000
(360) 397-2478
Email: bronson.potter@clark.wa.gov


ROBERT M. McKenna
Attorney General


/s/ Daniel J. Judge
PATRICIA C. FETTERLY, WSBA No. 8425
Assistant Attorneys General
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorneys for Defendant Peters
Torts Division
P.O. Box 40126
Olympia, WA 98504-0116
(360) 586-6300

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
DEFENDANT JAMES M. PETERS
NO. C11-5424BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd of September, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiffs' Attorneys:**

>dandavies@dwt.com
>kathleen.zellner@gmail.com
>dhjohnson43@aol.com

**Attorney for Co-Defendant Spencer:**

>dunnwh@pacifier.com

AND via email to *[substituted]* Attorney for Defendant James M. Peters:

Robert M. McKenna, Attorney General
Patricia C. Fetterly, Asst. Attorney General
Daniel Judge, Sr. Counsel
Attorney General of Washington, Torts Division
800 Fifth Avenue #2000
Seattle WA  98104-3188
         Email:   DanielJ@atg.wa.gov
                      Patriciaf1@atg.wa.gov

>/s/ Thelma Kremer
>Thelma Kremer, Legal Secretary
>Clark County Prosecutor's Office
>Civil Division
>PO Box 5000
>Vancouver WA 98666-5000
>(360) 397-2478