The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br>　　　　　　Plaintiffs,<br>v.<br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br>　　　　　　Defendants. | NO. C11-5424BHS<br><br>**Proposed**<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT JAMES M. PETERS<br><br>**Noted for:** September 22, 2011 |

This mater came before the court on the stipulated motion of Robert M. McKenna, Attorney General, Patricia C. Fetterly, Assistant Attorney General, and Daniel J. Judge, Senior Counsel, of the Office of the Attorney General and E. Bronson Potter, Chief Civil Deputy of the Clark County Prosecuting Attorney's Office, to substitute Robert M. McKenna, Attorney General, Patricia C. Fetterly, Assistant Attorney General, and Daniel J. Judge, Senior counsel as counsel of record for Defendant James M. Peters in place of

E. Bronson Potter, Chief Civil Deputy, in this matter pursuant to GR 2(g)(4)(A). The Court has considered the pleadings and papers filed in connection with said motion and all other matters properly before the Court. Therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED and that E. Bronson Potter may withdraw as attorney for Defendant James M. Peters in the above-entitled action, and Robert M. McKenna, Attorney General, Patricia C. Fetterly, Assistant Attorney General, and Daniel J. Judge, Senior counsel of the Attorney General's Office may substitute as the attorneys for said Defendant James M. Peters.

DATED this _____ day of September, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd of September, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiffs' Attorneys:**

> dandavies@dwt.com
> kathleen.zellner@gmail.com
> dhjohnson43@aol.com

**Attorney for Co-Defendant Spencer:**

> dunnwh@pacifier.com

AND via email to *[substituted]* Attorney for Defendant James M. Peters:

Robert M. McKenna, Attorney General
Patricia C. Fetterly, Asst. Attorney General
Daniel Judge, Sr. Counsel
Attorney General of Washington, Torts Division
800 Fifth Avenue #2000
Seattle WA  98104-3188
   Email:  DanielJ@atg.wa.gov
        Patriciaf1@atg.wa.gov

/s/ Thelma Kremer
Thelma Kremer, Legal Secretary
Clark County Prosecutor's Office
Civil Division
PO Box 5000
Vancouver WA 98666-5000
(360) 397-2478