The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,

Plaintiffs,

v.

FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,

Defendants.

No. 3:11-cv-05424

JOINT STATUS REPORT AND DISCOVERY PLAN

1.  This case raises issues of civil rights and malicious prosecution. There is a moderate level of complexity.

2.  The FRCP 26(f) conference was held by conference call on August 24, 2011. Plaintiffs' attorneys Kathleen Zellner and Douglas Johnson discussed the case with Defense attorney Bronson Potter, who represented all defendants but Shirley Spencer. Defense attorney William H. Dunn represented Shirley Spencer at the conference. In response to the complaint on file, Shirley Spencer had filed a motion to dismiss the morning of the

JOINT STATUS REPORT
AND DISCOVERY PLAN — 1
Case No. 3:11-cv-05424
DWT 18296536v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

conference, alleging the allegations against her were not adequately set forth. This Court denied that motion on September 29, 2011. At the time of the conference, the remaining defendants were also expected to file dispositive motions seeking to dismiss some or all of the Plaintiffs' claims. The parties discussed the fact that the State Attorney General's Office would be substituting as counsel for Defendant Peters. It was agreed that any motion for default would await the substitution of counsel. In this Court's order of June 6, 2011, the date for initial disclosures pursuant to FRCP 26(a)(1) was set for September 27, 2011. Plaintiffs served initial disclosures on September 27, 2011. Defendants Krause, Davidson, Clark County Prosecutor's Office, Clark County Sheriff's Office and Clark County served their initial disclosures on September 29, 2011.

On September 23, 2011 this Court permitted the State Attorney General's Office to substitute as counsel for Defendant Peters. On September 26, 2011 Defendant James Peters filed an Answer to the Complaint, Affirmative Defenses and a Jury Demand.

On September 28, 2011, Assistant Attorney General Patricia C. Fetterly, as counsel for Defendant James Peters, sent correspondence seeking to determine whether there was any objection to continuing the initial disclosures until November 15, 2011 and the date for the joint status conference to December 1, 2011. There was no objection from any party. As the Assistant Attorney General did not substitute for Defendant Peters until September 23, 2011, the following references to Defendants' attorneys and agreements do not include Defendant Peters.

3. The parties believe the deadline for joining additional parties should be six (6) months from the filing of this order.

4. Mediation should be the ADR method used.

JOINT STATUS REPORT
AND DISCOVERY PLAN — 2
Case No. 3:11-cv-05424
DWT 18296536v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

5. The defense attorneys stated that discovery must begin before settlement can be properly explored. The mediation should take place within twelve months after this report is filed.

6.

 a) The FRCP 26(f) conference was held by conference call on August 24, 2011. In this Court's order of June 6, 2011, the date for initial disclosures pursuant to FRCP 26(a)(1) was set for September 27, 2011.

 b) At this point, the parties believe that they will need discovery on both liability and damage issues. Discovery should not be limited or focused on particular issues.

 c) At this point, the parties do not propose any changes in the limitations on discovery imposed by the federal and local civil rules, or any other limitations.

 d) The parties will seek to minimize discovery expense by attempting to resolve discovery issues amicably and by avoiding any unnecessary discovery.

 e) The parties expect to present a proposed Stipulated Protective Order governing the handling of confidential information.

7. It was agreed that depositions would be completed within ten months of the filing of this report. The remainder of discovery can be completed within fifteen (15) months of the filing of this report.

8. The parties do not consent to referral of the case to a Magistrate Judge.

9. Bifurcation is not appropriate.

JOINT STATUS REPORT
AND DISCOVERY PLAN — 3
Case No. 3:11-cv-05424
DWT 18296536v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

10. The parties do not propose omitting the jurisdiction, admitted facts and issues of law sections from the pretrial statements and pretrial order required by Local Rules CR 16 and CR 16.1.

11. The parties do not have any suggestions for shortening or simplifying the case at this time.

12. At this point, it is anticipated that the case will be ready for trial within eighteen (18) months.

13. A jury trial has been demanded.

14. At this point, it appears that twenty (20) trial days will be needed.

15. At this point, there are no known dates that trial counsel has complications that need consideration in setting a trial date.

16. As this case will be a jury trial, it cannot be considered for designation for trial at the Federal Building in Vancouver, Washington.

17. Defendants Peters, Spencer, Clark County Sheriff's Office, Clark County Prosecutor's Office have been served with process. Attorney Bronson Potter appeared for all defendants except Shirley Spencer. The Attorney General's office substituted for Defendant Peters. Attorney William H. Dunn has appeared for Shirley Spencer. Attorney Bronson Potter believes that the County of Clark was not properly served. Plaintiffs believe that the County of Clark was properly served. Plaintiffs' are in the process of serving Defendants' Davidson and Krause with process.

18. Trial Counsel for Plaintiff will be Kathleen Zellner, Kathleen T. Zellner & Associates, P.C., Esplanade IV, 1901 Butterfield Rd., Suite 650, Downers

JOINT STATUS REPORT
AND DISCOVERY PLAN — 4
Case No. 3:11-cv-05424
DWT 18296536v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Grove, IL 60515. Trial Counsel for Defendants Peters, Clark County Sheriff's Office, Clark County Prosecutor's Office, the County of Clark, Michael Davidson and Sharon Krause will be Bronson Potter, Chief Civil Deputy. Clark County Prosecutor's Office, 604 West Evergreen, P.O. Box 5000, Vancouver Washington 98666-5000. Trial Counsel for James Peters will be the Dan Judge and Patricia C. Fetterly of the Attorney General's Office, 7141 Cleanwater Drive SW, P.O. Box 40126, Olympia, Washington 98504-0126, Trial Counsel for Shirley Spencer will be William H. Dunn, Dunn Law Office, P.O. Box 1016, 1024 NE 68th Street, Vancouver, Washington 98665.

19. Neither party wishes a scheduling conference prior to a scheduling order being entered in the case.

DATED this 4th day of October, 2011.

        Respectfully submitted,

        Attorneys for Plaintiffs

        By *s/ Daniel T. Davies*
         Daniel T. Davies, WSBA #41793
         1201 Third Avenue, Suite 2200
         Seattle, Washington 98101-3045
         Telephone: (206) 206.757.8286
         Fax: (206) 206.757.7286
         E-mail: dandavies@dwt.com

        and

        Kathleen T. Zellner
        Law Offices of Kathleen T. Zellner, P.C.
        Esplanade IV
        1901 Butterfield Road, Suite 650
        Downers Grove, Illinois 60515
        (630) 955-1212

JOINT STATUS REPORT
AND DISCOVERY PLAN — 5
Case No. 3:11-cv-05424
DWT 18296536v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Attorneys for Defendants

By *s/E. Bronson Potter*
    E. Bronson Potter
    Chief Civil Deputy Prosecuting Attorney
    Clark County Prosecutor's Office, Civ. Div.
    P.O. Box 5000
    Vancouver, WA 98666-5000
    Telephone: (360) 397-2478
    Facsimile: (360) 397-2184
    Bronson.potter@clark.wa.gov


By *s/ William H. Dunn*
    William H. Dunn
    P.O. Box 1016
    Vancouver, WA 98666-1016
    Telephone: (360) 694-4815
    dunnwh@pacifier.com
    Via Telephone Authorization

By *s/ Patricia C. Fetterly*
    Patricia C. Fetterly, AAG
    Daniel J. Judge, Senior Counsel
    Washington State Attorney
    General's Office
    P.O. Box 40126
    Olympia, WA 98504-0126
    patriciafl@atg.wa.gov
    danielj@atg.wa.gov

JOINT STATUS REPORT
AND DISCOVERY PLAN — 6
Case No. 3:11-cv-05424
DWT 18296536v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2011, I electronically filed foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following:

**Daniel J. Judge, of Attorneys for Defendant James M. Peters**
danielj@atg.wa.gov, JoanK@atg.wa.gov, LaurelD@atg.wa.gov, TOROlyEF@atg.gov, TracyJ@atg.wa.gov

**Patricia Campbell Fetterly, of Attorneys for Defendant James M. Peters**
patriciaf1@atg.wa.gov, cynthiam4@atg.wa.gov, deanm@atg.wa.gov, torolyef@atg.wa.gov

**E. Bronson Potter, of Attorneys for Defendants Detective Sharon Krause, Sergeant Michael Davidson, Clark County Prosecutor's Office, Clark County Sheriff's Office, The County of Clark**
Bronson.potter@clark.wa.gov

**William Hudson Dunn, Attorney for Defendant Shirley Spencer**
dunnwh@pacifier.com

The following will not receive electronic notification of the filing:

Robert M. McKenna
Attorney General of Washington
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA  98504-0108

I certify that on October 4, 2011, I caused a true and correct copy of the foregoing to be mailed to Robert McKenna at the above address.

DATED this 4th day of October, 2011.

*s/Daniel T. Davies*
Daniel T. Davies

JOINT STATUS REPORT
AND DISCOVERY PLAN — 7
Case No. 3:11-cv-05424
DWT 18296536v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700