The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>　　　　　　　Defendants. | NO. C11-5424BHS<br><br>MOTION OF DEFENDANT JAMES PETERS FOR AN EXTENSION OF TIME TO FILE INITIAL DISCLOSURES, JOINT STATUS CONFERENCE, AND DISCOVERY PLAN<br><br>Noted For:  October 18, 2011 |

　　COMES NOW defendant James M. Peters by and through his attorneys undersigned and moves this court for an extension of time to file his initial disclosures required by FRCP 26(a)(1), his discovery plan under FRCP 26(f)(3), and to conduct the joint status conference with Plaintiffs.  This motion is based upon the files and records herein and upon

MOTION OF DEFENDANT JAMES PETERS FOR AN EXTENSION OF TIME TO FILE INITIAL DISCLOSURES, ETC.
NO. C11-5424BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

| | |
|---|---|
| 1 | the Declaration of Daniel J. Judge filed in support of this motion. |
| 2 | |
| 3 | DATED this 18th day of October, 2011. |
| 4 | ROBERT M. McKenna<br>Attorney General |
| 5 | |
| 6 | /s/Daniel J. Judge _____ |
| 7 | PATRICIA C. FETTERLY, WSBA No. 8425<br>Assistant Attorneys General |
| 8 | DANIEL J. JUDGE, WSBA No. 17392<br>Senior Counsel |
| 9 | Attorneys for Defendant Peters<br>Torts Division |
| 10 | P.O. Box 40126<br>Olympia, WA  98504-0116 |
| 11 | (360) 586-6300 |

MOTION OF DEFENDANT JAMES PETERS FOR AN EXTENSION OF TIME TO FILE INITIAL DISCLOSURES, ETC.
NO. C11-5424BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th of October, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiffs attorney:

**Plaintiffs'Attorneys:**

        **dandavies@dwt.com**
        **kathleen.zellner@gmail.com**
        **dhjohnson43@aol.com**

AND TO

**Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's Office:**

        **bronson.potter@clark.wa.gov**

**Attorney for Co-Defendant Spencer:**

        **dunnwh@pacifier.com**

/s/ Daniel J. Judge_____
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel Attorney for Defendant
Torts Division
P.O. Box 40126
Olympia, WA  98504-0116
(360) 586-6300

MOTION OF DEFENDANT JAMES PETERS FOR AN EXTENSION OF TIME TO FILE INITIAL DISCLOSURES, ETC.
NO. C11-5424BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300