The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>            Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>            Defendants. | NO.  C11-5424BHS<br><br>STIPULATED ORDER FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURES, JOINT STATUS CONFERENCE, AND DISCOVERY PLAN (**PROPOSED**)<br><br>Noted for:  October 18, 2011 |

THIS MATTER having come on duly and regularly for hearing this 18th day of October 2011; the court having reviewed the files and records herein and being fully advised in the premises; it is now, THEREFORE,

ORDERED, ADJUDGED AND DECREED that the motion of defendant James M. Peters for an extension of time to file initial disclosures under FRCP 26(a)(1), and discovery plan under FRCP 26(f)(3) is hereby GRANTED and that defendant James M Peters shall

STIPULATED ORDER GRANTING EXTENSION OF TIME TO FILE INITIAL DISCLOSURES (PROPOSED)
NO. C11-5424BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

| | |
|---|---|
| 1 | have until November 15, 2011 to file his initial disclosures, and until December 1, 2011 to |
| 2 | file his discovery plan and to conduct the joint status conference. |
| 3 | |
| 4 | DATED this _____ day of October, 2011. |

_____
BENJAMIN SETTLE
JUDGE

STIPULATED ORDER GRANTING
EXTENSION OF TIME TO FILE INITIAL
DISCLOSURES (PROPOSED)
NO. C11-5424BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th of October, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiffs attorney:

**Plaintiffs' Attorneys:**

> **dandavies@dwt.com**
> **kathleen.zellner@gmail.com**
> **dhjohnson43@aol.com**

AND TO

**Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's Office:**

> **bronson.potter@clark.wa.gov**

**Attorney for Co-Defendant Spencer:**

> **dunnwh@pacifier.com**

/s/ Daniel J. Judge
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel Attorney for Defendant
Torts Division
P.O. Box 40126
Olympia, WA  98504-0116
(360) 586-6300

STIPULATED ORDER GRANTING EXTENSION OF TIME TO FILE INITIAL DISCLOSURES (PROPOSED) NO. C11-5424BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300