The Honorable Benjamin Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>        Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>        Defendants. | NO.  C11-5424BHS<br><br>DECLARATION OF DANIEL J. JUDGE IN SUPPORT OF MOTION OF DEFENDANT JAMES PETERS FOR AN EXTENTION TO FILE INITIAL DISCLOSURES, JOINT STATUS CONFERENCE, AND DISCOVERY PLAN<br><br>Noted for:  October 18, 2011 |

I, DANIEL J. JUDGE, make the following declaration under penalty of perjury:

I am one of the attorneys representing defendant James M. Peters.  This lawsuit was initiated by the filing of plaintiff's complaint in this court on June 2, 2011.  Defendant James M. Peters was served with the summons and complaint after the filing of the complaint.  On September 23, 2011 the undersigned and Patricia C. Fetterly of the Washington State Attorney General's Office were granted leave to substitute as counsel for

DECLARATION OF DANIEL J. JUDGE
NO. C11-5424BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

defendant Peters. Based upon a minute order entered by this court on June 6, 2011, the date for initial disclosures pursuant to FRCP 26(a)(1) was set for September 27, 2011, and the date for the discovery plan was October 4, 2011.

Since this order was entered prior to the substitution of the undersigned attorney for defendant Peters and the date for initial disclosures was set for just four days after the undersigned filed their notice of substitution, inquiry was made to the other counsel who have appeared in this case concerning whether they would agree to an extension until November 15, 2011 for initial disclosures, and for the joint status conference and discovery plan to be completed by December 1, 2011. All counsel have replied that they do not object to this extension.

DATED this 18th day of October, 2011.

ROBERT M. McKenna
Attorney General

/s/ Daniel J. Judge
PATRICIA C. FETTERLY, WSBA No. 8425
Assistant Attorneys General
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorneys for Defendant Peters
Torts Division
P.O. Box 40126
Olympia, WA 98504-0116
(360) 586-6300

DECLARATION OF DANIEL J. JUDGE
NO. C11-5424BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiffs attorney:

**Plaintiffs' Attorneys:**

> dandavies@dwt.com
> kathleen.zellner@gmail.com
> dhjohnson43@aol.com

AND TO

**Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's Office:**

> bronson.potter@clark.wa.gov

**Attorney for Co-Defendant Spencer:**

> dunnwh@pacifier.com

> /s/ Daniel J. Judge
> DANIEL J. JUDGE, WSBA No. 17392
> Senior Counsel Attorney for Defendant
> Torts Division
> P.O. Box 40126
> Olympia, WA  98504-0116
> (360) 586-6300

DECLARATION OF DANIEL J. JUDGE
NO. C11-5424BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300