The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>　　　　　　　Defendants. | NO.  C11-5424BHS<br><br>STIPULATED ORDER FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURES, JOINT STATUS CONFERENCE, AND DISCOVERY PLAN<br><br>Noted for:  October 18, 2011 |

　　　THIS MATTER having come on duly and regularly for hearing this 18th day of October 2011; the court having reviewed the files and records herein and being fully advised in the premises; it is now, THEREFORE,

　　　ORDERED, ADJUDGED AND DECREED that the unopposed motion of defendant James M. Peters for an extension of time to file initial disclosures under FRCP 26(a)(1), and discovery plan under FRCP 26(f)(3) is hereby GRANTED and that defendant James M

NO. C11-5424BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1  Peters shall have until November 15, 2011 to file his initial disclosures, and until December

2  1, 2011 to file his discovery plan and to conduct the joint status conference.

4  DATED this 19th day of October, 2011.

[signature]

BENJAMIN H. SETTLE
United States District Judge

NO. C11-5424BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300