

# RETURN OF SERVICE

State of UNITED STATES D     County of WESTERN DISTRICT OF WASHINGTON     District Court

Case Number: _____

Plaintiff:
**CLYDE RAY SPENCER, MATTHEW RAY SPENCER, KATHRYN E. TETZ**

vs.

Defendant:
**FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAME M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTORS OFFICE; THE COUNTY OF CLARK AND JOHN DOES ONE THROUGH TEN**

For:
DAVIS WRIGHT TREMAINE, LLP
1201 Third Avenue
Ste 2200
Seattle, WA  98101

Received by PRO-SERV to be served on **SERGEANT MICHAEL DAVIDSON, CLARK COUNTY SHERIFF'S OFFICE, 707 W 13TH STREET, VANCOUVER, WA 98660**.

I, Bruce A Samuelson, Sr., do hereby affirm that on the **21st day of June, 2011** at **9:15 am**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DEBBIE MAUDLIN** as **AGENT** for **SERGEANT MICHAEL DAVIDSON**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served:  Age: 35,  Sex: F,  Race/Skin Color: Caucasian,  Height: 3'6",  Weight: 90,  Hair: Brown,  Glasses: N

## RETURN OF SERVICE for

I certify that I am a competent person over the age of 18 and a resident of the State of Washington; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served is the same entity named in the action.

_____
Bruce A Samuelson, Sr.
3682177

PRO-SERV
212 W 13th Street
Suite H
Vancouver, WA  98660
(360) 699-5651
Our Job Serial Number: 2011000713

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u