# AFFIDAVIT OF SERVICE

**State of UNITED STATES D**     **County of WESTERN DISTRICT OF WASHINGTON**     **District Court**

Case Number: _____

Plaintiff:
**CLYDE RAY SPENCER, MATTHEW RAY SPENCER, KATHRYN E. TETZ**
vs.
Defendant:
**FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAME M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTORS OFFICE; THE COUNTY OF CLARK AND JOHN DOES ONE THROUGH TEN**

For:
   PRO-SERV PROCESS SERVING, INC.

Received by PRO-SERV to be served on **SHARON KRAUSE, 2185 E. EMERALD RIVER CT., FORT MAHAVE, AZ 86426**. I, __Robert Hartigan__, being duly sworn, depose and say that on the __6th__ day of __October__, 20__11__ at __7__ : __07p__.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

[X] INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

( ) SUBSTITUTE SERVICE: BY SERVING _____ AS _____.

( ) POSTED SERVICE: AFTER ATTEMPTING SERVICE ON ___/___ AT _____ AND ON ___/___ AT _____ TO A CONSPICUOUS PLACE ON THE PROPERTY DESCRIBED HEREIN.

( ) OTHER SERVICE: AS DESCRIBED IN THE COMMENTS BELOW BY SERVING _____ AS _____.

( ) NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.

**COMMENTS:** _____

Age __60+__ Sex M/(F) Race __White__ Height __5'6"__ Weight __120__ Hair __grayish__ Glasses Y/(N)

## AFFIDAVIT OF SERVICE for

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 12th day of October, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

KELLY J. BARTON
Notary Public - Arizona
MOHAVE COUNTY
My Commission Expires
APRIL 29, 2012

PROCESS SERVER # PS08-08
Appointed in accordance with State Statutes

PRO-SERV
212 W 13th Street
Suite H
Vancouver, WA 98660
(360) 699-5651
Our Job Serial Number: 2011000753

Copyright © 1992-2009 Database Services, Inc - Process Server's Toolbox V6.3u