ORIGINAL

# RETURN OF SERVICE

**State of** UNITED STATES D    **County of** WESTERN DISTRICT OF WASHINGTON    **District Court**

Case Number: _____

Plaintiff:
CLYDE RAY SPENCER, MATTHEW RAY SPENCER, KATHRYN E. TETZ

vs.

Defendant:
FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAME M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTORS OFFICE; THE COUNTY OF CLARK AND JOHN DOES ONE THROUGH TEN

For:
DAVIS WRIGHT TREMAINE, LLP
1201 Third Avenue
Ste 2200
Seattle, WA  98101

Received by PRO-SERV to be served on **JAMES M. PETERS, FORMER DEPUTY, PROSECUTING ATTORNEY'S OFFICE, 1013 FRANKLIN STREET, VANCOUVER, WA 98660**.

I, Bruce A Samuelson, Sr., do hereby affirm that on the **22nd day of June, 2011** at **10:30 am**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MATT KOZLOWSKI** as **EMPLOYEE** for **JAMES M. PETERS, FORMER DEPUTY**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served:  Age: 40,  Sex: M,  Race/Skin Color: Caucasain,  Height: 5'11",  Weight: 190,  Hair: Gray,  Glasses: N

## RETURN OF SERVICE for

I certify that I am a competent person over the age of 18 and a resident of the State of Washington; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served is the same entity named in the action.

_____
Bruce A Samuelson, Sr.
3682177

PRO-SERV
212 W 13th Street
Suite H
Vancouver, WA  98660
(360) 699-5651
Our Job Serial Number: 2011000708

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u