Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ, <br><br> Plaintiffs, <br><br> v. <br><br> FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN, <br><br> Defendants. | No. 11-5424 BHS <br><br> STIPULATION TO EXTEND TIME LIMIT FOR SERVICE OF DEFENDANTS CLARK COUNTY, SHARON KRAUSE, AND MICHAEL DAVIDSON <br><br> Note for: October 27, 2011 |

Pursuant to Fed. R. Civ. P. 4(m), the parties stipulate and request that the Court extend the time for Plaintiffs Clyde Ray Spencer, Matthew Ray Spencer, and Kathryn E. Tetz to serve Defendants Clark County, Sharon Krause and Michael Davidson to November 15, 2011.

Under Rule 4(m) the Court "must extend time for service upon a showing of good cause," and "may extend time for service upon a showing of excusable neglect." *Lemoge v. United States*, 587 F.3d 1188, 1198 (9th Cir. 2009). "Good cause to avoid dismissal may be demonstrated by establishing, at minimum, excusable neglect." In addition the following

STIPULATION FOR EXTENSION OF TIME – 1
Case No. 3:11-cv-05424
DWT 18409378v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

factors support a finding of good cause: "(a) the party to be served personally received actual notice of the lawsuit; (b) the defendant would suffer no prejudice; and (c) plaintiff would be severely prejudiced if his complaint were dismissed." *Id.* at 1198 n. 3.

In serving Defendant Clark County, Plaintiffs inadvertently served Clark County via the Clark County Clerk instead of the Clark County Auditor. Plaintiffs will promptly serve Clark County via the Clark County Auditor upon issuance of a corrected summons.

Plaintiffs were delayed in serving Defendants Sharon Krause and Michael Davidson due to incorrect residence information, and multiple failed attempts at service. Defendant Krause was personally served at her residence in Fort Mohave, Arizona on October 6, 2011, six days after the 120-day time limit for service. Defendant Davidson was personally served at his residence in Bend, Oregon on October 22, 2011.

Defendants Clark County, Sharon Krause and Michael Davidson have actual notice of the lawsuit.

Defendants Clark County, Krause and Davidson have suffered no prejudice due to the delay in service.

The parties will be prejudiced by the alternative to an extension of time – dismissal of the complaint without prejudice – because dismissal will require the Plaintiffs to re-file the Complaint, needlessly delaying adjudication of the case.

For the foregoing reasons, the parties request that pursuant to Rule 4(m), this Court extend the time limit for service to November 15, 2011.

DATED this 27th day of October, 2011.

Respectfully submitted,

Attorneys for Plaintiffs

By *s/ Daniel T. Davies*
Daniel T. Davies, WSBA #41793
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 206.757.8286
Fax: (206) 206.757.7286
E-mail: dandavies@dwt.com

STIPULATION FOR EXTENSION OF TIME – 2
Case No. 3:11-cv-05424
DWT 18409378v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

and

Kathleen T. Zellner
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
(630) 955-1212

Attorneys for Defendants

By *s/ E. Bronson Potter – Telephone Authorization*
E. Bronson Potter
Chief Civil Deputy Prosecuting Attorney
Clark County Prosecutor's Office, Civ. Div.
P.O. Box 5000
Vancouver, WA 98666-5000
Telephone: (360) 397-2478
Facsimile: (360) 397-2184
Bronson.potter@clark.wa.gov


By *s/ William H. Dunn – Email Authorization*
William H. Dunn
P.O. Box 1016
Vancouver, WA 98666-1016
Telephone: (360) 694-4815
dunnwh@pacifier.com
Via Telephone Authorization

By *s/ Daniel J. Judge – Email Authorization*
Patricia C. Fetterly, AAG
Daniel J. Judge, Senior Counsel
Washington State Attorney General's Office
P.O. Box 40126
Olympia, WA 98504-0126
patriciafl@atg.wa.gov
danielj@atg.wa.gov

STIPULATION FOR EXTENSION OF TIME – 3
Case No. 3:11-cv-05424
DWT 18409378v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2011, I electronically filed foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following:

**Daniel J. Judge, of Attorneys for Defendant James M. Peters**
danielj@atg.wa.gov, JoanK@atg.wa.gov, LaurelD@atg.wa.gov, TOROlyEF@atg.gov, TracyJ@atg.wa.gov

**Patricia Campbell Fetterly, of Attorneys for Defendant James M. Peters**
patriciaf1@atg.wa.gov, cynthiam4@atg.wa.gov, deanm@atg.wa.gov, torolyef@atg.wa.gov

**E. Bronson Potter, of Attorneys for Defendants Detective Sharon Krause, Sergeant Michael Davidson, Clark County Prosecutor's Office, Clark County Sheriff's Office, The County of Clark**
Bronson.potter@clark.wa.gov

**William Hudson Dunn, Attorney for Defendant Shirley Spencer**
dunnwh@pacifier.com

The following will not receive electronic notification of the filing:

Robert M. McKenna
Attorney General of Washington
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA  98504-0108

I certify that on October 27, 2011, I caused a true and correct copy of the foregoing to be mailed to Robert McKenna at the above address.

DATED this 27th day of October, 2011.

s/ Daniel T. Davies
Daniel T. Davies

STIPULATION FOR EXTENSION OF TIME – 4
Case No. 3:11-cv-05424
DWT 18409378v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700