Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | No. 11-5424 BHS<br><br>ORDER EXTENDING TIME LIMIT FOR SERVICE OF DEFENDANTS CLARK COUNTY, SHARON KRAUSE, AND MICHAEL DAVIDSON |

Upon review of the stipulation for an order extending the time limit for service of Defendants Clark County, Sharon Krause, and Michael Davidson, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Stipulation is GRANTED.

ORDER EXTENDING TIME FOR SERVICE – 1
Case No. 3:11-cv-05424
DWT 18420455v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

2.  Pursuant to Fed. R. Civ. P. 4(m) the time limit for service of the Summons and Complaint upon Defendants Clark County, Sharon Krause, and Michael Davidson is extended to November 15, 2011.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Davis Wright Tremaine LLP
Attorneys for Plaintiffs Clyde Ray Spencer,
Matthew Spencer, and Kathryn E. Tetz


By: s/ *Daniel T. Davies*
Daniel T. Davies, WSBA #41793
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 206.757.8286
Fax: (206) 206.757.7286
E-mail: dandavies@dwt.com

ORDER EXTENDING TIME FOR SERVICE – 2
Case No. 3:11-cv-05424
DWT 18420455v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700