UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ, <br><br> Plaintiffs, <br><br> v. <br><br> FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN, <br><br> Defendants. | No. 11-5424 BHS <br><br> ORDER EXTENDING TIME LIMIT FOR SERVICE OF DEFENDANTS CLARK COUNTY, SHARON KRAUSE, AND MICHAEL DAVIDSON |

Upon review of the stipulation for an order extending the time limit for service of Defendants Clark County, Sharon Krause, and Michael Davidson, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Stipulation is GRANTED.

2. Pursuant to Fed. R. Civ. P. 4(m) the time limit for service of the Summons and Complaint upon Defendants Clark County, Sharon Krause, and Michael Davidson is extended to November 15, 2011.

Dated this 1st day of November, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER EXTENDING TIME FOR SERVICE – 1
Case No. 3:11-cv-05424
DWT 18420455v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  Presented by:
2
3  Davis Wright Tremaine LLP
   Attorneys for Plaintiffs Clyde Ray Spencer,
4  Matthew Spencer, and Kathryn E. Tetz
5
6  By: s/ *Daniel T. Davies*
   Daniel T. Davies, WSBA #41793
7  1201 Third Avenue, Suite 2200
   Seattle, Washington  98101-3045
8  Telephone: (206) 206.757.8286
   Fax: (206) 206.757.7286
9  E-mail: dandavies@dwt.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER EXTENDING TIME FOR SERVICE – 2
Case No. 3:11-cv-05424
DWT 18420455v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700