THE HONORABLE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11 5424 BHS<br><br>**STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHARON KRAUSE AND MICHAEL DAVIDSON**<br><br>**NOTE FOR CONSIDERATION:**<br><br>**November 7, 2011** |

By stipulation pursuant to General Rule 2(g)(4)(A), Guy Bogdanovich of Law, Lyman, Daniel, Kamerrer & Bogdanovich, Jeffrey Freimund of Freimund, Jackson, Tardif & Benedict Garratt, PLLC and E. Bronson Potter, Chief Civil Deputy of the Clark County Prosecuting Attorney's Office respectfully move that Guy Bogdanovich be substituted as counsel of record in the above entitled matter for Defendant Sharon Krause in place of E. Bronson Potter, and that Jeffrey Freimund be substituted as counsel of record for

**STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHARON KRAUSE AND MICHAEL DAVIDSON** - 1

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

1  Defendant Michael Davidson in place of E. Bronson Potter.  Counsel request that all
2  future notices and correspondence be directed to:

3  Guy Bogdanovich, WSBA № 14777          Jeffrey Freimund, WSBA № 17384
   LAW, LYMAN, DANIEL,                    FREIDMUND, JACKSON, TARDIF &
4  KAMERRER & BOGDANOVICH, P.S.           BENEDICT GARRATT, PLLC
   Attorney for Defendant Sharon Krause   Attorney for Defendant Michael DAvidson
5  P.O. Box 11880                         711 Capitol Way S, Suite 602
   Olympia, WA 98508-1880                 Olympia, WA 98501
6  Telephone:  (360) 754-3480             Telephone: (360) 534-9960
   Fax:  (360) 357-3511                   Fax: (360) 534-9959
7  email:  gbogdanovich@lldkb.com         email:  jefff@fjtlaw.com

8       All counsel of record in this matter have been notified of and stipulate to this
9  motion.  The motion is filed in accordance with CR 7(d)(1).

10      DATED this 7th day of November, 2011.

11
                                          CLARK COUNTY PROSECUTING
12                                        ATTORNEY'S OFFICE

13                                        */s/ E. Bronson Potter*
                                          E. Bronson Potter, WSBA #9102
14                                        Attorney for Clark County Defendants
                                          Chief Civil Deputy Prosecuting Attorney
15                                        Clark County Prosecutor's Office
                                          Civil Division
16                                        PO Box 5000
                                          Vancouver WA 98666-5000
17                                        (360) 397-2478
                                          Email: bronson.potter@clark.wa.gov
18
                                          LAW, LYMAN, DANIEL,
19                                        KAMERRER & BOGDANOVICH, P.S.

20                                        */s/ Guy Bogdanovich*
                                          Guy Bogdanovich, WSBA № 14777
21                                        Attorney for Defendant Sharon Krause
                                          P.O. Box 11880
22                                        Olympia, WA 98508-1880
                                          Telephone:  (360) 754-3480
23                                        Fax:  (360) 357-3511
                                          email:  gbogdanovich@lldkb.com
24

25

26

**STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANTS
SHARON KRAUSE AND MICHAEL DAVIDSON** - 2

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

Cause No: C11-5424 BHS

|   |   |
|---|---|
| 1 | FREIDMUND, JACKSON, TARDIF & BENEDICT GARRATT, PLLC |
| 2 |  |
| 3 | /s/Jeffrey Freimund<br>Jeffrey Freimund, WSBA № 17384<br>Attorney for Defendant Michael Davidson |
| 4 | 711 Capitol Way S, Suite 602<br>Olympia, WA 98501 |
| 5 | email: jefff@fjtlaw.com |
| 6 | ROBERT M. MCKENNA<br>ATTORNEY GENERAL |
| 7 |  |
| 8 | /s/ Daniel J. Judge<br>Patricia C. Fetterly, WSBA No. 8425<br>Assistant Attorneys General |
| 9 | Daniel J. Judge, WSBA No. 17392<br>Senior Counsel |
| 10 | Attorneys for Defendant Peters<br>Torts Division |
| 11 | P.O. Box 40126<br>Olympia, WA  98504-0116 |
| 12 | (360) 586-6300 |
| 13 |  |
| 14 | DUNN LAW OFFICE |
| 15 | /s/ William Hudson Dunn<br>William Hudson Dunn, WSBA #1649 |
| 16 | Attorney for Shirley Spencer<br>PO Box 1016 |
| 17 | Vancouver, WA 98665<br>(360) 694-4815 |
| 18 | email: dunnwh@pacifier.com |
| 19 | KATHLEEN T. ZELLNER & ASSOCIATES |
| 20 | /s/ Douglas H. Johnson |
| 21 | Douglas H. Johnson<br>Attorney for Plaintiffs |
| 22 | 1901 Butterfield Ste 650<br>Downers Grove, IL 60515 |
| 23 | (630) 955-1212<br>email: dhjohnson43@aol.com |
| 24 |  |
| 25 |  |
| 26 |  |

**STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHARON KRAUSE AND MICHAEL DAVIDSON** - 3

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

Cause No: C11-5424 BHS

KATHLEEN T. ZELLNER & ASSOCIATES

*/s/ Kathleen T. Zellner*
Kathleen T. Zellner
Attorney for Plaintiffs
1901 Butterfield Ste 650
Downers Grove, IL 60515
(630) 955-1212
email: kathleen.zellner@gmail.com

DAVIS WRIGHT TREMAINE (SEA)

*/s/ Daniel Davies*
Daniel Davies, WSBA# 41793
Attorney for Plaintiffs
1201 Third Avenue Ste 2200
Seattle, WA 98101-3045
(206) 757-8286
email: dandavies@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America and the State of Washington that on this 7th day of November, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following:

dandavies@dwt.com, kathleen.zellner@gmail.com, dhjohnson43@aol.com

danielj@atg.wa.gov, patriciafl@atg.wa.gov, dunnwh@pacifier.com, jefff@fjtlaw.com,

bronson.potter@clark.wa.gov

*/s/ Toni Allen*
Toni Allen, Legal Secretary

**STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHARON KRAUSE AND MICHAEL DAVIDSON** - 4

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

Cause No: C11-5424 BHS