**THE HONORABLE BENJAMIN SETTLE**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO.  C11 5424 BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHARON KRAUSE AND MICHAEL DAVIDSON**<br><br>**NOTE FOR CONSIDERATION:**<br><br>**November 7, 2011** |

This matter came before the court on the stipulated motion of Guy Bogdanovich of Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S., Jeffrey Freimund of Freimund, Jackson, Tardif & Benedict Garratt, PLLC and E. Bronson Potter, Chief Civil Deputy of the Clark County Prosecuting Attorney's Office for leave to substitute Guy Bogdanovich as counsel of record in this matter for Defendant Sharon Krause in place of E. Bronson Potter, Chief Civil Deputy and to substitute Jeffrey Freimund as counsel of record for Defendant Michael Davidson in place of E. Bronson Potter, pursuant to GR 2(g)(4)(A).

**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHARON KRAUSE AND MICHAEL DAVIDSON**- 1

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

The Court has considered the pleadings and papers filed in connection with said motion and all other matters properly before the Court.  Therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and that E. Bronson Potter is granted leave to and hereby effectively withdraws as attorney for Defendants Sharon Krause and Michael Davidson in the above-entitled action, and that Guy Bogdanovich of Law, Lyman, Daniel, Kamerrer & Bogdanovich is granted leave to and hereby effectively substitutes as the attorney for Defendant Sharon Krause, and that Jeffrey Freimund of Freimund, Jackson, Tardif & Benedict Garratt, PLLC is granted leave to and hereby effectively substitutes as the attorney for Defendant Michael Davidson.

DATED this 8th day of November, 2011.

BENJAMIN H. SETTLE
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States of America and the State of Washington that on this 7th of November, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following:

dandavies@dwt.com, kathleen.zellner@gmail.com, dhjohnson43@aol.com
danielj@atg.wa.gov, patriciafl@atg.wa.gov, dunnwh@pacifier.com, jefff@fjtlaw.com, bronson.potter@clark.wa.gov

/s/ Toni Allen

Toni Allen, Legal Secretary

**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHARON KRAUSE AND MICHAEL DAVIDSON**- 2

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511