The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLYDE RAY SPENCER, et. al., | ) |
| Plaintiffs, | ) Case No. 3:11-cv-05424-BHS |
| v. | ) AMENDED PROPOSED JOINT STATUS REPORT AND DISCOVERY PLAN |
| JAMES M. PETERS, et. al., | ) |
| Defendants. | ) |

1. This case raises issues of civil rights and malicious prosecution. There is a moderate level of complexity.

2. The FRCP 26(f) conference was held by conference call on August 24, 2011. Plaintiffs' attorneys Kathleen Zellner and Douglas Johnson discussed the case with Defense attorney Bronson Potter, who represented all defendants but Shirley Spencer at that time. Defense attorney William H. Dunn represented Shirley Spencer at the conference. In response to the complaint on file, Shirley Spencer had filed a motion to dismiss the morning of the conference. This Court denied that motion on September 29, 2011. At the time of the conference, the remaining defendants were also expected to file dispositive motions seeking to dismiss some or all of the Plaintiffs' claims. The parties discussed the fact that the State Attorney General's Office would be substituting as counsel for Defendant Peters. It was agreed

AMENDED PROPOSED JOINT STATUS REPORT
AND DISCOVERY PLAN – 1
(Case No. 11-cv-05424-BHS)
DWT 18637969v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

that any motion for default would await the substitution of counsel. In this Court's order of June 6, 2011, the date for initial disclosures pursuant to FRCP 26(a)(1) is set for September 27, 2011. Plaintiffs served initial disclosures on September 27, 2011. Defendants Krause, Davidson, Clark County Prosecutor's Office, Clark County Sheriff's Office and Clark County served their initial disclosures on September 29, 2011.

On September 23, 2011 this Court permitted the State Attorney General's Office to substitute as counsel for Defendant Peters. On September 26, 2011 Defendant James Peters filed an Answer to the Complaint, Affirmative Defenses and a Jury Demand.

On September 28, 2011, Assistant Attorney General Patricia C. Fetterly, as counsel for Defendant James Peters, sent correspondence seeking to determine whether there was any objection to continuing the initial disclosures until November 15, 2011 and the date for the joint status conference to December 1, 2011. There was no objection from any party. This Court entered a stipulated order for extension of time to file initial disclosures, joint status conference, and discovery plan on October 18, 2011 permitting James Peters to have until November 15, 2011 to file his initial disclosures and until December 1, 2011 to conduct the joint status conference. Peters filed his initial disclosures on November 14, 2011.

3. The parties believe the deadline for joining additional parties should be six (6) months from the filing of this order.

4. Mediation should be the ADR method used.

5. The defense attorneys have taken the position that discovery must begin before settlement can be properly explored. The mediation should take place within twelve months after this report is filed.

6.

    a) The FRCP 26(f) conference was held by conference call on August 24, 2011. In this Court's order of June 6, 2011, the date for initial disclosures pursuant to FRCP

AMENDED PROPOSED JOINT STATUS REPORT
AND DISCOVERY PLAN – 2
(Case No. 11-cv-05424-BHS)
DWT 18637969v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

26(a)(1) is set for September 27, 2011.  That date was extended for Defendant Peters to November 15, 2011 by order of this Court dated October 18, 2011.

   b) At this point, the parties believe that they will need discovery on both liability and damage issues.  Discovery should not be limited or focused on particular issues.

   c) At this point, the parties do not propose any changes in the limitations on discovery imposed by the federal and local civil rules, or any other limitations.

   d) The parties will seek to minimize discovery expense by attempting to resolve discovery issues amicably and by avoiding any unnecessary discovery.

   e) The parties expect to present a proposed Stipulated Protective Order governing the handling of confidential information.

  7. The remainder of discovery can be completed within sixteen (16) months of the filing of this report.

  8. The parties do not consent to referral of the case to a Magistrate Judge.

  9. Bifurcation is not appropriate.

  10. The parties do not propose omitting the jurisdiction, admitted facts and issues of law sections from the pretrial statements and pretrial order required by Local Rules CR 16 and CR 16.1.

  11. The parties do not have any suggestions for shortening or simplifying the case at this time.

  12. At this point, it is anticipated that the case will be ready for trial within nineteen (19) months of the filing of this report.

  13. A jury trial has been demanded.

  14. At this point, it appears that twenty (20) trial days will be needed.

  15. At this point, there are no known dates that trial counsel has complications that need consideration in setting a trial date.

AMENDED PROPOSED JOINT STATUS REPORT
AND DISCOVERY PLAN – 3
(Case No. 11-cv-05424-BHS)
DWT 18637969v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

16. As this case will be a jury trial, it cannot be considered for designation for trial at the Federal Building in Vancouver, Washington.

17. All Defendants have been served with process.

18. Trial Counsel for Plaintiff will be Kathleen Zellner and Douglas Johnson, Kathleen T. Zellner & Associates, P.C., Esplanade IV, 1901 Butterfield Rd., Suite 650, Downers Grove, IL 60515.  Trial Counsel for Defendants Clark County Sheriff's Office, Clark County Prosecutor's Office and the County of Clark will be Bronson Potter, Chief Civil Deputy, Clark County Prosecutor's Office, 604 West Evergreen, P.O. Box 5000, Vancouver WA 98666-5000. Trial Counsel for James Peters will be Patricia C. Fetterly, Daniel J. Judge and Robert McKenna of the Attorney General's Office, 7141 Cleanwater Drive SW, P.O. Box 40126, Olympia, WA 98504-0126, Trial Counsel for Shirley Spencer will be William H. Dunn, Dunn Law Office, P.O. Box 1016, 1024 NE 68th Street, Vancouver, WA 98665 and Gary Western, Wilson, Smith, Cochran, Dickerson, 901 Fifth Avenue, Suite # 1700, Seattle, WA 98164-2059.  Trial Counsel for Michael Davidson will be Mr. Jeffery Freimund, Freimund, Jackson & Tardif & Benedict Garratt, PLLC, 711 Capitol Way South Ste 602, Olympia, WA 98501-1293.  Trial counsel for Sharon Krause will be Guy Bogdanovich, Law Lyman Daniel Kamerrer & Bogdanovich, PO Box 11880, Olympia, WA 98508-1880.

19. No parties request a scheduling conference prior to a scheduling order being entered in the case.

Respectfully submitted this 1st day of December, 2011.

    Davis Wright Tremaine LLP
    Attorneys for Plaintiffs

    By *s/ Daniel T. Davies*
        Daniel T. Davies, WSBA #41793
        1201 Third Avenue, Suite 2200
        Seattle, WA  98101-3045
        Telephone: (206) 622-3150
        Fax: (206) 757.7700
        E-mail: dandavies@dwt.com

AMENDED PROPOSED JOINT STATUS REPORT AND DISCOVERY PLAN – 4
(Case No. 11-cv-05424-BHS)
DWT 18637969v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
```

Law Offices of Kathleen T. Zellner, P.C.
Attorneys for Plaintiffs

By *s/ Kathleen T. Zellner*
   Kathleen T. Zellner
   Esplanade IV
   1901 Butterfield Road, Suite 650
   Downers Grove, IL  60515
   Telephone: (630) 955-1212
   E-mail: Kathleen.zellner@gmail.com


Law Offices of Kathleen T. Zellner, P.C.
Attorneys for Plaintiffs

By *s/ Douglas H. Johnson*
   Douglas H. Johnson
   Esplanade IV
   1901 Butterfield Road, Suite 650
   Downers Grove, IL  60515
   Telephone: (630) 955-1212
   E-mail: dhjohnson43@aol.com


State of Washington
Office of the Attorney General
Attorneys for Defendant James M. Peters

By *s/ Patricia C.Fetterly*
   Patricia C. Fetterly, WSBA #8425
   Assistant Attorney General / Torts Division
   P.O. Box 40126
   Olympia, WA  98101-3045
   Telephone: (360) 586-6300
   E-mail: patriciafl@atg.wa.gov

AMENDED PROPOSED JOINT STATUS REPORT
AND DISCOVERY PLAN – 5
(Case No. 11-cv-05424-BHS)
DWT 18637969v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

| | |
|---|---|
| 1 | Freimund Jackson & Tardif & Benedict & Garratt, PLLC |
| 2 | Attorneys for Defendant Michael Davidson |
| 3 | By *s/ Jeffrey Freimund* |
| 4 | Jeffrey Freimund, WSBA #17384<br>711 Capitol Way S Ste 602 and 605 |
| 5 | Olympia, WA  98501-1293<br>Telephone: (360) |
| 6 | Fax: (360)<br>E-mail: jefff@fjtlaw.com |
| 7 | |
| 8 | Law Lyman Daniel Kamerrer & Bogdanovich<br>Attorneys for Defendant Sharon Krause |
| 9 | |
| 10 | By *s/ Guy M. Bogdanovich*<br>Guy M. Bogdanovich, WSBA #14777 |
| 11 | P.O. Box 11880<br>Olympia, WA  98508-1880 |
| 12 | Telephone: (360) 754-3480<br>Fax: (360) 357-3511 |
| 13 | E-mail: gbogdanovich@lldkb.com |
| 14 | |
| 15 | Dunn Law Office<br>Attorney for Shirley Spencer |
| 16 | By *s/ William Hudson Dunn* |
| 17 | William Hudson Dunn, WSBA # 1649<br>PO Box 1016 |
| 18 | Vancouver, WA 98665 |
| 19 | (360) 694-4815<br>Email: dunnwh@pacifier.com |
| 20 | |
| 21 | Wilson Smith Cochran Dickerson<br>Attorneys for Shirley Spencer |
| 22 | |
| 23 | By *s/ Gary A. Western*<br>Gary A. Western, WSBA # 12878 |
| 24 | Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Suite 1700 |
| 25 | Seattle, WA 98164<br>(206) 623-4100 |
| 26 | Email: western@wscd.com |
| 27 | |

AMENDED PROPOSED JOINT STATUS REPORT
AND DISCOVERY PLAN – 6
(Case No. 11-cv-05424-BHS)
DWT 18637969v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2011, I electronically filed foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following:

**Daniel J. Judge, Attorneys for Defendant James M. Peters**
danielj@atg.wa.gov, JoanK@atg.wa.gov, LaurelD@atg.wa.gov, TOROlyEF@atg.gov, TracyJ@atg.wa.gov

**Patricia Campbell Fetterly, Attorneys for Defendant James M. Peters**
patriciaf1@atg.wa.gov, cynthiam4@atg.wa.gov, deanm@atg.wa.gov, torolyef@atg.wa.gov

**E. Bronson Potter, Attorneys for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, the County of Clark**
bronson.potter@clark.wa.gov

**William Hudson Dunn, Attorney for Defendant Shirley Spencer,**
dunnwh@pacifier.com

**Gary A. Western, Attorney for Defendant Shirley Spencer**
 western@wscd.com

**Guy Bogdanovich, Attorney for Defendant Sharon Krause**
gbogdanovich@lldkb.com

**Jeffrey Freimund, Attorney for Defendant Michael Davidson**
jefff@fjtlaw.com, janicef@fjtlaw.com, kathrines@fjtlaw.com

The following will not receive electronic notification of the filing:

    Robert M. McKenna
    Attorney General of Washington
    Government Operations Division
    7141 Cleanwater Drive SW
    PO Box 40108
    Olympia, WA  98504-0108

I certify that December 1, 2011, I caused a true and correct copy of the foregoing to be mailed to Robert McKenna at the above address.

DATED this 1st day of December, 2011.

                *s/ Daniel T. Davies*

AMENDED PROPOSED JOINT STATUS REPORT AND DISCOVERY PLAN – 7
(Case No. 11-cv-05424-BHS)
DWT 18637969v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700