The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | No. C11-5424BHS<br><br>DEFENDANT SHIRLEY SPENCER'S ANSWER TO PLAINTIFFS' COMPLAINT |

DEFENDANT SPENCER'S ANSWER TO
COMPLAINT [C11-5424BHS] – 1
lw/GAW1218.466/851993

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

COMES NOW defendant Shirley Spencer, by her attorneys of record, Gary A. Western and William H. Dunn, and in answer to the plaintiffs' complaint states as follows:

Plaintiffs' complaint violates F.R.C.P. 8(a)(2), which requires that a claim for relief filed in court contain a "short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiffs' complaint is argumentative, includes legal conclusions, and has a narrative of events dating back more than 60 years, many of which are irrelevant to this claim. Defendant objects to the language of the complaint and all allegations are denied unless specifically admitted herein.

## PARAGRAPHS ADMITTED IN PART AND DENIED IN PART

Answering Paragraph 1, defendant admits that plaintiffs' complaint alleges claims under 42 U.S.C. § 1983 and state law, but denies the remaining allegations.

Answering Paragraph 3, admit this court has jurisdiction over plaintiffs' federal causes of action but denies the remaining allegations.

Answering Paragraph 5, to the extent that the allegations contained in this paragraph contain legal conclusions, they are denied. Admit that plaintiff was allowed to withdraw his plea of guilty following the conclusion of a personal restraint petition filed in the appellate courts of the State of Washington. Deny the remaining allegations as they are legal conclusions.

DEFENDANT SPENCER'S ANSWER TO
COMPLAINT [C11-5424BHS] – 2
lw/GAW1218.466/851993

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

Answering Paragraph 11, admit that the Clark County Prosecutor's Office is an agency of Clark County but deny the remaining allegations.

Answering Paragraph 14, admit that the Clark County Prosecutor's Office is an agency of Clark County, but deny the remaining allegations.

Answering Paragraph 36, admit the first two sentences and deny the allegations of the third sentence.

Answering Paragraph 37, admit they resided in Washington. All other allegations are denied.

Answering Paragraph 40, admit Ms. Spencer told plaintiff in a phone call about what Kathryn had reported. Plaintiff said "oh is that all, I'll take care of it when I get home." Ms. Spencer had called the Clark County Sheriff to report Kathryn's statements. Admit Kathryn said she had been touched by more than one person. Deny all other allegations.

Answering Paragraph 41, it was Ms. Spencer who first reported Kathryn's statements to the Clark County Sheriff's office. Ms. Spencer denies the remaining allegations due to a lack of information.

Answering Paragraph 62, admit that after plaintiff pled guilty, Ms. Spencer and Mr. Davidson began a relationship. All other allegations are denied.

Answering Paragraph 64, admit they did not have a relationship until after plaintiff pled guilty. All other allegations are denied.

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

Answering Paragraph 67, admit that at some point Ms. Spencer sold her house, which she owned before meeting the plaintiff, for $5,000. Admit she moved into a different house. Deny all other allegations.

Answering Paragraph 169, admit that after plaintiff pled guilty, Ms. Spencer began a relationship with Mr. Davidson. All other allegations are denied.

Answering Paragraph 213, admit plaintiff's Petition was denied. All other allegations are denied.

Answering Paragraph 226, admit that Ms. Spencer and Mr. Davidson began a relationship after plaintiff pled guilty. All other allegations are denied.

**PARAGRAPH ADMITTED IN PART AND DENIED ON INFORMATION AND BELIEF IN PART**

Answering Paragraph 86, admit that plaintiff was hospitalized at Oregon Health Science Center. As to the other allegations of this paragraph, this defendant lacks information sufficient to form a belief as to the truth thereof, and therefore denies the same.

Answering Paragraph 108, admit the first sentence, admit she said Matt reported plaintiff abused him with oral sex and anal penetration. Defendant lacks information as to the other allegation.

**PARAGRAPHS ADMITTED**

Paragraphs 2, 4, 6, 7, 8, 9, 10, 12, 13, 15, 35, 39, 104, 105, 107, 167 and 168 are admitted.

DEFENDANT SPENCER'S ANSWER TO
COMPLAINT [C11-5424BHS] – 4
lw/GAW1218.466/851993

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

## PARAGRAPHS DENIED

Paragraphs 16, 38, 66, 106, 129, 130, 160, 209, 210, 211, 212, 257, 258, 262, 263 and 286-394 are denied.

## PARAGRAPHS DENIED ON INFORMATION AND BELIEF

Answering Paragraphs 17-34, 42-61, 63, 65, 68-85, 87-102, 109-128, 131-159, 161-166, 170-208, 214-225, 227-256, 259-261, 264-285, this defendant lacks information sufficient to form a belief as to the truth thereof, and therefore denies the same.

## AFFIRMATIVE DEFENSES

1. The plaintiffs' claims are barred by the doctrines of res judicata, collateral estoppel and judicial estoppel.

2. Some or all of the plaintiffs' claims are barred by the statute of limitations.

3. Some or all of the plaintiffs' claims are barred by the doctrine of laches.

4. The plaintiffs caused or contributed to their own damages, if any.

5. Plaintiffs' injuries and damages, if any, may have been caused by the intentional conduct of another party and those damages must be segregated from the damages caused by fault.

DEFENDANT SPENCER'S ANSWER TO
COMPLAINT [C11-5424BHS] – 5
lw/GAW1218.466/851993

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

6. The injuries and damages, if any, claimed by the plaintiff Clyde Ray Spencer, arise out of a condition to which he had knowledge and voluntarily subjected himself.

7. The investigation, arrest and prosecution of Clyde Ray Spencer were undertaken with probable cause and were lawful.

8. The plaintiffs' damages, if any, were caused by the plaintiffs' failure to mitigate said damages.

9. Plaintiffs were comparatively negligent, and, consequently, plaintiffs' damages should be reduced in proportion to their own comparative fault.

10. The conduct of this defendant was privileged.

11. The plaintiffs' damages, if any, were caused by the acts or omission of third parties over whom this defendant had no control.

12. This defendant is entitled to immunity for all actions related to the prosecution of Mr. Spencer.

13. Ms. Spencer is immune from liability for her reports to the appropriate governmental bodies. RCW 4.24.500.

14. Plaintiffs' complaint fails to state a claim upon which relief can be granted.

15. The Section 1983 claim as to this defendant is frivolous and entitles this defendant to her attorney fees and expenses.

DEFENDANT SPENCER'S ANSWER TO
COMPLAINT [C11-5424BHS] – 6
lw/GAW1218.466/851993

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

WHEREFORE, defendant prays for judgment:

1. Dismissing plaintiffs' complaint with prejudice and with costs;

2. Apportioning any damages according to the proportionate fault of all persons or entities;

3. For all of defendant's attorney fees and costs incurred herein; and

4. For such further relief as the court deems just and equitable.

DATED this 15th day of December, 2011.

By *s/ Gary A. Western*
Gary A. Western, WSBA No. 12878
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
Fax: (206) 623-9273
E-mail: western@wscd.com

Of Attorneys for Defendant Shirley Spencer


By *s/ William H. Dunn(per electronic authorization)*
William H. Dunn, WSBA No. 1649
DUNN LAW OFFICE
P.O. Box 1016
1024 NE 68th Street
Vancouver, WA 98665
Telephone: (360) 694-4815
Fax: (360) 695-1077
E-mail: dunnwh@pacifier.com

Of Attorneys for Defendant Shirley Spencer

DEFENDANT SPENCER'S ANSWER TO COMPLAINT [C11-5424BHS] – 7
lw/GAW1218.466/851993

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiffs**
Daniel T. Davies
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Email: dandavies@dwt.com

**Attorney for Plaintiffs**
Douglas H. Johnson
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Email: dhjohnson43@aol.com

**Attorney for Plaintiffs**
Kathleen T. Zellner
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Email: kathleen.zellner@gmail.com

**Attorney for Defendant Peters**
Patricia C. Fetterly
Assistant Attorney General
Torts Division
P.O. Box 40126
Olympia, WA 98504-0116
Email: patriciaf1@atg.wa.gov

**Attorney for Defendant Peters**
Robert M. McKenna
Attorney General of Washington
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108

**Attorney for Defendant Peters**
Daniel J. Judge
Attorney General's Office
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
Email: danielj@atg.wa.gov

**Attorney for Defendant Davidson**
Jeffrey Freimund
Freimund Jackson & Tardif & Benedict Garratt, PLLC
711 Capitol Way S Ste 602
Olympia, WA 98501-1293
Email: jefff@fjtlaw.com

**Attorney for Defendant Krause**
Guy M. Bogdanovich
Law Lyman Daniel Kamerrer & Bogdanovich
PO Box 11880
Olympia, WA 98508-1880
Email: gbogdanovich@lldkb.com

DEFENDANT SPENCER'S ANSWER TO
COMPLAINT [C11-5424BHS] – 8
lw/GAW1218.466/851993

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

**Attorney for Defendants Clark County, Clark County Prosecutor's Office and Clark County Sheriff's Office**
E. Bronson Potter
Chief Civil Deputy Prosecuting Attorney
Clark County Prosecuting Attorney
Civil Division
604 W. Evergreen Blvd.
P.O. Box 5000
Vancouver, WA 98666-5000
Email: Bronson.potter@clarkwa.gov

**SIGNED** this 15th day of December, 2011, at Seattle, Washington.

*Lin Walker*
Lin Walker

DEFENDANT SPENCER'S ANSWER TO COMPLAINT [C11-5424BHS] – 9
lw/GAW1218.466/851993

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273