The Honorable Benjamin Settle
Trial Date: April 16, 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ, <br><br> Plaintiffs, <br><br> vs. <br><br> FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN, <br><br> Defendants. | No. C11-5424BHS <br><br> [PROPOSED] ORDER GRANTING DEFENDANT SHIRLEY SPENCER'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER came before the undersigned Judge of the above-entitled Court, on Defendant Shirley Spencer's Motion for Summary Judgment.

The Court has considered the pleadings on file herein, including:

1.  Defendant Shirley Spencer's Motion for Summary Judgment;

[PROPOSED] ORDER GRANTING
DEFENDANT SHIRLEY SPENCER'S MOTION
FOR SUMMARY JUDGMENT
[No. C11-5424BHS] – 1
lw/GAW1218.466/922719

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

2. Declaration of Shirley Spencer with exhibits;

3. Declaration of Matthew Hansen with exhibits;

4. _____

5. _____

6. _____

The Court thus being fully apprised as to all matters relevant to the Motion, now, therefore, it is hereby ORDERED that:

Defendant Shirley Spencer's Motion for Summary Judgment is GRANTED. As a result, IT IS ORDERED that all of Plaintiffs' claims against Defendant Shirley Spencer are hereby dismissed with prejudice.

DATED this ___ day of _____, 2012.

_____
The Honorable Benjamin H. Settle
United States District Judge

Presented by:

WILSON SMITH COCHRAN DICKERSON

By: *s/ Gary A. Western*
By: *s/ Gabriella Wagner*

Gary A. Western, WSBA# 12878
Gabriella Wagner, WSBA# 42898
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Telephone: (206) 623-4100
Fax: (206) 623-9273
E-mail: western@wscd.com
E-mail: wagner@wscd.com
of Attorneys for Defendant Shirley Spencer

[PROPOSED] ORDER GRANTING
DEFENDANT SHIRLEY SPENCER'S MOTION
FOR SUMMARY JUDGMENT
[No. C11-5424BHS] -- 2
lw/GAW1218.466/922719

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273