The Honorable Benjamin Settle
Trial Date: April 16, 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | No. C11-5424BHS<br><br>DECLARATION OF SHIRLEY SPENCER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, Shirley Spencer, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct.

1. I am sixty-nine years old and I am competent to make the following declaration based upon my personal knowledge.

DECLARATION OF SHIRLEY SPENCER IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT [C11-5424BHS] – 1
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

2. On or about August 29, 1984, I called Child Protective Services (CPS) in Vancouver, Washington, to report alarming statements that my then five-year old step-daughter, Kathryn Spencer, had made to me. Kathryn stated that her mother, father, brother, and an acquaintance of her father's, had all engaged in sexual contact with her. I called CPS because I was deeply concerned for the child's safety, particularly since she was returning [SS] ~~had just returned~~ to California to stay with her biological mother. Before calling CPS, I informed my husband, Clyde Ray Spencer, of the statements.

3. The following day, both my husband at the time, Mr. Spencer, and I, spoke with Detective Flood, who had called in regard to Kathryn's statements. Both Mr. Spencer and I recounted Kathryn's statements to Detective Flood. At the end of the conversation, Detective Flood requested that I again [SS] contact the local law enforcement agency and have them interview Kathryn. Mr. Spencer agreed that we should contact the local law enforcement agency pursuant to Detective Flood's suggestion. As a result, I contacted the Clark County Sheriff's Office on August 30, 1984.

4. In the following weeks, Mr. Spencer was investigated as a possible suspect. At that time, I believed that my husband was innocent. I accompanied him to meetings with the police, including a voluntary polygraph test, conducted on September 21, 1984. At that meeting I told Officer Krause that I found it very difficult to believe that the allegations against Mr. Spencer were true, that I never observed any action on his part which caused me concern, and that if I had, I would have been concerned for the safety of my four-year-old son, Matthew Hansen, and my grandchildren. I also told Officer Krause that because of all the trouble that had been caused by reporting Kathryn's statements, I wished that I had never said anything. I also told Officer Krause that the police should be going to Sacramento to

DECLARATION OF SHIRLEY SPENCER IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT [C11-5424BHS] – 2
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

determine who had been abusing Kathryn because I was sure that my then-husband was not guilty.

5. I accompanied Mr. Spencer to a second polygraph examination on September 24, 1984. The results from the first test had been inconclusive. While waiting for the examination, I again stated to Officer Krause that I believed that he was innocent and that I wished I had never said anything.

6. On December 27, 1984, I was asked to attend an interview with the City of Vancouver Police Department for the purpose of determining Mr. Spencer's suitability to continue his employment as a police officer. During that interview, I stated that I was frustrated that Mr. Spencer had been wrongfully named as a suspect and that I was sure of his innocence. *Id.* A true and correct copy of that Interview is attached hereto as **Exhibit A**.

7. On January 3, 1985, Mr. Spencer was charged in the Clark County Superior Court with one count of statutory rape and one count of indecent liberties. Both charges alleged that Mr. Spencer had sexually abused his daughter.

8. On February 3, 1985, Mr. Spencer and I got into a major argument. He stated that he wanted a divorce and I became extremely upset because I did not want our relationship to end. As a result, my two sons called the police. A true and correct copy of the Police Report is attached hereto as **Exhibit B.**

9. Mr. Spencer moved out of the home after the argument. Around that time, I noticed unusual behavior from my son from a previous relationship, Matthew Hansen. I spoke with Officer Krause regarding my concerns and Matthew's behavior. After several requests from Officer Krause, I agreed to allow the police to interview Matthew. I was not present during that interview. However, after the interview, Officer Krause told me that Matthew had

DECLARATION OF SHIRLEY SPENCER IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT [C11-5424BHS] – 3
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

stated that he had been sexually abused by Mr. Spencer. Officer Krause repeated the specifics of the abuse that had occurred while Matthew and I were together, and Matthew agreed.

10.  My divorce from Clyde Ray Spencer was finalized on July 11, 1986. At that time, I was engaged in a romantic relationship with Sergeant Michael Davidson, who I had come to know during the investigation of Clyde Ray Spencer. However, our relationship did not begin until after Mr. Spencer entered an Alford plea to the charges against him.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Vancouver, Washington, this 28 day of March, 2012.

*SHIRLEY SPENCER*

DECLARATION OF SHIRLEY SPENCER IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT [C11-5424BHS] – 4
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiffs**
Daniel T. Davies
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Email: dandavies@dwt.com

**Attorney for Plaintiffs**
Douglas H. Johnson
Kathleen T. Zellner
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Email: dhjohnson43@aol.com
Email: kathleen.zellner@gmail.com

**Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office and Clark County**
Bernard F. Veljacic
Deputy Prosecuting Attorney
Clark County Prosecuting Attorney Civil Division
604 W. Evergreen Blvd.
P.O. Box 5000
Vancouver, WA 98666-5000
Email: Bernard.Veljacic.@clark.wa.gov

**Attorney for Defendant Peters**
Daniel J. Judge
Attorney General's Office
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
Email: danielj@atg.wa.gov

**Attorney for Defendant Davidson**
Jeffrey Freimund
Freimund Jackson & Tardif & Benedict Garratt, PLLC
711 Capitol Way S Ste 602
Olympia, WA 98501-1293
Email: jefff@fjtlaw.com

**Attorney for Defendant Krause**
Guy M. Bogdanovich
Law Lyman Daniel Kamerrer & Bogdanovich
PO Box 11880
Olympia, WA 98508-1880
Email: gbogdanovich@lldkb.com

DECLARATION OF SHIRLEY SPENCER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [C11-5424BHS] – 5
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| **Attorney for Defendant Shirley Spencer** | **Attorney for Defendant Peters** |
|---|---|
| William H. Dunn | Patricia C. Fetterly |
| Dunn Law Office | Assistant Attorney General |
| P.O. Box 1016 | Torts Division |
| Vancouver, WA 98666 | P.O. Box 40126 |
| Email: dunnwh@pacifier.com | Olympia, WA 98504-0116 |
| | Email: patriciaf1@atg.wa.gov |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**Attorney for Defendant Peters**
Robert M. McKenna
Attorney General of Washington
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108

**SIGNED** this 29th day of March, 2012, at Seattle, Washington.

*Lin Walker*
Lin Walker

DECLARATION OF SHIRLEY SPENCER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [C11-5424BHS] – 6
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273