# Exhibit A

7

POLICE DEPARTMENT
CITY OF VANCOUVER


OFFICE CORRESPONDENCE


TO: LELAND S. DAVIS                    FROM: LT. REX WOODWARD
    CHIEF OF POLICE                          CPL. JIM HULSE
                                             PERS. SERVICES

SUBJECT: WITNESS INTERVIEW 6-IA-84


ON DECEMBER 27, 1984 AN INTERVIEW OF SHIRLEY SPENCER THE WIFE OF OFFICER RAYMOND SPENCER WAS CONDUCTED IN THE CONFERENCE ROOM OF THE VANCOUVER POLICE DEPARTMENT. PRESENT DURING THE INTERVIEW WERE LT. REX WOODWARD AND CPL. JIM HULSE.

MRS. SPENCER PRIOR TO THE INTERVIEW EXPRESSED CONCERN AS TO WHY SHE WAS BEING INTERVIEWED BY MEMBERS OF OUR DEPARTMENT. SHE STATED SHE COULD UNDERSTAND THE COUNTY INTERVIEWING HER BUT SAW NO PURPOSE IN OUR INTERVIEWING HER. IT WAS EXPLAINED TO MRS. SPENCER THAT THE COUNTY'S INVESTIGATION CENTERED ON ONLY THE PERSPECTIVE OF THE CRIMINAL ALLEGATIONS BUT OURS WAS ONE OF A MUCH BROADER SCOPE. AN INVESTIGATION THAT WOULD ATTEMPT TO DETERMINE HER HUSBAND'S SUITABILITY TO CONTINUE TO BE EMPLOYED AS A POLICE OFFICER, CONSEQUENTLY MANY FACTORS WERE BEING EXAMINED. MRS. SPENCER SEEMED TO BE SATISFIED AND AGREED TO BE INTERVIEWED.

LT. WOODWARD ASKED MRS. SPENCER TO NARRATE THE EVENTS TO THE BEST OF HER RECOLLECTION, SURROUNDING KATHRYN SPENCER'S DISCLOSURE TO HER OF CERTAIN SEXUAL ACTS. MRS. SPENCER RELATED THE FACTS CONSISTANT WITH THE STATEMENT SHE GAVE TO THE CLARK COUNTY SHERIFF'S OFFICE. MRS. SPENCER WAS EMOTIONALLY DISTRAUGHT AND HAD TO STOP HER NARRATION FREQUENTLY TO REGAIN HER COMPOSURE.

MRS. SPENCER DID NOT REVEAL ANY NEW FACTS IN HER ACCOUNTING NOR WAS SHE A BLE TO OFFER ANY INSIGHT AS TO WHY, IF THE ALLEGATIONS WERE FALSE, HER STEP-DAUGHTER WOULD MAKE THEM IN THE FIRST PLACE. SHE STATED THAT SHE BELIEVED RAY WAS INNONCENT. MRS. SPENCER EXPRESSED DISMAY AT THE COUNTY FOR SEEMINGLY FOCUSING SOLELY ON RAY AS A SUSPECT WHEN OTHERS WERE ALSO NAMED.

MRS. SPENCER WAS VERY CONCERNED FOR HER HUSBAND AND FOR THE WELFARE OF THE CHILDREN. SHE TOLD OF THE DIFFICULTIES THE ACCUSATIONS AND RESULANT INVESTIGATION HAS CAUSED ON HER FAMILY, HER MARRIAGE AND, HER LIFE.

8

# Exhibit B

9

# CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
## INCIDENT REPORT

**INJURY:** ☐ OFFICER ☐ SUSPECT ☐ VICTIM
**HAZARD TO OFFICER**
**DOMESTIC VIOLENCE**
☐ VICTIM REQUESTS NON-DISCLOSURE

☐ SUPPLEMENTAL REPORT
☒ CRIME ☐ VEHICLE ☐ MISSING ☐ ARREST
☐ DECEASED ☐ INFORMATION ☐ JUVENILE ☐ ADULT

TYPED BY:
PROCESSED BY:
DATA ENTRY BY:

CRIME ANALYSIS CODE UNIT: 27

**INCIDENT CLASSIFICATION (INCLUDE R.C.W. NO.):** DOMESTIC VIOLENCE/SIMPLE ASSAULT 9A.36.040

**LOCATION:** [REDACTED]
GEO CODE: 2A — / 2B —

**WHEN REPORTED:** 2-3-85  TIME: 0002  DAY OF WEEK: Sunday
**WHEN OCC:** 2-3-85  TIME: 0002  DAY OF WEEK: Sun.

☐ EVIDENCE SUBMITTED ☐ FINGERPRINT SEARCH MADE ☐ FINGERPRINTS FOUND ☐ LAB EXAM REQUESTED ☐ PHOTOS K-9 USE: ☐ Y ☐ N ☐ UNAVAIL

**PERSONS** — V1-VICTIM C1-COMPLAINANT R1-REGISTERED OWNER W1-WITNESS P1-PARENT F1-FIRM NAME

| CODE | NAME: LAST | FIRST | MIDDLE | SEX | RACE | DOB |
|---|---|---|---|---|---|---|
| V1 | SPENCER | RAY | C. | M | W | [REDACTED]-48 |

HOME ADDRESS: [REDACTED]
BUSINESS – SCHOOL ADDRESS: ———

| CODE | NAME: LAST | FIRST | MIDDLE | SEX | RACE | DOB |
|---|---|---|---|---|---|---|
| V2 | MORGAN | ROBERT | A. | M | W | [REDACTED]-61 |

HOME ADDRESS: Unk. New York State Address
HOME PHONE-BPC: Mess. [REDACTED]

| CODE | NAME: LAST | FIRST | MIDDLE | SEX | RACE | DOB |
|---|---|---|---|---|---|---|
| W1 | MORGAN | RALPH | H. | M | W | [REDACTED]-62 |

HOME ADDRESS: [REDACTED]

S1 - SUSPECT   M1 - MISSING   X1 - MENTAL HEALTH   Q1 - RUNAWAYS   Y1 - DETOX   D1 - DECEASED   A1 S1- ASSOCIATE

| CODE | NAME: LAST | FIRST | MIDDLE | DOB | SEX | RACE |
|---|---|---|---|---|---|---|
| S1 | SPENCER | SHIRLEY | J. | [REDACTED]-42 | F | W |

HT: 5-7  WT: 125  BUILD: thin  HAIR: blo  EYES: blu  ADDRESS: [REDACTED]
CLOTHING, TATTOOS, DESCRIPTION, ALIAS: Varied
**CHARGE DETAILS:** Possible Simple Assault 9A.36.040
BOOKED / WHERE: ☐ YES ☐ NO

| CODE | NAME: LAST | FIRST | MIDDLE | DOB | SEX | RACE |
|---|---|---|---|---|---|---|
| S2 | SPENCER | RAY | C. | [REDACTED]-48 | M | W |

HT: 5-7  WT: 165  BUILD: med  HAIR: brn  EYES: brn  ADDRESS: [REDACTED]
CLOTHING, TATTOOS, DESCRIPTION, ALIAS: Varied
**CHARGE DETAILS:** Possible Simple Assault 9A.36.040
BOOKED / WHERE: ☐ YES ☐ NO

**RCW.9A.84.040:** MAKING FALSE REPORTS TO PUBLIC OFFICERS: (1) A PERSON COMMITS THE CRIME OF MAKING A FALSE REPORT IF HE (SHE) WILLFULLY MAKES ANY UNTRUE, MISLEADING, OR EXAGGERATED STATEMENT IN ANY REPORT TO A POLICE OR FIRE DEPARTMENT. (2) MAKING A FALSE REPORT IS A MISDEMEANOR.

☐ RELEASED PROPERTY TO ___
☐ I ACCEPT THE LIABILITY FOR TOWING AND STORAGE
☐ I HAVE READ, UNDERSTAND, AND AGREE TO THE ABOVE.
☐ THE NAMED JUVENILE IS PRESENTLY A RUNAWAY
☐ NAMED PERSON IS PRESENTLY MISSING
SIGNATURE OF PERSON

CASE MANAGEMENT DECISION: ☐ REFERRED ☐ SUSPENDED
☐ CA ☐ CPS ☐ CMHP ☐ DSHS ☐ PATROL
☒ PA ☐ JDH ☐ PAT ☐ SIU ☐ DETECTIVE
CLEARED BY: ☐ ARREST ☐ EXCEPTIONAL ☐ UNFOUNDED
EXCEPTIONAL DIST: 10

REPORTING OFFICER: Don Kund Jr.
REVIEWED BY: REDACTED

CASE NO.: 85-4-73

**ATTACH PROPERTY REPORT FOR CONT...TION OF PROPERTY: STOLEN / LOST / DAMAGED**

PL-LOST / PD-DAMAGED / PI-INVENTORY

Columns: QUANTITY | ARTICLE TYPE | SERIAL NO. | BRAND/NAME | MODEL | VALUE | MORGAN / WACIC / NCIC

COLOR — DESCRIPTION (FOR WEAPONS INDICATE TYPE OF ACTION) — CALIBER — MARKS/OWNER APPLIED NO.

**VEHICLE SECTION**

VS-STOLEN / VR-RECOVERED / VT-TOWED / VL-LOCATED / VV-VICTIM'S VEHICLE / SV-SUSPECT VEHICLE

LICENSE NUMBER | STATE | LIC-YR | TYPE | VIN NUMBER
KEYS IN VEHICLE | THEFT INS. | PERMISSION GIVEN | VALUE | CHARGE/CITE NO.
VEHICLE YEAR | MAKE | MODEL | STYLE | COLOR | DESCRIPTION

I CERTIFY I HAVE RECEIVED LISTED VEHICLE: SIGNATURE: TOWING EMPLOYEE, OWNER, OR AUTHORIZED AGENT TAKING POSSESSION OF THE LISTED VEHICLE.

TOWED BY/LOCATION

DAMAGE TO VEHICLE ☐ YES ☐ NO
SPECIFY DAMAGE BY SHADING IN DAMAGE AREA ☐ TOP ☐ UNDERSIDE
HOLD ☐ Yes ☐ No
ARSON LOSS / TOTAL LOSS
LETTER SENT ☐ YES ☐ NO

**NARRATIVE SECTION**

CODES TO USE

PERSONS: V1, C1, W1, R1, P1, F1, D1
SUSPECT-MISSING: S1, S2, M1, X1, Y1
VEHICLE: VS, VR, VT, VL, VV, SV
PROPERTY: PS, PL, PD, PI

1. ADDITIONAL PERSON INFO — ATTACH ADDITIONAL INCIDENT REPORTS. DETAIL ADDITIONAL PERSON INFORMATION NOT COVERED IN BOXES.
2. ADDITIONAL SUSPECT INFO — ATTACH ADDITIONAL INCIDENT REPORTS. DETAIL ADDITIONAL SUSPECT INFORMATION NOT COVERED IN BOXES.
3. INJURED PERSONS — (VICTIMS, WITNESSES, OFFICERS, SUSPECTS). DETAIL INJURIES, MEDICAL EXAM, DISPOSITION.
4. ADDITIONAL PROPERTY — ATTACH UTILITY/PROPERTY REPORT. DETAIL INFORMATION NOT INCLUDED IN BOXED PROPERTY SECTION.
5. PHYSICAL EVIDENCE — DETAIL WHAT AND WHERE FOUND, BY WHOM AND DISPOSITION.
6. VEHICLES — SUSPECT VEHICLE INFORMATION IN SAME ORDER AS VEHICLE SECTION. ADDITIONAL VEHICLE INFORMATION NOT INCLUDED IN BOXES.
7. PARENT — GUARDIAN'S NAME, ADDRESS, PHONE NUMBER OF JUVENILE IN DETENTION; INDICATE IF CONTACTED.
8. LIST DOCUMENTS ATTACHED — (AIR FORM, MEDICAL RELEASE, WAIVERS, ETC.).
9. RECONSTRUCT INCIDENT AND DESCRIBE INVESTIGATION.
10. SYNOPSIS FOR PROSECUTOR ON CLEARED CRIMES AND CUSTODIES.

ITEM NUMBERS ARE LISTED IN ORDER OF STEP 1-10; IF STEP IS UNNECESSARY, DO NOT LIST IT.

| ITEM | CODE | |
|---|---|---|
| 9 | | On above listed date and time, I was dispatched and responded to a report of a disturbance. Upon my arrival, I was contacted by Robert and Ralph Morgan, and Shirley Spencer. At the time of my arrival, they were holding Ray Spencer to the floor. Shirley first explained to me that she is currently married to Ray Spencer, and that Robert and Ralph Morgan are her sons from a previous marriage. Shirley told me that Ray has been criminally charged with molesting his four year old girl from a past marriage that Ray had. |

**CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON**
**UTILITY REPORT**

PAGE 2 OF 6

☐ SUPPLEMENTAL RPT.    ☒ CONTINUATION OF:
☒ Incident Rpt    ☐ Supplemental Rpt.

TYPED BY:
PROCESSED BY:
DATA ENTRY BY:

INCIDENT CLASSIFICATION (INCLUDE R.C.W. NO.)
POSSIBLE SIMPLE ASSAULT 9A.36.040

LOCATION OF INCIDENT: [REDACTED]

DATE OF INCIDENT: 2-3-85
PRESENT DATE: 2-4-85

1. ADDITIONAL PERSONS INFO – ATTACH ADDITIONAL INCIDENT REPORTS. DETAIL ADDITIONAL PERSON INFORMATION NOT COVERED IN BOXES.
2. ADDITIONAL SUSPECT INFO – ATTACH ADDITIONAL INCIDENT REPORTS. DETAIL ADDITIONAL SUSPECT INFORMATION NOT COVERED IN BOXES.
3. INJURED PERSONS – (VICTIMS, WITNESSES, OFFICERS, SUSPECTS) – DETAIL INJURIES, MEDICAL EXAM, DISPOSITION.
4. ADDITIONAL PROPERTY – ATTACH UTILITY/PROPERTY REPORT. DETAIL INFORMATION NOT INCLUDED IN BOXED PROPERTY SECTION.
5. PHYSICAL EVIDENCE – DETAIL WHAT AND WHERE-FOUND, BY WHOM, AND DISPOSITION.
6. VEHICLES – SUSPECT VEHICLE INFORMATION IN SAME ORDER AS VEHICLE SECTION. ADDITIONAL VEHICLE INFORMATION NOT INCLUDED IN BOXES.
7. PARENT, GUARDIAN'S NAME, ADDRESS, PHONE NUMBER OF JUVENILE IN DETENTION. INDICATE IF CONTACTED AND IF INCIDENT ADJUSTED.
8. LIST DOCUMENTS ATTACHED – (AIR FORM, MEDICAL RELEASE, WAIVERS, ETC.)
9. RECONSTRUCT INCIDENT AND DESCRIBE INVESTIGATION.
10. SYNOPSIS FOR PROSECUTOR ON CLEARED CRIMES AND CUSTODIES.

ITEM NO. ARE LISTED IN ORDER OF STEP 1 TO 10. IF STEP IS UNNECESSARY, OMIT.

| ITEM | CODE | PERSONS CODE | NAME OF VICTIM / OTHER  LAST, FIRST, MIDDLE |
|---|---|---|---|
| 9 | | | I then allowed Robert, Ralph and Shirley to let Ray up off the floor. I then interviewed Ray as to what had happened this evening and he told me the following; Ray told me that he has been under a great deal of stress in the past four months. Ray said that he has been accused of molesting his daughter, which Ray said is not true. Ray told me that tonight he was in bed with his wife and they got into an argument. Ray said that it was caused by the stress build up of the charges against him. Ray also said that this past Friday, he was fired from his job which is creating a financial burden on the family. Ray said that while he was in bed arguing with his wife, he decided that he felt the best solution to the marriage problem would be to get a divorce. Ray said that he told Shirley that he wanted a divorce, then he got up out of bed and was starting to gather some clothes together to leave for the night. Ray said that his wife Shirley became very upset, got out of bed and jumped on him and grabbed Ray by his testicles and squeezed hard. Ray said that during that comotion, Shirley's son Robert came up stairs to the room to see what was goin on. Ray said that Robert pulled Shirley off of him and then Robert tried to get Ray's attention by placing his hand on Ray's chest. Ray said that he realized that Robert was just |

☐ CPS  ☐ CMHP  ☐ DSHS  ☐ PATROL
☐ JDH  ☐ PAT  ☐ SIU  ☐ DETECTIVE
☐ ARREST  ☐ EXCEPTIONAL  ☐ UNFOUNDED

CLEARED BY: PA
EXCEPTIONAL DIST: 12

REPORTING OFFICER: Don Kerr Jr.    DIST: 5-46
REVIEWED BY: REDACTED    DATE:

CLARK COUNTY SHERIFF'S OFFICE          PAGE _3_ OF _6_

| ITEM | CODE | |
|---|---|---|
| 9 | | trying to help, but Ray said he did not want to listen to what Robert had to say. Ray said that Robert was persistant and kept putting the palm of his left hand on Ray's chest. Ray said that he kept telling Robert "get your fucking hand off me". Ray said that he repeadedly told Robert that and that Robert continued to touch his chest. Ray said that he finally blew up and with his left arm, he knocked Robert's arm away and punched Robert in the face with his closed right fist. Ray said at that time Robert, Ralph and Shirley jumped on him until I arrived. |
| 10 | | I then talked to Robert and he told me that he was here visiting from New York for two weeks. Robert told me that he was down stairs and heard some screaming voices but could not make out what was being said. He also said that he heard some scuffling around, so he went to see what was going on. Robert said that his mom Shirley was holding onto Ray and that he seperated them. Robert said that he was aware that the family has been under a lot of pressure and is aware of Ray's criminal charges. Robert said that he was attempting to talk to Ray and had placed his hand on Ray's chest in attempt to talk to Ray and to difuse the situation. Robert said that Ray kept telling him "get your fucking hand off me". Robert said just as he was taking his hand away, Ray knocked his arm with his arm and then punched Robert in the face with a closed fist. Robert said that Ray jumped on him and started hitting him several times, until Ralph and his mom Shirley were able to pull Ray off of him and they then physically restrained Ray to the floor until I arrived. |
| 11 | | I then talked to Shirley who told me the same as Ray had told me. Shirley told me that Ray said he wanted a Divorce and got out of bed. |
| 13 | | |

**CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON**
**UTILITY REPORT**

PAGE 4 OF 6

- SUPPLEMENTAL RPT.
- ☒ CONTINUATION OF:
  - ☒ Incident Rpt.
  - ☐ Supplemental Rpt.

TYPED BY:
PROCESSED BY:
DATA ENTRY BY:

INCIDENT CLASSIFICATION (INCLUDE R.C.W. NO.)
POSSIBLE SIMPLE ASSAULT 9A.36.040

LOCATION OF INCIDENT: [REDACTED]

DATE OF INCIDENT: 2-3-85
PRESENT DATE: 2-4-85

1. ADDITIONAL PERSONS INFO - ATTACH ADDITIONAL INCIDENT REPORTS. DETAIL ADDITIONAL PERSON INFORMATION NOT COVERED IN BOXES.
2. ADDITIONAL SUSPECT INFO - ATTACH ADDITIONAL INCIDENT REPORTS. DETAIL ADDITIONAL SUSPECT INFORMATION NOT COVERED IN BOXES.
3. INJURED PERSONS - (VICTIMS, WITNESSES, OFFICERS, SUSPECTS) - DETAIL INJURIES, MEDICAL EXAM, DISPOSITION.
4. ADDITIONAL PROPERTY - ATTACH UTILITY/PROPERTY REPORT. DETAIL INFORMATION NOT INCLUDED IN BOXED PROPERTY SECTION.
5. PHYSICAL EVIDENCE - DETAIL WHAT AND WHERE FOUND, BY WHOM, AND DISPOSITION.
6. VEHICLES - SUSPECT VEHICLE INFORMATION IN SAME ORDER AS VEHICLE SECTION. ADDITIONAL VEHICLE INFORMATION NOT INCLUDED IN BOXES.
7. PARENT, GUARDIAN'S NAME, ADDRESS, PHONE NUMBER OF JUVENILE IN DETENTION, INDICATE IF CONTACTED AND IF INCIDENT ADJUSTED.
8. LIST DOCUMENTS ATTACHED - (AIR FORM, MEDICAL RELEASE, WAIVERS, ETC.)
9. RECONSTRUCT INCIDENT AND DESCRIBE INVESTIGATION.
10. SYNOPSIS FOR PROSECUTOR ON CLEARED CRIMES AND CUSTODIES.

ITEM NO. ARE LISTED IN ORDER OF STEP 1 TO 10. IF STEP IS UNNECESSARY, OMIT.

| ITEM | CODE | PERSONS CODE | NAME OF VICTIM / OTHER  LAST, FIRST, MIDDLE |
|---|---|---|---|
| 9 | | | She said she became upset, got out of bed and jumped on Ray and grabbed his testicles. Shirley said that her son Robert came into the room shortly after that and was trying to calm the situation down. She said that Robert had lightly placed his hand on Ray's chest and was trying to talk to Ray. Shirley said that Ray repeatedly told Robert "get your fucking hand off of me". Shirley said that Ray then hit Robert in the face with a fist and then jumped on Robert and kept hitting Robert. She said that her other son Ralph and herself pulled Ray off of Robert and then Robert helped her and Ralph hold Ray to the ground until I arrived. |
| | | | I talked very brief with Ralph as he was laying on a couch with a back problem from a previous injury. Ralph told me that he did not see anything until Ray was on top of Robert and was hitting Robert. Ralph said he then helped hold Ray down on the floor until I arrived. |
| | | | While talking with Shirley, it became known to me that Ray had recently spent three to four weeks in the mental ward at the University Oregon Medical School for suicidal tendencies. At the time of this incident, no one wanted to pursue the matter. I became more concerned about Ray's mental disorder than I was about |

REPORTING OFFICER: Donald L. K[...]  DIST. 5-46

REVIEWED BY: **REDACTED**

CLEARED BY: 14

| ITEM | CODE | |
|---|---|---|
| 9 | | any criminal charges at that time. Ray was willing to go back to the hospital for a mental evaluation. I contacted Tom Gibson (VPD) who is a personal friend of Ray's, and he agreed to take Ray to the hospital. |
| | | I then transported Ray in my patrol car to ▓▓▓ and ▓▓▓ where I met with Gibson who then transported Ray the the hospital. I talked later with Gibson and he confirmed to me that he did in fact transport and admitt Ray into the mental ward at the University of Oregon Medical school. |
| | | While I was transporting Ray to Gibsons location, Ray told me about his charges of molesting his daughter. Ray told me that this past summer, his daughter was visiting him from California. He said that one day his daughter told his current wife Shirley that her mommy, brother and Ray's old girlfriend used to play with her in a bad way. Ray said that his daughter showed Shirley that they used to touch her chest and private parts. He said that his daughter then told Shirley that Ray used to do it also. Ray said that when this was brought to his attention, he contacted child protective services and reported this so it could be investigated. Ray said that he was then informed that a case worker contacted his ex-wife in California and his daughter for an interview. He said that he was upset because they did not interview his daughter by herself. Ray said that after the interview was over, he was then the only suspect or person named by his daughter as to molesting her. Ray said that he has requested that his daughter be examined by a doctor, but that has not been done. |
| | | Ray also told me that he has been offered by the prosecutors, that if he pleads guilty, that he will not spend any time in jail and would |
| 15 | | only be conseled as an out patient. Ray said that he was not guilty, |

REDACTED

**CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON**
**UTILITY REPORT**

PAGE 6 OF 7

SUPPLEMENTAL RPT. ☒ CONTINUATION OF:
☒ Incident Rpt.  ☐ Supplemental Rpt.

TYPED BY:
PROCESSED BY:
DATA ENTRY BY:

INCIDENT CLASSIFICATION (INCLUDE R.C.W. NO.)
POSSIBLE SIMPLE ASSAULT 9A.36.040

LOCATION OF INCIDENT: [redacted]

DATE OF INCIDENT: 2-3-85
PRESENT DATE: 2-4-85

| ITEM | CODE | PERSONS CODE | NAME OF VICTIM / OTHER LAST, FIRST, MIDDLE. |
|---|---|---|---|
| 9 | | | and that he would not plead guilty to something that he did not do. Ray said "do you think I would take a chance and go to the joint"? He said if I was guilty, I plead guilty so I would not have to go to jail and I would only have to go to conseling as an out patient. NOTE:(While talking with Shirley, she seemed to get very upset and cry while telling me how much she loves Ray and has supported him through these rough times. Shirley told me over and over while crying that "I love that man to death, but I can't under stand why he would go to bed with another woman and cheat on me. I know he was going to bed and fucking that woman". Shirley told me this over and over. Shirley never told me who the woman was.) I asked Ray if he was seeing another woman besides his wife. I told him that his wife seemed to think he was and I told him what she had said to me. I told him that the reason I bring it up is that if they stay together, that he might want to concentrate on that area of their marriage as if issomething that obviously bothers Shirley. Ray told me that it is a long story and that it has something to do with issuing an employee at Vancouver Memorial Hospital two citations on two different occassions. He said that he is friends with another female employee at that hospital and that he found out |

REPORTING OFFICER: Don Kue Jr.
DIST. 5-41

REDACTED

CLARK COUNTY SHERIFF'S OFFICE   PAGE 7 OF 7

| ITEM | CODE | |
|---|---|---|
| 9 | | that the one female that he has issued citations to, is calling Shirley and telling her lies about him having an afair with this other female friend of his at the hospital. Ray never told me the names of the two females. |
| | | Request P.A.s office to review this report for possible criminal simple assault charges on Ray and/or Shirley Spencer. |