The Honorable Benjamin Settle
Trial Date: April 16, 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | No. C11-5424BHS<br><br>DECLARATION OF MATTHEW HANSEN |

I, Matthew Hansen, declare as follows:

1. I was born in 1980 and I make this declaration based upon my personal knowledge of the facts reported herein.

DECLARATION OF MATTHEW HANSEN
[C11-5424BHS] – 1
pj/GAW1218.466/897088

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

2. Attached as Exhibit A is a six page statement I gave to the Clark County Prosecuting Attorney's office on October 20, 2009. I swore that statement was true on October 20, 2009. The descriptions of what Ray Spencer did to me as stated on pages 3-4 and 4-5 are true and correct statements of what occurred when I was a little boy.

3. When I was giving this statement, Mr. Hammond handed me what is attached as Exhibit B. He read from that in describing what Ray Spencer did to me and I agreed his descriptions were true.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

_____
Matthew Hansen
Dated: 3-6-12
Place: Vancouver WA

DECLARATION OF MATTHEW HANSEN
[C11-5424BHS] – 2
pj/GAW1218.466/897088

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiffs**
Daniel T. Davies
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Email: dandavies@dwt.com

**Attorney for Plaintiffs**
Douglas H. Johnson
Kathleen T. Zellner
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Email: dhjohnson43@aol.com
Email: kathleen.zellner@gmail.com

**Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office and Clark County**
Bernard F. Veljacic
Deputy Prosecuting Attorney
Clark County Prosecuting Attorney
Civil Division
604 W. Evergreen Blvd.
P.O. Box 5000
Vancouver, WA 98666-5000
Email: Bernard.Veljacic.@clark.wa.gov

**Attorney for Defendant Peters**
Daniel J. Judge
Attorney General's Office
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
Email: danielj@atg.wa.gov

**Attorney for Defendant Davidson**
Jeffrey Freimund
Freimund Jackson & Tardif & Benedict Garratt, PLLC
711 Capitol Way S Ste 602
Olympia, WA 98501-1293
Email: jefff@fjtlaw.com

**Attorney for Defendant Krause**
Guy M. Bogdanovich
Law Lyman Daniel Kamerrer & Bogdanovich
PO Box 11880
Olympia, WA 98508-1880
Email: gbogdanovich@lldkb.com

DECLARATION OF MATTHEW HANSEN
[C11-5424BHS] – 3
pj/GAW1218.466/897088

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| | |
|---|---|
| **Attorney for Defendant Shirley Spencer** | **Attorney for Defendant Peters** |
| William H. Dunn | Patricia C. Fetterly |
| Dunn Law Office | Assistant Attorney General |
| P.O. Box 1016 | Torts Division |
| Vancouver, WA  98666 | P.O. Box 40126 |
| Email: dunnwh@pacifier.com | Olympia, WA  98504-0116 |
| | Email: patriciaf1@atg.wa.gov |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**Attorney for Defendant Peters**
Robert M. McKenna
Attorney General of Washington
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108

**SIGNED** this 29th day of March, 2012, at Seattle, Washington.

_Lin Walker_
Lin Walker

DECLARATION OF MATTHEW HANSEN
[C11-5424BHS] – 4
pj/GAW1218.466/897088

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273