The Honorable Benjamin Settle
Trial Date: April 16, 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ, | No. C11-5424BHS |
| Plaintiffs, | DECLARATION OF GARY A. WESTERN |
| vs. | |
| FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN, | |
| Defendants. | |

I, Gary A. Western, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct.

DECLARATION OF GARY A. WESTERN – 1
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

1. I am over the age of 18, I am one of the attorneys representing Defendant Shirley Spencer in this matter and I am competent to make the following declaration based upon my personal knowledge and a review of the files and records related to this litigation.

2. Defendant Spencer's Motion for Summary Judgment was originally noted for April 20, 2012. On April 6, 2012, counsel for Plaintiffs called my office to request that we agree to continue that matter. My office agreed and the motion was re-noted for May 18, 2012.

3. Attached hereto as **Exhibit A** are pertinent pages from the Trial Transcript in the Habeas Corpus hearing presided over by Judge Bryan on September 3, 1996.

4. Attached hereto as **Exhibit B** are pertinent pages from the deposition of Sharon Krause, taken in Longview, Washington, on May 22, 1996.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, this 16th day of May, 2012.

GARY WESTERN

DECLARATION OF GARY A. WESTERN – 2
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100 FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiffs**
Daniel T. Davies
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Email: dandavies@dwt.com

**Attorney for Plaintiffs**
Douglas H. Johnson
Kathleen T. Zellner
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Email: dhjohnson43@aol.com
Email: kathleen.zellner@gmail.com

**Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office and Clark County**
Bernard F. Veljacic
Deputy Prosecuting Attorney
Clark County Prosecuting Attorney Civil Division
604 W. Evergreen Blvd.
P.O. Box 5000
Vancouver, WA 98666-5000
Email: Bernard.Veljacic.@clark.wa.gov

**Attorney for Defendant Peters**
Daniel J. Judge
Attorney General's Office
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
Email: danielj@atg.wa.gov

**Attorney for Defendant Davidson**
Jeffrey Freimund
Freimund Jackson & Tardif & Benedict Garratt, PLLC
711 Capitol Way S Ste 602
Olympia, WA 98501-1293
Email: jefff@fjtlaw.com

**Attorney for Defendant Krause**
Guy M. Bogdanovich
Law Lyman Daniel Kamerrer & Bogdanovich
PO Box 11880
Olympia, WA 98508-1880
Email: gbogdanovich@lldkb.com

DECLARATION OF GARY A. WESTERN – 3
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| | |
|---|---|
| **Attorney for Defendant Shirley Spencer** | **Attorney for Defendant Peters** |
| William H. Dunn | Patricia C. Fetterly |
| Dunn Law Office | Assistant Attorney General |
| P.O. Box 1016 | Torts Division |
| Vancouver, WA 98666 | P.O. Box 40126 |
| Email: dunnwh@pacifier.com | Olympia, WA 98504-0116 |
| | Email: patriciaf1@atg.wa.gov |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**Attorney for Defendant Peters**
Robert M. McKenna
Attorney General of Washington
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108

SIGNED this 18th day of May, 2012, at Seattle, Washington.

*Betty Dobbins* (signature)
Betty Dobbins

---

DECLARATION OF GARY A. WESTERN – 4
gw/GW1218.466/916147

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273