5

# EXHIBIT A

RECEIVED
AUG 2 4 7010
Prosecutor's Office

1

```
                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
                            AT TACOMA
```

FILED    RECEIVED    LODGED
SEP 16 1997
BY WESTERN CLERK U.S. DISTRICT COURT
DISTRICT OF WASHINGTON
AT TACOMA
                    DEPUTY

```
CLYDE RAYMOND SPENCER,          )   Docket No. C94-5238RJB
                                )
             Petitioner,        )   Tacoma, Washington
                                )   September 3, 1996
        v.                      )   9:30 a.m.
                                )
JOSEPH KLAUSER, Warden,         )
Idaho State Institution;        )
CHRISTINE GREGOIRE, Attorney    )
General, State of Washington.   )
                                )
             Respondents.       )
_____)
```

```
                          VOLUME I
                      TRANSCRIPT OF TRIAL
            BEFORE THE HONORABLE ROBERT J. BRYAN
                 UNITED STATES DISTRICT JUDGE.
```

APPEARANCES:

| | |
|---|---|
| For the Petitioner: | PETER A. CAMIEL<br>Mair, Abercrombie, Camiel & Rummonds<br>710 Cherry Street<br>Seattle, Washington  98104 |
| For the Respondents: | JOHN J. SAMSON<br>DONNA H. MULLEN<br>Assistant Attorneys General<br>Post Office Box 40116<br>Olympia, Washington  98504-0116 |
| Court Reporter: | Julaine V. Ryen<br>Post Office Box 885<br>Tacoma, Washington 98401-0885<br>(206) 593-6591 |

Proceedings recorded by mechanical stenography, transcript produced by Reporter on computer.

ORIGINAL

1  discussion concerning having her son Matt examined by a doctor?
2  A.  I have no recollection of that.
3  Q.  Did you ever learn that Shirley Spencer's son had been taken
4  to see a doctor?
5  A.  Not to my recollection.
6  Q.  Would it be fair to say that in fact you had more than a
7  professional relationship with Shirley Spencer during the
8  Spencer investigation?
9       MR. SAMSON:  Your Honor, I would have to object.  This
10 is irrelevant.  The Ninth Circuit has affirmed the denial of the
11 claim regarding the alleged coercion by Mr. Davidson, allegedly
12 coercing the guilty plea.  Any private relationship Mr. Davidson
13 had with Ms. Spencer is not relevant to the issues in this
14 case.  Mr. Camiel can ask about what Mr. Davidson did, saw,
15 observed, but his personal relationship with Ms. Spencer is
16 irrelevant.
17      MR. CAMIEL:  Your Honor, this line of questioning goes
18 toward our argument that the Clark County Sheriff's Office was
19 aware that M.H. had been referred for a medical exam and
20 the amount of contact with M.H. mother himself.
21      THE COURT:  I think he may answer.  I don't want to go
22 into this in any depth, but I think he may answer the question.
23 Q.  (By Mr. Camiel)  Isn't it in fact true that you had more
24 than a professional relationship with Shirley Spencer during the
25 Spencer investigation?

68

1   A.   That's not correct, no.
2   Q.   Did you see Shirley Spencer socially during the Spencer
3   investigation?
4   A.   After the Spencer investigation concluded.
5   Q.   Do you remember telling Detective Krause during the pendency
6   of the Spencer investigation that you were involved with Shirley
7   Spencer?
8   A.   I don't recall that, no.
9   Q.   In child sex abuse cases that were being investigated when
10  you were the sergeant supervising the detectives doing those
11  investigations, was it a routine practice to have the children
12  referred to a doctor for an examination?
13  A.   Without reviewing procedures pursuant to that particular
14  time in the investigation protocol, I can't tell you.
15  Q.   Well, based on your memory of what actually occurred, apart
16  from any written procedures, was it a routine practice to have
17  children referred to a doctor?
18  A.   It would depend upon the allegation.
19  Q.   Where there were allegations with a female child of vaginal
20  penetration, would that be the kind of allegation where you
21  would expect there to be a referral to a doctor?
22  A.   I would expect that there would be a referral, yes.
23  Q.   And with a male child, where there were allegations of anal
24  penetration, would that be the kind of allegation that you would
25  expect to result in a referral to a doctor?

527

1  answer to this out as soon as I can.
2        THE DEFENDANT:  Thank you, Your Honor.
3     (Recessed at 4:25 p.m.)
4
5                    C E R T I F I C A T E
6
7     I certify that the foregoing is a correct transcript from
8  the record of proceedings in the above-entitled matter.
9
10
11
12  _____              January 15, 1997
        JULAINE V. RYEN                              Date
13

**EXHIBIT B**

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                IN THE WESTERN DISTRICT OF WASHINGTON
 3                              AT TACOMA
 4  _____
 5  CLYDE RAYMOND SPENCER,          )
                                    )
 6                     Petitioner,  )
                                    )
 7       vs.                        )
                                    )   No. C94-5238RJB
 8  JOSEPH KLAUSER, Warden, Idaho   )
    State Institution; CHRISTINE    )
 9  GREGOIRE, Attorney General,     )
    State of Washington,            )
10                                  )
                                    )
11                     Respondents. )
    _____)
12
13  _____
14
              DEPOSITION UPON ORAL EXAMINATION
15
                              OF
16
                      SHARON A. KRAUSE
17
    _____
18
19  DATE TAKEN:   May 22, 1996
20
    TIME:   10:30 a.m.
21
22  PLACE:  Hall of Justice
            Longview, Washington
23
24
25
                         SUZAN R. WELLS
                      Archer Associates, Inc.
                         P. O. Box 1092
                   Longview, Washington  98632
                         (360) 423-2195
```

COPY

000086

1  A   Yes.  I'm sure it was.
2  Q   What was significant about that?  Why was that a
3      problem?
4  A   Well, I think that's a big problem.  We weren't looking
5      at one.  There could have been others.  The other thing
6      that concerned me personally was that I remember him
7      saying some of the other men had guns on their ankles.
8  Q   You were concerned that these other potential suspects
9      might be police officers?
10 A   Absolutely.
11 Q   Was there an investigation that followed up on that?
12 A   There was.  And I remember Jim Holtz and I discussing
13     that.
14 Q   Jim Holtz was with the Vancouver Police Department?
15 A   Was the detective who was doing it.  Other than that, I
16     can't really tell you.  We were never able to identify,
17     you know, if there was, who they were.
18 Q   Now, during the period of time of the Spencer
19     investigation, did you become aware that your
20     supervisor, Mike Davidson, began having a romantic
21     relationship with Shirley Spencer?
22          MR. SAMSON:  I'll object on the
23 grounds of relevancy.  This claim was addressed by the
24 ninth circuit and was rejected by the ninth circuit so I
25 don't think the issue is really relevant anymore to this

Sharon A. Krause

000123
38

1            action.  But you can answer if you want.
2     Q      (By Mr. Camiel:)  You can answer.
3     A      I was aware of it, yes.  So was everybody else.
4     Q      Was that ongoing while you were conducting your
5            investigation?
6     A      My memory of that, that was way on into the
7            investigation that I became aware of that.  And I don't
8            -- I don't remember if it -- You know, it's been so
9            long.  My recollection of that is that when I became
10           aware of that, it was long after I had interviewed
11           Little Matt.  And I don't remember if it was before he
12           pled or after, to be honest with you.  But at some point
13           I became -- but it was --.
14    Q      At the point where you learned about it, you've
15           indicated that it was long after you'd interviewed
16           Little Matt.
17    A      It seems to me.  That's what I think it was.  That's my
18           memory.
19    Q      I wanted to identify "Little ▇▇▇" as *M.H.* ▇▇▇▇▇.
20    A      Correct.
21    Q      Matt Hansen is the Matt that lived up here in the state
22           of Washington?
23    A      Right.  His mother is Shirley Spencer.
24    Q      When you learned that your supervisor, Michael Davidson,
25           was involved with Shirley Spencer, at the point where

                              Sharon A. Krause

## CERTIFICATE OF NOATRY PUBLIC

STATE OF WASHINGTON )
                     : ss.
County of Clark      )

I, SUZAN R. WELLS, a notary public for the State of Washington, do hereby certify that SHARON A. KRAUSE, a witness, personally appeared before me at the time and place mentioned in the caption herein; that said witness was by me first duly sworn on oath, and examined upon oral interrogatories propounded by counsel; that said examination, together with the testimony of said witness was written by me in machine shorthand and thereafter reduced to typewriting; and that the foregoing transcript constitutes a full, true and accurate record of said examination of and testimony given by said witness, and of all other oral proceedings had during the taking of said deposition, and of the whole thereof.

Witness my hand and notarial seal the 28th day of May, 1996.

_Suzan R. Wells_
SUZAN R. WELLS, CSR #WELLSSR325BH
Notary Public for the State of
Washington, residing at Vancouver,
Washington. My commission
expires on 8/29/97.

000136