Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER, and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11-5424-BHS<br><br>ORDER GRANTING SUMMARY JUDGMENT FOR DEFENDANT MICHAEL DAVIDSON<br><br>[PROPOSED] |

THIS MATTER having come on regularly for hearing on defendant Davidson's motion for summary judgment, and the Court having reviewed the record herein and, to the extent deemed relevant and admissible, reviewed the material submitted by the parties concerning this motion, including:

1. Defendant Davidson's Summary Judgment Motion and the supporting declarations of Jeffrey Freimund (with Exhibits 1 – 26 attached thereto), Sharon Krause (with

ORDER GRANTING DEFENDANT DAVIDSON'S
SUMMARY JUDGMENG MOTION
[PROPOSED]
C11-5424-BHS                    - 1

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

1  Exhibits 1 – 6 attached thereto), and the other evidence referenced in defendant Davidson's

2  summary judgment motion, including the declarations of Shirley Spencer (with Exhibit A

3  attached thereto, Docket Nos. 53 and 53-1) and Matthew Hanson (with Exhibits A and B

4  attached thereto, Docket Nos. 54 and 54-1);

5

6    2.    Plaintiffs' Response to Defendant Davidson's Summary Judgment Motion, if

7  any; and

8    3.    Defendant Davidson's Reply in Support of Summary Judgment;

9  and being fully advised, now, therefore,

10   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant

11 Davidson's motion for summary judgment is granted and all claims against defendant

12 Davidson are hereby dismissed with prejudice.

13   DONE IN OPEN COURT this _____ day of June, 2012.

14

15

16   _____

17   U. S. DISTRICT JUDGE BENJAMIN H. SETTLE

18

19 Presented by:

20

21 s/Jeffrey A. O. Freimund
   JEFFREY A. O. FREIMUND, WSBA No. 17384
   Freimund Jackson Tardif & Benedict Garratt, PLLC
22 711 Capitol Way South, Suite 602
   Olympia, WA  98502
23 Telephone:  (360) 534-9960
   Fax:  (360) 534-9959
24 jeffF@fjtlaw.com
   Attorney for Defendant Michael Davidson

25

26

ORDER GRANTING DEFENDANT DAVIDSON'S
SUMMARY JUDGMENG MOTION
[PROPOSED]
C11-5424-BHS                    - 2 -

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiffs Clyde Ray Spencer, Matthew Ray Spencer, and Kathryn E. Tetz
dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiffs Clyde Ray Spencer, Matthew Ray Spencer, and Kathryn E. Tetz
kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiffs Clyde Ray Spencer, Matthew Ray Spencer, and Kathryn E. Tetz
dandavies@dwt.com
Daniel J. Judge, Attorney for Defendant James M. Peters
danielj@atg.wa.gov
Patricia C. Fetterly, Attorney for Defendant James M. Peters
Patriciafl@atg.wa.gov
Bernard F. Veljacic, Attorney for Defendants Clark County Prosecutor's Office; Clark County Sheriff's Office, & Clark County
Bernard.Veljacic@clark.wa.gov
William H. Dunn, Attorney for Defendant Shirley Spencer
dunnwh@pacifier.com
Gary A. Western, Attorney for Defendant Shirley Spencer
western@wscd.com
Guy Bogdanovich, Attorney for Defendant Sharon Krause
gbogdanovich@lldkb.com

s/Janice Flaherty
JANICE FLAHERTY
Legal Assistant to
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif
 & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98502
Telephone: (360) 534-9960
Fax: (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Sergeant Michael Davidson

ORDER GRANTING DEFENDANT DAVIDSON'S SUMMARY JUDGMENG MOTION [PROPOSED]
C11-5424-BHS                     - 3 -

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959