# EXHIBIT 2

In the Superior Court of the State of Washington
In and For the County of Clark

STATE OF WASHINGTON,
                    Plaintiff,
          vs.                                    No. 85 1 00007 2
CLYDE RAY SPENCER,
                                                 INFORMATION
                    Defendant.

COMES NOW the Prosecuting Attorney in and for Clark County, State of Washington, and does by this inform the Court that the above named defendant ................ is ................ guilty of ................ the crime ...... committed as follows, to-wit:

Count I.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, on one or more occasions between July 14, 1984, and August 26, 1984, being over thirteen (13) years of age, did unlawfully and feloniously engage in sexual intercourse with Kathryn E. Spencer, who was less than eleven (11) years of age at the time, to-wit: age five (5) years, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

Count II.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, on one or more occasions between July 14, 1984, and August 26, 1984, did knowingly cause Kathryn E. Spencer, not the spouse of the defendant and less than fourteen (14) years of age, to-wit: age five (5) years, to have sexual contact with the defendant or another, in violation of RCW 9A.44.100 (1) (b), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

Date: January 2, 1985

Count I - Statutory Rape I - RCW 9A.44.
070 (1) and Count II - Indecent Liberties -
RCW 9A.44.100 (1) (b)

FILED
JAN 3 - 1985
George J. Miller, Clerk, Clark Co.

ARTHUR D. CURTIS
Prosecuting Attorney in and for Clark County, Washington
By ..................................................
   Deputy Prosecuting Attorney.

Spencer-00017

IN THE SUPERIOR/DISTRICT COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF CLARK

STATE OF WASHINGTON

VS

Clyde Spencer

Case No. 85-1-00009-2

ROR RELEASE AGREEMENT

YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

☒ PERSONAL PROMISE 699-2436
YOUR PERSONAL RECOGNIZANCE, on your promise to appear at all scheduled hearings, trials, or otherwise as required by the Court. During release, you are to abide by the following conditions:
703 West 15th Street
Vancouver, Washington

☐ SUPERVISED RELEASE 699-2436
YOU ARE RELEASED ON CONDITIONAL SUPERVISION. You hereby agree to be placed in the custody of the Supervised Release Officer and abide by any conditions or agreements as listed below:

☒ You are to obey all laws.
☒ You are to obtain and/or maintain full-time employment.
☒ You are to have no contact whatsoever with victim(s).
☐ You are to keep in touch with your attorney.
☒ Your travel is restricted to Clark-Multn. Counties
☒ You are not to possess or use alcoholic beverages or drugs.
☒ You are not to possess or use firearms.
☐ You are to contact _____ (in person, by phone) every Wednesday, between 2&6pm at 699-2436, 703 West 15th Street.

FILED JAN 03 Clerk, Clark Co.

YOU ARE TO LIVE: George St. 17681 Lucia Falls Rd Yacolt    687-1407
Address                                    Telephone
With: Wife
Name and Relationship to Defendant
And: Not move without first obtaining permission of the Court.

GENERAL CONDITIONS: I do hereby agree that I shall appear at all times and places as ordered by the Court. Further, I shall appear for trial; and, if convicted, appear for judgment and execution of judgment. I will obey all Orders of the Court and comply with any conditions the Court may impose, including but not limited to those listed above.
I understand that if I violate any condition of this release agreement, I may be immediately arrested and then detained pending trial.
FAILURE TO APPEAR: Should you be released under this agreement, with the requirement of a subsequent personal appearance before this or any other Court of the State of Washington, and should you knowingly fail to appear without lawful excuse, you may be charged with the crime of bail jumping. Bail jumping, committed by an individual charged with a felony, is punishable by imprisonment not to exceed 10 years, by a fine not to exceed $10,000 or both. 9A.76.170

For information concerning this release, call: Release on Recognizance 699-2436; Supervised Release 699-2436
George J. Miller Clerk Clark Co.

I understand that I am liable for those penalties as prescribed by law for willful failure to appear or for violation of any condition of this agreement upon which I am released. If I am apprehended outside the State of Washington, I hereby waive extradition.

_____ Witness    Attorney Title    Ray Spencer Signature of Defendant

If a criminal complaint or information is filed against you on or before _____, 19__, this agreement continues in effect until your case is concluded. If no criminal complaint or information is filed by such date, this agreement will then terminate and, as of that date, you are released from any requirements or responsibilities imposed by it.

SO ORDERED: This 3 day of January, 1985
Judge/Recognizance Officer

YOUR NEXT COURT DATE IS: 1-4-85   1:30   #3 Lodge
                         Date   Time
Court: 1200 Franklin Street

Distribution: White, Court File; Canary, ROR; Pink, Defendant; Goldenrod, Jail; Green, P.A.

Spencer-00019