# EXHIBIT 3

```
```

# POLICE DEPARTMENT
## CITY OF VANCOUVER, WASHINGTON

### OFFICE CORRESPONDENCE

DATE: JANUARY 8, 1985

TO:   ALL PERSONNEL                    FROM:  LELAND S. DAVIS
                                              CHIEF OF POLICE

SUBJECT:   PERSONNEL ORDER NO. 1-85

Effective January 8, 1985, Officer Ray Spencer has been terminated as a member of the Vancouver Police Department.

*[signature]*

LELAND S. DAVIS
CHIEF OF POLICE

LSD:dc

STATE OF WASHINGTON )
                    : ss.    AFFIDAVIT OF SERVICE
COUNTY OF CLARK     )

       Leland S. Davis _____, being first duly sworn, on oath, deposes and says:

       I am a citizen of the United States, a resident of Washington, over the age of 18 years and competent to be a witness in the above-referenced matter. I personally served a true copy of the Notice of Dismissal on Clyde Ray Spencer at the Vancouver Police Department, Vancouver, Clark County, Washington, on the __8th__ day of __January__, 1985.

_____
Vancouver Police Department

       SUBSCRIBED AND SWORN TO before me this __8th__ day of __January__, 1985.

_____
Notary Public in and for the
State of Washington
Residing at Vancouver

BEFORE THE CITY OF VANCOUVER
CIVIL SERVICE COMMISSION

IN RE CLYDE RAY SPENCER   )
                          )
                          )   NOTICE OF DISMISSAL
                          )   (CIVIL SERVICE RULE 8.3; RCW 41.12.090)

TO:      Secretary/Examiner Civil Service Commission

AND TO:  Officer Clyde Ray Spencer

FROM:    Paul Grattet, City Manager (Appointing Authority)

I.

After a thorough investigation by the Police Department and after my careful consideration, I conclude that you should be, and are hereby, discharged and removed as a police officer of the City of Vancouver, Washington, as of this date, on the following grounds:

   (a) Incompetency, inefficiency, or inattention to or dereliction of duty. Civil Service Rules and Regulation 8.2.1.

   (b) Dishonesty, intemperance, immoral conduct, insubordination, discourteous treatment of the public or a fellow employee; or any other act or omission or commission tending to injure the public service; or any other willful failure on the part of the employee to properly conduct himself; or any willful violation of the provisions of Ch. 41.12 or 41.08, R.C.W. or of these rules and regulations. Civil Service Rules and Regulation 8.2.2.

NOTICE OF DISMISSAL - 1

    (c)    Any other act or failure to act which, in the judgment of the Civil Service Commission, is sufficient to show the offender to be an unsuitable and unfit person to be employed in the public service.  Civil Service Rule 8.2.6.

### II.

The reasons for your discharge and removal are summarized as follows:

    (a)    That you did engage in sexual relations with a minor and that such relations were immoral;

    (b)    That prior to joining the Vancouver Police Department you did sexually assault an individual; and

    (c)    That between October 1979 and January 1980 you did report false information to your supervisors while you were involved in an undercover investigation.

### III.

A more detailed statement of the reasons for your discharge and removal will be promptly provided to you upon your request or request by your attorney.

### IV.

You may, within ten days of service of this notice, appeal to the Civil Service Commission by filing with its Secretary/Examiner a written request for a Commission investigation.  Civil Service Rule 8.3.



NOTICE OF DISMISSAL - 2

DATED this _8th_ day of January, 1985.

_/s/ Paul M. Grattet_
Paul Grattet, City Manager
(Appointing Authority)

_/s/ Leland S. Davis_
Leland S. Davis, Chief of Police

NOTICE OF DISMISSAL - 3

Corr/WJC

BEFORE THE CITY OF VANCOUVER
CIVIL SERVICE COMMISSION

IN RE CLYDE R. "RAY" SPENCER )
                                  )
                                  )    BILL OF PARTICULARS

      Upon the written request of Clyde Ray Spencer dated January 8, 1985, the City of Vancouver hereby provides the following Bill of Particulars supporting its Notice of Dismissal dated January 8, 1985.

      ALLEGATION NO. 1. That in the latter part of November 1978 while residing in Anaheim, California, Clyde Ray Spencer did forcibly and without consent compel Rhonda Short to engage in sexual intercourse with him. Ms. Short was at that time a high school student of approximately 18 years of age and was the daughter of Officer Spencer's next door neighbor.

      ALLEGATION NO. 2. That during an undercover investigation of gambling concerns in downtown Vancouver conducted from September 1979 through January 1980 Clyde Ray Spencer did engage in an on-going sexual relationship with an undercover informant named Nancy Steigman. Such sexual relations occurred without the approval of Officer Spencer's superiors and such relations were not reported to Officer Spencer's superiors. Further, during a

BILL OF PARTICULARS - 1

RECEIVED
JAN 16 1985
OFFICE OF THE CHIEF OF POLICE

period extending from January 1, 1980 to January 15, 1980, Officer Spencer falsely reported to his superiors that the informant had discovered his real identity and had called him at his place of residence and also that members of a motorcycle gang which he had infiltrated were driving by, and stopping in front of his house.

ALLEGATION NO. 3. That on one or more occasions between July 14 and August 26, 1984, Clyde Ray Spencer did have sexual contact with and did engage or attempt to engage in sexual intercourse with his daughter, Kathryn E. Spencer, then age five.

DATED this 15th day of January, 1985.

_Ronald K. Barilla, Assistant City Manager_
for Paul Grattet, City Manager

CSPE114

BILL OF PARTICULARS - 2