# EXHIBIT 4

1      IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

2          IN AND FOR THE COUNTY OF CLARK

3

4  STATE OF WASHINGTON,       )

5         ,Plaintiff,      )   NO.   85-1-00007-2

6        vs.          )

7   CLYDE RAY SPENCER,    ,)   MOTION AND AFFIDAVIT FOR
                            ORDER AUTHORIZING ISSUANCE

8       Defendant.     )   OF WARRANT OF ARREST

9      COMES NOW the plaintiff, State of Washington, by and

10  through the Prosecuting Attorney for Clark County, represented

11  by his Deputy, _____ James M. Peters _____, and the

12  plaintiff having heretofore filed an Information in the above-

13  entitled cause charging the defendant, _____ CLYDE RAY SPENCER

14  _____, with the crime(s) of _____

15

16  Count III:  Statutory Rape I, RCW 9A.44.070
     Count IV:   Statutory Rape I, RCW 9A.44.070 .
     Count V:    Stat utory Rape I, RCW 9A.44.070

17

18

19

20  and does respectfully move the Court for an Order authorizing

21  the issuance of a warrant for the arrest and detention of the

22  defendant, _____ CLYDE RAY SPENCER _____,

23  until the said defendant can be brought before the Court to

24  answer said Information, or until further Order of the Court,

25  or until release of the defendant on such conditions as may

26  be set by the Court.

27      This Motion is based upon the annexed and attached

28  Affidavit and upon Criminal Rule 2.2 (a).

29      DATED this _____ day of _____ February _____,

30  19 _8_. 5

31                      COPY

32               ORIGINAL FILED
                Deputy Prosecuting Attorney
                FEB 26 1985

MOTION AND AFFIDAVIT - 1    George J. Miller, Clerk, Clark Co.

CLARK COUNTY PROSECUTING ATTORNEY
1200 FRANKLIN
P.O. BOX 5000
VANCOUVER, WASHINGTON 98668
(206) 699-2261

---

STATE OF WASHINGTON )
:ss
COUNTY OF CLARK )

JAMES M. PETERS, being first duly sworn, upon oath, deposes and states:

That I am a Deputy Prosecuting Attorney for Clark County, Washington, and in the course of that capacity have personal knowledge that Clyde Ray Spencer is presently pending trial before Department 3 of the Superior Court of Clark County, Washington for the crimes of Statutory Rape in the First Degree and Indecent Liberties involving his daughter, Kathryn E. Spencer, age five, said trial is set to begin April 15th, 1985.

In my official capacity, on February 28th, 1985, I was contacted by Detective Sharon N. Krause of the Clark County Sheriff's Office, who is known to your affiant to be a reliable and credible individual and who reported the following information:

That this morning, February 28th, 1985, she was contacted by Shirley Spencer, who is the wife of the defendant, Clyde Ray Spencer, and her five year old son, Mathew Allen Charles Hanson, whose date of birth is November 28, 1975. During the course of that contact Krause had occasion to interview Mathew Allen Charles Hanson based on concerns expressed by Shirley Spencer that her son, age five, may have been sexually molested by Clyde Ray Spencer within the preceding twelve months. During the course of her interview with Mathew Allen Charles Hanson, age five, Krause determined the following information:

Mathew appeared to be a bright and verbal child who was easy to understand and informed Krause that he had observed his father engaged in sexual acts with both his step-sister, Kathryn Spencer, who is the victim of

ORIGINAL FILED

FEB 28 1985
CLARK COUNTY PROSECUTING ATTORNEY

Counts I and II of the present Information, and his
step-brother, Mathew Spencer, age nine, who is the
natural son of Clyde Ray Spencer;

Mathew also related to Deputy Krause that he
himself had been victimized by Ray Spencer on numerous
occasions describing in detail acts of having to perform
fellatio on his father, his father performing fellatio
on him, his father penetrating his rectum digitally, he
having to perform digital penetration upon his father
and his father performing penal penetration upon the
child's rectum;

Specifically, Mathew indicated that during
the sum of 1984 when his step-siblings, Katy and big
Matt were present at his residence on the Lewis River
in Clark County, Washington, his stepfather took him
into the master bedroom of the house while his mother,
Shirley, was at work. Further, that Clyde Ray Spencer,
and he were both naked during this contact and that
Clyde Ray Spencer engaged him in anal penetration of
Mathews rectum and required Mathew to perform fellatio
upon Clyde Ray Spencer;

Further Mathew described to Deputy Krause that
sometime after his step-sister, Katy, left to return to
her home in California, which Krause advises was on
August 27th, 1984, a number of additional acts occurred.
Specifically, on one occasion he and the defendant, Ray
Spencer were in the bathtub and Ray Spencer forced
Mathew's head under the bath water and caused him to
put his mouth on Ray's erect penis. Mathew further
indicated to Krause that there were bubbles in the bath-
tub when this occurred.

In interviewing Spencer's wife, Shirley, Shirley

MOTION AND AFFIDAVIT - 3

CLARK COUNTY PROSECUTING ATTORNEY
1200 FRANKLIN
P. O. BOX 5000
VANCOUVER, WASHINGTON 98666
(206) 699-2261

1  indicated that on one occasion after Katy left she attempted

2  to put bubble bath in Mathew's bathwater and Mathew expressed

3  extreme fear of having bubbles in his bathwater.

4      Further, that Shirley Spencer indicated to Deputy

5  Krause that on or about February 16, 1985, Ray Spencer was

6  residing at the Salmon Creek Motel located in Clark County,

7  Washington.  She indicated that she had an appointment in

8  the evening of that date and had agreed with Ray Spencer

9  to leave Mathew in his care at the Salmon Creek Motel.

10 She indicated she dropped Mathew off in Room 17 of that

11 motel and described the room as an upstairs room located

12 at the back of the complex with a television set mounted

13 high upon the wall.  In her interview with Mathew, Krause

14 learned that during that interaction with Ray Spencer,

15 Mathew was again sexually assaulted.  Mathew indicated

16 that Ray Spencer inserted his penis into Mathew's rectum

17 and also forced Mathew to put his mouth on Ray Spencer's

18 penis.

19     Further, your affiant requested that Sgt. Mike

20 Davidson of the Clark County Sheriff's Office verify the

21 description of the motel room on February 28, 1985 at 1:20

22 p.m. your affiant was advised that Davidson had personally

23 viewed the room and determined the existence of the television

24 mounted high on the wall.  Further, he verified that Spencer

25 was registered at the Salmon Creek Motel between February 6th

26 and February 20, 1985.

27     Wherefore, based upon the foregoing information,

28 your affiant believes there is good and sufficient information

29 to believe that Clyde Ray Spencer is guilty of an additional

30 three counts of Statutory Rape in the First Degree and your

31 affiant prays that he be apprehended and brought before the

32 Court for further proceedings.

MOTION AND AFFIDAVIT - 4

CLARK COUNTY PROSECUTING ATTORNEY
1200 FRANKLIN
P. O. BOX 5000
VANCOUVER, WASHINGTON 98668
(206) 699-2261

1        Further your affiant saith not.

2

3                                    James M. Peters
                                     Deputy Prosecuting Attorney
4

5   SUBSCRIBED AND SWORN TO BEFORE ME THIS  28  day of February,
    1985.
6

7                                    Notary Public in and for the
                                     State of Washington residing
8                                    at Vancouver, therein.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32   MOTION AND AFFIDAVIT - 5

CLARK COUNTY PROSECUTING ATTORNEY
1200 FRANKLIN
P. O. BOX 5000
VANCOUVER, WASHINGTON 98660
(206) 699-2281