# EXHIBIT 5

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF CLARK

STATE OF WASHINGTON,               )
                                   ) ss       NO. 85-1-00007-2
COUNTY OF CLARK                    )          WARRANT OF ARREST

TO THE SHERIFF OF CLARK COUNTY, GREETING:

An Information having been filed on the _____ day of February , 19 85 in the Superior Court of the State of Washington, for the County of Clark, charging    CLYDE RAY SPENCER

with the crime of

Count III: Statutory Rape I, RCW 9A.44.070
Count IV:  Statutory Rape I, RCW 9A.44.070
Count V:   Statutory Rape I, RCW 9A.44.070

and the Court having examined the Motion and Affidavit for Order for this warrant and having found therefrom probable cause for the issuance of said warrant,

YOU ARE THEREFORE COMMANDED to forthwith arrest the above named            CLYDE RAY SPENCER              and hold him in your custody as sheriff and jailer of said Clark County, subject to bail as hereon endorsed, until he can be brought before this Court to answer said information and until the further order of this Court.

Condition of Release: Execution of a surety bond or posting of cash in the amount of $ _100,000.00_

By Order of the Court

WITNESS the Honorable    JOHN N. SKIMAS
Judge of the said Superior Court, and the seal of said Court, this _28_ day of February, 19 __

GEORGE J. MILLER
County Clerk and Clerk of said Superior Court

By _____ Deputy

FILED
FEB 2 8 1985
George J. Miller, Clerk, Clark Co.

Date of Issue:
_February 28, 1985_

STATE OF WASHINGTON )
                    ) ss
COUNTY OF CLARK     )

SHERIFF'S RETURN

FILED
MAR 4 1985
George J. Miller, Clerk, Clark Co.

I hereby certify that I received the within Warrant of Arrest _Feb. 28_ , 1985 and _the same was_ executed _upon Clyde Ray Spencer_
DATED this _4th_ day of _Feb_ 19 85.

FRANK KANEKOA
Sheriff of Clark County, Washington

By: _Gary Dutz_ for
        Deputy

RECEIVED
FEB 8
CLARK COUNTY SHERIFF
RECORDS DEPARTMENT

Fee:

14

Spencer-00039