# EXHIBIT 6

# In the Superior Court of the State of Washington
## In and For the County of Clark

STATE OF WASHINGTON,
        Plaintiff,

vs.

CLYDE RAY SPENCER,

        Defendant.

No. 85-1-00007-2

**INFORMATION**

"SECOND AMENDED"

COMES NOW the Prosecuting Attorney in and for Clark County, State of Washington, and does by this inform the Court that the above named defendant.......................... is guilty of ............... the crime........ committed as follows, to-wit:

### Count I.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, did, on an unknown date during the summer of 1983, being over thirteen (13) years of age, engage in sexual intercourse with Kathryn E. Spencer, who was less than eleven (11) years of age, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

### Count II.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, did, on an unknown date during the summer of 1983, being over thirteen (13) years of age, engage in sexual intercourse with Matthew Ray Spencer, who was less than eleven (11) years of age, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

### Count III.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, on one or more occasions between July 14, 1984, and August 26, 1984, being over thirteen (13) years of age, did engage in sexual intercourse, to-wit: by placing his penis or finger in Kathryn E. Spencer's vagina or rectum when she was less than eleven (11) years of age, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

### Count IV.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, on one or more occasions between July 14, 1984, and August 26, 1984, being over thirteen (13) years of age, did engage in sexual intercourse, to-wit:

ARTHUR D. CURTIS
Prosecuting Attorney in and for Clark County, Washington

By_____
Deputy Prosecuting Attorney

FILED
MAY 3 1985
George J. Miller, Clerk, Clark Co.

19

Spencer-00048

by placing his penis into the mouth of Kathryn E. Spencer when she was less than eleven (11) years of age, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

### Count V.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, being a person over thirteen (13) years of age, did, between July 14, 1984, and August 26, 1984, acting with the kind of culpability that is sufficient for the commission of the crime of Statutory Rape in the First Degree, did cause Kathryn E. Spencer, an innocent or irresponsible person, to engage in such conduct, or, with knowledge that it would promote or facilitate the commission of the crime of Statutory Rape in the First Degree, did solicit, command, encourage, or request Kathryn E. Spencer to commit it by engaging in sexual intercourse, to-wit: fellatio with Matthew Ray Spencer, who was less than eleven (11) years of age, in violation of RCW 9A.44.070 (1) and RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

### Count VI.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, being a person over thirteen (13) years of age, did, between July 14, 1984, and August 26, 1984, acting with the kind of culpability that is sufficient for the commission of the crime of Statutory Rape in the First Degree, did cause Kathryn E. Spencer, an innocent or irresponsible person, to engage in such conduct, or, with knowledge that it would promote or facilitate the commission of the crime of Statutory Rape in the First Degree, did solicit, command, encourage, or request Kathryn E. Spencer to commit it by engaging in sexual intercourse, to-wit: fellatio with Matthew Hansen, who was less than eleven (11) years of age, in violation of RCW 9A.44.070 (1) and RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

### Count VII.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, did, on one or more occasions between July 14, 1984, and August 26, 1984, being a person over thirteen (13) years of age, engage in sexual intercourse, to-wit: by placing his penis or finger in the rectum of Matthew Ray Spencer, a person who was less than eleven (11) years of age, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

Spencer-00049

#### Count VIII.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, on one or more occasions between August 14, 1984, and August 26, 1984, being a person over thirteen (13) years of age, did engage in sexual intercourse, to-wit: fellatio, with Matthew Ray Spencer, who was less than eleven (11) years of age, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

#### Count IX.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, did, on one or more occasions between July 14, 1984, and August 26, 1984, being a person over thirteen (13) years of age, acting with the kind of culpability that is sufficient for the commission of the crime of Statutory Rape in the First Degree, did cause Matthew Ray Spencer, an innocent or irresponsible person, to engage in such conduct, or, with knowledge that it would promote or facilitate the commission of the crime of Statutory Rape in the First Degree, did solicit, command, encourage, or request Matthew Ray Spencer to commit it, by engaging in sexual intercourse with Kathryn E. Spencer, who was less than eleven (11) years of age, by placing his fingers in her rectum, in violation of RCW 9A.44.070 (1), and RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

#### Count X.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, on one or more occasions between July 14, 1984, and August 26, 1984, being a person over thirteen (13) years of age, acting with the kind of culpability that is sufficient for the commission of the crime of Statutory Rape in the First Degree, did cause Matthew Ray Spencer, an innocent or irresponsible person, to engage in such conduct, or, with knowledge that it would promote or facilitate the commission of the crime of Statutory Rape in the First Degree, did solicit, command, encourage or request Matthew Ray Spencer to commit it, by engaging in sexual intercourse with Matthew Hansen, who was less than eleven (11) years of age, to-wit: by placing his fingers in Matthew Hansen's rectum or by committing fellatio on Matthew Hansen, in violation of RCW 9A.44.070 (1), and RCW 9A.08.020 (1), (2) and (a), and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

#### Count XI.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, did on one or more occasions between July 14, 1984, and August 26, 1984, being a person over thirteen (13) years of age, engage in sexual intercourse with Matthew Hansen, a person who was less than eleven (11) years of age, to-wit: by causing him to place his mouth upon the defendant's penis, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

Spencer-00050

#### Count XII.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, did, on one or more occasions between July 14, 1984, and August 26, 1984, being a person over thirteen (13) years of age, did engage in sexual intercourse with Matthew Hansen, a person who was less than eleven (11) years of age, to-wit: by causing him to place his fingers in the defendant's rectum, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

#### Count XIII.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, being a person over thirteen (13) years of age, acting with the kind of culpability that is sufficient for the commission of the crime of Statutory Rape in the First Degree, did cause Matthew Hansen, an innocent or irresponsible person, to engage in such conduct, or with knowledge that it would promote or facilitate the commission of the crime of Statutory Rape in the First Degree, did solicit, command, encourage, or request Matthew Hansen to commit it, by engaging in sexual intercourse with Matthew Ray Spencer, who was less than eleven (11) years of age, to-wit: by placing his thumb in Matthew Ray Spencer's rectum and/or by placing his penis in his rectum, in violation of RCW 9A.44.070 (1), and RCW 9A.08.020 (1), (2) and (a), and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

#### Count XIV.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, being a person over thirteen (13) years of age, acting with the kind of culpability that is sufficient for the commission of the crime of Statutory Rape in the First Degree, did cause Matthew Hansen, an innocent or irresponsible person, to engage in such conduct, or with knowledge that it would promote or facilitate the commission of the crime of Statutory Rape in the First Degree, did solicit, command, encourage, or request Matthew Hansen to commit it, by engaging in sexual intercourse with Kathryn E. Spencer, who was less than eleven (11) years of age, in violation of RCW 9A.44.070 (1), and RCW 9A.08.020 (1), (2) and (a), and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

#### Count XV.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, on an unknown date between August 27, 1984, and December 25, 1984, being a person over thirteen (13) years of age, did engage in sexual intercourse with Matthew Hansen, who was less than eleven (11) years old, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

Spencer-00051



Count XVI.

That he, Clyde Ray Spencer, in the County of Clark, State of Washington, on or about the 16th day of February, 1985, being a person over thirteen (13) years of age, did engage in sexual intercourse with Matthew Hansen, who was less than eleven (11) years old, in violation of RCW 9A.44.070 (1), contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Washington.

ARTHUR D. CURTIS
Prosecuting Attorney in and
for Clark County, Washington

By: *James M. Peters*
James M. Peters, WSBA #7295
Deputy Prosecuting Attorney

Date: May 3, 1985

| | | |
|---|---|---|
| Count I | - | Statutory Rape I - RCW 9A.44.070 (1); |
| Count II | - | Statutory Rape I - RCW 9A.44.070 (1); |
| Count III | - | Statutory Rape I - RCW 9A.44.070 (1); |
| Count IV | - | Statutory Rape I - RCW 9A.44.070 (1); |
| Count V | - | Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (1); |
| Count VI | - | Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (1); |
| Count VII | - | Statutory Rape I - RCW 9A.44.070 (1); |
| Count VIII | - | Statutory Rape I - RCW 9A.44.070 (1); |
| Count IX | - | Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (1); |
| Count X | - | Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (1); |
| Count XI | - | Statutory Rape I - RCW 9A.44.070 (1); |
| Count XII | - | Statutory Rape I - RCW 9A.44.070 (1); |
| Count XIII | - | Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (1); |
| Count XIV | - | Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (1); |
| Count XV | - | Statutory Rape I - RCW 9A.44.070 (1); |
| Count XVI | - | Statutory Rape I - RCW 9A.44.070 (1); |

Spencer-00052