# EXHIBIT 7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF CLARK

STATE OF WASHINGTON,  )
          Plaintiff,  )  No. 85-1-00007-2
                    )
          vs.  )
                    )  STATEMENT OF DEFENDANT
CLYDE RAY SPENCER    ,  )  ON PLEA OF GUILTY
          Defendant.  )

1.  My true name is:  CLYDE RAY SPENCER

2.  My age is:  37

3.  I went through the _____ 16 <u>7⁴</u> _____ grade in school,
and can/~~cannot~~ read and write the English language.

4.  I have been informed and fully understand that I have the
right to representation by a lawyer and that if I cannot
afford to pay for a lawyer, one will be provided at no
expense to me.  My lawyer's name is JAMES E. RULLI .

5.  I have been given and have read a copy of the Information
and I have been informed and fully understand that I am
charged with the following crimes which carry maximum
sentences of:
          ( See Attached Sheet)

Ct. I:  _____, _____ years, and/or $ _____ fine.
Ct. II:  _All counts_, _20_ years, and/or $ _____ fine.
Ct. III:  _and/or a # years, and/or $_ fine.
Ct. IV:  _____, _____ years, and/or $ _____ fine.

The standard sentence range for the above offense(s) is as shown
on the attached offender scoring sheet based upon the attached
Prosecutor's Declaration of Criminal History.

6.  The elements of the crimes charged against me are:

    See attached Information _as read by the_
_court to the defendant in_
_open court_

                              **FILED**
                              MAY 1 6 1985
                George J. Miller, Clerk, Clark Co.

7.  I have been informed and fully understand that:

    (a)  I have the right to a speedy and public trial by an
        impartial jury in the county where the crime is
        alleged to have been committed.

    (b)  I have the right to remain silent before and during
        trial and I need not testify against myself.

243
569

    (c)  I have the right at trial to hear and question
        witnesses who testify against me.

(d)  I have the right at trial to have witnesses testify for me.  These witnesses can be made to appear at no expense to me.

(e)  I am presumed innocent until the charge is proven beyond a reasonable doubt or I enter a plea of guilty.

(f)  I have the right to appeal a determination of guilty after a trial.

(g)  If I plead guilty I give up the rights in statements (a)-(f).

8.  I have been informed and fully understand the Prosecuting Attorney will make the following recommendation to the Court, and take the following action:

Prosecutor will recommend the Defendant be sent to the

institution

9.  I plead guilty to the crime(s) of:

Seven counts of Statutory Rape 1° and
Four counts of Complicity to Statutory Rape 1°
as charged in the _second amended_ Information.

10.  I make this plea freely and voluntarily.

11.  No one has threatened harm of any kind to me or to any other person to cause me to make this plea.

12.  No person has made promises of any kind to cause me to enter this plea except as set forth in this statement.

13.  I have been informed and fully understand that the standard sentencing range is based on the crime charged and my criminal history.  Criminal history includes prior convictions, whether in this state, in federal court, or elsewhere. Criminal history also includes convictions or guilty pleas at juvenile court that are felonies and which were committed when I was fifteen years of age or older.  Juvenile convictions count only if I was less than twenty-three years of age at the time I committed this present offense.  I fully understand that if criminal history in addition to that listed in paragraph 5 is discovered, both the standard sentence range and the Prosecuting Attorney's recommendation may increase.  Even so, I fully understand that my plea of guilty to this charge is binding upon me if accepted by the court, and I cannot change my mind if additional criminal history is discovered and the standard sentence range and Prosecuting Attorney's recommendation increases.

14.  I have been fully informed and fully understand that the court must impose a sentence within the standard sentence range unless the court finds substantial and compelling reasons not to do so.  If the court goes outside the standard sentence range, either I or the state can appeal that sentence.  If the sentence is within the standard sentence range, no one can appeal the sentence. I have been informed and fully understand that the Court does not have to follow anyone's recommendation as to sentence

when sentencing is within the standard range. I have
been informed that I may be ordered to pay restitution,
court costs, a fine, attorney's fees, a victim's compen-
sation assessment or a drug fund contribution, if
applicable.

15. I understand that if I am not a citizen of the United States,
a plea of guilty to an offense punishable as a crime under
state law is grounds for deportation, exclusion from ad-
mission to the United States, or denial of naturalization
pursuant to the laws of the United States. If I am on pro-
bation or parole, this plea could be the basis for revoca-
tion of probation or parole.

16. The court has asked me to state briefly in my own words what
I did that resulted in my being charged with the crime in the
information. This is my statement:

_____

_____

_____

_____

_____

_____

_____

_____

_____

17. I have read or have had read to me and fully understand all of
the numbered sections above (1 through 16) and have received a
copy of "Statement of Defendant on Plea of Guilty." I have no
further questions to ask of the court.

_____          _____
Deputy Prosecuting Attorney                                    Defendant

_____
Defendant's Lawyer

     The foregoing statement was read by or to the defendant and
signed by the defendant in the presence of his attorney, and the
undersigned Judge, in open court. The court finds the defendant's
plea of guilty to be knowingly, intelligently and voluntarily made,
that the court has informed the defendant of the nature of the
charge and the consequences of the plea, that there is a factual
basis for the plea, and that the defendant is guilty as charged.

Dated this ____10____ day of _____May_____, 198_5_.

                                        _____
                                        JUDGE OF THE SUPERIOR COURT