# EXHIBIT 9

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF CLARK

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| Plaintiff, | ) | No. 85-1-00007-2 |
| vs. | ) | |
| CLYDE RAY SPENCER, | ) | |
| Defendant. | ) | JUDGMENT AND SENTENCE |

THIS MATTER having come on regularly for hearing this 23rd day of May, 1985, the defendant being present in person and represented by his undersigned attorney, the State being represented by the undersigned deputy prosecuting attorney, the defendant having previously entered valid pleas of guilty to:

Count I - Statutory Rape I - RCW 9A.44.070 (1) committed on an unknown date during the summer of 1983, and

Count II - Statutory Rape I - RCW 9A.44.070 (1) committed on an unknown date during the summer of 1983, the court having afforded each counsel the right to speak, having asked the defendant if he wished to make a statement in mitigation of punishment, and having heard and considered both counsel, and the defendant, now, therefore, the court ORDERS, ADJUDGES AND DECREES:

1. The defendant is guilty of the above crimes.

2. The defendant is hereby sentenced to confinement at hard labor in a penal institution under the jurisdiction of the State of Washington, Department of Corrections, for maximum terms of:

Life on Count I and Life on Count II, said maximum terms to run consecutive.

3. Defendant is hereby remanded to the custody

Judgment and Sentence -

FILED
MAY 28 1985
CLARK COUNTY PROSECUTING ATTORNEY
1216 FRANKLIN
P.O. BOX 5000
VANCOUVER, WASHINGTON 98666
George J. Miller, Clerk, Clark Co.



of the Clark County Sheriff for detention until delivered into the custody of officers of the State of Washington Department of Corrections, for transportation to a correctional facility designated by the Department.

DONE in Open Court and in the presence of the defendant this 23 day of May, 1986.

*[signature]*
JUDGE OF THE SUPERIOR COURT

APPROVED AS TO FORM:

*[signature]*
Deputy Prosecuting Attorney

*[signature]*
Defense Attorney

Judgment and Sentence - 2

CLARK COUNTY PROSECUTING ATTORNEY
1200 FRANKLIN
P.O. BOX 5000
VANCOUVER, WASHINGTON 98666



IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF CLARK

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| Plaintiff, | ) | No. 85-1-00007-2 |
| vs. | ) | |
| CLYDE RAY SPENCER, | ) | FINDINGS OF FACT, CONCLUSIONS OF LAW AND JUDGEMENT AND SENTENCE (PRISON) |
| Defendant. | | |

FILED
MAY 23 1985
George J. Miller, Clerk, Clark Co.

THIS MATTER having come on regularly for sentencing on the 23rd day of May, 1985, the defendant being present and represented by his undersigned attorney, with the State being represneted by the undersigned deputy prosecuting attorney, and the defendant having previously entered valid pleas of guilty to:

Count III     - Statutory Rape I - RCW 9A.44.070 (1);

Count VII    - Statutory Rape I - RCW 9A.44.070 (1);

Count IX     - Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i);

Count X      - Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i);

Count XII    - Statutory Rape I - RCW 9A.44.070 (1);

Count XIII   - Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i);

Count XIV    - Complicity to Statutory Rape I - RCW 9A.44.070 (1), RCW 9A.08.020 (1), (2) and (a) and RCW 9A.08.020 (1), (2), (c), (3), (a) and (i);

Count XV     - Statutory Rape I - RCW 9A.44.070 (1); and

Findings, Conclusions, Judgment and Sentence
(Prison) - 1

Count XVI -   Statutory Rape I - RCW 9A.44.070 (1),
and the court having afforded each counsel the right to
speak, having asked the defendant if he wished to make a
statement in mitigation of punishment, and having heard and
considered the arguments presented, now, therefore, the
Court makes the following:

1. FINDINGS OF FACT

 1. The defendant is guilty of the above-listed crimes;

 2. The maximum terms for the above crimes are:

Count III   -   Life
Count VII   -   Life
Count IX    -   Life
Count X     -   Life
Count XII   -   Life
Count XIII  -   Life
Count XIV   -   Life
Count XV    -   Life
Count XVI   -   Life

 3. The following crimes encompass the same criminal conduct and count as one crime in determining criminal history:
Counts:   N/A

 4. Possession by the defendant or an accomplice of a deadly weapon as defined by RCW 9.94A.125 at the time of the commission of the crimes charged in Count(s)   N/A

(was) (was not) specially alleged and proven, and   N/A

are to be added to the presumptive sentencing range.

Findings, Conclusions, Judgment and Sentence
(Prison) - 2

CLARK COUNTY PROSECUTING ATTORNEY
1200 FRANKLIN
P.O. BOX 5000
VANCOUVER, WASHINGTON 98668
(206) 699-2261

  5.  The Court finds that the defendant has a criminal history as set forth in the Declaration of Criminal History previously filed.

  6.  The defendant has served ninety four (94) days of confinement prior to sentencing, said confinement being solely related to the crimes for which the defendant is being sentenced.

  7.  The presumptive sentencing range for this defendant based upon the criminal history related above is as follows:
Count III  - 129-171 mos.  Count XIII - 129-171 mos.
Count VII  - 129-171 mos.  Count XIV  - 129-171 mos.
Count IX   - 129-171 mos.  Count XV   - 129-171 mos.
Count X    - 129-171 mos.  Count XVI  - 129-171 mos.
Count XII  - 129-171 mos.

  8.  The following facts are found to exist and justify an exceptional sentence outside the presumptive sentencing range:
N/A
_____
_____
_____
_____
_____

II.  CONCLUSIONS OF LAW

  1.  The Court has jurisdiction over the defendant and the subject matter.

  2.  The defendant is guilty of the crime(s) set forth above.

  3.  There (~~exist~~) (do not exist) substantial and compelling reasons justifying an exceptional sentence outside the presumptive sentencing range.

Findings, Conclusions, Judgment and Sentence
(Prison) - 3
CLARK COUNTY PROSECUTING ATTORNEY
1200 FRANKLIN
P.O. BOX 5000
VANCOUVER, WASHINGTON 98666
(206) 699-2261

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | III.  JUDGMENT AND SENTENCE                                  |
| 2  |                                                              |
| 3  | The court having determined that no legal cause              |
| 4  | exists to show why judgment should not be pronounced, now,   |
| 5  | therefore,                                                   |
| 6  | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the          |
| 7  | defendant is sentenced to a term of confinement as follows:  |
| 8  | Count III    -  171 months                                   |
| 9  | Count VII   -  171 months                                    |
| 10 | Count IX    -  171 months                                    |
| 11 | Count X     -  171 months                                    |
| 12 | Count XII   -  171 months           171 months total         |
| 13 | Count XIII  -  171 months                                    |
| 14 | Count XIV   -  171 months                                    |
| 15 | Count XV    -  171 months                                    |
| 16 | Count XVI   -  171 months                                    |
| 17 | Said terms to run as follows:  Consecutive to                |
| 18 | Counts I and II.                                             |
| 19 | Further, defendant shall make the following monetary         |
| 20 | payments:                                                    |
| 21 | 1. _____ restitution.     |
| 22 | 2. _____ fine.            |
| 23 | 3. _____ court costs.     |
| 24 | Defendant is hereby remanded to the custody of the           |
| 25 | Clark County Sheriff for detention until delivered into the  |
| 26 | custody of Officers of the State of Washington, Department of|
| 27 | Corrections for transportation to a correctional facility    |
| 28 | designated by the Department.                                |
| 29 | DONE in Open Court and in the presence of the                |
| 30 | /                                                            |
| 31 | /                                                            |
| 32 | /                                                            |

Findings, Conclusions, Judgment and Sentence
(Prison) - 4

1  defendant this 23rd day of May, 1 9 8 5.

JUDGE OF THE SUPERIOR COURT

APPROVED AS TO FORM:

Deputy Prosecuting Attorney

Attorney for Defendant

STATE OF WASHINGTON   )
                      :  ss
COUNTY OF CLARK       )

    I, GEORGE MILLER, County Clerk and Clerk of the Superior Court of the State of Washington, for the County of Clark, holding terms at Vancouver, in said County, do hereby certify that the foregoing is a full, true and correct copy of the Judgment and Sentence in the above-entitled action, now on record in this office.

    WITNESS my hand and seal of the said Superior Court affixed this 23rd day of May, 1 9 8 5.



GEORGE J. MILLER
Clerk of said County and State

By: _____
    Deputy

Findings, Conclusions, Judgment and Sentence
(Prison) - 5

CLARK COUNTY PROSECUTING ATTORNEY
1200 FRANKLIN
P. O. BOX 5000
VANCOUVER, WASHINGTON 98668
(206) 699-2261