# EXHIBIT 19

Exhibit 3

Governor Gary Locke
Office of the Governor
PO Box 40002
Olympia, WA 98504-0002
March 2, 2003

Re: Inmate Clyde R. Spencer #910743

Dear Governor Locke,

My name is Matt Spencer. I am the son of inmate Clyde R. Spencer. I received information that my father has requested clemency. It is difficult to put into words the emotions that I have experienced since hearing this news. I have experienced a certain amount of security since his incarceration. The thought that he may be released has set me on edge. Will I have to spend the rest of my life looking over my shoulder? My childhood was spent in baseball parks and therapy offices. Baseball parks thanks to my mom, therapy offices thanks to my father. The nightmares have gone but the emotional terror he and his friends subjected me and my sister to, surfaces with thoughts of him. He even hired investigators to hunt me down when I was 19 years old. They waited outside my house at 5:00am one morning to try and confront me. I was enraged but able to scare them off with a baseball bat. My mother hired an attorney to serve them with papers to leave us alone. To this day he has not admitted his crimes, nor has he received any rehabilitation. His inability to take responsibility for his actions is what concerns me the most. I know he has received several degrees while in prison (something I have never been able to afford). I also know he has been a model prisoner. That does not surprise me. There are no children in prison. Perhaps if he admitted and began rehabilitation I would feel differently but he has not. I am afraid not only for myself, my sister and my mom but also for any children he may come in contact with. It is my hope you will deny his request.

Respectfully Yours,

Matt Spencer
C/O 7622 Lakewood Park Drive
Sacramento, CA 95828