**EXHIBIT 25**

FILED
SEP 29 2010
Sherry W. Parker, Clerk, Clark Co.

## SUPERIOR COURT OF WASHINGTON FOR CLARK COUNTY

_____
Plaintiff/Petitioner,

v.

Clyde Ray Spence
Defendant/Respondent

No. 85-1-00007-2

ORDER

THIS MATTER, having come before the court on the motion of the Petitioner/Respondent on this ____ day of _____, _____, the Court having heard counsel, having read the pleadings and records filed herein, and being otherwise fully informed, NOW, THEREFORE, it is hereby:

ORDERED, ADJUDGE AND DECREED that: Defendant's motion to withdraw guilty pleas in this cause is granted. Judgment and Sentence are hereby vacated.

Dated this 29th day of September, 2010.

_____
Judge/~~Commissioner~~ of the Superior Court

_____                                _____
Attorney for  12591                                          Attorney for State of Washington
WSBA #                                                       WSBA # 23107
ORDERED