Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ, | NO.  C11-5424-BHS |
| Plaintiffs, | DECLARATION OF SHARON KRAUSE IN SUPPORT OF SUMMARY JUDGMENT FOR DEFENDANTS |
| v. | |
| FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER, and JOHN DOES ONE THROUGH TEN, | NOTE ON MOTION CALENDAR: Friday, June 22, 2012 |
| Defendants. | |

PURSUANT TO 28 U.S.C. Sec. 1746, SHARON KRAUSE declares as follows:

1.   I am a named defendant in the above-captioned matter.   I am over the age of 18, competent to testify about the matters stated herein, and make this declaration based upon personal knowledge.

KRAUSE DECLARATION
C11-5424-BHS
- 1

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.
P.O. Box 11880
Olympia, WA  98508-1880
Telephone:  (360) 754-3480
Facsimile:  (360) 357-3511

2.  I had a 20 year career with the Clark County Sheriff's Office, beginning in approximately October 1975 and retiring in 1995.  I was initially assigned to the Patrol Unit, and in approximately 1978 I transferred to the Detective Unit where I investigated cases involving sexual offenses against adults and children.   In addition, I assisted with homicide investigations.  I was working in the Detective Unit in August of 1984, at which time I was assigned an investigation of a report alleging that Clyde Ray Spencer had inappropriate sexual contact with his five year old daughter, Kathryn Spencer.

3.   Attached to this declaration as Exhibit 1 is a true and accurate copy of a Clark County Sheriff's Office Utility Report dated August 30, 1984 attaching a handwritten statement by Shirley Spencer detailing Kathryn Spencer's initial disclosure of sexual abuse.

4.   Attached to this declaration as Exhibit 2 is a true and accurate copy of a Clark County Sheriff's Office Utility Report I wrote describing my initial interview of Kathryn Spencer on October 16, 1984.

5.   Attached to this declaration as Exhibit 3 is a true and accurate copy of a Clark County Sheriff's Office Utility Report I wrote describing my interviews of Shirley Spencer and her son, Matthew Hansen, in February 1985.

6.   Attached to this declaration as Exhibit 4 is a true and accurate copy of a Clark County Sheriff's Office Utility Report I wrote describing Sergeant Michael Davidson's and my interview of Clyde Ray Spencer on February 28, 1985.

7.   Attached to this declaration as Exhibit 5 is a true and accurate copy of a Clark County Sheriff's Office Utility Report I wrote describing my interview of Matthew

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.
P.O. Box 11880
Olympia, WA  98508-1880
Telephone:  (360) 754-3480
Facsimile:  (360) 357-3511

1   Spencer on March 25, 1985.

2       8.      Attached to this declaration as Exhibit 6 is a true and accurate copy of a

3
    Clark County Sheriff's Office Utility Report I wrote describing my interview of Kathryn
4
    Spencer on March 25, 1985.
5
        I declare under penalty of perjury under the laws of the United States of America
6
7   that the forgoing is true and correct.

8       DATED this **8͞7͞7** day of May, 2012 at _Fort Mahraue_, Arizona.

9

10

11                                      _Sharon Krause_
12                                      SHARON KRAUSE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.
P.O. Box 11880
Olympia, WA  98508-1880
Telephone:  (360) 754-3480
Facsimile:  (360) 357-3511