# EXHIBIT 1

# CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
## UTILITY REPORT

PAGE _____ OF _____

☒ SUPPLEMENTAL RPT.    ☐ CONTINUATION OF:
☒ Incident Rpt.   ☐ Supplemental Rpt.

TYPED BY:
PROCESSED BY:
DATA ENTRY BY:

INCIDENT CLASSIFICATION (INCLUDE R.C.W. NO.)
LIBERTIES/STAT. RAPE I/INCEST

LOCATION OF INCIDENT
17681 NE Lucia Falls Rd., Yacolt

DATE OF INCIDENT: Unknown
PRESENT DATE: 8/30/84

1. ADDITIONAL PERSONS INFO – ATTACH ADDITIONAL INCIDENT REPORTS. DETAIL ADDITIONAL PERSON INFORMATION NOT COVERED IN BOXES.
2. ADDITIONAL SUSPECT INFO – ATTACH ADDITIONAL INCIDENT REPORTS. DETAIL ADDITIONAL SUSPECT INFORMATION NOT COVERED IN BOXES.
3. INJURED PERSONS – (VICTIMS, WITNESSES, OFFICERS, SUSPECTS) – DETAIL INJURIES, MEDICAL EXAM, DISPOSITION.
4. ADDITIONAL PROPERTY – ATTACH UTILITY/PROPERTY REPORT. DETAIL INFORMATION NOT INCLUDED IN BOXED PROPERTY SECTION.
5. PHYSICAL EVIDENCE – DETAIL WHAT AND WHERE FOUND, BY WHOM, AND DISPOSITION.
6. VEHICLES – SUSPECT INFORMATION IN SAME ORDER AS VEHICLE SECTION. ADDITIONAL VEHICLE INFORMATION NOT INCLUDED IN BOXES.
7. PARENT, GUARDIAN'S NAME, ADDRESS, PHONE NUMBER OF JUVENILE IN DETENTION. INDICATE IF CONTACTED AND IF INCIDENT ADJUSTED.
8. LIST DOCUMENTS ATTACHED – (AIR FORM, MEDICAL RELEASE, WAIVERS, ETC.)
9. RECONSTRUCT INCIDENT AND DESCRIBE INVESTIGATION.
10. SYNOPSIS FOR PROSECUTOR ON CLEARED CRIMES AND CUSTODIES.

ITEM NO. ARE LISTED IN ORDER OF STEP 1 TO 10. IF STEP IS UNNECESSARY, OMIT.

| ITEM | CODE | PERSONS CODE | NAME OF VICTIM/OTHER LAST, FIRST, MIDDLE. |
|---|---|---|---|
| | | V1 | SPENCER, Kathryn E. |

3. Handwritten statement on plain paper completed by W1/SPENCER, Shirley, detailing what was told to her by V1/SPENCER regarding this incident.

9. I was dispatched to contact C1/SPENCER regarding a cold child molest case. On arrival C1/SPENCER and his wife, W1/SPENCER, Shirley, related the following to me: C1/Ray stated that he gets his children from California for 6 weeks visitation each summer. Ray stated that the children, V1/Kathryn and S2/Matt had just returned to California upon finishing the visitation. Ray went on to say that he had been out of town during the childrens last week of visitation and while gone, V1/Kathryn had related a story of ongoing or past sexual abuse to W1/Shirley. Ray stated that, amongst others, he was mentioned by Kathryn as one of the persons doing the molesting. Ray and Shirley gave me a written version, completed (and attached) by Shirley, stating what Kathryn told Shirley. Shirley writes that the story came out when Kathryn and Big Matt-(S2) asked Shirley to come laydown between them on the floor while they watched a movie. This was on 8/24/84 @ approx. 2100 hrs. Shirley continues that sometime around 2200 hrs., the boys fell asleep (another son present, Little Matt, who resides with Ray and Shirley, is apparently not involved in the incident) and Kathryn asked Shirley if she could rub her tummy. Shirley states that this is a normal occurance as the family normally takes turns rubbing each others legs, tummies, and backs. Shirley allowed Kathryn to do this and while doing so, Kathryn began starting to put her hands under Shirley's robe, trying to touch and/or see her chest area. Shirley told Kathryn to stop and Kathryn returned her hands to Shirley's stomach, looking to see if Big Matt watching. Shirley says that Kathryn suddenly moved her hand down her "front", vaginal area, and touched her there. Shirley said, "Kathryn!". At this point Kathryn asked Shirley if she could rub her "pee pee" and Shirley said, "No!". Kathryn again asked if she could rub Shirley's pee pee and then asked if Shirley would rub her pee pee because it felt good. Kathryn also said that "Karen (S3-STONE) let me rub her pee pee." Shirley told Kathryn she would rub her tummy or back but not her pee pee. Shirley said that Kathryn kept insisting she wanted Shirley to rub her pee pee because it felt good and even took Shirley's hand and tried to push it down to her vaginal area. Shirley then started talking in depth with Kathryn and Kathryn told her of one time when her dad was away hunting, she and Karen were laying on the bed and Karen had Kathryn undo her robe and rub her breasts, stomach, and vaginal area. Karen then allegedly did the same to Kathryn. Shirley asked Kathryn how many times this happened and Kathryn said a few. Kathryn also said that her mother, DeAnne (S1-SPENCER) had done the same thing to her. In response to further conversation between Kathryn and Shirley, Kathryn told her that her daddy (C1/SPENCER) had let her run his pee pee and he had rubbed hers and that her brother Big Matt (S2) had

☐ CA   ☐ CPS   ☐ CMHP   ☐ DSHS   ☐ PATROL
☐ PA   ☐ JDH   ☐ PAT   ☐ SIU   ☐ DETECTIVE
CLEARED BY: ☐ ARREST   ☐ EXCEPTIONAL   ☐ UNFOUNDED
EXCEPTIONAL DIST:

REPORTING OFFICER: R. STEPHENSON #70
DIST. P-21
REVIEWED BY:   DATE:

# CLARK COUNTY SHERIFF'S OFFICE

| ITEM | CODE | |
|---|---|---|
| | | stuck his fingers in her at times. She stated that once her and daddy would lay with her on top of daddy. She said she took her clothes off and pulled down daddy shorts and he tried to put his pee pee between her legs and in her little hole. S said it hurt and she told daddy it was too big. Daddy allegedly told her, "Whates I say Baby Girl," and daddy then kissed her pee pee and she kissed his pee pee and either tried to or did put his pee pee in her mouth. |
| | | Shirley went on to write about daddy telling Kathryn he loved her and that she had cute bottom and so forth. Shirley feels that Kathryn feels good about all of this likes it and wants to do it more. |
| | | Refer to the attached statement by Shirley for additional information. |
| | | C1/SPENCER told me he feels that Kathryn may be confusing him with another "father figure" possibly from California although he doesn't know who this may be. SPENCE stated that he would be willing to take a polygraph exam if necessary to clear him self in this case. He further advised that he had already been in contact with a Detective FLOOD of the Sacramento County SO Sex Crimes Unit, who told SPENCER he would be awaiting a copy of this report to start his investigation on that end. Although closely related via family ties, it would appear that the alleged crimes took place in both jurisdictions apparently with S1/DeAnne and S2/Matt being invol in California and S3/Karen and C1/SPENCER being involved locally. |
| | | Request case be referred to Detective/Sex Crimes Unit for investigation. |

84-8506

C

Fri. Aug. 24, 1984, about 9:00 pm the kids all wanted to sleep on the front room floor and watch the video as they had the night before. While they were watching the cartoon I took a shower. When I finished I put on a movie and Kathryn and Big Matt asked me to lay between them on the floor. While watching the movie Ray was at work. Around 10:00 or 10:30 the boys fell asleep. Kathryn asked me if she could rub my tummy, which was normal for we all rub each others back, legs, feet, tummy, etc. Sometimes a whole family project. While she rubbed my tummy she slid her hand up and tryed to expose my top a few times and I said Kathryn and then paid close attention to her actions. She would put her arm across my chest and try to move my robe and feel my breast and sneak a look to see if Big Matt was watching. I again said Kathryn and she slid her hand back to my tummy. All of a sudden she slid her hand

down to my front. Startled, I said, Kathryn, and she jerked her hand away. She said mommie can I rub your peepee. I said no Kathryn. She said can I rub your peepee and when I'm done, will you rub my peepee. She said it feels good can I. She said Karen let me rub her peepee. I said no. I will your back and tummy not your peepee. She kept insisting she wanted me to do this & it felt so good. She would grab my hand and try to push it to her peepee. I said no. She again said Karen and my mommy Jeanne let me rub their titties and peepees. At that I started questioning her about Karen then her mom. She told me her dad was away hunting and Karen was laying on the bed with Kathryn. Karen had Kathryn untie her robe and rub her tummy, then her breast, then she let her rub her peepee. I asked her then what and she said Karen rubbed her peepee.

84-8506

(3)

I asked Kathryn how many times did this happen. She said a few. I then asked her about her Mom DeAnne. She said pretty much the same things - that they rubbed each others tummys - tops and peepees. I said was this only when mommie DeAnne put medicane on your peepee cause it was sore. She said no. She rubbed it other times when it didn't need medicane. She again asked me if I would rub her peepee. I said I would rub her back and tummy not her peepee. She then said daddy lets me rub his peepee and he rubs my peepee. That really tore me up. So I kept it light as we watched the video and tryed to question her more. I asked her where the boys were when this happened and she said asleep. I asked her where I was and she said at work. I asked her how many times 1 or 2 or 3 she said a whole bunch. She said daddy told her not to tell. I said then why

84-8506

are you telling me Kathryn. she said I wanted you to know. I said are you going to tell your mommy Kathy? and she said no. She would never do that. I asked her why she said mommy would laugh at me. I asked her if she was going to tell anyone else. she said no. Ray came home from work and I didn't know what to do or say. I've never come up against anything like this before. I was scared for Kathryn, Ray, many things ran thru my mind what to do, what to say & how to say it, but I just couldn't do or say anything till I talked with Kathryn more. And the next day Ray left for work, I took the kids to the beach, while the boys swam Kathryn laid on the blanket to keep warm and we talked some more. She said her same story about her mom and Karen and went into more detail about her dad and her and Big Matt.

84-8506

(5)

She said Big Matt stuck his finger in her sometimes. I asked her about any other men or women. She said no. Every time Big Matt came around she said shush Matty coming. She said you won't tell dad and I said no, and don't you say anything. She said dad told me not to tell you and you tell me not to tell dad. I said that's a little different. She again asked me about why I wouldn't rut her peepee. I couldn't make her feel dirty so I changed the subject. She said I rutted you. I said Kathryn you rutted my tummy not my peepee. You laughed it off and mom told her no. She said I know but can I mom, it feels good. I said no and started questioning her again. She said dad would lay on his back and she would lay on his tummy. They started out with dad in his robe and shorts and her in her nightie and panties. Then she said she took off her panties and slid

84-8506

(6)

daddys clown and he put his Pee Pee between her legs. I asked her then what. She said he tried to put it in her little hole but it was too big. I said did it hurt and she said yes. I said then what did you do. She said I told daddy it was too big and he said what can I say baby girl. She said I don't know. I said then what. She said he then kissed her Pee Pee, and she kissed his and tried to or did put it in her mouth. I asked her if she ever got sore and she said yes, and I said from what she said from rubbing it. I asked her if he said nice things to her, and she said he kisses me and tells me he loves me and tells me I have a pretty bottom. I ask her if she likes this and she says yes and she loves her daddy and does he do this to me. I said thats different Kathryn.

Kathryn feels good about all this. She likes it and wants more. She said she wants to know

84-8506

what it feels like to die more. I didn't know how to tell her that it just wasn't right without making her feel bad or dirty. I asked her if she was telling me stories. She said no. I said you wouldn't tell me lies. She said no. Your not making it up. No. I asked her if she was afraid of me she said Yes. I said why I never have spanked you. Are you afraid of that. Well my Mommie & Delonne would spank me and send me to my room. I said you know I wouldn't do that. She said I know. I said then is this all so. She said Yes. I then got Batteries and Called the Crises Line because I didn't know what else to do. I asked Crises line if I should tape Kathryn. She said it wouldn't do any good. It wouldn't hold up in Court. So I didn't tape her. Ray then called and I told him. Then we took it to Sac. Calif. Crises.

Shirley J Spencer