# EXHIBIT 2

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

FIRST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:   17681 NE Lucia Falls Road, Yacolt, Wa.
DATE OF INCIDENT:       Between 07-14-84 and 08-26-84


DATE & TIME:        10-16-84                        1750 hours
LOCATION:           Holiday Inn, Room #135
                    5321 Date Avenue
                    Sacramento, California 95841-2597
INCIDENT:           Interview with Victim

VICTIM:             SPENCER, Kathryn E.              dob: 01-13-79
                    aka: Kathy
                    aka: Katie
                    3930 Becerra Way
                    Sacramento, California           phone: (916) 482-6057

SUSPECT:            SPENCER, Clyde Ray               dob: 01-09-48
                    aka: Ray SPENCER
                    17681 NE Lucia Falls Road
                    Yacolt, Washington               phone: 687-1407
                    Work phone: (206) 696-8292

SUMMARY:

        On the afternoon of 10-16-84, Katie accompanied me to the Sunrise Mall located in Sacramento so that I could purchase a coat for myself as I had not taken one, assuming the weather in Sacramento would not

CCSO Case #84-8506, S.A.KRAUSE, K-43                        page 1 of 14

necessitate my needing one. I met with Katie briefly the evening before and felt that the shopping trip would give us time to get acquainted because I wanted to conduct the interview with Katie at a location where she and I could be in private. Deanna SPENCER is employed and at the present time her step-sister, Patty OWENS, baby sits for the SPENCER children. OWENS also brings her five year old daughter to Deanna SPENCER'S residence, and I did not feel that Katie and I would have any privacy at that location.

While we were at the mall, and at a time when Katie and I were resting, I indicated to her that I lived in Vancouver, Washington. Katie immediately stated, "I've been there to visit my dad." I asked Katie if she could guess what my job was and after she made several guesses I told her that I was a policeman. At that time Katie told me that "her daddy was a policeman, too" and she asked me if I knew him. I told her that I did know him and had talked with him and Shirley. At that time I advised Katie that was the reason I had come to California, so that I could talk to her. I indicated to Katie that when I talked with Shirley in Vancouver, Shirley told me that Katie had shared some things with her in private and that's what I wanted to talk to Katie about. Katie stated, "You mean about my daddy?" I answered, "Yes," and Katie stated, "I don't want to talk about that anymore." I indicated to Katie that it was very important that she talk with me and that I needed to talk to her. Katie stated, "You can talk but I don't want to." I advised her that would be okay and we finished the shopping.

When we were done shopping I advised Katie that I was thirsty and we both sat in the middle of the mall and drank a cold drink. I wanted an opportunity to suggest to Katie that we go to the motel where we could talk in private. While we were drinking our pop, I asked Katie if it would be all right if we went back to where I was staying so that we could talk privately with no one else around. Katie stated, "About what I told Shirley?" I advised her that was what I wanted to talk to her about. At that time she appeared to be embarrassed, her face flushed and she stated, "I'd listen to you there but I just don't want to talk about that anymore. Could you just talk to Shirley cause she could tell you?" I indicated to Katie that Shirley did tell me some things but it was important that I talk to her (Katie). Katie indicated

CCSO Case #84-9506, S.A.KRAUSE, K-43                                              page 2 of 14

that she wanted to go to my motel where I was staying and she "would think about it but it would be okay if I wanted to talk about it to her."

At no time during the time we were en route to my motel or after we had arrived did Katie ever appear to be uncomfortable with being alone with me nor did she express any reluctance whatsoever.

When we first arrived at the hotel, Katie indicated she wanted to see the rest of the building and we walked through the lobby, restaurant/coffee shop and pool area. When we were in the area of the coffee shop Katie indicated that she was cold from being out in the rain and wind and she "wished she had a cup of hot chocolate." Katie and I stayed in the coffee shop long enough for her to drink a cup of hot chocolate and I drank a cup of coffee. After we finished our drinks we returned to my room where Katie immediately upon entering the room turned on the TV and removed her shoes.

While Katie and I were at the mall, I wrote in a small notebook reference questions I asked Katie and statements she made to me relevant the sexual issue. When she asked me why I was writing I indicated to her that it was hard for me to remember things sometimes if I didn't write them down. Katie appeared to be comfortable with my writing during the entire time I was with her.

Shortly after we got back to my room, Katie lay on the bed facing the TV and then told me to "go ahead and set down if you'd like." (At that time she patted the bed with her hand beside where she was lying. Katie then stated, "You can talk about it if you want to, but I don't like to talk about that." Katie also reminded me to "get something to write on while we talk." At that time I asked Katie what it was that she didn't want to talk about and she stated, "I don't want to talk about my dad and I don't want to talk about my step-mother." I indicated to Katie again that it was very important that I talk with her because of things Shirley had said to me. Katie stated, "I like my step-mother. She is a really nice person." Katie then stated to me, "Did you still want to talk about my step-mother, Shirley?" I advised her that I did. At that time she stated to me, "Well, I can talk a little bit about it but I don't want to." I assured her that it was okay to talk about "it" and indicated to her that she was not in any trouble. It was just very, very important that she tell me the truth while we were talking. Katie stated,

"My mother always tells us it's best to tell the truth." I asked her what happens if someone tells a lie and Katie stated, "They get into trouble, I guess." I asked her if she ever told a lie and Katie stated, "Yes, and that's when I get into trouble." I advised her again that it was important for her to tell me just what was true when we were talking, and Katie assured me that she would.

At that time I asked Katie if she could tell me what happened and Katie stated, "I had to tell my step-mother, Shirley, because she had to know, huh?" I asked her how she felt about Shirley and Katie stated, "Oh, she's really nice and I really like her and she has pretty blonde hair." Katie then stated, "Blonde hair is my favorite color." Katie then asked me if I thought Shirley was nice and I advised her that I did. She then stated, "Do you think my daddy is nice, too?" I advised her that I thought he was nice also. Katie stated, "That wasn't nice what he did, though." I asked her if she could tell me about that and she stated, "I don't know yet but I did something that wasn't nice, too." I asked her if she could tell me about that and indicated that she was not in any trouble and told her that it was just important to tell me about what happened. Katie stated, "Sometimes it's hard to tell the truth, but I know I have to because that's what my mom always tells me and Matt to do. She tells us just to tell the truth because that's best." I indicated to her that I also thought it was always best to tell the truth, and in this case it was very, very important.

I stated to Katie, "Can you tell me where you were when it happened?" Katie replied, "Up at my dad's." I asked her where her daddy lived and she stated, "My dad and my step-mother, Shirley, and her son, little Matt, live in a house by the river." I indicated to Katie that I was glad she was going to talk to me because Shirley might not have remembered something that was important for me to know. Katie stated, "I don't care if I talk to girls about this but I don't want to discuss this with any boys, because they'd just probably laugh." I asked her if she talked to Detective FLOOD about this and she stated, "I'm afraid not. He's a man, remember, and I don't wanta talk to men or boys about this."

Katie then asked me, "Did Shirley tell you what I did to her?" I advised her that I was not sure and asked her if she could tell me

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 4 of 14

so I would know for sure. Katie stated, "I know it wasn't nice for me to do it but I don't know why I did it, and it happened." I asked Katie if she could tell me sort of what it was about and she stated, "I rubbed her where I should not have." At that time I also noticed that Katie appeared to be embarrassed with her face flushing again and she pushed her face down into the pillow she was lying on. I asked Katie if what had happened with Shirley had anything to do with Shirley's body and with her face still buried in the pillow Katie nodded her head yes.

I indicated to Katie that she did not have to be embarrassed because we were both girls and that it was okay to talk about bodies if you had to. At that time I indicated to her that because we were going to be talking about parts of the body it was important for me to know what she called things so she would know what I was talking about and I would know what she was talking about. With the aid of the attached cartoon drawing, Katie indicated she called the navel a "belly button," the breasts on a female body "boobies," the buttocks a "butt," the genital area of a female body a "pee-pee," and the penis on a male body a "wiener." After Katie had identified the body parts I asked her to point to the parts as I repeated the terminology she had used. The red markings on the cartoon drawing were done by Katie. When she pointed to the specific area I mentioned she would scribble on that area of the cartoon drawing. Katie also colored the eyes, mouth, hands and arms with the red pen.

After Katie and I discussed the cartoon I stated, "Do you remember we were talking about Shirley. Could you tell me about that?" Katie nodded her head yes. I asked her where she was when that happened and she stated, "Up at my dad's." I asked her how old she was when that happened and she stated, "I was five. My birthday is January 13th." I asked Katie where she was at her dad's when that happened and Katie stated, "At the house by the river." I asked her if she was in the yard or where, and Katie stated, "It was when we were sleeping in the living room." I asked her who was there and Katie stated, "Little Matt and Big Matt, but they were asleep." I asked her who else was there and she stated, "Just me and my step-mother cause my dad was at work." Katie then stated, "We sleeped on the floor and that's why we were in the living room." I asked Katie if she could remember what Shirley had on and

so I would know for sure. Katie stated, "I know it wasn't nice for me to do it but I don't know why I did it, and it happened." I asked Katie if she could tell me sort of what it was about and she stated, "I rubbed her where I should not have." At that time I also noticed that Katie appeared to be embarrassed with her face flushing again and she pushed her face down into the pillow she was lying on. I asked Katie if what had happened with Shirley had anything to do with Shirley's body and with her face still buried in the pillow Katie nodded her head yes.

I indicated to Katie that she did not have to be embarrassed because we were both girls and that it was okay to talk about bodies if you had to. At that time I indicated to her that because we were going to be talking about parts of the body it was important for me to know what she called things so she would know what I was talking about and I would know what she was talking about. With the aid of the attached cartoon drawing, Katie indicated she called the navel a "belly button," the breasts on a female body "boobies," the buttocks a "butt," the genital area of a female body a "pee-pee," and the penis on a male body a "wiener." After Katie had identified the body parts I asked her to point to the parts as I repeated the terminology she had used. The red markings on the cartoon drawing were done by Katie. When she pointed to the specific area I mentioned she would scribble on that area of the cartoon drawing. Katie also colored the eyes, mouth, hands and arms with the red pen.

After Katie and I discussed the cartoon I stated, "Do you remember we were talking about Shirley. Could you tell me about that?" Katie nodded her head yes. I asked her where she was when that happened and she stated, "Up at my dad's." I asked her how old she was when that happened and she stated, "I was five. My birthday is January 13th." I asked Katie where she was at her dad's when that happened and Katie stated, "At the house by the river." I asked her if she was in the yard or where, and Katie stated, "It was when we were sleeping in the living room." I asked her who was there and Katie stated, "Little Matt and Big Matt, but they were asleep." I asked her who else was there and she stated, "Just me and my step-mother cause my dad was at work." Katie then stated, "We sleeped on the floor and that's why we were in the living room." I asked Katie if she could remember what Shirley had on and

Katie replied, "She had on her robe." I asked her if she could remember what she was wearing and Katie stated, "I was just wearin' my jammies."

I asked Katie if she could tell me what happened then and again Katie stated, "Sharon, I don't like talking about it." At that time Katie buried her face in the pillow again and was shaking her head back and forth in the pillow. I indicated to Katie that I had brought dolls with me that had private parts like "pee-pee" and "boobies" on them and asked Katie if I got the dolls if she would be able to show me what happened. Katie immediately raised her face off of the pillow and indicated that she would get the dolls. I indicated to Katie that the dolls were in a sack in my suitcase and she brought them to where I was sitting. The first doll Katie took out of the sack was the anatomically correct child female doll. I asked Katie if she could tell me whether that was a boy or a girl doll and she immediately stated, "Well, this is a little girl." When I asked her how she knew it was a little girl she pointed to the area where the breasts would be and stated, "She has little boobs." Katie then pointed to the genital area of the doll and stated, "When girls and boys get big they get hair here and children like me don't have hair yet." I told Katie to take out another doll and at that time she took out the adult female doll. I asked Katie if that doll was a boy or a girl and Katie stated, "This is a lady because she has big boobs and hair." Katie then brought out the anatomically correct male doll and I asked her if that doll was a boy or girl. Katie stated, "This is a daddy doll because it has a wiener and hair." Katie then asked me if the black markings on the chest of the doll were also hair, and I advised her that they were.

At that time Katie laid the adult male doll down on the bed and picked up the female adult doll. Katie pointed to the pink area where the nipple on a breast would be and stated, "My step-mother told me strawberry stuff is there." I asked her if she could explain that to me and she stated, "I don't know how to explain it. She just told me that was strawberry stuff there."

I picked up the male doll and at that time pointed to the penis on the male doll and asked Katie, "Now, what do you call this?" Katie stated, "It's the same as this (pointing to the line drawn down between the legs of the cartoon drawing where a penis would be on a male body), wiener." At

that time I stated to Katie, "Boy's wieners hang down like this (with the penis laying against the body of the doll)." Katie stated to me, "No, sometimes they stick up like my dad's sticks up and gets hard sometimes." At that time I pretended to be surprised and stated, "Oh, could you show me with the doll how that happens, Katie?" Katie took the male doll from me and at that time I observed her lift the penis up on the male doll so it was extending out and slightly upward and Katie stated to me, "And it grows, too." I asked Katie how she knew that and she stated, "Because I saw it." I asked her where she was when she saw that and she stated, "At the house by the river." I asked her who was there when she saw that and Katie stated, "Just me and my daddy." I asked Katie what her daddy had on and Katie whispered, "Nothing."

Katie then stated, "Let's talk about my step-mom, Shirley." I asked Katie if we could talk about her daddy later and Katie looked at me and shook her head in a no response, then buried her face in the pillow again. I indicated to Katie that was okay, that we could talk about Shirley and she could think about whether she wanted to talk to me about her daddy while we were doing that.

Katie lifted her head and at that time instructed me to get the other pillow behind me because "we needed a bed." I handed Katie the second pillow and at that time she laid the anatomically correct male doll on the pillow and laid the adult female doll beside the male doll. I asked Katie who the female doll was and Katie stated, "This will be Shirley." I pointed to the male doll and asked who that was and Katie stated, "This is Ray." Katie then stated, "Moms and dads should sleep together, shouldn't they?" Katie then placed a small toy doll she had brought with her on the second pillow and stated, "This is me." I asked Katie, "What do you have on?" and Katie stated, "My jammies." I asked her what the adult male and female dolls were wearing and Katie stated, "They don't wear jammies, they just wear robes." I pointed to the pillow where Katie had placed the small toy doll and asked Katie, "What is this?" Katie stated, "That's my bed." I asked her where her bed was and Katie said, "It's in the other room, and this is my step-mom and dad's room." Katie then picked up the toy doll and replaced it with the anatomically correct child doll and stated, "This will be me and this will be Little Matt." (Katie placed the toy doll beside the child female doll, indicating that the toy doll was

going to be Little Matt.) I asked Katie where Big Matt slept and Katie stated, "We'll have to pretend because Big Matt sleeps on the high bed and Little Matt sleeps with me."

I asked Katie if she could tell me about what happened with Shirley and Katie stated, "We need a living room." Katie then jumped off the bed and brought a plastic sack back to the bed, indicating that that would be the living room. Katie then picked up the two female dolls, the adult and child dolls, and stated, "These two dolls are going to be us girls." I asked her which girls, and Katie stated, "Me and my mom, Shirley." I asked her what the girls were doing and Katie stated, "They're in the living room when it happened." Katie then picked up the adult male doll and the toy doll and placed them off to the side, stating, "This will be Little Matt and this will be Big Matt because my dad's at work." I asked Katie if she could tell me what happened then and at that time I observed Katie put her face down in the pillow again and she stated, still with her face in the pillow, "Shirley got touched." I asked Katie who touched Shirley and still with her face in the pillow, Katie stated, "Me." I asked Katie what Shirley had on and Katie stated, "Shirley had on a robe." I asked Katie if she could show me with the dolls what happened with Shirley and advised her that it was okay and reminded her that we were alone and talking privately. Katie lifted her head off of the pillow and at that time she placed the hand of the child female doll on the breast area of the adult doll and made a rubbing motion. Katie's face was flushed again and she put her head back on the pillow. I talked to her for a moment again, indicating that it was okay and stated to Katie, "Did Shirley have on her robe?" Katie stated, "Yes, she did but I touched her on the skin." I stated, "On the skin?" and Katie replied, "Yah, like on that pink part where the strawberry stuff is."

I asked Katie, "Did anything else get touched?" and in a whisper Katie stated to me, "The pee-pee got touched, too." I asked her if she could show me with the dolls and at that time she placed the hand of the female child doll on the genital area of the adult female doll and made a rubbing motion with the hand. I asked Katie if Shirley said anything when that happened and Katie put her face back in the pillow and made a statement that I could not understand. I indicated to her that I couldn't understand and asked

her if she could tell me what Shirley said. Katie lifted her face off the pillow and was covering her eyes with her hand and stated, "She didn't like that."

I asked Katie if she and Shirley talked about anything else and Katie stated, "No." I indicated to Katie at that time that I thought Shirley had mentioned something about she and Katie talking at the beach. Katie stated, "Oh, yah, we did. The boys were looking for feathers in the sand and me and my step-mother talked." I asked her where her daddy was and Katie stated, "Daddy was at work." I asked her who was at the beach and Katie stated, "Little Matt, me and my step-mom and Big Matt." I asked her if she could tell me what she and Shirley talked about.

At that time Katie turned over facing the window with her back to me and laid for several minutes without saying anything. I told Katie that sometimes it was hard to remember things and told her that I would give her time to think about it. After approximately three or four minutes I asked Katie if she was able to talk to me, and still with her back to me Katie stated, "Shirley and I talked about a secret." I asked her why it was a secret and she stated, "Cause my daddy told me not to tell anyone." I asked her if she could tell me about the secret and again Katie laid for several minutes with her back to me not saying anything. When I finally asked her if she remembered, Katie stated, "It was a secret about my daddy's wiener." I asked Katie if she could tell me about that and again Katie laid for several minutes without saying anything. When I asked her if she could tell me now, Katie stated, "My dad's wiener was sticking up." I asked her where he was when that happened and Katie laid for several seconds without saying anything, still with her back to me, and she then stated, "At the house by the river."

I asked Katie how old she was when her "daddy's wiener was sticking up" and at that time Katie raised her hand and held up five fingers, stating, "Five." I asked Katie if she could tell me more about that and Katie shook her head no. I asked her if she would like to think about that for awhile and she did not respond. I let Katie lay there for several minutes with her back to me and then I indicated to her that maybe it would be easier for her to show me with the dolls.

Katie laid very quietly for several minutes and then raised up and picked up the child female doll in her hand and I asked her who that doll was. Katie stated, "This is me." I stated to Katie, "Then what happened?" Katie hit the male doll with the child female doll and stated to me, "Put him over here." I picked up the male doll and stated, "Do I put his face down on the pillow?" and Katie stated, "No, put him on his back." At that time Katie placed the child female doll on top of the male doll, so they were facing each other, and in doing so she was careful to line up the genital area of the female doll against the penis of the male doll. I pointed to the male doll and asked Katie, "Who is this?" and Katie replied, "That's my daddy and that's the secret." Katie then buried her face in the pillow again and I tried for several seconds to get her to talk, but she would not respond in any way. Finally, I stated to Katie, "Is that what happened?" and Katie stated, "Yes, and that's bad."

I told Katie again that is was okay to tell and asked her if she remembered if she had told anyone and Katie stated, "I told my step-mom, Shirley, cause she had to know." I asked Katie if she knew why that happened and Katie stated, "Cause my daddy was being bad."

At that time I indicated to Katie that sometimes people did things that were not good to do because they were bad, but sometimes people did things they weren't supposed to do because they were sick and needed help. I indicated to Katie when a grownup person touches a child's body in a way that they shouldn't, it was probably because the grownup person was sick and needed help. I indicated to her that it was a different kind of sick than like when we got stomach aches or had the flu. It was like the grownup's person's thinking was sick. I indicated to Katie that when a grownup person touched a child where they weren't supposed to be touched it was wrong, and that the only way we could make sure that it didn't happen again was to get the big person some help. Katie stated, "My daddy's thinking is sick." I told Katie that that was why it was important for us to talk. In order for us to help somebody who was sick we needed to know what was wrong. Katie stated, "I don't want to talk about it." When Katie made that statement she appeared to be getting angry. I advised Katie that I did not want to upset her and I was sorry that I needed to talk to her but that it was just very important for us to know if something had

happened, and if her daddy needed help. Katie stated to me in a very loud voice, "I told you he needs help and I don't want to talk about it." I advised Katie that if a bigger person needed help the only way we could help was if we knew what happened. Katie immediately replied, "Talk to Shirley. She knows the truth." I explained to Katie that it was not only important that Shirley was able to talk to us, it was also important for us to talk to her in case Shirley forgot to say something. Katie did not respond. At that time I indicated to Katie that I did not want her to be upset and that we could try to talk about it another time if she would rather wait. Katie indicated that she "would think about talking about it later." I asked Katie, "Is there more to tell?" and Katie stated, "Yes, but I don't like talking about it, Sharon." I indicated to her that I knew that it would be hard to talk about things like we had talked about but I advised her that she had done "really good" and assured her again that she was not in any trouble.

I asked Katie if I could ask her just two more questions and indicated that we would leave after that. Katie stated, "Just two and no more." I asked Katie if she could remember what she and her daddy were wearing when the thing happened that she had shown me with the dolls. Katie stated, "What do those dolls have on?" I advised her that the dolls were both nude. Katie's response was, "That's right. We were both nude."

At that time I picked up Katie's coat and indicated to her that she had done really good and that we would go. Katie stated, "I told you you could ask two questions and you only asked one. Then we can go." At that time I stated to Katie, "Katie, did more happen than what you just told me with the dolls about your daddy and you?" Katie stated, "Yes, I won't say it but I'll show you with the dolls." At that time I observed Katie walk to the bed, at which time she picked up the child female doll and placed the mouth of the female doll against the penis of the male doll. When Katie did that I asked her who the dolls were and Katie stated, "You were only going to ask two questions." I indicated to Katie that that was part of the question because I needed to know who the dolls were. Katie stated, "This is me and this is my daddy." I asked Katie what she called what the dolls were doing and Katie stated, "Two questions." I advised her that that was still part of the second question and Katie stated, "This is called sucking." When Katie made that

statement she made a shivering noise with her mouth and shook her body as if what she was doing with the dolls was distasteful.

At that time Katie got her coat and indicated that I had asked two questions, she had answered two, and that she "wanted to go home." When I was putting my coat on I stated to Katie, "There are only two ways we can make sure things like this don't happen to children again, Katie. One is to get the person bigger than the child help or to keep the child and that person separated." Katie then stated to me, "I think it would be wonderful if you would keep my dad in Washington and Matt and I would stay with my mother in California."

The time that Katie and I were alone in my room discussing the possibly sexual contacts was approximately one and a half hours. However, there were several times during that time when Katie was quiet and there was no conversation. When Katie and I left the motel, it was approximately 7:00 PM and neither she nor I had eaten anything. Katie indicated that she was hungry so en route to her residence I stopped and Katie and I each had a taco and a cold drink at a drive-in restaurant. During the time we were in the restaurant Katie stated to me, "It was good I told the truth, huh?" I assured Katie that it was always good to tell the truth and asked her if she would be willing to talk to me again before I left in case there was something else important that she had forgotten to tell me. At that time Katie placed her finger over he mouth telling me to "shhhhh" indicating that I should be quiet and stated, "This is not a private place to talk." Katie then advised me that we could talk in the car because that would be private, after we finished eating.

When we finished and were en route to Katie's home she stated, "I bet my step-mother will be proud of me for telling the truth." I advised her that I felt Shirley would be proud of her for telling the truth and stated to Katie, "I know how hard it is for children to talk about these things," and Katie stated, "Are you proud of me, too?" I advised Katie that I was always proud of children who told the truth. Katie stated to me, "But, you've got to promise not to tell Matt because he will laugh, I can guarantee you." I asked her why she thought Matt would laugh and she stated, "I just know he would laugh, that's all." Several times when we were driving en route to her

home Katie talked about "Shirley being proud of her because she just had to know what happened, her mother being proud of her and me (KRAUSE) being proud of her for telling, because it was hard to tell."

At one time I told Katie that sometimes when we start talking about things we remember things we had forgotten and that's why I wondered if she would talk to me again. Katie stated, "I remember lots of things I didn't tell you but I can tell you the next time." I asked her what the things she remembered were about and Katie stated, "You know, that secret stuff." At that time I stated to Katie, "Katie, when you talked to Shirley, did you say something about someone else doing things, too?" Katie immediately stated, "Yah, well, Sharon, I lied about that to my step-mom." I asked her if she could remember why she lied about that and she stated, "Well, I didn't want to make her feel bad and she had to know, didn't she?"

I indicated to Katie that when I talked to Shirley she was worried that she (Katie) would be upset with her for telling because she (Katie) had told Shirley not to tell. Katie stated, "Yah, like my daddy tells me not to tell and I had to." I asked her if she knew why Shirley told me and Katie stated, "Because she loves me and I love her and she wants my daddy to get help too, doesn't she?" I indicated that Shirley would want him to get help if he did that, too." Katie stated, "He did do that."

Also, as we were driving home there were several seconds when neither Katie nor I had said anything and Katie stated to me, "Sharon?" I stated, "Yes." Katie stated, "I really love my daddy." I indicated to her that I knew she loved her daddy and Katie stated, "When he did that I didn't say anything because if you say things when you're mad you can't take them back, and I didn't want to hurt my daddy's feelings." I asked Katie if she ever talked to her mother about what we talked about and Katie stated, "No, I just told my step-mother."

When we arrived at Katie's home, Deanna SPENCER was at the residence. I indicated to Deanna SPENCER that Katie was a "good helper" and that she had talked with me and had really helped me. At that time Katie was standing on the couch and jumped into her mother's arms and stated, "Aren't you proud of me cause I told the truth, cause I knew I had to about my dad." Deanne SPENCER told Katie that she was proud of her. Katie told her mother that "she

loved her" and Deanne SPENCER said the same to Katie. I said again that Katie did really good and was a good helper by talking to me. Katie placed her hand over my mouth and said, "Don't tell her what we talked about." Her mother assured her that it was okay and the important thing was to just be able to tell the truth. Katie stated, "And it's not my fault. It's my dad's, huh?" Deanne stated, "It's not your fault."

I did not attempt to question Katie any more that day; however, conducted another interview prior to my leaving the Sacramento area. Refer to additional utility reports for details.

Prior to leaving Deanna SPENCER'S residence I made arrangements to pick Matt SPENCER up the following day for the purpose of my interviewing him reference any knowledge he may have regarding this situation.

Investigation to continue.

CASE NUMBER  84-8506

DATE/TIME  10-16-84   5:50pm
LOCATION  Holiday Inn - Sacramento, Ca.
VICTIM  Katie Spencer
SUSPECT  Ray Spencer

Reporting Officer  S. Krause



hair
belly button
butt
pee pee
weinie