# EXHIBIT 6

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

1ST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:   17681 NE Lucia Falls Road
                        Yacolt, Washington
DATE OF INCIDENT:       Refer to Summary


DATE & TIME:    03-25-85                    1315 hours
LOCATION:       CCSO, Investigation Unit
INCIDENT:       Interview with Victim

VICTIM:         SPENCER, Kathryn E.          dob: 01-13-79
                aka: Kathy
                aka: Katie
                3930 Becerra Way
                Sacramento, California       phone: (916) 482-6057

SUSPECT:        SPENCER, Clyde Ray           dob: 01-09-48
                aka: Ray SPENCER
                17681 NE Lucia Falls Road
                Yacolt, Washington           phone: 687-1407

ATTACHED:       Copy of a cartoon drawing used during my conversation
                with the above listed victim regarding what she called
                specific parts of her body

CCSO Case #84-8506, S.A.KRAUSE, K-43                          page 1 of 6

SUMMARY:

On the afternoon of 03-25-85, after I had talked with Matt SPENCER, I spoke alone with Kathryn SPENCER regarding the possibility that there was additional information that Katie had not shared with me during my conversations with her prior to this date. During my interview with Matt HANSEN and Matt SPENCER, both indicated that there had been a number of times when Ray SPENCER had been sexually involved with all of the children when they were all present. During my prior conversations with Katie, she was alleging that she had been the victim of sexual abuse by her father; however, she had not shared any information regarding her brother, Matt, or step-brother, Matt HANSEN, also being victimized.

The interview with Katie was done in an interview room located at the Clark County Sheriff's Office with only Katie and I present. Initially, I advised Katie that I wanted to talk to her alone because I thought possibly there were some things that she had forgotten to tell me before. I also advised her that because I had talked to Matt and Little Matt, and because of what they had said, I felt it was important that I talk with her alone. At that time Katie stated to me, "What did my brother, Matt, say?" I asked her which brother and she stated, "Big Matt." At that time I advised her that during my conversation with Big Matt and Little Matt, both told me that her father, Ray, had done something to them. Katie immediately stated, "I promised Big Matt I wouldn't say anything. I'm glad he told." I asked Katie if she felt better since she told and she stated, "I feel a lot better and I know Matt will, too." I asked her if she could remember the reason she couldn't tell me about Big Matt and Little Matt and she stated, "Because I promised Big Matt." Katie then stated, "I came this close to telling you." When she made that statement she had her first finger and thumb approximately one half inch apart, and was holding her hand up in the air, making a gesture like one would do if you were showing a measurement.

I asked Katie how she felt about her father and Katie stated, "Well, if he goes to jail, that's his fault, not my fault, because he's the one that's doing all the lying."

I asked Katie if she could remember how old she was the last time something happened with her father, and she stated, "The same age I

CCSO Case #84-8506, S.A.KRAUSE, h-43                                    page 2 of 6

was when we were here last summer at the house by the river, because that's where he did it." I asked her if he ever did it at anybody else's house and Katie stated, "He did it a long time ago at Karen's house, and I can't remember how old I was then." I asked her if Karen knew what was happening and Katie stated, "Karen wasn't there when he'd do it." I asked her if she could tell me what her father did the last time he did something and Katie stated, "Well, he puts his wiener in my pee-pee."

At that time I asked Katie if she remembered the picture we used last time I talked to her when we talked about parts of her body and she advised that she did. I indicated to her again that I wanted to make sure I didn't forget what she called things, and with the aid of a cartoon drawing I determined what Katie called specific parts of her body. During that conversation she indicated she called breasts on a female body "boobies," the navel a "belly button," the buttocks a "butt," the genital area of a female body a "pee-pee," and the penis on a male body a "wiener."

I asked Katie what she had on when her daddy did the last thing to her she could remember, and she stated, "I had to have all my clothes off." I asked her if anyone else was there and she stated, "Yah, my brothers were there and they had to have their clothes off, too." I asked her if her brothers saw what happened to her and Katie stated, "Yah, they saw what happened to me and I saw what happened to them." I asked her what her brothers saw and Katie stated, "They saw my dad put his wiener in my pee-pee and he puts his wiener in their butts." Katie then stated, "My brothers have to put their weiners in my butt, too."

I asked Katie if she could remember how old she was when at the house by the river and she stated, "I think I was six then." Katie then stated, "He did it to me when I was five and he did it to me when I was four, and I'm sure of that." I asked her where she was living with her daddy before the house by the river and she stated, "It was this brown house and he did it to my brothers there, too."

I asked Katie what part of the house she would be in when things would happen with her dad and she stated, "In the living room and in my dad's bedroom mostly." She then stated, "He always did it in his bedroom." I asked her who was there when it happened in the living room and she stated, "He

just did it to me. Little Matt was asleep, but Big Matt was awake." I asked her who was there when it happened in the bedroom and she stated, "Mostly me and Big Matt and Little Matt and my dad, but sometimes just me and my dad."

I asked Katie if anything her father ever did hurt her, and she stated, "He made us all cry cause he hurt us." I asked her if she could remember where Shirley was when that happened and she stated, "She was still at work. She was always at work." I asked her if she could remember what her daddy would say when things happened and she stated, "He just says mean things." I asked her if she could remember any of the mean things and she advised that she could not. I asked her if she could remember what Big Matt or Little Matt said or anything she might have said and she stated, "We didn't say words, we just mostly cried." I asked Katie if her father ever said anything about if she should tell anyone, and she stated, "No way! He said, 'You better not tell' or 'you shouldn't tell anybody'." I asked her if he would say that in a nice voice and she immediately responded, "No, a mean voice, and it was loud."

I asked Katie if she ever saw anyone else touch her father's body and she stated, "He'd make them guys put their mouth on his wiener." I asked her what guys and she said, "My brothers, my dad made my brothers put their mouth on his weiner." I asked her if anybody else had to put their mouth on her father's weiner and she stated, "I did."

I asked Katie if they had to touch her father in any other way, and she stated, "He'd make us put our fingers in his bottom hole." When Katie made that statement she had her thumb folded into the palm of her hand and was extending four fingers.

I asked Katie if anything else happened with "bottoms" and she stated, "He puts his wiener in our bottoms, and he makes us lay on our face and then he sticks it in our bottom, and that really hurts." I asked her where that happened and she stated, "Sometimes in his bedroom and that's what he did to me in the living room." I asked her if she was standing up or what when that happened and Katie stated, "I was laying on a pillow on the floor, like you know, my face was on the pillow." Katie then stated, "He makes my brothers put their wiener in my bottom, too, but that doesn't hurt so much, but they don't like to do that either.' I asked her if her father made her brothers do anything

else to her and Katie stated, "He makes them put their wiener in my pee-pee hole and that's what he does, and that really hurts when he does it."

I asked Katie if her father ever kissed her in a way that she didn't like and she stated, "I don't like him to kiss me anyway." I asked her how her father kissed her that she didn't like and Katie stated, "Well, it's sorta not kissing, but he makes Big Matt and Little Matt kiss my pee-pee, and I had to kiss the boys' pee-pees and my dad's wiener."

I asked Katie if her father made her touch him in any way that she did not like and she stated, "He makes me touch his wiener with my hand and wiggle his wiener, and he makes me touch Big Matt's and Little Matt's weiners, too."

I asked Katie if it was bothering her to tell me these things and Katie stated, "A little bit, but I don't care about him now, not one little bit."

I asked Katie if anything else happened about bottoms when they were with her father and she stated, "Just what I told you, like he makes us put our fingers in each others'' bottoms and his bottom, and he makes everybody stick their wiener in my bottom, and he does that to me."

During the remainder of my conversation with Katie, the information she shared was consistent with what is described in the above paragraphs. Several times during that time she indicted that she "didn't like her father anymore and that she didn't care what happened to him because he was lying."

Katie also talked about Shirley SPENCER and Matt HANSEN, indicating that she was glad she could see them and at one point she stated, "I'm really lucky because I have two real moms now."

I asked Katie if she would like me to tell her mother what we had talked about and she indicated that she would, and that she would rather not be in the room. She also indicated she did not care if her grandmother was present because "it wasn't her fault anyway, it was her dad's fault." I asked Katie if she would like me to call her therapist in Sacramento and tell her what we had talked about and she appeared to be eager for me to do that.

After I spoke with Katie, I spoke with Deanne SPENCER and Phyllis DAY without Katie present and during that conversation shared with them specifically what we had talked about. After that conversation I had Katie come back into the room and in the presence of her grandmother and mother, I repeated the specific allegations that Katie had made to me so that she would know that I had told her mother everything.

This investigation is pending.

CASE NUMBER  84-85-06

DATE/TIME  3/25/85

LOCATION  CCSO

VICTIM  Katie Spencer

SUSPECT  Ray Spencer

Reporting Officer  Krause

Labels on drawing: boobie, belly button, butt, (wiener), pee pee