**THE HONORABLE BENJAMIN SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER , MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO.  C11 5424 BHS<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT SHARON KRAUSE'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE FOR CONSIDERATION:**<br><br>**Friday, June 22, 2012** |

This matter came before the court on the Defendant Sharon Krause's Motion for Summary Judgment.  The Court has considered the pleadings and papers filed in connection with and/or relied upon in support of said motion, including the following:

1. Defendant Sharon Krause's Motion for Summary Judgment;

2. Declaration of Sharon Krause in Support of Summary Judgment for Defendants, with Exhibits 1-6;

3. Declaration of Jeffrey Freimund in Support of Summary Judgment for Defendants, with Exhibits 1-26;

**(PROPOSED) ORDER GRANTING DEFENDANT SHARON KRAUSE'S MOTION FOR SUMMARY JUDGMENT- 1**

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511*

4.   Declaration of Shirley Spencer in Support of Motion for Summary Judgment, with Exhibits A-B;

5.   Declaration of Matthew Hansen, with Exhibits A-B;

6.   Declaration of James M. Peters in Support of Defendants' Motion for Summary Judgment, with Exhibits 1-4;

7.   Declaration of Patricia C. Fetterly, with Exhibits A-G; and

8.   Declaration of Tina Redline, with Exhibit A;

the following pleadings, if any, filed in opposition to said Motion:

and the following pleadings filed in reply:

and being fully advised; now therefore,

IT IS HEREBY ORDERED that Defendant Sharon Krause's Motion for Summary Judgment be and the same is hereby GRANTED, and that all of plaintiffs' claims against Sharon Krause in the above-entitled action are hereby DISMISSED with prejudice.

DATED this ___ day of June, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

**Presented by:**

*/s/ Guy Bogdanovich*
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendant Sharon Krause
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
email: gbogdanovich@lldkb.com

**(PROPOSED) ORDER GRANTING DEFENDANT SHARON KRAUSE'S MOTION FOR SUMMARY JUDGMENT- 2**

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*