UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE through TEN,<br><br>Defendants. | No. 11-5424 BHS<br><br><br>[PROPOSED]<br>ORDER GRANTING SUMMARY JUDGMENT |

THIS MATTER, having come before the Court upon Clark County Municipal Defendants' Motion for Summary Judgment, the Court, having considered the motion, its attached declaration, the arguments of counsel, and being fully advised in the premises herein, has determined that the motion should be granted

//

//

//

//

//

ORDER - 1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Clark County Municipal Defendants' Motion for Summary Judgment is GRANTED and Plaintiffs' claims against Clark County, the Clark County Sheriff's Office and the Clark County Prosecutor's Office are DISMISSED.

DATED this ____ day of June, 2012.

                                                                   _____
                                                                   The Honorable Benjamin H. Settle
                                                                   United States District Court Judge

Presented by:

CLARK COUNTY

/s/Bernard F. Veljacic_____
Bernard F. Veljacic, WSBA #28702
Deputy Prosecuting Attorney
Of Attorneys for Clark County Municipal Defendants

ORDER - 2

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
604 W EVERGREEN BLVD • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE)  /  (360) 397-2184 (FAX)