Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE through TEN,<br><br>Defendants. | No. 11-5424 BHS<br><br>DECLARATION OF TINA REDLINE |

The undersigned declares under penalty of perjury, under the laws of the State of Washington, that the following is true and correct:

1. My name is Tina Redline and I am employed as a Deputy Clerk to the Board of County Commissioners of Clark County, Washington.

2. I have been employed by the Clark County Commissioners for 12 years, and I am an authorized custodian of the Commissioners' records. A true and correct copy of resolution

DECLARATION OF TINA REDLINE - 1

2010-12-16 appointing me as an agent to receive claims for damages on behalf of the County is attached hereto as Exhibit A.

3. In my official capacity, I am authorized to receive notice of tort claims in accordance with RCW 4.96.020 and Clark County Code, Section 2.95.060(A) and to maintain a log of all such notices, summonses and complaints served on Clark County, Washington.

4. I maintain a log of all tort claims that are filed with me in my capacity as Deputy Clerk to the Board of County Commissioners.

5. I have diligently searched the files and records of the Board of County Commissioners for Clark County, Washington, and find no record of a receipt of a notice of tort claim against Clark County or any of the above-named individual defendants, in any capacity, by or on behalf of Clyde Ray Spencer, Matthew Ray Spencer or Kathryn E. Tetz at any time.

DATED this 23 day of May, 2012, at Vancouver, Washington.

_____
Tina Redline

DECLARATION OF TINA REDLINE - 2

# EXHIBIT A



RESOLUTION NO. 2010-12-16

A RESOLUTION relating to receipt of claims for damages when Rebecca Tilton appointed agent, is absent.

WHEREAS, pursuant to the provisions of RCW 4.96.020, Clark County is required to appoint an agent to receive claims for damages; and

WHEREAS, the identity of the agent and the address where he/she may be reached during normal business hours shall be on file and recorded with the County Auditor; and

WHEREAS, pursuant to the provisions of Clark County Code 2.95.060, the Clerk of the Board of County Commissioners is the appointed and designated person for the filing of claims; and

WHEREAS, pursuant to Resolutions 2001-08-02 and 2003-07-05 effective January 1, 2011 the appointed agent for receipt of claims for damages is Rebecca Tilton, the Clerk of the Board of County Commissioners. Ms. Tilton is located at the office of the Board of County Commissioners, 1300 Franklin Street, 6th Floor, Vancouver, WA 98666.

NOW THEREFORE, BE IT ORDERED AND RESOLVED, by the Board of County Commissioners of Clark County, State of Washington, as follows:

In the absence of Ms. Tilton, Tina Redline, BOCC Administrative Assistant, may receive claims. She is also located at the above address.

DATED this 21st day of December, 2010.

BOARD OF COUNTY COMMISSIONERS
FOR CLARK COUNTY, WASHINGTON

Attest:

Clerk of the Board
Approved as to Form Only

By _____
Steve Stuart, Chair

ARTHUR D. CURTIS
Prosecuting Attorney

By _____
Tom Mielke, Commissioner

By _____
Deputy Prosecuting Attorney

By _____
Marc Boldt, Commissioner

