Honorable Judge Benjamin H. Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>                Plaintiffs,<br><br>    v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER, and JOHN DOES ONE THROUGH TEN,<br><br>                Defendants. | NO. C11-5424-BHS<br><br>[PROPOSED] ORDER GRANTING JAMES PETERS' MOTION FOR SUMMARY JUDGMENT<br><br><br><br>NOTED FOR: JUNE 22, 2012 |

      THIS MATTER coming on duly and regulation for hearing on June 22, 2012, upon the motion of defendant James Peters for an order on summary judgment. Defendant appearing by and through its attorneys Robert M. McKenna, Attorney General, and Patricia C. Fetterly, Assistant Attorney General, and plaintiffs appearing by and through its attorneys Daniel Davies, Kathleen Zellner, and Douglas Johnson; the court having reviewed the files and records herein including the following:

    1.    Declaration of James M. Peters with exhibits 1-5;

ORDER GRANTING PETERS' SUMMARY JUDGMENT
NO. C11-5424BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

2. Declaration of Patricia C. Fetterly with exhibits A-G;

3. Declaration of Jeffrey Freimund;

4. Declaration of Sharon Krause;

5. Declaration of Shirley Spencer;

6. Declaration of Matthew Hansen.

and the court having being fully advised it is, now, therefore, Ordered Adjudged and Decreed, that defendant James Peters' motion for summary judgment is granted and the claims contained in plaintiffs' complaint against defendant James Peters are dismissed with prejudice.

Done in open court this _____ day of May 2012.

_____
JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General


_____
PATRICIA C. FETTERLY, WSBA #8425
Assistant Attorney General
Attorneys for Defendant State

ORDER GRANTING PETERS'
SUMMARY JUDGMENT
NO. C11-5424BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300