Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER, and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11-5424-BHS<br><br>DECLARATION OF PATRICIA C. FETTERLY IN SUPPORT OF SUMMARY JUDGMENT FOR DEFENDANTS<br><br>NOTED FOR: JUNE 22, 2012 |

I, PATRICIA C. FETTERLY, declare under penalty of perjury under the laws of the State of Washington that the following is true and accurate:

1. I am attorney for defendant James M. Peters.

2. Attached as **Exhibit A** is the Clerks Civil Minutes listing witnesses who testified and a summary of proceedings of the 1996 evidentiary hearing held before Judge Robert Bryan along in *Spencer v. Klauser* (Cause No. C94-5238RJB);

---

DECLARATION OF
PATRICIA C. FETTERLY
NO. C11-5424BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

3. Attached as **Exhibit B** are excerpts of testimony from the following witnesses who testified in the 1996 federal habeas corpus proceeding:

    **Exhibit B-1**: Excepts from the testimony of Manual Galaviz MD. on September 4, 1996;

    **Exhibit B-2**: Excerpts from the testimony of Kathryn Magee on September 5, 1996;

    **Exhibit B-3** Excerpts from the testimony of Henry H. Dixon M.D. on September 5, 1996;

    **Exhibit B-4** Excerpts from the testimony of James Rulli on September 5, 1996;

    **Exhibit B-5** Excerpts from the testimony of Rebecca Wiester M.D. on September 6, 1996.

4. Attached as **Exhibit C** is a copy of the oral ruling of Judge Robert Bryan dated September 6, 1996, made at the close of the testimony presented at the hearing in *Spencer v. Klauser*;

5. Attached as **Exhibit D** is a certified copy of the Findings of Fact and Conclusions of Law entered by Judge Robert Bryan on September 25, 1996, in *Spencer v. Klauser*;

6. Attached as **Exhibit E** is a certified copy of the Judgment entered in *Spencer v. Klauser*;

DECLARATION OF
PATRICIA C. FETTERLY
NO. C11-5424BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

7. Attached as **Exhibit F** is a copy of excerpts from the testimony of Matthew Spencer in the reference hearing held in Clark County Superior Court (Cause No. 85-1-00007-2) on July 10, 2009;

8. Attached as **Exhibit G** is a copy of excerpts from the testimony of Kathryn Spencer Tetz in the reference hearing held in Clark County Superior Court (Cause No. 85-1-00007-2) on July 10, 2009.

SIGNED this 24 day of May, 2012 in Tumwater, WA.

PATRICIA C. FETTERLY

DECLARATION OF
PATRICIA C. FETTERLY
NO. C11-5424BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th of May, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiffs' Attorneys:**

> dandavies@dwt.com
> kathleen.zellner@gmail.com
> dhjohnson43@aol.com

AND TO

**Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's Office:**

> Bernard.veljacic@clark.wa.gov
> gbogdanovich@lldkb.com
> jefff@fjtlaw.com

**Attorney for Co-Defendant Spencer:**

> dunnwh@pacifier.com
> western@wscd.com

By: s/Patricia C. Fetterly
PATRICIA C. FETTERLY, WSBA No. 8425
Assistant Attorney General
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
P.O. Box 40126
Olympia, WA 98504-0116
Telephone: (360) 586-6300
Fax: (360) 586-6655
E-mail: PatriciaF1@atg.wa.gov
Attorneys for Defendant Peters

DECLARATION OF
PATRICIA C. FETTERLY
NO. C11-5424BHS

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300