The Honorable Benjamin Settle
Trial Date: April 16, 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | No. C11-5424BHS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SHIRLEY SPENCER'S MOTION TO JOIN DAVIDSON'S SUMMARY JUDGMENT MOTION AND FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT SPENCER PURSUANT THERETO |

THIS MATTER comes before the Court on Defendant Shirley Spencer's motion for dismissal of claims against her by joining Defendant Michael Davidson's Summary Judgment Motion for Dismissal.

The Court has considered the pleadings and files herein, including:

[proposed] ORDER GRANTING SPENCER'S
MOTION TO JOIN AND FOR DISMISSAL OF
PLAINTIFFS' CLAIMS AGAINST SPENCER
PURSUANT THERETO [No. C11-5424BHS] – 1
bd/GAW1218.466/964010

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

1.  Defendant Shirley Spencer's Motion for Summary Judgment, (Dkt. 52);

2.  Declaration of Shirley Spencer in Support of Motion for Summary Judgment, (Dkt.53);

3.  Declaration of Mathew Hansen in Support of Motion for Summary Judgment, (Dkt.54);

4.  Plaintiffs' Response to Defendant Spencer's Motion for Summary Judgment, (Dkt.56);

5.  Declaration of Kathleen T. Zellner in Support of Plaintiff's Response, (Dkt.57);

6.  Defendant Shirley Spencer's Reply in Support of Motion for Summary Judgment, (Dkt.59);

7.  Second Declaration of Shirley Spencer in Support of Motion for Summary Judgment, (Dkt.60);

8.  Declaration of Gary Western in Support of Motion for Summary Judgment, (Dkt. 61);

9.  Motion for Summary Judgment by Defendant Michael Davidson, (Dkt. 62);

10. Declaration of Jeffrey Freimund in Support of Motion for Summary Judgment by Defendant Michael Davidson and all exhibits thereto, (Dkt. 63);

11. Defendant Shirley Spencer's Motion to Join Defendant Davidson's Summary Judgment Motion;

12. _____

13. _____

14. _____

15. _____.

[proposed] ORDER GRANTING SPENCER'S
MOTION TO JOIN AND FOR DISMISSAL OF
PLAINTIFFS' CLAIMS AGAINST SPENCER
PURSUANT THERETO [No. C11-5424BHS] – 2
bd/GAW1218.466/964010

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

The Court thus being fully apprised as to all matters relevant to the Motion, now, therefore, it is hereby ORDERED that:

Defendant Shirley Spencer's Motion to Join Defendant Michael Davidson's Motion for Summary Judgment is GRANTED and all of Plaintiffs' claims against Defendant Shirley Spencer are DISMISSED with prejudice.

DATED this ___ day of _____, 2012.

_____
The Honorable Benjamin H. Settle
United States District Judge

Presented by:

WILSON SMITH COCHRAN DICKERSON

By: *s/ Gary A. Western*
By: *s/ Gabriella Wagner*

Gary A. Western, WSBA# 12878
Gabriella Wagner, WSBA# 42898
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA  98164-2050
Telephone: (206) 623-4100
Fax: (206) 623-9273
E-mail: western@wscd.com
E-mail: wagner@wscd.com
of Attorneys for Defendant Shirley Spencer

[proposed] ORDER GRANTING SPENCER'S
MOTION TO JOIN AND FOR DISMISSAL OF
PLAINTIFFS' CLAIMS AGAINST SPENCER
PURSUANT THERETO [No. C11-5424BHS] – 3
bd/GAW1218.466/964010

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273