Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ, <br><br> Plaintiffs, <br><br> v. <br><br> FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER, and JOHN DOES ONE THROUGH TEN, <br><br> Defendants. | NO. C11-5424-BHS <br><br> SECOND DECLARATION OF JEFFREY FREIMUND IN SUPPORT OF SUMMARY JUDGMENT FOR DEFENDANTS <br><br> **NOTE ON MOTION CALENDAR:** June 22, 2012 |

Pursuant to 28 U.S.C. § 1746, JEFFREY FREIMUND, declares under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and accurate:

1. I am an attorney representing defendant Michael Davidson in the above-captioned matter. I am over the age of 18, competent to testify about the matters stated herein, and make this declaration based on my personal knowledge.

SECOND FREIMUND DECLARATION
C11-5424-BHS                - 1

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

2. Attached to this declaration as Exhibit 1 is a true and accurate copy of an email exchange between plaintiffs' and defendants' counsel regarding plaintiffs' request for a two week extension to file their responses to defendants' pending summary judgment motions, and their request for available deposition dates for the named defendants to be set months later -- well after they would have filed their summary judgment responses.

3. Defendant Michael Davidson retired from the Clark County Sheriff's Office in September 1993, and has not worked for the County since.

SIGNED this 21st day of June, 2012 in Olympia, WA.

        s/Jeffrey A. O. Freimund
        JEFFREY A. O. FREIMUND, WSBA No. 17384
        Freimund Jackson Tardif & Benedict Garratt, PLLC
        711 Capitol Way South, Suite 602
        Olympia, WA 98502
        Telephone: (360) 534-9960
        Fax: (360) 534-9959
        jeffF@fjtlaw.com
        Attorney for Defendant Michael Davidson

SECOND FREIMUND DECLARATION
C11-5424-BHS
- 2 -

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiffs Clyde Ray Spencer, Matthew Ray Spencer, and Kathryn E. Tetz
dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiffs Clyde Ray Spencer, Matthew Ray Spencer, and Kathryn E. Tetz
kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiffs Clyde Ray Spencer, Matthew Ray Spencer, and Kathryn E. Tetz
dandavies@dwt.com
Daniel J. Judge, Attorney for Defendant James M. Peters
danielj@atg.wa.gov
Patricia C. Fetterly, Attorney for Defendant James M. Peters
Patriciafl@atg.wa.gov
Bernard F. Veljacic, Attorney for Defendants Clark County Prosecutor's Office; Clark County Sheriff's Office, & Clark County
Bernard.Veljacic@clark.wa.gov
William H. Dunn, Attorney for Defendant Shirley Spencer
dunnwh@pacifier.com
Gary A. Western, Attorney for Defendant Shirley Spencer
western@wscd.com
Guy Bogdanovich, Attorney for Defendant Sharon Krause
gbogdanovich@lldkb.com

s/Janice Flaherty
JANICE FLAHERTY
Legal Assistant to
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif
  & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98502
Telephone: (360) 534-9960
Fax: (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Sergeant Michael Davidson

SECOND FREIMUND DECLARATION
C11-5424-BHS                             - 3 -

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959