|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 | **THE HONORABLE BENJAMIN SETTLE** |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER , MATTHEW RAY SPENCER, and KATHRYN E. TETZ, <br><br> Plaintiffs, <br><br> v. <br><br> FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN, <br><br> Defendants. | **NO.  C11 5424 BHS** <br><br> **CERTIFICATE OF ECF FILING & SERVICE** |

I hereby certify under penalty of perjury under the laws of the United States of America and the State of Washington that on this 22nd day of June, 2012, I caused to be electronically filed Defendant Sharon Krause's Summary Judgment Reply; and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following:

CERTIFICATE OF ECF FILING & SERVICE - 1

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511*

**Plaintiff Clyde Spencer and Matthew Spencer Attorneys**

dhjohnson43@aol.com
kathleen.zellner@gmail.com
dandavies@dwt.com

**Defendant James M. Peters**

danielj@atg.wa.gov
patriciafl@atg.wa.gov

**Defendant Shirley Spencer**

dunnwh@pacifier.com

**Defendant Michael Davidson**

jefff@fjtlaw.com

**Defendant Clark County**

Bernard.Veljacic@clark.wa.gov

DATED this 22nd day of June, 2012 at Tumwater, Washington.

/s/ Toni Allen
Toni Allen, Legal Secretary

CERTIFICATE OF ECF FILING & SERVICE - 2

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511