The Honorable Benjamin Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>               Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>               Defendants. | NO.  C11-5424BHS<br><br><br>DEFENDANT PETERS' JOINDER TO OPPOSITION TO PLAINTIFF'S MOTION UNDER RULE 56(d) AND REPLY RE: HIS MOTION FOR SUMMARY JUDGMENT<br><br><br>NOTED FOR: June 22, 2012 |

## A.    Mr. Spencer Has Not Met His Burden Under Rule 56(d)

Defendant James M. Peters hereby joins in the opposition to Plaintiff Clyde Spencer's motion under Fed R. Civ. P. 56(d) as submitted by Defendant Sharon Krause (ECF No. 83 at 3:10–5:22), Shirley Spencer (ECF No. 82 at 2:5-14), and Defendant Michael Davidson (ECF No. 80 at 2:15-19, and 12:9-10; and ECF Nos. 81 and 81-1).  Mr. Spencer has not met his burden under Rule 56(d) and his motion should be denied.

DEFENDANT PETERS'JOINDER
OPPOSITION CLYDE SPENCER'S
MOTION
NO. C11-5424BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

**B.      Mr. Peters Is Entitled to Absolute, as Well as Qualified Immunity**

In addition, as argued in his opening memorandum, Mr. Peters, as former deputy prosecuting attorney, is entitled to absolute immunity.   ECF No. 68 at 12:15-18:3.   This includes the videotaped interview of Kathryn (Spencer) Tetz in December 1984, done just prior to charging.   *See Imbler v. Pachtman*, 424 U.S. 409, 96 S. Ct. 984. 47 L. Ed. 2d 128 (1976).   Official immunity, whether qualified or absolute, is "an *immunity from suit* rather than a mere defense to liability."   *Mitchell v. Forsyth*, 472 U.S. 511, 526, 105 S. Ct 2806, 86 L. Ed. 2d 411 (1985) (citing *Harlow v. Fitzgerald*, 457 U.S. 800, 817, 102 S. Ct 2727, 73 L. Ed. 2d 396 (1982)) (emphasis in original).   Mr. Peters is also entitled to qualified immunity.   ECF No. 68 at 18:4-21:9.   No further discovery is needed or permitted to resolve these issues.

**C.      The State Claims Against Mr. Peters Are Time-Barred**

Mr. Peters' motion is also based on statute of limitations, including the two-year statute of limitations applying to defamation claims.   *See* ECF No. 68 at 11:15-12:14.   No further discovery is needed to resolve these issues.

**D.      Mr. Peters Is Not Collaterally Estopped by Last Personal Restraint Proceedings**

Lastly, Defendant Peters was not a party or one in privity regarding the last personal restraint petition in the Washington State courts by Mr. Spencer.   Consequently, Mr. Spencer cannot demonstrate the Supreme Court's July 12, 2010 Ruling Denying Review (and the Court of Appeals decision that preceded it) is binding on Mr. Peters.   The ruling therefore does not collaterally estop Mr. Peters.

DEFENDANT PETERS'JOINDER
OPPOSITION CLYDE SPENCER'S
MOTION
NO. C11-5424BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1

**E.      Conclusion**

2

3
        For these reasons and for the reasons set forth above and in Mr. Peters' Motion for

4
Summary Judgment, this Court should grant summary judgment in favor of Mr. Peters and

5
dismiss all claims against him with prejudice.  Mr. Spencer's motion under Rule 56(d) should

6
be denied.

7
        DATED this 22nd day of June, 2012.

8

9
                                        ROBERT M. McKenna
                                        Attorney General

10

11
                                        By: s/Daniel J. Judge
                                        PATRICIA C. FETTERLY, WSBA No. 8425

12
                                        Assistant Attorney General
                                        DANIEL J. JUDGE, WSBA No. 17392

13
                                        Senior Counsel
                                        Attorney General's Office

14
                                        P.O. Box 40126
                                        Olympia, WA  98504-0116

15
                                        Telephone: (360) 586-6300
                                        Fax: (360) 586-6655

16
                                        E-mail: PatriciaF1@atg.wa.gov
                                        Attorneys for Defendant Peters

17

18

19

20

21

22

23

24

25

26

DEFENDANT PETERS'JOINDER
OPPOSITION CLYDE SPENCER'S
MOTION
NO. C11-5424BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on this 22nd of June, 2012, I caused to be electronically filed the

4    foregoing document with the Clerk of the Court using the CM/ECF system which will send

     notification of such filing to the following:
5

6    **Plaintiffs' Attorneys:**

7                    **dandavies@dwt.com**
                     **kathleen.zellner@gmail.com**
8                    **dhjohnson43@aol.com**

9

10                         AND TO

11   **Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's**
     **Office:**
12

13                    **Bernard.veljacic@clark.wa.gov**
                      **gbogdanovich@lldkb.com**
14                    **jefff@fjtlaw.com**

15   **Attorney for Co-Defendant Spencer:**

16
                      **dunnwh@pacifier.com**
17                    **western@wscd.com**

18                         By: s/Daniel J. Judge
                           PATRICIA C. FETTERLY, WSBA No. 8425
19                         Assistant Attorney General
                           DANIEL J. JUDGE, WSBA No. 17392
20                         Senior Counsel
                           Attorney General's Office
21                         P.O. Box 40126
                           Olympia, WA 98504-0116
22                         Telephone: (360) 586-6300
                           Fax: (360) 586-6655
23                         E-mail: PatriciaF1@atg.wa.gov
                           Attorneys for Defendant Peters
24

25

26

DEFENDANT PETERS' JOINDER                4        ATTORNEY GENERAL OF WASHINGTON
OPPOSITION CLYDE SPENCER'S                              Torts Division
MOTION                                              7141 Cleanwater Drive SW
NO. C11-5424BHS                                         P.O. Box 40126
                                                    Olympia, WA 98504-0126
                                                        (360) 586-6300