The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER and KATHRYN E. TETZ,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE through TEN,<br><br>　　Defendants. | No. 11-5424 BHS<br><br>DEFENDANT CLARK COUNTY'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE PURSUANT TO RULE 56(d) AND REPLY<br><br>NOTED FOR: Friday, June 22, 2012 |

COMES NOW the Defendant Clark County and hereby joins in the opposition to Plaintiffs' motion for a continuance pursuant to Fed. R. Civ. P. 56(d) as submitted by Defendant Sharon Krause (Dkt. 83), Shirley Spencer (Dkt. 82), and Defendant Michael Davidson (Dkt. 80). The Plaintiffs' motion should be denied because they have failed to meet their burden under Rule 56(d).

DEFENDANT CLARK COUNTY'S OPPOSITION
TO PLAINTIFF'S MOTION FOR CONTINUANCE
PURSUANT TO RULE 56(d) AND REPLY - 1

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
604 W EVERGREEN BLVD • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)

The basis of Clark County's motion to dismiss the Plaintiffs' state claims include that those claims are time barred and that the Plaintiffs completely failed to file a claim as required by Chapter 4.96 RCW.  There has been no showing as to what discovery is necessary to respond to the County's motion on these bases.  No further discovery is necessary to resolve these issues and the Plaintiffs' motion should be denied.

With respect to the Plaintiff's defamation claim, the County's motion is additionally supported by a claim of absolute privilege.  That privilege extends to attorneys acting within the duties of their office.  The Plaintiff has made no showing as to what additional discovery is necessary to respond to this claim of absolute privilege.  The Plaintiff's motion should be denied.

The County's motion is also supported by its argument that the Plaintiff is collaterally estopped from relitigating certain issues related to his arrest and incarceration.  While the Plaintiff makes legal arguments challenging the County's position, he has not established that additional discovery is necessary to respond to this predominantly legal issue.

Finally, the County's motion is based upon the lack of any basis for a finding of municipal liability.  Again, the Plaintiff makes legal challenges to the County's position, but has not met its burden of establishing a need for a continuance to discovery factual matters related to the County's defense.

//

//

//

//

//

DEFENDANT CLARK COUNTY'S OPPOSITION
TO PLAINTIFF'S MOTION FOR CONTINUANCE
PURSUANT TO RULE 56(d) AND REPLY - 2

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
604 W EVERGREEN BLVD • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)

For these reasons and for the reasons set forth in the County's motion for summary judgment, this Court should grant summary judgment in favor of the County and dismiss the Plaintiff's claims against it. The Plaintiff's motion under Rule 56(d) should be denied.

Respectfully submitted this 22nd day of June, 2012.

/s/ E. Bronson Potter
Chief Civil Deputy
Of Attorneys for Defendants Clark County, Clark County
 Prosecutor's Office and Clark County Sheriff's Office
Clark County Prosecuting Attorney, Civil Division
PO Box 5000
Vancouver WA 98666-5000
Telephone:   (360) 397-2478
Facsimile:   (360) 397-2184
Bronson.Potter@clark.wa.gov

DEFENDANT CLARK COUNTY'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE PURSUANT TO RULE 56(d) AND REPLY - 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
604 W EVERGREEN BLVD • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)

## DECLARATION OF SERVICE

I, Mindy Lamberton, hereby certify that on the 22nd day of June, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

*Attorneys for Plaintiffs:*

Daniel Davies
Davis Wright Tremaine LLC
1201 Third Avenue #2200
Seattle WA  98101
dandavies@dwt.com

Kathleen T. Zellner
Kathleen T. Zellner & Associates
1901 Butterfield Suite 650
Downers Grove, IL 60515
Kathleen.zellner@gmail.com

Douglas H. Johnson
Kathleen T. Zellner & Associates
1901 Butterfield Suite 650
Downers Grove, IL 60515
Dhjohnson43@aol.com

*Attorney for Shirley Spencer:*

William Dunn
Dunn Law Office
PO Box 1016
Vancouver WA  98665
dunnwh@pacifier.com

Gary Allan Western
Wilson Smith Cochran & Dickerson
901 Fifth Avenue, Suite 1700
Seattle WA 98164-2050
western@wscd.com

DEFENDANT CLARK COUNTY'S OPPOSITION
TO PLAINTIFF'S MOTION FOR CONTINUANCE
PURSUANT TO RULE 56(d) AND REPLY - 4

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
604 W EVERGREEN BLVD • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE)  /  (360) 397-2184 (FAX)

*Attorneys for James M. Peters:*

> Patricia C. Fetterly
> Daniel J. Judge
> Attorney General of Washington
> PO Box 40126
> Olympia WA  98504-0126
>> danielj@atg.wa.gov
>> patriciaf1@atg.wa.gov

*Attorney for Michael Davidson*

> Jeffrey A.O. Freimund
> Freimund Jackson Tardiff & Benedict Garrett
> 711 Capitol Way South, Suite 602 and 605
> Olympia WA 98501
>> Jefff@fjtlaw.com

*Attorneys for Sharon Krause*

> Guy Bogdanovich
> Law Lyman Daniel Kamerrer & Bogdanovich
> PO Box 11880
> Olympia WA 98508
>> gbogdanovich@lldkb.com

DATED this 22nd day of June, 2012.

                                    s/Mindy Lamberton, Legal Assistant

DEFENDANT CLARK COUNTY'S OPPOSITION
TO PLAINTIFF'S MOTION FOR CONTINUANCE
PURSUANT TO RULE 56(d) AND REPLY - 5

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
604 W EVERGREEN BLVD • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE)  /  (360) 397-2184 (FAX)