The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | No. C11-5424 BHS<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE 10 PAGE REPLY IN SUPPORT OF MOTION FOR RELIEF PURSUANT TO FED. R. CIV. 56(d), INSTANTER**<br><br>Noted for: July 13, 2012 |

NOW COME Plaintiffs, CLYDE RAY SPECER, et. al., by and through their attorneys, Kathleen T. Zellner & Associates, P.C., and for their Motion for Leave to File a 10 Page Combined Reply in Support of their Motion for Relief Pursuant to Federal Rule of Civil Procedure 56(d), states as follows:

PLAINTIFFS' MOTION FOR LEAVE
TO FILE COMBINED REPLY
(C11-5424 BHS) — 1
DWT 19881802v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1.      This is a complex civil rights case involving claims under 42 U.S.C. §1983 and related state law claims stemming from the arrest, prosecution and incarceration of Plaintiff Clyde Ray Spencer.

2.      Defendants have filed motions for summary judgment.  Plaintiffs filed a motion in response for relief under Federal Rule of Civil Procedure 56(d), requesting leave to conduct additional discovery prior to responding to dispositive motions.

3.      Defendants filed replies in support of their motion for summary judgment, and in opposition to Plaintiffs' motion under Rule 56(d).

4.      Because Plaintiffs bear the burden under Rule 56(d), Plaintiffs hereby seek leave to file a reply, instanter, in support of their motion.  *Tatum v. City and County of San Francisco*, 441 F.3d 1090, 1100 (9th Cir. 2006).

5.      Rather than addressing each Defendants' response individually, Plaintiffs seek leave to file a combined 10 page reply in support of their motion, pursuant to CR 7(f).

6.      A copy of the proposed reply is attached as Exhibit A.

WHEREFORE Plaintiffs respectfully request leave to file a 10 page combined reply in support of their motion for relief under Rule 56(d), instanter.

DATED this 2nd day of July, 2012.

    Davis Wright Tremaine LLP
    Attorneys for Plaintiffs

By  *s/ Daniel Davies*
    Daniel Davies, WSBA #41793
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Telephone: (206) 757-8286
    Fax: (206) 757-7286
    E-mail:  dandavies@dwt.com

PLAINTIFFS' MOTION FOR LEAVE
TO FILE COMBINED REPLY
(C11-5424 BHS) — 2
DWT 19881802v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on July 2, 2012, I electronically filed foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following:

**Daniel J. Judge, Attorneys for Defendant James M. Peters**
danielj@atg.wa.gov, JoanK@atg.wa.gov, LaurelD@atg.wa.gov, TOROlyEF@atg.gov, TracyJ@atg.wa.gov

**Patricia Campbell Fetterly, Attorneys for Defendant James M. Peters**
patriciaf1@atg.wa.gov, cynthiam4@atg.wa.gov, deanm@atg.wa.gov, torolyef@atg.wa.gov

**Bernard F. Veljacic, Attorneys for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, the County of Clark**
Bernard.Veljacic@clark.wa.gov

**Gabriella Wagner, Attorneys for Shirley Spencer,**
Wagner@wscd.com

**William Hudson Dunn, Attorney for Defendant Shirley Spencer,**
dunnwh@pacifier.com

**Gary A. Western, Attorney for Defendant Shirley Spencer**
western@wscd.com

**Guy Bogdanovich, Attorney for Defendant Sharon Krause**
gbogdanovich@lldkb.com

**Jeffrey Freimund, Attorney for Defendant Michael Davidson**
jefff@fjtlaw.com, janicef@fjtlaw.com, kathrines@fjtlaw.com

DATED this 2nd day of July, 2012.

                                                *s/ Daniel T. Davies*

PLAINTIFFS' MOTION FOR LEAVE
TO FILE COMBINED REPLY
(C11-5424 BHS) — 3
DWT 19881802v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax