The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>    Plaintiffs,<br><br> v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>    Defendants. | No. C11-5424 BHS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE COMBINED 10 PAGE REPLY IN SUPPORT OF MOTION FOR RELIEF PURSUANT TO FED. R. CIV. 56(d), INSTANTER** |

This matter having come before the Court on Plaintiffs Motion for Leave to File 10 Page Reply in Support of Motion for Relief Pursuant to Fed. R. Civ. 56(d), Instanter ("Plaintiffs' Motion"). The court having considered the pleadings filed in support of and in opposition to the Motion, orders as follows:

PROPOSED ORDER GRANTING MOTION
FOR LEAVE TO FILE COMBINED 10 PAGE
REPLY . . . (No. C11-5425 BHS) - 1
DWT 19882062v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1     1.      Plaintiffs' Motion is hereby GRANTED.

2        DATED this _____ day of July, 2012.

3

4                                              _____
                                               Benjamin H. Settle
                                               United States District Judge
5

6   Presented by:

7   Davis Wright Tremaine LLP
    Attorneys for Plaintiffs
8

9   By *s/   Daniel Davies*_____
        Daniel Davies, WSBA #41793
10      1201 Third Avenue, Suite 2200
        Seattle, WA 98101-3045
11      Phone:  (206) 757-8265
        Fax:    (206) 757-7265
12      Email:  danieldavies@dwt.com

13

14

15

16

17

18

19

20

21

22

23

PROPOSED ORDER GRANTING MOTION
FOR LEAVE TO FILE COMBINED 10 PAGE
REPLY . . . (No. C11-5425 BHS) - 2
DWT 19882062v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on July 2, 2012, I electronically filed foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following:

**Daniel J. Judge, Attorneys for Defendant James M. Peters**
danielj@atg.wa.gov, JoanK@atg.wa.gov, LaurelD@atg.wa.gov, TOROlyEF@atg.gov, TracyJ@atg.wa.gov

**Patricia Campbell Fetterly, Attorneys for Defendant James M. Peters**
patriciaf1@atg.wa.gov, cynthiam4@atg.wa.gov, deanm@atg.wa.gov, torolyef@atg.wa.gov

**Bernard F. Veljacic, Attorneys for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, the County of Clark**
Bernard.Veljacic@clark.wa.gov

**Gabriella Wagner, Attorneys for Shirley Spencer,**
Wagner@wscd.com

**William Hudson Dunn, Attorney for Defendant Shirley Spencer,**
dunnwh@pacifier.com

**Gary A. Western, Attorney for Defendant Shirley Spencer**
western@wscd.com

**Guy Bogdanovich, Attorney for Defendant Sharon Krause**
gbogdanovich@lldkb.com

**Jeffrey Freimund, Attorney for Defendant Michael Davidson**
jefff@fjtlaw.com, janicef@fjtlaw.com, kathrines@fjtlaw.com

DATED this 2nd day of July, 2012.

*s/ Daniel T. Davies*

PROPOSED ORDER GRANTING MOTION
FOR LEAVE TO FILE COMBINED 10 PAGE
REPLY . . . (No. C11-5425 BHS) - 3
DWT 19882062v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700