1                                                                    The Honorable Benjamin H. Settle

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
9                                        AT SEATTLE

10   CLYDE RAY SPENCER, MATTHEW              )
     RAY SPENCER, and KATHRYN E. TETZ,       )
11                                           )
                    Plaintiffs,              )    No. C11-5424 BHS
12         v.                                )
                                             )
13   FORMER DEPUTY PROSECUTING               )    **ORDER GRANTING PLAINTIFFS'**
     ATTORNEY FOR CLARK COUNTY JAMES         )    **MOTION FOR LEAVE TO FILE**
14   M. PETERS, DETECTIVE SHARON             )    **COMBINED 10 PAGE REPLY IN**
     KRAUSE, SERGEANT MICHAEL                )    **SUPPORT OF MOTION FOR**
15   DAVIDSON, CLARK COUNTY                  )    **RELIEF PURSUANT TO FED. R.**
     PROSECUTOR'S OFFICE, CLARK COUNTY       )    **CIV. 56(d), INSTANTER**
16   SHERIFF'S OFFICE, THE COUNTY OF         )
     CLARK and JOHN DOES ONE THROUGH         )
17   TEN,                                    )
                    Defendants.              )
18                                           )

19         This matter having come before the Court on Plaintiffs' unopposed Motion for Leave to

20   File 10 Page Reply in Support of Motion for Relief Pursuant to Fed. R. Civ. 56(d), Instanter

21   ("Plaintiffs' Motion").  The court having considered the pleadings filed in support of and in

22   opposition to the Motion, orders as follows:

23

ORDER GRANTING MOTION
FOR LEAVE TO FILE COMBINED 10 PAGE                      Davis Wright Tremaine LLP
REPLY . . . (No. C11-5425 BHS) - 1                         LAW OFFICES
DWT 19882062v1 0094078-000001                              Suite 2200 · 1201 Third Avenue
                                                          Seattle, Washington 98101-3045
                                                          (206) 622-3150 · Fax: (206) 757-7700

1        Plaintiffs' Motion is hereby GRANTED.

2        DATED this 2nd day of August, 2012.

3

4

5        _____
         BENJAMIN H. SETTLE
6        United States District Judge

7

8    Presented by:

     Davis Wright Tremaine LLP
9    Attorneys for Plaintiffs

10

     By s/   Daniel Davies
11       Daniel Davies, WSBA #41793
         1201 Third Avenue, Suite 2200
12       Seattle, WA 98101-3045
         Phone:  (206) 757-8265
13       Fax:     (206) 757-7265
         Email:   danieldavies@dwt.com

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION
FOR LEAVE TO FILE COMBINED 10 PAGE                    Davis Wright Tremaine LLP
REPLY . . . (No. C11-5425 BHS) - 2                         LAW OFFICES
DWT 19882062v1 0094078-000001                    Suite 2200 · 1201 Third Avenue
                                                   Seattle, Washington  98101-3045
                                                 (206) 622-3150 · Fax: (206) 757-7700