The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>　　　　　　　Defendants. | No. C11-5424 BHS<br><br>**STIPULATION AND PROPOSED AGREED ORDER AMENDING THE CASE SCHEDULE** |

**STIPULATION**

The parties, through their counsel, stipulate as follows and respectfully request the Court enter the Order Amending the Case Schedule for good cause under Fed. R. Civ. P. 16(b)(4).

On December 28, 2011, the Court entered a Minute Order Setting Trial and Pretrial Dates, scheduling the following pretrial and trial dates:

STIPULATION AND ORDER AMENDING THE
CASE SCHEDULE . . . (No. C11-5425 BHS) - 1
DWT 20206964v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  *TWENTY DAY* Jury Trial is set for 4/16/2013 at 9:00 AM in Courtroom E before Judge Benjamin H. Settle.  Joinder of Parties due by 1/27/2012, Amended Pleadings due by 2/7/2012, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 10/9/2012, Rebuttal Expert Disclosure/Reports due by 11/7/2012, Motions due by 11/19/2012, Discovery completed by 12/17/2012, Dispositive motions due by 1/16/2013, Settlement conference to be held by 2/15/2013, 39.1 mediation to be completed by 3/7/2013, Motions in Limine due by 3/11/2013, 39.1 Settlement Report due by 3/18/2013, Pretrial Order due by 3/25/2013, trial briefs/proposed voir dire/jury instructions due by 3/26/2013, Pretrial Conference set for 4/1/2013 at 11:00 AM in Courtroom E before Judge Benjamin H. Settle.

Dkt. 49.

On March 29, 2012, Defendant Shirley Spencer filed a Motion for Summary Judgment. *See* Dkt. 52.  Defendants Michael Davidson, Sharon Krause, Clark County, Clark County Prosecutor's Office, and Clark County Sheriff's Office, also filed Motions for Summary Judgment on May 23, 2012, and Defendant James Peters filed a Motion for Summary Judgment on May 23, 2012.  *See* Dkts. 62, 65, 66 & 68.

In response to the Defendants summary-judgment motions, Plaintiffs filed requests for continuance to conduct discovery pursuant to Fed. R. Civ. P. 56(d).  *See* Dkts. 56, 72, 74, 76 & 78.

The Court has yet to rule on the Parties' respective summary-judgment and continuance motions and the Parties agree that it will be more economically efficient to delay further discovery until the Court has ruled on the motions.  To accommodate this delay, the Parties request that the Court amend its case schedule as follows:

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2): | March 9, 2013 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2): | April 7, 2013 |
| All motions related to discovery must be filed by: | April 19, 2013 |

STIPULATION AND ORDER AMENDING THE
CASE SCHEDULE . . . (No. C11-5425 BHS) - 2
DWT 20206964v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

| | | |
|---|---|---|
| 1 | Discovery completed by: | May 17, 2013 |
| 2 | All dispositive motions Filed by: | June 16, 2013 |
| 3 | Settlement conference per local Rule CR 39.1(c)(2) | |
| 4 | Held no later than: | July 15, 2013 |
| 5 | Mediation per Local Rule CR 39.1 (c) HELD no later than: | August 7, 2013 |
| 6 | Letter of Compliance as to Local Rule CR 39.1 FILED | August 18, 2013 |
| 7 | Motions In Limine FILED: | August 11, 2013 |
| 8 | Agreed Pretrial Order FILED with the Court by | August 25, 2013 |
| 9 | Pretrial Conference: | September 6, 2013 |
| 10 | Trial briefs, proposed voir dire, and jury instructions due: | August 26, 2013 |
| 11 | Twenty Day Jury Trial set for: | September 23, 2013 |

DATED this 22nd day of August, 2012.

Presented by:

| Davis Wright Tremaine LLP | Law Offices of Kathleen T. Zellner, P.C. |
| Attorneys for Plaintiffs | Attorney for Plaintiffs |

By *s/ Daniel Davies*  
    Daniel Davies, WSBA #41793  
    1201 Third Avenue, Suite 2200  
    Seattle, WA 98101-3045  
    Phone:  (206) 757-8265  
    Fax:      (206) 757-7265  
    Email:  danieldavies@dwt.com  

By *s/ Kathleen Zellner*  
    Douglas H. Johnson  
    Kathleen T. Zellner  
    Esplanade IV  
    1901 Butterfield Road, Suite 650  
    Downers Grove, Illinois  60515  
    Email:  dhjohnson43@aol.com  
    Email:  kathleen.zellner@gmail.com  

| Wilson Smith Cochran Dickerson | Office of the Attorney General |
| Attorneys for Defendant Shirley Spencer | Attorney for Defendant Peters |

By *s/ Gary Western*  
    Gary A. Western, WSBA# 12878  
    Gabriella Wagner, WSBA# 42898  

By *s/ Patricia C. Fetterly*  
    Patricia C. Fetterly  
    Assistant Attorney  

STIPULATION AND ORDER AMENDING THE  
CASE SCHEDULE . . . (No. C11-5425 BHS) - 3  
DWT 20206964v1 0094078-000001

Davis Wright Tremaine LLP  
LAW OFFICES  
Suite 2200 · 1201 Third Avenue  
Seattle, Washington  98101-3045  
(206) 622-3150 · Fax: (206) 757-7700

| | | |
|---|---|---|
| 1 | 901 Fifth Avenue, Suite 1700<br>Seattle, WA  98164-2050 | General Torts<br>Division |
| 2 | Telephone: (206) 623-4100<br>Fax: (206) 623-9273 | P.O. Box 40126<br>Olympia, WA  98504-0116 |
| 3 | E-mail: western@wscd.com<br>E-mail: wagner@wscd.com | Email:  patriciafl@atg.wa.gov |
| 4 | Law Lyman Daniel Kamerrer & Bogdanovich | Freimund Jackson & Tardif & Benedict Garratt, PLLC |
| 5 | Attorney for Defendant Krause | Attorney for Defendant Davidson |
| 6 | By *Guy M. Bogdanovich*_____ | By *s/ Jeffrey Freimund*_____ |
| 7 | Guy M. Bogdanovich<br>WSBA #14777 | Jeffrey Freimund<br>WSBA #17384 |
| 8 | PO Box 11880<br>Olympia, WA  98508-1880 | 711 Capitol Way S Ste 602<br>Olympia, WA  98501-1293 |
| 9 | Email:  gbogdanovich@lldkb.com | Email :  jefff@fjtlaw.com |
| 10 | Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office and Clark County | |
| 11 | | |
| 12 | By *s/ Bernard F. Veljacic*_____<br>Bernard F. Veljacic | |
| 13 | Deputy Prosecuting Attorney<br>Clark County Prosecuting Attorney Civil Division | |
| 14 | 604 W. Evergreen Blvd.<br>P.O. Box 5000 | |
| 15 | Vancouver, WA  98666-5000<br>Email:  Bernard.Veljacic.@clark.wa.gov | |

STIPULATION AND ORDER AMENDING THE
CASE SCHEDULE . . . (No. C11-5425 BHS) - 4
DWT 20206964v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

2 **ORDER**

3 The Court hereby ORDERS that the scheduling order dates in this case are resent as

4 follows:

5 Disclosure of expert testimony under FRCP 26(a)(2): March 9, 2013

6 Disclosure of rebuttal expert testimony under FRCP 26(a)(2): April 7, 2013

7 All motions related to discovery must be filed by: April 19, 2013

8 Discovery completed by: May 17, 2013

9 All dispositive motions Filed by: June 16, 2013

10 Settlement conference per local Rule CR 39.1(c)(2)

11 Held no later than: July 15, 2013

12 Mediation per Local Rule CR 39.1 ©) HELD no later than: August 7, 2013

13 Letter of Compliance as to Local Rule CR 39.1 FILED August 18, 2013

14 Motions In Limine FILED: August 11, 2013

15 Agreed Pretrial Order FILED with the Court by August 25, 2013

16 Pretrial Conference: September 6, 2013

17 Trial briefs, proposed voir dire, and jury instructions due: August 26, 2013

18 Twenty Day Jury Trial set for: September 23, 2013

19 DATED this _____ day of August, 2012.

20

21 THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

22

23

STIPULATION AND ORDER AMENDING THE
CASE SCHEDULE . . . (No. C11-5425 BHS) - 5
DWT 20206964v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on August 22, 2012, I electronically filed foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following:

**Daniel J. Judge, Attorneys for Defendant James M. Peters**
danielj@atg.wa.gov, JoanK@atg.wa.gov, LaurelD@atg.wa.gov, TOROlyEF@atg.gov, TracyJ@atg.wa.gov

**Patricia Campbell Fetterly, Attorneys for Defendant James M. Peters**
patriciaf1@atg.wa.gov, cynthiam4@atg.wa.gov, deanm@atg.wa.gov, torolyef@atg.wa.gov

**Bernard F. Veljacic, Attorneys for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, the County of Clark**
Bernard.Veljacic@clark.wa.gov

**Gabriella Wagner, Attorneys for Shirley Spencer,**
Wagner@wscd.com

**William Hudson Dunn, Attorney for Defendant Shirley Spencer,**
dunnwh@pacifier.com

**Gary A. Western, Attorney for Defendant Shirley Spencer**
western@wscd.com

**Guy Bogdanovich, Attorney for Defendant Sharon Krause**
gbogdanovich@lldkb.com

**Jeffrey Freimund, Attorney for Defendant Michael Davidson**
jefff@fjtlaw.com, janicef@fjtlaw.com, kathrines@fjtlaw.com

DATED this 22nd day of August, 2012.

*s/ Linda Nordstedt*
Linda Nordstedt

STIPULATION AND ORDER AMENDING THE
CASE SCHEDULE . . . (No. C11-5425 BHS) - 6
DWT 20206964v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700