# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES M. PETERS, et al.,<br><br>　　　　Defendants. | CASE NO. C11-5424 BHS<br><br>ORDER DENYING STIPULATED MOTION TO AMEND CASE SCHEDULE |

This matter comes before the Court on the parties' stipulated motion to amend the case schedule (Dkt. 89). The Court has considered the stipulated motion and hereby denies the motion for the reasons stated herein.

The Court may modify a scheduling order for good cause. Fed. R. Civ. P. 16(b)(4). In this case, the parties have not shown good cause to modify the deadlines.

Therefore, it is hereby **ORDERED** that the parties' stipulated motion (Dkt. 89) to amend the case schedule is **DENIED without prejudice**.

Dated this 23rd day of August, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER