Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,

Plaintiffs,

v.

FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,

Defendants.

No. C11-5424BHS

PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD, INSTANTER

NOW COME Plaintiffs, Clyde Ray Spencer, et al., by and through their attorneys, Kathleen T. Zellner & Associates, P.C., and for their Motion for Leave to Supplement the Record, Instanter, states as follows:

1. On May 24, 2012, Defendant Peters filed a motion for summary judgment seeking dismissal of all claims pursuant to Federal Rule of Civil Procedure 56. On June 18, 2012, Plaintiffs filed a responsive pleading and motion for relief pursuant to Rule 56(d), seeking an order allowing additional discovery prior to responding to the dispositive motion. (Dkt. 78). The motion was supported by the affidavit of Kathleen T. Zellner. (Dkt. 79).

PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD, INSTANTER (C11-5424BHS) — 1
DWT 20579042v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

2.   Plaintiffs' motion cites to the videotaped interview conducted by Defendant Peters of Kathryn Spencer on December 11, 1984, that was not disclosed to Mr. Spencer until 2009. (Dkt. 78, p. 5). However, the video was inadvertently omitted as an exhibit in counsel's supporting declaration. (Dkt. 79).

WHEREFORE, Plaintiffs respectfully request leave to supplement the record (Dkt. 79) with the video and transcript of the interview, instanter, or any other relief deemed appropriate.

Respectfully submitted,

Davis Wright Tremaine LLP
Attorneys for Plaintiffs


By *s/ Daniel T. Davies*
   Daniel T. Davies, WSBA #41793
   Suite 2200
   1201 Third Avenue
   Seattle, Washington  98101-3045
   Telephone: (206) 757.8286
   Fax: (206) 757.7286
   E-mail: dandavies@dwt.com

*Of Counsel:*

Kathleen T. Zellner
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
(630) 955-1212

PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD, INSTANTER (C11-5424BHS) — 2
DWT 20579042v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on October 29, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the following:

**Daniel J. Judge, Attorneys for Defendant James M. Peters**
danielj@atg.wa.gov, JoanK@atg.wa.gov, LaurelD@atg.wa.gov, TOROlyEF@atg.gov, TracyJ@atg.wa.gov

**Patricia Campbell Fetterly, Attorneys for Defendant James M. Peters**
patriciaf1@atg.wa.gov, cynthiam4@atg.wa.gov, deanm@atg.wa.gov, torolyef@atg.wa.gov

**Bernard F. Veljacic, Attorneys for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, the County of Clark**
Bernard.Veljacic@clark.wa.gov

**Gabriella Wagner, Attorneys for Shirley Spencer,**
Wagner@wscd.com

**William Hudson Dunn, Attorney for Defendant Shirley Spencer,**
dunnwh@pacifier.com

**Gary A. Western, Attorney for Defendant Shirley Spencer**
western@wscd.com

**Guy Bogdanovich, Attorney for Defendant Sharon Krause**
gbogdanovich@lldkb.com

**Jeffrey Freimund, Attorney for Defendant Michael Davidson**
jefff@fjtlaw.com, janicef@fjtlaw.com, kathrines@fjtlaw.com

DATED this 29th day of Octobert, 2012.

                                            *s/Daniel T. Davies*
                                            Daniel T. Davies
                                            Suite 2200
                                            1201 Third Avenue
                                            Seattle, Washington  98101-3045
                                            Telephone: (206) 757.8286
                                            Fax: (206) 757.7286
                                            E-mail: dandavies@dwt.com

PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD, INSTANTER (C11-5424BHS) — 3
DWT 20579042v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax