UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, et al.,

    Plaintiffs,

v.

JAMES M. PETERS et al.,

    Defendants.

CASE NO. C11-5424 BHS

ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD

This matter comes before the Court on Plaintiffs' motion to supplement the record (Dkt. 94). The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby grants the motion. Although the Court did not review the content of the videotape in connection with Plaintiffs' responsive pleading and motion for relief pursuant to Fed. R. Civ. P. 56(d) (Dkt. 78) with which Plaintiffs intended to submit the tape, the Court permits Plaintiffs to supplement the record with the videotape for future reference.

Therefore, it is hereby **ORDERED** that Plaintiffs' motion to supplement the record (Dkt. 94) is **GRANTED**.

Dated this 6th day of November, 2012.

*(signature)*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1