The Honorable Benjamin Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ, | NO.  C11-5424BHS |
| Plaintiffs, | |
| v. | OPPOSITION OF DEFENDANT PETERS TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH THE PROPOSED TRANSCRIPT OF PLAINTIFF'S COUNSEL |
| FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN, | |
| Defendants. | |

COMES NOW defendant Peters by and through his attorneys undersigned and makes the

following opposition to plaintiff's motion for leave to supplement the record (Dkt. No. 94) with

the transcript attached as Exhibit 1 to the Declaration of Douglas H. Johnson dated October 26,

//

//

OPPOSITION OF DEFENDANT PETERS TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH THE PROPOSED TRANSCRIPT OF PLAINTIFF'S COUNSEL

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1    2012 (Dkt. No. 95).   This motion is based upon the files and records herein and upon the

2    Declaration of Patricia C. Fetterly dated November 9, 2012.

3

4                        DATED this 9th day of November, 2012.

5                                         ROBERT M. McKenna
                                          Attorney General
6

7                                         By: s/Patricia C. Fetterly
8                                         PATRICIA C. FETTERLY, WSBA No. 8425
                                          Assistant Attorney General
9                                         DANIEL J. JUDGE, WSBA No. 17392
                                          Senior Counsel
10                                        Attorney General's Office
                                          P.O. Box 40126
11                                        Olympia, WA  98504-0116
                                          Telephone: (360) 586-6300
12                                        Fax: (360) 586-6655
                                          E-mail: PatriciaF1@atg.wa.gov
13                                        Attorneys for Defendant Peters

14

15

16

17

18

19

20

21

22

23

24

25

26

OPPOSITION OF DEFENDANT PETERS
TO PLAINTIFF'S MOTION FOR LEAVE
TO SUPPLEMENT THE RECORD WITH
THE PROPOSED TRANSCRIPT OF
PLAINTIFF'S COUNSEL

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th of November, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiffs attorney:

**Plaintiffs' Attorneys:**

> dandavies@dwt.com
> kathleen.zellner@gmail.com
> dhjohnson43@aol.com

AND TO

**Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's Office:**

> Bernard.veljacic@clark.wa.gov
> western@wscd.com
> gbogdanovich@lldkb.com
> jefff@fjtlaw.com

By: s/Patricia C. Fetterly
PATRICIA C. FETTERLY, WSBA No. 8425
Assistant Attorney General
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
P.O. Box 40126
Olympia, WA  98504-0116
Telephone: (360) 586-6300
Fax: (360) 586-6655
E-mail: PatriciaF1@atg.wa.gov
Attorneys for Defendant Peters

OPPOSITION OF DEFENDANT PETERS
TO PLAINTIFF'S MOTION FOR LEAVE
TO SUPPLEMENT THE RECORD WITH
THE PROPOSED TRANSCRIPT OF
PLAINTIFF'S COUNSEL

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300