**THE HONORABLE RONALD B. LEIGHTON**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HUI SON LYE and DAVID LYE,<br><br>           Plaintiffs,<br>    vs.<br><br>CITY OF LACEY, a municipal corporation; et al.,<br><br>           Defendants. | NO. 11-cv-05983-RBL<br><br>**ORDER GRANTING CITY OF LACEY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

This matter came before the above-entitled Court on the motion of defendants, City of Lacey; Dave Miller; Ken Kollmann; Dave Johansen and Eric Lever, ("Lacey Defendants") for summary judgment dismissing plaintiffs' Complaint.

The Court considered the Defendants' Motion for Summary Judgment, the Declaration of John E. Justice, and the Exhibits thereto, in support of the motion and the plaintiff's response, if any.

Based upon the foregoing, and the Court being fully apprised, it is now hereby ORDERED, ADJUDGED and DECREED, that there is no genuine issue as to any material fact and the Lacey defendants are entitled to judgment as a matter of law. Therefore, the Lacey Defendants' motion for summary judgment is granted as to all claims against all defendants.

ORDER GRANTED DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 1

Cause No. **11-cv-05983-RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1  DATED this ____ day of December, 2012.

2

3  _____
   Judge Ronald B. Leighton
4  United States District Judge

5  Presented by:

6  LAW, LYMAN, DANIEL,
   KAMERRER & BOGDANOVICH, P.S.
7
   *s/ John E. Justice*
8  _____
   John E. Justice, WSBA № 23042
9  Attorney for City of LaceyDefendants
   PO Box 11880
10 Olympia WA 98508-1880
   (360) 754-3480  Fax: (360) 357-3511
11 Email: jjustice@lldkb.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER GRANTED DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2**

**Cause No. 11-cv-05983-RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*