THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HUI SON LYE and DAVID LYE,<br><br>    Plaintiffs,<br>vs.<br><br>CITY OF LACEY, a municipal corporation; CORPORATION OF THE CATHOLIC ARCHDIOCESE OF SEATTLE, a corporation; FERRELL GILSON, and JOHN DOE GILSON, husband and wife,<br><br>    Defendants. | NO. 11-cv-05983-RBL<br><br>CERTIFICATE OF ECF FILING & SERVICE |

I certify under penalty of perjury under the laws of the United States of America and the State of Washington that on the date specified below, I electronically filed Defendants' Motion and Memorandum for Summary Judgment; Declaration of John E. Justice, with Exhibits 1-9 Thereto; and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification to counsel as follows:

Attorney for Plaintiffs:

Jon Cushman
Law Offices
924 Capitol Way South
Olympia, WA 98501
joncushman@cushmanlaw.com

---

CERTIFICATE OF ECF FILING & SERVICE - 1

Cause No. **11-cv-05983-RBL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1  Attorneys for Defendants Corporation of the
2  Catholic Archdiocese of Seattle and Ferrell Gilson:

3  D. Michael Reilly
   Lane Powell
4  1420 Fifth Avenue, Suite 4100
   Seattle, WA 98101-2338
5  reillym@lanepowell.com

6
7      I declare under penalty of perjury under the laws of the State of Washington and
   the United States of America that the foregoing is true and correct.
8
       DATED this 15th day of November, 2012.
9
                                   LAW, LYMAN, DANIEL,
10                                 KAMERRER & BOGDANOVICH, P.S.

11                                 s/ John E. Justice

12                                 _____
                                   John E. Justice, WSBA № 23042
13                                 Attorney for Defendant City of Lacey
                                   PO Box 11880
14                                 Olympia WA 98508-1880
                                   (360) 754-3480   Fax: (360) 357-3511
15                                 Email: jjustice@lldkb.com

16
17
18
19
20
21
22
23
24
25
26

CERTIFICATE OF ECF FILING & SERVICE - 2

Cause No. **11-cv-05983-RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511