**THE HONORABLE BENJAMIN SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | **NO.  C11 5424 BHS**<br><br>ERRATA TO DEFENDANTS' MOTION FOR FED.R.CIV.P 35 EXAMINATION<br><br>NOTE ON MOTION CALENDAR:<br>Friday, November 30, 2012 |

Due to a clerical error, Defendants' Motion for Fed.R.Civ.P. 35 Examination (Dkt. 102) erroneously consisted of a Motion for Summary Judgment and Memorandum in Support, a Proposed Order Granting the Motion, and a Certificate of ECF Filing & Service from an unrelated case.  Defendants respectfully respect that the Clerk strike Dkt. 102, 102-1 and 102-2 and substitute the Defendants' Motion for Fed.R.Civ.P. 35 Examination, Proposed Order Granting Defendants' Motion for Fed.R.Civ.P. 35 Examination, and Certificate of ECF Filing & Service filed herewith.

---

ERRATA TO DEFENDANTS' MOTION FOR FED.R.CIV.P.
35 EXAMINATION - 1

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1   DATED this 15th day of November, 2012.

2

3                         */s/ Guy Bogdanovich*
                    _____
4                   Guy Bogdanovich, WSBA № 14777
                    Attorney for Defendant Sharon Krause
5                   P.O. Box 11880
                    Olympia, WA 98508-1880
6                   Telephone:  (360) 754-3480
                    Fax:  (360) 357-3511
7                   email:  gbogdanovich@lldkb.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ERRATA TO DEFENDANTS' MOTION FOR FED.R.CIV.P. 35 EXAMINATION - 2

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*