**THE HONORABLE BENJAMIN SETTLE**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER , MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO.  C11 5424 BHS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR FED.R.CIV.P. 35  EXAMINATION**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, November 30, 2012** |

THIS MATTER, having come before the Court on Defendants' Motion for Fed.R.Civ.P. 35 Examination, and the Court having reviewed all pleadings filed herein, including the Declaration of Guy Bogdanovich in Support of Motion for Fed.R.Civ.P. 35 Examination, with Exhibits A-D thereto, plaintiff's responsive pleadings, and all pleadings filed by defendants in reply, it is hereby:

ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Fed.R.Civ.P. 35 Examination is hereby GRANTED.  And, it is further

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR FED.R.CIV.P. 35 EXAMINATION - 1**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

ORDERED, ADJUDGED AND DECREED that:

1. Defendants, collectively, are entitled to conduct one Fed.R.Civ.P. 35 examination of plaintiff Clyde Ray Spencer by Ronald M. Klein, Ph.D.

2. Plaintiff's examination shall occur on December 7, 2012 or December 11, 2012, at [the office of Dr. Klein, 10 North Post Street, Suite 216, Spokane, Wa 99201 - or - at a mutually agreed upon location in Seattle].  The examination shall begin at 9:00 a.m. and shall end by 5:00 p.m., and shall include an interview and administration of an MMPI, and additional tests if deemed necessary by Dr. Klein as the examination progresses.

3. Plaintiff may have a representative of his choosing present during his entire examination (other than a co-plaintiff), who may observe silently, but not interfere with or obstruct the examination.

4. Plaintiff's representative may take notes and/or make a recording of the examination, which shall be made at plaintiff's expense and in an unobtrusive manner.  The recording may be made via audio or videotape.  If videotaped the recording must be done by a professional videographer.  Should notes be taken and/or a recording be made, defendants may obtain a complete and unedited copy thereof at their own expense.

5. Pursuant to Fed.R.Civ.P. 35, defendants shall deliver to plaintiff's counsel a copy of a detailed written report of the examination upon request.

DATED this ____ day of November, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

**Presented by:**

*/s/ Guy Bogdanovich*
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendant Sharon Krause
P.O. Box 11880
Olympia, WA 98508-1880
Telephone:  (360) 754-3480
Fax:  (360) 357-3511
email:  gbogdanovich@lldkb.com

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR FED.R.CIV.P. 35 EXAMINATION - 2
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511