Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>  Defendants. | No. C11-5424BHS<br><br>DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1) AND TO BAR TESTIMONY<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, December 7, 2012** |

Pursuant to 28 U.S.C. § 1746, Kathleen Zellner declares as follows:

1. I am competent to testify in all respects, and make this declaration from personal knowledge. I am the attorney of record for Plaintiff Clyde Ray Spencer in the above entitled action.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Notices of Deposition for Sharon Krause, Michael Davidson and James Peters.

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO
STRIKE DISCLOSURE AND BAR TESTIMONY
(C11-5424BHS) — 1
DWT 20687544v1 0094078-000001

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

3.  In the past 14 days, seven lengthy depositions have been completed. Three of those depositions were of the Defendants, and my office arranged for those to proceed by teleconference. The next three depositions were of Plaintiff and his children. An attorney from my office and I traveled to Seattle, Washington for those depositions. On the day of the final deposition in Seattle, November 14, 2012, defense counsel announced that the deposition of DeAnne Spencer would proceed on November 16, 2012. Upon information and belief, Notice of this deposition had not been received by my office. Further, no reference to DeAnne Spencer's deposition was made at any time prior to defense counsel's announcement. Nonetheless, to adhere to the schedule, we appeared by telephone and the deposition proceeded and concluded.

4.  My office served notice on June 18, 2012 for the depositions of Defendants Krause, Davidson and Peters. Those notices requested deposition dates of September 10, 2012, September 11, 2012 and September 12, 2012, respectively. Due to a number of factors, including the number of attorneys involved and even deponents' vacations, the depositions did not proceed until November 5, 2012.

5.  My office has been investing intense time and resources to this case. Plaintiff submitted multiple expert reports and is prepared to present those experts at times requested by Defense counsel.

6.  We reviewed the information obtained from the depositions, the last of which concluded on November 16, and continued to form a litigation strategy. Then, on November 19, 2012, the first business day after DeAnne's Spencer's deposition, we filed the Supplemental Disclosure identifying only 12 witnesses.

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO
STRIKE DISCLOSURE AND BAR TESTIMONY
(C11-5424BHS) — 2
DWT 20687544v1 0094078-000001

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

1  I declare under penalty of perjury under the laws of the State of Washington and the

2  United States of America that the foregoing is true and correct.

3  DATED this 20th day of November, 2012 at Downer's Grove, Illinois.

4  Respectfully submitted,

7  /s/ *Kathleen T. Zellner*
Kathleen T. Zellner & Associates, P.C.
8  Admitted *pro hac vice*
1901 Butterfield Road
9  Suite 650
10 Downers Grove, Illinois  60515
Phone:  (630) 955-1212
11 Fax:  (630) 955-1111
kathleen.zellner@gmial.com
12 Attorney for Plaintiffs

27 DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO
STRIKE DISCLOSURE AND BAR TESTIMONY
(C11-5424BHS) — 3
DWT 20687544v1 0094078-000001

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

I hereby certify that on November 20, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Daniel J. Judge<br>Robert M. McKenna<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA  98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | Bernard F. Veljacic<br>Deputy Prosecuting Attorney<br>Clark County Prosecuting Attorney Civil Division<br>604 W. Evergreen Blvd.<br>P.O. Box 5000<br>Vancouver, WA  98666-5000<br>Email:  Bernard.Veljacic@clark.wa.gov<br>Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, and Clark County |
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

   /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STRIKE DISCLOSURE AND BAR TESTIMONY (C11-5424BHS) — 4
DWT 20687544v1 0094078-000001

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

# EXHIBIT A

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY )
SPENCER, and KATHRYN E. TETZ, )
                                                 ) No. 11-cv-05424-BHS
        Plaintiffs, )
                                                 ) NOTICE OF DEPOSITION
v.                                     ) OF Sharon Krause
                                                 )
FORMER DEPUTY PROSECUTING )
ATTORNEY FOR CLARK COUNTY JAMES )
M. PETERS, DETECTIVE SHARON KRAUSE,)
SERGEANT MICHAEL DAVIDSON, CLARK )
COUNTY PROSECUTOR'S OFFICE, CLARK )
COUNTY SHERIFF'S OFFICE, THE COUNTY)
OF CLARK, SHIRLEY SPENCER and JOHN )
DOES ONE THROUGH TEN, )
                                                 )
        Defendants. )

TO: DEFENDANTS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to FRCP 26 and 30, the deposition of Sharon Krause will be taken on oral examination before a notary public, or other official authorized by law to administer oaths, at the offices of Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101, commencing at 10:00 a.m. on

NOTICE OF DEPOSITION OF
_____ - 1
(Case No. 11-5424 BHS)
DWT 19734272v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 6
(Case No. C11-5424BHS)

1  Monday, September 10th, 2012. The deposition will be videotaped and by stenographic
2  means. The deposition will be subject to continuance from time to time until completed.
3  You are invited to attend and cross-examine.
4  DATED this 18th day of June, 2012.

Respectfully submitted,

Davis Wright Tremaine LLP
Attorneys for Plaintiffs

By *s/ Daniel T. Davies*
Daniel T. Davies, WSBA #41793
Suite 2200
1201 Third Avenue
Seattle, Washington 98101-3045
Telephone: (206) 757.8286
Fax: (206) 757.7286
E-mail: dandavies@dwt.com

*Of Counsel:*

Kathleen T. Zellner
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
(630) 955-1212

NOTICE OF DEPOSITION OF
_____ -2
(Case No. 11-5424 BHS)
DWT 19734272v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 7
(Case No. C11-5424BHS)

## DECLARATION OF SERVICE

I, Sheila Rowden, declare under penalty of perjury, as follows:

1. I am now and at all times herein mentioned, a citizen of the United States, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein. My business address is c/o Davis Wright Tremaine, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101-3045.

2. I hereby certify that on the June 18, 2012, I caused a copy of the foregoing NOTICE OF THIRD-PARTY DEPOSITION to be delivered, via E-Mail and First Class mail, postage prepaid, to the following:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA 98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | Daniel J. Judge<br>Attorney General's Office<br>7141 Cleanwater Drive SW<br>PO Box 40126<br>Olympia, WA 98504-0126<br>Email: danielj@atg.wa.gov<br>Attorneys for Defendant James M. Peters |
| Robert M. McKenna<br>Attorney General of Washington<br>Government Operations Division<br>7141 Cleanwater Drive SW<br>PO Box 40108<br>Olympia, WA 98504-0108<br>E-mail: Not Available<br>Attorneys for Defendant James M. Peters | Bernard F. Veljacic<br>Deputy Prosecuting Attorney<br>Clark County Prosecuting Attorney Civil Division<br>604 W. Evergreen Blvd.<br>P.O. Box 5000<br>Vancouver, WA 98666-5000<br>Email: Bernard.Veljacic@clark.wa.gov<br>Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, and Clark County |

NOTICE OF DEPOSITION OF
SHARON KRAUSE
(Case No. 11-5424 BHS)
DWT 19798266v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 8
(Case No. C11-5424BHS)

| | |
|---|---|
| 1<br>2<br>3<br>4 | Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause |
| | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

1 Guy Bogdanoich — Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S., P.O. Box 11880, Olympia, WA 98508-1880, Email: gbogdanovich@lldkb.com, Attorney for Defendant Sharon Krause

Jeffrey A. O. Freimund — Freimund Jackson Tardif & Benedict Garratt, PLLC, 711 Capitol Way South, Suite 602, Olympia, WA 98502, Email: jeffF@fjtlaw.com, Attorneys for Defendant Michael Davidson

William H. Dunn — Dunn Law Office, PO Box 1016, Vancouver, WA 98666, Email: dunnwh@pacifier.com, Attorneys for Defendant Shirley Spencer

Gary A. Western, Gabriella Wagner — Wilson Smith Cochran Dickerson, 901 Fifth Avenue, Suite 1700, Seattle, WA 98164-2050, Email: western@wscd.com; wagner@wscd.com, Attorneys for Defendant Shirley Spencer

I declared under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Dated at Seattle, Washington this 18th day of June, 2012.

*/s/ Sheila Rowden*
Sheila Rowden

NOTICE OF DEPOSITION OF
SHARON KRAUSE
(Case No. 11-5424 BHS)
DWT 19798266v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 9
(Case No. C11-5424BHS)

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY ) 
SPENCER, and KATHRYN E. TETZ, )
) No. 11-cv-05424-BHS
Plaintiffs, )
) NOTICE OF DEPOSITION
v. ) OF Michael Davidson
)
FORMER DEPUTY PROSECUTING )
ATTORNEY FOR CLARK COUNTY JAMES )
M. PETERS, DETECTIVE SHARON KRAUSE,)
SERGEANT MICHAEL DAVIDSON, CLARK )
COUNTY PROSECUTOR'S OFFICE, CLARK )
COUNTY SHERIFF'S OFFICE, THE COUNTY)
OF CLARK, SHIRLEY SPENCER and JOHN )
DOES ONE THROUGH TEN, )
)
Defendants. )

TO: DEFENDANTS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to FRCP 26 and 30, the deposition of Michael Davidson will be taken on oral examination before a notary public, or other official authorized by law to administer oaths, at the offices of Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101, commencing at 10:00 a.m. on Tuesday, September 11th, 2012. The deposition will be videotaped and by

NOTICE OF DEPOSITION OF
- 1

(Case No. 11-5424 BHS)
DWT 19734272v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax (206) 757-7700

1  stenographic means. The deposition will be subject to continuance from time to time until
2  completed.
3      You are invited to attend and cross-examine.
4      DATED this 18th day of June, 2012.

Respectfully submitted,

Davis Wright Tremaine LLP
Attorneys for Plaintiffs

By *s/ Daniel T. Davies*
   Daniel T. Davies, WSBA #41793
   Suite 2200
   1201 Third Avenue
   Seattle, Washington 98101-3045
   Telephone: (206) 757.8286
   Fax: (206) 757.7286
   E-mail: dandavies@dwt.com

*Of Counsel:*

Kathleen T. Zellner
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
(630) 955-1212

NOTICE OF DEPOSITION OF -2
(Case No. 11-5424 BHS)
DWT 19734272v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 11
(Case No. C11-5424BHS)

## DECLARATION OF SERVICE

I, Sheila Rowden, declare under penalty of perjury, as follows:

1. I am now and at all times herein mentioned, a citizen of the United States, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein. My business address is c/o Davis Wright Tremaine, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101-3045.

2. I hereby certify that on the June 18, 2012, I caused a copy of the foregoing NOTICE OF THIRD-PARTY DEPOSITION to be delivered, via E-Mail and First Class mail, postage prepaid, to the following:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA 98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | Daniel J. Judge<br>Attorney General's Office<br>7141 Cleanwater Drive SW<br>PO Box 40126<br>Olympia, WA 98504-0126<br>Email: danielj@atg.wa.gov<br>Attorneys for Defendant James M. Peters |
| Robert M. McKenna<br>Attorney General of Washington<br>Government Operations Division<br>7141 Cleanwater Drive SW<br>PO Box 40108<br>Olympia, WA 98504-0108<br>E-mail: Not Available<br>Attorneys for Defendant James M. Peters | Bernard F. Veljacic<br>Deputy Prosecuting Attorney<br>Clark County Prosecuting Attorney Civil Division<br>604 W. Evergreen Blvd.<br>P.O. Box 5000<br>Vancouver, WA 98666-5000<br>Email: Bernard.Veljacic@clark.wa.gov<br>Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, and Clark County |

NOTICE OF DEPOSITION OF
MICHAEL DAVIDSON
(Case No. 11-5424 BHS)
DWT 19798266v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 12
(Case No. C11-5424BHS)

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |
| William H. Dunn<br>Dunn Law Office<br>PO Box 1016<br>Vancouver, WA 98666<br>Email: dunnwh@pacifier.com<br>Attorneys for Defendant Shirley Spencer | Gary A. Western<br>Gabriella Wagner<br>Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050<br>Email: western@wscd.com;<br>wagner@wscd.com<br>Attorneys for Defendant Shirley Spencer |

I declared under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Dated at Seattle, Washington this 18th day of June, 2012.

_____
Sheila Rowden

NOTICE OF DEPOSITION OF
MICHAEL DAVIDSON
(Case No. 11-5424 BHS)
DWT 19798266v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 13
(Case No. C11-5424BHS)

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ, <br><br> Plaintiffs, <br><br> v. <br><br> FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE THROUGH TEN, <br><br> Defendants. | No. 11-cv-05424-BHS <br><br> NOTICE OF DEPOSITION OF James Peters |

TO: DEFENDANTS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to FRCP 26 and 30, the deposition of James Peters will be taken on oral examination before a notary public, or other official authorized by law to administer oaths, at the offices of Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101, commencing at 10:00 a.m. on

NOTICE OF DEPOSITION OF
_____ - 1
(Case No. 11-5424 BHS)
DWT 19734272v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 14
(Case No. C11-5424BHS)

1  Wednesday, September 12th, 2012. The deposition will be videotaped and by stenographic

2  means. The deposition will be subject to continuance from time to time until completed.

3  You are invited to attend and cross-examine.

4  DATED this 18th day of June, 2012.

Respectfully submitted,

Davis Wright Tremaine LLP
Attorneys for Plaintiffs


By  *s/ Daniel T. Davies*
    Daniel T. Davies, WSBA #41793
    Suite 2200
    1201 Third Avenue
    Seattle, Washington 98101-3045
    Telephone: (206) 757.8286
    Fax: (206) 757.7286
    E-mail: dandavies@dwt.com

*Of Counsel:*

Kathleen T. Zellner
Law Offices of Kathleen T. Zellner, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
(630) 955-1212

NOTICE OF DEPOSITION OF
— 2

(Case No. 11-5424 BHS)
DWT 19734272v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 15
(Case No. C11-5424BHS)

## DECLARATION OF SERVICE

I, Sheila Rowden, declare under penalty of perjury, as follows:

1. I am now and at all times herein mentioned, a citizen of the United States, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein. My business address is c/o Davis Wright Tremaine, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101-3045.

2. I hereby certify that on the June 18, 2012, I caused a copy of the foregoing NOTICE OF THIRD-PARTY DEPOSITION to be delivered, via E-Mail and First Class mail, postage prepaid, to the following:

Patricia Campbell Fetterly
Assistant Attorney General
Torts Division
PO Box 40126
Olympia, WA  98504-0116
Email: patriciaf1@atg.wa.gov
Attorneys for Defendant James M. Peters

Daniel J. Judge
Attorney General's Office
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
Email: danielj@atg.wa.gov
Attorneys for Defendant James M. Peters

Robert M. McKenna
Attorney General of Washington
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA  98504-0108
E-mail:  Not Available
Attorneys for Defendant James M. Peters

Bernard F. Veljacic
Deputy Prosecuting Attorney
Clark County Prosecuting Attorney Civil Division
604 W. Evergreen Blvd.
P.O. Box 5000
Vancouver, WA  98666-5000
Email: Bernard.Veljacic@clark.wa.gov
Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, and Clark County

NOTICE OF DEPOSITION OF
JAMES PETERS
(Case No. 11-5424 BHS)
DWT 19798266v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Decl. of Kathleen T. Zellner - Page 16
(Case No. C11-5424BHS)

| | | |
|---|---|---|
| 1 | Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |
| 5 | William H. Dunn<br>Dunn Law Office<br>PO Box 1016<br>Vancouver, WA 98666<br>Email: dunnwh@pacifier.com<br>Attorneys for Defendant Shirley Spencer | Gary A. Western<br>Gabriella Wagner<br>Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050<br>Email: western@wscd.com;<br>wagner@wscd.com<br>Attorneys for Defendant Shirley Spencer |

I declared under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Dated at Seattle, Washington this 18th day of June, 2012.

_/s/ Sheila Rowden_
Sheila Rowden

NOTICE OF DEPOSITION OF
JAMES PETERS
(Case No. 11-5424 BHS)
DWT 19798266v1 0094078-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-2700

Decl. of Kathleen T. Zellner - Page 17
(Case No. C11-5424BHS)