Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>　　　　Defendants. | No. C11-5424BHS<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR FED.R.CIV.P.35 EXAMINATION<br><br>NOTICE DATE:<br>Friday, November 30, 2012 |

THIS MATTER having come before the Court on Defendant's Motion for Fed.R.Civ.P.35 Examination, and the court having reviewed all pleadings filed herein, including the Plaintiff's responsive pleadings and all pleadings filed by Defendants in reply, it is hereby ordered:

ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Fed.R.Civ.P.35 Examination is hereby DENIED.

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION
FOR FED.R.CIV.P. 35 EXAMINATION (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

DATED this ___ day of December, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiff

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION
FOR FED.R.CIV.P. 35 EXAMINATION (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

DECLARATION OF SERVICE

I hereby certify that on November 26, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record, and that a copy was mailed via U.S. mail to the attorneys of record from 1901 Butterfield Road, Downers Grove, Illinois, as follows:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Daniel J. Judge<br>Robert M. McKenna<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA 98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | Bernard F. Veljacic<br>Deputy Prosecuting Attorney<br>Clark County Prosecuting Attorney Civil Division<br>604 W. Evergreen Blvd.<br>P.O. Box 5000<br>Vancouver, WA 98666-5000<br>Email: Bernard.Veljacic@clark.wa.gov<br>Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, and Clark County |
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION
FOR FED.R.CIV.P. 35 EXAMINATION (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax