Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY )
SPENCER, and KATHRYN E. TETZ,    ) No. C11-5424BHS
                                 )
         Plaintiffs,             ) DECLARATION OF
                                 ) KATHLEEN T. ZELLNER IN
    v.                           ) SUPPORT OF PLAINTIFF'S
                                 ) RESPONSE TO DEFENDANTS'
FORMER DEPUTY PROSECUTING        ) MOTION FOR FED.R.CIV.P.35
ATTORNEY FOR CLARK COUNTY JAMES  ) EXAMINATION
M. PETERS, DETECTIVE SHARON KRAUSE,)
SERGEANT MICHAEL DAVIDSON, CLARK ) NOTICE DATE:
COUNTY PROSECUTOR'S OFFICE, CLARK ) Friday, November 30, 2012
COUNTY SHERIFF'S OFFICE, THE COUNTY)
OF CLARK and JOHN DOES ONE THROUGH)
TEN,                             )
                                 )
         Defendants.             )

Pursuant to 28 U.S.C. § 1746, Kathleen T. Zellner declares under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and accurate:

1. I am the attorney of record for Plaintiff Clyde Ray Spencer in the above entitled action. I am competent to testify in all respects, and make this declaration from personal knowledge.

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
FOR EXAMINATION PURSUANT TO FED.R.CIV.P.35 (C11-
5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

2. Attached hereto as **Exhibit A** is a true and correct copy of the first page of a psychological report authored by Carla van Dam, Ph.D., regarding a psychological examination she conducted of Plaintiff Ray Spencer in April and May of 1998. The report lists several tests that were administered through the course of the evaluation, including the MMPI. A copy of the full report has been provided to defense counsel through the course of discovery.

3. Attached hereto as **Exhibit B** is a true and correct copy of the first and third pages of a psychological report authored by Iris E.V. Rucker, Ph.D. regarding a psychological examination she conducted of Plaintiff Ray Spencer in June and July of 2001. The report lists several tests that were administered through the course of the evaluation, including the MMPI-2. A copy of the full report has been provided to defense counsel through the course of discovery.

SIGNED this 26th day of November, 2012 in Downers Grove, Illinois.

Respectfully submitted,

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
FOR EXAMINATION PURSUANT TO FED.R.CIV.P.35 (C11-
5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

DECLARATION OF SERVICE

I hereby certify that on November 26, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record, and that a copy was mailed via U.S. mail to the attorneys of record from 1901 Butterfield Road, Downers Grove, Illinois, as follows:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Daniel J. Judge<br>Robert M. McKenna<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA 98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | Bernard F. Veljacic<br>Deputy Prosecuting Attorney<br>Clark County Prosecuting Attorney Civil Division<br>604 W. Evergreen Blvd.<br>P.O. Box 5000<br>Vancouver, WA 98666-5000<br>Email: Bernard.Veljacic@clark.wa.gov<br>Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, and Clark County |
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXAMINATION PURSUANT TO FED.R.CIV.P.35 (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

# Exhibit A

WASHINGTON CORRECTIONS CENTER
SHELTON, WASHINGTON

PSYCHOLOGICAL REPORT

## IDENTIFYING DATA

NAME: Spencer, Ray
NUMBER: 910743
DATE OF BIRTH (AGE):
EVALUATION DATES(S): April 21, 22, 23, and May 7, 1998
DATE OF REPORT: May 11, 1998
PSYCHOLOGIST: Carla van Dam, Ph.D., Psychologist 3

## SOURCES OF INFORMATION:

| | |
|---|---|
| Clinical Interview | 4/21/98 and 5/07/98 |
| Review of Records | 4/21/98 |
| Wechsler Adult Intelligence Scale III (WAIS III) | 4/21/98 |
| Wide Range Achievement Test 3 (WRAT 3) | 4/21/98 |
| Wonderlic Personnel Test | 5/07/98 |
| Woodcock Reading Mastery Tests - Revised (WRMT-R) | 4/21/98 |
| Raven's Standard Progressive Matrices | 4/23/98 |
| Attention Tasks | 4/23/98 |
| Rey Auditory-Verbal Learning Test (AVLT) | 4/22/98 |
| Wisconsin Card Sorting Test (WCST) | 4/21/98 |
| Lateral Dominance Examination | 4/23/98 |
| Halstead-Reitan Neuropsychological Test Battery - Adult Form (Dodrill Modification) | 4/23/98 |
| Benton's: | |
|   Judgment of Line Orientation | 4/23/98 |
|   Visual Form Discrimination | 4/23/98 |
|   Facial Recognition Test | 4/23/98 |
| Ruff Figural Fluency Test | 4/22/98 |
| Grooved Pegboard | 4/22/98 |
| Embedded Figures Test | 4/22/98 |
| Grip Strength | 4/23/98 |
| Story Learning Test | 4/24/98 |
| Hare Psychopathy Checklist - Revised (PCL-R) | 4/24/98 |
| Level of Service Inventory - Revised (LSI-R) | 4/24/98 |
| Millon Clinical Multiaxial Inventory (MCMI) | 4/22/98 |
| Minnesota Multiphasic Personality Inventory (MMPI) | 4/23/98 |
| Multiphasic Sex Inventory (MSI) | 4/24/98 |
| Personality Assessment Inventory (PAI) | 4/22/98 |
| Rorschach | 4/21/98 |

# Exhibit B

NONDISCLOSABLE (see note below)

## WASHINGTON CORRECTIONS CENTER
## SHELTON, WASHINGTON

### PSYCHOLOGICAL EVALUATION: ISRB Review

**IDENTIFYING DATA:**

| | |
|---|---|
| NAME: | SPENCER, Clyde Ray |
| NUMBER: | 910743 |
| DATE OF BIRTH (AGE): | |
| EVALUATION DATE(S): | 06/22, 07/20, 07/23, 07/24, & 07/25 |
| DATE OF REPORT: | August 5, 2001 |
| PSYCHOLOGIST: | Iris E.V. Rucker, Ph.D., Psychologist 5 |

**REASON FOR REFERRAL:**

On June 7, 2001 the Indeterminate Sentence Review Board (ISRB), requested a current psychological evaluation on Mr. Clyde Ray Spencer to use as a part of their 0.100 Hearing process, once again, to review the parolability and safety to be at large for this man. Mr. Spencer has been an Out of State (OOS) boarder in Idaho but was returned to the Washington Corrections Center (WCC) on June 21, 2001. Subsequently, this psychological evaluation was completed to better understand the current status of Mr. Spencer's functioning, the nature of any psychological problems, the practical implications of such problems, and the most appropriate treatment recommendations for those discernable difficulties.

This is a psychological report providing risk assessment information for DOC classification staff, community corrections officers, DOC Risk Management Specialists, the Indeterminate Sentence Review Board (ISRB), End of Sentence Review Committee (EOSR), and care providers within DOC who have a need to know. Disclosure and dissemination of this report shall be in accordance with RCW 70.02 and DOC Policy 640.020. It shall not be released to individuals outside DOC without the inmate's consent or unless otherwise authorized by law. The inmate was advised of the purpose of the evaluation and departmental policy regarding information practices. A written explanation of the limits of confidentiality was presented and explained to the inmate and a copy, signed by him, was placed in his health care records.

**NONDISCLOSABLE:**
In the opinion of the evaluator, release of this report would be injurious to the health of the inmate or cause danger to the life or safety of an individual. As a result, access to this report is denied or limited.

This health care information is expected to be used by classification and other staff who have a legitimate need to know it to effectively manage the inmate within the Department of Corrections. This report is replicated in the inmate's health record.

Spencer004227

Decl. of Kathleen Zellner - Page 7
(Case No. 11-cv-05424 - BHS)

Psychological Report Summary: ISRB Review
**SPENCER, Clyde #910734**
August 5, 2001
Page 3 of 31

Hospital Records from Oregon Health Sciences Hospital covering Mr. Spencer's hospitalization for depression, including any psychological evaluations, psychiatric evaluations, and detailed information regarding medication regimes.
Jail Observation Reports during the two different times when Mr. Spencer was incarcerated prior to trial/sentencing.
Declaration from John Pearce
Declaration of Clyde Ray Spencer
Medical Chart from Clark County Jail
Letter from Dr. Dixon
Mr. Spencer's wife's statement regarding his daughter's request for sexual activity (~1984)

Psychological Tests Used:

| Test | Date |
|---|---|
| Wonderlic Personnel Test | 07/23/01 |
| Woodcock Reading Mastery Tests - Revised (WRMT-R), administered by Carla van Dam, Ph.D. | 04/21/98 |
| Wide Range Achievement Test 3 (WRAT 3), administered by Carla van Dam, Ph.D. | 04/21/98 |
| Wechsler Adult Intelligence Scale – 3rd Edition (WAIS-III), administered by Carla van Dam, Ph.D. | 04/21/98 |
| Raven's Standard Progressive Matrices | 06/29/01 |
| Minnesota Multiphasic Personality Inventory – 2 (MMPI-2) | 06/29/01 |
| Millon Clinical Multiaxial Inventory (MCMI) | 06/29/01 |
| Personality Assessment Inventory (PAI) | 06/29/01 |
| Interpersonal Behavior Survey (IBS) | 06/29/01 |
| Multiphasic Sex Inventory (MSI) | 07/24/01 |
| Psychosexual Life History | 07/23/01 |
| Rorschach | 07/24/01 |
| Level of Service Inventory – Revised (LSI-R) by Rich Bowman, Classification Counselor 3 | 08/06/01 |
| Hare Psychopathy Check List – Revised (PCL-R) | 08/05/01 |
| Violence Risk Appraisal Guide (VRAG) | 08/05/01 |
| Hart's Historical, Clinical, Risk Management – 20, Version 2 (HCR-20) | 08/05/01 |
| Minnesota Sex Offender Screening Tool - Revised (MnSOST-R) | 08/05/01 |
| Rapid Risk Assessment for Sexual Offense Recidivism (RRASOR) | 08/05/01 |
| Sex Offender Risk Appraisal Guide (SORAG) | 08/05/01 |
| Hart's Sexual Violence Risk – 20 (SVR-20) | 08/05/01 |
| Static-99 | 08/05/01 |

Spencer004229