1
2
3
4
5
6
7
8
9

**THE HONORABLE BENJAMIN SETTLE**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

10  CLYDE RAY SPENCER , MATTHEW RAY
    SPENCER, and KATHRYN E. TETZ,
11
                                          **NO.   C11 5424 BHS**
12              Plaintiffs,
                                          **CERTIFICATE OF ECF FILING &**
13  v.                                    **SERVICE**

14  FORMER DEPUTY PROSECUTING
    ATTORNEY FOR CLARK COUNTY
15  JAMES M. PETERS, DETECTIVE
    SHARON KRAUSE, SERGEANT
16  MICHAEL DAVIDSON, CLARK COUNTY
    PROSECUTOR'S OFFICE, CLARK
17  COUNTY SHERIFF'S OFFICE, THE
    COUNTY OF CLARK and JOHN DOES
18  ONE THROUGH TEN,
19
                Defendants.
20

21          I hereby certify under penalty of perjury under the laws of the United States of

22  America that on this 29th day of November, 2012, I caused to be electronically filed

23  Defendants' Reply to Response to Motion for Fed.R.Civ.P. 35 Examination; Declaration of

24  Ronald M. Klein, Ph.D. in Reply to Response to Motion for Fed.R.Civ.P. 35 Examination;

25  and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF

26  system, who will send notification of such filing to the following parties:

CERTIFICATE OF ECF FILING & SERVICE - 1

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

**Plaintiff Clyde Spencer and Matthew Spencer Attorneys**

dhjohnson43@aol.com
kathleen.zellner@gmail.com
dandavies@dwt.com

**Defendant James M. Peters**

danielj@atg.wa.gov
patriciafl@atg.wa.gov

**Defendant Michael Davidson**

jefff@fjtlaw.com

DATED this 29th day of November, 2012 at Tumwater, Washington.

*/s/ Guy Bogdanovich*

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511