The Honorable Benjamin Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br>　　　　Plaintiffs,<br>v.<br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br>　　　　Defendants. | NO. C11-5424BHS<br><br>ORDER DENYING MOTION OF PLAINTIFF TO STRIKE REPORTS OF REBECCA ROE AND PATTY TOTH (PROPOSED)<br><br>NOTED FOR: DECEMBER 7, 2012 |

This matter having come on duly and regularly for hearing this 7th day of December 2012 upon the motion of plaintiff to strike the reports of Rebecca Roe and Patty Toth. The court having reviewed the files and records herein and being fully advised in the premises, it is now therefore Ordered Adjudged and Decreed as follows: (1) The motion to strike the report of Patty Toth is granted because defendants have withdrawn her as an expert; (2) The motion to strike the report of Rebecca Roe is denied.

DONE in open court this ___day of December 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE

ORDER DENYING MOTION OF PLAINTIFF TO STRIKE REPORTS OF REBECCA ROE AND PATTY TOTH (PROPOSED)
NO. C11-5424BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1
2  Presented by:
3  ROBERT M. McKenna
   Attorney General
4
5
6  By: s/Patricia C. Fetterly
   PATRICIA C. FETTERLY, WSBA No. 8425
   Assistant Attorney General
7  DANIEL J. JUDGE, WSBA No. 17392
   Senior Counsel
8  Attorney General's Office
   P.O. Box 40126
9  Olympia, WA  98504-0116
   Telephone: (360) 586-6300
10 Fax: (360) 586-6655
   E-mail: PatriciaF1@atg.wa.gov
11 Attorneys for Defendant Peters
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DENYING MOTION OF　　　　　　2　　　　ATTORNEY GENERAL OF WASHINGTON
PLAINTIFF TO STRIKE REPORTS OF　　　　　　　　　　　　Torts Division
REBECCA ROE AND PATTY TOTH　　　　　　　　　　　　7141 Cleanwater Drive SW
(PROPOSED)　　　　　　　　　　　　　　　　　　　　P.O. Box 40126
NO. C11-5424BHS　　　　　　　　　　　　　　　　　Olympia, WA 98504-0126
　　　　　　　　　　　　　　　　　　　　　　　　　(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd of December, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiffs attorney:

**Plaintiffs' Attorneys:**

>  dandavies@dwt.com
>  kathleen.zellner@gmail.com
>  dhjohnson43@aol.com

AND TO

**Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's Office:**

>  Bernard.veljacic@clark.wa.gov
>  western@wscd.com
>  gbogdanovich@lldkb.com
>  jefff@fjtlaw.com

By: s/Patricia C. Fetterly
PATRICIA C. FETTERLY, WSBA No. 8425
Assistant Attorney General
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
P.O. Box 40126
Olympia, WA  98504-0116
Telephone: (360) 586-6300
Fax: (360) 586-6655
E-mail: PatriciaF1@atg.wa.gov
Attorneys for Defendant Peters

ORDER DENYING MOTION OF PLAINTIFF TO STRIKE REPORTS OF REBECCA ROE AND PATTY TOTH (PROPOSED)
NO. C11-5424BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300