The Honorable Benjamin Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,

Plaintiffs,

v.

FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,

Defendants.

NO. C11-5424BHS

DECLARATION OF PATRICIA C. FETTERLY IN OPPOSITION TO MOTION OF PLAINTIFF TO STRIKE TESTIMONY OF REBECCA ROE

I, Patricia C. Fetterly, make the following declaration under penalty of perjury:

I am attorney for defendant James M. Peters and make this declaration based upon my personal knowledge. Attached to this declaration are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT 1 | Report of Rebecca J. Roe dated November 27, 1984 |
| EXHIBIT 2 | Report of Rebecca Roe dated November 7, 2012 with Appendix Listing Documents Reviewed in 2012 |
| EXHIBIT 3 | Curriculum Vitae of Rebecca J. Roe |
| EXHIBIT 4 | Excerpts from “Investigation and Prosecution of Child Abuse” Co-authored by Rebecca J. Roe 1987 |

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

| | |
|---|---|
| EXHIBIT 5 | Declaration of James M. Peters dated May 10, 2012 Filed in Support of Peters' Motion for Summary Judgment |
| EXHIBIT 6 | Information Filed by Clark County Prosecutor Arthur Curtis on January 3, 1985 |
| EXHIBIT 7 | First Amended Information filed on February 28, 1985 |
| EXHIBIT 8 | Second Amended Information filed on May 3, 1985 |
| EXHIBIT 9 | Plaintiff's Initial Disclosures |

Signed under penalty of perjury this 3rd day of December, 2012 at Tumwater, Washington.

Patricia C Fetterly

PATRICIA C. FETTERLY

DECLARATION OF PATRICIA C. FETTERLY IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE TESTIMONY OF REBECCA ROE
No. 11-5424 BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd of December, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiffs attorney:

**Plaintiffs' Attorneys:**

**dandavies@dwt.com**
**kathleen.zellner@gmail.com**
**dhjohnson43@aol.com**

AND TO

**Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's Office:**

**Bernard.veljacic@clark.wa.gov**
**western@wscd.com**
**gbogdanovich@lldkb.com**
**jefff@fjtlaw.com**

By: s/Patricia C. Fetterly
PATRICIA C. FETTERLY, WSBA No. 8425
Assistant Attorney General
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
P.O. Box 40126
Olympia, WA 98504-0116
Telephone: (360) 586-6300
Fax: (360) 586-6655
E-mail: PatriciaF1@atg.wa.gov
Attorneys for Defendant Peters

DECLARATION OF PATRICIA C. FETTERLY IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE TESTIMONY OF REBECCA ROE
No. 11-5424 BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300