Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, and SERGEANT MICHAEL DAVIDSON,<br><br>    Defendants. | No. C11-5424BHS<br><br>DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE RULE 26(a)(2) REPORT OF REBECCA ROE AND TO BAR TESTIMONY<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, December 7, 2012** |

PURSUANT TO 28 U.S.C. § 1746, Kathleen T. Zellner declares as follows:

1. I am competent to testify in all respects, and make this declaration from personal knowledge. I am the attorney of record for Plaintiff Clyde Ray Spencer in the above-entitled action.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of James Peters taken under oath November 8, 2012, consisting of the cover page and pages 107 and 134.

DECLARATIOIN OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE RULE 26(a)(2) REPORT AND BAR TESTIMONY
(C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of December, 2012 in Downers Grove, Illinois

/s/ Kathleen T. Zellner
Kathleen T. Zellner

DECLARATIOIN OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO
STRIKE RULE 26(a)(2) REPORT AND BAR TESTIMONY
(C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

DECLARATION OF SERVICE

I hereby certify that on December 7, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Daniel J. Judge<br>Robert M. McKenna<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA 98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | |
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

DECLARATIOIN OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO
STRIKE RULE 26(a)(2) REPORT AND BAR TESTIMONY
(C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

# EXHIBIT A

```
                                                                    1
 1                 UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF WASHINGTON

 3                         AT TACOMA
    _____
 4
    CLYDE RAY SPENCER, MATTHEW   )
 5  RAY SPENCER, and KATHRYN E.  )
    TETZ,                        )
 6                               )
               Plaintiffs,       )
 7                               )
         vs.                     )  NO. 3:11-cb-05424-BHS
 8                               )
    FORMER PROSECUTING ATTORNEY  )
 9  FOR CLARK COUNTY JAMES M.    )
    PETERS, DETECTIVE SHARON     )
10  KRAUSE, SERGEANT MICHAEL     )
    DAVIDSON, CLARK COUNTY       )
11  PROSECUTOR'S OFFICE, CLARK   )
    COUNTY SHERIFF'S OFFICE, THE )
12  COUNTY OF CLARK and JOHN DOES)
    ONE THROUGH TEN,             )
13                               )
               Defendants.       )
14  _____

15    DEPOSITION UPON ORAL EXAMINATION OF JAMES M. PETERS
    _____
16

17

18
                       Thursday, November 8, 2012
19                        Olympia, Washington

20

21

22

23

24

25
```

Dixie Cattell & Associates
Court Reporters & Videoconferencing

JOHNSON (James M. Peters, 11/8/12)

107

1  A  Well, I recall when the reports first came in, I quickly
2     reviewed them.  I made my own assessment of what I would do
3     if the ultimate decision were mine, which of course it was
4     not.  I spoke with him, told him my opinion, suggested to
5     him that because of the sensitive nature of the case that
6     he might want to refer it to outside counsel for review
7     because my recommendation was at that point going to be I
8     didn't think we could prove the case.
9  Q  I'm sorry.  What was that you just said?
10 A  I said my recommendation was going to be that I didn't
11    think we could prove the case.  I thought he did it, I
12    thought there was probable cause, but I thought there were
13    proof issues.
14       And I suggested that he refer it to Becky Roe, whom I
15    knew.  I knew from her teaching at our prosecutors'
16    conferences and because she was the head of the Sexual
17    Assault Center.  And based on that recommendation while I
18    was in the first-degree murder trial on or about
19    November 12 Art Curtis referred the case to Becky Roe, and
20    it was as a result of that that she wrote her
21    recommendation of November 27.  So from the very beginning
22    when the case first came in, Art Curtis was actively
23    involved with it.
24 Q  Can you give me the date of what you just described, all
25    those things?  What time period are we talking about?

Dixie Cattell & Associates
Court Reporters & Videoconferencing

JOHNSON (James M. Peters, 11/8/12)

134

1  cleared, and her brother said she made up stories; is that
2  correct?
3  A  That's obviously a multiple, compound question.  My -- I
4     declined or, excuse me, I expressed my personal belief at
5     the time that we would have difficulty proving the case,
6     and then in the context of all the other things that were
7     on my plate at that time, and our "You file it, you try it"
8     rule, I didn't want to try this case.  So my recommendation
9     was not to pursue it.
10 Q  Because it was weak, right?
11 A  It was definitely weak.
12 Q  All right.  Now, what did you do on the case with regard to
13    the case between November 27, 1984, and December 11 of
14    1984?
15 A  Nothing.  I was very busy with another -- with something
16    else.
17 Q  When was that meeting with Karen Stone?  I guess you said
18    maybe that was Art Curtis, but just to mention, a
19    prosecutor spoke with Sharon Krause, and you said you
20    weren't sure if that was Art Curtis or yourself.  Has
21    anything refreshed your recollection as to whether you had
22    that meeting with Sharon Krause about Karen Stone?
23 A  I think -- your question assumes something that may not be
24    accurate.  You're assuming there was a meeting.  I would --
25    more likely --

Dixie Cattell & Associates
Court Reporters & Videoconferencing

Decl. of Kathleen T. Zellner - p. 7
(USDC No. 11-5424 BHS)