**THE HONORABLE BENJAMIN SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER , MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | **NO.   C11 5424 BHS**<br><br>**DEFENDANTS' REPLY TO RESPONSE TO MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND TO BAR TESTIMONY**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, December 7, 2012** |

**1.   Plaintiff has failed to justify the delay in disclosure.**

Plaintiff's Response to Defendants' Motion to Strike Plaintiff's Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) and to Bar Testimony ("Plaintiff's Response") does not provide any legitimate explanation or justification for waiting until less than one month before the discovery cut-off date to supplement his initial disclosures.  Plaintiff argues that his counsel had to wait until the first seven depositions were taken (of the three individually named defendants, the three originally named plaintiffs, and Ray Spencer's former spouse, DeAnne Spencer) and then ". . .

**DEFENDANTS' REPLY TO RESPONSE TO MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND TO BAR TESTIMONY  - 1**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

continue to form a litigation strategy . . ." before realizing the need to disclose these additional witnesses.  Plaintiff's Response, p. 3, lns. 13-14.  However, there is no explanation provided about the specific facts supposedly discovered in any of those depositions which allegedly led to this realization.  Rather, plaintiff claims only that the depositions resulted in " . . . the discovery of important information . . . ."  Plaintiff's Response, p. 2, lns. 20-21.  Nor is there any attempt made to explain why plaintiff did not produce the records Bates No. Spencer005933-005958, in which many of these additional witnesses were identified, with his original request for production responses.  Also, plaintiff does not dispute that he and his counsel have known about these witnesses since well before service of his initial disclosures.

Plaintiff's supplementation of his initial disclosures under these circumstances was not done "in a timely manner" as required by Fed.R.Civ.P. 26(e)(1)(A), and the challenged additional witnesses should be barred from testifying.

**2.    Defendants have been prejudiced by the untimely disclosure.**

Plaintiff's belated supplementation of his initial disclosures was served less than one month before the discovery cut-off date, with the Thanksgiving holiday intervening.  The heavy deposition schedule in this case has continued, with seven more depositions either already completed or scheduled to be completed since the first seven, and three others having been scheduled by the plaintiffs but then canceled.  Very little time has been available to defendants to investigate and evaluate the information and documentation belatedly provided, let alone to try to fit additional depositions into the schedule.  Defendants should not be put in this position of disadvantage, and plaintiff allowed to benefit, by plaintiff's belated disclosure.

/////
/////
/////

**DEFENDANTS' REPLY TO RESPONSE TO MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND TO BAR TESTIMONY  - 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511*

For the foregoing reasons and those set forth in the Motion, defendants request that the court enter an Order striking Plaintiffs' Supplemental Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1), and barring the testimony of all of the challenged witnesses disclosed therein.[1]

DATED this 7th day of December, 2012.

/s/ Guy Bogdanovich
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendant Sharon Krause
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480; Fax: (360) 357-3511
email: gbogdanovich@lldkb.com

---

[1] Witnesses 7-9 in the Supplemental Disclosure, Darla R. Schlegel, Lynda Harper and Karen Stone Mignogna, are excluded from this Motion to Strike and the proposed Order.

**DEFENDANTS' REPLY TO RESPONSE TO MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND TO BAR TESTIMONY  - 3**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511