Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C11-5424BHS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO BAR DEFENDANTS' REBUTTAL EXPERT RONALD KLEIN, Ph.D.<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, December 28, 2012** |

THIS MATTER having come before the Court on Plaintiff's Motion to Bar Defendants' Expert Ronald Klein, Ph.D., and the court having reviewed all pleadings filed herein, including the Defendants' responsive pleadings and all pleadings filed by Plaintiff in reply, it is hereby ordered:

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Bar Defendants' Rebuttal Expert Ronald Klein, Ph.D., is hereby GRANTED, and that Dr. Klein is hereby barred from conducting an examination of Plaintiff.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO BAR DEFENDANTS' REBUTTAL EXPERT RONALD KLEIN, Ph.D. (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

DATED this ___ day of December, 2012.

                                                                                                     _____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

 /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiff

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO BAR DEFENDANTS' REBUTTAL EXPERT RONALD KLEIN, Ph.D. (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

I hereby certify that on December 13, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Daniel J. Judge<br>Robert M. McKenna<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA  98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | Bernard F. Veljacic<br>Deputy Prosecuting Attorney<br>Clark County Prosecuting Attorney Civil Division<br>604 W. Evergreen Blvd.<br>P.O. Box 5000<br>Vancouver, WA  98666-5000<br>Email:  Bernard.Veljacic@clark.wa.gov<br>Attorney for Defendants Clark County Prosecutor's Office, Clark County Sheriff's Office, and Clark County |
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

 /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO BAR DEFENDANTS' REBUTTAL EXPERT RONALD KLEIN, Ph.D. (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax