

11-CV-05424-NTC



FILED
RECEIVED
LODGED
DEC 17 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| **CLYDE RAY SPENCER, MATTHEW RAY SPENCER,** and **KATHRYN E. TETZ,** <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> **FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DECTECTIVE SHARON KRAUSE, AND SERGEANT MICHAEL DAVIDSON,** <br><br> Defendant/Respondent | Hearing Date: **12/11/2012** <br><br> CAUSE NO: **11-CV-05424-BHS** <br><br> DECLARATION OF SERVICE OF: **NOTICE OF DEPOSITION OF MATTHEW HANSEN; SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; WITNESS FEE CHECK FOR $67.86; DECLARATION OF SERVICE** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of December, 2012**, at **7:23 PM**, at the address of **18102 NE COLE WITTER Road, BATTLE GROUND, Clark** County, **WA 98604**; this declarant served the above described documents upon **MATTHEW HANSEN** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Shirley Spencer, CO-RESIDENT, A white female approx. 55-65 years of age, 5'4"-5'8" tall, weighing 120-160 lbs with gray hair.**, a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$95.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this **10th** day of **December, 2012**.

_____
Donna McManus, Reg. # 4917474, CLARK, WA

FOR: **Davis, Wright & Tremaine**
REF: **94078-1**

ORIGINAL PROOF OF SERVICE

Tracking #: **7840844** SEA FIL