Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER, and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11-5424-BHS<br><br>DECLARATION OF JEFFREY FREIMUND IN OPPOSITION TO PLAINTIFF'S MOTION TO BAR DEFENDANTS' REBUTTAL EXPERT RONALD KLEIN<br><br>**NOTE ON MOTION CALENDAR:** December 28, 2012 |

Pursuant to 28 U.S.C. § 1746, JEFFREY FREIMUND, declares under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and accurate:

1. I am an attorney representing defendant Michael Davidson in the above-captioned matter. I am over the age of 18, competent to testify about the matters stated herein, and make this declaration based on my personal knowledge.

FREIMUND DECLARATION
C11-5424-BHS
- 1

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

2. Attached to this declaration as Exhibit 1 is a true and accurate copy of defendant Davidson's disclosure of rebuttal expert testimony, including the requisite disclosures regarding Dr. Ronald Klein.

3. Attached to this declaration as Exhibit 2 is a true and accurate copy of an email exchange among plaintiffs' and defendants' counsel scheduling Dr. Klein's examination of Mr. Spencer following entry of the Court's order compelling that examination.

4. Attached to this declaration as Exhibit 3 is a true and accurate copy of an email exchange among plaintiffs' and defendants' counsel regarding plaintiff's proposed conditions on Dr. Klein's examination of Mr. Spencer.

5. Attached to this declaration as Exhibit 4 is a true and accurate copy of an email exchange among plaintiffs' and defendants' counsel regarding plaintiff's counsel's withdrawal of Dr. Kuncel as plaintiff's damage expert.

SIGNED this 24th day of December, 2012 in Olympia, WA.

s/Jeffrey A. O. Freimund
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98502
Telephone: (360) 534-9960
Fax: (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Michael Davidson

FREIMUND DECLARATION
C11-5424-BHS
- 2 -
FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer,
  dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer,
  kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiff Clyde Ray Spencer
  dandavies@dwt.com
Daniel J. Judge, Attorney for Defendant James M. Peters
  danielj@atg.wa.gov
Patricia C. Fetterly, Attorney for Defendant James M. Peters
  Patriciaf1@atg.wa.gov
Guy Bogdanovich, Attorney for Defendant Sharon Krause
  gbogdanovich@lldkb.com

  s/Kathrine Sisson
KATHRINE SISSON
Legal Assistant to
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif
  & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98502
Telephone: (360) 534-9960
Fax: (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Sergeant Michael Davidson

FREIMUND DECLARATION
C11-5424-BHS
- 3 -

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959