# EXHIBIT 2

89

## Jeff Freimund

**From:** Guy Bogdanovich [gbogdanovich@lldkb.com]
**Sent:** Tuesday, December 11, 2012 5:43 PM
**To:** Kathleen Zellner
**Cc:** Jeff Freimund; 'Fetterly, Patricia (ATG)'
**Subject:** RE: Spencer et al v. Peters et al - Order Granting FRCP 35 Examination

Counsel: Dr. Klein has made arrangements to travel to Seattle for the Court ordered examination and testing of Mr. Spencer on Friday, December 21, beginning at 9 a.m. We have reserved The Columbia Room on the 20th floor of the Seattle AG Office, 800 5th Ave, Seattle. It is the intention of defendants and Dr. Klein to abide by all rules stated in items 1-5 in the [Proposed] Order Granting Defendants' Motion for Fed.R.Civ.P. 35 Examination which was filed with the Motion. Please send a reply confirming these arrangements, and the agreement of plaintiff and plaintiff's counsel to also abide by these rules.

Thank you. Guy

---

**From:** Guy Bogdanovich
**Sent:** Tuesday, December 11, 2012 12:50 PM
**To:** 'Kathleen Zellner'
**Cc:** 'Jeff Freimund'; 'Fetterly, Patricia (ATG)'
**Subject:** RE: Spencer et al v. Peters et al - Order Granting FRCP 35 Examination

Counsel: Thank you for the reply. I'm waiting to hear back on a few details and will hopefully be able to send you more information later this afternoon confirming arrangements for December 21st. I am leaving to argue a motion at 1:30 PST, but should be back before 5 to follow up.

Guy

---

**From:** Kathleen Zellner [mailto:kz1234@aol.com]
**Sent:** Monday, December 10, 2012 6:47 PM
**To:** Guy Bogdanovich
**Subject:** Re: Spencer et al v. Peters et al - Order Granting FRCP 35 Examination

Counsel,
I just spoke with Ray Spencer and he can be available for the IME in Seattle on 12/21.
Kathleen Zellner

Sent from my iPhone

On Dec 10, 2012, at 6:48 PM, Guy Bogdanovich <gbogdanovich@lldkb.com> wrote:

> Counsel: Pending receipt of your reply, I communicated with Dr. Klein's office and was told that if tomorrow doesn't work, Dr. Klein could make himself available to conduct the exam and testing on Thursday, December 13; Monday, December 17; or, Friday, December 21, all dates could be done either in Seattle or Spokane.
>
> Please reply as soon as possible. Thanks. Guy
>
> ---
>
> **From:** Guy Bogdanovich

90  12/22/2012

**Sent:** Monday, December 10, 2012 2:11 PM
**To:** 'Kathleen Zellner'; dhjohnson43@aol.com; DanDavies@dwt.com
**Cc:** Jeff Freimund; 'Fetterly, Patricia (ATG)'
**Subject:** Spencer et al v. Peters et al - Order Granting FRCP 35 Examination

Counsel: I assume you've received the above-referenced Order. It does not itself identify a date for the exam, but our Motion had offered December 7 or 11 as available dates. Please respond with information regarding Mr. Spencer's availability for the exam tomorrow, either in Seattle or Spokane.

Thank you. Guy

91
12/22/2012