Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER, and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11-5424-BHS<br><br>ORDER GRANTING DEFENDANT MICHAEL DAVIDSON'S RENEWED SUMMARY JUDGMENT MOTION<br><br>[PROPOSED] |

THIS MATTER having come on regularly for hearing on defendant Davidson's renewed motion for summary judgment, and the Court having reviewed the record herein and, to the extent deemed relevant and admissible, reviewed the material submitted by the parties concerning this motion, including:

1. Defendant Davidson's Renewed Summary Judgment Motion and the supporting declaration of Jeffrey Freimund (with Exhibits 1 – 10 attached thereto), and the other evidence

ORDER GRANTING DEFENDANT DAVIDSON'S
RENEWED SUMMARY JUDGMENT MOTION
[PROPOSED]
C11-5424-BHS                              - 1 -

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

1 | referenced in defendant Davidson's renewed summary judgment motion, including the declarations of Shirley Spencer (with Exhibit A attached thereto, Docket Nos. 53 and 53-1), Matthew Hanson (with Exhibits A and B attached thereto, Docket Nos. 54 and 54-1), Jeffrey Freimund (with Exhibits 1-26 attached thereto, Docket Nos. 63 and 63-1 through 63-26), Sharon Krause (with Exhibits 1-6 attached thereto, Docket Nos. 64 and 64-1 through 64-6), James Peters (Docket No. 69), and Patricia Fetterley (with Exhibits 1-4 attached thereto, Docket Nos. 70 and 70-1 through 70-4) ;

2. Plaintiffs' Response to Defendant Davidson's Renewed Summary Judgment Motion, if any; and

3. Defendant Davidson's Reply in Support of Renewed Summary Judgment Motion; and being fully advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Davidson's renewed motion for summary judgment is granted and all claims against defendant Davidson are hereby dismissed with prejudice.

DONE IN OPEN COURT this _____ day of February, 2013.

_____
U. S. DISTRICT JUDGE BENJAMIN H. SETTLE

Presented by:
s/Jeffrey A. O. Freimund
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98502
Telephone: (360) 534-9960
Fax: (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Michael Davidson

ORDER GRANTING DEFENDANT DAVIDSON'S
RENEWED SUMMARY JUDGMENT MOTION
[PROPOSED]
C11-5424-BHS                                - 2 -

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
    dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
    kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiff Clyde Ray Spencer
    dandavies@dwt.com
Daniel J. Judge, Attorney for Defendant James M. Peters
    danielj@atg.wa.gov
Patricia C. Fetterly, Attorney for Defendant James M. Peters
    Patriciafl@atg.wa.gov
Guy Bogdanovich, Attorney for Defendant Sharon Krause
    gbogdanovich@lldkb.com

        s/Janice Flaherty
        JANICE FLAHERTY
        Legal Assistant to
        JEFFREY A. O. FREIMUND, WSBA No. 17384
        Freimund Jackson Tardif
          & Benedict Garratt, PLLC
        711 Capitol Way South, Suite 602
        Olympia, WA 98502
        Telephone: (360) 534-9960
        Fax: (360) 534-9959
        jeffF@fjtlaw.com
        Attorney for Defendant Michael Davidson

ORDER GRANTING DEFENDANT DAVIDSON'S RENEWED SUMMARY JUDGMENT MOTION [PROPOSED]
C11-5424-BHS - 3

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959