Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER, and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11-5424-BHS<br><br>DECLARATION OF JEFFREY FREIMUND IN SUPPORT OF DAVIDSON'S RENEWED SUMMARY JUDGMENT MOTION<br><br>**NOTE ON MOTION CALENDAR:** February 8, 2013 |

Pursuant to 28 U.S.C. § 1746, JEFFREY FREIMUND, declares under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and accurate:

1. I am an attorney representing defendant Michael Davidson in the above-captioned matter. I am over the age of 18, competent to testify about the matters stated herein, and make this declaration based on my personal knowledge.

FREIMUND DECLARATION
C11-5424-BHS                - 1

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

2. Attached to this declaration as Exhibit 1 is a true and accurate copy of excerpts from the deposition of Shirley Spencer. Specifically, the following pages from the transcript of this deposition are attached: pages 23-51, 59, 83-87, 98-99, 100-05, 120-24, 130-35, 145-46, 151-52. Also attached at the end of Exhibit 1 is Exhibit B to Shirley Spencer's deposition, which she authenticated on pages 151-52 of her deposition.

3. Attached to this declaration as Exhibit 2 is a true and accurate copy of excerpts from the deposition of Michael Davidson. Specifically, the following pages from the transcript of this deposition are attached: pages 16-20, 36-41, 47-50, 57-58, 65-68, 72-90, 99-108, 126-27.

4. Attached to this declaration as Exhibit 3 is a true and accurate copy of excerpts from the deposition of Sharon Krause. Specifically, the following pages from the transcript of this deposition are attached: pages 16-18, 26-31, 60-62, 69-70, 135-36, 195-96. Also attached at the end of Exhibit 3 is Exhibit 14 to Sharon Krause's deposition, which she authenticated on pages 135-36 of her deposition.

5. Attached to this declaration as Exhibit 4 is a true and accurate copy of defense expert Dr. Phillip Esplin's report concerning this case, submitted under penalty of perjury by Dr. Esplin, and the attachments thereto.

6. Attached to this declaration as Exhibit 5 is a true and accurate copy of excerpts from the deposition of plaintiff's liability expert, Dr. William Bernet. Specifically, the following pages from the transcript of this deposition are attached: pages 8, 11, 13-21, 25, 29-39, 44-46, 48-49, 51-52, 55-59, 61, 63-69, 80-81, 85, 87-89, 96-101, 112, 136-37, 140, 143-48, 150-53, 157, 161-62, 165-66.

7. Attached to this declaration as Exhibit 6 is a true and accurate copy of excerpts

FREIMUND DECLARATION
C11-5424-BHS                                - 2 -

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

from the deposition of Kathryn Tetz (*nee* Spencer). Specifically, the following pages from the transcript of this deposition are attached: pages 34-35.

8. Attached to this declaration as Exhibit 7 is a true and accurate copy of excerpts from the deposition of Matthew Spencer. Specifically, the following pages from the transcript of this deposition are attached: pages 57, 89-92, 101. Also attached at the end of Exhibit 7 is Exhibit 3 to Matthew Spencer's deposition, which he authenticated on page 57 of his deposition.

9. Attached to this declaration as Exhibit 8 is a true and accurate copy of excerpts from the deposition of Clyde Ray Spencer. Specifically, the following pages from the transcript of this deposition are attached: pages 8-11, 16.

10. Attached to this declaration as Exhibit 9 is a true and accurate copy of excerpts from the deposition of Arthur Curtis. Specifically, the following pages from the transcript of this deposition are attached: pages 18, 65, 70-74, 93-94.

11. Attached to this declaration as Exhibit 10 is a true and accurate copy of excerpts from the deposition of Rebecca Roe. Specifically, the following pages from the transcript of this deposition are attached: pages 84, 86-87, 95-98, 195-97.

SIGNED this 16th day of January, 2013 in Olympia, WA.

s/Jeffrey A. O. Freimund
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98502
Telephone: (360) 534-9960
Fax: (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Michael Davidson

FREIMUND DECLARATION
C11-5424-BHS                         - 3 -                FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiff Clyde Ray Spencer
dandavies@dwt.com
Daniel J. Judge, Attorney for Defendant James M. Peters
danielj@atg.wa.gov
Patricia C. Fetterly, Attorney for Defendant James M. Peters
Patriciaf1@atg.wa.gov
Guy Bogdanovich, Attorney for Defendant Sharon Krause
gbogdanovich@lldkb.com

s/Janice Flaherty
JANICE FLAHERTY
Legal Assistant to
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif
 & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98502
Telephone: (360) 534-9960
Fax: (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Michael Davidson

FREIMUND DECLARATION
C11-5424-BHS
- 4 -
FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959