# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

```
CLYDE RAY SPENCER, MATTHEW RAY      )
SPENCER and KATHRYN E. TETZ,        )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )  No. 11-5424 BHS
                                    )
FORMER DEPUTY PROSECUTING ATTORNEY FOR )
CLARK COUNTY JAMES M. PETERS, DETECTIVE)
SHARON KRAUSE, SERGEANT MICHAEL     )
DAVIDSON, CLARK COUNTY PROSECUTOR'S )
OFFICE, CLARK COUNTY SHERIFF'S OFFICE, )
THE COUNTY OF CLARK, SHIRLEY SPENCER )
and JOHN DOES ONE through TEN,      )
                                    )
            Defendants.             )
                                    )
```

DEPOSITION UPON ORAL EXAMINATION OF

KATHRYN ELIZABETH TETZ

Wednesday, November 14, 2012
10:00 a.m.
1201 Third Avenue, Suite 2200
Seattle, Washington

Reported by Marlis J. DeJongh, CCR, RPR

Lic. No. DE-JO-NM-J498K9

```
                                          Page 2
 1                  APPEARANCES
 2
 3
 4   For the Plaintiffs:    KATHLEEN J. ZELLNER
                            and DOUGLAS H. JOHNSON
 5                          Attorneys
                            1901 Butterfield Road,
 6                          Suite 650
                            Downers Grove, Illinois 60515
 7
 8
     For Defendant Davidson:  JEFFREY A.O. FREIMUND
 9                            Attorney
                              711 Capitol Way S, Suite 602
10                            Olympia, Washington 98501
11
12   For Defendant Krause:   GUY BOGDANOVICH
                             Attorney
13                           2674 R W Johnson Blvd. SW
                             Tumwater, Washington 98512
14
15
     For Defendant Peters:   PATRICIA C. FETTERLY
16                           Assistant Attorney General
                             7141 Cleanwater Drive SW
17                           Olympia, Washington 98504
18
19   Court Reporter:    MARLIS J. DeJONGH, CCR, RPR
                        1400 Hubbell, Suite 1510
20                      Seattle, Washington 98101
21
22
23
24
25
```

```
                                          Page 3
 1             INDEX OF EXAMINATION
 2
                                         Page(s)
 3
 4   Examination of Kathryn Elizabeth Tetz
 5     By Ms. Fetterly             4
       By Mr. Freimund             92
 6     By Mr. Bogdanovich           93
       By Ms. Zellner              96
 7     By Mr. Freimund             101
       By Mr. Bogdanovich          104
 8
 9
10
11
12
13             INDEX OF EXHIBITS
14
15   No. Description           Marked   Identified
16
     1. Document Spencer-04109-10    19      19
17
     2. 10/16/84 Utility Report    31      31
18
     3. 10/18/84 Utility Report    31      32
19
     4. 3/25/85 Utility Report     31      43
20
     5. Document Spencer-00344-73   44      44
21
     6. Handwritten Notes          85      85
22
23
24
25
```

```
                                          Page 4
 1   KATHRYN ELIZABETH TETZ, deponent herein, being first duly
 2                 sworn on oath, was examined and
 3                 testified as follows:
 4
 5                      EXAMINATION
 6   BY MS. FETTERLY:
 7     Q.  Would you state your name, please.
 8     A.  Kathryn Elizabeth Tetz.
 9     Q.  And where do you reside, Ms. Tetz?
10     A.  Now in Lincoln, California.
11     Q.  And where is Lincoln located?
12     A.  It's near Sacramento.
13     Q.  It's a suburb of Sacramento?
14     A.  Uh-huh.
15     Q.  Are you married?
16     A.  Yes.
17     Q.  And what is your husband's name?
18     A.  Michael Tetz.
19     Q.  How long have you and he been married?
20     A.  It will be seven years in June.
21     Q.  And I take it, is he your first and only marriage?
22     A.  Yes.
23     Q.  Do you have children?
24     A.  I do.
25     Q.  What are their names and ages?
```

```
                                          Page 5
 1     A.  My stepdaughter Samantha is 12, my firstborn
 2   daughter Mia is six, and Lily is two and a half.
 3     Q.  And I take it, does your household consist of
 4   yourself, your husband --
 5     A.  And our three daughters.
 6     Q.  Does your stepdaughter live with you pretty much
 7   full-time?
 8     A.  Yes.
 9     Q.  So your husband then has pretty much full custody
10   of her?
11     A.  Uh-huh. Her mother has her every other weekend.
12     Q.  But your husband is the primary custodial --
13     A.  Yes.
14         COURT REPORTER: Make sure you wait until she
15   finishes speaking.
16     Q.  It's a real natural concept but she can't take both
17   of us down at the same time.
18         And then one other thing I would caution you about, be
19   certain to answer audibly. You can't just answer with a
20   shake of the head or a nod.
21     A.  Okay.
22         MR. BOGDANOVICH: And I would ask you to try to
23   keep your voice up. You're a little soft-spoken. I
24   don't want to have to ask you to repeat. There's a
25   background hum in here too.
```

Page 34

1  rewarding you at the end of each interview session?
2      A. Yes.
3      Q. Is that right?
4      A. Yes.
5      Q. What did she reward you with, or what do you
6  remember her rewarding you with?
7      A. Sodas, ice cream.
8      Q. But she didn't give you money, I take it?
9      A. No.
10     Q. She didn't give you items that had any particular
11 value, such as maybe a doll that was expensive or --
12     A. Not that I remember.
13     Q. -- a bicycle?
14     A. But when you're five it might as well have been
15 something of value.
16     Q. Okay, but that wasn't my question.
17         MS. ZELLNER: She answered it.
18     A. I answered it.
19     Q. So the extent of her rewards, as you remember it,
20 was giving you sodas and ice cream?
21     A. Yes.
22     Q. And set those aside for a minute, I want to go back
23 to Exhibit 1. In Paragraph 8 you testified under oath on
24 September 14, 2007, I do have a vague recollection of having
25 been questioned by Detective Krause. I don't recall the

Page 35

1  details of the questioning and I don't recall the responses
2  that I gave at that time even after reading the detective's
3  reports.
4      This was your testimony then?
5      A. Yes.
6      Q. And that's still true today?
7      A. Yes.
8      Q. And 9 is, you state, Paragraph 9, it is my belief
9  that if I had been sexually abused in the manner described
10 in the police reports alleged against my father I would have
11 a memory of this having occurred. I have no such memory
12 because I have -- I assume that's to be a no -- memory
13 whatsoever of having been sexually abused by my father. I
14 am concerned that I was never abused and that my father was
15 wrongfully convicted.
16     That was your testimony at the time under oath.
17 Correct?
18     A. Yes.
19     Q. And that's true today, is it not?
20     A. Yes.
21     Q. Now I would have you take a couple minutes, or as
22 much time as you need, I don't want to pressure you for
23 time, to read Exhibits 2, 3 and 4.
24     But before you do that, I just want to be clear,
25 Mr. Camiel, as I understand it, provided you with Exhibit 2,

Page 36

1  which is the interview of October 16, 1984, correct?
2      A. I believe so, yes.
3      Q. And I think you testified he didn't give you
4  Exhibit 3 and 4. Have you seen them since that time?
5      A. Yes.
6      Q. When did you first see Exhibit 3?
7      A. I would have received these from you probably in
8  the past couple weeks.
9      Q. From you, you're referring to Ms. Zellner?
10     A. Yes.
11     Q. So up until the past four weeks would it be true
12 that the only report of Detective Krause concerning her
13 interviews of you that you reviewed was Exhibit 2?
14     A. Yes, I believe so.
15     Q. So take a few minutes, or however much time you
16 need to, to read these.
17         MR. FREIMUND: Shall we go off the record?
18         MS. FETTERLY: Yes, let's go off the record.
19         (Recess.)
20     Q. (By Ms. Fetterly) Ms. Tetz, we were on break for
21 probably, ten, 15 minutes. And have you had an opportunity
22 to read Exhibit 2, Exhibit 3 and Exhibit 4?
23     A. Yes.
24     Q. I'm not saying you committed it to memory but you
25 did get a chance to read it, I take it?

Page 37

1      A. Yes.
2      Q. Now on Exhibit 2 on Page 2, the first full
3  paragraph there's a statement by Ms. Krause that says, While
4  we were at the mall. And I'm just bringing that up to put
5  this in context.
6      And then the next paragraph she states, When we were
7  done shopping -- and backing up for a minute -- strike that.
8      I think it's discussed in a prefatory paragraph, the
9  purpose of going to the mall was for Ms. Krause to buy a
10 coat. But the second full paragraph she states, being
11 Ms. Krause, when we were done shopping I advised Katie that
12 I was thirsty and we both sat down in the middle of the mall
13 and drank a cold drink.
14     That's what the report says, does it not?
15     A. That's what what report says?
16     Q. Exhibit 2.
17     A. Yes.
18     Q. It says that Ms. Krause and you sat down in the
19 mall and drank a cold drink. So presumably she did buy you
20 a cold drink?
21     A. Yes.
22     Q. And I think you testified that you remembered she
23 bought you treats, I think is the word you used.
24     A. Yes.
25     Q. Would that cold drink constitute a treat, in your

1        REPORTER'S CERTIFICATE

3  STATE OF WASHINGTON    )
                          )  ss.
4  COUNTY OF KING         )

6        I, MARLIS J. DeJONGH, CCR, RPR, a Notary Public in
7  and for the State of Washington, do hereby certify:
8  That prior to being examined, the witness named in the
9  foregoing deposition was duly sworn to testify the truth,
10 the whole truth and nothing but the truth;
11       That said deposition was taken down by me in
12 shorthand at the time and place therein named and thereafter
13 transcribed by means of computer-aided transcription, and
14 that the foregoing transcript contains a full, true and
15 verbatim record of the said deposition;
16       I further certify that I have no interest in the
17 event of the action.
18       WITNESS my hand and seal this 30th day of November,
19 2012.

                    Notary Public in and for the State
                    of Washington, residing in Seattle.
                    My commission expires 01/2016.
                    Lic. No. DE-JO-NM-J498K9