1
2
3
4                                                          Honorable Judge Benjamin H. Settle
5
6                        UNITED STATES DISTRICT COURT
7                       WESTERN DISTRICT OF WASHINGTON
                                  AT TACOMA
8
   CLYDE RAY SPENCER, MATTHEW RAY              NO.  C11-5424-BHS
9  SPENCER, and KATHRYN E. TETZ,
10                              Plaintiffs,    [PROPOSED] ORDER
                                              GRANTING JAMES PETERS'
11              v.                            RENEWED MOTION FOR
                                              SUMMARY JUDGMENT
12 FORMER DEPUTY PROSECUTING
   ATTORNEY FOR CLARK COUNTY
13 JAMES M. PETERS, DETECTIVE
   SHARON KRAUSE, SERGEANT
14 MICHAEL DAVIDSON, CLARK COUNTY
   PROSECUTOR'S OFFICE, CLARK
15 COUNTY SHERIFF'S OFFICE, THE                NOTED FOR: FEBRUARY 8,
   COUNTY OF CLARK, SHIRLEY                    2013
16 SPENCER, and JOHN DOES ONE
   THROUGH TEN,
17
                                Defendants.
18
19
20          THIS MATTER coming on duly and regulation for hearing on February 8, 2013, upon the

21 renewed motion of defendant James Peters for an order on summary judgment.  Defendant

22 appearing by and through its attorneys Robert W. Ferguson, Attorney General, and Patricia C.

23 Fetterly, Assistant Attorney General, and plaintiffs appearing by and through its attorneys Daniel

24 Davies, Kathleen Zellner, and Douglas Johnson; the court having reviewed the files and records

   herein including the following:
25
            1.      Renewed Motion For Summary Judgment of Defendant James Peters;
26

ORDER GRANTING PETERS'                        1            ATTORNEY GENERAL OF WASHINGTON
RENEWED SUMMARY JUDGMENT                                            Torts Division
NO. C11-5424BHS                                              7141 Cleanwater Drive SW
                                                                  P.O. Box 40126
                                                            Olympia, WA 98504-0126
                                                                 (360) 586-6300

2.       Declaration of Patricia C. Fetterly with Exhibits A-J;

3.       Declaration of Rebecca J. Roe with Exhibit A;

4.       Supplemental Declaration of James M. Peters with Exhibits A-G;

and the court having being fully advised it is, now, therefore, Ordered Adjudged and Decreed, that defendant James Peters' renewed motion for summary judgment is granted and the claims contained in plaintiffs' complaint against defendant James Peters are dismissed with prejudice.

Done in open court this _____ day of February, 2013.


_____
JUDGE


Presented by:

ROBERT W. FERGUSON
Attorney General


_____
PATRICIA C. FETTERLY, WSBA #8425
Assistant Attorney General
Attorneys for Defendant State

ORDER GRANTING PETERS'
RENEWED SUMMARY JUDGMENT
NO. C11-5424BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300