The Honorable Benjamin Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>    Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, et al.,<br><br>    Defendants. | NO. C11-5424BHS<br><br>DECLARATION OF PATRICIA C. FETTERLY IN SUPPORT OF RENEWED SUMMARY JUDGMENT MOTION OF DEFENDANT JAMES PETERS<br><br>NOTED FOR: FEBRUARY 8, 2013 |

I, Patricia C. Fetterly, make the following declaration under penalty of perjury:

I am the attorney for defendant James M. Peters, I am over the age of 18, competent to testify, and make this declaration based upon my personal knowledge. Attached to this declaration are true and correct copies of the following documents:

Attached hereto as Exhibit A are true and correct copies of excerpts from the Deposition of Shirley Spencer taken on December 6, 2012, with Exhibit B to that deposition;

Attached hereto as Exhibit B are true and correct copies of excerpts from the Deposition of James Michael Davidson, taken November 5, 2012;

Attached hereto as Exhibit C are true and correct copies of excerpts from the Deposition of Arthur Curtis taken on December 10, 2012, with Exhibits 3, 5-10, 26-30, and 32 to that deposition;

DECLARATION OF PATRICIA C. FETTERLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT PETERS
No. 11-5424 BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Attached hereto as Exhibit D are true and correct copies of excerpts from the Deposition of James Peters taken on November 8, 2012;

Attached hereto as Exhibit E are true and correct copies of excerpts from the Deposition of Rebecca Roe taken on December 13, 2012;

Attached hereto as Exhibit F are true and correct copies of excerpts from the Deposition of Sharon Krause taken on November 6, 2012, and Exhibits 5, 11, 16, and 17 to that deposition;

Attached hereto as Exhibit G are true and correct copies of excerpts from the Deposition of Clyde Ray Spencer taken on November 12, 2012, and Exhibit 10 to that deposition;

Attached hereto as Exhibit H are true and correct copies of excerpts from the Deposition of Deanne Spencer taken on November 16, 2012;

Attached hereto as Exhibit I are true and correct copies of excerpts from the Deposition of William Bernet M.D.

Attached hereto as Exhibit J is a true and correct copy of the transcript of the interview of Kathryn Spencer by James Peters dated December 11, 1984.

Signed under penalty of perjury under the laws of the state of Washington this 16th day of January, 2013 at Tumwater, Washington.

_____
PATRICIA C. FETTERLY
Assistant Attorney General  WSB #8425

DECLARATION OF PATRICIA C. FETTERLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT PETERS
No. 11-5424 BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th of January, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiffs attorney:

**Plaintiffs' Attorneys:**

>dandavies@dwt.com
>kathleen.zellner@gmail.com
>dhjohnson43@aol.com

AND TO

**Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's Office:**

>Bernard.veljacic@clark.wa.gov
>western@wscd.com
>gbogdanovich@lldkb.com
>jefff@fjtlaw.com

>By: s/Patricia C. Fetterly
>PATRICIA C. FETTERLY, WSBA No. 8425
>Assistant Attorney General
>DANIEL J. JUDGE, WSBA No. 17392
>Senior Counsel
>Attorney General's Office
>P.O. Box 40126
>Olympia, WA 98504-0116
>Telephone: (360) 586-6300
>Fax: (360) 586-6655
>E-mail: PatriciaF1@atg.wa.gov
>Attorneys for Defendant Peters

DECLARATION OF PATRICIA C. FETTERLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT PETERS
No. 11-5424 BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300