SHIRLEY JEAN SPENCER    12.06.12

Page 84

1    had to go to see my counselor.  He'd been asking me and

2    asking me if I would bring Matt over for a visit,

3    because Matt was struggling.  He couldn't understand why

4    he couldn't see his daddy.  And at that time, I said he

5    could stay there while I went to the meeting, but when I

6    got done, he asked if he could spend the night.

7        Q.  Which meeting did you go to?  And we're talking

8    about February 16th, 1985.

9        A.  It was with my counselor, Jeannette Dezsofi.

10       Q.  Did your counselor -- did you inform your

11   counselor that you had dropped your son off at the

12   motel?

13       A.  I don't think it would have come up.  There was

14   no reason why.

15           We're working on our marriage.  We don't know

16   if Ray is guilty or not.  We don't know about the boys.

17   There was, in my mind, nothing wrong with leaving him

18   there.

19       Q.  When you took him to the motel, is it correct

20   that you didn't have pajamas for him?

21       A.  No, because he wasn't going to spend the night.

22           I had a meeting with my counselor.  Ray and I

23   had been shopping that day and I was going to pick him

24   up and take him home.  Ray convinced me to leave him for

25   the night; otherwise, if I knew he was going to spend

SHIRLEY JEAN SPENCER    12.06.12

Page 86

1      Q.  I just want to understand your thought process

2  taking your four-year-old child to a motel and leaving

3  him with someone who'd been charged with child

4  molestation.

5      A.  I didn't believe he was guilty at the time.  I

6  loved my husband.  We didn't know if it was DeAnne or

7  Karen or Matt or her or if it was anybody at the time.

8  If I thought it was, I wouldn't have left him there.

9          MR. DUNN:  Ms. Zellner, I'm going to ask that

10  you move on.  I think this is getting down to the point

11  where you're badgering my client.  I don't see this line

12  of questioning as productive any further, unless you've

13  got some matters you want to go into.  But you've

14  drilled this in as far as it should go, I think.

15          MS. ZELLNER:  Well, over your objections -

16  again, this is a federal deposition.  I'm not sure that

17  you're aware of the issues - but your objection is noted

18  for the record.

19  BY MS. ZELLNER:

20      Q.  And I'll ask, Ms. Spencer, is there anything in

21  addition to what you told me about your thought process

22  in leaving Little Matt at the Salmon Creek Motel,

23  anything else you want to add?

24      A.  There's nothing else to add.

25      Q.  I'm not asking you that.

SHIRLEY JEAN SPENCER     12.06.12

Page 87

1           MR. DUNN:  Counsel, please don't interrupt her

2    answers.

3           THE WITNESS:  I don't know what to say.  I'm

4    telling you what I feel, what I know and what's fact.

5    There were a lot of people that she had accused of doing

6    this.  At this time, it wasn't proved to me that he was

7    guilty of anything.  We're working on our marriage.  I

8    believed my husband.  He said it was DeAnne trying to

9    turn the kids against him.  I believed him.  And I would

10   not have subjected my son, if I'd have known in my heart

11   for sure that he was -- had done something to Kathryn.

12   I wouldn't have done it.

13   BY MS. ZELLNER:

14       Q.  Now, you said that you weren't sure who had

15   done it because Kathryn had accused DeAnne, and she'd

16   accused Little Matt and Karen Stone, but you would agree

17   with me that none of those people had been arrested for

18   Kathryn's allegations of molestation, right, except Ray

19   Spencer?

20       A.  Yes.  And I still believed Ray Spencer.

21       Q.  Okay.  So you, then, pick your son up the next

22   day after he's spent the night with Ray Spencer; is that

23   right?

24       A.  I did.

25       Q.  And I think on your son's birthday, Little

SHIRLEY JEAN SPENCER   12.06.12

Page 88

1   Matt's birthday, 2-20-85, Ray Spencer comes to your

2   house; is that right?

3        A.   For a birthday party.

4        Q.   And up until that time, 2-20-85, had you given

5   a gun to Michael Davidson as a gift, had you given him

6   one of Ray's gun?

7        A.   Never, ever have I ever given a gun to Mike

8   Davidson.

9        Q.   Had you discussed with Mike Davidson, prior to

10  taking Little Matt to the Salmon Creek Motel, had you

11  had any discussions with Mr. Davidson about taking

12  Little Matt to the motel?

13       A.   No.   There was no reason for me to have a

14  discussion with him about it.

15       Q.   So the answer is no, right?

16       A.   That's what I said.   No.

17       Q.   So what happens at this birthday party with

18  Little Matt when Ray Spencer arrives?

19       A.   First thing he did when he came in, before we

20  even got going on the birthday, is he went upstairs and

21  checked -- his guns weren't in his gun cabinet and he

22  wanted his guns, and he got hostile about it.

23       Q.   Why weren't his guns in the gun cabinet?

24       A.   They were up in the attic.

25       Q.   Who put them there?

SHIRLEY JEAN SPENCER    12.06.12

Page 89

1      A.   I did.  I didn't want them around.

2      Q.   And how long -- does Mr. Spencer then leave?

3      A.   I think we got in a big argument, and I think

4  that they came after him.  I can't remember exactly how

5  it went, but I think -- I know we got in an argument

6  because he couldn't have his guns, and he was afraid

7  they'd be ruined.

8      Q.   Okay.

9           MS. ZELLNER:  What I'm going to ask the

10 opposing counsel is if we could break at this point for

11 lunch because then I'm going to go into the reports of

12 Sharon Krause and her meetings with the deponent.  Is

13 that all right with everyone, because it's a quarter to

14 2:00 here.

15           MR. DUNN:  I don't have any problem with that.

16           MS. FETTERLY:  1:30, maybe, our time?

17           MR. BOGDANOVICH:  No, not 1:30.  It's only

18 quarter to 12:00 right now.  12:30?

19           MS. ZELLNER:  We'll do that, 12:30 your time.

20           (Lunch recess taken.)

21 MS. ZELLNER:

22     Q.   I just want to ask you a couple more things

23 check.  Do you recognize this name, Darla Schlegel?

24     A.   Are you asking me that?  I don't recognize that

25 name.  I've never heard it, that I know of.

SHIRLEY JEAN SPENCER   12.06.12

Page 98

1   document.  You said Alcoholics Anonymous, and it says

2   Al-Anon.  There's a difference.

3   BY MS. ZELLNER:

4        Q.  Okay.  Let's do it your way.  Al-Anon.

5             MS. FETTERLY:  A big difference.

6   BY MS. ZELLNER:

7        Q.  So is that true?

8             MS. ZELLNER:  Miss Fetterly, I ask that you not

9   start testifying.

10  BY MS. ZELLNER:

11       Q.  Go ahead.

12       A.  That's absolutely not true.  I've never been a

13  drinker, ever.  And maybe I should clarify it.  Once or

14  twice a year I have one drink.  I can't drink any more

15  than that because I go numb.  I don't drink.  And I

16  never have gone to Al-Anon or whatever this is or

17  Alcoholics Anonymous.  I'm not a drinker.

18       Q.  Okay.  Just asking the question.

19            Let's go back to the Salmon Creek Motel.  What

20  time did you pick Little Matt up the next day?

21       A.  Actually, I did not pick him up.  Ray brought

22  him to the restaurant down in Vancouver, the Who Song &

23  Larry's and we had lunch.  He brought Matt to me.

24       Q.  And what did you observe about Little Matt, if

25  anything?

SHIRLEY JEAN SPENCER   12.06.12

Page 99

1        A.   He was very flushed, like he had a fever, very

2   lethargic.  He didn't want to talk.  He just wanted to

3   lay his head on the table.  And I thought he was sick.

4   I didn't know what was the matter with him.

5        Q.   Anything else?

6        A.   I was going to take him back to the bathroom,

7   and Ray said, no, let me do it and he took him.  And

8   when he came back, he acted like nothing happened.  He

9   sat up, ate, talked.

10       Q.   Do you remember anything else about his

11   condition at the restaurant?

12       A.   Not at the restaurant, no.

13       Q.   At a certain point in time after Little Matt

14   has spent the night at the Salmon Creek Motel, do you

15   have further contact with Sharon Krause?

16       A.   I don't think so, except with the gun

17   situation, you know, him picking his guns up, for not

18   having his guns.  It was after that.

19       Q.   Okay.  Do you remember on or about February

20   21st that you got a phone call from Sharon Krause and

21   that in the phone call she mentioned that the two of you

22   had not spoken since she interviewed the kids in

23   Sacramento?

24       A.   Right.

25       Q.   Do you remember anything like that?

SHIRLEY JEAN SPENCER   12.06.12

Page 100

1      A.   Yes.

2      Q.   Did she offer to assist you in trying to deal

3    with the situation?

4      A.   I think at that time she wanted to show me

5    Kathryn's report.

6      Q.   So do you remember that around February 22nd of

7    1985 that you actually meet with her in person and she

8    shows you the reports on Kathryn?

9      A.   Yeah.  Yes.

10     Q.   Does she also talk to you about DeAnne Spencer

11   and meeting with her?

12     A.   Yeah, I'm sure.  I'm sure she probably did talk

13   to me about DeAnne.

14     Q.   And did she also, in that meeting, does she

15   tell you that she's concerned or at least worried about

16   Little Matt?

17     A.   It wasn't until after the gun situation, I

18   think, that I talked to her about Little Matt, after the

19   -- after his birthday.

20     Q.   Because I think, just to help you with the time

21   frame, so his birthday is on 2-20.  And then sometime -

22   and I've got the date of February 22nd - you have a

23   meeting.  But you do remember having a meeting with her

24   in person; is that right?

25     A.   Yes, yes.

SHIRLEY JEAN SPENCER    12.06.12

Page 101

1       Q.   And do you remember in that meeting what the

2   discussion was about your son, Little Matt?

3       A.   I remember her asking me that she was concerned

4   maybe something happened to Matt or not.

5       Q.   Okay.  Did Detective Krause offer to interview

6   Little Matt at that time?

7       A.   Yes, she did.

8       Q.   At first did you indicate to her that you might

9   -- you would prefer that -- let me rephrase that.

10          Did you indicate to her that you'd like to

11  discuss the potential of her interviewing Little Matt

12  with your therapist?

13      A.   Yes.

14      Q.   And tell me what was your thinking about that.

15  Were you just trying to be careful, or why did you want

16  to talk to the therapist first?

17      A.   I just thought that it would be good for him to

18  see a therapist instead, you know, no other reason that

19  I can think of.

20      Q.   At that point in time, around February 22nd,

21  you didn't know anything that had supposedly happened at

22  the motel; is that right?

23      A.   No, I didn't.

24      Q.   And then at a certain point in time, around

25  February 27th, do you have a meeting with Detective

SHIRLEY JEAN SPENCER    12.06.12

Page 102

1   Krause in her office?

2        A.   Yes.

3        Q.   In that meeting, do you remember her asking you

4   if Matt had ever complained about his penis hurting or

5   rectum?  Do you remember her asking you those questions?

6        A.   Yeah, about his bottom hurting, because he had

7   complained about his bottom hurting or tummy hurting.

8        Q.   And had Little Matt's complaints about his

9   bottom and his tummy hurting, had they been after

10  February 16th, after the Salmon Creek?

11       A.   Yeah, it was after the birthday, I'm pretty

12  sure.

13       Q.   Did you take Little Matt for a medical exam at

14  a certain point in time?

15       A.   Yes, I did.

16       Q.   What were the results of the medical exam on

17  Little Matt?

18       A.   I really wasn't privy to that information.  He

19  just said it was hard to tell in a child that small

20  because their muscles are so flexible, strong, whatever

21  he said.  I don't remember the exact words he said.

22       Q.   Was it your idea to take Little Matt for the

23  exam or did Detective Krause recommend it?

24       A.   Detective Krause recommended it.

25       Q.   And after Little Matt's medical exam, did you

SHIRLEY JEAN SPENCER    12.06.12

Page 104

1      Q.  Right.

2      A.  I didn't conclude anything.  I just know what

3   Sharon Krause said he said.  I don't know.  I don't know

4   conclude.

5      Q.  When the information comes out that Little Matt

6   has been sexually -- allegedly sexually molested by Ray

7   Spencer, does the information go to Sharon Krause and

8   then Sharon Krause tells you what Little Matt said?

9      A.  She told me what his reports were to her, yes.

10     Q.  Did Little Matt ever report anything directly

11  to you during that time period?

12     A.  He talked to me about the bubble bath and he

13  was afraid to take bubble baths.  That was clear back

14  when Ray was there.

15     Q.  Did Little Matt tell you why he was afraid to

16  take bubble baths?

17     A.  He told Sharon.

18     Q.  So just so it's clear on the record, does

19  Little Matt ever describe any of the sexual molestation

20  of him that allegedly occurred at the motel?

21     A.  At the motel?  No.

22     Q.  Does Little Matt ever describe to you any

23  sexual molestation that occurred to him by Ray Spencer?

24     A.  Clear back then it was just him being afraid to

25  take a bubble bath and for me to take his rectal

SHIRLEY JEAN SPENCER     12.06.12

Page 105

1    temperature when he was sick.

2        Q.  All right.  Other than that information,

3    though, was there anything else that Little Matt told

4    you about related to any sexual molestation?

5        A.  No.

6        Q.  Did Little Matt ever, after the Salmon Creek

7    Motel, did he ever tell you that nothing had happened at

8    the motel?

9        A.  He has never recanted anything to this date.

10       Q.  But I'm asking you back around February 22nd,

11   did Little Matt ever tell you that nothing had happened

12   at the motel?

13       A.  No, he did not tell me nothing had happened at

14   the motel.

15       Q.  I'm correct that he doesn't tell you what

16   happened.  He tells Sharon Krause.

17       A.  Yeah.  I only remember some things about the

18   temperature and the bubble bath.

19       Q.  Did Sharon Krause then interview Little Matt at

20   some point in time about the Salmon Creek Motel?

21       A.  She did about me taking him over there.

22       Q.  And then after she interviews him, she reports

23   to you what he said.

24       A.  Oh, I don't remember.

25       Q.  Is that correct?

SHIRLEY JEAN SPENCER    12.06.12

Page 114

1      A.  Yes.  I took it to Sharon Krause and she gave

2  it to Mike Davidson and he took it up there.  He came

3  back and said he wouldn't sign it.

4      Q.  Okay.  And why did you give the quitclaim deed

5  to Sharon Krause?

6      A.  Because I didn't want to see Ray and I hadn't

7  had any contact with him.  And I didn't want to go to

8  the jail.

9      Q.  So you asked Sharon Krause if she could take

10  the quitclaim deed?

11      A.  Yes.

12      Q.  And then how did you learn Detective Davidson

13  took the quitclaim deed to Ray Spencer?

14      A.  I was there.  I gave it to Sharon.  Sharon

15  asked Mike if he would take it up.  He took it up.  He

16  came back and gave it back and said he wouldn't sign it.

17      Q.  Okay.  When you say you were there, were you in

18  the sheriff's office?

19      A.  Yeah.  I was in Sharon's cubicle, yeah.

20      Q.  At any other time are you aware of whether

21  Sharon Krause or -- whether Sharon Krause got any

22  documents in to Ray Spencer at the jail?

23      A.  I have no clue.

24      Q.  Are you aware of whether a power of attorney

25  was taken to the jail by Michael Davidson for Ray 's

SHIRLEY JEAN SPENCER   12.06.12

Page 116

1      A.   Not offhand, no.

2      Q.   Do you know the street name?

3      A.   I just know where I go.  I don't pay attention.

4  It's right off Highway 99 in Hazel Dell.

5      Q.   How old is Ralph?

6      A.   50.

7      Q.   And you said his friend's name was Bill

8  Squires?

9      A.   I think that's what it was.  I'm not sure.

10      Q.   Do you have any idea where Bill Squires is

11  today?

12      A.   He's deceased, committed suicide.

13      Q.   When did you move out of the Lucia Falls house?

14      A.   1985, 5 of 1985, which would be May of '85.

15      Q.   And where did you move?

16      A.   To a house across the river.

17      Q.   Does the house across the river have an address

18  that you remember?

19      A.   Yeah.  Can I get it out?

20      Q.   Sure.

21      A.   I don't remember it on the top of my head, but

22  I have it written down.

23      Q.   Okay.

24      A.   It's 18308 N.E. Cole Witter, C-o-l-e, another

25  name Witter, Road, Battle Ground, Washington.

SHIRLEY JEAN SPENCER    12.06.12

Page 117

1      Q.  Thank you.

2          And then when you moved to the house on Cole

3  Witter Road, do you live there with anybody else?

4      A.  Mike Davidson moved in around the fall.

5      Q.  You're talking about the fall of 1985?

6      A.  Yes, I think it was.  That was June.  Yeah,

7  fall, it was right after that.

8      Q.  And then how long do you live in that house on

9  Cole Witter Road with Mike Davidson?

10     A.  On and off for two or three, four years.  I

11  couldn't even tell you.  It's so long ago.  I don't have

12  dates.  It's not something I remember, dates.  It was on

13  and off, though, for at least a couple of years.

14     Q.  And then do you move somewhere else with

15  Detective Davidson?

16     A.  No, he moved out.

17     Q.  Do you remember giving statements previously

18  that your relationship with Davidson lasted about five

19  years?

20     A.  Well, I wasn't sure.  I couldn't remember

21  exactly, two, three, four, five years.  I don't know.  I

22  don't keep track of all that.

23     Q.  But you're aware, aren't you, from looking at

24  past statements that you've made that you've said five

25  years?

70

SHIRLEY JEAN SPENCER    12.06.12

Page 118

1      A.   Yeah, I'm aware of it.

2      Q.   And then what year is it, is it 1989 when you

3  part company with Detective Davidson?

4      A.   It could have been around there.  Like I said,

5  I don't keep track of it.  I don't know.

6      Q.   Why did you split up with Detective Davidson?

7      A.   Because there was a lot of issues with Matt and

8  I, a lot of anger and a lot of, you know, we're upset

9  all the time and mistrust, you know.  It just wasn't

10  working for us.

11          And I really wasn't in love with him, I guess,

12  because when we started dating in June, it was mainly

13  somebody to lean on, I guess, you know.  I was so

14  confused and upset and so was Matt.

15     Q.   When you say -- you said that Matt had some

16  problems with anger and --

17     A.   Yeah, a lot of issues.

18     Q.   What were the issues?

19     A.   He'd hit and push and cry and stuff like that.

20     Q.   Where does Matt Hansen live today?

21     A.   He lives in a little place on my property.

22     Q.   And how would you describe your relationship

23  with Matt Hansen as of today?

24     A.   We have a good relationship.

25     Q.   How old is he now?

SHIRLEY JEAN SPENCER    12.06.12

Page 120

1      A.  I think it's been about a year ago.

2      Q.  Do you know what the crime was?

3      A.  Yeah, he got into drugs.

4      Q.  So the charge against him related to drugs?

5      A.  Yeah, drugs or breaking into my house when he

6  was on drugs.

7      Q.  Does Matt Hansen have any children?

8      A.  He has a daughter, a five-year-old daughter.

9      Q.  And does he have custody of her or does her

10  mother?

11      A.  The mother has custody.

12      Q.  What is the mother's name?

13      A.  Stephanie.

14      Q.  What's her last name?

15      A.  Snow.

16      Q.  Do they also live close to you?

17      A.  No.  They live an hour away in Rainier, Oregon.

18      Q.  You said that you first -- I think you said

19  something about your first date with Detective Davidson

20  was in June, was it, of 1985?

21      A.  Yes.

22      Q.  When is the last time that you talked to

23  Michael Davidson?

24      A.  Oh, my gosh, 15, 20 years ago.  I can't even

25  tell you for sure.

Page 122

1           MR. DUNN:  Deed.

2           THE WITNESS:  -- that paper I took in there,

3    quitclaim deed.  He didn't talk to me about seeing him

4    any other time.

5    BY MS. ZELLNER:

6        Q.  Did Michael Davidson ever tell you that he'd

7    gotten in trouble with the jail staff, jail personnel,

8    for visiting Ray Spencer?

9        A.  No.

10       Q.  He never told you that?

11       A.  Not that I remember.

12       Q.  Okay.  Did Michael Davidson ever tell you that

13   he had attempted to convince Ray Spencer to plead

14   guilty?

15       A.  No.

16       Q.  Would you agree with me that the first time you

17   go out in public with Michael Davidson is in June of

18   1985?

19       A.  1985, in June.

20       Q.  That's the first time you go out in public,

21   right?

22       A.  Well, never saw him privately before then,

23   either.

24       Q.  When does -- does he ask you out or do you ask

25   him out?

73

SHIRLEY JEAN SPENCER    12.06.12

Page 128

1   arguing and he did that.

2        Q.   Did he say anything when he held the gun to his

3   head?

4        A.   I don't remember if he said something like I

5   might as well not be living or whatever.  I don't really

6   know.  I don't remember his exact words it was so long

7   ago.

8        Q.   Okay.  Did you ever have, in your relationship

9   with Michael Davidson, did you ever have any physical

10  confrontations with him?

11       A.   No, no.  It was verbal.

12       Q.   And would you say that towards the end of that

13  relationship, before you split up, was that relationship

14  fairly stressful?

15       A.   It was, because Matt and I were stressed all

16  the time.  I'm sure that's probably caused a lot of it.

17       Q.   And do you think the stress for you and Matt

18  came from the whole investigation and prosecution and

19  conviction of Ray Spencer?

20       A.   That, and him being molested.  The whole thing,

21  every all together.  It was really hard on everything.

22       Q.   How long did you continue your therapy with the

23  therapist that you mentioned?

24       A.   I quit -- I went a couple of years and I had to

25  quit going for Matt so he could go.  It was really

SHIRLEY JEAN SPENCER    12.06.12

Page 130

1   Thank you for your patience.

2           THE WITNESS:  I'm not very patient, am I?

3           MS. ZELLNER:  No, you are.  You are.  It's hard

4   to remember all this.

5           MS. FETTERLY:  Do you need a break?  I know

6   some of the counsel will have a few questions for you.

7   Do you want a break first or do you want to proceed?

8           THE WITNESS:  I'm fine.

9           MS. FETTERLY:  Just for the record, my name is

10  Patricia Fetterly, and I will be the next questioner.

11

12                      EXAMINATION

13  BY MS. FETTERLY:

14      Q.  I just want to establish, Ms. Spencer, it is

15  true, is it not, that on August 24th and 25th, 1984,

16  when Kathryn made her disclosures to you, you didn't

17  know Mike Davidson?  You'd never met him by that time;

18  is that right?

19      A.  No, I never met him until Ray went in for

20  his --

21      Q.  The first polygraph?

22      A.  Yeah, the first polygraph.

23      Q.  Would it also be fair to say that you didn't

24  even know who Mike Davidson was in August of 1984?

25      A.  I didn't know who anybody was at the County.

SHIRLEY JEAN SPENCER   12.06.12

Page 131

1      Q.   Including Mike Davidson?

2      A.   Including Mike Davidson, Sharon Krause, any of

3   them.

4      Q.   And you didn't know Jim Peters?

5      A.   Didn't know him.  And I still don't remember.

6      Q.   Okay.  As you just alluded to, am I correct

7   that the first time you would have met Mike Davidson

8   would be the date of the -- of your then husband's first

9   polygraph, which I think the record shows was September

10   21st, 1984?  Would that be correct?

11      A.   That would be correct.

12      Q.   And on that occasion, you come -- you come with

13   your then husband to the Clark County sheriff's office;

14   is that right?

15      A.   That's right.

16      Q.   Was that your first meeting with either Mike

17   Davidson or Sharon Krause?

18      A.   Yes, that was the first time I ever saw him.

19      Q.   And would the next time you ever met Mr.

20   Davidson be the date of the second polygraph, which I

21   think the record established is September 24th, 1985?

22      A.   That's right.

23      Q.   And am I also correct from your former -- from

24   the testimony you gave a little while ago that the next

25   time you would even have gone to the sheriff's office

76

SHIRLEY JEAN SPENCER    12.06.12

Page 132

1    would have been when you were interviewed yourself by

2    Detective Krause somewhere around late February 1985?

3    Would that also be correct?

4         A.   Yes.

5         Q.   So you made no visits, then, to the sheriff's

6    office between September 24th, 1984, and approximately

7    February 27th, 1985.  Would that be accurate?

8         A.   That's accurate.  As I recall.

9         Q.   And am I correct that you, as you just

10   testified, were interviewed at the sheriff's office by

11   Detective Krause, I believe it's been established on

12   February 27th, 1985?  Do you recall meeting Mike

13   Davidson on that occasion at the sheriff's office?

14        A.   No.  Sharon was the interviewer.  I only saw

15   Mike there a couple of times, that I was with Ray or if

16   he walked past.

17        Q.   But you didn't interact with him, would that be

18   fair to say?

19        A.   That's exactly right.

20        Q.   And then I believe you testified that you took

21   your son, Matt, I think the following day on February

22   28th, 1985, to the sheriff's office, and was that again

23   to be interviewed by Detective Krause?

24        A.   Yes, it was.

25        Q.   Did you have any interaction with Detective

SHIRLEY JEAN SPENCER    12.06.12

Page 133

1    Davidson on that occasion?

2        A.  No, I didn't.

3        Q.  And then did you have some other occasions to

4    take Matt, your son Matt, in that same time frame,

5    meaning late February 1985 maybe into early March 1985,

6    to the sheriff's office again to be interviewed by

7    Detective Krause?

8        A.  I don't know how many times I was in there to

9    see her for an interview for Matt.  A couple of times.

10       Q.  I think there's some references in deposition

11   testimony that you gave earlier that it seemed like you

12   were there all the time or words to that effect.  Was

13   that, again, to see Detective Krause in this same time

14   frame?

15       A.  Yes, it was.  And it did seem like it was every

16   day because it was ongoing for months, you know.  And I

17   know that I wasn't there, but it felt like it, you know,

18   there was so much stress.

19       Q.  It felt like it to you.  I understand what your

20   answer is.

21            But am I correct, the purpose of those trips to

22   the sheriff's office in that time frame, meaning

23   February, March 1985, was not to see Detective Davidson;

24   is that right?

25       A.  That's right.  I didn't even like him then.

SHIRLEY JEAN SPENCER    12.06.12

Page 134

1      Q.   Okay.  And then you testified, too, on one

2  occasion interacting with Detective Davidson when on a

3  visit to see Detective Krause, you had a quitclaim deed

4  with you and she gave it to Detective Davidson to take

5  to Mr. Spencer?

6      A.   Yes, that's true.

7      Q.   Was that the only time that you can recall

8  interacting with Detective Davidson in the Clark County

9  sheriff's office --

10      A.   Yes.

11      Q.   Let me finish.  -- between September 24th,

12  1984, and that date that he took the quitclaim deed?

13      A.   Yes, ma'am.  That's true.

14      Q.   And I think you testified that your personal

15  relationship with Detective Davidson did not begin until

16  June of 1985; is that right?

17      A.   That's true.

18      Q.   On any time prior to you beginning to date him

19  after June of 1985, did you ever see Detective Davidson

20  alone, in private?

21      A.   Never.

22      Q.   And was your sole interaction with him what

23  you've just described in your testimony today, meaning

24  you saw him twice in September of 1984 when you

25  accompanied your husband for the polygraphs, and you

Page 135

1   might have seen him in the office but not interacted

2   with him when you came to be interviewed by Detective

3   Krause, and that you saw him on one occasion sometime

4   after that where he took the quitclaim deed?  Would

5   those summarize your only interactions with him with

6   Detective Davidson up to June of 1985?

7        A.   That's exactly right.

8        Q.   Now, I want to turn now to your home that you

9   owned on Lucia Falls Road.  Was this a house on the

10  Lewis River?

11       A.   Yes, ma'am, it was.

12       Q.   When the Spencer children visited you in the

13  summer of 1984, was this where you and your family were

14  then living when the Spencer children came to visit?

15       A.   Yeah.  I lived there since '77, that same

16  house.

17       Q.   Because Kathryn describes in one of the reports

18  a house on the river.  To the best of your recollection,

19  that you and her father lived in, would that be that

20  house to the best of your knowledge?

21       A.   That's that house.

22       Q.   Because it was, in fact, on a river, right?

23       A.   It's on the Lewis River.

24       Q.   What was the purchase price of that home in

25  1977?

SHIRLEY JEAN SPENCER   12.06.12

Page 136

1        A.   39,000.

2        Q.   Did you have to take a loan to buy the home?

3        A.   Yes.

4        Q.   You didn't pay cash, in other words?

5        A.   No.  I had no money, no.

6        Q.   Well, very few people do.  That's not a

7   criticism.

8             Do you recall what your mortgage payments were

9   on the home when you -- after you bought it?

10       A.   300 a month.

11       Q.   Was that something you could afford at the

12  time?

13       A.   Yeah, I was doing okay on 300 a month.

14       Q.   And when you married Mr. Spencer, which I think

15  you said was in 1983, did he and you then live in that

16  home, because that's where you were living with your

17  family, correct?

18       A.   We didn't live in that house, per se, because

19  it had to be remodeled.  He wouldn't move into it.  We

20  lived in his rental home in Orchards.  It took eight

21  months to remodel the house, and then we moved into the

22  house.

23       Q.   I think you told me when I spoke with you last

24  week that you recall the remodeling being finished by

25  March of 1984; is that accurate?

SHIRLEY JEAN SPENCER    12.06.12

Page 137

1       A.   That's accurate.

2       Q.   To do this remodeling, was it just a matter of

3   a little bit of repainting, or was it an extensive

4   remodel where you had to take a loan to do the remodel?

5       A.   I had to take a loan.

6       Q.   Approximately how much -- this would have been

7   a new loan over and above the purchase loan you had that

8   you were paying 300 a month for?

9       A.   It would have been a second.

10      Q.   A second?

11      A.   Yeah.

12      Q.   Approximately how much of a second loan did you

13  and -- I take it Mr. Spencer would have had to sign on

14  the loan documents as well, correct?

15      A.   That's what the quitclaim deed was for.  They

16  wouldn't remodel the house until his name was on it,

17  because back then, women didn't have a lot of rights,

18  and I wasn't making enough money on my own.  So he did

19  the quitclaim so we could remodel the house.

20      Q.   Was that the remodel that was being done at his

21  insistence as opposed to yours?

22      A.   Yes, I was fine.  I had lived there six, seven

23  years for my family.  He didn't like it.  He called it

24  an outhouse.  It was a cabin.

25      Q.   What was the principal amount of that second

SHIRLEY JEAN SPENCER   12.06.12

Page 138

1   loan that you had to take?

2       A.  About 43,000.

3       Q.  And then when you added that to -- I take it

4   you still owed money on your first loan that you took

5   out to buy the house; is that right?

6       A.  Yes.

7       Q.  Approximately how much debt did you then have,

8   you and he then have on the house?

9       A.  What do you mean?  How much all together?

10      Q.  Right, all together.

11      A.  I don't know.

12      Q.  Well, would it have been 70, $80,000 range?

13      A.  Right in there somewhere.  And then he insisted

14  on a garage, so that was another loan.

15      Q.  So by this time, you went from owing maybe

16  30-some-thousand on the house or maybe less to close to

17  80,000 on the home.  Would that be accurate?

18      A.  That's accurate.

19      Q.  And did it require both your income and his

20  income to make the payments on that now close to $80,000

21  loan?

22      A.  Yes, ma'am.

23      Q.  Now, did Mr. Spencer contribute any cash toward

24  the remodel of your home or the improvement of your

25  home?

SHIRLEY JEAN SPENCER    12.06.12

Page 139

1       A.   Absolutely none.  He didn't own anything.  He

2   didn't have any money to put anything down on it.

3       Q.   So this remodel was financed entirely by you

4   and he jointly taking out this second mortgage; is that

5   correct?

6       A.   Right.

7       Q.   Did this result in considerably higher monthly

8   mortgage payments than you had before?  I think you said

9   before it was 300 a month.

10      A.   Yeah, it brought it up another 300, and I can't

11  remember exactly.  And then the garage on top of that.

12      Q.   After Mr. Spencer was in jail and was not

13  receiving -- and had been terminated, I take it by the

14  Vancouver Police Department, and you had to rely solely

15  on your income, could you afford those payments?

16      A.   I made them, but it was a struggle.  I went

17  under financially.  I couldn't keep it up.

18      Q.   Is that why you wanted to list the home?

19      A.   Yeah.

20      Q.   At the time -- excuse me --

21      A.   Yes.

22      Q.   -- go ahead.  Was that what you were responding

23  with?

24      A.   Part of it was because the payments were so

25  high and I made around 20,000 a year, if I remember.

Page 140

1      Q.  Since Mr. Spencer's name was now on the house

2   title, were you able to even sell it without first him

3   quit -- signing a quitclaim deed?

4      A.  I wasn't able to sell it, period.  Things

5   weren't moving right then.  And I couldn't afford to

6   stay there.  And emotionally it was really hard to stay

7   there for Matt and I and so I had it listed.

8         And the realtor offered me $5,000 for the house

9   and I took the 5,000 and he took it over.  My son and

10  his friend that I named, Bill, they were living in the

11  house up until the time that he took it over.

12     Q.  So when Mr. Spencer made statements in the past

13  that Mr. Davidson moved in with you into his house,

14  meaning Mr. Spencer's house, is that really accurate?

15     A.  It's not accurate at all.  He never lived in

16  that house, ever, meaning Mike Davidson.

17     Q.  And is it correct that Mr. Spencer hadn't

18  really had any ownership in that house for any lengthy

19  period of time?  Would that be accurate?

20     A.  We were in there about maybe eight months,

21  maybe, ten months, somewhere in that area, before he

22  went to jail.

23     Q.  And other than possibly assisting with the

24  house payments, Mr. Spencer never put any money into

25  that house, which had previously belonged solely to you.

85

SHIRLEY JEAN SPENCER    12.06.12

Page 141

1   Is that accurate?

2        A.   That's accurate.

3        Q.   Did you ever take possession of any of Mr.

4   Spencer's guns?

5        A.   No.  Did you have more to say?  Sorry.

6        Q.   Go ahead.  You can explain your answer, I

7   think.

8        A.   When we had the problem with him insisting on

9   his guns, the sheriff -- sheriff's office took the guns

10  for a while for safekeeping, and I didn't want them in

11  the house because of the problem.  And eventually,

12  through the divorce, he was awarded the guns in the

13  divorce.  I asked for them to pay bills, but it was a

14  civil matter so they gave them to him.  And eventually

15  they went to Ray's best friend, Leo Clark, that he lived

16  with in Hazel Dell.

17            The only gun that didn't go there went to that

18  police officer that took him to the hospital, Tom -- was

19  it Tom? --

20       Q.   Gibson?

21       A.   -- Gibson.  There was something like -- it

22  looked like -- it was a big gun, like a revolver or

23  police gun, and I was scared to use it for protection,

24  so he traded me for a little gun.  And that's where that

25  gun went.  The rest of them Leo Clark got.

86

SHIRLEY JEAN SPENCER   12.06.12

Page 151

1          MS. FETTERLY:  I'd ask the reporter to hand Ms.

2    Spencer the document that has now been marked as Exhibit

3    B.

4          THE WITNESS:  I have it.

5

6                         EXAMINATION

7    BY MS. FETTERLY:

8        Q.  And Ms. Spencer, can you take a look at that

9    document, and just -- I just want you to verify that

10   that is actually a copy of the handwritten statement you

11   made on or about August 25th, 1984, which documents your

12   conversation with Kathryn Spencer of August 24 and 25,

13   1984; is that correct?

14       A.  That's correct.

15       Q.  Is that a true and accurate copy of your

16   original notes --

17       A.  Exactly.

18       Q.  -- documenting those conversations?

19       A.  Exactly.

20       Q.  Just so the record was clear, in the earlier

21   portion of your deposition, there was some rather

22   extensive questioning by Ms. Zellner concerning your

23   handwritten document.  And previously the record had

24   stated that that document was Tab A-1.  Do you recall

25   that testimony where you were questioned about that

SHIRLEY JEAN SPENCER   12.06.12

Page 152

1   handwritten document at some length?

2        A.   Yeah, I remember.  Ours just said exhibits.

3        Q.   And you read extensively in response to Ms.

4   Zellner's question from that document.

5        A.   Yes, ma'am.

6        Q.   Is that the document you read from earlier in

7   your deposition the document that's been marked as

8   Exhibit B?

9        A.   Yes, ma'am.

10        MS. FETTERLY:   Thank you.  I wanted to clarify

11   that for the record.

12        (Deposition concluded at 2:12 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

84-8506

①

Fri. Aug. 24, 1984, about 9:00 pm
the kids all wanted to sleep on the
front room floor and watch the
video as they had the night before.
While they were watching the cartoon
I took a shower. When I finished
I put on a movie and Kathryn and
Big Matt asked me to lay between
them on the floor. While watching
the movie Ray was at work.
Around 10:00 or 10:30 the boys fell
asleep. Kathryn asked me if I
could rub my tummy. Which was
normal for we all rub each others
back, legs, feet, tummys etc. some-
times a whole family project. While
she rubbed my tummy she slid
her hand up and tryed to expose
my top a few times and I said
Kathryn abc then paid close
att. to her actions. She would
put her arm across my chest,
and try to mol my skin and
feel my breast and I sneak a look
to see if Big Matt was watching.
I again said Kathryn and she slid
her hand back to my tummy. All
of a sudden she slid her hand

Exhibit 8
Date: 12-6-12  S. Spencer
Rider & Associates
800-869-0864

Spencer-05222

89

84-850L

(3)

down to my front. Startled I said
Kathryn, and she jerked her hand
away. She said mommie can
I rub your peepee. I said no
Kathryn. She said, can I rub your
peepee and when I'm done
will you rub my peepee. She
said it feels good. can I. She
said Karen let me rub her peepee.
I said no. I will your back
and tummy not your peepee.
She kept insisting she wanted
me to do this for it felt so good.
She would grab my hand and
try to push it to her peepee. I
said no. she again said Karen
and my mommy let me rub
their titties and peepees. At that
I started questioning her about
Karen then her mom. She told
me her dad was away hunting
and Karen was laying on the bed
with Kathryn. Karen had Kathryn
untie her robe and rub her
tummy, then her breast, then she
let her rub her peepee. I asked her
then what and she said Karen
rubbed her peepee.

Spencer-05223

90

84-8506

③

I asked Kathryn how many times did this happen. She said a few. I then asked her about her mom + She said pretty much the same things that they rubbed each others tummies - tops and pee pees. I said was this only when mommie + Jut mediant on your pee peg cause it was soft. She said no. She rubbed it other times when it didn't need medicine. She again asked me if I would rub her pee pee. I said I would rub her back and tummy not her pee pee. She then said daddy lets me rub his pee pee and he rubs my pee peg. That really tore me up. So I kept it light as we watched the videos and tried to question her more. I asked her where the toys were when this happened and she said asleep. I asked her where I was and she said at work. I asked her how many times + or 2 or 3 she said a hole bunch. She said daddy told her not to tell. I said then why

Spencer-05224

91

84-8506

④

are you telling me Kathryn I
said I wanted you to know I
said are you going to tell your
momma? (No) and she said
no she would never do that.
I asked her why she said
Mommy would laugh at me.
I asked her if she was going
to tell anyone else she said
no. Ray came home from Work
and I didnt know what to do
or say I had never come up against
anything like this before. I was
scared for Kathryn, Ray, many
things ran thru my mind what
to do, what to say or how to say
it, but I just couldn't do or say
anything till I talked with Kathryn
More. and the next day Ray
left for Work, I took the kids to
the beach. While the boys swam
Kathryn laied on the blanket to
keep warm and we talked some
More. she said her sorry story
about her mom and Karen and
went into more detail about her
dad and her and Big Matt.

Spencer-05225

92

84-8506

She said Big Matt stuck his finger in her some times. I asked her about any other men or women she said no. Every time Big Matt came around she said shush Matt's comming. She said you won't tell dad and I said Ya, and don't you say anything. She said dad told me not to tell you and you tell me not to tell dad. I said that's a little different. She again asked me about why I wouldn't rub her peepee. I said it make his feet dirty so changed the subject. She said I rubbed you. I said Kathryn you rubbed my tummy not my peepee. You touched it once and mom told you no. She said I know but can I mom it feels good. I said no and started questioning her again. She said dad would lay on his back and she would lay on his tummy. They started out with dad in his robe in shorts and her in her nighty and panties. Then she said she took off her panties and slid

Spencer-05226

93

84-850C

⑥

daddys clown and he put his
Pee Pee between her legs. I asked
her then what. She said he
tried to put it in her little hole,
but it was too big, I said did it
hurt and she said yes I said
then what did you do. She said
I told daddy it was too big and
he said what can I say baby girl
she said I don't know, I said
then what. She said he then kissed
her Pee Pee, and she kissed his
and tryed to or did put it in her
mouth. I asked his if she ever
got poop and she said yes. And I
said from what she said from
rubbing it. I asked her if he
said nice things to her, and she
said he kisses me and tells me he
loves me and tells me I have a
pretty bottom. I asked her if she
likes this and she says yes
and she likes her daddy. And does
he do this to me. I said that's
different Kathryn.

Kathryn feels good about all
this. She likes it and wants it
more. She said she wants to know

Spencer-05227

94

84-8506

what it feels like to do more. I
didn't know how to tell her that
this wasn't right with out making
her feel bad & dirty. I asked
her if she was telling me stories.
she said no. I said you wouldn't
tell me lies, she said no. Your not
making it up, No. I asked her if
she was afraid of me she said yes.
I said why I never have spanked
you. are you afraid of that. Well
my momma Delanie would
spank me and send me to my
room. I said you know I wouldn't
do that. she said I know. I
said then is this all so. she
said yes. I then got batteries
and called the Crissit Line because
I didn't know what else to do.
I asked Crissie line if I should
tape Kathryn she said it wouldn't
do any good it wouldn't hold
up in court, so I didn't tap
her, Ray then called and I
told him. Then he took it to
Sac. Calif. Crissie.

                    Shirley J Spencer