happened, and if her daddy needed help. Katie stated to me in a very loud voice, "I told you he needs help and I don't want to talk about it." I advised Katie that if a bigger person needed help the only way we could help was if we knew what happened. Katie immediately replied, "Talk to Shirley. She knows the truth." I explained to Katie that it was not only important that Shirley was able to talk to us, it was also important for us to talk to her in case Shirley forgot to say something. Katie did not respond. At that time I indicated to Katie that I did not want her to be upset and that we could try to talk about it another time if she would rather wait. Katie indicated that she "would think about talking about it later." I asked Katie, "Is there more to tell?" and Katie stated, "Yes, but I don't like talking about it, Sharon." I indicated to her that I knew that it would be hard to talk about things like we had talked about but I advised her that she had done "really good" and assured her again that she was not in any trouble.

I asked Katie if I could ask her just two more questions and indicated that we would leave after that. Katie stated, "Just two and no more." I asked Katie if she could remember what she and her daddy were wearing when the thing happened that she had shown me with the dolls. Katie stated, "What do those dolls have on?" I advised her that the dolls were both nude. Katie's response was, "That's right. We were both nude."

At that time I picked up Katie's coat and indicated to her that she had done really good and that we would go. Katie stated, "I told you you could ask two questions and you only asked one. Then we can go." At that time I stated to Katie, "Katie, did more happen than what you just told me with the dolls about your daddy and you?" Katie stated, "Yes, I won't say it but I'll show you with the dolls." At that time I observed Katie walk to the bed, at which time she picked up the child female doll and placed the mouth of the female doll against the penis of the male doll. When Katie did that I asked her who the dolls were and Katie stated, "You were only going to ask two questions." I indicated to Katie that that was part of the question because I needed to know who the dolls were. Katie stated, "This is me and this is my daddy." I asked Katie what she called what the dolls were doing and Katie stated, "Two questions." I advised her that that was still part of the second question and Katie stated, "This is called sucking." When Katie made that

Spencer000067

360



statement she made a shivering noise with her mouth and shook her body as if what she was doing with the dolls was distasteful.

At that time Katie got her coat and indicated that I had asked two questions, she had answered two, and that she "wanted to go home." When I was putting my coat on I stated to Katie, "There are only two ways we can make sure things like this don't happen to children again, Katie. One is to get the person bigger than the child help or to keep the child and that person separated." Katie then stated to me, "I think it would be wonderful if you would keep my dad in Washington and Matt and I would stay with my mother in California."

The time that Katie and I were alone in my room discussing the possibly sexual contacts was approximately one and a half hours. However, there were several times during that time when Katie was quiet and there was no conversation. When Katie and I left the motel, it was approximately 7:00 PM and neither she nor I had eaten anything. Katie indicated that she was hungry so en route to her residence I stopped and Katie and I each had a taco and a cold drink at a drive-in restaurant. During the time we were in the restaurant Katie stated to me, "It was good I told the truth, huh?" I assured Katie that it was always good to tell the truth and asked her if she would be willing to talk to me again before I left in case there was something else important that she had forgotten to tell me. At that time Katie placed her finger over her mouth telling me to 'shhhhh' indicating that I should be quiet and stated, "This is not a private place to talk." Katie then advised me that we could talk in the car because that would be private, after we finished eating.

When we finished and were en route to Katie's home she stated, "I bet my step-mother will be proud of me for telling the truth." I advised her that I felt Shirley would be proud of her for telling the truth and stated to Katie, "I know how hard it is for children to talk about these things," and Katie stated, "Are you proud of me, too?" I advised Katie that I was always proud of children who told the truth. Katie stated to me, "But, you've got to promise not to tell Matt because he will laugh, I can guarantee you." I asked her why she thought Matt would laugh and she stated, "I just know he would laugh, that's all." Several times when we were driving en route to her



Spence/000068

361

home Katie talked about 'Shirley being proud of her because she just had know what happened, her mother being proud of her and me (KRAUSE) being proud of her for telling, because it was hard to tell.'

At one time I told Katie that sometimes when we start talking about things we remember things we had forgotten and that's why I wondered if she would talk to me again. Katie stated, 'I remember lots of things I didn't tell you but I can tell you the next time.' I asked her what the things she remembered were about and Katie stated, 'You know, that secret stuff.' At that time I stated to Katie, 'Katie, when you talked to Shirley, did you say something about someone else doing things, too?' Katie immediately stated, 'Yah, well, Sharon, I lied about that to my step-mom.' I asked her if she could remember why she lied about that and she stated, 'Well, I didn't want to make her feel bad and she had to know, didn't she?'

I indicated to Katie that when I talked to Shirley she was worried that she (Katie) would be upset with her for telling because she (Katie) had told Shirley not to tell. Katie stated, 'Yah, like my daddy tells me not to tell and I had to.' I asked her if she knew why Shirley told me and Katie stated, 'Because she loves me and I love her and she wants my daddy to get help too, doesn't she?' I indicated that Shirley would want him to get help if he did that, too.' Katie stated, 'He did do that.'

Also, as we were driving home there were several seconds when neither Katie nor I had said anything and Katie stated to me, 'Sharon?' I stated, 'Yes.' Katie stated, 'I really love my daddy.' I indicated to her that I knew she loved her daddy and Katie stated, 'When he did that I didn't say anything because if you say things when you're mad you can't take them back, and I didn't want to hurt my daddy's feelings.' I asked Katie if she ever talked to her mother about what we talked about and Katie stated, 'No, I just told my step-mother.'

When we arrived at Katie's home, Deanna SPENCER was at the residence. I indicated to Deanna SPENCER that Katie was a 'good helper' and that she had talked with me and had really helped me. At that time Katie was standing on the couch and jumped into her mother's arms and stated, 'Aren't you proud of me cause I told the truth, cause I knew I had to about my dad.' Deanne SPENCER told Katie that she was proud of her. Katie told her mother that 'she

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 13 of 14

Spencer000069

362

loved her" and Deanne SPENCER said the same to Katie. I said again that Katie did really good and was a good helper by talking to me. Katie placed her hand over my mouth and said, "Don't tell her what we talked about." Her mother assured her that it was okay and the important thing was to just be able to tell the truth. Katie stated, "And it's not my fault. It's my dad's, huh?" Deanne stated, "It's not your fault."

I did not attempt to question Katie any more that day; however, conducted another interview prior to my leaving the Sacramento area. Refer to additional utility reports for details.

Prior to leaving Deanna SPENCER'S residence I made arrangements to pick Matt SPENCER up the following day for the purpose of my interviewing him reference any knowledge he may have regarding this situation.

Investigation to continue.

CCSO Case #84-8506, S.A.KRAUSE, K-43                                 page 14 of 14

Spencer000070

363

SE NUMBER _84-8506_

DATE/TIME _10-16-84_ _5:30pm_

LOCATION _Holyday Inn Sacramento. Ca_

VICTIM _Katie (Spencer)_

SUSPECT _Ray (Spencer)_

Reporting Officer _L. Krause_



hot tub

belly button

butt

pee pee

wiener

Spencer000071

364

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

STATUTORY RAPE, 1ST DEGREE, RCW 9A.44.070
LOCATION OF INCIDENT:   17681 NE Lucia Falls Road, Yacolt, Washington
DATE OF INCIDENT:       Between 07-14-84 and 08-26-84

DATE & TIME:            10-18-84                    2100 hours
LOCATION:               Holiday Inn, Room #135
                        5321 Date Avenue
                        Sacramento, California 95841-2597

INCIDENT:               Witness Interview

PERSON INTERVIEWED:     SPENCER, DeAnne Sue          dob: 02-04-50
                        3930 Becerra Way
                        Sacramento, California       phone: (916) 482-6057
                        Work phone: (916) 920-0256, Ext. #34

VICTIM:                 SPENCER, Kathryn E.          dob: 01-13-79
                        3930 Becerra Way
                        Sacramento, California       phone: (916) 482-6057

SUSPECT:                SPENCER, Clyde Ray           dob: 01-09-48
                        aka: Ray SPENCER
                        17681 NE Lucia Falls Road
                        Yacolt, Washington           phone: (206) 687-2407
                        Work phone: (206) 696-8292

CCSO Case #84-8506  S.A. KRAUSE/K-43                    page 1 of 22


EXHIBIT
16

Spencer000008

365

SUMMARY:

Prior to my going to California on October 15, 1984, I had talked with DeAnne SPENCER on the telephone. During my conversations with her she indicated that she would make her children available to me and assist in any way she could if I were to come to Sacramento. During the last conversation I had with her just prior to going to Sacramento, I indicated to her that I would call her when I arrived in Sacramento to make arrangements to talk with her children.

On the afternoon of the 15th I made phone contact with DeAnne SPENCER at her place of employment. She advised that her children would be at their grandmother's residence that evening. DeAnne SPENCER suggested that she meet with me at the hotel and that I could follow her in my vehicle to her residence so I would be familiar with its location, and also accompany her to pick up her children so that would give me the opportunity to become acquainted with them.

DeAnne SPENCER met with me at approximately 2000 hours and at that time I did follow her in my vehicle to her residence. When we arrived at her residence with only she and I present we talked briefly regarding the allegations reportedly being made by Katie SPENCER, indicating that Katie and her natural father, Ray SPENCER, had some type of sexual contact.

During the time we talked, DeAnne SPENCER indicated that she was also concerned about Matthew because he appeared to be acting out. She advised that Matthew had not indicated why he was upset other than he apparently "threw a tantrum" approximately one week before I went to Sacramento. DeAnne related that she and her children had gone out to breakfast with her family after church and apparently that's where they were when Matt became so upset. She related that he was screaming things at her, calling her a liar and indicating to her that he was going to go live with his father as soon as he could, and she "would not be able to do anything about it."

She also advised me that on Wednesday, October 10, 1984, she discovered thirty dollars missing from Symphony Club money she had.

CCSO Case #84-0506   S.A. KRAUSE/K-43                                   page 2 of 22

Spencer000099

366

She advised that Matt had some things and had indicated to her that his friend bought them for him and when the money showed up missing, she questioned Matt. Apparently, initially Matt lied but then admitted that he had taken the money. DeAnne SPENCER related that all of the things Matt was doing were very unlike him.

DeAnne SPENCER also related that during the meeting with Detective FLOOD and also with Katie's therapist, Katie apparently was not indicating anymore than there had been something sexual between her and her father.

DeAnne SPENCER advised me that she was scheduled to take a polygraph on Tuesday morning, October 16, 1984, regarding her ever being sexually involved with her daughter, Katie. *where are the Results?*

After I talked with DeAnne for a short period of time I rode with her in her vehicle to pick up her children at Phyllis DAY'S residence. When we arrived at the grandmother's residence, DeAnne SPENCER introduced me to her children; however, we were not specific as to why I was there or who I was.

After we arrived at DeAnne SPENCER'S residence with her children and prior to my leaving, I made arrangements to pick Katie SPENCER up the following day for the purpose of my interviewing her regarding any information she might share with me. During the entire week I saw DeAnne SPENCER on several occasions; however, I did not talk to her in any depth at all until the evening of October 18, 1984. That interview was done in my room at the Holiday Inn with myself, DeAnne SPENCER and her sister, Linda LAWRENCE, present. During that conversation DeAnne SPENCER related the following.

Initially, DeAnne SPENCER provided me with the dates her children were with their father since she and Ray SPENCER separated and divorced. They are as follows:

#1 - The first visit occurred during Easter of 1981. Ray SPENCER reportedly came to Sacramento and the children stayed with him in a motel.

#2 - Six weeks during the summer months of 1981. At that time Ray SPENCER was living with a female subject named Karen STONE and

Spencer000100

367

the SPENCER children stayed at Karen STONE'S residence during summer visitation.

#3 - One week during Easter of 1982. Katie and Matt went to Los Angeles with their father.

#4 - Nine week visitation during the summer of 1982. Ray SPENCER was still living with Karen STONE and the visitation took place at Karen STONE'S residence in Vancouver.

#5 - Two weeks during Christmas of 1982. That visit also took place at Karen STONE'S residence.

#6 - One week during Easter of 1983. Katie and Matt accompanied their father to Los Angeles.

#7 - Seven weeks during the summer of 1983. Reportedly that was just after Ray SPENCER married his present wife, Shirley, and the visitation took place at Shirley's residence.

#8 - One week during Easter of 1984. Matthew and Katie accompanied Ray SPENCER, his wife, Shirley, and her son, Matt, to Los Angeles.

#9 - Six weeks during the summer of 1984. Katie and Matt visited with their father in Vancouver, Washington from July 14th to August 26th. At that time Ray and Shirley SPENCER were living at their present location in Yacolt, Washington.

DeAnne SPENCER advised that the summer of 1984 visitation was the last time her children saw their father, Ray. She also related that she drove her children to Vancouver for that visitation and picked them up. I asked DeAnne SPENCER if she could describe Ray SPENCER'S residence and she indicated that she had not seen it because when she called Ray from Vancouver to let him know she and the children were in town, he did not want her to come to his residence and requested that she meet him at Battle Ground Police Station. She also indicated that that is where she was when she picked the children up.

DeAnne SPENCER advised me that approximately one month prior to Matt and Katie going to Vancouver for the 1984 summer visitation, almost on a daily basis Katie would become upset and at times 'hysterical,' crying and indicating she did not want to go to her father's. DeAnne SPENCER

CCSO Case #84-8506  S.A. KRAUSE/K-43                    page 4 of 22

Spencer000101

368

stated to me, "I felt like my hands were tied." She indicated that she told her
children that she did not have any control because the court had ordered those
visits and if they really did not want to go up there during the summer they
should talk to their father and tell him. She also related that she did not
suspect that Katie was upset because of any type of abuse; she felt maybe Katie
just wanted to spend more time during the summer with her friends, etc. She
related approximately two weeks before the children were scheduled to leave,
Katie finally resolved herself to the fact that she was going and told her
mother, "Okay, I'll go, but I'm not going to have fun."

DeAnne SPENCER also advised me approximately two weeks
before the children left for their father's, Matthew had shared with her that
he had been having bad nightmares that "terrified him." She indicated that
initially Matt didn't want to talk about the nightmares; however, at some point
he agreed to share with her, and when he did he indicated that in the dream
Katie fell off of the balcony into the water at Ray and Shirley SPENCER'S
residence. DeAnne SPENCER advised me that she told her son she could understand
why that would be a fearful thing to dream about, and also advised him that he
did have some control if he was afraid that was going to happen, indicating
that he did not have to be out on the balcony without an adult if he was
uncomfortable. She also advised that she told Matt just not to go out on the
balcony or let Katie go out if there was not an adult there. She indicated Matt
stated, "What happens when there's a bunch of people out there and it gets all
crazy?" DeAnne related that she told Matt he could still control whether he and
his sister were out there and if he was uncomfortable he should not go out onto
the balcony.

DeAnne SPENCER related that during the 1983 summer
visitation, Ray and Shirley SPENCER were not living in Yacolt; however,
apparently they were remodeling the house on Lucia Falls Road and the children
had been there.

I asked DeAnne SPENCER about any kind of behavior
changes or unusual behaviors she may have observed reference Katie. DeAnne
SPENCER related that Katie's attitude towards men has concerned her for some
time. Specifically, it was "like Katie seemed to know how to manipulate men."

Spencer000102

369

She also advised that her mother felt Katie did that in a more "adult way" and different from most four or five year old children. DeAnne related that she had attributed it to Katie not having a father around all the time and wanting attention. She indicated that the observation she had made reference Katie's behavior around men was that it was "more of a sexual thing than just wanting attention." When I asked her if she could be more specific she indicated that Katie liked to sit on men's laps, and when she did that she would observe Katie rubbing on them, making reference to an arm or a leg. She also indicated that Katie was "real clinging and would kiss in a way that did not appear to be appropriate for a four or five year old." She then stated to me, "Katie would just do things that didn't seem right, but I still felt it was probably because her dad wasn't around all the time."

DeAnne SPENCER indicated that after Katie would come home from visiting her father, she would consistently be using a very "whiney voice." Also, Katie used that same voice whenever she would talk to her father on the telephone. DeAnne SPENCER stated to me, "I can't really describe it but I know that it really upset her brother. It was just a lot of baby talk and whining and that seemed to go on for a couple of weeks before I could get her to stop doing it."

DeAnne SPENCER also related when Katie returns home she is very "demanding." She advised that if Katie did not get her way by demanding something, she would start with the "whiney voice." DeAnne SPENCER also related that she recalled after the 1983 summer visit that she noticed when Katie was around other men she would begin using that voice again and would get her way a lot of times because of it.

DeAnne SPENCER also related that after the 1983 visitation he noticed there were a number of times when she observed Katie rubbing the genital area of her own body. She indicated when Katie got home after the 1983 visitation, there were several times that Katie would ask her mother to put medicine on the genital area of her (Katie) body, indicating that it was sore. DeAnne SPENCER related, "At some point I realized that she was wanting medicine a lot." She continued that there was a time when there did not

Spencer000103

370

appear to be any irritation and so she told Katie that she was big enough to put the medicine on herself and she had her do it after that.

She also related that after the summer 1983 visitation was over and Katie was home, Katie 'seemed to be real preoccupied with DeAnne SPENCER'S breasts.' DeAnne SPENCER advised me that she thought probably it was because Katie had a new step-mother and when Katie would sit on Shirley's lap and on her mother's lap she may have felt that there was some difference. She advised that that was the only explanation she could come up with regarding how Katie was behaving.

DeAnne SPENCER related that after the Easter trip in 1983, on one occasion she walked into the bathroom and saw Katie touch Matthew's penis. She indicated from that time on she just made sure that the two were not together in the bathtub. She indicated that she just felt probably it was a curiosity thing and did not think about it anymore.

DeAnne SPENCER related that after the 1983 summer visitation her sister-in-law, Shaun, was babysitting for Katie and Matt. Apparently at some time during that time period, Shaun caught Katie and her cousin, Danny, who is approximately two years older, under the covers with their clothes off. When she asked them about what they were doing, they indicated they were playing house and 'that's what moms and dads do.' DeAnne SPENCER related that her sister-in-law explained to the children that that was not how you played house. She also advised me that a teenage babysitter she has by the first name of Laurie, told her that whenever Katie plays with Barbie dolls she always has the 'adult doll naked in bed.' Apparently, Laurie has made those observations since the 1984 summer visitation.

Linda LAWRENCE and DeAnne SPENCER both mentioned the condition of a nightgown Katie had after she returned from the 1984 visit. Linda LAWRENCE related that the gown had something on the back similar to 'Daddy's Princess.' Apparently, Katie had spent the night at Shaun's house when Linda LAWRENCE noticed the nightie and also Shaun. When I asked her what it was about the night gown that was bothering her, she indicated that the whole front where the crotch would be was worn almost completely through. Apparently, DeAnne SPENCER threw that gown away when it was brought to her attention.

Spencer000104

371

I asked DeAnne SPENCER about the sore that Karen STONE had related she had seen when Katie came for a summer visitation, apparently during the summer months of 1982. DeAnne SPENCER related that Katie had spent Easter week with her father in 1982 and then nine weeks in that summer. Apparently, between the two visitation, Katie developed a sore on the labium. She advised that this sore developed about one week before the children were scheduled to go with their father. She indicated that she took Katie to the doctor and he indicated it was some type of a viral infection and gave her Desitin and Neosporin to apply to the infected area. DeAnne SPENCER stated when she brought it to Ray SPENCER'S attention, he was "furious with her and demanded to know where the hell she got that kind of sore."

DeAnne SPENCER then related to me that the summer after she and Ray SPENCER split up (1981) she developed a case of herpes. She indicated her doctor told her that it was one of the worst he had seen. DeAnne SPENCER indicated that the sore she observed on Katie's labium reminded her a lot of a herpes blister. I asked her if she knew where she contracted the herpes and she advised at that time she had been seeing two different men and when she became aware that she had herpes, she called both men who subsequently were examined by a physician and both provided documentation that neither had the herpes. DeAnne SPENCER then related that the sensation she got prior to the herpes breaking out was something that she had experienced "many, many times" when she was married to Ray. She advised that she was never aware of any breaking out but did recall having that same "sensation." DeAnne SPENCER indicated that when they were married, almost every time she got that sensation, Ray would say something to her a day or two before, indicating that she should go to the doctor and be checked because he "was experiencing some burning when he urinated." DeAnne SPENCER stated to me, "Ray would come in and say, 'You better get to a doctor because you have that infection again'." She related that she would go to the doctor and whatever he gave her would usually remedy the problem. However, she stated that the last time, prior to seeing the doctor and finding out she had herpes, she figured it was "probably no big deal again," just some type of a normal vaginal or sexual infection.

CCSO Case #84-8506   S.A.KRAUSE/K-43                                    Page 8 of 22

Spencer000106

372

I asked DeAnne SPENCER if Ray SPENCER could have had herpes without her knowing. She indicated that he was a person who was very clean and to the point that he was "pre-occupied" with being clean. She related there were a lot of times when they never had physical relations (intercourse) and she never questioned whether or not she could have contracted something. She also stated to me, "I don't think if he had them I would have even known it because there were months when we would not be sexually involved." DeAnne SPENCER indicated she had no reason other than the fact that the other two gentlemen did not have herpes to believe that she may have contracted it from Ray SPENCER. She also advised me that she had no knowledge as to whether or not he did, in fact, have herpes or if what Katie had on her labium was a herpes sore.

During one of my conversations with Ray SPENCER, he indicated that Katie had made some kind of a statement to Shirley SPENCER reference Ray SPENCER and DeAnne SPENCER sleeping together after Shirley and Ray SPENCER would have been married. I asked DeAnne SPENCER about that and she indicated that there were only two occasions after she and Ray SPENCER separated that he stayed at her house when he picked up the kids. She indicated once was just prior to Ray marrying Shirley SPENCER and on both of those occasions he and the children slept in the living room. She indicated there had never been any sexual contact between them.

During a phone conversation I had with DeAnne SPENCER, prior to going to California, she had mentioned that while they were living in Los Angeles, a neighbor girl named Rhonda accused Ray of raping her. I asked her if she could be more specific about what that incident involved. DeAnne SPENCER related the following. They lived in Los Angeles for approximately six years and at that time had neighbors named Jerry, Roxie and Rhonda. She indicated Rhonda was nineteen years old when the incident occurred; however, Rhonda was "emotionally very, very immature."

Apparently this incident reportedly occurred in November of 1978. DeAnne SPENCER indicated that Ray had consistently tried to isolate her from her family and then all of a sudden about one week before Thanksgiving, Ray suggested that she and Matt go to Sacramento to spend some

Spencer:000108

373

time with her family. She indicated at that same time Rhonda's family had gone to Europe and she was home alone. DeAnne related that she talked with Ray several times during that week she was gone on the telephone, and then one evening during a phone call when he had called her, he indicated that he was concerned about Rhonda because she was 'acting really strange.' She also reported that he told her, 'I think she's got something up her sleeve and I'm worried about it.' DeAnne advised me that she told Ray if he was worried just not to be alone with Rhonda or give her an opportunity to say anything. DeAnne SPENCER indicated the following evening she had to call Ray and when she did he whispered in the phone that 'Rhonda was in there.' He also reportedly told DeAnne he was going to tell Rhonda that she had to leave because he was going to a friend's house for dinner, and DeAnne advised that she told Ray she thought that was a good idea.

DeAnne SPENCER then related that on Thanksgiving Rhonda and her family ate dinner with them (SPENCERS). She advised that a couple days or so before December 4th, Ray mentioned to her that he was nervous about Rhonda. She indicated that he had mentioned Rhonda several times after she returned home from Sacramento and that he appeared to be nervous about something. She related that during that conversation, before December 4th, Ray said something similar to, 'What if she says something about me or what if she says I did something? I really wouldn't be able to do anything about it.' DeAnne advised me that she told Ray that he shouldn't even worry about it because it wasn't going to happen.

DeAnne SPENCER indicted on Sunday, December 4th, she received a phone call from Rhonda's father, Jerry, and at that time he reportedly stated to DeAnne SPENCER, 'I want to see you at my house now without Ray.' DeAnne SPENCER advised me that she could tell Jerry was upset and so she went right over to Rhonda's house. She indicated when she went out of the house Ray was working in the garage on a toy chest for Matthew and at that time she was 'very pregnant with Katie' because Katie was born in January.

DeAnne SPENCER indicated when she got to Jerry's house, Rhonda's uncle, a cousin, Rhonda's parents and Rhonda were sitting in the living room. She advised that she knew something was wrong and when she came in

CCSO Case #84-8586   S.A.KRAUSE/K-43                    page 10 of 22

Spencer000107

374

Jerry appeared to be upset and she remembered him jingling his change in his pocket. She said at some point she was really uncomfortable and asked, "What's up?" At that time Rhonda's father reportedly stated, "Well, it seems as though when we were all away Ray raped Rhonda." DeAnne SPENCER advised me that she became very upset and stated, "Whoa, whoa, wait a minute. Hold it. I want my husband here. I don't want anymore to go on. He needs to be here." She advised at that time she went out and told Ray, "You're not going to believe it, Ray, but she did it." DeAnne SPENCER advised me, "I remember the look on his face. The blood just drained and he said, 'No kidding?'" At that time DeAnne and Ray SPENCER went back into Rhonda's house and DeAnne SPENCER advised that Ray looked at Rhonda and said something like, "Rhonda, how could you say these things?" DeAnne SPENCER advised me that she (DeAnne) "totally defended Ray." She indicated at that time she looked at Rhonda and told her, "Okay, Rhonda, I want it from you. I want to know what happened, and I want to know the truth." DeAnne related that at that time Rhonda said something about "Ray calling her up and inviting her over and when she got her he had music playing" and the lights were low and he had on nice clothes." DeAnne related that at that time Ray said something like, "Rhonda, how could you?" And DeAnne advised me that she told Ray to shut up and let Rhonda talk. Apparently at that time Rhonda indicated that when she got over to SPENCERS "she and Ray were on the couch and started talking and kissing and one thing lead to another, and then they wound up in bed." DeAnne SPENCER advised me by that time Rhonda was sobbing and she (DeAnne) turned to Ray and told him, "Okay, I want to hear your side of it."

Ray then indicated that he was outside working on the toy box in the garage and that he was covered with dirt when Rhonda called and said that she wanted to talk to him because she was having problems with a boyfriend, so he told her to come over, even though he was feeling very uncomfortable. He indicated when she got there they talked about the problem and then he told her what he thought she should do about it. DeAnne SPENCER stated, "Then he told me I called him in the middle of that conversation." Reportedly, Ray SPENCER then indicated that he told Rhonda she would have to go because he was going to a friend's for dinner. DeAnne SPENCER advised me that Ray always denied that he had even "so much as touched Rhonda." (During a

Spencer000108

375

conversation Ray SPENCER had with Dr. ABRAMS, prior to my going to Sacramento, he admitted that he had been sexually involved with a neighbor girl in Los Angeles, however, indicated it was not rape, it was consensual sex.)

DeAnne indicated after Ray gave his side of the story, Rhonda was still "just sobbing" and Rhonda's uncle apparently was saying things like "he was going to blow Ray's head off." Apparently, Rhonda's parents were making statements indicating that she did not come over to discuss problems with Ray ever, and DeAnne advised me that Ray had told her sometime back that Rhonda told him that her cousin had molested her. DeAnne SPENCER indicated things were getting out of hand and she told Rhonda's parents, "Wait a minute. I want to tell you how Rhonda came to us several times with problems and once told us about six months ago that a cousin, Donnie, had molested her, and she was afraid to tell anyone." DeAnne SPENCER advised me that she told Rhonda's family that she was present when Rhonda shared that. She indicated, however, that was not true, that it was information that Ray had given to her. Apparently, Donnie's father, who was at the house indicated at that time that maybe the whole thing was a big misunderstanding. She advised that Rhonda's father stood up and Ray was asking him, "Don't you believe me?" Rhonda's father reportedly responded that he didn't know what to believe, but he knew "one thing for sure; their friendship had been terminated."

DeAnne SPENCER related that when they left Rhonda's house she and Ray went to a friend's house who was also a policeman. She indicated that Ray instructed her specifically not to discuss what had occurred; however, when they got to the friend's house Ray was the one that brought up the subject and apparently shared with the friend. DeAnne SPENCER indicated she remembered the friend telling him not to worry because if the girl's parents were going to call the cops they would have done it already. DeAnne SPENCER advised that that was the end of it, and Ray always denied that he had ever done anything to Rhonda, and she (DeAnne) believed him for many years.

I asked DeAnne SPENCER if she could provide me with some background information regarding how they had met, etc. She indicated at the time she met Ray SPENCER, Ray was an air traffic controller at Mathers Air

CCSO Case #B4-0506   S.A.KRAUSE/K-43

page 12 of 22

Spencer000109

376

Base.   She indicated she was eighteen years old at that time and had an apartment of her own.  Apparently they initially met in a book store and that same evening he took her out and "moved in with her three days later."  DeAnne advised that Ray was at Mathers for two years and then released from the service.  Reportedly, before he was released, he had applied for an air traffic controller job; however, because the president had eliminated something like fourteen hundred jobs, Ray was not able to do that.  Apparently, the president did notify those people who had applied that they were opening up positions as sky marshalls.  DeAnne SPENCER related that the day after she and Ray SPENCER were married he was notified that he had been accepted as one of those who could be a sky marshall.  She indicated that he was really excited about that offer because it gave him the opportunity to be a "cop."  She advised that he had checked into the requirements for Sacramento and California Highway Patrol and because of his height he did not qualify.

She indicated that Ray was then sent to the FBI academy for training for sky marshall and that it was located in Virginia.  After the training was completed he was assigned to the Chicago area.  DeAnne SPENCER indicated that Ray arrived in Chicago on January 7th and she got there January 9th.  She advised that she was there only a month when he was assigned to fly the San Juan turn around out of New York so she was alone.  She indicated when he came home he talked to her about his "stewardess friends" and how "neat they thought he was."  She indicated he had three nice blankets with him that he indicated were given to him by the stewardesses from different airlines.

Apparently, DeAnne SPENCER went to work at a bank in the Chicago area shortly after she moved there.  She indicated that there was a female at the bank named Angie and initially she and Angie were very good friends.  However, towards the last couple of months that DeAnne SPENCER was employed there she felt Angie was acting differently around her.  She also indicated that when the bank had a going away party for her, she felt very uncomfortable many times because of the interaction between Angie and Ray SPENCER.  DeAnne SPENCER advised me that approximately two years ago she found out from another mutual friend that Ray SPENCER and the female named Angie were having an affair during the time DeAnne worked at the bank.

CCSO Case #B4-8506   S.A.KRAUSE/K-43                                    page 13 of 22

Spencer000110

377

DeAnne and Ray SPENCER spent six months in Chicago, then moved to Los Angeles and were there six years. She advised that when they moved to Los Angeles Ray went to work for the Treasury Department and initially was working in the airport when they installed the new detectors and was also doing "undercover work in the airport." DeAnne SPENCER related from there Ray went to work for the U.S. Treasury and was working with the Harbor Patrol doing undercover narcotics work on the boats.

DeAnne SPENCER indicated when Ray was working for the Harbor Patrol he confiscated a lot of paraphrenalia in their raids and "lots of guns." I asked her how many guns he had and she indicated that he told her he was buying them but she knew he had approximately four rifles and there were handguns. She indicated she remembered one gun that Ray specifically told her not to mention to anyone because he wasn't supposed to have it. I asked her if she could describe it and she stated, "I think he called it a short sub machine gun." She advised that he mentioned several times that she was not supposed to tell anybody because he wasn't supposed to have it. I asked her if she could describe it and she described it as having a fairly short barrel, being black in color, with a big handle that had a clip in it.

DeAnne SPENCER indicated at some point Ray became very unhappy with the people he was working with at the Harbor Patrol and specifically was upset with a black supervisor, indicating that this man was "after him." DeAnne SPENCER advised me that she didn't know what happened but Ray shared with her shortly after that "that something had happened to the black guy and he got his."

Apparently, about that same time, Ray SPENCER indicated to DeAnne that he was seeing a female subject named Norma again. She advised that Norma reportedly was a girlfriend of Ray's prior to him meeting her. DeAnne SPENCER indicated that Ray was telling her a story about this Norma being married to a millionaire and that she wanted to put Ray through law school. DeAnne SPENCER advised that that upset her because she felt if anyone should do that she should work and put him through school. Around that same time SPENCER apparently applied at Vancouver Police and also at a law school in the Sacramento area. I asked her how he happened to apply in this area and she

Spencer000111

378

indicated that he had a sister who lived in this area and had advised him about the job.

DeAnne SPENCER related that Ray was a very bright person and when he attended Long Beach State and was working full time he was an A-B student. She advised that while they were in the Los Angeles area Ray worked and went to school most of the time. Apparently, Ray indicated to DeAnne that he had taken the law exam and had "really flunked it." She advised me that she never understood that because she knew he was intelligent and would not have been surprised if he maybe did not pass it or was not accepted; however, she just couldn't understand him "flunking it totally." DeAnne SPENCER advised me that she really did not know if Ray ever even took the test, she only knew what he had told her.

DeAnne SPENCER indicated to me that it was when Ray was going to college in Los Angeles that he used to talk about having a friend named "Dennis" at school. At some point Ray indicated that Dennis was going to be in Europe and he would be watching his house for him. She advised me that she used to get really uncomfortable whenever Ray was going to Dennis' house because he always took a shower, cleaned up and put on cologne to go check the house, and she really felt uncomfortable because she believed he was doing something else.

DeAnne SPENCER indicated that Ray brought home a beautiful sweater and hat one day, indicating that his friend, Dennis, had bought it for him in Europe and it was a gift for watching the house.

DeAnne SPENCER indicated that just prior to Christmas that year Ray came home with a sack indicating it was presents for Dennis and Dennis' family and that he instructed her to "stay out of it; it was none of her business." She advised that Ray put the sack in a room that he had designated as his "den" and normally she "stayed pretty much out of there." She advised as soon as Ray left she took the sack into the bathroom and looked inside because she felt he was not telling her the truth. She indicated in the sack was a book of poems, some Estee Lauder and very feminine things. She advised me "either Dennis was a girl or a homosexual because those were not gifts for a man." She also related that Ray got her the same book of poems that



Spencer000112

379

he had in the sack.  She indicated when she confronted him about the book he became really angry, telling her that he meant what he wrote on her book but did not mean what he wrote in the other book of poems.  Also, reportedly Ray indicated that he bought that book of poems for 'some chick he rolled in the hay with that had done some typing for him and that it was none of DeAnne's fucking business.'  DeAnne SPENCER stated to me, 'He had so much control over me it was stupid, but I ended up apologizing to him for what I had done and he had just stood there telling me that he had had an affair with another woman.'  She also related she recalled seeing the first name of Cindy written in the book.

DeAnne SPENCER indicated she recalled times when she was married to Ray SPENCER that he would tell her that when he walked into a bar he could point out people that were either 'cops or criminal because there was such a fine line between them.'

I asked DeAnne SPENCER about the comment on the clothes, and she stated, 'They were very slutty clothes he bought me.'  She advised that Ray had a friend named Ernie GARCIA whose wife wore a lot of makeup and also apparently Ray's sister, and that he wanted her to wear the false eyelashes and wear a lot of makeup.  She indicated that most of the clothes Ray bought her were from Fredrick's of Hollywood. She stated to me, 'He loved to take me out in public when I looked like that and I believed him that I looked nice.'  She then stated, 'Around the house I dressed like an old lady and when I was with him I wore very low cut and revealing clothing.'

DeAnne SPENCER indicated that when they left Los Angeles, they moved to Vancouver where Ray went to work for Vancouver Police.  She indicated after they moved up to the Vancouver area she rarely even saw him because he got off work at 11:00 PM in the evening and would never get home before 2:00, 3:00 or 4:00 AM.  She advised when she questioned him about it he reportedly would say 'he had to stop and have a few beers to lighten up.'  She also advised that Ray told her that 'this is how it was to be married to a cop, and all cops were like that.'

DeAnne SPENCER also related that in December of 1979 Ray was involved in some kind of undercover detail with Vancouver Police involving gambling in downtown Vancouver.  DeAnne SPENCER had rough notes of

Spencer000113

380

reports Ray SPENCER was preparing regarding that investigation.  DeAnne SPENCER also showed me a poem signed by the same woman as named in the drafts of the report as the snitch which was addressed to Ray SPENCER.  DeAnne SPENCER indicated that at some point during the investigation Ray SPENCER told Vancouver Police that his snitch 'burned him;' however, she advised that Ray told her he lied to the department because he just wanted 'out.'

When DeAnne and Ray SPENCER separated, DeAnne SPENCER found a box of letters, some very intimate, that were address to Ray SPENCER during the time DeAnne SPENCER was married to him.  DeAnne SPENCER advised me that she would make any of the information regarding the gambling incident or letters available to whoever might want them, regarding this investigation.

During the time I talked with DeAnne SPENCER I asked her about the alleged pornographic books that SPENCER reportedly had.  DeAnne SPENCER advised me that Ray did have a number of books that were 'hard core porno.'  She advised that she would guess that he had approximately fifty of them.  She also related that during the time she was married to him there were a number of times when they either passed adult movie theatres or in conversation when Ray SPENCER would mention he had seen a specific movie.  DeAnne SPENCER advised me that she had accompanied her husband on two occasions in Los Angeles to an adult movie; however, that was the only time.  She advised when she questioned Ray about when he was seeing all the movies he would indicate to her it was usually when he was 'out with the guys or working an undercover assignment.'  She also indicated that since the time he was involved in any kind of police work at all there were many times when he did not come home for days and would tell her he was working undercover.  However, she never really knew what he was doing.

During my conversation with DeAnne SPENCER I asked her if Ray had ever requested her to do anything that she objected to sexually or if she had ever observed him to have any unusual sexual habits during the time she was married to him.  DeAnne SPENCER indicated that there were a number of things that bothered her.  Specifically, he was involved with so many other women during the time they were married, and there would be weeks and months go by without them having any physical contact.  She also advised that Ray



CCSO Case #84-8586   S.A. KRAUSE/K-43

Spencer000114

381

purchased an electric dildo (a simulated penis) and that he would tell her to masturbate herself with it when he was not around. She stated to me, "Then he wanted me to tell him about it later and that seemed to excite him." DeAnne SPENCER stated to me, "I can't believe I'm telling you this and that I was so stupid, but I tried so hard to please him." DeAnne SPENCER also related that there were many times when Ray would want to have anal sex with her or insert the "dildo" into her rectum. She indicated that there were many times when Ray had her insert the "dildo" into his rectum or would ask her to insert her finger into his rectum during their sexual activities. She related she often wondered why that did not cause him some discomfort. I asked DeAnne SPENCER if the "dildo" had a vibrating mechanism and she indicated it did vibrate but that it didn't use batteries, it was one that you plug into the wall.

During the time I talked with DeAnne SPENCER I asked her what the circumstances were regarding her separating and divorcing Ray SPENCER. At that time she related the following. She and Ray had planned on taking a vacation with the whole family and had talked about going to Canada. Reportedly, they were scheduled to leave on a Thursday. DeAnne SPENCER indicated that Wednesday night, the evening prior to them going, she had made a comment to Ray about him making sure he got home early enough because they would be leaving that Thursday. She indicated that he became extremely upset and told her 'it was none of her fucking business what time he got home.' She advised me that they began arguing and that that went on for several hours. She advised apparently at sometime he suggested that maybe she just needed to get away for awhile and that she should go visit her friend, Cindy, in Los Angeles. DeAnne SPENCER advised me that her friend had offered to send her a plane ticket to come visit her on several occasions. She related that Ray finally asked her what she was going to do and wondered if she had decided to go to Los Angeles and she indicated that maybe that would be best if she just got away, so she made reservations to go to visit her friend.

DeAnne said the plan was for Ray to keep the children and for her to get away alone. She advised, 'All of a sudden he suggested I take Matthew, indicating that Matthew wanted to go with me.' She advised that the whole purpose was for her to get away and that part of their problem was

Spencer000115

382

that he was not spending any time with his children, and she felt that would give he and Matt some time alone. DeAnne SPENCER indicated after he kept talking about Matt going for several minutes she finally became upset and told him, "We'll ask him what he wants to do." DeAnne SPENCER related she was really furious because Ray marched right in there and asked Matt, who was only four years old, "Do you want to fly on a big airplane with your mom or do you want to stay with Dad?" DeAnne SPENCER stated to me, "Of course, you know what Matt said." She advised that she confronted him because of how he had asked Matt and told him, "You knew what his answer was going to be." She advised that Ray got upset and went back in and asked Matt, "Do you want to stay with Daddy or do you want to go with Mom?" She advised that Matt said, "I want to go on a big airplane."

DeAnne SPENCER advised that Ray told her he would keep Kathryn and for her to go ahead and take a couple days off and that Kathryn would be fine. DeAnne SPENCER related that initially Ray wanted her to drive the car to the airport and leave it; however, she had him take her there and she remembered feeling very uncomfortable with leaving Katie behind. She advised at one point she looked at Katie and Katie seemed happy being with her father so she really lost the uncomfortable feeling.

DeAnne SPENCER related once she got to Los Angeles Thursday night, she called Ray to tell him that she and Matt had arrived safely, and Ray told her that he had "called her mother and told her what happened and suggested she better call her mother and let her know she was okay." DeAnne advised me that she really didn't know what he was talking about but called her mother and that Ray had called Phyllis DAY, indicating that "DeAnne wigged out and left him and Katie and took Matt with her, and that he didn't know where she was." DeAnne SPENCER stated to me, "I couldn't believe it. I called my mother and was just freaking out." She then related that her mother told her to calm down, that she was glad she knew where she was and to go ahead and spend a couple of days and maybe it would make things better for them. DeAnne SPENCER related that she called Ray back that evening and talked with him and during that conversation he kept making statements similar to, "What do you think, I'm the worse person in the world?" She advised that she

Spencer000116

383

told him that she did not think he was the worse person but thought that he did.

DeAnne SPENCER related the following day, Friday, he called her back and told her that he had been thinking about what she said to him the evening before and that he had decided to keep the house and the kids and "he would send her clothes to her so she could walk the streets with her girlfriend." He also reportedly advised her to send Matt back on a plane when he had finished his vacation.

DeAnne SPENCER related that approximately two years before she and Ray separated, Ray met a clinical psychologist in California named Chuck LADLEY, at some kind of conference. She advised that while Ray was at the conference he called her, indicating that he had talked with a psychologist and felt that if she could come down and talk to him too that he could help them work out some of their problems. She related that she made arrangements for someone to care for the children and drove to where he was immediately and she spoke with him in a casual setting regarding their problems and the doctor felt that he could help them.

DeAnne SPENCER advised me as soon as she had talked to Ray regarding what he said reference sending her clothes to her, etc. she made a call to Sacramento to Dr. LADLEY'S office and got no response. she indicated that she subsequently called his residence and made arrangements with his wife to come to Sacramento to talk to him. She also advised me that when she saw Dr. LADLEY the two years before he indicated to her that he felt Ray had problems and also indicated to her that he thought Ray was a pathological liar. DeAnne SPENCER indicated she rented a car the next morning and drove to Sacramento and did meet with Dr. LADLEY, who advised her to go on back to Vancouver immediately.

DeAnne SPENCER related that she flew into Portland on Sunday evening and rented a car and that evening stayed in Portland with her friend's mother. DeAnne SPENCER indicated her friend, Patty, used to be married to a Vancouver Police Officer, Officer HULSE. DeAnne SPENCER related the following morning she drove to Vancouver and saw an attorney. Also, she was extremely concerned about Katie's whereabouts nd subsequently called Patty to

384

Spencer000117

see if she might know where Katie was. She advised that Patty told her that she was taking care of Katie and indicated that when DeAnne left for California Ray called and told her (Patty) that he didn't have any money and was going to have to go back to work and asked her if she could take care of Katie, which she did. DeAnne SPENCER related that she called her attorney and asked if it would be okay if she went to Patty's home and retrieved her daughter and he advised her that she should do that.

DeAnne SPENCER indicated that after she had seen the lawyer she did talk with Ray on one occasion and he was indicating he didn't know whether or not he should get an attorney. She advised me that she told him she really didn't think it was necessary because he knew she would be fair and would only ask for half of what they had. Apparently, on Thanksgiving DeAnne SPENCER'S parents came up to help her pack and retrieve her part of the belongings. However, she advised that Ray served her with some type of a paper indicating that she couldn't remove anything from the residence and she did not move out of the home with her belongings until December 4, 1981.

During my conversation with DeAnne SPENCER reference the separation she indicated that during the divorce proceeding, Ray SPENCER advised the court that he had been staying with Karen STONE since he moved out of his residence. However, she advised me that she had no knowledge as to when Ray actually met Karen or how.

During my interview with DeAnne SPENCER she related that she did not realize how much control Ray had over her during the time she was married to him; however, looking back she 'cannot believe how he influenced her.' She stated to me, 'Whenever I caught him doing something, going out with someone, having an affair or whatever, he would turn it around and make me feel bad.' She also advised that Ray was a very emotional person and could be very convincing at that. DeAnne SPENCER talked again about the time that Ray SPENCER reportedly called her at work when she was working at the phone company and the only thing he said initially to her was that he was 'going blind,' and then hung up the telephone. She advised me that she just panicked and at some point was able to determine that Ray SPENCER had had a physical and during the physical the doctor mentioned that he had the potential of getting glaucoma.



CCSO Case #84-8506   S.A.KRAUSE/K-43                              page 21 of 22

Spencer000118

385

She stated to me; "No matter what happened, he could make it into a catastrophe and have everybody upset and scared to death before you figured out what was going on.

Prior to terminating our conversation DeAnne SPENCER advised me that she would make any information she had available to whoever needed it and also would provide us with a medical release to obtain any medical records or therapy records on Katie or Matt.

This investigation to be continued.

CCSO Case #94-8506  S.A.KRAUSE/K-43                    page 22 of 22

Spencer000119

386



CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-0506
SUPPLEMENTAL RPT

STATUTORY RAPE IN THE FIRST DEGREE, RCW 9A.44.070
LOCATION OF INCIDENT:
DATE OF INCIDENT:

DATE & TIME:        10-18-84                        2030 hours
LOCATION:           Holiday Inn, Room #135
                    5321 Date Street
                    Sacramento, California 95841-2597
INCIDENT:           Interview with Victim

VICTIM:             SPENCER, Kathryn E.        dob: 01-13-79
                    aka: Katie
                    aka: Kathy
                    3930 Becerra Way
                    Sacramento, California 95821    phone: (916) 482-6657

SUSPECT:            SPENCER, Clyde Ray         dob: 01-09-48
                    aka: Ray SPENCER
                    17601 NE Lucia Falls Road
                    Yacolt, Washington              phone: 687-1407
                    Work phone: (206) 696-8292

CCSO Case #84-0506, S.A.Krause, K-34                    page 1 of 12



EXHIBIT
17

Spencer000121

387



SUMMARY:

On 10-17-84 I met with Katie SPENCER a second time for the purpose of interviewing Katie reference any additional information she might share regarding allegations she was making, indicating that during the summer of 1984 her natural father, Ray SPENCER, was sexually involved with her during a visitation in Vancouver, Washington. During my interview with Katie on 10-16-84 she did indicate that there had been sexual contact between she and her father. However, Katie was reluctant to discuss what had occurred and prior to my terminating my contact with her that day, I indicated to her that I may want to talk to her again at a later time. Katie also had advised me that there were some things that she had not told me and that we could talk about those the next time.

On the afternoon of 10-17-84 I accompanied Katie and her mother, Deanna SPENCER, to a therapy session. Regarding that session refer to additional utility report. During the early evening hours of the 17th I spent some time alone with Katie's brother, Matt SPENCER. When I returned Matt to his residence I indicated to Katie that maybe I could meet with her the following day so she and I could talk again. Deanna SPENCER was also present during that conversation. Katie stated several times prior to my leaving the residence "that she did not want to talk about it any more." However, prior to my leaving, I did indicate to Katie that I would call her the following day or stop by to see if she had changed her mind.

Katie SPENCER attends a morning school session, arriving home at approximately noon. On a daily basis, after she eats her lunch Katie naps until sometime between 1:30 and 2:00 PM. On the early afternoon of the 18th I called the babysitter, Patty OWENS, at the SPENCER residence and made arrangements to come by at approximately 1:45 PM to talk with Katie in an attempt to encourage her to accompany me so we could discuss the sexual issue again. When I arrived at the SPENCER residence Katie was still napping. Patty OWENS woke Katie up and when she came in to the living room area where I was sitting, she immediately came over and sat on my lap. I told Katie that I was sorry I came so early and she had to wake up, and Katie replied, "That's okay because I knew I was gonna go with you." I indicated to Katie that I stopped by

Spencer000122

388

to see if she was going to go with me, but I wasn't sure because she had indicated the night before that she didn't want to do that. Katie stated to me, "I don't mind talking. I just want to do it in private." At that time Katie got her shoes and coat, got dressed and we left the residence.

After we got into my vehicle I asked Katie if she wanted to talk in the car or would she rather go to where I was staying. On the evening before Katie indicated that she liked talking in the car also because "it was private." Katie advised me that we could talk for awhile in the car and asked if we could get something to drink because she was thirsty. I stopped at a Dairy Queen and Katie and I both had a small sundae and while we were eating the sundae we parked across the street in the parking lot near a ball field and talked.

Initially, Katie indicated again that she "didn't mind talking to girls about this but sure didn't want to talk to boys." Katie also stated to me, "And I especially don't want Matt to know anything." I asked her why she didn't want Matt to know and Katie stated, "I know he'll just laugh." I asked her why she thought Matt would laugh and Katie stated, "Because I know boys will just laugh about that stuff, and it isn't funny." At that time I asked Katie if she remembered talking to Detective FLOOD in Sacramento and she indicated that she did. She stated, "He just talked cause I didn't tell him." I asked her if she knew Detective FLOOD had also talked with Matt. Katie shook her head yes. I told Katie, because Matt talked to Detective FLOOD and because he talked to me yesterday, "Matt knew about what happened to her." Katie stated, "He does?" I stated, "Yes, he does know, Katie." She stated, "Did he laugh?" I told her that he did not laugh and he was sorry that happened to her. Katie stated, "That's because my brother loves me."

During the time we sat in the car Katie mentioned several times that she "knew her step-mom, Shirley, was sure going to be proud of her for telling the truth." Katie made several statements reference Shirley SPENCER, indicating that she liked her, that she thought she was pretty, and that Shirley was nice to her. Katie stated to me, "That's why I told her because she's really nice."

---

Spencer000123

389

Katie talked about her mother, Deanna SPENCER, being "proud of her for telling the truth." Katie stated to me in the car, "My mom was proud cause I told the truth, and I had to tell the truth, but it's really hard sometimes, huh?" Katie then stated to me, "My step-mom, Shirley, asked me if I lied when I told her and I told her it was the truth because it was." Katie then asked me, "Did Shirley tell you I told her the truth?" I indicated to Katie that Shirley had talked to me about a lot of things but the only persons who really knew what was true and what wasn't were the people who actually saw something happen. I then indicated to Katie that if I told her something happened she might believe me but she wouldn't really know unless she actually saw it herself. Katie indicated she understood and then stated, "But sometimes you just have to believe somebody when they tell you things, even if you don't want to, like you believe me, don't you?" I indicated to her that I did and Katie stated, "And my mom does and so did my step-mom, Shirley, and that's why everybody is so proud of me."

Katie asked me during the time we were sitting in the car if I was "going to talk to her daddy about this when I got back." I advised her that I would talk to him and Katie stated to me, "You should tell my daddy that he has to tell the truth too because it's always best to tell the truth." Katie then talked about her daddy "needing help" and stated, "Cause he can't get help if he doesn't tell the truth, can he?" I advised Katie that it was hard to help somebody with any kind of a problem unless you knew what the problem was. Katie stated to me, "Well, it's because his thinking is sick." (In the previous interview with Katie I had talked about somebody's thinking being sick when they touched children where they shouldn't.)

After Katie and I finished the sundae, with her agreeing to do so, we proceeded to the Holiday Inn where I was staying. During the time I was driving to the Holiday Inn from the ball field, Katie appeared to be open about what we were going to talk about and did not appear to be reluctant in any way to go with me. At one point during the time I was driving Katie commented on the time we had spent on the previous day with Ann LINK who is Katie's therapist. Katie stated to me, "Ann still loves me and is proud of me because it's not my fault that happened, is it?" I assured her that it was

CCSO Case #84-8506, S.A.Krause, K-34                    page 4 of 12

Spencer000124

390

not her fault. Katie stated to me, "I just didn't want to have to say those words to Ann but maybe I can tell her later when I tell her a story." (The therapist, Ann LINK, uses play therapy with Katie during the one hour sessions.)

When Katie and I arrive at the motel and were inside the room, she immediately took off her coat again and shoes and indicated she wanted to get the dolls out. The anatomically correct dolls that I have do not have any clothing. Katie asked if I had anything in my suitcase that she could use to dress the dolls. I advised her the only thing I had was a swim suit coverup and swim suit that maybe she could use. Katie got those items and spent approximately a half hour playing with the dolls and dressing them. During that initial time we did not discuss anything about the sexual issue or her father.

After Katie had played with the dolls for approximately that one half hour, I asked her if she was ready to talk to me a little bit before we went back to her house. She indicated she wanted to have the dolls when we talked. At the time Katie was playing with the dolls, I was sitting at a small table in the room writing and at times talking with her regarding the dolls and what she was doing with them, and when I indicated to Katie that I wanted to talk again Katie moved the dolls over and told me to sit beside her on the bed, which I did. I asked Katie which dolls we needed to use and Katie stated, "These." (At that time she held up the male adult doll and the child female doll.) Katie then stated, "I'll take their clothes off because they have to be naked." I said to Katie, "Okay," and she stated to me, "I wish you had a bathrobe for him because that's what my daddy wears, but he doesn't have to have any underwear on. I would just need a bathrobe."

Katie then stated to me, "Go ahead and ask the questions." I indicated to Katie that I wanted to make sure I knew how old she was when that happened and Katie stated, "When my pee-pee got touched? That's when I was five, remember?" I asked Katie, "Did anything else happen when your pee-pee got touched?" Katie at that time hit the adult female doll with the male doll and she stated, "That's when that happened." I indicated to her that I was confused and didn't know what she meant, and Katie stated, "I was five when I touched Shirley there, too, remember?" I asked her if the pee-pee thing

happened when Shirley was there and Katie stated, "No, Daddy babysat us.  He would pick us up at the babysitter." She then stated, "When my dad's at work my step-mom babysits and when my step-mom's at work my dad babysits us."  I asked Katie where she was when they babysat her and she stated, "At my dad's house beside the river."

I stated to Katie, "Remember what we were going to talk about?  What was the first thing you can remember happened?" At that time Katie placed the male doll face up on a pillow on the bed and placed the female child doll on top of the male doll.  At the time she did that she was very careful to line the penis up with the vaginal opening on the female child doll.  I asked Katie, "How many times did that happen?" Katie stated, "One time." I asked her if she was sure and Katie stated, "I'm sure." I asked Katie where Shirley was and Katie stated, "Shirley was at work." I asked her where Big Matt and Little Matt were and Katie stated, "Big Matt and Little Matt were asleep in the living room." I asked her where she was and Katie stated, "Dad and me were in the living room, too." I asked Katie if Big Matt and Little Matt saw what happened and she stated, "No." I asked her why they couldn't see what was happening if everyone was in the living room and Katie at that time said, "Those guys were over there (and she pointed back towards the headboard of the bed) and anyways, they couldn't see cause they were asleep and me and my dad were here." (She pointed down to the pillow.)

At that time I pointed to the child female doll and asked Katie, "What does she have on?" Katie stated to me, "I had a nightgown on and my panties." I pointed to the adult male doll and asked her, "What does he have on?" Katie stated, "My dad just wears his robe and he had his underwear on." During this entire time I was taking notes and I repeated what Katie had said, specifically stating, "His robe and his shorts on." Katie interrupted me and stated, "No, he didn't have his shorts on, just his underwear and his robe." I asked Katie if he had anything else on and Katie said, "Just the TV."

I asked Katie if she could remember if it was daytime or night time and Katie stated, "It was night time." I asked her how she could remember and Katie stated, "I remember, it was night time and that's when we sleep, and that's when Matt and Little Matt sleep." I asked Katie if she could

392

Spencer000126

remember anything her daddy said when that was happening and Katie stated, "I don't remember." I asked her if she was standing up or what when it happened and Katie stated, "No, I was laying on my back." I asked her if she could show me what happened with the dolls and at that time Katie picked up the anatomically correct child female doll and placed it on the pillow face up. I asked Katie, "Where were you?" and Katie picked up the female doll, hit the male doll and stated to me, "Put him right there," pointed to the pillow with the child female doll and stated, "I'll show you." I picked up the male doll and asked Katie, "How should he be laying?" and Katie stated, "My dad was laying on his back. Put him on his back." When I had placed the male doll face up on the pillow Katie immediately put the female doll on top of the male doll. Again, I observed her being careful to line the vaginal area of the female doll up with the penis of the male doll. I asked Katie, "Did Big Matt and Little Matt see that?" and again Katie pointed towards the headboard behind us and stated, "No, they were over there and Dad and me were laying on the blanket." I asked Katie, "What did your daddy have on when that happened?" and Katie stated, "Noth---ing." I asked her what she had on and Katie stated, "Noth---ing." Katie then stated, "Ick!" I indicated to Katie that she had told me she had on her nightgown and panties, and Katie stated, "Not when he did that." I asked her if she could remember how her clothes got off and at that time she pointed to her chest with her finger. Katie then stated, "My daddy made me do that." I asked her what her daddy made her do and Katie stated, "He makes me take my clothes off."

I stated to Katie, "What happened after your clothes were off?" and Katie stated, "That's when my daddy's wiener sticks up." I asked her what happened then and Katie stated, "Well, he hurt me then." I asked her if she could show me how he hurt her and Katie stated, "I can show you what hurt me." I asked her if she could do that with the dolls and Katie at that time picked up the child female doll and inserted the penis of the male doll into the vaginal opening of the child female doll that she had indicated was her. I asked Katie if she could remember if her daddy had said anything when that happened, advising her that it was really important to remember what he

---

Spencer000127

393

might have said, and Katie stated, "He just doesn't say nothing to me." I said, "Does he says he likes you?" Katie stated, "He says he loves me.".

I told Katie that "sometimes it was hard to remember things that you didn't like talking about but if you closed your eyes and were very quiet sometimes you would remember something" and asked her to close her eyes and try really hard to remember if her father might have said anything. Katie covered her eyes with hands, leaning on her elbows, and after only seconds, in a very sarcastic tone, while she was bobbing her head back and forth, Katie stated to me, "What do I say, baby girl?" I asked her what that meant and Katie stated, "Well, that's what he says to me." I asked her if she could remember anything else and she indicated that she wanted to color for awhile.

While Katie was coloring on a blank cartoon drawing, I asked her if her father ever kissed her. Katie stated, "Yes." I asked her where he kissed her and Katie stated, "On the mouth." I asked if her father ever kissed her anyplace besides the mouth, like on the cheek, and Katie just looked at me without saying anything. Katie took several seconds and looked at me again, then stated, "Put that daddy doll back here on his back." I picked up the male doll and laid it face up near where her hands were, and Katie raised up and grabbed the child female doll and at that time I observed her put the mouth of the female child doll on the penis of the male doll. I stated to Katie, "Why did you do that?" Katie stated to me, "Well, you asked me where he kisses me and that's where he does." Katie colored a couple more seconds, raised up, then picked up the female child doll, turned her over and at that time put her finger slightly into the opening and stated, "He kisses me inside there." I asked Katie if she could show me with the dolls what she was saying and at that time Katie laid the female child doll face up and placed the mouth of the male adult doll on the genital area of the female doll, and when Katie positioned the dolls that way she made a kissing sound with her lips. Katie stated to me, "This is so gross." I told her that it was just important to know what she could remember, and Katie stated to me, "I'd like to forget this whole thing." I asked her why she would like to forget this "whole thing" and Katie stated to me, "I don't like to say those words and my dad shouldn't have done

Spencer000128

394

that and he really needs help." I stated to Katie, "When you made that kissing sound, what is happening?" Katie stated, "He kisses inside that hole and it doesn't even hurt." I asked her if she thought it would hurt and Katie stated, "Well, it hurts my mouth when I have to kiss his wiener inside." I asked Katie if anything else had ever hurt her and Katie stated, "Just when he tried to stick his big wiener in my pee-pee, but he just did that once." I asked Katie how many times the kissing thing happened and Katie stated, "You mean, how many times did I have to kiss his wiener?" I said yes, and Katie stated, "All I can remember is one time." I asked her if it might have happened more than once and Katie stated, "I guess it might have. I just don't remember." I asked Katie how many times (pointing to the male doll) did he kiss her pee-pee? Katie stated, "I don't know." I asked her if she could think about it and Katie stated, "Well, he did it once I remember, but I don't remember if he ever did it any other times." I stated, "What was that he did once?" and Katie stated, "He kisses inside my pee-pee hole." (When Katie stated that she stated "uuck" and shook as if she was describing something very distasteful.)

I was writing and Katie began coloring, then stated to me, "Sharon, I just wanted Shirley to know, so I told her and she was proud of me and she's going to be proud because I told the truth to you, too."

I asked Katie if she ever took a bath with anyone when she was at her daddy's and Katie stated, "Sometimes I took a shower with him but nothin' every happened when we were in the shower."

I asked Katie if there was anything else that had happened about her daddy that she hadn't told me yet, and after she colored on the cartoon for several seconds Katie stated, "He makes me touch his pee-pee, too." I asked her how many times that happened and Katie said, "I don't remember, I guess just once." I asked her when that happened and Katie stated, "The same night as the other stuff." I asked her if she could show me with the dolls how that happened. At that time Katie laid the male doll on his back and with the hand of the child female doll was attempting to wrap the thumb and fingers around the penis of the male doll. Katie was also moving the hand up and down on the penis. I asked her if anything else happened and Katie stated, "He touches my pee-pee, too." I asked her, "Who touches your pee-pee?" Katie

looked up at me and stated, "We're talking about my daddy." (At that time Katie was pointing to the male adult doll.) I asked Katie what part of her pee-pee her daddy touched and Katie stated, "Outside here." At that time she was pointing to the vaginal opening. I asked her if she could tell me about that and Katie stated, "That hurts when they keep doing that, like keep touching you." I asked Katie what her daddy had on when she touched his "pee-pee" and Katie stated, "He pulls his underwear down to about here." (At that time Katie pointed to the area just below her knees.) I asked Katie if she could remember anything else and she indicated she couldn't and wanted to color.

After Katie colored on the cartoon for several minutes Katie stated to me, "Sharon, I really love my daddy and he loves me, too." I indicated to her that I knew she loved her daddy and that I knew he also loved her. Katie stated, "If he really loves me then why does he do that to me?" I advised her that I didn't know but the only reason I could think of was that when daddies do that it was because their thinking was sick. Katie asked me, "Did your daddy ever kiss your pee-pee?" I told her that my daddy had not done that to me and Katie stated, "You're really lucky." I asked Katie what her daddy called her when she was with him and Katie stated to me, "He calls me Kathryn and baby girl. He doesn't call me Katie." Katie then stated, "My daddy tells me that he loves me and that I'm pretty, and he even said I had a pretty bottom."

Katie asked me if "she and Matt would be visiting her father next summer." I advised her that I did not know yet whether she would. Katie stated, "I don't want to see him til he isn't sick anymore." I indicated to Katie that when I talked to her mother she said something about Katie not wanting to go to her daddy's and step-mom's last summer. Katie shook her head, indicating with a yes nod. I stated to Katie, "Is that true that you told your mother you didn't want to go visit your daddy last summer?" Katie stated, "Yes." I asked her why she didn't want to go visit him and Katie stated to me, "Because I thought he would just do it again." I asked Katie, "Did he do it again?" Katie stated, "I told you he did." I stated to Katie, "If he did it again, Katie, does that mean that something happened before last summer?" Katie stated to me, "I don't remember and I don't want to talk about it." She then

Spencer000130

396

stated, "Anyway, he won't do it again." I asked her how she knew he wouldn't and Katie stated, "Cause I won't let him ever do that again." I stated to Katie, "Could you stop him last time?" and Katie looked at me for several seconds and then replied, "No, I couldn't. He really has to be helped, doesn't he?" I told her when a big person does that to a child, they do need help.

At that time I told Katie that sometimes children said things happened that really didn't. They don't do that because they are lying, it's because the child gets mixed up about things, like who really did it and stuff like that. I asked Katie, "Is everything you told me what really happened or could you have sort of got mixed up about some things?" Katie stated, "It really happened." I told her that some times "if you close your eyes and try really hard to remember, all of a sudden you remember, I was just mixed up," and it's okay to say you got mixed up. I then stated, "Like you might close your eyes and then all of a sudden remember, Oh, that wasn't my daddy that did that; it was someone else." Katie laughed and stated, "I don't get mixed up about my daddy, Sharon. I knew him since I was born." I asked her, "How about all of the things you told me he did to your body? Could you have gotten mixed up about that?" Katie stated, "No, I didn't. I was awake and I remember."

I asked Katie if anyone else had ever touched her body like on the private areas that shouldn't have and she stated, "No. I shouldn't have touched my step-mom, should I? I wish I didn't do that." I told her all of us have done things we wished we hand't.

I asked Katie if anyone had told her to say things about her father and she stated, "He was the one who told me not to tell anyone, and I didn't. But I finally told and that was so good for me to do that, huh?" I indicated to her that it was always good to tell someone if something was bothering you. I stated to Katie, "The reason I said that to you about someone telling you to say things was because sometimes that happens, like a mom tells the child to say things that are bad about the dad, or a big brother tells his little brother to do something or he would do something bad to him like hit him or something like that. Katie stated, "My mom doesn't like me and Matt to say bad things about anyone. It's always better not to say

397

things and hurt people's feelings, huh?" I told her it's always best to think about things we say so we don't make someone feel bad.

The remainder of my conversation with Katie during the time I was with her that afternoon was about unrelated topics or statements consistent with what she had already told me regarding her sexual involvement with her father.

When I returned Katie to her home, it was shortly before 5:00 PM. Prior to leaving the Holiday Inn, Katie asked if she could stay longer and play with the dolls with me. I told her that I had to get her home because she and Matt were going to dinner with their grandmother.

Investigation to continue.

CCSO Case #84-8506, S.A.Krause, K-34

page 12 of 12

Spencer000132

398