VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER and KATHRYN E. TETZ, Plaintiffs, v. FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK, SHIRLEY SPENCER and JOHN DOES ONE through TEN, Defendants. | No. 11-5424 BHS |

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF
CLYDE RAY SPENCER

Monday, November 12, 2012
10:00 a.m.
1201 Third Avenue, Suite 2200
Seattle, Washington

**EXHIBIT** _G_

Reported by Marlis J. DeJongh, CCR, RPR
Lic. No. DE-JO-NM-J498K9

**MARLIS J. DeJONGH & ASSOCIATES**
www.marlisdejongh.com

399

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 5

1      Defendant James Peters.

2            MR. BOGDANOVICH:  Guy Bogdanovich on behalf of

3      defendant Sharon Krause.

4

5    CLYDE RAY SPENCER,        deponent herein, being first duly

6                             sworn on oath, was examined and

7                             testified as follows:

8

9                            EXAMINATION

10   BY MR. FREIMUND:

11      Q.    Please state your full name for the record and

12   spell your last name.

13      A.    Clyde Ray Spencer, S-p-e-n-c-e-r.

14      Q.    Mr. Spencer, what is your date of birth?

15      A.    1/9/48.

16      Q.    How old are you now?

17      A.    64.

18      Q.    Are you on any medications today?

19      A.    Nothing but the medications I took last night for

20   the PTSD and the nightmares.

21      Q.    What did you take last night?

22      A.    I don't have that information with me.  I mean, I

23   can get it for you.  My attorney can get it for you.

24      Q.    Do you recall the name of the drug that you took?

25      You have to answer out loud, please.

400

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 7

1    Q.   Is that your worry?

2    A.   Yes.

3    Q.   Tell me what town you reside in.

4    A.   Los Angeles.

5    Q.   Los Angeles, California?

6    A.   Yes.

7    Q.   How long have you resided there?

8    A.   Probably a year and a half now.

9    Q.   How long have you been out of prison?

10    A.   I was released in December of 2004.

11    Q.   So during the past eight years, approximately, have

12 any of the defendants in this case made any effort to

13 contact you?

14    A.   Not that I know of.

15    Q.   But nonetheless you're afraid that they're going to

16 sometime in the next future years?

17    A.   The possibility is there.

18    Q.   Are you afraid of anybody else?

19    A.   No.

20    Q.   So it's just the three named defendants that you're

21 afraid of?

22    A.   Correct.

23    Q.   Your allegation in this case, sir, as set forth in

24 your complaint is that there was a conspiracy to frame you

25 for crimes that you didn't commit.  Is that right?

401

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 8

1    A.    That's correct.

2    Q.    Who was a part of this conspiracy?

3    A.    Jim Peters, Michael Davidson, and Sharon Krause.

4    Q.    Nobody else?

5    A.    No.

6    Q.    So it was just those three people that conspired

7    against you even though you also named Shirley Spencer, the

8    County, Clark County sheriff's office and the Clark County

9    prosecutor's office?

10    A.    Michael Davidson was employed by the Clark County

11    sheriff's.  I think Shirley Spencer was a pawn in this.

12    Q.    So she was involved in the conspiracy unwittingly?

13    A.    I think she was, yes.

14    Q.    All right.  When did this conspiracy form?

15    A.    I noticed that my marriage was changing around

16    October of 2004.  Up until that point in time I had a

17    stable, loving relationship with my wife.  Suddenly the

18    arguments began.  This was after the polygraph that

19    Detective Davidson indicated I had failed.

20    My wife went there, and after that, she apparently went

21    to the jail, or went to the county sheriff's almost on a

22    daily basis.  I would call her for hours and she would not

23    answer, and she would indicate that she had been at the

24    county jail or at the sheriff's department speaking with

25    Davidson.

402

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 9

1      I believe that the relationship started at that point,

2    and they manipulated her from on.

3      Q.   And you have pretty clear memories of that time

4    frame of October 1984?

5      A.   I know that's when the relationship seemed to

6    totally reverse.  Up until that time she was supportive of

7    me, loving.  Suddenly there was no personal relationships.

8      You have to understand Shirley's mental state.  She

9    is, she's a fragmented individual.  She's obsessed with

10   jealousy.  Her feelings of how to, a relationship should be,

11   there should be a physical confrontation and then a makeup

12   afterwards.  So all of a sudden it began around that period

13   of time.

14     Q.   That period of time being October 1984?

15     A.   Correct.

16     Q.   What -- and that's when you think the conspiracy

17   formed, was sometime around October 1984, just to be clear?

18     A.   It is.

19     Q.   What was the goal of the conspiracy, or what was

20   the agreement to do?

21     A.   I think that the agreement was to get me out of the

22   picture.  Davidson sleeping with my wife.  Krause is

23   building a career.  She is working in conjunction with Jim

24   Peters.  They're giving lectures up and down the coast.

25     Q.   So why -- what is Peters' motivation in this

403

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 10

1    conspiracy that you believe existed?

2        A.    He's building a career too.

3        Q.    So Davidson had one motive to conspire, and Krause

4    and Peters had a different motive to conspire.  Is that what

5    you're saying?

6        A.    Well, I'm saying that Davidson sleeping with my

7    wife.  Krause, if you read her reports -- I was a police

8    officer in law enforcement 14 years.  You don't, you know --

9    there is no audio, there is no video of these, of these

10   reported interviews with the kids.  She comes back a week

11   later and writes a 20 page report with quotation marks.  I'm

12   sorry, I don't buy that.  She falsified those reports.

13   Davidson was her immediate supervisor.  He would have

14   known about it.  She would have had to give him everything.

15   Peters is there, he has it.

16       Q.    Okay.  Let's go back to my question though.  My

17   question to you is, is it your belief that Davidson had a

18   motive underlying this conspiracy that was different than

19   the motive that Peters and Krause had?

20       A.    Well, obviously Peters and Krause are not sleeping

21   with my wife, so yes.

22       Q.    Do you think Peters and Krause were acting in order

23   to further this, a relationship between Mike Davidson and

24   your wife?

25       A.    Whether they were acting to further that

404

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 11

1  relationship I have no idea.  But I know they took an active

2  part in this conspiracy.

3      Q.   Okay.  So Krause and Peters had an agreement in

4  this conspiracy to further their career by framing you for a

5  crime you claim you didn't commit, right?

6      A.   Correct.

7      Q.   But Mr. Davidson had a separate and independent

8  reason for attempting to frame you for a crime you didn't

9  commit, as you claim.  Is that your testimony?

10     A.   Davidson is the lead supervisor.  Krause works

11 directly for him.  He's controlling that investigation.  She

12 has to run things through him.  There is no way that I'll

13 ever believe that he wasn't aware of what was going on.  And

14 he had his own motivation for directing that investigation.

15     Q.   So his motivation was independent and different

16 from the motivation of Krause and Peters, correct?

17     A.   Correct.

18     Q.   Who was the ringleader of this conspiracy?

19     A.   I think Davidson.  He's controlling the

20 investigation.

21     Q.   Was Mr. Rulli involved in the conspiracy?

22     A.   No.

23     Q.   Who were the other pawns, if there were any, in

24 this conspiracy?  You mentioned Shirley Spencer was a pawn

25 in the conspiracy.  Were there others?

405

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 16

1    Q.    My question to you though is, do you have any

2  reason to doubt the accuracy of what Ms. Arden said?

3    A.    I have no reason to doubt the accuracy or the

4  inaccuracy of it.

5    Q.    All right.  Now let's look at the second page of

6  Exhibit 2, please.  I will direct your attention to the

7  first full paragraph on that page which kind of looks like

8  the second paragraph on the page.

9        And Ms. Arden here is documenting what you were telling

10  her about your daughter Kathryn Spencer's initial disclosure

11  of abuse.

12        Is it your understanding, sir, that that is the fact,

13  that the first person that your daughter Kathryn Spencer

14  disclosed sexual abuse by you, the first person she told

15  that to you was your wife at the time Shirley Spencer?

16    A.    Yes.

17    Q.    And do you believe your wife Shirley Spencer was a

18  pawn in a conspiracy at the time that disclosure was made to

19  her by Kathryn Spencer?

20    A.    I have no way of knowing that because I have no way

21  of knowing when the affair started.

22    Q.    So you don't know if she was a pawn --

23    A.    I can't say.

24    Q.    -- at that point or not?

25    A.    No, I can't say.

406

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 51

1  house?

2      A.   I did, yes.

3      Q.   How frequently did you do that?

4      A.   Best of my knowledge, this investigation spanned

5  probably a two to three-week period.  I was assigned to the,

6  for lack of a better term, task force, so I would imagine

7  that I had regular shifts.  I don't recall now how much time

8  I spent.

9      Q.   Okay.  How often did you interact with Sharon

10  Krause during the course of that investigation?

11      A.   I didn't.

12      Q.   You never met her at all?

13      A.   No.

14      Q.   So I thought that was the interaction where you

15  first met Sharon Krause.  I must have misunderstood because

16  my question was, when did you first meet her?

17      A.   I met Sharon Krause in the sense that they had a

18  briefing and she was giving the briefing to the officers

19  involved.  I had no personal contact with Sharon Krause.

20  Don't know if I ever spoke to her personally or not.

21      Q.   So to your knowledge the first time you probably

22  spoke to her personally was as reflected in Exhibit 1 on the

23  second page at the top on the morning of August 29, 1984

24  when you telephone called -- made a telephone call to her.

25  Do you believe that's the first time you ever spoke to her?

407

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 52

1      A.    I believe that's accurate.

2            MS. ZELLNER:  You need to read what he's referring

3      to.

4      Q.    After your attorney pointed out to you the second

5      sentence to try to get you to say something different after

6      you first said --

7            MS. ZELLNER:  No, actually --

8            COURT REPORTER:  Wait, wait.

9            MS. ZELLNER:  I would object.  You need to identify

10     the paragraphs you're referring to.

11           MR. FREIMUND:  I just did.

12           MS. ZELLNER:  You didn't.

13     Q.    I said, Page 2, where it says, On the morning of

14     August 29th, 1984 I received a phone call from a male

15     subject who identified himself as Vancouver police officer

16     Ray Spencer, and asked, is that the first time that you

17     spoke to Ms. Krause personally, to your knowledge?

18     A.    To my knowledge, yes.

19     Q.    When was the first time, to your knowledge, that

20     you ever met or spoke to Sergeant Mike Davidson?

21     A.    I served a search warrant with Davidson one time.

22     Q.    Do you recall how long that was before this

23     investigation involving you commenced?

24     A.    Probably a couple years.

25     Q.    Was that the first and only time you met Sergeant

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 67

1    of that first paragraph, Detective Krause is relating that

2    she shared with Dr. Abrams the information she had obtained

3    from DeAnne Spencer regarding Spencer reportedly raping a

4    neighbor girl by the name of Rhonda during the time they

5    were living in California prior to the Spencers moving to

6    Vancouver.

7         Do you recall Dr. Abrams asking you about that alleged

8    rape of a neighbor girl named Rhonda?

9         A.   Yes.

10        Q.   Did that happen, that you had sexual relations with

11   a neighbor girl named Rhonda?

12        A.   I did.  She was 19 years old, six foot one, and had

13   a set of 38 double Ds.

14        Q.   All right.  And that occurred during the time you

15   were married to DeAnne Spencer?

16        A.   It did.

17        Q.   Do you recall being told after the second polygraph

18   that Dr. Abrams concluded that the results of your second

19   polygraph were indicative of deception?

20        A.   No, I recall Sergeant Davidson telling me I failed

21   the second one too.

22        Q.   Do you recall talking to Dr. Abrams about that at

23   all?

24        A.   No, because Dr. Abrams would give the polygraph and

25   get up and walk out of the room.

409

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 68

1      Q.    Do you think Dr. Abrams was a pawn in the

2   conspiracy?

3      A.    I think Dr. Abrams did shoddy work.  He has a

4   reputation.  I know he's not alive now, but he did shoddy

5   work.

6         If you read the last statement on that polygraph, he

7   wasn't conclusively -- he wasn't confident of the results,

8   and he even says something to the effect, I'm hoping that

9   something else comes along to clarify this.

10        But that was not what was told to me.  Davidson said,

11   you failed it.

12     Q.    Do you think that Dr. Abrams was a pawn in the

13   conspiracy you believe that existed?

14            MS. ZELLNER:  Asked and answered.

15            MR. FREIMUND:  It wasn't answered.

16            Could you answer it?

17     A.    I think I did answer it.  Dr. Abrams did shoddy

18   work.  I don't know if he was a pawn in it or not.  All I

19   know is that he wasn't a professional.

20     Q.    All right.  You said that Rhonda was 19 years old

21   when you had sex with her.  Did you have sex with her just

22   one time?

23     A.    Yes.

24     Q.    And she was your neighbor's daughter?

25     A.    That's correct.

410

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 69

1    Q.    How old were you when you had sex with her?

2    A.    Probably 30.

3    Q.    There was a confrontation with your neighbors

4  shortly after you had sex with Rhonda, was there not?

5    A.    There was.

6    Q.    And they were upset, accusing you of having raped

7  her, were they not?

8    A.    Yes.

9    Q.    Did you call the police that time?

10   A.    No.

11   Q.    Did you disclose to your wife at the time, DeAnne

12  Spencer, that you did have sex with her but it was

13  consensual?

14   A.    No.

15   Q.    Did your wife DeAnne Spencer have any knowledge

16  about this confrontation between you and your next-door

17  neighbor about having sexual relations with this 19-year-old

18  named Rhonda?

19   A.    They called DeAnne over there and told them.  And

20  one of the individuals that was present was a cousin of

21  Rhonda's, and six months before she had told DeAnne and I

22  that her cousin raped her.

23       This individual was there and he was talking some long

24  aggressive, what he was going to do.  And DeAnne says, wait

25  a minute, she looked at me and she said, wasn't he the

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 92

1  gave was the pending charges of these allegations.

2      Q.   Would you agree with me that looking at Exhibit 4,

3  three reasons are given on Page 2 under the paragraph of

4  Roman Numeral 2?

5      A.   Those are the reasons, yes, but they're not

6  factual.

7      Q.   Okay.  The reasons that Chief Davis indicates in

8  writing on January 8, 1985 for your termination were, one,

9  you engaged in sexual relations with a minor and that such

10  relations were immoral; two, that prior to joining the

11  Vancouver Police Department you did sexually assault an

12  individual; and three, that between October 1979 and January

13  1980 you did report false information to your supervisors

14  while you were involved in an undercover investigation.

15      Did I read that correctly?

16      A.   You read it correctly.

17      Q.   And then if you look at the next paragraph, Roman

18  Numeral 3 there, it says, A more detailed statement of the

19  reasons for your discharge and removal will be promptly

20  provided to you upon your request or request by your

21  attorney.

22      You did make such a request for a more detailed

23  statement, did you not?

24      A.   I did.

25      Q.   And if you turn to the last two pages of Exhibit 4,

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 93

1    that is the bill of particulars that begins at the top of

2    that page:  Upon the written request of Clyde Ray Spencer

3    dated January 8, 1985 the City of Vancouver hereby provides

4    the following bill of particulars supporting its notice of

5    dismissal dated January, 1985.

6         Did I read that correctly?

7         A.    Yes, you did.

8         Q.    And it clarifies or expands upon those three

9    reasons I just gave you, the reference to having sex with --

10   sexually assaulting an individual prior to joining the

11   Vancouver Police Department is explained in more detail

12   under Allegation No. 1, is it not?

13        A.    That's what the allegation is, yes.

14        Q.    And that references the forcible rape without

15   consent of Rhonda Short, correct?

16        A.    That was consensual.  It was not a rape.

17        Q.    But yet the Vancouver Police Department concluded

18   that it was forcible without consent, and based on that

19   conclusion that was one of the reasons they gave you for why

20   they fired you, correct?

21        A.    Where is the due process in that?

22        Q.    Is that correct?  That's one of the reasons they

23   gave you for why they --

24        A.    That's one of the reasons they gave but it's not

25   accurate.

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 97

1    it.

2        Q.   All right.  Do you think it was inappropriate for

3    you to have Nancy -- sexual relationship with Nancy Steigman

4    under the circumstances that you were engaged in?

5        A.   No.

6        Q.   It was perfectly okay?

7        A.   You know, I haven't -- I haven't diminished the

8    fact that I had affairs, that I slept with women.  So I'm

9    not going to sit here and try to justify it, if that's what

10   you're looking for.

11       Q.   I'm just asking --

12       A.   I did it.  I slept with her.

13       Q.   I understand that.  I'm asking if you think it's

14   okay that you did so.

15       A.   Yeah.

16       Q.   Okay.  Do you think there was nothing wrong with

17   you having a sexual relationship with Rhonda Short?

18       A.   That was consensual.  She came to the house that

19   night to talk to me about the fact that her boyfriend was

20   coming over the next day, along with a girlfriend and her

21   boyfriend, and that she was trying to figure out how she

22   could not bring her girlfriend and boyfriend over there so

23   she could sleep with the guy.  The next day she came to my

24   house for my son's birthday party.  Does that sound like

25   somebody that has been violently raped?  Why would she come

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 122

1   February 20, 1985 she wasn't at work because she was ill but

2   yet while at home she received a call that Clark County

3   deputies had responded again to the Spencer residence on a

4   civil standby regarding some guns.

5       Do you recall an incident on or about February 20, 1985

6   where the police again came to your home this time in

7   relationship to issues regarding some weapons you had there?

8       A.   Yes.

9       Q.   So Detective Krause is accurately reporting that

10  this incident did in fact occur, is she not?

11      A.   Yeah.   This was after Shirley Spencer had dropped

12  her five-year-old off at my motel.

13      Now I don't know about you, but I had already been

14  arrested for supposedly pedophilia with my daughter.   What

15  reasonable woman would drop her five-year-old off there if

16  she thought there was any danger of it.

17      And why is it that for a week before that every time I

18  asked Shirley to stay she would say, I can't because if I do

19  I can't go through with this.

20      That was a setup.   The whole thing was a setup between

21  Krause, Davidson and Peters.   They manipulated Shirley, they

22  knew their case was weak.   They didn't have probable cause

23  to make the first arrest because it was based on false

24  reporting.

25      Q.   So you think a deputy prosecuting attorney Jim

415

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 123

1   Peters was involved in the decision to urge Shirley Spencer

2   to take her five-year-old son to stay with you at this

3   motel?

4       A.   I think Michael Davidson did that.

5       Q.   Well, you mentioned Peters too and that's why --

6       A.   That's part of the conspiracy, yes.

7       Q.   So you think Peters was involved in that decision?

8       A.   I think Michael Davidson is the one that

9   manipulated Shirley into dropping that child off knowing

10  there was no damage because I didn't do it.  They had

11  already falsified these reports.

12      Q.   Try to listen to my question, sir.  I'm focusing on

13  Jim Peters, the prosecutor.

14      A.   I believe I've answered that question.  It was

15  Michael Davidson.  That's who I feel manipulated this child,

16  or manipulated Shirley into dropping this child off.

17      Q.   So you don't think Jim Peters had any role in that

18  decision?

19      A.   I think Jim Peters is as deep involved in this

20  conspiracy as all the rest of them.

21      Q.   So try to answer my question then.

22      A.   I think I just did.

23      Q.   Do you think that Jim Peters was involved in a

24  decision to urge Shirley Spencer to take her five-year-old

25  son to the motel you were staying in?

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 124

1      A.     I don't think that Davidson had a -- was, probably

2    didn't even tell Peters.   Okay.

3      Q.     So you don't think Peters was involved in that

4    decision then?

5      A.     I don't know whether he was or not.   I'll tell you

6    right now that, would you drop a five-year-old at somebody's

7    motel to spend the night, you don't bring them clothes,

8    don't bring them toys, you drop them off, somebody that had

9    just been arrested and was out of OR on pedophilia and

10   you're going to drop a child off?   I'm sorry, I'm not buying

11   that.

12     Q.     Do you think that Detective Krause was involved in

13   a decision to convince Shirley Spencer to drop her

14   five-year-old son off at that motel room?

15     A.     Yes, I do.

16     Q.     What do think she did?

17     A.     Excuse me?

18     Q.     What do you think she did to enable that to happen?

19     A.     I think they realized their case was falling apart

20   and they needed something to buffer it.   Why would they hide

21   the medical exams on my daughter?

22     Q.     So just so I understand your testimony, you think a

23   sergeant in a sheriff's office and a detective in a

24   sheriff's office convinced a mother of a five-year-old child

25   to take her child to a motel room where a man has been

417

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 136

1    eyes on DeAnne.

2        Q.   Maybe you could answer my question first and

3    then --

4            MS. ZELLNER:  He's answering.

5        A.   I am answering your question, sir.

6        Q.   All right.  Go ahead.

7        A.   I met DeAnne in a book store in Sacramento.  She

8    had hip huggers to where I could see below her navel, she

9    had a cropped top on with her breast hanging out and long

10   blonde wigs.

11       I had nothing to do -- she was hanging with an older

12   aunt at the time.  That's how she dressed.  I didn't make

13   her dress like that.

14       Q.   Now your testimony, sir, is both DeAnne and Shirley

15   Spencer had a lot of problems, right?

16       A.   That's correct.

17       Q.   And they both ultimately were out to get you?

18       A.   That's correct.

19       Q.   And they both ultimately made up stories about you

20   to make you look bad.  Is that --

21       A.   Based on information that they were receiving from

22   Detective Krause and Michael Davidson.

23       Q.   Do you think Detective Krause --  let me start with

24   Davidson.  Do you have any reason to believe Sergeant

25   Davidson had any contact with DeAnne Spencer down in

418

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 141

1    asking you though is what do you believe.  Not what you know

2    but what you believe.  Are you with me so far?

3         A.    Yeah.  I'm a fairly intelligent man.  I think I

4    understand English.

5         Q.    So I am asking you, do you believe, whether you

6    know it's true or not, but do you believe that Detective

7    Davidson, I'm sorry, Sergeant Davidson manipulated Kathryn

8    Spencer into making her first disclosure to Shirley Spencer?

9         A.    Probably not.

10        Q.    Do you believe that Shirley Spencer manipulated

11   Kathryn Spencer into making that disclosure?

12        A.    I have no idea.  I have no idea.

13        Q.    You're less sure in that belief?

14        A.    She was being manipulated but I don't know by who.

15        Q.    Did it ever come to your attention that Kathryn

16   Spencer first disclosed sexual abuse by you to Shirley

17   Spencer and then the second time she disclosed that sexual

18   abuse was to her therapist in Sacramento?

19        A.    It's my understanding that she kept telling the

20   therapist that nothing happened.

21        Q.    That's your understanding?

22        A.    That was my understanding.

23        Q.    So if it came to your attention that in fact she

24   not only told the therapist --  let's get a date here.

25              MS. ZELLNER:  Let's get the date.

419

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 160

1   Big Matt said I did it, then I must have done it?

2       A.   When the charges were lodged in reference to Big

3   Matt, I had lost everything.  My mental state was extremely

4   low.  I was heavily medicated, I was hallucinating.  I would

5   jump at every sound.  I'm locked in a county jail in a

6   medical ward.  So, yeah, I may have said that.  That may

7   have been the final straw right there.

8       Q.   And you do recall telling the judge when you plead

9   guilty to the judge that you can't remember it and that's

10  why you were pleading guilty.  Do you remember that?

11      A.   I believe I said that to the judge, yes.

12      Q.   By the way, your belief is this judge, Judge Thomas

13  Lodge, Clark County Superior Court judge, you thought he had

14  it in for you because you had pulled over his daughter

15  sometime previously.  Is that right?

16      A.   That's correct.  She nearly ran my car -- she was

17  racing another guy and nearly ran my police car into the

18  Columbia River.

19      When I stopped her, ID'd her, saw the last name, I asked

20  if her dad was Tom Lodge and she said yes.  I went ahead and

21  released her.  And as a father I called him that night and

22  said, You may want to talk to your daughter.

23      And Judge Lodge says, what right do you have to stop my

24  daughter.  I said, I didn't know it was your daughter.  He

25  said, I want to know what right you had to stop my daughter.

420

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 161

1      Q.    So you thought Judge Lodge kind of held a grudge

2    against you for the incident?

3      A.    Well, Judge Lodge gave me the harshest sentence

4    that was ever handed out in Clark County, so probably.

5      Q.    Do you think Judge Lodge took out his displeasure

6    with you in other ways besides issuing a life sentence to

7    you for multiple counts of sexually abusing three children?

8      A.    I think Judge Lodge made his decision based on the

9    information that was provided to him, which nobody ever told

10   him that allegedly there were a dozen other cops involved in

11   these molestations.  It was not stressed to him my mental

12   state at the time.  It was not stressed to him that there

13   was an affair going on with Michael Davidson and my wife.

14   It was not stressed to him that there was a videotape that

15   wasn't turned over for 25 years.  Judge Lodge made his

16   decision on what they gave him and it was very little.

17     Q.    And it also was your agreement that you would

18   accept a plea of guilty because you believed that a jury

19   would convict you?

20     A.    That's the basis of an Alford Plea, yes, sir.

21     Q.    When you say, what did you say, that a dozen cops

22   were involved?

23     A.    Well, that's what was told, that there were

24   multiple police officers that also were involved in this

25   molestation.

421

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 198

1        VIDEOGRAPHER:  Going off record.  The time now is
2    4:27 p.m.
3        (Recess.)
4        VIDEOGRAPHER:  Back on record.  The time now is
5    4:39 p.m.
6
7                        EXAMINATION
8    BY MS. FETTERLY:
9        Q.   Mr. Spencer, I think we've been introduced earlier.
10   I represent James Peters, another defendant.
11       Earlier in Mr. Freimund's questions there was a lot of
12   discussion about what you term a conspiracy to obtain a
13   conviction and frame you for a crime that you didn't commit,
14   or several crimes you didn't commit.  Do you remember that
15   discussion?
16       A.   Yes, ma'am.
17       Q.   And it's your contention, as I understand that
18   earlier testimony, that Defendant James Peters was also a
19   part of that conspiracy.  Is that correct?
20       A.   Yes.
21       Q.   When did he join that conspiracy?
22       A.   Well, I have no idea when he was joining a
23   conspiracy but it's my understanding that Krause was in
24   contact with him on a regular basis.
25       It's also my understanding that the night before that

422

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 199

1   videotape was made that Krause and Rulli met with my

2   daughter.

3       Q.   Krause and Rulli?

4       A.   Not Rulli, but Peters.  And I think the fact that

5   that videotape is pretty damning as far as his role in this

6   whole thing.

7       Q.   Well, my question was, when did he join the

8   conspiracy.

9       A.   Well, again, I have no idea when he joined it other

10  than the fact that he was in regular contact, is my

11  understanding, with Sharon Krause.  He was the prosecutor in

12  the case.

13      Q.   Well, we'll explore that a little further in a

14  moment.

15      Was there anything particularly unusual in your mind for

16  Mr. Peters as a deputy prosecuting attorney for Clark County

17  to be in fairly regular contact on cases in general with

18  Sharon Krause who was a detective?

19      A.   Well, it's something that would happen on a regular

20  basis but he should have also been questioning these reports

21  that she was putting together.

22      Q.   Well, we'll get to that in a minute.  My question

23  was simply, is there anything, in the abstract, unusual

24  about a deputy prosecuting attorney having fairly regular

25  contact on cases with a detective in the sheriff's office?

423

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 200

1    A.   No.

2    Q.   Now is it your contention that James Peters knew of

3    the sexual relationship that you maintain took place between

4    Michael Davidson and Shirley Spencer prior to the time that

5    you entered your guilty plea in May of 1985?

6    A.   I can't say that for a fact, but it, according to

7    Krause, it was common knowledge.

8    Q.   You're basing it on Ms. Krause's earlier statement,

9    I think taken out of context in one of her depositions, that

10   it was common knowledge.  Is that what you base it on?

11   A.   I question taken out of context.

12   Q.   Okay.  You're basing it -- any other evidence to

13   suggest that he, when he knew of the relationship and that

14   he knew of it before May of 1985?

15   A.   I have no indication that he knew or he didn't

16   know.

17   Q.   Now you allege at one point in the complaint that

18   Mr. Peters was what you described heavily involved in the

19   investigation of the Spencer case.  When -- how was he

20   heavily involved in the investigation as opposed to the

21   prosecution?

22   A.   He was --  he's the one that was overseeing this

23   investigation as far as the prosecutor's office.  He was

24   meeting with Krause on a regular basis.  It was his

25   decisions whether he wanted to make the arrest, he wanted to

424

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 202

1    to, I think you said collaborate, was that the word you

2    used, with law enforcement in an investigation, how do you

3    know that?

4         A.   I was a police officers for 14 years.

5         Q.   Have you yourself ever collaborated with a

6    prosecuting attorney while an investigation is ongoing, in

7    other words, before a decision has been made to file

8    charges?

9         A.   Sure.

10        Q.   And now let's turn to September of 1984.  Was he

11   involved in the investigation at that point?

12        A.   Again, I have no idea when he was or he wasn't.

13        Q.   Who made the decision to file charges against you?

14        A.   I assume Jim Peters did.

15        Q.   Who actually filed the charges?

16        A.   I don't know if Jim Peters in conjunction with his

17   boss Art Curtis, I don't know exactly who filed them.

18             MS. FETTERLY:  This might help.  I'll ask the court

19        reporter to mark this, please.

20             (Exhibit No. 10 marked for identification.)

21        Q.   Does that document, Exhibit No. 10, refresh your

22   recollection as to who actually filed the initial

23   information?

24        A.   Based on this it indicates that Art Curtis did.

25        Q.   Was Art Curtis involved in the conspiracy that you

MARLIS J. DeJONGH & ASSOCIATES
www.marlisdejongh.com

425

VIDEOTAPED DEPOSITION OF CLYDE RAY SPENCER, 11/12/12

Page 203

1    talked about earlier?

2        A.    No, I don't believe he was, but I also am led to

3    believe that Jim Peters was the actual prosecutor that was

4    monitoring this case as it went along.

5        Now, Art Curtis was his boss so it's not uncommon for

6    him to have sent it up there and conferred with Art Curtis.

7        Q.    So you said Art Curtis at the time was James

8    Peters' boss.  Would it be likely then that Mr. Curtis would

9    take direction from one of his deputies that he had to file

10   charges?

11       A.    Not necessarily.  If he brought the information to

12   his boss based on what the information he had, then it would

13   not be uncommon for them to go forth and then Art Curtis may

14   have signed this.

15       Q.    Why do you assume that Mr. Curtis signed this

16   solely on information Mr. Peters brought forth?

17       A.    Well, it's my understanding that Art Curtis was not

18   directly involved in this investigation, so who else, whom

19   else would it be that is bringing this information to the

20   prosecutor's office.

21       Q.    Do you have any knowledge whether or not Mr. Curtis

22   was conferring with representatives from not only the

23   sheriff's department, including the elected sheriff, and

24   also was communicating with the police chief shortly before

25   these charges were filed that might have led him to make the

426