1

2

3

4                                    In Re:

5

6                   the Videotaped Interview of

7                        KATHRYN SPENCER

8                       December 11, 1984

9

10

11

12

13

14

15

16

17

18

19

20

21                   EXHIBIT____J____

22

23         Transcribed by:  Shelley L. Plate, CSR

24         Date of Transcription:  11/26/12

527

Spencer005996

| | | |
|---|---|---|
| 11:49 | 1 | DeANNE SPENCER:  Okay.  I'll sit with you. |
| 11:49 | 2 | Do you want to sit on my lap? |
| 11:49 | 3 | KATHRYN SPENCER:  (Nodding up and down). |
| 11:49 | 4 | DeANNE SPENCER:  Okay. |
| 11:51 | 5 | SHARON:  Here we are.  How many adults do we |
| 11:51 | 6 | have?  Just two or three?  Hmmm? |
| 11:51 | 7 | KATHRYN SPENCER:  (Demonstrating with two |
| 11:51 | 8 | fingers). |
| 11:51 | 9 | SHARON:  Two. |
| 11:51 | 10 | Do you want to pick them out so I don't pick |
| 11:51 | 11 | the wrong dolls? |
| 11:51 | 12 | KATHRYN SPENCER:  (Nodding side to side.) |
| 11:51 | 13 | SHARON:  Which one do I need first?  You tell |
| 11:51 | 14 | me and see if I guess it right. |
| 11:51 | 15 | KATHRYN SPENCER:  (Nodding side to side). |
| 11:51 | 16 | SHARON:  Do you need the boy doll?  Hmmm? |
| 11:51 | 17 | Are you going to need the boy doll or do you |
| 11:51 | 18 | need two girl dolls?  That's the big girl; that's the |
| 11:51 | 19 | little girl; and this is the boy (indicating)?  Okay. |
| 11:52 | 20 | Is that your favorite pop? |
| 11:52 | 21 | KATHRYN SPENCER:  (Nodding up and down). |
| 11:52 | 22 | SHARON:  Is it strawberry?  Oh, I remember |
| 11:52 | 23 | when she was always wanting to eat strawberries in |
| 11:52 | 24 | California.  Hmmm? |

| | | |
|---|---|---|
| 11:52 | 1 | DeANNE SPENCER: Let me take a drink. |
| 11:52 | 2 | KATHRYN SPENCER: Mom, you already had one. |
| 11:52 | 3 | SHARON: Move that desk. The other way. |
| 11:52 | 4 | KATHRYN SPENCER: Mom, what are you doing? |
| 11:52 | 5 | JAMES PETERS: Wiggling around. |
| 11:52 | 6 | So what did you do last night after you left |
| 11:52 | 7 | here? Did you go back to the hotel? |
| 11:52 | 8 | KATHRYN SPENCER: Yes. |
| 11:52 | 9 | JAMES PETERS: What else did you do? |
| 11:52 | 10 | KATHRYN SPENCER: Nothing. |
| 11:52 | 11 | JAMES PETERS: Did you watch T.V.? |
| 11:52 | 12 | KATHRYN SPENCER: Yes. |
| 11:52 | 13 | JAMES PETERS: What did you watch? |
| 11:52 | 14 | KATHRYN SPENCER: (Shrugging shoulders). |
| 11:52 | 15 | JAMES PETERS: Can't remember? |
| 11:52 | 16 | KATHRYN SPENCER: (Nodding side to side.) |
| 11:52 | 17 | DeANNE SPENCER: Do you remember? |
| 11:53 | 18 | SHARON: Tell Jim what they're doing down |
| 11:53 | 19 | there. It's so noisy. |
| 11:53 | 20 | KATHRYN SPENCER: Banging the walls. |
| 11:53 | 21 | JAMES PETERS: What are they doing with the |
| 11:53 | 22 | walls? |
| 11:53 | 23 | KATHRYN SPENCER: They're banging the walls, |
| 11:53 | 24 | the walls. |

529

Spencer005998

11:53  1       JAMES PETERS:  They're banging the walls?

11:53  2  Who's banging the walls?

11:53  3       KATHRYN SPENCER:  I don't know their names.

11:53  4       SHARON:  They're remodeling, aren't they,

11:53  5  because the (inaudible) --

11:53  6       DeANNE SPENCER:  (Inaudible).

11:53  7       KATHRYN SPENCER:  Mom.

11:53  8       SHARON:  Kind of noisy.

11:53  9       JAMES PETERS:  Kind of noisy, yeah.

11:53 10    Well, you know what I heard last night?  I

11:53 11  heard you were going to come and talk to me today and

11:53 12  tell me the stuff that you came up here to tell me

11:53 13  yesterday; is that right?

11:53 14       SHARON:  Would you rather I left and you and

11:53 15  Jim and your mom talk?  Would it be easier if I left?

11:54 16       KATHRYN SPENCER:  (Nodding up and down).

11:54 17       SHARON:  Okay, I can go.  Do you need these?

11:54 18       JAMES PETERS:  No, I don't need those.

11:54 19       SHARON:  Okay.

11:54 20       JAMES PETERS:  I wonder if we should have a

11:54 21  cup so it isn't so noisy.

11:54 22       SHARON:  So it isn't so noisy.

11:54 23       Would you like a cup or do you want to drink

11:54 24  it out of the can?

530

Spencer005999

| | | |
|---|---|---|
| 11:54 | 1 | KATHRYN SPENCER:  (Tapping can). |
| 11:54 | 2 | SHARON:  Okay.  Can you be real quiet so it |
| 11:54 | 3 | doesn't make noise.  You know how to do that, right, |
| 11:54 | 4 | because the noise makes it so Jim can't hear. |
| 11:54 | 5 | And I'll go outside in the other room, okay. |
| 11:54 | 6 | If you guys need me, you know where I'm at, okay? |
| 11:54 | 7 | I'll leave that in case you need it, the |
| 11:54 | 8 | case. |
| 11:54 | 9 | JAMES PETERS:  Okay. |
| 11:54 | 10 | SHARON:  I'll be at my desk, Kati, if you |
| 11:54 | 11 | guys need me.  Okay? |
| 11:54 | 12 | (Sharon exits the |
| 11:54 | 13 | room.) |
| 11:54 | 14 | JAMES PETERS:  So Kati, you're -- are you |
| 11:55 | 15 | still five years old? |
| 11:55 | 16 | KATHRYN SPENCER:  (Nodding up and down). |
| 11:55 | 17 | JAMES PETERS:  Do you remember when your |
| 11:55 | 18 | birthday is? |
| 11:55 | 19 | KATHRYN SPENCER:  After Christmas. |
| 11:55 | 20 | JAMES PETERS:  That's coming up pretty soon, |
| 11:55 | 21 | isn't it? |
| 11:55 | 22 | KATHRYN SPENCER:  (Nodding up and down). |
| 11:55 | 23 | JAMES PETERS:  Well, let me ask you a couple |
| 11:55 | 24 | of questions about -- about me today, okay?  This is a |

531

Spencer006000

| | | |
|---|---|---|
| 11:55 | 1 | game about truth and lies.  Have you ever played that |
| 11:55 | 2 | game before? |
| 11:55 | 3 | KATHRYN SPENCER:  (Nodding side to side). |
| 11:55 | 4 | JAMES PETERS:  Do you know what the |
| 11:55 | 5 | difference is between truth and lies? |
| 11:55 | 6 | KATHRYN SPENCER:  (Nodding side to side). |
| 11:55 | 7 | JAMES PETERS:  What if I said it was snowing |
| 11:55 | 8 | in here right now, would that be the truth or a lie? |
| 11:55 | 9 | KATHRYN SPENCER:  A lie. |
| 11:55 | 10 | JAMES PETERS:  That's right. |
| 11:55 | 11 | What if I said today I had on a green tie, |
| 11:55 | 12 | would that be truth or a lie? |
| 11:55 | 13 | KATHRYN SPENCER:  A lie. |
| 11:55 | 14 | JAMES PETERS:  Yes, that's right.  You know |
| 11:55 | 15 | the difference, don't you? |
| 11:55 | 16 | What if I said that you had on shoes that had |
| 11:55 | 17 | purple on it, would that be truth or a lie? |
| 11:56 | 18 | KATHRYN SPENCER:  Truth. |
| 11:56 | 19 | JAMES PETERS:  That's right. |
| 11:56 | 20 | Purple is your favorite color, isn't it? |
| 11:56 | 21 | KATHRYN SPENCER:  Uh-huh. |
| 11:56 | 22 | JAMES PETERS:  What's your other favorite |
| 11:56 | 23 | color? |
| 11:56 | 24 | KATHRYN SPENCER:  White. |

532

Spencer006001

11:56  1          JAMES PETERS:  Oh, yeah?  Do you like pink

11:56  2   too?

11:56  3          KATHRYN SPENCER:  (Nodding side to side).

11:56  4          JAMES PETERS:  Yesterday you had on pink

11:56  5   stuff.

11:56  6          What if I said today you had on a red coat,

11:56  7   would that be truth or a lie?

11:56  8          KATHRYN SPENCER:  Truth.

11:56  9          JAMES PETERS:  That's right.

11:56 10          And you know it's very important that you

11:56 11   tell me the truth, do you know that, about the stuff

11:56 12   that we're going to talk about today, right?

11:56 13          Last summer did you come up here to visit

11:56 14   somebody, come up to Portland or to Vancouver?

11:56 15          KATHRYN SPENCER:  (Looks up at DeAnne

11:56 16   Spencer).

11:56 17          JAMES PETERS:  How did you get up here?

11:56 18          KATHRYN SPENCER:  An airplane.

11:56 19          JAMES PETERS:  Who did you come --

11:56 20          DeANNE SPENCER:  No.  Last summer.

11:56 21          KATHRYN SPENCER:  Huh?

11:56 22          DeANNE SPENCER:  Last summer, did you come up

11:56 23   in the airplane?

11:56 24          KATHRYN SPENCER:  In a car.

533

Spencer006002

| | | |
|---|---|---|
| 11:57 | 1 | JAMES PETERS:  Oh, whose car did you come up |
| 11:57 | 2 | in last summer? |
| 11:57 | 3 | KATHRYN SPENCER:  (Pointing to DeAnne |
| 11:57 | 4 | Spencer). |
| 11:57 | 5 | JAMES PETERS:  You're pointing to somebody. |
| 11:57 | 6 | That's -- |
| 11:57 | 7 | KATHRYN SPENCER:  My mom. |
| 11:57 | 8 | JAMES PETERS:  Okay.  And who did you stay |
| 11:57 | 9 | with? |
| 11:57 | 10 | KATHRYN SPENCER:  My dad. |
| 11:57 | 11 | JAMES PETERS:  Yeah?  What's your dad's name? |
| 11:57 | 12 | KATHRYN SPENCER:  (Looks up at DeAnne |
| 11:57 | 13 | Spencer). |
| 11:57 | 14 | You know his name. |
| 11:57 | 15 | JAMES PETERS:  Is his name George? |
| 11:57 | 16 | KATHRYN SPENCER:  No. |
| 11:57 | 17 | JAMES PETERS:  Is his name Herman? |
| 11:57 | 18 | KATHRYN SPENCER:  Nope. |
| 11:57 | 19 | JAMES PETERS:  Is his name Sharon? |
| 11:57 | 20 | KATHRYN SPENCER:  No. |
| 11:57 | 21 | JAMES PETERS:  What's his name? |
| 11:57 | 22 | KATHRYN SPENCER:  I won't tell you. |
| 11:57 | 23 | JAMES PETERS:  Is it Ray? |
| 11:57 | 24 | KATHRYN SPENCER:  Yes. |

534

Spencer006003

11:57 1        JAMES PETERS:  Oh.  And did you stay at Ray's

11:57 2    house?

11:57 3        KATHRYN SPENCER:  Yes.

11:57 4        JAMES PETERS:  Where's his house?  I've never

11:57 5    been to his new house.

11:57 6        KATHRYN SPENCER:  It's our new house.

11:57 7        JAMES PETERS:  Oh.  Where is it?

11:57 8        KATHRYN SPENCER:  It's not his very own.

11:57 9        JAMES PETERS:  Hmmm.

11:57 10        Where is your house, the one that Ray lives

11:58 11    at?

11:58 12        KATHRYN SPENCER:  The house by the river.

11:58 13        JAMES PETERS:  Oh.

11:58 14        Well, do you remember, when you were staying

11:58 15    at the house by the river, some things happening that

11:58 16    made you feel bad?  Hmmm?

11:58 17        Do you got some left in there?  Let me feel.

11:58 18    Oh, yeah.

11:58 19        Do you remember talking to Sharon about that?

11:58 20        KATHRYN SPENCER:  (Nodding up and down).

11:58 21        JAMES PETERS:  You rolled your eyes up.  Do

11:58 22    you do that a lot?

11:58 23        Does she do that a lot?

11:58 24        DeANNE SPENCER:  Only when she is talking

11:58  1    about stuff she doesn't want to talk about.

11:58  2              JAMES PETERS:  Yeah.  This is hard to talk

11:58  3    about, isn't it?

11:58  4              KATHRYN SPENCER:  (Nodding up and down).

11:58  5              JAMES PETERS:  Do you know why we have to

11:58  6    talk about it?

11:58  7              KATHRYN SPENCER:  (Nodding side to side).

11:59  8              JAMES PETERS:  Well, sometimes when big

11:59  9    people touch little people in their private places,

11:59 10    it's hard to talk about, right?

11:59 11              KATHRYN SPENCER:  (Nodding up and down).

11:59 12              JAMES PETERS:  You've already talked to some

11:59 13    people about this, haven't you?

11:59 14              KATHRYN SPENCER:  (Nodding up and down).

11:59 15              JAMES PETERS:  Who have you talked to?  Your

11:59 16    mom, right?

11:59 17              KATHRYN SPENCER:  (Nodding side to side).

12:42 18              JAMES PETERS:  No?  Somebody named Shirley?

12:42 19              KATHRYN SPENCER:  (Nodding up and down).

12:42 20              JAMES PETERS:  Yes?  Good.  And who else?

12:42 21    Who else have you talked to about it?  Sharon?

12:42 22              KATHRYN SPENCER:  (Nodding up and down).

12:42 23              JAMES PETERS:  Okay.  Can you say yes or no

12:42 24    instead of nodding your head?

536

Spencer006005

12:42 1          KATHRYN SPENCER: (Nodding side to side).

12:42 2          JAMES PETERS: No, you can't?

12:42 3          KATHRYN SPENCER: (Nodding side to side).

12:42 4          DEANNE SPENCER: There was one other person;

12:42 5 remember?

12:42 6          JAMES PETERS: Was there a lady in

12:42 7 Sacramento?

12:42 8          KATHRYN SPENCER: (Nodding up and down).

12:42 9          JAMES PETERS: What's her name? You told me

12:42 10 yesterday, but I forgot.

12:42 11          KATHRYN SPENCER: Ann.

12:43 12          JAMES PETERS: Ann, that's right. She is the

12:43 13 lady that you go to her office once a week?

12:43 14          KATHRYN SPENCER: (Nodding up and down).

12:43 15          JAMES PETERS: You told me yesterday what you

12:43 16 do at her office. Tell me again; I forgot.

12:43 17          KATHRYN SPENCER: Just play in her office.

12:43 18          JAMES PETERS: Play in her office, okay.

12:43 19          So you've talked to her about this stuff,

12:43 20 huh?

12:43 21          KATHRYN SPENCER: (Nodding up and down).

12:43 22          JAMES PETERS: Okay. Well, I heard last

12:43 23 night -- I got a call at home from Sharon that you

12:43 24 said you were going to talk to me about it too; is

12:43  1      that right?

12:43  2              KATHRYN SPENCER:  (Nodding up and down).

12:43  3              JAMES PETERS:  Good.  That's good.

12:43  4      Well, Sharon told me that, when you talked to

12:43  5      her, that it was easy for you to talk when you use

12:43  6      some dolls; is that right?

12:43  7              Which one of the dolls do you want to use?

12:43  8      Do you want to use this one (indicating)?  Hmmm?

12:43  9              DeANNE SPENCER:  Is this the one that you

12:43 10      want?

12:43 11              JAMES PETERS:  Is this a girl or a boy?  It's

12:44 12      a girl, right?

12:44 13              KATHRYN SPENCER:  (Nodding up and down).

12:44 14              JAMES PETERS:  Okay.  Is it a big girl or a

12:44 15      little girl?  Hmmm?  Is it hard to say "big" or

12:44 16      "little"?

12:45 17              Okay.  It's a little girl, right?

12:45 18              And is this a big girl or a little girl?  Or

12:45 19      is this a boy?

12:45 20              KATHRYN SPENCER:  (Laughing).

12:45 21              JAMES PETERS:  Hmmm?

12:45 22              DeANNE SPENCER:  It's okay.  Take a drink.

12:45 23      Squeeze my hand.

12:45 24              KATHRYN SPENCER:  Mom, be quiet.

12:46  1          DeANNE SPENCER:  Okay, I will.

12:46  2          JAMES PETERS:  All right.  Is this the girl

12:46  3    or a boy?

12:46  4          KATHRYN SPENCER:  It's a girl.

12:46  5          JAMES PETERS:  Do we need to use this

12:46  6    one today (indicating)?

12:46  7          KATHRYN SPENCER:  No.

12:46  8          JAMES PETERS:  Okay.  Put this one down.

12:46  9          And this is a boy or a girl?

12:46 10          KATHRYN SPENCER:  Boy.

12:46 11          JAMES PETERS:  Right.  Is it a big boy or a

12:46 12    little boy?  Is it a man or a boy now?  Hmmm?

12:46 13          KATHRYN SPENCER:  It's a man.

12:46 14          JAMES PETERS:  Right.  Okay.  So do we need

12:46 15    any other dolls besides these two for you to tell me?

12:46 16          KATHRYN SPENCER:  (Nodding side to side).

12:46 17          JAMES PETERS:  Okay.  What's the name of this

12:46 18    doll?  Is it going to be George?

12:46 19          KATHRYN SPENCER:  (Nodding side to side).

12:46 20          JAMES PETERS:  Is it going to be Sharon?

12:46 21          KATHRYN SPENCER:  (Nodding side to side).

12:46 22          JAMES PETERS:  Is it going to be Denise?

12:46 23          KATHRYN SPENCER:  (Nodding side to side).

12:46 24          JAMES PETERS:  Is it going to be Karen?

| | | |
|---|---|---|
| 12:46 | 1 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:47 | 2 | JAMES PETERS:  Is it going to be Ray, this |
| 12:47 | 3 | one? |
| 12:47 | 4 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:47 | 5 | JAMES PETERS:  Is it going to be Kati? |
| 12:47 | 6 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:47 | 7 | JAMES PETERS:  Yeah?  Okay. |
| 12:47 | 8 | Is this Kati you or is it somebody else Kati? |
| 12:47 | 9 | Hmmm? |
| 12:47 | 10 | KATHRYN SPENCER:  (Laughing). |
| 12:47 | 11 | JAMES PETERS:  What do you think? |
| 12:47 | 12 | KATHRYN SPENCER:  (Pointing to herself). |
| 12:47 | 13 | JAMES PETERS:  Oh, it's you?  You pointed to |
| 12:47 | 14 | you.  Is that what that meant? |
| 12:47 | 15 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:47 | 16 | JAMES PETERS:  Did you just point to |
| 12:47 | 17 | yourself?  Is that what that means? |
| 12:47 | 18 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:47 | 19 | JAMES PETERS:  I thought so.  Okay. |
| 12:47 | 20 | Now, this one, who is this one going to be? |
| 12:48 | 21 | Hmmm?  Is this me? |
| 12:48 | 22 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:48 | 23 | JAMES PETERS:  No. |
| 12:48 | 24 | Who is it then?  Is this your mommy? |

540

Spencer006009

12:48  1          KATHRYN SPENCER:   (Nodding side to side).

12:48  2          JAMES PETERS:   No.

12:48  3          Is it somebody who lives in Sacramento?

12:48  4          KATHRYN SPENCER:   (Nodding side to side).

12:48  5          JAMES PETERS:   No?   Is it somebody who lives

12:48  6     in Vancouver?

12:48  7          KATHRYN SPENCER:   (Nodding up and down).

12:48  8          JAMES PETERS:   Oh.   What's the person's name?

12:48  9          KATHRYN SPENCER:   You know.

12:48 10          JAMES PETERS:   I know I know, but I want you

12:48 11     to tell me.

12:49 12          Is it the same person that you told Sharon --

12:49 13     that you told Sharon about?

12:49 14          KATHRYN SPENCER:   (Nodding up and down).

12:49 15          JAMES PETERS:   Oh, okay.   Who is that?   Is it

12:49 16     Matt?

12:49 17          KATHRYN SPENCER:   (Nodding side to side).

12:49 18          JAMES PETERS:   Matt's your brother, right?

12:49 19          KATHRYN SPENCER:   (Nodding up and down).

12:49 20          JAMES PETERS:   It's not Matt?

12:49 21          KATHRYN SPENCER:   (Nodding side to side).

12:49 22          JAMES PETERS:   Okay.   Is it somebody else who

12:49 23     lives in Vancouver?

12:49 24          KATHRYN SPENCER:   (Nodding up and down).

541

Spencer006010

12:49 1      JAMES PETERS:  Okay.  What kind of job does

12:49 2  the policeman -- does the person do?

12:49 3      KATHRYN SPENCER:  He's a policeman.

12:49 4      JAMES PETERS:  Oh.  Do you remember his first

12:49 5  name?

12:49 6      KATHRYN SPENCER:  (Nodding side to side).

12:49 7      JAMES PETERS:  You don't remember or you

12:49 8  don't want to say?

12:49 9      KATHRYN SPENCER:  (Nodding side to side).

12:49 10      JAMES PETERS:  Okay.

12:49 11      DeANNE SPENCER:  What do you call that

12:49 12  person?

12:49 13      KATHRYN SPENCER:  Mom.

12:49 14      DeANNE SPENCER:  Do you want me to go in the

12:49 15  other room?

12:49 16      KATHRYN SPENCER:  No.

12:50 17      DeANNE SPENCER:  Okay.

12:50 18      JAMES PETERS:  Do you call the person "mom"?

12:50 19      KATHRYN SPENCER:  No.

12:50 20      JAMES PETERS:  I didn't think so.  What do

12:50 21  you call him?

12:50 22      KATHRYN SPENCER:  Daddy.

12:50 23      JAMES PETERS:  Oh, good.  That's good.

12:50 24      KATHRYN SPENCER:  What do you think I call

12:50 1    him?

12:50 2            JAMES PETERS:   I don't know.

12:50 3            KATHRYN SPENCER:   Yes, you do.

12:50 4            JAMES PETERS:   Well, can you show me what

12:50 5    Daddy did.

12:50 6            Here, let me take your pop for a minute.

12:50 7    I'll give it back to you in just a minute.

12:50 8            KATHRYN SPENCER:   No.

12:50 9            JAMES PETERS:   There's not going to be room

12:50 10   for both the pop and --

12:50 11           DeANNE SPENCER:   How about if -- I will get

12:50 12   it.

12:50 13           JAMES PETERS:   Let's move it over here then.

12:50 14           DeANNE SPENCER:   I will hold it right here

12:50 15   out of the way because we need your help for a minute,

12:50 16   okay.  Take a drink.  Okay.  How about putting it down

12:50 17   here?

12:50 18           KATHRYN SPENCER:   No.

12:50 19           JAMES PETERS:   You talked to Sharon about how

12:50 20   important it is for you to tell what happened,

12:50 21   remember, how we've got to get Daddy some help so he

12:50 22   won't do this again to you or to anybody else, and

12:50 23   right now Daddy is afraid to tell.  And so maybe we

12:51 24   can show him this picture that we're taking so he

12:51  1    won't be so afraid to tell and he can get some help.

12:51  2              Let's see. Did Daddy touch you someplace?

12:51  3              Was that a yes or a no?

12:51  4              KATHRYN SPENCER:  (Nodding up and down).

12:51  5              JAMES PETERS:  You are nodding your head up

12:51  6    and down.  Is that what you're doing?  You are doing

12:51  7    it so little, I can hardly tell.  Okay.

12:51  8              Did he touch you on the nose?

12:51  9              KATHRYN SPENCER:  (Nodding side to side).

12:51 10              JAMES PETERS:  Did he touch you on the hair?

12:51 11              KATHRYN SPENCER:  (Nodding side to side).

12:51 12              JAMES PETERS:  How about on the ears?

12:51 13              KATHRYN SPENCER:  (Nodding side to side).

12:51 14              JAMES PETERS:  Let's see.  What's this part

12:51 15    right here called (indicating)?

12:51 16              KATHRYN SPENCER:  Hand.

12:51 17              JAMES PETERS:  Did he touch you on the hand?

12:51 18              KATHRYN SPENCER:  (Nodding side to side).

12:51 19              JAMES PETERS:  Let's see.  Right here on the

12:51 20    chest, what's this part called; do you know?

12:52 21              KATHRYN SPENCER:  (Nodding up and down).

12:52 22              JAMES PETERS:  Uh-huh.  What's it called?  Is

12:52 23    it called the nose?

12:52 24              KATHRYN SPENCER:  (Nodding side to side).

544

Spencer006013

| | | |
|---|---|---|
| 12:52 | 1 | JAMES PETERS:  No.  It's important for you to |
| 12:52 | 2 | tell me because I don't know what your words are for |
| 12:52 | 3 | that. |
| 12:52 | 4 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:52 | 5 | JAMES PETERS:  No, I don't. |
| 12:52 | 6 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:52 | 7 | JAMES PETERS:  Did you tell Sharon before? |
| 12:52 | 8 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:52 | 9 | JAMES PETERS:  How about if we got her |
| 12:52 | 10 | cartoon and see what you told her before?  Did she |
| 12:52 | 11 | write it down on the cartoon? |
| 12:52 | 12 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:52 | 13 | JAMES PETERS:  Do you remember? |
| 12:52 | 14 | Is this the cartoon that she used when she |
| 12:52 | 15 | talked to you before?  Let's see.  She wrote down that |
| 12:52 | 16 | you called this place on the chest boobies; is that |
| 12:52 | 17 | right? |
| 12:52 | 18 | Can you say yes or no?  Boobies (laughing)? |
| 12:53 | 19 | Is that what you call it, that place right on the |
| 12:53 | 20 | chest, boobies? |
| 12:53 | 21 | Okay.  How about this place right here, right |
| 12:53 | 22 | in the middle of your tummy, what do you call that? |
| 12:53 | 23 | Is it a toe? |
| 12:53 | 24 | KATHRYN SPENCER:  (Nodding side to side). |

12:53  1       JAMES PETERS:  Is it a nose?

12:53  2       KATHRYN SPENCER:  (Nodding side to side).

12:53  3       JAMES PETERS:  Is it an eyebrow?

12:53  4       KATHRYN SPENCER:  (Nodding side to side).

12:53  5       JAMES PETERS:  Is it a fingernail?

12:53  6       KATHRYN SPENCER:  (Nodding side to side).

12:53  7       JAMES PETERS:  What is it?

12:53  8       KATHRYN SPENCER:  You know.

12:53  9       JAMES PETERS:  It says right here that you

12:53 10  told Sharon when she talked to you in Sacramento that

12:53 11  that's a belly button.  Is that what you call that

12:53 12  part?

12:53 13       KATHRYN SPENCER:  (Nodding up and down).

12:53 14       JAMES PETERS:  How about this part right here

12:53 15  on the girl, the front part where she goes pee from,

12:53 16  what do you call that?  Hmmm?

12:54 17       DeANNE SPENCER:  Do you remember what you

12:54 18  told me last night?

12:54 19       KATHRYN SPENCER:  No.

12:54 20       JAMES PETERS:  Sharon says you told her that

12:54 21  was a pee-pee; is that right?

12:54 22       KATHRYN SPENCER:  (Nodding up and down).

12:54 23       JAMES PETERS:  Are you saying yes?  I see you

12:54 24  nodding your head up and down, but it's hard for me to

12:54 1     know.

12:54 2              DeANNE SPENCER:  You got to say it.

12:54 3              KATHRYN SPENCER:  (Nodding up and down).

12:54 4              JAMES PETERS:  Yeah, okay.

12:54 5         Now, this part back here, the part where the

12:54 6     spankings come, right, what do you call that?

12:54 7         It's okay to say these words.  It's not bad.

12:54 8     Are you worried about saying the words?

12:54 9              KATHRYN SPENCER:  (Nodding side to side).

12:55 10              JAMES PETERS:  Sharon said that you call that

12:55 11     a butt.  Is that what you call it?

12:55 12              KATHRYN SPENCER:  (Nodding up and down).

12:55 13              JAMES PETERS:  Okay.  That's fine.

12:55 14         On the man -- the man's a little bit

12:55 15     different than the girl on the front, isn't he?

12:55 16              KATHRYN SPENCER:  (Nodding up and down).

12:55 17              JAMES PETERS:  Okay.  The part that's

12:55 18     different is right here, right (indicating)?  What do

12:55 19     you call that on a man?  Can you tell me.

12:55 20              KATHRYN SPENCER:  (Nodding side to side).

12:55 21              DeANNE SPENCER:  How's it start?  Do you

12:55 22     remember how you helped me last night?  You said you

12:55 23     would help today.

12:55 24              KATHRYN SPENCER:  Mom.

547

Spencer006016

| | | |
|---|---|---|
| 12:55 | 1 | DeANNE SPENCER:  Try that if you can't say |
| 12:55 | 2 | the word; just try, please. |
| 12:55 | 3 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:55 | 4 | JAMES PETERS:  What did you tell Sharon?  You |
| 12:56 | 5 | almost said it.  I saw you make it with your mouth. |
| 12:56 | 6 | What's the first letter? |
| 12:56 | 7 | Do you know all of your ABCs? |
| 12:56 | 8 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:56 | 9 | JAMES PETERS:  Do you?  Which letter is the |
| 12:56 | 10 | one -- the first letter of the word of the thing that |
| 12:56 | 11 | hangs down on the boy? |
| 12:56 | 12 | Well, Sharon says that you told her that's a |
| 12:56 | 13 | wiener; is that right? |
| 12:56 | 14 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:56 | 15 | JAMES PETERS:  Okay.  Well, can you show me |
| 12:56 | 16 | how your daddy touched you.  Please take the dolls and |
| 12:56 | 17 | show me. |
| 12:57 | 18 | DeANNE SPENCER:  Do you want me to close my |
| 12:57 | 19 | eyes? |
| 12:57 | 20 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:57 | 21 | DeANNE SPENCER:  Go ahead.  Come on. |
| 12:57 | 22 | JAMES PETERS:  It's so good of you to come up |
| 12:57 | 23 | here.  I know it was real disruptive.  That's a big |
| 12:57 | 24 | word, but you probably were supposed to be in school |

Spencer006017

12:57 1    today, right?

12:57 2              KATHRYN SPENCER:   (Nodding side to side).

12:57 3              JAMES PETERS:   Instead of coming out here.

12:57 4              KATHRYN SPENCER:   My teacher knows I'm not

12:57 5    gonna be there.

12:57 6              JAMES PETERS:   Are you gonna be there

12:57 7    tomorrow?

12:57 8              KATHRYN SPENCER:   (Nodding up and down).

12:57 9              JAMES PETERS:   Okay.

12:57 10             KATHRYN SPENCER:   Probably won't get to

12:57 11   because I'll be too late.

12:57 12             JAMES PETERS:   Oh, maybe not.

12:57 13             KATHRYN SPENCER:   My reading group, my class

12:57 14   will be already over.

12:57 15             JAMES PETERS:   Do you have a reading group in

12:57 16   your class?

12:57 17             KATHRYN SPENCER:   (Nodding up and down).

12:57 18             JAMES PETERS:   You mean in kindergarten

12:57 19   they're teaching people how to read these days?

12:57 20             KATHRYN SPENCER:   (Nodding up and down).

12:57 21             JAMES PETERS:   You know, when I was in

12:57 22   kindergarten, all we did was mess around and play with

12:57 23   blocks and fingerpaint and stuff.

12:58 24             DeANNE SPENCER:   Take naps.

12:58 1        JAMES PETERS:  Take naps, yeah.

12:58 2        KATHRYN SPENCER:  I didn't -- I don't take

12:58 3  any naps and neither does my friends.

12:59 4        JAMES PETERS:  I think kids are smarter these

12:58 5  days than they were when I was a little guy.  What do

12:58 6  you think?

12:58 7        Well, let's see.  Is it true or a lie:  Did

12:58 8  your daddy touch you last summer when you were up

12:58 9  there?

12:58 10        KATHRYN SPENCER:  (Nodding side to side).

12:58 11        JAMES PETERS:  Is it true or a lie?

12:59 12        DeANNE SPENCER:  Remember what I told you?

12:59 13        KATHRYN SPENCER:  Mom.

12:59 14        JAMES PETERS:  What did your mom tell you?

12:59 15        KATHRYN SPENCER:  Tell the truth.

12:59 16        DeANNE SPENCER:  It's always simple to tell

12:59 17  the truth.

12:59 18        JAMES PETERS:  To tell the truth.

12:59 19        KATHRYN SPENCER:  I heard you.  I knew that.

12:59 20  I knew that so that's why I (inaudible), and I know

12:59 21  it's dumb.

12:59 22        DeANNE SPENCER:  So you know it's important

12:59 23  to always tell the truth.

12:59 24        KATHRYN SPENCER:  Please stop saying that.  I

1    hate that word.

2                DeANNE SPENCER:  I know.

3                KATHRYN SPENCER:  It's dumb.

4                JAMES PETERS:  You hate the word "truth"?

5                KATHRYN SPENCER:  (Nodding up and down).

6                JAMES PETERS:  Well, let's see.  This is your

7    daddy and this is Kati.  Show me what happened last

8    summer, okay?  Then we can stop all this.

9                KATHRYN SPENCER:  Nothing happened last

10   summer.

11               JAMES PETERS:  Nothing happened?

12               KATHRYN SPENCER:  (Nodding side to side).

13               DeANNE SPENCER:  Okay.  Deep breath.

14               KATHRYN SPENCER:  Mom, nothing happened last

15   summer.

16               DeANNE SPENCER:  Kati, remember we talked

17   last night and we already know it's gonna be --

18               KATHRYN SPENCER:  Mother.

19               DeANNE SPENCER:  It's gonna be hard.  Do you

20   want me to go in the other room?  Would that be

21   easier?

22               KATHRYN SPENCER:  No.

23               DeANNE SPENCER:  Okay.  You're going to help

24   (inaudible) --

13:00  1          KATHRYN SPENCER:  Mom, will you be quiet.

13:00  2          DeANNE SPENCER:  Yes, I will be quiet.  Okay?

13:00  3          KATHRYN SPENCER:  Stop saying that dumb word.

13:00  4          DeANNE SPENCER:  Okay.  Do you want a drink?

13:00  5          Do you remember what you showed Sharon and

13:00  6     Ann?

13:00  7          JAMES PETERS:  Did you show Ann too?

13:00  8          KATHRYN SPENCER:  (Nodding up and down).

13:00  9          JAMES PETERS:  I didn't know that.  I knew

13:00 10     that you showed Sharon.

13:00 11          DeANNE SPENCER:  Why don't you show me.

13:00 12          JAMES PETERS:  That was good of you to do

13:00 13     that.  Did that make you feel better when you did

13:00 14     that?

13:00 15          KATHRYN SPENCER:  (Nodding side to side).

13:00 16          JAMES PETERS:  No?  Well, you know you're not

13:01 17     going to get in trouble at all, don't you?

13:01 18          KATHRYN SPENCER:  (Nodding up and down).

13:01 19          JAMES PETERS:  You know we just want to help

13:01 20     your daddy.  If he did this, we want to make sure he

13:01 21     doesn't do it to you again or to anybody else again.

13:01 22          DeANNE SPENCER:  You don't have to say

13:01 23     anything.  Just move the dolls and show the dolls --

13:01 24          THE WITNESS:  (Nodding side to side).

13:01  1          JAMES PETERS:  Well, what made you change

13:01  2   your mind and not want to do it today when you wanted

13:01  3   to last night?

13:01  4          KATHRYN SPENCER:  (Sighs).

13:01  5          JAMES PETERS:  (Sighs).  Heavy breathing.

13:01  6   What do you think?  Does it make you nervous

13:01  7   when people ask you questions about this stuff?

13:01  8          KATHRYN SPENCER:  (Nodding up and down).

13:02  9          JAMES PETERS:  Yeah.  Well, I can understand

13:02 10   that.  It would make me nervous if people were asking

13:02 11   me questions all the time too.

13:02 12          How about if you just do it this one last

13:02 13   time; what do you think; what do you think?

13:02 14          DeANNE SPENCER:  Remember the story you told

13:02 15   me about the little train that could?

13:02 16          KATHRYN SPENCER:  Mommy.

13:02 17          JAMES PETERS:  Oh, I've heard that story

13:02 18   before.  Did you learn that in school?

13:02 19          DeANNE SPENCER:  That's such a nice story,

13:02 20   isn't it?  Do you want to hold my hand?

13:02 21          KATHRYN SPENCER:  (Holds DeAnne Spencer's

13:02 22   hand.)

13:02 23          JAMES PETERS:  Is that the train -- is that

13:02 24   the story about the train that goes:  I think I can; I

13:02 1  think I can; I think I can; I think I can. And he's

13:02 2  going up a steep hill? Is that the one?

13:02 3        KATHRYN SPENCER: (Nodding up and down).

13:02 4        JAMES PETERS: That's a good story. What

13:02 5  happens in the end? Does he do it?

13:02 6        KATHRYN SPENCER: (Nodding up and down).

13:02 7        JAMES PETERS: It's so hard before he gets

13:03 8  there, right? I think I can; I think I can; I think I

13:03 9  can. And then finally, what? Finally, I can. Right?

13:03 10        KATHRYN SPENCER: (Nodding up and down).

13:03 11        DeANNE SPENCER: I knew I could; I knew I

13:03 12  could; I knew I could.

13:03 13        JAMES PETERS: Absolutely.

13:03 14        So let's just take about three deep breaths,

13:03 15  and then you show me and we'll get this all over with.

13:03 16        DeANNE SPENCER: You can hold my hand too, if

13:03 17  you need to. Okay? Do you want to use my hand?

13:03 18        Okay. Tell me what to do. Does it go here?

13:04 19        KATHRYN SPENCER: No.

13:04 20        DeANNE SPENCER: You tell me what to do and

13:04 21  we're going to get this all over with, right, because

13:04 22  we can do it. Right?

13:04 23        KATHRYN SPENCER: (Nodding side to side).

13:04 24        DeANNE SPENCER: Okay. You tell me. Show me

13:04  1    what to do.

13:04  2            KATHRYN SPENCER:  (Places DeAnne Spencer's

13:04  3    hand upon doll).

13:04  4            JAMES PETERS:  Oh, good.  Okay.  What's next?

13:04  5            DeANNE SPENCER:  Put it on her tummy?

13:04  6            KATHRYN SPENCER:  (Nodding up and down).

13:04  7            DeANNE SPENCER:  Okay.  Now what?  Take my

13:04  8    hand.

       9            KATHRYN SPENCER:  (Nodding side to side).

      10            DeANNE SPENCER:  Where does my hand go now?

      11    Does it stay on the back or does it go on the

      12    boy doll?

      13            KATHRYN SPENCER:  (Removes DeAnne Spencer's

      14    hand from doll).

13:04 15            DeANNE SPENCER:  What do I do?  Take my hand.

13:04 16            KATHRYN SPENCER:  (Nodding side to side).

13:04 17            DeANNE SPENCER:  Come on.  We'll do this

13:04 18    together.

13:04 19            KATHRYN SPENCER:  No.

13:04 20            DeANNE SPENCER:  Show me where to put my

13:04 21    hand.

13:04 22            KATHRYN SPENCER:  Uh-uh.

13:05 23            DeANNE SPENCER:  She stays on her tummy like

13:05 24    that (indicating)?

Spencer006024

13:05 1     KATHRYN SPENCER: (Nodding side to side).

13:05 2     DeANNE SPENCER: Then what?

13:05 3     KATHRYN SPENCER: (Nodding side to side).

13:05 4     DeANNE SPENCER: Do you turn her over? Okay.

13:05 5 Turn her over.

13:05 6     Now what? What about the boy doll? Hmmm?

13:05 7     KATHRYN SPENCER: (Places DeAnne Spencer's

13:05 8 hand on doll).

13:05 9     DeANNE SPENCER: Turn him over?

13:05 10     KATHRYN SPENCER: (Nodding up and down).

13:05 11     DeANNE SPENCER: Like that? Then what?

13:05 12     JAMES PETERS: Oh, one question we forgot to

13:05 13 ask. It's real important. Does the girl doll have

13:05 14 any clothes on? Hmmm? What was that one? Is that a

13:05 15 yes or a no?

13:05 16     KATHRYN SPENCER: (Rests head on DeAnne

13:05 17 Spencer).

13:05 18     DeANNE SPENCER: Come on, Sweetie.

13:06 19     JAMES PETERS: Do you remember what house

13:06 20 this happened in?

13:06 21     KATHRYN SPENCER: (Nodding side to side).

13:06 22     JAMES PETERS: Hmmm?

13:06 23     DeANNE SPENCER: Try.

13:06 24     JAMES PETERS: Was it the house in

13:06 1   Sacramento?

13:06 2         KATHRYN PETERS: (Nodding side to side).

13:06 3         JAMES PETERS: Was it Karen's house?

13:06 4         KATHRYN SPENCER: (Nodding side to side).

13:06 5         JAMES PETERS: Was it the house by the river?

13:06 6         KATHRYN SPENCER: (Nodding up and down).

13:06 7         JAMES PETERS: Yeah? Good. You can remember

13:06 8   really well. Okay.

13:06 9         And what room was it in?

13:06 10         KATHRYN SPENCER: The living room.

13:06 11         JAMES PETERS: Oh, you can talk. I thought

13:06 12   you forgot how to talk.

13:06 13         It was in the living room. Okay. And who

13:06 14   else was in the living room?

13:06 15         There was (holding up doll) -- who is this?

13:06 16   Hmmm?

13:06 17         DeANNE SPENCER: Do you want to take your

13:07 18   coat off?

13:07 19         KATHRYN SPENCER: No, I don't.

13:07 20         DeANNE SPENCER: Okay.

13:07 21         JAMES PETERS: Okay. There was this person

13:07 22   (holding up doll) who is Kati, right?

13:07 23         KATHRYN SPENCER: (Nodding up and down).

13:07 24         JAMES PETERS: And this person who you said

557

Spencer006026

| 13:07 | 1 | was your daddy (holding up doll), right? |

13:07 1   was your daddy (holding up doll), right?

13:07 2        KATHRYN SPENCER:  (Nodding up and down).

13:07 3        JAMES PETERS:  Who else was in the living

13:07 4   room?

13:07 5        KATHRYN SPENCER:  Nobody.

13:07 6        JAMES PETERS:  Nobody?  Okay.

13:07 7   Were there any other people in the house?

13:07 8        KATHRYN SPENCER:  (Nodding side to side).

13:07 9        JAMES PETERS:  How about Matt, where was

13:07 10  Matt?

13:07 11       KATHRYN SPENCER:  (Sighs).

13:07 12       JAMES PETERS:  Do you remember?

13:07 13       KATHRYN SPENCER:  (Nodding side to side).

13:07 14       JAMES PETERS:  Was it daytime or nighttime?

13:07 15       DeANNE SPENCER:  Take my hand.

13:07 16       KATHRYN SPENCER:  (Holds DeAnne Spencer's

13:07 17  hand.)

13:07 18       DeANNE SPENCER:  It's okay.

13:07 19       JAMES PETERS:  That's good.

13:07 20       KATHRYN SPENCER:  Nighttime.

13:08 21       JAMES PETERS:  You remember really well.

13:08 22  And where was Shirley?

13:08 23       KATHRYN SPENCER:  At work.

13:08 24       JAMES PETERS:  Okay.  And where was Matt?

13:08  1        KATHRYN SPENCER:  He was in the house too.

13:08  2        JAMES PETERS:  Oh, where was he; do you know?

13:08  3        KATHRYN SPENCER:  He was in the living room

13:08  4 sleeping.

13:08  5        JAMES PETERS:  Oh.  And who else was -- was

13:08  6 anybody else in the living room?

13:08  7        KATHRYN SPENCER:  No.

13:08  8        JAMES PETERS:  Was there anybody else staying

13:08  9 at the house?

13:08 10        KATHRYN SPENCER:  Yes.

13:08 11        JAMES PETERS:  Who was -- what was that

13:08 12 person's name?

13:08 13        KATHRYN SPENCER:  Little Matt.

13:08 14        JAMES PETERS:  There's two Matts?

13:08 15        KATHRYN SPENCER:  (Nodding up and down).

13:08 16        JAMES PETERS:  And where was Little Matt?

13:08 17        KATHRYN SPENCER:  He was still on the floor

13:08 18 too.

13:08 19        JAMES PETERS:  Oh, you're remembering so good

13:08 20 now.

13:08 21        Okay.  So who was awake in the living room?

13:09 22        KATHRYN SPENCER:  Me and my dad.

13:09 23        JAMES PETERS:  Good.  All right.  What do you

13:09 24 remember that happened?  Can you show me on the dolls.

| 13:09 | 1 | KATHRYN SPENCER:   (Nodding side to side). |
|---|---|---|
| 13:09 | 2 | JAMES PETERS:   Let me ask you some other |

13:09 3  questions then.  What was Kati wearing; do you

13:09 4  remember?

13:09 5       DeANNE SPENCER:  Take my hand.

13:09 6       JAMES PETERS:  Did you have any clothes on at

13:09 7  all that night or were you sleeping down there lying

13:09 8  down there on the floor with no clothes on?  It was at

13:09 9  night.

13:09 10      What did your daddy have on?

13:09 11      KATHRYN SPENCER:  His robe.

13:10 12      JAMES PETERS:  All right.  Did he have

13:10 13  anything underneath the robe?

13:10 14      Can you remember?

13:10 15      KATHRYN SPENCER:  (Nodding side to side).

13:10 16      JAMES PETERS:  How about you; how about Kati,

13:10 17  what did Kati have on?

13:10 18      Do you want to hold my hand too?  Do you want

13:10 19  to?

13:10 20      KATHRYN SPENCER:  (Nodding side to side).

13:10 21      JAMES PETERS:  No?  Okay.

13:10 22      Did Kati have any clothes on that night?

13:10 23      KATHRYN SPENCER:  (Nodding up and down).

13:10 24      JAMES PETERS:  Uh-huh?  Okay.  Did you keep

Spencer006029