| | | |
|---|---|---|
| 13:10 | 1 | your clothes on or did they come off? |
| 13:11 | 2 | KATHRYN SPENCER:  (Sighs). |
| 13:11 | 3 | DeANNE SPENCER:  Squeeze my hand. |
| 13:11 | 4 | JAMES PETERS:  Oh, you're doing so good so |
| 13:11 | 5 | far. |
| 13:11 | 6 | Okay.  Let me just ask you and you tell me. |
| 13:11 | 7 | Did your clothes stay on?  You can nod yes or no. |
| 13:11 | 8 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:11 | 9 | JAMES PETERS:  No, okay.  Did they come off? |
| 13:11 | 10 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:11 | 11 | JAMES PETERS:  Nodding your head yes. |
| 13:11 | 12 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:11 | 13 | JAMES PETERS:  Who took them off? |
| 13:11 | 14 | KATHRYN SPENCER:  (Points to herself). |
| 13:11 | 15 | JAMES PETERS:  You took them off yourself? |
| 13:11 | 16 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:11 | 17 | JAMES PETERS:  It would be a lot easier if |
| 13:11 | 18 | you would say words rather than point.  But if you |
| 13:11 | 19 | have to point, that's okay too. |
| 13:11 | 20 | Did somebody tell you to take them off? |
| 13:12 | 21 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:12 | 22 | JAMES PETERS:  Is that a yes? |
| 13:12 | 23 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:12 | 24 | JAMES PETERS:  Okay.  Who told you to take |

```
13:12  1    them off?  Are you pointing?  You can point if you

13:12  2    want to.

13:12  3            DeANNE SPENCER:  Which one?  Who told you to

13:12  4    take your clothes off?

13:12  5            KATHRYN SPENCER:  (Pointing to doll).

13:12  6            JAMES PETERS:  Okay.  This one right here

13:12  7    (indicating)?

13:12  8            KATHRYN SPENCER:  (Nodding up and down).

13:12  9            JAMES PETERS:  Is that your dad?

13:12 10            KATHRYN SPENCER:  (Places head on DeAnne

13:12 11    Spencer).

13:12 12            JAMES PETERS:  Is that a yes or a no?

13:12 13            DeANNE SPENCER:  Okay.  Come on.  This is

13:12 14    getting -- turn around.  Take my hand.  It's okay.

13:12 15    Take my hand.

13:12 16            JAMES PETERS:  Oh, you're doing so good.  You

13:12 17    really are.

13:12 18            Okay.  Now, underneath your dad's robe, did

13:13 19    he have anything on?

13:10 20            KATHRYN SPENCER:  (Nodding side to side).

13:13 21            JAMES PETERS:  Any underpants?

13:10 22            KATHRYN SPENCER:  (Nodding side to side).

13:13 23            JAMES PETERS:  Any T-shirts?

13:13 24            KATHRYN SPENCER:  (Nodding side to side).
```

562

Spencer006031

13:13  1          JAMES PETERS:  Nothing?

13:13  2          KATHRYN SPENCER:  (Nodding side to side).

13:13  3          JAMES PETERS:  Okay.  Let's see.  You know

13:13  4    how boys' wieners hang down like this usually

13:13  5    (indicating with finger)?

13:13  6          KATHRYN SPENCER:  (Nodding up and down).

13:13  7          JAMES PETERS:  Is that the way your dad's

13:13  8    was?

13:13  9          KATHRYN SPENCER:  (Nodding up and down).

13:13 10          JAMES PETERS:  Is that a yes?

13:13 11          KATHRYN SPENCER:  (Nodding up and down).

13:13 12          JAMES PETERS:  Okay.  Did it always stay like

13:13 13    that or did it change some way?

13:13 14          DeANNE SPENCER:  Can you talk -- can you show

13:13 15    us with the doll?

13:13 16          KATHRYN SPENCER:  Uh-uh.

13:13 17          JAMES PETERS:  How about with my finger?

13:13 18    That's just an old finger.  Or show me with your

13:13 19    finger.

13:13 20          KATHRYN SPENCER:  No.

13:13 21          DeANNE SPENCER:  How about mine?

13:13 22          KATHRYN SPENCER:  No.

13:13 23          JAMES PETERS:  Well, can you tell me if it

13:13 24    changed?

Spencer006032

13:13  1          KATHRYN SPENCER:   (Nodding side to side).

13:13  2          JAMES PETERS:   Did it always hang just down

13:13  3    or did it hang some other way?

13:14  4          DeANNE SPENCER:   Use the doll's arm.   Can you

13:14  5    do that?   Come on, Sweetie.   Hmmm?

13:14  6          JAMES PETERS:   Can you show me with the girl

13:14  7    -- with the little dolly's arm what happened?

13:14  8          KATHRYN SPENCER:   (Nodding side to side).

13:14  9          JAMES PETERS:   Okay.   Let's see.   You told me

13:14 10    earlier that he touched you.   Can you show me how.

13:14 11          KATHRYN SPENCER:   (Nodding side to side).

13:14 12          DeANNE SPENCER:   Just put the dolls the way

13:14 13    they -- they way it happened, okay?

13:14 14          KATHRYN SPENCER:   (Nodding side to side).

13:14 15          DeANNE SPENCER:   Use my hand to put the

13:14 16    dolls.

13:14 17          KATHRYN SPENCER:   (Nodding side to side).

13:14 18          DeANNE SPENCER:   We need your help.   You are

13:14 19    doing so good.   You are being so brave.

13:14 20          JAMES PETERS:   You are being real patient

13:14 21    with us, too.

13:15 22          DeANNE SPENCER:   Uh-huh.   Sometimes it's hard

13:15 23    to be patient with the dolls, huh?

13:15 24          JAMES PETERS:   I'll bet.

564

Spencer006033

13:15  1    KATHRYN SPENCER:  (Yawning).

13:15  2    JAMES PETERS:  Are you getting sleepy?

13:15  3    KATHRYN SPENCER:  (Nodding up and down).

13:15  4    DeANNE SPENCER:  Let's get (inaudible) -- you

13:15  5 can do it.

13:15  6    JAMES PETERS:  I think I can; I think I can;

13:15  7 I think I can; I think I can.  I think you can; I

13:15  8 think you can; I think you can.

13:15  9    It's so important for you to show us now

13:15 10 because Sharon can't go tell the judge -- we talked

13:15 11 about the judge yesterday when we went into the

13:15 12 courtroom.  Remember going into the courtroom?

13:15 13    KATHRYN SPENCER:  (Nodding up and down).

13:15 14    JAMES PETERS:  Sharon can't tell the judge

13:15 15 what happened.  Sharon can't tell your daddy to stop

13:15 16 doing anything, but you can.

13:15 17    KATHRYN SPENCER:  (Nodding up and down).

13:15 18    JAMES PETERS:  You can.

13:15 19    KATHRYN SPENCER:  (Nodding side to side).

13:15 20    JAMES PETERS:  Because they'll think that

13:15 21 maybe Sharon made a mistake or Sharon --

13:15 22    KATHRYN SPENCER:  (Nodding side to side).

13:16 23    JAMES PETERS:  -- or Sharon made it up or

13:16 24 something.

565                    Spencer006034

13:16  1          KATHRYN SPENCER:  (Nodding side to side).

13:16  2          DeANNE SPENCER:  That's why we need you to

13:16  3   just show us one more time.

13:16  4          You want to sit up and (inaudible) --

13:16  5          KATHRYN SPENCER:  (Nodding side to side).

13:16  6          JAMES PETERS:  Do you want Jeff to leave?

13:16  7          KATHRYN SPENCER:  (Nodding side to side).

13:16  8          JAMES PETERS:  Jeff's the man standing right

13:16  9   over there, right?

13:16 10          DeANNE SPENCER:  Do you want me to leave?

13:16 11          If he goes out, can you show us?

13:16 12          KATHRYN SPENCER:  (Nodding side to side).

13:16 13          DeANNE SPENCER:  Okay.  Then let's get Ray

13:16 14   one more time.  Squeeze my hand.

13:16 15          KATHRYN SPENCER:  (Nodding side to side).

13:16 16          DeANNE SPENCER:  Come on.  You can do this.

13:16 17          KATHRYN SPENCER:  Uh-uh.

13:16 18          DeANNE SPENCER:  Then we will have the rest

13:16 19   of the day together, remember?  Hmmm?

13:16 20          JAMES PETERS:  You've done so good so far.

13:17 21   You got all the hard parts over.

13:17 22          Well, let's see.  Let me try it this way.

13:17 23   Did he touch you with his nose?

13:17 24          KATHRYN SPENCER:  (Nodding side to side).

13:17  1          JAMES PETERS:  Did he touch you with his

13:17  2  mouth?

13:10  3          KATHRYN SPENCER:  (Nodding side to side).

13:17  4          JAMES PETERS:  Did he touch you with his

13:17  5  chest?

13:17  6          KATHRYN SPENCER:  (Nodding side to side).

13:17  7          JAMES PETERS:  Did he touch you with his

13:17  8  belly button?

13:17  9          KATHRYN SPENCER:  (Nodding side to side).

13:17 10          JAMES PETERS:  Did he touch you with his

13:17 11  wiener?

13:17 12          KATHRYN SPENCER:  (Nodding up and down).

13:17 13          JAMES PETERS:  Yeah?  Okay.

13:17 14  Did he touch you with his knees?

13:17 15          KATHRYN SPENCER:  (Nodding side to side).

13:17 16          JAMES PETERS:  Did he touch you with his

13:17 17  feet?

13:17 18          KATHRYN SPENCER:  (Nodding side to side).

13:17 19          JAMES PETERS:  Did he touch you with his

13:17 20  fingers?

13:17 21          KATHRYN SPENCER:  (Nodding side to side).

13:17 22          JAMES PETERS:  Uh-uh?

13:17 23          KATHRYN SPENCER:  (Nodding side to side).

13:17 24          JAMES PETERS:  Just with his wiener; is that

Spencer006036

*Videotaped Interview of:  KATHRYN SPENCER*                    42

```
13:17  1   right?

13:17  2              KATHRYN SPENCER:  (Nodding up and down).

13:17  3              JAMES PETERS:  Okay.  Let's see.  I've got to

13:17  4   figure out now where he touched you with his wiener.

13:17  5   Did he touch you on your feet with his wiener?

13:17  6              KATHRYN SPENCER:  (Nodding side to side).

13:17  7              JAMES PETERS:  Did he touch you on your

13:17  8   knees?

13:17  9              KATHRYN SPENCER:  (Nodding side to side).

13:17 10              JAMES PETERS:  Did he touch you on your

13:18 11   pee-pee?

13:18 12              KATHRYN SPENCER:  (Nodding up and down).

13:18 13              JAMES PETERS:  Okay.  Did he touch -- is that

13:18 14   a yes?

13:18 15              KATHRYN SPENCER:  (Nodding up and down).

13:18 16              JAMES PETERS:  All right.  Did he touch you

13:18 17   on your belly button?

13:18 18              KATHRYN SPENCER:  (Nodding side to side).

13:18 19              JAMES PETERS:  Did he touch you on your

13:18 20   boobies?

13:18 21              KATHRYN SPENCER:  (Nodding side to side).

13:18 22              JAMES PETERS:  Did he touch you on your

13:18 23   mouth?

13:18 24              KATHRYN SPENCER:  (Nodding side to side).
```

*Videotaped Interview of:  KATHRYN SPENCER*                          43

| | | |
|---|---|---|
| 13:18 | 1 | JAMES PETERS:  Is that a no? |
| 13:18 | 2 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:18 | 3 | JAMES PETERS:  Touch you on your eyes? |
| 13:18 | 4 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:18 | 5 | JAMES PETERS:  Touch you on your hair? |
| 13:18 | 6 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:18 | 7 | JAMES PETERS:  Can you show me how he touched |
| 13:18 | 8 | you with his wiener with the dolls? |
| 13:18 | 9 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:18 | 10 | DeANNE SPENCER:  Take my hand; I'll do it. |
| 13:18 | 11 | KATHRYN SPENCER:  Uh-uh. |
| 13:18 | 12 | DeANNE SPENCER:  You only have to do it this |
| 13:18 | 13 | one more time, remember? |
| 13:18 | 14 | JAMES PETERS:  Okay.  Were you sitting up or |
| 13:18 | 15 | lying down or standing up; which of the three?  Were |
| 13:18 | 16 | you sitting like this (position dolls)? |
| 13:18 | 17 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:18 | 18 | JAMES PETERS:  Were you standing like this |
| 13:18 | 19 | (positioning dolls)? |
| 13:18 | 20 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:18 | 21 | JAMES PETERS:  Were you bending over like |
| 13:18 | 22 | this (positioning dolls)? |
| 13:18 | 23 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:18 | 24 | JAMES PETERS:  Were you lying down like |

13:18 1    this --

13:18 2        KATHRYN SPENCER:   (Nodding up and down).

13:18 3        JAMES PETERS:   -- on your front (positioning

13:18 4    dolls)?

13:18 5        KATHRYN SPENCER:   (Nodding side to side).

13:18 6        JAMES PETERS:   Were you lying down like this

13:19 7    on your back (positioning dolls)?

13:19 8        KATHRYN SPENCER:   (Nodding up and down).

13:19 9        JAMES PETERS:   Okay.   Were your legs together

13:19 10   like that or were they like something else?

13:19 11       Okay.   You already told me you were lying on

13:19 12   your back, right?

13:19 13        KATHRYN SPENCER:   (Nodding up and down).

13:19 14        JAMES PETERS:   Okay.   Show me how your legs

13:19 15   were.

13:19 16        KATHRYN SPENCER:   (Positions dolls' legs).

13:19 17        JAMES PETERS:   Just like that?

13:19 18        KATHRYN SPENCER:   (Nodding up and down).

13:19 19        JAMES PETERS:   I can't tell if that's a yes

13:19 20   or a no.

13:19 21        KATHRYN SPENCER:   (Nodding up and down).

13:19 22        JAMES PETERS:   Okay.   Show me how your daddy

13:19 23   was.   Was he standing up (positioning dolls)?

13:19 24        KATHRYN SPENCER:   (Nodding side to side).

Spencer006039

13:19  1      JAMES PETERS:  Was he standing on his head

13:19  2  (positioning dolls)?

13:19  3      KATHRYN SPENCER:  (Nodding side to side).

13:19  4      JAMES PETERS:  Was he on his knees

13:19  5  (positioning dolls)?

13:19  6      KATHRYN SPENCER:  (Nodding side to side).

13:19  7      JAMES PETERS:  Was he on his back

13:19  8  (positioning dolls)?

13:19  9      KATHRYN SPENCER:  (Nodding side to side).

13:19 10      JAMES PETERS:  Was he on his front like this

13:19 11  (positioning dolls)?

13:19 12      KATHRYN SPENCER:  (Nodding side to side).

13:19 13      JAMES PETERS:  How was he?  I can't think of

13:19 14  any other guesses.  If I haven't got it right, you've

13:20 15  got to show me.

13:20 16      KATHRYN SPENCER:  (Nodding side to side).

13:20 17      JAMES PETERS:  Hmmm.  Gosh darn it.

13:20 18      I wish I had been in Sacramento so I could've

13:20 19  seen you tell Sharon.

13:20 20      How are you doing?  Whatcha thinking about?

13:20 21  You're doing real good so far.

13:21 22      How about if you take my hand and have me

13:21 23  move the dolls the way you were.

13:21 24      KATHRYN SPENCER:  (Nodding side to side).

571

Spencer006040

13:21 1        JAMES PETERS: Why don't you do it and show
13:21 2  me.

13:21 3        KATHRYN SPENCER: (Nodding side to side).

13:21 4        DeANNE SPENCER: Are you sleepy?

13:21 5        JAMES PETERS: Okay. I think we should take
13:21 6  a break now. I think you are getting pretty tired,
13:21 7  huh? Let's take a break and go get a drink of water
13:21 8  or something, all right.

13:21 9                    (Whereupon, a break in the
13:21 10                   video interview was had,
13:21 11                   after which the following
13:21 12                   proceedings were had:)

13:21 13        JAMES PETERS: Okay. The camera is rolling
13:21 14  again. And while the camera was off, Kati, you showed
13:21 15  me some things with the dolls, didn't you?

13:21 16        KATHRYN SPENCER: Yes. It's going to take a
13:21 17  picture by itself now.

13:22 18        JAMES PETERS: Yeah. There isn't anybody
13:22 19  over there now. It's just going to take a picture all
13:22 20  by itself.

13:22 21        KATHRYN SPENCER: It is?

13:22 22        JAMES PETERS: Yeah. It's taking a picture
13:22 23  right now.

13:22 24        KATHRYN SPENCER: No, it isn't.

Spencer006041

13:22   1          DeANNE SPENCER:  Say hi.

13:22   2          KATHRYN SPENCER:  No.

13:22   3          DeANNE SPENCER:  Okay.

13:22   4          JAMES PETERS:  So what I would like you to do

13:22   5   is show me now while the camera is going what you

13:22   6   showed me while the camera was off.

13:22   7          First, I want you to tell me who these dolls

13:22   8   are again.  We did it once.

13:22   9          This is who (indicating)?

13:22  10          KATHRYN SPENCER:  Oh.

13:22  11          JAMES PETERS:  Just say the name.

13:22  12          KATHRYN SPENCER:  Kati and Ray.

13:22  13          JAMES PETERS:  All right.  Would you show me

13:22  14   what you showed me, what Ray did.

13:22  15          KATHRYN SPENCER:  (Sighs).

13:22  16          (Positioning dolls).

13:22  17          JAMES PETERS:  Okay.  What else did Ray do?

13:22  18          KATHRYN SPENCER:  (Positioning dolls).

13:22  19          JAMES PETERS:  What else?  Anything else?

13:22  20          KATHRYN SPENCER:  I forgot that last thing.

13:22  21          DeANNE SPENCER:  Just think --

13:22  22          JAMES PETERS:  Just think about what

13:22  23   happened.

13:23  24          Where did this stuff happen?

573

Spencer006042

13:23  1          KATHRYN SPENCER:  By the house on the river

13:23  2   in the living room.

13:23  3          JAMES PETERS:  Okay.  And is this on the

13:23  4   floor, on the couch or on the bed or on the chair?

13:23  5          KATHRYN SPENCER:  On the floor.

13:23  6          JAMES PETERS:  Okay.  Show me what else

13:23  7   happened.

13:23  8          KATHRYN SPENCER:  (Positioning dolls).

13:23  9          JAMES PETERS:  Okay.

13:23 10          KATHRYN SPENCER:  (Sighs).

13:23 11          JAMES PETERS:  Was that hard for you to do?

13:23 12          KATHRYN SPENCER:  No.

13:23 13          JAMES PETERS:  It was pretty easy, wasn't it?

13:23 14          KATHRYN SPENCER:  That was quick.

13:23 15          JAMES PETERS:  Uh-huh.  Well --

13:23 16          DeANNE SPENCER:  Is there anything else?

13:23 17          JAMES PETERS:  Do you remember anything about

13:23 18   Ray's pee-pee when this was going on?

13:23 19          KATHRYN SPENCER:  Nope.

13:23 20          JAMES PETERS:  Was it hanging down like this

13:23 21   (indicating with finger) or was it doing something

13:23 22   else?

13:23 23          KATHRYN SPENCER:  No.  Like that.

13:23 24          JAMES PETERS:  Was it?  Are you sure?  Are

| | | |
|---|---|---|
| 13:23 | 1 | you sure?  You are looking at me kind of funny. |
| 13:24 | 2 | KATHRYN SPENCER:  Yes. |
| 13:24 | 3 | JAMES PETERS:  Okay.  Did you see anything |
| 13:24 | 4 | come out of his pee-pee? |
| 13:24 | 5 | KATHRYN SPENCER:  No. |
| 13:24 | 6 | JAMES PETERS:  Or out of his wiener, I mean? |
| 13:24 | 7 | KATHRYN SPENCER:  No. |
| 13:24 | 8 | JAMES PETERS:  Okay.  Did Ray say anything to |
| 13:24 | 9 | you while this was going on? |
| 13:24 | 10 | KATHRYN SPENCER:  No. |
| 13:24 | 11 | JAMES PETERS:  What does Ray call you? |
| 13:24 | 12 | KATHRYN SPENCER:  Um, I don't know. |
| 13:24 | 13 | Sugar Bear. |
| 13:24 | 14 | JAMES PETERS:  Sugar Bear?  Hey, did Ray tell |
| 13:24 | 15 | you something about your bottom? |
| 13:24 | 16 | KATHRYN SPENCER:  No. |
| 13:24 | 17 | JAMES PETERS:  Are you sure? |
| 13:24 | 18 | KATHRYN SPENCER:  Yes, I'm sure. |
| 13:24 | 19 | JAMES PETERS:  Did you tell Sharon he said |
| 13:24 | 20 | something about your bottom? |
| 13:24 | 21 | KATHRYN SPENCER:  No. |
| 13:24 | 22 | JAMES PETERS:  You don't remember, or no? |
| 13:24 | 23 | KATHRYN SPENCER:  No, no, no. |
| 13:24 | 24 | JAMES PETERS:  What else does Ray call you |

13:24  1     besides Sugar Bear?

13:24  2              KATHRYN SPENCER:  Nothing.

13:24  3              JAMES PETERS:  All right.  When he did those

13:24  4     things that you just showed me, was anybody else

13:25  5     there?

13:25  6              KATHRYN SPENCER:  No.

13:25  7              JAMES PETERS:  Was anybody else asleep?

13:25  8              KATHRYN SPENCER:  Yes.

13:25  9              JAMES PETERS:  Who?

13:25 10              KATHRYN SPENCER:  Matt and Little Matt.

13:25 11              JAMES PETERS:  Were they -- where were they

13:25 12     when they were asleep?

13:25 13              KATHRYN SPENCER:  (Pointing) up the stairs.

13:25 14              JAMES PETERS:  Up the stairs, oh.  In what

13:25 15     room?

13:25 16              KATHRYN SPENCER:  Our room.  What do you

13:25 17     think?

13:25 18              JAMES PETERS:  I don't know.  I wasn't there.

13:25 19              Didn't you tell me before that they were on

13:25 20     the living room floor asleep?

13:25 21              KATHRYN SPENCER:  They were in the living

13:25 22     room.

13:25 23              JAMES PETERS:  Were they upstairs or were

13:25 24     they on the living room floor?

*Videotaped Interview of:  KATHRYN SPENCER*                    51

13:25  1          KATHRYN SPENCER:  On the living room floor.

13:25  2          JAMES PETERS:  How come you told me they were

13:25  3     upstairs, huh?  Did you forget?

13:25  4          KATHRYN SPENCER:  (Laughing) yes.

13:25  5          JAMES PETERS:  Okay.  That's fine.

13:25  6          Well, do you remember, before this time that

13:25  7     you just told me about, did Ray do that to you before?

13:25  8          KATHRYN SPENCER:  No.

13:25  9          JAMES PETERS:  Did he ever put his pee-pee in

13:25 10     your --

13:25 11          KATHRYN SPENCER:  No.

13:26 12          JAMES PETERS:  -- his wiener in your pee-pee

13:26 13     before?

13:26 14          KATHRYN SPENCER:  No.

13:26 15          JAMES PETERS:  Did he ever put his mouth on

13:26 16     you before like you showed me?

13:26 17          KATHRYN SPENCER:  No.

13:26 18          JAMES PETERS:  Are you sure?  Hmmm?

13:26 19          KATHRYN SPENCER:  Yes, I'm sure.

13:26 20          JAMES PETERS:  Okay.  Has anybody else ever

13:26 21     done that?

13:26 22          KATHRYN SPENCER:  No.

13:26 23          JAMES PETERS:  You told Sharon -- excuse me,

13:26 24     not Sharon -- Shirley that some other people had done

577

Spencer006046

13:26  1    that like Karen and Matt.

13:26  2              KATHRYN SPENCER:  They didn't really.

13:26  3              JAMES PETERS:  How come you told them Shirley

13:26  4    had?

13:26  5              KATHRYN SPENCER:  Because I told her that.

13:26  6              JAMES PETERS:  Well, how come?

13:26  7              KATHRYN SPENCER:  Because I told her that.

13:26  8              JAMES PETERS:  Let's not be ruining the

13:26  9    chair.  Just sit up a little bit, just a little.

13:26 10              DeANNE SPENCER:  Just a little bit.

13:26 11              JAMES PETERS:  It's okay.  But I just wanted

13:26 12    to know how come you told her that.

13:26 13              KATHRYN SPENCER:  Because.

13:26 14              JAMES PETERS:  There was a reason, wasn't

13:26 15    there?

13:26 16              KATHRYN SPENCER:  No.

13:26 17              JAMES PETERS:  You told Sharon a reason.

13:27 18    Was it true that Ray did it?

13:27 19              KATHRYN SPENCER:  Why would I -- well, why

13:27 20    would I be here if it didn't really happen?

13:27 21              JAMES PETERS:  I'm sure I don't know.

13:27 22              KATHRYN SPENCER:  (Laughing).

13:27 23              DeANNE SPENCER:  Don't kick the chair,

13:27 24    please.

578

13:27 1          JAMES PETERS:  But there was -- was there a

13:27 2   reason why you told Shirley that Karen and those other

13:27 3   people did it too?

13:27 4          KATHRYN SPENCER:  Nope.

13:27 5          JAMES PETERS:  Well, why do you suppose you

13:27 6   did?

13:27 7          KATHRYN SPENCER:  Because I feel like it, I

13:27 8   did.

13:27 9          JAMES PETERS:  Were you worried about Shirley

13:27 10  feeling bad?

13:27 11         KATHRYN SPENCER:  No.  I hate Shirley.

13:27 12         JAMES PETERS:  Why?

13:27 13         KATHRYN SPENCER:  She's dumb.  She's a brat.

13:28 14         JAMES PETERS:  Why do you say that?

13:28 15         KATHRYN SPENCER:  Because she is a brat.

13:28 16         JAMES PETERS:  What does she do that makes

13:28 17  you think she's a brat?

13:28 18         KATHRYN SPENCER:  She always comes home and

13:28 19  sends us to bed.

13:28 20         JAMES PETERS:  She always comes home and

13:28 21  sends you to bed, huh?  My goodness.

13:28 22         KATHRYN SPENCER:  Doesn't that sound like a

13:28 23  brat to you?

13:28 24         JAMES PETERS:  I don't know.  Does your mom

Spencer006048

13:28  1   come home and send you to bed?

13:28  2          KATHRYN SPENCER:  Not when she first gets

13:28  3   home.  We have dinner.  I take a bath.  And then we

13:28  4   put our pajamas on, and then we go to bed.

13:28  5          JAMES PETERS:  I see.  Is it different at

13:28  6   Shirley's house?

13:28  7          KATHRYN SPENCER:  Yes.

13:28  8          JAMES PETERS:  How so?

13:28  9          KATHRYN SPENCER:  I don't know.

13:28 10          JAMES PETERS:  When you came up last summer,

13:28 11   were you afraid to come up here?  Did you want to come

13:28 12   up here?

13:28 13          KATHRYN SPENCER:  (Looks up at DeAnne

13:28 14   Spencer).

13:28 15          Did I?

13:28 16          DeANNE SPENCER:  Remember?  You tell the

13:28 17   truth.

13:28 18          KATHRYN SPENCER:  I don't remember.

13:28 19          JAMES PETERS:  Okay.  It was a long time ago,

13:29 20   wasn't it?

13:29 21          KATHRYN SPENCER:  (Nodding up and down).

13:29 22          JAMES PETERS:  Let's see.  You were four or

13:29 23   five then?

13:29 24          KATHRYN SPENCER:  I was five.

580

Spencer006049

13:29  1          JAMES PETERS:  Five.  You're going to be six

13:29  2   pretty soon, aren't you?

13:29  3          KATHRYN SPENCER:  Yes.

13:29  4          DeANNE SPENCER:  Stop.

13:29  5          JAMES PETERS:  Well...

13:29  6          KATHRYN SPENCER:  Well what?

13:29  7          JAMES PETERS:  Well, I just want to know if

13:29  8   you remember Ray doing any other things to you before

13:29  9   this?

13:29 10          KATHRYN SPENCER:  Nope.

13:29 11          JAMES PETERS:  You don't remember?

13:29 12          KATHRYN SPENCER:  He didn't.

13:29 13          JAMES PETERS:  Was this the very first time?

13:29 14          KATHRYN SPENCER:  Yes.

13:29 15          JAMES PETERS:  When he did that to you, did

13:29 16   he say anything to you?

13:29 17          KATHRYN SPENCER:  No.

13:29 18          JAMES PETERS:  How about afterwards?

13:29 19          KATHRYN SPENCER:  No.

13:29 20          JAMES PETERS:  Did he tell you anything about

13:29 21   telling people about it?

13:29 22          KATHRYN SPENCER:  No.

13:29 23          JAMES PETERS:  Did he tell you not to?

13:29 24          KATHRYN SPENCER:  Yes, yes, yes, yes.

581

Spencer006050

*Videotaped Interview of: KATHRYN SPENCER*     56

| | | |
|---|---|---|
| 13:29 | 1 | JAMES PETERS:  Oh, what did he tell you? |
| 13:30 | 2 | "Yes, yes, yes, yes." |
| 13:30 | 3 | What did he tell you? |
| 13:30 | 4 | KATHRYN SPENCER:  (Laughing). |
| 13:30 | 5 | JAMES PETERS:  Hmmm? |
| 13:30 | 6 | KATHRYN SPENCER:  Nothing. |
| 13:30 | 7 | JAMES PETERS:  Did you tell -- did he tell |
| 13:30 | 8 | you anything about telling other people? |
| 13:30 | 9 | KATHRYN SPENCER:  I don't know. |
| 13:30 | 10 | JAMES PETERS:  Sounded like you remembered |
| 13:30 | 11 | just a minute ago. |
| 13:30 | 12 | KATHRYN SPENCER:  I didn't remember. |
| 13:30 | 13 | JAMES PETERS:  Did he tell you not to tell |
| 13:30 | 14 | other people? |
| 13:30 | 15 | KATHRYN SPENCER:  Yes. |
| 13:30 | 16 | JAMES PETERS:  Oh, okay.  It was real good of |
| 13:30 | 17 | you to tell, though.  Do you know that? |
| 13:30 | 18 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:30 | 19 | JAMES PETERS:  Do you know why? |
| 13:30 | 20 | KATHRYN SPENCER:  No, I don't know why. |
| 13:30 | 21 | JAMES PETERS:  So maybe we can help Ray get |
| 13:30 | 22 | some help so he won't do that again.  Right? |
| 13:30 | 23 | KATHRYN SPENCER:  Right. |
| 13:30 | 24 | JAMES PETERS:  Well, let me -- let me see if |

582

Spencer006051

```
13:30  1   I remember exactly what he said -- what he did to you.
13:30  2   Would you show me one more time so I'm sure I got it.
13:31  3            KATHRYN SPENCER:  Oh, my God.
13:31  4            JAMES PETERS:  And then we'll turn the camera
13:31  5   off and we'll stop, okay?
13:31  6            KATHRYN SPENCER:  And that will be the end of
13:31  7   it.
13:31  8            JAMES PETERS:  And that will be the end of
13:31  9   it.
13:31 10            KATHRYN SPENCER:  And I will be so glad.
13:31 11            JAMES PETERS:  I bet you will.  Okay.
13:31 12            KATHRYN SPENCER:  (Positioning doll on back).
13:31 13            JAMES PETERS:  Okay.
13:31 14            KATHRYN SPENCER:  (Placing one doll atop
13:31 15   another doll).
13:31 16            JAMES PETERS:  Is his wiener in your pee-pee
13:31 17   there?
13:31 18            KATHRYN SPENCER:  (Nodding up and down).
13:31 19            JAMES PETERS:  Yeah?  Okay.
13:31 20            KATHRYN SPENCER:  (Positioning dolls).
13:31 21            JAMES PETERS:  Okay.  Just a minute.  Let me
13:31 22   ask you a question about that.  Did his wiener go in
13:31 23   your mouth?
13:31 24            KATHRYN SPENCER:  (Nodding up and down).
```

13:31  1            JAMES PETERS:  Did he keep it in there very

13:31  2    long?

13:31  3            KATHRYN SPENCER:  (Nodding side to side).

13:31  4            JAMES PETERS:  Uh-uh?

13:31  5            KATHRYN SPENCER:  (Positioning dolls).

13:31  6            JAMES PETERS:  What's he doing here?  Is this

13:31  7    your butt here?

13:31  8            KATHRYN SPENCER:  (Nodding up and down).

13:31  9            JAMES PETERS:  Did he put his wiener in your

13:31 10    butt?

13:31 11            KATHRYN SPENCER:  (Nodding up and down).

13:31 12            JAMES PETERS:  Oh.  How did it feel?

13:32 13            KATHRYN SPENCER:  (Shrugging).

13:32 14            JAMES PETERS:  How did it feel when he put

13:32 15    his wiener in your pee-pee?

13:32 16            KATHRYN SPENCER:  I don't remember.

13:32 17            JAMES PETERS:  Okay.

13:32 18            KATHRYN SPENCER:  Do the splits (playing with

13:32 19    dolls).

13:32 20            JAMES PETERS:  Can you remember anything

13:32 21    else?

13:32 22            KATHRYN SPENCER:  No.

13:32 23            JAMES PETERS:  And did all this happen last

13:32 24    summer when you were up here?

13:32  1      KATHRYN SPENCER:  Did it happen last summer?

13:32  2      JAMES PETERS:  Your mom wasn't there.

13:32  3      DeANNE SPENCER:  I wasn't there.

13:32  4      JAMES PETERS:  She doesn't know.

13:32  5      KATHRYN SPENCER:  You were there before I

13:32  6   even went up there.

13:32  7      DeANNE SPENCER:  No.

13:32  8      KATHRYN SPENCER:  You were up there before I

13:32  9   even started to go up there.

13:32 10      DeANNE SPENCER:  We lived up there, uh-huh.

13:32 11      KATHRYN SPENCER:  When Daddy used to lie to

13:32 12   you every day; Sunday, Monday, Wednesday, Friday,

13:32 13   Saturday.

13:32 14      DeANNE SPENCER:  Okay.  But we need to find

13:32 15   out, did it happen before this last summer?

13:32 16      KATHRYN SPENCER:  No, no, no.

13:32 17      JAMES PETERS:  Okay.  Do you want to help me

13:32 18   turn the camera off?

13:32 19      KATHRYN SPENCER:  Yes.

13:32 20      JAMES PETERS:  All right.  Let's go right

13:32 21   over here, and there's a button that says Stop right

13:32 22   there.  Why don't you push that one right there.

13:32 23      KATHRYN SPENCER:  This one (indicating)?

13:32 24      JAMES PETERS:  Yeah.

Spencer006054

To: Kathleen Zellner    Page 2 of 27                2012-12-17 23:10:07 (GMT)                    12066225030   From: David Pitt

**FILED**

JAN 0 5 2000

Jereme McBride, Clerk, Clark Co.

1

2

3

4          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

5                          FOR THE COUNTY OF CLARK

6
    PRINCE AGBONZE,
7                                                Case No. 96-2-05516-0
                Plaintiff,
8
9          v.                                    PLAINTIFF'S TRIAL
                                                 MEMORANDUM
10   C-TRAN; and SHIRLEY SPENCER,

11              Defendants.

12   _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page

BUSSE & HUNT
Attorneys at Law
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

586

Spencer006055