**THE HONORABLE BENJAMIN SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11 5424 BHS<br><br>**DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF DEFENDANT SHARON KRAUSE'S SECOND MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, February 8, 2013** |

PURSUANT TO 28 U.S.C. § 1746, Guy Bogdanovich declares as follows:

1. I am competent to testify in all respects, and make this declaration from personal knowledge. I am the attorney of record for defendant Sharon Krause in the above-entitled action.

2. Attached hereto as **Exhibit A** is a true and correct copy of the title and signature pages to Plaintiffs' First Set of Interrogatories to Defendant Sharon Krause and Answers Thereto, and the pages containing the answer to Interrogatory No. 18.

**DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF DEFENDANT SHARON KRAUSE'S SECOND MOTION FOR SUMMARY JUDGMENT - 1**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

3. Attached hereto as **Exhibit B** is a true and correct copy of the title page, Exhibit 5, and the following pages from the Deposition of James Davidson: 16-20, 37-38 and 47-48 (and applicable correction sheet).

4. Attached hereto as **Exhibit C** is a true and correct copy of the title page, Exhibit B, and following pages from the Deposition of Shirley Spencer: 23-51, 102-103, 122-123 and 144-146.

5. Attached hereto as **Exhibit D** is a true and correct copy the title page, Exhibits 1, 2, 8 and 14, and the following pages from the Deposition of Sharon Krause: 9-19, 26-27, 29-31, 34-36, 60-62, 75-80, 87-106, 134-137 and 195-197 (and applicable correction sheet).

6. Attached hereto as **Exhibit E** is a true and correct copy of the title page and following pages from the Deposition of Clyde Ray Spencer: 7-11.

7. Attached hereto as **Exhibit F** is a true and correct copy of the title page and following pages from the Deposition of Rebecca Roe: 84, 95-96 and 195-197.

8. Attached hereto as **Exhibit G** is a true and correct copy of the title page and the following pages from the Deposition of Arthur Curtis: 26-29, 67-75 and 94 (and applicable correction sheet).

9. Attached hereto as **Exhibit H** is a true and correct copy of the sworn report of Phillip W. Esplin, Ed.D., Psychologist, produced by defendants as part of their expert witness disclosure..

10. Attached hereto as **Exhibit I** is a true and correct copy of the title page and following pages from the Deposition of William Bernet, M.D.: 11, 13-21, 25-26, 28-39, 44-46, 48-49, 51-52, 55-65, 67-68, 80-83, 85, 87-89, 96-99, 100-101, 112, 136-138, 140 and 143-153.

**DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF DEFENDANT SHARON KRAUSE'S SECOND MOTION FOR SUMMARY JUDGMENT - 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1    11. Attached hereto as **Exhibit J** is a true and correct copy of the title page and following pages from the Deposition of DeAnne Spencer: 27-30, 33-35, 94-95, 108-109 and 152-155.

12. Attached hereto as **Exhibit K** is a true and correct copy of the title page and following pages from the Deposition of Kathryn Tetz: 34-35.

13. Attached hereto as **Exhibit L** is a true and correct copy of the title page, Exhibit 3, and the following pages from the Deposition of Matthew Spencer: 89-92 and 100-102.

14. Attached hereto as **Exhibit M** is a true and correct copy of the title page and following pages from the Deposition of James Peters: 114-115, 156-157, 169-171, 173-174 and 259-260.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 16th day of January, 2013 at Tumwater, Washington.

/s/ Guy Bogdanovich
_____
Guy Bogdanovich

**DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF DEFENDANT SHARON KRAUSE'S SECOND MOTION FOR SUMMARY JUDGMENT - 3**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511