Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | No. C11-5424BHS<br><br>**ORDER GRANTING AGREED MOTION TO SET DUE DATES FOR PLAINTIFF'S RESPONSES AND DEFENDANTS' REPLIES TO DEFENDANTS' RENEWED/ SECOND MOTIONS FOR SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, January 18, 2013 |

THIS MATTER coming on the Plaintiff's Agreed Motion To Set Due Dates For Plaintiff's Responses and Defendants' Replies to Defendants' Renewed Motions For Summary Judgment, Plaintiff acting through his attorney, Kathleen Zellner, Defendant James Peters acting through his attorney Robert W. Ferguson, Attorney General and Patricia Fetterly, Assistant Attorney General, Defendant Sharon Krause acting through her attorney Guy Bogdanovich and Defendant Michael Davidson acting through his attorney Jeff Freimund, the court having reviewed the agreed motion and signed stipulation, IT IS HEREBY ORDERED:

ORDER GRANTING AGREED MOTION TO SETDATES FOR PLAINTIFF'S RESPONSE AND DEFENDANTS' REPLIES TO RENEWED/SECOND MOTIONS FOR SUMMARY JUDGMENT (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

1) Plaintiff's Response to Each Defendant's Renewed/Second Motion For Summary Judgment is due on February 14, 2013.

2) The Noting Date on Each Defendant's Renewed/Second Motion For Summary Judgment is February 22, 2013, and each Reply shall be due February 22, 2013.

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiff

ORDER GRANTING AGREED MOTION TO SET DATES FOR PLAINTIFF'S RESPONSE AND DEFENDANTS' REPLIES TO RENEWED/SECOND MOTIONS FOR SUMMARY JUDGMENT (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax