THE HONORABLE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11 5424 BHS<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND TO BAR TESTIMONY<br><br>NOTE ON MOTION CALENDAR: Friday, February 8, 2013 |

THIS MATTER, having come before the Court on Defendants' Motion to Strike Plaintiffs' Second Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) and to Bar Testimony, and the Court having reviewed all pleadings filed herein, including the Declaration of Guy Bogdanovich in Support of Motion to Strike Supplemental Disclosure and to Bar Testimony, with Exhibit A thereto, plaintiffs' responsive pleadings, and all pleadings filed by defendants in reply, it is hereby:

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND TO BAR TESTIMONY - 1
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1  ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Strike
2  Plaintiffs' Second Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) and to
3  Bar Testimony is hereby GRANTED, and that the witness disclosed therein, Menona D.
4  Landrum, is hereby barred from testifying in writing or in person on motion, at a
5  hearing or at trial.

DATED this ____ day of February, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

**Presented by:**

/s/ Guy Bogdanovich
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendant Sharon Krause
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
email: gbogdanovich@lldkb.com

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND TO BAR TESTIMONY - 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1    ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Strike
2    Plaintiffs' Second Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) and to
3    Bar Testimony is hereby GRANTED, and that the witness disclosed therein, Menona D.
4    Landrum, is hereby barred from testifying in writing or in person on motion, at a
5    hearing or at trial.

DATED this ____ day of February, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

**Presented by:**

/s/ Guy Bogdanovich
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendant Sharon Krause
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
email: gbogdanovich@lldkb.com

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S SECOND
SUPPLEMENTAL DISCLOSURE PURSUANT TO
FED.R.CIV.P. 26(a)(1) AND TO BAR TESTIMONY - 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511