THE HONORABLE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11 5424 BHS<br><br>DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF MOTION TO STRIKE SECOND SUPPLEMENTAL DISCLOSURE AND TO BAR TESTIMONY<br><br>NOTE ON MOTION CALENDAR:<br>Friday, February 8, 2013 |

PURSUANT TO 28 U.S.C. § 1746, Guy Bogdanovich declares as follows:

1. I am competent to testify in all respects, and make this declaration from personal knowledge. I am the attorney of record for defendant Sharon Krause in the above-entitled action.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs Second Supplemental Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1), which was emailed to me by the office of counsel for plaintiff on January 9, 2013.

DECLARATION OF GUY BOGDANOVICH
IN SUPPORT OF MOTION TO STRIKE
SECOND SUPPLEMENTAL DISCLOSURE
AND TO BAR TESTIMONY - 1
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1  I declare under penalty of perjury under the laws of the State of Washington and
2  the United States of America that the foregoing is true and correct.
3  DATED this 23rd day of January, 2013 at Tumwater, Washington.

/s/ Guy Bogdanovich
_____
Guy Bogdanovich

DECLARATION OF GUY BOGDANOVICH
IN SUPPORT OF MOTION TO STRIKE
SECOND SUPPLEMENTAL DISCLOSURE
AND TO BAR TESTIMONY - 2
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

# EXHIBIT A

Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEM RAY ) 
SPENCER, and KATHRYN E. TETZ,    )   No. C11-5424BHS
                                 )
         Plaintiffs,             )   PLAINTIFF'S SECOND
                                 )   SUPPLEMENTAL
    v.                           )   DISCLOSURE PURSUANT TO
                                 )   FED.R.CIV.P. 26(a)(1)
FORMER DEPUTY PROSECUTING        )
ATTORNEY FOR CLARK COUNTY JAMES  )
M. PETERS, DETECTIVE SHARON KRAUSE,)
SERGEANT MICHAEL DAVIDSON, CLARK )
COUNTY PROSECUTOR'S OFFICE, CLARK)
COUNTY SHERIFF'S OFFICE, THE COUNTY)
OF CLARK and JOHN DOES ONE THROUGH)
TEN,                             )
                                 )
         Defendants.             )

NOW COMES PLAINTIFF, Clyde Ray Spencer, by and through his attorneys, Kathleen T. Zellner & Associates, P.C., and makes the following Second Supplemental Disclosure Pursuant to Rule 26(a)(1):

<u>Second Supplemental Disclosure</u>

1. Menona D. Landrum
   10602 NE 19th Street
   Vancouver, Washington 98664-4384

Mrs. Landrum is expected to testify that in 1985 she worked at the Clark County Sheriff's Office in the civil division. Mrs. Landrum will testify that at that time she was a

PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE
PURSUANT TO FED.R.CIV.P. 26(a)(1) (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630 955 1212 main · 630 955 1113 fax

**EXHIBIT A**

licensed notary public in the State of Washington. She will testify that she kept her notary stamp in an unlocked desk drawer at the Sheriff's Office.

Ms. Landrum is expected to testify concerning the signatures that are purported to be hers on the quitclaim deed for the property located at 17681 Lucia Falls Road, Yacolt, Washington. (Previously disclosed as bates number Spencer006062). Mrs. Landrum will testify that the signatures are forged. She will further testify that she never visited Ray Spencer at the Clark County Jail, that she did not witness him sign the quitclaim deed, and that she did not notarize his signature.

Respectfully submitted,

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE
PURSUANT TO FED.R.CIV.P. 26(a)(1) (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515

## DECLARATION OF SERVICE

I hereby certify that on January 9, 2013, I caused the foregoing to be served via email, and by U.S. mail by depositing a copy of same in the mailbox located at 1901 Butterfield Road, Downers Grove, Illinois, proper postage prepaid, to the attorneys of record as follows:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Daniel J. Judge<br>Robert M. McKenna<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA 98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | |
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE
PURSUANT TO FED.R.CIV.P. 26(a)(1) (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630 955 1212 main · 630 955 1111 fax