The Honorable Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER and KATHRYN E. TETZ<br><br>Plaintiffs<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON<br><br>Defendants | NO.   C11 - 5424BHS<br><br><br><br><br>DECLARATION OF MENONA D. LANDRUM<br><br>NOTED FOR:<br>FEBRUARY 8, 2013 |

I, Menona D. Landrum, make the following declaration under penalty of perjury.

1. I was employed by the Clark County Sheriff's Office in Vancouver from 1971 to 1991. My office job in the Civil Unit at the department required that I be commissioned as a notary public.

2. I am familiar with the Clyde Ray Spencer case, having read about it in the Vancouver daily newspaper and watched the report on *20-20* about Mr. Spencer's legal battle to clear his name and reunite with his children.

3. The detectives worked in another part of the building. While I was acquainted at work with Detective Sharon Krause and Sergeant Michael Davidson, I had no personal or social relationship with either of them.

4. Throughout the years that I was with the Sheriff's Office, I kept my notary seal in a drawer of my desk. For a period of time, I locked the drawer before leaving the office at the end of the day. When I arrived at work one morning, I discovered that someone had pried open the drawer during the night. The seal was still there and nothing else appeared to be missing. When I realized how easily the drawer could be forced open, I saw no purpose in continuing to keep it locked overnight..

5. The county jail is in the same building with the Sheriff's Office .I have no memory of being called up to the jail to notarize the signature of an inmate on a quit-claim deed or any other type of document.

6. To my knowledge, I have never met Mr. Spencer or ever seen him in person.

Signed under penalty of perjury this 24th day of January 2013 at Vancouver, Washington.

*Menona D. Landrum*
MENONA D. LANDRUM