**THE HONORABLE BENJAMIN SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER , MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO.  C11 5424 BHS<br><br>**CERTIFICATE OF ECF FILING & SERVICE** |

I hereby certify under penalty of perjury under the laws of the United States of America that on this 8th day of January, 2013, I caused to be electronically filed Defendants' Reply to Response to Motion to Strike Plaintiff's Second Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) and to Bar Testimony and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following parties:

CERTIFICATE OF ECF FILING & SERVICE - 1

Cause No: C11-5424 BHS

**Plaintiffs**

Douglas H. Johnson, dhjohnson43@aol.com
Kathleen t. Zellner, kathleen.zellner@gmail.com
Daniel Davies, dandavies@dwt.com

**Defendant James M. Peters**

Daniel J. Judge, danielj@atg.wa.gov
Patricia C. Fetterly, patriciafl@atg.wa.gov

**Defendant Michael Davidson**

Jeffrey Freimund, jefff@fjtlaw.com

DATED this 8th day of February, 2013 at Tumwater, Washington.

/s/ Toni Allen
Legal Assistant

CERTIFICATE OF ECF FILING & SERVICE - 2

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*