# Exhibit A

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

FIRST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:   17681 NE Lucia Falls Road, Yacolt, Wa.
DATE OF INCIDENT:       Between 07-14-84 and 08-26-84

DATE & TIME:            10-16-84                    1750 hours
LOCATION:               Holiday Inn, Room #135
                        5321 Date Avenue
                        Sacramento, California 95841-2597
INCIDENT:               Interview with Victim

VICTIM:                 SPENCER, Kathryn E.          dob: 01-13-79
                        aka: Kathy
                        aka: Katie
                        3930 Becerra Way
                        Sacramento, California       phone: (916) 482-6057

SUSPECT:                SPENCER, Clyde Ray           dob: 01-09-48
                        aka: Ray SPENCER
                        17681 NE Lucia Falls Road
                        Yacolt, Washington           phone: 687-1407
                        Work phone: (206) 696-8292

SUMMARY:

                        On the afternoon of 10-16-84, Katie accompanied me to
the Sunrise Mall located in Sacramento so that I could purchase a coat for
myself as I had not taken one, assuming the weather in Sacramento would not

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 1 of 14

Spencer-00445

necessitate my needing one.  I met with Katie briefly the evening before and
felt that the shopping trip would give us time to get acquainted because I
wanted to conduct the interview with Katie at a location where she and I could
be in private.  Deanna SPENCER is employed and at the present time her
step-sister, Patty OWENS, baby sits for the SPENCER children.  OWENS also brings
her five year old daughter to Deanna SPENCER'S residence, and I did not feel
that Katie and I would have any privacy at that location.

    While we were at the mall, and at a time when Katie and
I were resting, I indicated to her that I lived in Vancouver, Washington. Katie
immediately stated, "I've been there to visit my dad."  I asked Katie if she
could guess what my job was and after she made several guesses I told her that
I was a policeman.  At that time Katie told me that "her daddy was a policeman,
too" and she asked me if I knew him.  I told her that I did know him and had
talked with him and Shirley.  At that time I advised Katie that was the reason I
had come to California, so that I could talk to her.  I indicated to Katie that
when I talked with Shirley in Vancouver, Shirley told me that Katie had shared
some things with her in private and that's what I wanted to talk to Katie
about.  Katie stated, "You mean about my daddy?" I answered, "Yes," and Katie
stated, "I don't want to talk about that anymore." I indicated to Katie that it
was very important that she talk with me and that I needed to talk to her.
Katie stated, "You can talk but I don't want to." I advised her that would be
okay and we finished the shopping.

    When we were done shopping I advised Katie that I was
thirsty and we both sat in the middle of the mall and drank a cold drink.  I
wanted an opportunity to suggest to Katie that we go to the motel where we
could talk in private.  While we were drinking our pop, I asked Katie if it
would be all right if we went back to where I was staying so that we could talk
privately with no one else around. Katie stated, "About what I told Shirley?" I
advised her that was what I wanted to talk to her about.  At that time she
appeared to be embarrassed, her face flushed and she stated, "I'd listen to you
there but I just don't want to talk about that anymore.  Could you just talk to
Shirley cause she could tell you?"  I indicated to Katie that Shirley did tell
me some things but it was important that I talk to her (Katie). Katie indicated

Spencer-00446

that she wanted to go to my motel where I was staying and she "would think about it but it would be okay if I wanted to talk about it to her."

At no time during the time we were en route to my motel or after we had arrived did Katie ever appear to be uncomfortable with being alone with me nor did she express any reluctance whatsoever.

When we first arrived at the hotel, Katie indicated she wanted to see the rest of the building and we walked through the lobby, restaurant/coffee shop and pool area. When we were in the area of the coffee shop Katie indicated that she was cold from being out in the rain and wind and she "wished she had a cup of hot chocolate." Katie and I stayed in the coffee shop long enough for her to drink a cup of hot chocolate and I drank a cup of coffee. After we finished our drinks we returned to my room where Katie immediately upon entering the room turned on the TV and removed her shoes.

While Katie and I were at the mall, I wrote in a small notebook reference questions I asked Katie and statements she made to me relevant the sexual issue. When she asked me why I was writing I indicated to her that it was hard for me to remember things sometimes if I didn't write them down. Katie appeared to be comfortable with my writing during the entire time I was with her.

Shortly after we got back to my room, Katie lay on the bed facing the TV and then told me to "go ahead and set down if you'd like." (At that time she patted the bed with her hand beside where she was lying. Katie then stated, "You can talk about it if you want to, but I don't like to talk about that." Katie also reminded me to "get something to write on while we talk." At that time I asked Katie what it was that she didn't want to talk about and she stated, "I don't want to talk about my dad and I don't want to talk about my step-mother." I indicated to Katie again that it was very important that I talk with her because of things Shirley had said to me. Katie stated, "I like my step-mother. She is a really nice person." Katie then stated to me, "Did you still want to talk about my step-mother, Shirley?" I advised her that I did. At that time she stated to me, "Well, I can talk a little bit about it but I don't want to." I assured her that it was okay to talk about "it" and indicated to her that she was not in any trouble. It was just very, very important that she tell me the truth while we were talking. Katie stated,

CCSO Case #84-8506, S.A.KRAUSE, K-43                          page 3 of 14

Spencer-00447

"My mother always tells us it's best to tell the truth." I asked her what happens if someone tells a lie and Katie stated, "They get into trouble, I guess." I asked her if she ever told a lie and Katie stated, "Yes, and that's when I get into trouble." I advised her again that it was important for her to tell me just what was true when we were talking, and Katie assured me that she would.

At that time I asked Katie if she could tell me what happened and Katie stated, "I had to tell my step-mother, Shirley, because she had to know, huh?" I asked her how she felt about Shirley and Katie stated, "Oh, she's really nice and I really like her and she has pretty blonde hair." Katie then stated, "Blonde hair is my favorite color." Katie then asked me if I thought Shirley was nice and I advised her that I did. She then stated, "Do you think my daddy is nice, too?" I advised her that I thought he was nice also. Katie stated, "That wasn't nice what he did, though." I asked her if she could tell me about that and she stated, "I don't know yet but I did something that wasn't nice, too." I asked her if she could tell me about that and indicated that she was not in any trouble and told her that it was just important to tell me about what happened. Katie stated, "Sometimes it's hard to tell the truth, but I know I have to because that's what my mom always tells me and Matt to do. She tells us just to tell the truth because that's best." I indicated to her that I also thought it was always best to tell the truth, and in this case it was very, very important.

I stated to Katie, "Can you tell me where you were when it happened?" Katie replied, "Up at my dad's." I asked her where her daddy lived and she stated, "My dad and my step-mother, Shirley, and her son, little Matt, live in a house by the river." I indicated to Katie that I was glad she was going to talk to me because Shirley might not have remembered something that was important for me to know. Katie stated, "I don't care if I talk to girls about this but I don't want to discuss this with any boys, because they'd just probably laugh." I asked her if she talked to Detective FLOOD about this and she stated, "I'm afraid not. He's a man, remember, and I don't wanta talk to men or boys about this."

Katie then asked me, "Did Shirley tell you what I did to her?" I advised her that I was not sure and asked her if she could tell me

Spencer-00448

so I would know for sure.  Katie stated, "I know it wasn't nice for me to do it but I don't know why I did it, and it happened."  I asked Katie if she could tell me sort of what it was about and she stated, "I rubbed her where I should not have."  At that time I also noticed that Katie appeared to be embarrassed with her face flushing again and she pushed her face down into the pillow she was lying on.  I asked Katie if what had happened with Shirley had anything to do with Shirley's body and with her face still buried in the pillow Katie nodded her head yes.

I indicated to Katie that she did not have to be embarrassed because we were both girls and that it was okay to talk about bodies if you had to.  At that time I indicated to her that because we were going to be talking about parts of the body it was important for me to know what she called things so she would know what I was talking about and I would know what she was talking about.  With the aid of the attached cartoon drawing, Katie indicated she called the navel a "belly button," the breasts on a female body "boobies," the buttocks a "butt," the genital area of a female body a "pee-pee," and the penis on a male body a "wiener."  After Katie had identified the body parts I asked her to point to the parts as I repeated the terminology she had used.  The red markings on the cartoon drawing were done by Katie.  When she pointed to the specific area I mentioned she would scribble on that area of the cartoon drawing.  Katie also colored the eyes, mouth, hands and arms with the red pen.

After Katie and I discussed the cartoon I stated, "Do you remember we were talking about Shirley.  Could you tell me about that?"  Katie nodded her head yes.  I asked her where she was when that happened and she stated, "Up at my dad's."  I asked her how old she was when that happened and she stated, "I was five.  My birthday is January 13th."  I asked Katie where she was at her dad's when that happened and Katie stated, "At the house by the river."  I asked her if she was in the yard or where, and Katie stated, "It was when we were sleeping in the living room."  I asked her who was there and Katie stated, "Little Matt and Big Matt, but they were asleep."  I asked her who else was there and she stated, "Just me and my step-mother cause my dad was at work."  Katie then stated, "We sleeped on the floor and that's why we were in the living room."  I asked Katie if she could remember what Shirley had on and

CCSO Case #84-8506, S.A.KRAUSE, K-43                              page 5 of 14

Spencer-00449

Katie replied, "She had on her robe." I asked her if she could remember what she was wearing and Katie stated, "I was just wearin' my jammies."

I asked Katie if she could tell me what happened then and again Katie stated, "Sharon, I don't like talking about it." At that time Katie buried her face in the pillow again and was shaking her head back and forth in the pillow. I indicated to Katie that I had brought dolls with me that had private parts like "pee-pee" and "boobies" on them and asked Katie if I got the dolls if she would be able to show me what happened. Katie immediately raised her face off of the pillow and indicated that she would get the dolls. I indicated to Katie that the dolls were in a sack in my suitcase and she brought them to where I was sitting. The first doll Katie took out of the sack was the anatomically correct child female doll. I asked Katie if she could tell me whether that was a boy or a girl doll and she immediately stated, "Well, this is a little girl." When I asked her how she knew it was a little girl she pointed to the area where the breasts would be and stated, "She has little boobs." Katie then pointed to the genital area of the doll and stated, "When girls and boys get big they get hair here and children like me don't have hair yet." I told Katie to take out another doll and at that time she took out the adult female doll. I asked Katie if that doll was a boy or a girl and Katie stated, "This is a lady because she has big boobs and hair." Katie then brought out the anatomically correct male doll and I asked her if that doll was a boy or girl. Katie stated, "This is a daddy doll because it has a wiener and hair." Katie then asked me if the black markings on the chest of the doll were also hair, and I advised her that they were.

At that time Katie laid the adult male doll down on the bed and picked up the female adult doll. Katie pointed to the pink area where the nipple on a breast would be and stated, "My step-mother told me strawberry stuff is there." I asked her if she could explain that to me and she stated, "I don't know how to explain it. She just told me that was strawberry stuff there."

I picked up the male doll and at that time pointed to the penis on the male doll and asked Katie, "Now, what do you call this?" Katie stated, "It's the same as this (pointing to the line drawn down between the legs of the cartoon drawing where a penis would be on a male body), wiener." At

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 6 of 14

Spencer-00450

that time I stated to Katie, "Boy's wieners hang down like this (with the penis laying against the body of the doll)." Katie stated to me, "No, sometimes they stick up like my dad's sticks up and gets hard sometimes." At that time I pretended to be surprised and stated, "Oh, could you show me with the doll how that happens, Katie?" Katie took the male doll from me and at that time I observed her lift the penis up on the male doll so it was extending out and slightly upward and Katie stated to me, "And it grows, too." I asked Katie how she knew that and she stated, "Because I saw it." I asked her where she was when she saw that and she stated, "At the house by the river." I asked her who was there when she saw that and Katie stated, "Just me and my daddy." I asked Katie what her daddy had on and Katie whispered, "Nothing."

Katie then stated, "Let's talk about my step-mom, Shirley." I asked Katie if we could talk about her daddy later and Katie looked at me and shook her head in a no response, then buried her face in the pillow again. I indicated to Katie that was okay, that we could talk about Shirley and she could think about whether she wanted to talk to me about her daddy while we were doing that.

Katie lifted her head and at that time instructed me to get the other pillow behind me because "we needed a bed." I handed Katie the second pillow and at that time she laid the anatomically correct male doll on the pillow and laid the adult female doll beside the male doll. I asked Katie who the female doll was and Katie stated, "This will be Shirley." I pointed to the male doll and asked who that was and Katie stated, "This is Ray." Katie then stated, "Moms and dads should sleep together, shouldn't they?" Katie then placed a small toy doll she had brought with her on the second pillow and stated, "This is me." I asked Katie, "What do you have on?" and Katie stated, "My jammies." I asked her what the adult male and female dolls were wearing and Katie stated, "They don't wear jammies, they just wear robes." I pointed to the pillow where Katie had placed the small toy doll and asked Katie, "What is this?" Katie stated, "That's my bed." I asked her where her bed was and Katie said, "It's in the other room, and this is my step-mom and dad's room." Katie then picked up the toy doll and replaced it with the anatomically correct child doll and stated, "This will be me and this will be Little Matt." (Katie placed the toy doll beside the child female doll, indicating that the toy doll was

Spencer-00451

going to be Little Matt.)  I asked Katie where Big Matt slept and Katie stated,
"We'll have to pretend because Big Matt sleeps on the high bed and Little Matt
sleeps with me."

I asked Katie if she could tell me about what happened
with Shirley and Katie stated, "We need a living room."  Katie then jumped off
the bed and brought a plastic sack back to the bed, indicating that that would
be the living room.  Katie then picked up the two female dolls, the adult and
child dolls, and stated, "These two dolls are going to be us girls."  I asked
her which girls, and Katie stated, "Me and my mom, Shirley."  I asked her what
the girls were doing and Katie stated, "They're in the living room when it
happened."  Katie then picked up the adult male doll and the toy doll and placed
them off to the side, stating, "This will be Little Matt and this will be Big
Matt because my dad's at work."  I asked Katie if she could tell me what
happened then and at that time I observed Katie put her face down in the pillow
again and she stated, still with her face in the pillow, "Shirley got touched."
I asked Katie who touched Shirley and still with her face in the pillow, Katie
stated, "Me."  I asked Katie what Shirley had on and Katie stated, "Shirley had
on a robe."  I asked Katie if she could show me with the dolls what happened
with Shirley and advised her that it was okay and reminded her that we were
alone and talking privately.  Katie lifted her head off of the pillow and at
that time she placed the hand of the child female doll on the breast area of
the adult doll and made a rubbing motion.  Katie's face was flushed again and
she put her head back on the pillow.  I talked to her for a moment again,
indicating that it was okay and stated to Katie, "Did Shirley have on her
robe?"  Katie stated, "Yes, she did but I touched her on the skin."  I stated,
"On the skin?" and Katie replied, "Yah, like on that pink part where the
strawberry stuff is."

I asked Katie, "Did anything else get touched?" and in
a whisper Katie stated to me, "The pee-pee got touched, too."  I asked her if
she could show me with the dolls and at that time she placed the hand of the
female child doll on the genital area of the adult female doll and made a
rubbing motion with the hand.  I asked Katie if Shirley said anything when that
happened and Katie put her face back in the pillow and made a statement that I
could not understand.  I indicated to her that I couldn't understand and asked

CCSO Case #84-8506, S.A.KRAUSE, K-43                     page 8 of 14

Spencer-00452

her if she could tell me what Shirley said.  Katie lifted her face off the pillow and was covering her eyes with her hand and stated, "She didn't like that."

I asked Katie if she and Shirley talked about anything else and Katie stated, "No." I indicated to Katie at that time that I thought Shirley had mentioned something about she and Katie talking at the beach. Katie stated, "Oh, yah, we did. The boys were looking for feathers in the sand and me and my step-mother talked." I asked her where her daddy was and Katie stated, "Daddy was at work." I asked her who was at the beach and Katie stated, "Little Matt, me and my step-mom and Big Matt." I asked her if she could tell me what she and Shirley talked about.

At that time Katie turned over facing the window with her back to me and laid for several minutes without saying anything.  I told Katie that sometimes it was hard to remember things and told her that I would give her time to think about it.  After approximately three or four minutes I asked Katie if she was able to talk to me, and still with her back to me Katie stated, "Shirley and I talked about a secret." I asked her why it was a secret and she stated, "Cause my daddy told me not to tell anyone." I asked her if she could tell me about the secret and again Katie laid for several minutes with her back to me not saying anything. When I finally asked her if she remembered, Katie stated, "It was a secret about my daddy's wiener." I asked Katie if she could tell me about that and again Katie laid for several minutes without saying anything. When I asked her if she could tell me now, Katie stated, "My dad's wiener was sticking up." I asked her where he was when that happened and Katie laid for several seconds without saying anything, still with her back to me, and she then stated, "At the house by the river."

I asked Katie how old she was when her "daddy's wiener was sticking up" and at that time Katie raised her hand and held up five fingers, stating, "Five." I asked Katie if she could tell me more about that and Katie shook her head no.  I asked her if she would like to think about that for awhile and she did not respond.  I let Katie lay there for several minutes with her back to me and then I indicated to her that maybe it would be easier for her to show me with the dolls.

CCSO Case #84-8506, S.A. KRAUSE, K-43                    page 9 of 14

Spencer-00453

Katie laid very quietly for several minutes and then raised up and picked up the child female doll in her hand and I asked her who that doll was. Katie stated, "This is me." I stated to Katie, "Then what happened?" Katie hit the male doll with the child female doll and stated to me, "Put him over here." I picked up the male doll and stated, "Do I put his face down on the pillow?" and Katie stated, "No, put him on his back." At that time Katie placed the child female doll on top of the male doll, so they were facing each other, and in doing so she was careful to line up the genital area of the female doll against the penis of the male doll. I pointed to the male doll and asked Katie, "Who is this?" and Katie replied, "That's my daddy and that's the secret." Katie then buried her face in the pillow again and I tried for several seconds to get her to talk, but she would not respond in any way. Finally, I stated to Katie, "Is that what happened?" and Katie stated, "Yes, and that's bad."

I told Katie again that is was okay to tell and asked her if she remembered if she had told anyone and Katie stated, "I told my step-mom, Shirley, cause she had to know." I asked Katie if she knew why that happened and Katie stated, "Cause my daddy was being bad."

At that time I indicated to Katie that sometimes people did things that were not good to do because they were bad, but sometimes people did things they weren't supposed to do because they were sick and needed help. I indicated to Katie when a grownup person touches a child's body in a way that they shouldn't, it was probably because the grownup person was sick and needed help. I indicated to her that it was a different kind of sick than like when we got stomach aches or had the flu. It was like the grownup's person's thinking was sick. I indicated to Katie that when a grownup person touched a child where they weren't supposed to be touched it was wrong, and that the only way we could make sure that it didn't happen again was to get the big person some help. Katie stated, "My daddy's thinking is sick." I told Katie that that was why it was important for us to talk. In order for us to help somebody who was sick we needed to know what was wrong. Katie stated, "I don't want to talk about it." When Katie made that statement she appeared to be getting angry. I advised Katie that I did not want to upset her and I was sorry that I needed to talk to her but that it was just very important for us to know if something had

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 10 of 14

Spencer-00454

happened, and if her daddy needed help.  Katie stated to me in a very loud
voice, "I told you he needs help and I don't want to talk about it."  I advised
Katie that if a bigger person needed help the only way we could help was if we
knew what happened.  Katie immediately replied, "Talk to Shirley.  She knows the
truth."  I explained to Katie that it was not only important that Shirley was
able to talk to us, it was also important for us to talk to her in case Shirley
forgot to say something.  Katie did not respond.  At that time I indicated to
Katie that I did not want her to be upset and that we could try to talk about
it another time if she would rather wait.  Katie indicated that she "would think
about talking about it later."  I asked Katie, "Is there more to tell?" and
Katie stated, "Yes, but I don't like talking about it, Sharon."  I indicated to
her that I knew that it would be hard to talk about things like we had talked
about but I advised her that she had done "really good" and assured her again
that she was not in any trouble.

        I asked Katie if I could ask her just two more
questions and indicated that we would leave after that.  Katie stated, "Just two
and no more."  I asked Katie if she could remember what she and her daddy were
wearing when the thing happened that she had shown me with the dolls.  Katie
stated, "What do those dolls have on?"  I advised her that the dolls were both
nude.  Katie's response was, "That's right.  We were both nude."

        At that time I picked up Katie's coat and indicated to
her that she had done really good and that we would go.  Katie stated, "I told
you you could ask two questions and you only asked one.  Then we can go."  At
that time I stated to Katie, "Katie, did more happen than what you just told me
with the dolls about your daddy and you?"  Katie stated, "Yes, I won't say it
but I'll show you with the dolls."  At that time I observed Katie walk to the
bed, at which time she picked up the child female doll and placed the mouth of
the female doll against the penis of the male doll.  When Katie did that I asked
her who the dolls were and Katie stated, "You were only going to ask two
questions."  I indicated to Katie that that was part of the question because I
needed to know who the dolls were.  Katie stated, "This is me and this is my
daddy."  I asked Katie what she called what the dolls were doing and Katie
stated, "Two questions."  I advised her that that was still part of the second
question and Katie stated, "This is called sucking."  When Katie made that

CCSO Case #84-8506, S.A.KRAUSE, K-43                          page 11 of 14

Spencer-00455

statement she made a shivering noise with her mouth and shook her body as if what she was doing with the dolls was distasteful.

At that time Katie got her coat and indicated that I had asked two questions, she had answered two, and that she "wanted to go home." When I was putting my coat on I stated to Katie, "There are only two ways we can make sure things like this don't happen to children again, Katie. One is to get the person bigger than the child help or to keep the child and that person separated." Katie then stated to me, "I think it would be wonderful if you would keep my dad in Washington and Matt and I would stay with my mother in California."

The time that Katie and I were alone in my room discussing the possibly sexual contacts was approximately one and a half hours. However, there were several times during that time when Katie was quiet and there was no conversation. When Katie and I left the motel, it was approximately 7:00 PM and neither she nor I had eaten anything. Katie indicated that she was hungry so en route to her residence I stopped and Katie and I each had a taco and a cold drink at a drive-in restaurant. During the time we were in the restaurant Katie stated to me, "It was good I told the truth, huh?" I assured Katie that it was always good to tell the truth and asked her if she would be willing to talk to me again before I left in case there was something else important that she had forgotten to tell me. At that time Katie placed her finger over he mouth telling me to "shhhhh" indicating that I should be quiet and stated, "This is not a private place to talk." Katie then advised me that we could talk in the car because that would be private, after we finished eating.

When we finished and were en route to Katie's home she stated, "I bet my step-mother will be proud of me for telling the truth." I advised her that I felt Shirley would be proud of her for telling the truth and stated to Katie, "I know how hard it is for children to talk about these things," and Katie stated, "Are you proud of me, too?" I advised Katie that I was always proud of children who told the truth. Katie stated to me, "But, you've got to promise not to tell Matt because he will laugh, I can guarantee you." I asked her why she thought Matt would laugh and she stated, "I just know he would laugh, that's all." Several times when we were driving en route to her

Spencer-00456

home Katie talked about "Shirley being proud of her because she just had to know what happened, her mother being proud of her and me (KRAUSE) being proud of her for telling, because it was hard to tell."

     At one time I told Katie that sometimes when we start talking about things we remember things we had forgotten and that's why I wondered if she would talk to me again. Katie stated, "I remember lots of things I didn't tell you but I can tell you the next time." I asked her what the things she remembered were about and Katie stated, "You know, that secret stuff." At that time I stated to Katie, "Katie, when you talked to Shirley, did you say something about someone else doing things, too?" Katie immediately stated, "Yah, well, Sharon, I lied about that to my step-mom." I asked her if she could remember why she lied about that and she stated, "Well, I didn't want to make her feel bad and she had to know, didn't she?"

     I indicated to Katie that when I talked to Shirley she was worried that she (Katie) would be upset with her for telling because she (Katie) had told Shirley not to tell. Katie stated, "Yah, like my daddy tells me not to tell and I had to." I asked her if she knew why Shirley told me and Katie stated, "Because she loves me and I love her and she wants my daddy to get help too, doesn't she?" I indicated that Shirley would want him to get help if he did that, too." Katie stated, "He did do that."

     Also, as we were driving home there were several seconds when neither Katie nor I had said anything and Katie stated to me, "Sharon?" I stated, "Yes." Katie stated, "I really love my daddy." I indicated to her that I knew she loved her daddy and Katie stated, "When he did that I didn't say anything because if you say things when you're mad you can't take them back; and I didn't want to hurt my daddy's feelings." I asked Katie if she ever talked to her mother about what we talked about and Katie stated, "No, I just told my step-mother."

     When we arrived at Katie's home, Deanna SPENCER was at the residence. I indicated to Deanna SPENCER that Katie was a "good helper" and that she had talked with me and had really helped me. At that time Katie was standing on the couch and jumped into her mother's arms and stated, "Aren't you proud of me cause I told the truth, cause I knew I had to about my dad." Deanne SPENCER told Katie that she was proud of her. Katie told her mother that "she

Spencer-00457

loved her" and Deanne SPENCER said the same to Katie.  I said again that Katie did really good and was a good helper by talking to me.  Katie placed her hand over my mouth and said, "Don't tell her what we talked about."  Her mother assured her that it was okay and the important thing was to just be able to tell the truth.  Katie stated, "And it's not my fault. It's my dad's, huh?" Deanne stated, "It's not your fault."

I did not attempt to question Katie any more that day; however, conducted another interview prior to my leaving the Sacramento area. Refer to additional utility reports for details.

Prior to leaving Deanna SPENCER'S residence I made arrangements to pick Matt SPENCER up the following day for the purpose of my interviewing him reference any knowledge he may have regarding this situation.

Investigation to continue.

CCSO Case #84-8506, S.A.KRAUSE, K-43                      page 14 of 14

CASE NUMBER _84- 8506_

DATE/TIME _10-16-84_    _5:50pm_

LOCATION _Holiday Inn Sacramento. Ca._

VICTIM _Katie (Spencer)_

SUSPECT _Ray Spencer_

Reporting Officer _S. Krause_

# Exhibit B

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

STATUTORY RAPE, 1ST DEGREE, RCW 9A.44.070
LOCATION OF INCIDENT:   17681 NE Lucia Falls Road, Yacolt, Wa.
DATE OF INCIDENT:       Between 07-14-84 and 08-26-84

DATE & TIME:            10-17-84                    1745 hours
LOCATION:               Holiday Inn, Room #135
                        5321 Date Avenue
                        Sacramento, California 95841-2597
INCIDENT:               Interview with Witness

WITNESS:                SPENCER, Matthew Ray        dob: 11-28-75
                        aka: Matt
                        3930 Becerra Way
                        Sacramento, California      phone: (916) 482-6057

VICTIM:                 SPENCER, Kathryn E.         dob: 01-13-79

SUSPECT:                SPENCER, Clyde Ray          dob: 01-09-48
                        17681 NE Lucia Falls Road
                        Yacolt, Washington

SUMMARY:
                        On the evening of 10-15-84, after I had arrived in
Sacramento, California, I met the SPENCER children briefly when I accompanied

CCSO Case #84-8506, S.A.KRAUSE, K-43                        page 1 of 10

Spencer-00474

their mother to pick them up at the grandmother's residence. During the time I was around the children that evening I was introduced to them; however, they were not advised as to who I was, reference how I was employed or why I was in Sacramento.

When we returned to Deanna SPENCER'S residence with the children, it was approximately 10:00 PM and the children immediately prepared to go to bed. However, at one point when we were discussing the weather I mentioned that the Sacramento weather was worse than it was in Washington. Matt SPENCER immediately stated, "My dad lives in Vancouver, Washington. He's a policeman; he's a cycle cop." Matt then asked me if I knew his dad and I indicated to Matt that I did know his father and told him that was the reason that I had come to Sacramento, so I could talk with him and with Katie. Matt did not ask my any more questions that evening and I did not volunteer any additional information at that time.

On the evening of 10-16-84, when I returned Katie SPENCER to her residence, I made arrangements to pick Matt SPENCER up the following day after he got home from school for the purpose of my interviewing him reference any knowledge he might have regarding this situation. Because I accompanied Katie and her mother to a therapy session of the afternoon of the 17th, and also because I had to see a dentist during the late afternoon, I was not able to pick Matt up until approximately 5:00 PM.

When I picked Matt up at his residence he was aware that we were going to my motel so that we could talk privately. Matt appeared to be willing to accompany me and at no time expressed any reluctance or concern about doing so. During the time we were in my vehicle en route to the motel Matt was very talkative and did not question me about what we would be talking about.

When we arrived at the motel we toured the building and had a hot chocolate in the coffee shop prior to discussing any of the specifics regarding the concerns at hand. After we finished the hot chocolate we returned to my room and, like Katie, the first thing Matt did was to turn on the television. At that time I indicated to Matt that he knew where I lived, then asked if he knew what my job was. Matt stated, "A policeman." When I asked him

CCSO Case #84-8506, S.A.KRAUSE, K-43                                        page 2 of 10

why he guessed a policeman Matt stated, "Well, because you said you knew my dad."

Initially I asked Matt if he knew what I wanted to talk to him about and Matt stated, "About Kathy and my dad." I asked him why he thought that was what I wanted to talk to him about, and Matt indicated it was because "I was a policeman and because he knew Katie had said something but he didn't know for sure what it was." I indicated to Matt that that was the reason I wanted to talk to him, and Matt stated, "I guess Katie said my dad did something last summer or something, but I never saw anything." I indicated to Matt that that was one of the reasons I wanted to talk to him because he may have seen or heard something that might be important regarding what Katie was saying. At that time Matt stated to me, "Can you tell me what she said because nobody will tell me anything?" I advised Matt that I would explain as much as I could to him and he stated, "I'm sure glad because I'd like to know what's going on."

I asked Matt if I could just ask him some questions first about his visit to Vancouver before we really talked about anything else, and he indicated that that was "fine." Matt volunteered to get up and turn the TV down so that he "could hear what I was saying."

I asked Matt when the last time he saw his father was and Matt stated, "It was last summer." I asked Matt if his father ever babysat them when he was in Vancouver and Matt indicated that his step-mother, Shirley, went to work at approximately 10:00 PM and that his father worked til approximately 11:30 PM. Matt indicated that he, Katie and Shirley SPENCER'S son, Matt, stayed with a relative named Cindy until their father picked them up on his way home from work. Matt also indicated that "sometimes his dad babysat for them on his days off when Shirley was working."

At that time during the conversation Matt indicated to me that he wanted me to tell him "what was going on." I asked Matt if he had any idea what Katie was saying and Matt replied, "Well, I think it's somethin' about my dad doing something to her, because that's what the other detective said." Matt then advised me that he had talked to a detective in Sacramento (interview with Detective FLOOD). I asked Matt if there was anything that he

Spencer-00476

hadn't told Detective FLOOD and Matt stated, "Well, I don't really remember what I told him but I never saw my dad do anything like that to Kathy.  You know, like what she's saying."  I indicated to Matt that I wanted to make sure that he understood what this was all about, and asked him what he thought Detective FLOOD was asking him about.  Matt stated, "Well, about like my dad touching Kathy in her private areas and stuff like that."  Matt then stated, "I've never seen him do anything like that to her when I was around."  I asked Matt if Katie had ever said anything to him about anything like that ever happening, and Matt advised that she had not.

Matt then indicated to me that he was "really confused about what was going on."  He indicated that he was "glad I was going to talk to talk to him and he finally would know what was going on."  He also stated, "My dad always tells me that my mom lies to me and it's really confusing because I don't know who's telling the truth anymore."  I asked Matt if he knew why I had come to California and Matt stated, "It was because of what Katie said to Shirley, I guess."  I indicated to him that that was the reason and that it had nothing to do with anything that his mother had said.  Matt stated, "How about my dad?"  I asked him what he meant and Matt stated, "Well, did you talk to my dad?"  I advised him that I had talked to his father and also Shirley.  Matt asked, "Well, what does my dad say about what Katie told Shirley?"  I advised Matt that when I talked to his father he denied that he had ever touched Katie in a way that he should not have.  Matt asked, "Well, what did my sister, Kathy, say?"  I indicated to Matt that Katie told me that some things had happened.  Matt stated, "Well, could you tell me what my little sister said my dad did?"  I indicated to Matt that what his sister said were not good things, and asked him if he was sure he wanted me to tell him what she was saying.  Matt indicated that he "had to know what was going on, he couldn't stand it anymore."

At that time I indicated to Matt that what Katie had said was that her father had touched her on her private areas.  Matt stated, "Is that all she said?"  I advised him that what she had told me was more involved than that but basically that's what she was saying. Again Matt insisted that he wanted to know "just exactly what his sister was saying so he could understand."

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 4 of 10

Spencer-00477

At that time I indicated to Matt that if I were going to be talking to him about bodies I needed to know what he called specific parts so I would know for sure that he was understanding what I talked about and that I would understand what he was talking about. With the aid of a cartoon drawing Matt then indicated that he called breasts on a female body "boobs," the navel a "belly button," the buttocks "buns," and the penis on a male body a "penis." When we were discussing the genital area of the body I placed a dot where the vagina would be on a female body and asked Matt what he would call that part of a girl's body that she went to the bathroom from. Matt advised that he didn't really know what to call it, it was just a "private area". I asked Matt if he thought a father should touch that part of his daughter's body and Matt stated, "No way.". At that time I indicated to Matt that there could be a time when a father would need to do that or a mother, relating, if a child hurt there and had to have medicine or like when a child was a baby and a parent had to change their diapers and things like that. Matt indicated that he understood, and then stated, "But, like I know they shouldn't just touch there for no reason." I advised him no, that there should be a reason for a father or mother to touch a child on those private areas. I asked Matt, "Would your buns be a private spot?" and Matt indicated that it would. I asked him if his penis would be a private spot and again Matt stated that it would.

Matt then asked me, "Did Kathy say my dad touched her there?" (He pointed to the dot where the genital area of the female body would be.) I indicated to Matt that that was one of the things that Katie had said to me. Matt stated, "What else did she tell you?" I related to Matt that during my conversation with Katie one of the things she was extremely concerned about was my telling Matt what she had told me because she felt Matt would laugh at her. Matt stated, "I wouldn't laugh at her, I love her, and it wouldn't be her fault. No way I'd laugh." I advised Matt that if Katie were telling the truth it would be really important for her to know that it was good for her to tell. Matt stated, "If she told you something happened, it did, because my sister is just a baby and she wouldn't lie about something like that." Again, Matt indicated he wanted to know and at that time I told Matt that during the

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 5 of 10

Spencer-00478

conversation with Katie the day before she indicated to me that during the summer visit in Vancouver, her father had put his mouth on the private area of her body and had also made her put her mouth on his (father) penis. I related to Matt that Katie had also made statements indicating that her father had placed his bare penis on the private part of her body where she goes to the bathroom from. At that time Matt looked at me and stated, "That is really gross, Sharon, you mean my dad said he didn't do that?" I advised Matt that his father indicated that he hadn't and there could be two reasons for that. One was that it had not happened. Matt interrupted me and again stated, "No way, my sister would never say that if it didn't happen. She would never lie about that." I asked Matt if he had ever seen anything during the time he visited that would make him think it might have, and Matt stated, "I never saw anything. I wish I would have because I would have punched him. That's really sick."

I indicated to Matt if it did happen his father may not be saying anything because he was embarrassed to do that, or felt scared. Matt stated, "Why would somebody's dad do that to them?" I advised Matt that I did not really understand why someone bigger than a child does that to their body but indicated maybe I could explain it another way. At that time I told Matt that where I worked the majority of the things I dealt with were cases like this where a child had said that someone bigger than them, sometimes a bigger child, or sometimes an adult, had touched their private areas and that the child was usually afraid to tell. I advised Matt that when someone bigger than a child did that it was wrong but that many times they probably didn't do it because they were being bad, it was because they were sick. I indicated to Matt that it was a different kind of sickness than a medical doctor could deal with. It was like the person's thinking was sick. I also told Matt that it was against the law for a bigger person than a child or a grownup to do that, and that a person could go to jail for something like that. However, there were many times when the grownup person told the truth and asked for help and instead of going to jail they would get help. Matt stated to me, "He sounds like he really needs help." Matt then stated, "Now I get it. That's why my mom said I can't go up at Christmas." Matt then stated, "I didn't know what was

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 6 of 10

Spencer-00479

going on. I thought she was probably just lying to me again. My dad told me not to believe anything she said."

At that time I asked Matt how he was feeling and he stated, "You mean about my dad?" I indicated that I meant about his dad, his mother, his sister or whatever he was feeling. Matt stated, "Well, about my dad. I don't know how I feel right now. I guess I just feel like I don't have feelings." I asked him how he felt about Katie and Matt stated, "I love my sister and I know my sister wouldn't lie. I just know that. She wouldn't lie about something like that." I indicated to Matt that I thought I read someplace in Detective FLOOD'S report where Matt had told him that Katie did tell stories and that she changed her stories a lot to keep from getting into trouble. Matt stated to me, "Yah, well, I change my stories sometimes, too, but there's no way my sister would lie about that kind of stuff." I asked Matt, "How do you fell about your mom?" and Matt stated, "Now, I understand about what's going on and I feel sorry for her."

Matt then stated, "I really feel sorry for my dad, too. He is really sick, it sounds like." I told Matt that if his father had done it and was sick our only goal was to get his father help. I also told him that that was really not my decision, that the decision would be made by a judge regarding what will happen. I asked Matt if he understood what a judge was and he indicated to me that he did, and "he understood about court and the arresting people and stuff like that."

At that time I asked Matt how he felt about his step-mother, Shirley, and indicated that it was Shirley who became concerned and asked that somebody find out exactly what had happened between Katie and her father. Matt stated to me, "Well, I'm glad she got concerned, but you know, I really don't like Shirley. She's just not the kind of person I would ever want for a mom." I asked him why he felt like that and at that time observed him shrug his shoulders, stating, "I don't know, I just don't like her." I asked him if anything ever happened while he was visiting that made him feel that way and Matt stated, "Not really. I just don't care for her." I asked him if she had ever said or done anything that upset him and Matt stated, "Well, there was this one thing that kind of bothered me, but that's not the only

CCSO Case #84-8506, S.A.KRAUSE, K-43                                     page 7 of 10

Spencer-00480

reason I don't like her." I asked Matt if he could tell me about that and at that time Matt indicated that on a particular evening during the summer of 1984 he was awakened by "his step-mother screaming." I asked him what she was screaming about and Matt stated, "I don't know. I woke up and when I heard her making these real loud noises I got up and went into their bedroom and I mean, you think screaming's loud." I asked Matt if the bedroom door was shut and Matt indicated, "No, the door was always open." I asked Matt what he saw and Matt stated, "Well, when I went just inside that door I could see my dad's bare buns sticking up in the air and I knew what was happening." I asked Matt if he could tell me what was happening or if he understood and Matt stated, "Yah, I knew what was happening because I watched 'Friday, the 13th' and they were making love in that movie, too." I asked Matt what he did when he saw that and Matt stated, "Well, I just went back in the bedroom and then she was making those loud noises and then they started slowing down and the noises got tinier and tinier." Matt also advised that the following day he talked to his dad about that and then stated to me, "But, I still don't understand why she was making such loud noises about that."

At that time I asked Matt if he understood why grownup people made love and he stated, "Not really." I asked Matt if he knew how women became pregnant or why they had babies, and he stated, "Well, I think I know a little bit about that." For the next few minutes Matt and I talked about why grownup people "make love" indicating to him that that was something that two people who loved each shared with each other and that was the way a person could show someone else how much they loved them and how special they were. I also told Matt that it does not hurt usually when someone does that to you when you are a grown up and if you are in love it may be something that really feels good to your body, and that's probably why Shirley was making the noises because it felt good. Matt shook his head, indicating that he understood, and I asked Matt if he had ever touched his penis with his own hand. Matt replied no. I indicated to Matt that it was okay for him to tell me if that had happened because his body belonged to him and that it was okay to touch your own body if it was done in a private place. I told him other boys his age had told me they did that and also told me that it felt good. Matt stated to me, "Yah, I've done

Spencer-00481

that a couple times and it makes your penis stick up and it does feel good, but I don't scream my head off like she did." I indicated to Matt that possibly it felt better to Shirley and that was her way of showing his father how much she loved him and how special he was to her. Matt replied, "Well, it makes sense but I don't understand why she had to scream that loud." Matt then stated to me, "I just wish they'd keep their door shut." I asked him if he had seen that any other time and he indicated that he had not. I asked Matt if he felt like he understood enough or if he felt like he wanted to talk about it more, and Matt stated, "Well, I understand now, and my dad tried to tell me but I still didn't understand about the weird noises." I asked him if he understood about the noises now, and he stated, "Yah, I understand."

I asked Matt if he had ever heard his mother talk to Katie about the things that Katie was saying and Matt advised that he had not. I asked Matt if his mother had told him to say anything specifically to me, and Matt shrugged his shoulders and stated, "No, she just told me you were going to be talking to me.  That's all."

I asked Matt if he wanted to ask me anything else and he indicated that he didn't, then stated, "I just couldn't figure out why me and Kathy couldn't talk to my dad or nothing, and then she said that about Christmas and I figured she was really up to something then." I asked Matt what he thought his mother was up to and he stated, "I don't know.  It was like she was trying to mess with my head or something because my dad told me that she always lies to me and that I shouldn't believe anybody but him." I asked Matt if his father ever told him anything else and Matt stated, "Yah, he tells me a lot of stuff, I guess, but he always tells me that women are just out to control you and to watch out for my mom and stuff like that."

Matt and I talked for several more minutes; however, it did not appear that he had any other questions regarding what we had talked about, nor did it appear that he had any additional information that would be relevant to this issue. Matt and I were in the room a little less than one hour total.  Because Matt appeared to be comfortable and there was nothing else to discuss I asked him if he was ready to go back to his house and he indicated that he was.

Spencer-00482

I transported Matt back to his residence and during that trip he appeared to be very comfortable and the majority of our conversation was about Sacramento, his school, the activities he was involved in, and his friends.

Investigation to continue.

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 10 of 10

Spencer-00483

CASE NUMBER _84-8506_

DATE/TIME _5:50   10-17-84_

LOCATION _Holiday Inn. Sacramento, Ca._

VICTIM _Matt Spencer_

SUSPECT _Ray Spencer_

Reporting Officer _S. Krause_

Exhibit C

```
                 CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
                              UTILITY REPORT


     CASE #84-8506
     SUPPLEMENTAL RPT


     STATUTORY RAPE IN THE FIRST DEGREE, RCW 9A.44.070
     LOCATION OF INCIDENT:
     DATE OF INCIDENT:


     DATE & TIME:        10-18-84                    2030 hours
     LOCATION:           Holiday Inn, Room #135
                         5321 Date Street
                         Sacramento, California 95841-2597
     INCIDENT:           Interview with Victim


     VICTIM:             SPENCER, Kathryn E.        dob: 01-13-79
                         aka: Katie
                         aka: Kathy
                         3930 Becerra Way
                         Sacramento, California 95821   phone: (916) 482-6057


     SUSPECT:            SPENCER, Clyde Ray          dob: 01-09-48
                         aka: Ray SPENCER
                         17681 NE Lucia Falls Road
                         Yacolt, Washington             phone: 687-1407
                         Work phone: (206) 696-8292
```

CCSO Case #84-8506, S.A.Krause, K-34                        page 1 of 12

Spencer-00461

SUMMARY:

On 10-17-84 I met with Katie SPENCER a second time for the purpose of interviewing Katie reference any additional information she might share regarding allegations she was making, indicating that during the summer of 1984 her natural father, Ray SPENCER, was sexually involved with her during a visitation in Vancouver, Washington.  During my interview with Katie on 10-16-84 she did indicate that there had been sexual contact between she and her father. However, Katie was reluctant to discuss what had occurred and prior to my terminating my contact with her that day, I indicated to her that I may want to talk to her again at a later time. Katie also had advised me that there were some things that she had not told me and that we could talk about those the next time.

On the afternoon of 10-17-84 I accompanied Katie and her mother, Deanna SPENCER, to a therapy session.  Regarding that session refer to additional utility report.  During the early evening hours of the 17th I spent some time alone with Katie's brother, Matt SPENCER.  When I returned Matt to his residence I indicated to Katie that maybe I could meet with her the following day so she and I could talk again.  Deanna SPENCER was also present during that conversation.  Katie stated several times prior to my leaving the residence "that she did not want to talk about it any more."  However, prior to my leaving, I did indicate to Katie that I would call her the following day or stop by to see if she had changed her mind.

Katie SPENCER attends a morning school session, arriving home at approximately noon. On a daily basis, after she eats her lunch Katie naps until sometime between 1:30 and 2:00 PM.  On the early afternoon of the 18th I called the babysitter, Patty OWENS, at the SPENCER residence and made arrangements to come by at approximately 1:45 PM to talk with Katie in an attempt to encourage her to accompany me so we could discuss the sexual issue again.  When I arrived at the SPENCER residence Katie was still napping. Patty OWENS woke Katie up and when she came in to the living room area where I was sitting, she immediately came over and sat on my lap.  I told Katie that I was sorry I came so early and she had to wake up, and Katie replied, "That's okay because I knew I was gonna go with you." I indicated to Katie that I stopped by

CCSO Case #84-8506, S.A.Krause, K-34                    page 2 of 12

to see if she was going to go with me, but I wasn't sure because she had indicated the night before that she didn't want to do that. Katie stated to me, "I don't mind talking. I just want to do it in private." At that time Katie got her shoes and coat, got dressed and we left the residence.

After we got into my vehicle I asked Katie if she wanted to talk in the car or would she rather go to where I was staying. On the evening before Katie indicated that she liked talking in the car also because "it was private." Katie advised me that we could talk for awhile in the car and asked if we could get something to drink because she was thirsty. I stopped at a Dairy Queen and Katie and I both had a small sundae and while we were eating the sundae we parked across the street in the parking lot near a ball field and talked.

Initially, Katie indicated again that she "didn't mind talking to girls about this but sure didn't want to talk to boys." Katie also stated to me, "And I especially don't want Matt to know anything." I asked her why she didn't want Matt to know and Katie stated, "I know he'll just laugh." I asked her why she thought Matt would laugh and Katie stated, "Because I know boys will just laugh about that stuff, and it isn't funny." At that time I asked Katie if she remembered talking to Detective FLOOD in Sacramento and she indicated that she did. She stated, "He just talked cause I didn't tell him." I asked her if she knew Detective FLOOD had also talked with Matt. Katie shook her head yes. I told Katie, because Matt talked to Detective FLOOD and because he talked to me yesterday, "Matt knew about what happened to her." Katie stated, "He does?" I stated, "Yes, he does know, Katie." She stated, "Did he laugh?" I told her that he did not laugh and he was sorry that happened to her. Katie stated, "That's because my brother loves me."

During the time we sat in the car Katie mentioned several times that she "knew her step-mom, Shirley, was sure going to be proud of her for telling the truth." Katie made several statements reference Shirley SPENCER, indicating that she liked her, that she thought she was pretty, and that Shirley was nice to her. Katie stated to me, "That's why I told her because she's really nice."

CCSO Case #84-8506, S.A.Krause, K-34                          page 3 of 12

Katie talked about her mother, Deanna SPENCER, being "proud of her for telling the truth." Katie stated to me in the car, "My mom was proud cause I told the truth, and I had to tell the truth, but it's really hard sometimes, huh?" Katie then stated to me, "My step-mom, Shirley, asked me if I lied when I told her and I told her it was the truth because it was." Katie then asked me, "Did Shirley tell you I told her the truth?" I indicated to Katie that Shirley had talked to me about a lot of things but the only persons who really knew what was true and what wasn't were the people who actually saw something happen. I then indicated to Katie that if I told her something happened she might believe me but she wouldn't really know unless she actually saw it herself. Katie indicated she understood and then stated, "But sometimes you just have to believe somebody when they tell you things, even if you don't want to, like you believe me, don't you?" I indicated to her that I did and Katie stated, "And my mom does and so did my step-mom, Shirley, and that's why everybody is so proud of me."

Katie asked me during the time we were sitting in the car if I was "going to talk to her daddy about this when I got back." I advised her that I would talk to him and Katie stated to me, "You should tell my daddy that he has to tell the truth too because it's always best to tell the truth." Katie then talked about her daddy "needing help" and stated, "Cause he can't get help if he doesn't tell the truth, can he?" I advised Katie that it was hard to help somebody with any kind of a problem unless you knew what the problem was. Katie stated to me, "Well, it's because his thinking is sick." (In the previous interview with Katie I had talked about somebody's thinking being sick when they touched children where they shouldn't.)

After Katie and I finished the sundae, with her agreeing to do so, we proceeded to the Holiday Inn where I was staying. During the time I was driving to the Holiday Inn from the ball field, Katie appeared to be open about what we were going to talk about and did not appear to be reluctant in any way to go with me. At one point during the time I was driving Katie commented on the time we had spent on the previous day with Ann LINK who is Katie's therapist. Katie stated to me, "Ann still loves me and is proud of me because it's not my fault that happened, is it?" I assured her that it was

CCSO Case #84-8506, S.A.Krause, K-34                    page 4 of 12

Spencer-00464

not her fault. Katie stated to me, "I just didn't want to have to say those words to Ann but maybe I can tell her later when I tell her a story." (The therapist, Ann LINK, uses play therapy with Katie during the one hour sessions.)

When Katie and I arrive at the motel and were inside the room, she immediately took off her coat again and shoes and indicated she wanted to get the dolls out. The anatomically correct dolls that I have do not have any clothing. Katie asked if I had anything in my suitcase that she could use to dress the dolls. I advised her the only thing I had was a swim suit coverup and swim suit that maybe she could use. Katie got those items and spent approximately a half hour playing with the dolls and dressing them. During that initial time we did not discuss anything about the sexual issue or her father.

After Katie had played with the dolls for approximately that one half hour, I asked her if she was ready to talk to me a little bit before we went back to her house. She indicated she was but that she wanted to have the dolls when we talked. At the time Katie was playing with the dolls, I was sitting at a small table in the room writing and at times talking with her regarding the dolls and what she was doing with them, and when I indicated to Katie that I wanted to talk again Katie moved the dolls over and told me to sit beside her on the bed, which I did. I asked Katie which dolls we needed to use and Katie stated, "These." (At that time she held up the male adult doll and the child female doll.) Katie then stated, "I'll take their clothes off because they have to be naked." I said to Katie, "Okay," and she stated to me, "I wish you had a bathrobe for him because that's what my daddy wears, but he doesn't have to have any underwear on. I would just need a bathrobe."

Katie then stated to me, "Go ahead and ask the questions." I indicated to Katie that I wanted to make sure I knew how old she was when that happened and Katie stated, "When my pee-pee got touched? That's when I was five, remember?" I asked Katie, "Did anything else happen when your pee-pee got touched?" Katie at that time hit the adult female doll with the male doll and she stated, "That's when that happened." I indicated to her that I was confused and didn't know what she meant, and Katie stated, "I was five when I touched Shirley there, too, remember?" I asked her if the pee-pee thing

Spencer-00465

happened when Shirley was there and Katie stated, "No, Daddy babysat us.  He would pick us up at the babysitter." She then stated, "When my dad's at work my step-mom babysits and when my step-mom's at work my dad babysits us." I asked Katie where she was when they babysat her and she stated, "At my dad's house beside the river."

I stated to Katie, "Remember what we were going to talk about?  What was the first thing you can remember happened?" At that time Katie placed the male doll face up on a pillow on the bed and placed the female child doll on top of the male doll.  At the time she did that she was very careful to line the penis up with the vaginal opening on the female child doll.  I asked Katie, "How many times did that happen?"  Katie stated, "One time." I asked her if she was sure and Katie stated, "I'm sure." I asked Katie where Shirley was and Katie stated, "Shirley was at work." I asked her where Big Matt and Little Matt were and Katie stated, "Big Matt and Little Matt were asleep in the living room." I asked her where she was and Katie stated, "Dad and me were in the living room, too." I asked Katie if Big Matt and Little Matt saw what happened and she stated, "No." I asked her why they couldn't see what was happening if everyone was in the living room and Katie at that time said, "Those guys were over there (and she pointed back towards the headboard of the bed) and anyways, they couldn't see cause they were asleep and me and my dad were here."  (She pointed down to the pillow.)

At that time I pointed to the child female doll and asked Katie, "What does she have on?" Katie stated to me, "I had a nightgown on and my panties." I pointed to the adult male doll and asked her, "What does he have on?"  Katie stated, "My dad just wears his robe and he had his underwear on." During this entire time I was taking notes and I repeated what Katie had said, specifically stating, "His robe and his shorts on." Katie interrupted me and stated, "No, he didn't have his shorts on, just his underwear and his robe." I asked Katie if he had anything else on and Katie said, "Just the TV."

I asked Katie if she could remember if it was daytime or night time and Katie stated, "It was night time." I asked her how she could remember and Katie stated, "I remember, it was night time and that's when we sleep, and that's when Matt and Little Matt sleep." I asked Katie if she could

Spencer-00466

remember anything her daddy said when that was happening and Katie stated, "I don't remember." I asked her if she was standing up or what when it happened and Katie stated, "No, I was laying on my back." I asked her if she could show me what happened with the dolls and at that time Katie picked up the anatomically correct child female doll and placed it on the pillow face up. I asked Katie, "Where were you?" and Katie picked up the female doll, hit the male doll and stated to me, "Put him right there," pointed to the pillow with the child female doll and stated, "I'll show you." I picked up the male doll and asked Katie, "How should he be laying?" and Katie stated, "My dad was laying on his back. Put him on his back." When I had placed the male doll face up on the pillow Katie immediately put the female doll on to of the male doll. Again, I observed her being careful to line the vaginal area of the female doll up with the penis of the male doll. I asked Katie, "Did Big Matt and Little Matt see that?" and again Katie pointed towards the headboard behind us and stated, "No, they were over there and Dad and me were laying on the blanket." I asked Katie, "What did your daddy have on when that happened?" and Katie stated, "Noth--ing." I asked her what she had on and Katie stated, "Noth--ing." Katie then stated, "Ick!" I indicated to Katie that she had told me she had on her nightgown and panties, and Katie stated, "Not when he did that." I asked her if she could remember how her clothes got off and at that time she pointed to her chest with her finger. Katie then stated, "My daddy made me do that." I asked her what her daddy made her do and Katie stated, "He makes me take my clothes off."

I stated to Katie, "What happened after your clothes were off?" and Katie stated, "That's when my daddy's wiener sticks up." I asked her what happened then and Katie stated, "Well, he hurt me then." I asked her if she could show me how he hurt her and Katie stated, "I can show you what hurt me." I asked her if she could do that with the dolls and Katie at that time picked up the child female doll and inserted the penis of the male doll into the vaginal opening of the child female doll that she had indicated was her. I asked Katie if she could remember if her daddy had said anything when that happened, advising her that it was really important to remember what he

Spencer-00467

might have said, and Katie stated, "He just doesn't say nothing to me." I said, "Does he says he likes you?" Katie stated, "He says he loves me."

I told Katie that "sometimes it was hard to remember things that you didn't like talking about but if you closed your eyes and were very quiet sometimes you would remember something" and asked her to close her eyes and try really hard to remember if her father might have said anything. Katie covered her eyes with hands, leaning on her elbows, and after only seconds, in a very sarcastic tone, while she was bobbing her head back and forth, Katie stated to me, "What do I say, baby girl?" I asked her what that meant and Katie stated, "Well, that's what he says to me." I asked her if she could remember anything else and she indicated that she wanted to color for awhile.

While Katie was coloring on a blank cartoon drawing, I asked her if her father ever kissed her. Katie stated, "Yes." I asked her where he kissed her and Katie stated, "On the mouth." I asked if her father ever kissed her anyplace besides the mouth, like on the cheek, and Katie just looked at me without saying anything. Katie took several seconds and looked at me again, then stated, "Put that daddy doll back here on his back." I picked up the male doll and laid it face up near where her hands were, and Katie raised up and grabbed the child female doll and at that time I observed her put the mouth of the female child doll on the penis of the male doll. I stated to Katie, "Why did you do that?" Katie stated to me, "Well, you asked me where he kisses me and that's where he does." Katie colored a couple more seconds, raised up, then picked up the female child doll, turned her over and at that time put her finger slightly into the opening and stated, "He kisses me inside there." I asked Katie if she could show me with the dolls what she was saying and at that time Katie laid the female child doll face up and placed the mouth of the male adult doll on the genital area of the female doll, and when Katie positioned the dolls that way she made a kissing sound with her lips. Katie stated to me, "This is so gross." I told her that it was just important to know what she could remember, and Katie stated to me, "I'd like to forget this whole thing." I asked her why she would like to forget this "whole thing" and Katie stated to me, "I don't like to say those words and my dad shouldn't have done

CCSO Case #84-8506, S.A.Krause, K-34                                        page 8 of 12

Spencer-00468

that and he really needs help." I stated to Katie, "When you made that kissing sound, what is happening?" Katie stated, "He kisses inside that hole and it doesn't even hurt." I asked her if she thought it would hurt and Katie stated, "Well, it hurts my mouth when I have to kiss his wiener inside." I asked Katie if anything else had ever hurt her and Katie stated, "Just when he tried to stick his big wiener in my pee-pee, but he just did that once." I asked Katie how many times the kissing thing happened and Katie stated, "You mean, how many times did I have to kiss his wiener?" I said yes, and Katie stated, "All I can remember is one time." I asked her if it might have happened more than once and Katie stated, "I guess it might have. I just don't remember." I asked Katie how many times (pointing to the male doll) did he kiss her pee-pee? Katie stated, "I don't know." I asked her if she could think about it and Katie stated, "Well, he did it once I remember, but I don't remember if he ever did it any other times." I stated, "What was that he did once?" and Katie stated, "He kisses inside my pee-pee hole." (When Katie stated that she stated "uuck" and shook as if she was describing something very distasteful.)

I was writing and Katie began coloring, then stated to me, "Sharon, I just wanted Shirley to know, so I told her and she was proud of me and she's going to be proud because I told the truth to you, too."

I asked Katie if she ever took a bath with anyone when she was at her daddy's and Katie stated, "Sometimes I took a shower with him but nothin' every happened when we were in the shower."

I asked Katie if there was anything else that had happened about her daddy that she hadn't told me yet, and after she colored on the cartoon for several seconds Katie stated, "He makes me touch his pee-pee, too." I asked her how many times that happened and Katie said, "I don't remember, I guess just once." I asked her when that happened and Katie stated, "The same night as the other stuff." I asked her if she could show me with the dolls how that happened. At that time Katie laid the male doll on his back and with the hand of the child female doll was attempting to wrap the thumb and fingers around the penis of the male doll. Katie was also moving the hand up and down on the penis. I asked her if anything else happened and Katie stated, He touches my pee-pee, too." I asked her, "Who touches your pee-pee?" Katie

CCSO Case #84-8506, S.A.Krause, K-34                    page 9 of 12

Spencer-00469

looked up at me and stated, "We're talking about my daddy." (At that time Katie was pointing to the male adult doll.) I asked Katie what part of her pee-pee her daddy touched and Katie stated, "Outside here." At that time she was pointing to the vaginal opening. I asked her if she could tell me about that and Katie stated, "That hurts when they keep doing that, like keep touching you." I asked Katie what her daddy had on when she touched his "pee-pee" and Katie stated, "He pulls his underwear down to about here." (At that time Katie pointed to the area just below her knees.) I asked Katie if she could remember anything else and she indicated she couldn't and wanted to color.

After Katie colored on the cartoon for several minutes Katie stated to me, "Sharon, I really love my daddy and he loves me, too." I indicated to her that I knew she loved her daddy and that I knew he also loved her. Katie stated, "If he really loves me then why does he do that to me?" I advised her that I didn't know but the only reason I could think of was that when daddies do that it was because their thinking was sick. Katie asked me, "Did your daddy ever kiss your pee-pee?" I told her that my daddy had not done that to me and Katie stated, "You're really lucky." I asked Katie what her daddy called her when she was with him and Katie stated to me, "He calls me Kathryn and baby girl. He doesn't call me Katie." Katie then stated, "My daddy tells me that he loves me and that I'm pretty, and he even said I had a pretty bottom."

Katie asked me if "she and Matt would be visiting her father next summer." I advised her that I did not know yet whether she would. Katie stated, "I don't want to see him til he isn't sick anymore." I indicated to Katie that when I talked to her mother she said something about Katie not wanting to go to her daddy's and step-mom's last summer. Katie shook her head, indicating with a yes nod. I stated to Katie, "Is that true that you told your mother you didn't want to go visit your daddy last summer?" Katie stated, "Yes." I asked her why she didn't want to go visit him and Katie stated to me, "Because I thought he would just do it again." I asked Katie, "Did he do it again?" Katie stated, "I told you he did." I stated to Katie, "If he did it again, Katie, does that mean that something happened before last summer?" Katie stated to me, "I don't remember and I don't want to talk about it." She then

CCSO Case #84-8506, S.A.Krause, K-34                    page 10 of 12

stated, "Anyway, he won't do it again." I asked her how she knew he wouldn't and Katie stated, "Cause I won't let him ever do that again." I stated to Katie, "Could you stop him last time?" and Katie looked at me for several seconds and then replied, "No, I couldn't. He really has to be helped, doesn't he?" I told her when a big person does that to a child, they do need help.

At that time I told Katie that sometimes children said things happened that really didn't. They don't do that because they are lying, it's because the child gets mixed up about things, like who really did it and stuff like that. I asked Katie, "Is everything you told me what really happened or could you have sort of got mixed up about some things?" Katie stated, "It really happened." I told her that some times "if you close your eyes and try really hard to remember, all of a sudden you remember, I was just mixed up," and it's okay to say you got mixed up. I then stated, "Like you might close your eyes and then all of a sudden remember, Oh, that wasn't my daddy that did that; it was someone else." Katie laughed and stated, "I don't get mixed up about my daddy, Sharon. I knew him since I was born." I asked her, "How about all of the things you told me he did to your body? Could you have gotten mixed up about that?" Katie stated, "No, I didn't. I was awake and I remember."

I asked Katie if anyone else had ever touched her body like on the private areas that shouldn't have and she stated, "No. I shouldn't have touched my step-mom, should I? I wish I didn't do that." I told her all of us have done things we wished we hand't.

I asked Katie if anyone had told her to say things about her father and she stated, "He was the one who told me not to tell anyone, and I didn't. But I finally told and that was so good for me to do that, huh?" I indicated to her that it was always good to tell someone if something was bothering you. I stated to Katie, "The reason I said that to you about someone telling you to say things was because sometimes that happens, like a mom tells the child to say things that are bad about the dad, or a big brother tells his little brother to do something or he would do something bad to him like hit him or something like that. Katie stated, "My mom doesn't like me and Matt to say bad things about anyone. It's always better not to say

Spencer-00471

things and hurt people's feelings, huh?"  I told her it's always best to think
about things we say so we don't make someone feel bad.

The remainder of my conversation with Katie during the
time I was with her that afternoon was about unrelated topics or statements
consistent with what she had already told me regarding her sexual involvement
with her father.

When I returned Katie to her home, it was shortly
before 5:00 PM. Prior to leaving the Holiday Inn, Katie asked if she could stay
longer and play with the dolls with me.  I told her that I had to get her home
because she and Matt were going to dinner with their grandmother.

Investigation to continue.

CCSO Case #84-8506, S.A.Krause, K-34                              page 12 of 12

Spencer-00472