Exhibit D

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

FIRST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:    17681 NE Lucia Falls Road
                         Yacolt, Washington
DATE OF INCIDENT:        Between 07-14-84 and 02-17-85


DATE & TIME:         02-28-85                          0930 hours
                     02-27-85                          0930 hours
LOCATION:            CCSO, Investigation Unit
INCIDENT:            Interview with Victim/
                     and Mother of Victim


VICTIM:              HANSEN, Matthew Alan              dob: 02-20-80
                     17681 NE Lucia Falls Road
                     Yacolt, Washington                phone: 687-2407


SUSPECT:             SPENCER, Clyde Ray                dob: 01-09-48
                     aka:  Ray SPENCER
                     17681 NE Lucia Falls Road
                     Yacolt, Washington                phone: 687-2407


ADDITIONAL PERSONS
INTERVIEWED:         SPENCER, Shirley J.               dob: 04-27-42
                     (mother of above listed victim/
                     wife of above listed suspect)
                     17681 NE Lucia Falls Road
                     Yacolt, Washington                phone: 687-2407

CCSO Case #84-8506, S.A.KRAUSE, K-43                          page 1 of 22

PA✓

Spencer-00565

SUMMARY:

On 02-22-85 during an interview I had with Shirley
SPENCER regarding allegations that her husband, Ray SPENCER, had been sexually
involved with his natural daughter, Kathryn SPENCER, age five, I expressed
concerns to Shirley SPENCER regarding her son, Matt HANSEN. Specifically, based
on what Shirley SPENCER was saying Matt appeared to be having some difficulty
regarding his not understanding what was occurring and the reasons for his
father moving out of the home. Also, I talked with Shirley SPENCER regarding
concerns I had that possibly if Ray SPENCER were, in fact, involved sexually
with his daughter that her son, Matt, may also have been victimized. Shirley
SPENCER indicated that there have been a couple of occasions when she briefly
asked her son, Matt, and that Matt was not indicating that anything had ever
occurred sexually between he and Ray SPENCER.

During the time Shirley SPENCER was in my office I did
advise her that I felt it was important for someone to talk with her son, Matt,
so that he would have a better understanding and also indicated to her that I
would be willing to do that. I advised Shirley SPENCER that I would call her
during the first part of the following week and indicated that I would like her
to think about what she wanted to do regarding my talking with her son.

On the morning of 02-26-85 I made phone contact with
Shirley SPENCER at her residence. Immediately after we started talking I felt
because of the tone of her voice that something was bothering her. When I asked
Shirley SPENCER if something was wrong she stated, "Sharon, I think Ray might
have done something to Little Matt." When I asked her why she felt that way
Shirley SPENCER related the following. Her son, Matt, wasn't feeling well on
Friday night and she was up with him several times during the night because he
was running a fever. She advised when she indicated to Matt that she was going
to call the doctor on Saturday morning Matt became extremely upset and kept
telling her, "Please don't take me to the doctor." Shirley SPENCER indicated
that her son was making statements to her that lead her to believe that he was
frightened at the thought of going to see a physician. She also advised me that
he has never acted like that and she did not believe he had even had a shot from
going to the doctor that he would be concerned about. She indicated that when

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 2 of 22

she attempted to make a phone call he became so upset it became necessary for her to hang the phone up.

Apparently after that she told Matt that she was going to have to take him temperature. Shirley advised me that she has always taken Matt's temperature rectally and that he has never minded. Apparently when she indicated to him that she was going to take his temperature he became even more upset than he had when she indicated she was going to call the doctor. She advised that she told him she either had to take him to the doctor or take his temperature because he was so sick. Apparently at one point Matt agreed to let her do that and made a statement similar to, "Put it in really, really slow, Momma, put it in really slow, Momma, don't hurt me, Momma, take it out really slow, Momma, be careful, Momma, and don't hurt me." Shirley SPENCER advised that she was very upset because of what Matt said and to her knowledge there was never anything that would have concerned him about her taking a rectal temperature.

During that conversation Shirley SPENCER also advised me that without asking Matt or leading him she tried to determine if something had gone on and at one point Matt told her that his "daddy had done something but it was too gross and he didn't want to talk about it." I asked Shirley SPENCER how she felt about my interviewing Matt and she advised that she had called her counselor and the counselor suggested that she take Matt to a child psychologist named Gladys CHILDS rather than have me do the interview. She also indicated that CHILDS charged $70.00 per hour with a minimum of two hours during the first visit. Shirley SPENCER related that she was concerned because of her financial status that was going to be extremely difficult for her, but if it became necessary she would quit seeing Jeannette DEZOFI, who is the counselor she has been seeing.

Shirley SPENCER also advised me that Ray SPENCER was currently living in a trailer belonging to a Leo CLARK, located in Knowles Trailer Park at 1501 NW Knowles Drive. She advised me that Leo CLARK had called her on Monday, the 25th, and "got in her face." Shirley SPENCER advised me that she "didn't know how much more of this she could take."

I talked with Shirley SPENCER for several minutes and asked her to reconsider my interviewing Matt because, based on what she was

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 3 of 22

Spencer-00567

saying, I too had concerns that Matt had some type of sexual contact with Ray SPENCER. I indicated to Shirley SPENCER that I knew her main concern was the well being of her son and assured her that I would not even suggest talking with him if I thought it was going to traumatize him.

Prior to terminating my conversation with Shirley SPENCER I also advised her that I would like to meet with her again and talk to her regarding specifics reference her knowledge about Ray SPENCER or any information she may be able to share that would shed some light on what had actually occurred between Ray SPENCER and his daughter, Kathryn. Shirley SPENCER agreed to meet with me on the morning of February 27, 1985. I also indicated to Shirley SPENCER that I had a conversation with Vancouver Police Officer Jim HULSE and he also indicated that he had some questions and I would be advising him so he could be with me during my conversation with Shirley SPENCER.

At approximately 4:00 PM on the afternoon of the 26th Officer HULSE called me and advised me that Shirley SPENCER was at his office earlier in the afternoon. He indicated that when she saw him she wondered what he wanted to talk to her about. Officer HULSE advised her that he just had some questions and also apparently talked with Shirley SPENCER about my interviewing her son, Matt. Officer HULSE also advised me that he had talked with Officer GIBSON, who apparently talked with Shirley and was encouraging her to bring Matt to my office so that I could interview him regarding concerns of sexual abuse.

DATE & TIME:        02-27-85                    0930 hours
INCIDENT:           Interview with Shirley SPENCER

During the initial part of the interview with Shirley SPENCER only she and I were present. Officer HULSE had called me earlier that morning and indicated that he would be arriving late and asked that I advised Shirley SPENCER.

During my conversation with Shirley SPENCER she related the following. I asked her if her son, Matt, had ever complained to her about hurting in the area of his rectum or penis and she advised that he had never complained about his penis hurting that she could remember. However, she had recalled a time during the summer months of 1984 when Matt 'hung on her, saying,

CCSO Case #84-8506, S.A.KRAUSE, K-43                          page 4 of 22

Spencer-00568

'Mommy, it hurts, it hurts,'" reference his rectum. She advised that he didn't
indicate why it hurt and she felt possibly that he was constipated.

Shirley SPENCER indicated to me that after I talked with
her about Kathryn's reports, she had contacted Ray SPENCER'S attorney, Jim
RULLI, to see if he could show her the other reports so she could read
everything. She advised me that Ray had told her Jim RULLI did not have the
reports and when she contacted RULLI he advised that he could not let her see
any of the reports unless Ray SPENCER gave him permission to show them to her
because he specifically requested that RULLI not show the reports to her.

During the interview with Shirley we talked about Ray
SPENCER'S daughter, Kathryn, and Shirley SPENCER indicated during the entire
time we were doing the initial investigation Ray would indicate that Deanne
SPENCER had "programmed Kathryn." She advised that she was relieved to know that
Kathryn was in therapy. Shirley SPENCER made several statements indicating that
the only information she had was what Ray SPENCER had told her and there were a
number of times when she knew that he was not telling her the truth because she
"caught him in lies."

I talked with Shirley SPENCER about the possibility of
my interviewing her son and she indicated that she had thought about it and
would like me to do that. She indicated that Matt had Tuesdays and Thursdays
when he did not go to school and if possible maybe one of those days would be
best. We agreed that she was going to bring him in the following day, which
would be Thursday, February 28, 1985.

Shirley SPENCER indicated that she felt certain, based
on what her son was saying, that Ray SPENCER had done something to "Little Matt
sexually." She also advised me during the last six months there may have been
three to four times when she briefly asked her son, Matt, if anything had ever
happened to him or if anyone had ever touched him. She advised she had not
specifically mentioned her husband when she asked Matt if "anyone had ever
touched his bottom or pee-pee." She also advised me that initially when she did
ask her son he stated no and did not appear to be concerned about answering her.

Shirley SPENCER advised me that she had never discussed
the fact that Kathryn reported Ray SPENCER doing anything to her, and to her
knowledge her son, Matt, did not know about that.

CCSO Case #84-8506, S.A.KRAUSE, K-43                              page 5 of 22

Spencer-00569

Shirley SPENCER advised that last Saturday she attempted to talk to Matt off and on during the day after he became so upset about the visit to the doctor, and also her taking his temperature. She related that Friday night Matt was "so sick and had a fever that she was up with him all night long." She indicated when she told Matt she was going to call the doctor "Matt started screaming and just having a fit, saying, 'Mommy, no, no, I don't want to go to the doctor.'" She advised me that he was screaming so loud she had to hang up the phone. Apparently after that is when she indicated to Matt that she had to take his temperature and she stated to me, "He got even more upset than he was about the doctor and he was just hollering that he didn't want his temperature taken." She indicated to me that she has always taken Matt's temperature rectally and he has never resisted or expressed any discomfort. She advised that she finally told Matt that she had to either take him to the doctor or take his temperature and he finally agreed to let her take the temperature and that's when he started saying, "Put it in really, really slow, Mommy, don't hurt me, Mommy, be careful, Mommy, and take it out really careful, Mommy." Shirley SPENCER advised me that she asked Matt, "Has anybody ever hurt your bottom before, Matt?" and Matt stated to her, "Yah."

Shirley SPENCER indicated, based on what I had said to her regarding how I approached children when I have concerns, that she made a statement to Little Matt about "grownups getting sick and that their thinking gets sick and that makes them touch children." She advised me that she told Matt even "daddies can get sick" and Matt responded, "Yah, daddy is sick." Shirley SPENCER stated she asked Matt if his "daddy had touched him and Matt stated that his father had." She advised me that Matt was really reluctant to say anymore but she did ask Matt if his daddy had touched his pee-pee and Matt stated he did not know. She advised me that it was later when Matt was watching TV that she asked him something and Matt indicated that it did have something to do with "his pee-pee."

Shirley SPENCER advised me that since Matt was a tiny baby he has always taken bubble baths. She indicated there was a time after Kathryn and Big Matt had returned to California when she was getting Little Matt's bath ready that she took out the bubble bath and "Matt had a fit and did not want bubbles." She stated that she said, "What's wrong?" and almost at that

Spencer-00570

same time her husband was standing beside her and he said that Little Matt was afraid of bubbles. Shirley SPENCER stated to me, "I told Ray, 'what do you mean he's afraid of bubbles? He's never been scared of bubbles.'" Shirley SPENCER indicated that while Matt was watching TV she asked Matt if something happened in the bubbles, and Matt indicated to her that something had. Apparently Matt then made a statement indicating that his face went under the bubbles and also talked about his "daddy's pee-pee standing up." Shirley SPENCER advised me that Matt told her that he had to put his mouth on his father's penis under the water and that that scared him. She also advised me that prior to that Matt had said something about his "daddy's pee-pee being in his mouth and it didn't choke him but his daddy told him that it chokes his mother."

            Shirley SPENCER indicated that during that day off and on she would ask Matt questions and if he were doing something else he appeared to be more willing to talk. She advised that she asked Matt where he was when the thing had happened with his daddy and he indicated that he was home. She asked him if the TV was on and he told her that it was not. Apparently Matt made a statement indicating that something happened on the bed and she asked him, "On your bed or daddy's bed?" Matt advised her that it had something to do with his "daddy's bed." She also indicated that Matt talked about something happening when it was light out. Shirley SPENCER stated that her son said to her, "It really hurt me bad, Mommy." She advised that on the evening of the 26th while she and Matt were in bed, Matt was telling her something about something happening when he would have to have his leg up in the air. She advised that he held his one leg up around his neck and told her, "This is where my leg has to be, way back here." Shirley SPENCER indicated she asked Matt where his daddy was and if he (Matt) was on his back and he stated that he was on his back and that his daddy was laying on him, indicating that that's when he did whatever he did that "hurt him really bad " happened. Shirley SPENCER also advised that when Matt was trying to tell what had happened with his father he indicted again that it occurred in bed and that he "cried because it hurt him." Shirley SPENCER advised that she asked Matt what his daddy said and Matt indicated that his father didn't say anything. She stated that Matt then told her, "But he put it in here and it didn't even choke me, but he said when he put it in your mouth it did," She indicated when Matt said that he opened his mouth and stuck his finger

CCSO Case #84-8506, S.A.KRAUSE, K-43                         page 7 of 22

Spencer-00571

down inside towards his throat. She advised me that she asked him how many times that happened and Matt held up five fingers. She also indicated that she asked Matt if it happened in their brown house where they were living prior to moving into their present residence and Matt indicated that it had not. She stated, "Did it happen in this house?" and Matt indicated that it had.

Shirley SPENCER related that then Matt told her that something had occurred when he "took a bath with his daddy." Shirley SPENCER advised me that she finally asked Matt if his "daddy had ever touched his pee-pee" and Matt told her that he had.

Shirley SPENCER indicated that when she tried to encourage Matt to talk with her he told her, "You'd be mad at me if I told." She also advised that Matt made the following statements: "That what his daddy did wasn't nice." "That his daddy didn't love God and his daddy didn't love people."

Shirley SPENCER advised me that the last time Matt was alone with Ray SPENCER was on February 16, 1985. She indicated that she had a therapy appointment at 8:00 PM that evening and during the day she and Matt had gone shopping with Ray. Shirley SPENCER indicated that after the disturbance on February 3, 1985 when Ray SPENCER moved out, she has had continuous contact with him, hoping that they could at some point get back together as a family because still she really was not believing that he probably had done anything to Kathryn. Shirley SPENCER stated to me, "He had me convinced that Deanne SPENCER was doing all of this." She indicated that after they had gone shopping and returned to the motel, Ray suggested that she leave Matt there for the evening so that they could spend some time together.

Shirley SPENCER advised me that when she picked Matt up the following she recalled that he just hung on her and the rest of the following day he continued to tell her that he didn't feel good and that his stomach hurt.

Shirley SPENCER advised me that when she was attempting to get her son to open up regarding what had occurred between Ray SPENCER and Matt, there was a time when she and Matt were in bed and she told Matt she would tell him a story if he would tell her a story. Apparently at that time Matt told her, "I want to tell you a story about the place with the high stairs and high TV." She indicated to me that she told Matt she wasn't sure what he was talking

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 8 of 22

Spencer-00572

about and said to him, "Do you mean the hospital?" She advised that Matt
appeared to be a little upset with her and he said, "No, the motel." Matt then
told his mother that he would "tell her the story about the motel." Shirley
SPENCER indicated to me that she thought it was easier for Matt to talk because
it was dark and she was not looking at her. At that time, apparently Matt told
her that his daddy had hit him "here and here" indicating that Ray SPENCER had
hit him in the face and chest. When she questioned Matt about that, Matt told
her it was because he had been naughty and threw rocks at cars. Matt then
advised his mother that his "daddy had hurt him in the stomach, groin and on his
bottom." Matt apparently indicated to his mother that is when the "thing
happened that hurt him."

        During my conversation with Shirley SPENCER I asked her
if she noticed any kind of stains on Little Matt's underclothing and she advised
that during the past six months Ray has done most of the laundry so she really
has not even seen Little Matt's underwear. She also advised that because of her
hours she was not even there to help put Little Matt to bed so she did not know
if there was every anything on his clothing.

        During the time I spoke with Shirley SPENCER we talked
about Ray SPENCER and I obtained some background information. I asked Shirley
SPENCER if her husband had ever purchased a vibrator or suggested getting one
and she indicated before they moved to this house there was a time when he
bought one; however, she objected and she had no idea where it was and did not
recall seeing it at all at this house. I asked her if her husband had ever
wanted to take nude photographs of her and she advised that he did not.

        I asked Shirley SPENCER if she was aware if Ray had any
kind of hard core pornography and she advised that he had some kind of pocket
books; however, she really had not had the time nor been interested in looking
at them, but based on what she saw she felt that they were probably hard core.
She also indicated that there was a time when Ray SPENCER went to visit his
sister that he took some of those books and gave them to his sister, Peggy, who
apparently was living in Port Angeles at the time. In addition to that, Shirley
indicated that Ray SPENCER was a collector of books and had apparently talked
about his goal was to have a whole room full. I asked her what kind of things he
read and she advised that most of his books were about law, detectives, Indian

CCSO Case #84-8506, S.A.KRAUSE, K-43                              page 9 of 22

heritage and medical books.  At that time she advised that Ray was "always going to the doctor because he had a lot of aches and pains."  She advised that he also had a "PDR and books about drugs."

I asked Shirley SPENCER if she could tell me what happened specifically during the time she had the accident prior to Ray SPENCER taking the polygraph when we were initially involved in this investigation. Shirley SPENCER advised me that from the onset Ray continued to "blame her for everything, telling her that it was her fault because she had not reported this before Kathryn went back to California."  She advised that he was always telling her she was sick and needed help and that she was paranoid.  She indicated that went on for about a month until she could not hardly handle it anymore.  She advised that on the evening the accident occurred she had just walked out of the shower and "Ray started in on her again."  Shirley SPENCER stated to me, I felt so bad I just couldn't take it anymore. All I could think about was I had to get out of there, that I was going to go crazy."  She advised that she does not even remember anything except that she ran out of the patio doors and apparently went right through the railing of the deck that overlooks the Lewis River and is approximately thirty feet off the ground.  She indicated that she was not sure whether or not Ray fell when he ran after her or how, but apparently they both fell off the deck, causing the injuries.  Shirley SPENCER advised me that afterward Ray SPENCER told her to say it was an accident, advising her, "This is what we will tell everybody."

Shirley SPENCER advised me, "For a year now all I've heard is that I was sick."  She indicated that her husband continued to blame her for a number of things and kept telling her that their problems were her jealousy and that he was not doing anything, advising her that she was just paranoid and "just sick."  Shirley SPENCER advised me that Ray SPENCER has had a number of affairs since she has known him and although she didn't want to admit it she was sure at times things were going on.  She indicated that he got phone calls from women all during their marriage.

Shirley SPENCER also advised that during the time she has known Ray SPENCER he has continually accused her of having some type of vaginal infection that caused him to get an infection.  She stated to me, "Everytime he would get one he would say it was my fault."  She advised me, "I

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 10 of 22

got so upset because I knew I didn't have anything and I told him if he caught anything he must be going to bed with someone else because he wasn't catching it from me." She advised that Ray SPENCER told her that he had talked to their family physician, Dr. NYLAND, and that Dr. NYLAND told him that Shirley SPENCER was the one giving him the infection. Shirley SPENCER advised me that she talked to Dr. NYLAND and he indicated that he had never told Ray SPENCER that Shirley SPENCER was giving him an infection, nor had Ray SPENCER ever even discussed it with him.

Reference the women Ray SPENCER had been having affairs with, Shirley SPENCER talked about a female named "Peggy" who apparently worked at the Holland Restaurant. She also advised that she thought possibly Peggy was a female who had followed Ray up from the Los Angeles area. She also advised that when Ray went to Los Angeles he apparently saw an old girlfriend named Rita and one named Normal. Shirley SPENCER advised me that she found out recently that Ray SPENCER had asked Karen STONE to marry him and also Shirley SPENCER about the same time.

Shirley SPENCER also talked about a female named Andrea. Further, apparently there was some information that Ray SPENCER had gone to bed with Andrea after he had married Shirley. She indicated that Ray admitted to that at the hospital. She also advised me that the first fight she and Ray ever had was over Andrea. She indicated to me at the time the fight occurred she sat on the edge of the bed and asked Ray to tell her about Andrea and he "just blew up."

Shirley SPENCER indicated that she had received three anonymous phone calls from a female subject who gave her the name of a nurse who was a receptionist at St. Joseph's Hospital. The information Shirley SPENCER also got was that Ray was having an affair with this female and she advised that she ended up contacting the woman with the last name of MANZANARAS. Shirley SPENCER told me that she had talked to her; however, she could not remember the woman's address.

Shirley SPENCER made several statements indicating she was extremely confused as to why when she knew for sure Ray SPENCER was not being faithful to her, that he continued to tell her that she was sick because of her jealousy and that it was embarrassing and humiliating to him, that she

CCSO Case #84-8506, S./A.KRAUSE, K-43                              page 11 of 22

Spencer-00575

would end up apologizing to him and begging at his feet. She stated to me, "I could tell that he had been with other women when he came home by his smell and the way he acted. She said that "there was even one time when he had white stuff on the front of his uniform and down the legs." She also related that there were a number of times when he had something on his clothing that made her believe he had been sexually involved with someone else.

Shirley SPENCER advised that there was a female named Rita who continued to call Ray SPENCER, even after they were married. She indicated once when she was driving the bus for C-Tran she saw Ray SPENCER with another girl and apparently later he advised her that there had been a female whose vehicle was stalled and he gave that person a ride. Shirley SPENCER stated to me, "He always had an answer and for some reason he would end up making me apologize or believing him."

Shirley SPENCER indicated that during the time Ray SPENCER was in the hospital and seeing a therapist she did not feel that was doing him any good. She also indicated that the information she had was that one of the therapists "cried because of all the terrible things that were happening to this man's (SPENCER)." She advised that initially when Ray became depressed he did talk about "eating his gun." She advised me that Ray SPENCER would never let her discuss what was going on regarding the allegations Kathryn was making; however, he was talking to everybody about it.

Shirley SPENCER also advised that although Ray was seeing someone and talking to "everybody about what was going on she was never allowed to see a therapist and really did not have time to because she was working full time and trying to visit Ray in the University of Oregon hospital."

Shirley SPENCER indicated that Ray SPENCER had told her he moved to the Vancouver area because "one reason had something to do with him being transferred in his position in California, the second thing had something to do with a black boss, and the third was to save his marriage." She advised me, "I couldn't understand why he was seeing other women if his purpose was to save his marriage."

She also indicated that there was a time after Kathryn had reported that she asked Ray if he could tell her about Rhonda. She advised me that initially when Ray talked about Rhonda he mentioned she was sixteen

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 12 of 22

Spencer-00576

years old and later he talked about her being nineteen and that she had graduated from high school. She indicated that she asked him again if he could tell her about Rhonda and that he "blew up and told her it was all Rhonda's fault."

Shirley SPENCER indicated when Ray was involved in counseling at the hospital he told the counselors that she wouldn't go to counseling. She advised me that was not true, she just did not have the time with working and visiting him, and he knew that. She advised me that Ray would "get really depressed and talked about blowing his brains out." Shirley SPENCER indicated to me that Ray would be so depressed and down that she would be extremely worried and then if one of his friends would show up at their house "he would rally instantly and act like nothing was wrong." She indicated it was extremely hard for her because she would worry so much about his mental state, and in seconds he was out of it and she was "scared to death."

Shirley SPENCER advised me that after Kathryn had reported the initial allegations of abuse, and after I had talked with Karen STONE the first time, Ray and Karen STONE had close contact. She indicated that Karen STONE had two children, a boy named Brent who is approximately nine years old, and a girl named Brenda who is approximately sixteen years old. She also advised that Brent has gone hunting with Ray and that he seemed to be close; however, there was no indication that Ray had done anything to either of Karen's children.

Shirley SPENCER indicated that Ray's sister, who was living in Port Angeles, moved to Los Angeles in June or July and was living with Ray's other sister. Shirley SPENCER indicated that Ray's sister, Liz, called her and talked with her and apparently "told her if she didn't get back with Ray it wouldn't look good when it went to court." She also advised me that Leo CLARK had called her and during that conversation had upset her. He indicated that he didn't feel any kind of therapy was going to do any good. He thought they should see a marriage counselor because he was not believing that Ray had ever done anything.

Shirley SPENCER talked about the incident that had occurred on Little Matt's birthday, February 20th. She stated to me, "After working with him for three weeks trying to get us back together as a family, the

CLSO Case #84-8506, S.A.KRAUSE, K-43                    page 13 of 22

first thing he did was walk into the house and as soon as he saw the guns were gone from the cabinet he was screaming over and over about his 'fucking guns' and that he wanted them." Shirley SPENCER stated to me, "He was saying all kids of things in front of Little Matt and I just couldn't understand what he was doing."

Prior to terminating my interview with Shirley SPENCER on 02-27-85 I made arrangements for her to bring her son to the Clark County Sheriff's Office on the morning of the 28th for the purpose of my interviewing Matt regarding the concerns that he had been sexually involved with his step-father, Ray SPENCER.

DATE & TIME:          02-28-85                    0930 hours

INCIDENT:             Interview with Matt HANSEN

With the permission of Shirley SPENCER the interview with Matt was done in an interview room located in the Detective Unit of the Clark County Sheriff's Office with only Matt and I present.

During the initial part of my conversation with Matt we talked about general topics. We talked about Matt's school and what he did in school; we talked about things he liked to do and at one point Matt and I practiced writing his name, my name and his mother's name. I indicated to Matt that I was a policeman and at one point I told him that I was a policeman because I liked to help people; however, sometimes we needed people to help us and a lot of times people who helped me were children. I told Matt that I wanted to talk to him because maybe he would be able to help me, too.

Matt appeared to be very verbal and there was no question that he was understanding what I was talking to him about. I indicated to Matt that sometimes I talked to children whose private parts had been touched by someone. I asked Matt if he knew what private parts were and shook his head, indicating that he did. I asked him if his nose would be a private part and he shook his, smiled and indicated that it wouldn't be. I asked Matt if his elbow would be a private part; he indicated it wouldn't. I asked him if his knee would be a private part; he indicated that it wouldn't. I asked him if his bottom

CCSO Case #84-8506, S.A.KRAUSE, K-43                         page 14 of 22

Spencer-00578

would be a private part and at that time Matt shook his head and stated, "Yes, that's private."

I indicated to Matt that sometimes it was hard for children to tell their moms and dads things and a lot of times I asked to talk to children alone, then indicated to Matt that it was nice for him to come and help me. I asked Matt if he knew why he was at my office and he told me that he did not. I told Matt that I wanted to talk to him because of some of the things he had said to his mother. I then stated to Matt, "Some of the things you said to your mom make me wonder if maybe your private parts were touched by someone." At that time Matt shook his head and I asked him if anyone had ever touched him and Matt shook his head again and stated, <u>"Yah."</u> I asked him who had touched him and Matt stated, <u>"My dad,"</u> I asked Matt if he had ever told anybody about what his dad did and Matt stated, "Well, I told my mom." I asked Matt what his daddy's name was and Matt stated, "Ray SPENCER." I asked Matt what part of him got touched and at that time I observed Matt point between his legs where his penis would be. I asked Matt what he called that part of his body that got touched and Matt stated, "I call that a pee-pee."

At that time I indicated to Matt because we were going to be talking about bodies it was important for me to know what he called parts so he would know what I was talking about and I would know what he was talking about. With the aid of a cartoon drawing, Matt HANSEN then indicated that he called breasts on a body "titties," the navel a "telly button," the buttocks a "bottom," and the penis on a male body a "pee-pee" or "wiener." When I placed a dot on the cartoon drawing where the genital area of a female body would be I indicated to Matt that girls' bodies were different than boys' bodies and asked Matt if girls had "pee-pees." Matt stated, "Not the same." I asked Matt what he would call the front part of a girl she went to the bathroom from and Matt indicated that "he didn't know what to call it." I told Matt that girls went to the potty from that part of their body and asked if I talked about a girl's "pee-pee" would he know what I was talking about and Matt indicated that he would."

I asked Matt again if he could show me on the cartoon drawing about what he had told his mother. At that time Matt pointed to the line on the cartoon drawing where the penis would be on a male body and stated, "My

Spencer-00579

pee-pee." I asked him what happened about his pee-pee and Matt stated, "My dad touched it." I asked him what his dad touched it with and Matt stated, "With his hand." I asked Matt where he was when that happened and Matt stated, "At my house." I asked Matt if he could remember how old he was when that happened and Matt help up four fingers and stated, "Four." I asked Matt if it happened after he was four and Matt stated, "No, before my birthday."

I asked Matt how many times something happened like what he had told me and Matt sat for several seconds, then stated, "A lots." When Matt made that statements he held up all of the fingers on his right hand. I asked Matt if he could remember why he wasn't able to tell his mother before and Matt stated, "A dream, but it wasn't a dream." I asked Matt if he ever had a dream about anybody else touching his "pee-pee" and Matt stated, "No, and it wasn't a dream, just my daddy touched my pee-pee before."

I asked Matt if anything ever happened that hurt him and at that time Matt pointed to the line where the penis would be again and stated, "It hurts that part." I asked Matt where he was when that happened and Matt indicated again that he was "at his house." I asked Matt if anything else happened and Matt stated, "He makes me touch his pee-pee with my hand." I asked Matt if he could tell me what hurt his pee-pee and Matt stated, "It hurts when my dad touches my pee-pee, that' what." I asked Matt what his daddy made him touch his pee-pee with and Matt stated, "He makes me touch it with my hand."

At that time I stated to Matt, "Your momma told me that there might have been something about the bubble bath that you didn't like." Matt stated to me, "Yah, I didn't like it because he hurt this." When Matt made that statement he pointed to the penis on the cartoon drawing. I asked Matt what made him hurt there and Matt stated, "Well, my dad just touches it too hard." I asked Matt how old he was when that happened and Matt stated, "I was four."

At that time I stated to Matt, "Matt, does your daddy kiss you, like on the nose?" and Matt pointed between his legs to the area of his penis and stated, "He kisses my pee-pee." When Matt made that statement he wrinkled his nose as if he were describing something that was distasteful to him. I indicated to Matt that it was important to remember anything he could because if something happened we didn't like it made us feel better to talk about it. When I finished making that statement Matt stated to me, "Sharon, and

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 16 of 22

Spencer-00580

he makes me kiss his pee-pee, you know that." I advised Matt that it was okay for him to tell me and that it wasn't his fault if those things happened. It was important that he was able to tell. I asked Matt where he was when that happened and Matt stated, "At my house." I stated to Matt, "Like was it in the yard or where?" Matt stated, "No, it was in the house." I asked Matt what part of the house and Matt stated, "Once in the bathroom." I asked Matt if he was "standing up or what when that happened" and Matt stated, "He was sitting down." I asked Matt what he was sitting down on and Matt stated, "We were in the tub, both of us." I asked Matt if he could tell me about what happened in the tub and Matt stated, "He made me kiss his pee-pee under the water and it really scared me and it really hurt me."

I assured Matt again that it was okay and he was not in any trouble. Matt appeared to be embarrassed; I noticed that his face was flushing and I talked to him for several seconds about how important it was to tell if something happened to you and that it was okay to tell, and for him not to be embarrassed. Matt then stated to me, "I had to do something to this, too." At that time Matt pointed to the area of the cartoon drawing that he described was the "bottom." I asked Matt what happened to that part and Matt stated, "I had to touch it with my hand." I asked Matt, "Now what do you call that part?" and Matt replied, "That's his bottom." I asked Matt again what he had to touch that with and Matt said to me, "I had to touch it with my hand and I don't like that." I indicated to Matt that I could understand why he wouldn't like that and then asked Matt, "What did your daddy have on when that happened?" and Matt stated, "We didn't have nothing on and I had to take my clothes off." I asked Matt where he was when that happened and Matt stated, "Downstairs at my house." I asked Matt if he could remember where his mother was when it happened and Matt stated, "She was at work."

At that time I indicated to Matt that we had already talked about something hurting and I wondered if anything else happened that hurt his body and Matt stated, "His hand really hurts my pee-pee." I asked Matt if he could remember anything that his daddy would say when those things happened and Matt stated to me, "He doesn't say anything." I asked Matt if he ever said anything and Matt stated, "No, I just always cried, cause that really hurts me." I told Matt that I was sorry that that had happened to him, and I was

CCSO Case #84-8506, S.A.KRAUSE, K-43                                   page 17 of 22

Spencer-00581

sorry that it hurt him, and at that time Matt stated to me, "And he hurt my bottom, too." I asked Matt who hurt is bottom and he stated, "My dad, Ray SPENCER. He puts his finger in my hole." I asked him where he was when that happened and Matt stated, "We were in the living room and in the shower, and in my mom's room." I asked Matt where his mother was when that happened and Matt stated to me, "Mostly when he does things my mom is at work."

I asked Matt if anything else happened to his body that he wanted to talk about so it would not be "bugging him" and Matt stated to me, "Well, he does something else to me." I asked Matt if he could tell me what the something else was and Matt stated, "He puts his pee-pee in my bottom and that really hurts and that makes me really cry." I asked Matt where he was when that happened and Matt stated, "In the shower." I asked him where the shower was and Matt stated, "At my house and it happens upstairs, too." I asked Matt who was upstairs when that happened and Matt stated, "Just me and my dad, and my mom was at work when it happened." I asked Matt what happened upstairs and Matt stated, "That's when he hurts my bottom side with his pee-pee, and he made me touch his bottom side, and he made me touch his pee-pee, too." I asked Matt what he had on when that happened and Matt stated, "I never have nothing on because he makes me take my clothes off."

I asked Matt if he ever saw anything come out of his daddy's pee-pee and Matt stated, "Yes, pee." I asked Matt if his daddy's pee looked like his pee and Matt stated, "No." I asked Matt what color his daddy's pee was and Matt stated, "It's white." I asked Matt where his daddy's pee goes when it comes out and Matt stated, "His pee goes in the toilet." I asked Matt if the pee ever went any place besides the toilet and at that time Matt stated, "Sometimes it gets on the floor and sometimes it gets on my hand and I have to wipe my bottom off with a paper towel when he gets it on my bottom."

I asked Matt if anything ever happened with his body anyplace besides at his house. Matt shook his head, indicating that it had. I asked Matt if he could tell me where something else happened and Matt stated, "At the motel." I asked him who was at the motel and Matt stated, "Just me and my dad cause my mom wasn't there." I asked him if he could tell me about what happened at the motel and Matt stated, "Well, he touched my pee-pee in the bathroom and then he put his pee-pee in my bottom." I asked Matt where he was

CCSO Case #84-8506, S.A.KRAUSE, K-43                                          page 18 of 22

when his daddy put his pee-pee in Matt's bottom and Matt stated, "Well, I had to sleep with him and he kissed my bottom and he kissed my pee-pee, too."

       At that time I indicated to Matt that I had dolls that had pee-pees and asked Matt if I got the dolls if he could show me about what happened with his daddy. Matt indicated that he could and at that time I got the anatomically correct dolls, which include one adult male doll, one adult female doll and one child female doll. I held up the male doll and asked who that was and Matt stated, "That's me." Matt then looked at the other two dolls and stated, "Those are girls so this is my dad (he held up the male doll again." I asked Matt if he could tell me with the dolls what happened in the bathtub and at that time Matt sat the male doll upright and indicated that that doll was "going to be him." Matt then picked up the adult female doll and sat it facing the male doll and stated, "This will have to be my dad because I don't want to be this one." Matt then bent the head of the male doll down to the genital area of the female doll and stated, "This is what he did." I asked Matt what part of him touched his daddy in the tub and Matt stated, "That's when I had to put my mouth on this." At that time Matt pointed to the penis on the male doll and then as he lifted the penis up in an erect position, Matt stated to me, "But his pee-pee sticks up like this and that make it hurt my mouth." I asked Matt what his daddy called a pee-pee and Matt stated, "I think he might call it a wiener."

       I asked Matt if his daddy ever said any bad words when he was around him and Matt stated, "He says mostly mean, bad words." I asked him if he could remember any of the words and after Matt thought for a few minutes he advised me that "he forgot."

       I asked Matt if he could show me what else happened with his daddy and at that time Matt indicated to me that the chair in the interview room was going to be "the bed." Matt placed the male anatomically correct doll on the chair, face up with the legs hanging over the edge. Matt then picked up the female doll and placed the head of the female doll on the penis of the male doll. I asked Matt who the female doll was and he stated, "This is gonna be my dad again, and this is me (pointing to the male doll)." I asked Matt what his dad was doing and Matt stated, "This is when he was kissing my pee-pee." I asked Matt where the bed was and Matt stated, "At the motel." I asked Matt if anything else happened at the motel and at that time Matt placed the hand of the

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 19 of 22

Spencer-00583

female doll on the penis of the male doll and stated, "He touched this with his hand, too." I pointed to the penis on the male doll and asked Matt, "Now, what do you call this?" Matt stated, "I call that my pee-pee."

I stated to Matt, "Now, what happened to your pee-pee at the motel?" Matt stated, "He touched my pee-pee with his hand and his mouth at the motel." I asked Matt if anything else happened at the motel and Matt stated to me, "He hurt my bottom there, too, with his pee-pee." I asked Matt if he could show me how that happened and at that time I observed Matt turn the male doll over, placing it face down with the legs still extending over the edge of the chair, and Matt placed the female doll lying on top of the male doll. Matt stated to me, as he pointed with his finger to the buttocks of the male doll, "He puts his pee-pee in this hole."

At that time I asked Matt if he ever saw his daddy touch any other children's body and Matt stated, "He touched my best friend's body." I asked Matt who his best were and Matt stated, "They're Big Matt and Kathryn."

I asked Matt where Kathryn was when that happened and Matt stated, "On my dad's bed." I asked him who else was there and Matt stated, "My dad was there and that's when he did it to her, and Kathryn cried, too." I asked Matt if he could remember where his mom was when that happened and Matt stated, "My mom was at work." I asked Matt if he could show me what happened to Kathryn and at that time he picked up the female doll and I observed him carefully placing the penis of the male doll in the vaginal opening of the female doll and at that time Matt stated, "You have to put this all the way in and that's what he did to Kathryn." I asked Matt if anything else happened to Kathryn and Matt turned the female doll over and placed the penis on the buttocks of the female doll and stated, "And his pee-pee was like this in her bottom and that hurts her too, and she cries just like me when it hurts." I asked Matt where that happened and Matt stated, "In my house." I asked Matt how many times he saw that happen to Kathryn and Matt stated, "It happened lots of times."

I asked Matt if he ever saw his daddy do anything to anyone besides Kathryn and him and he stated, "My dad puts his finger in Big Matt's bottom, just like he does to me." I asked Matt where he was when that happened and Matt stated, "At my house." I asked him if he ever saw anything

CCSO Case #84-8506, S.A.KRAUSE, K-43                              page 20 of 22

Spencer-00584

else happen to Big Matt and Matt stated to me, "My daddy puts his pee-pee in Big Matt's bottom and that hurts Big Matt and he cried, too."

Matt then began talking with me again about having to touch his father's penis and I asked Matt if his father asked him to touch it in any special way. Matt stated to me, "He just tells me to move my hand and I had to."

I asked Matt if his daddy ever said anything about telling and Matt stated, "He said if I told he would do it again."

At that time I indicated to Matt that I wanted to try to figure out when things were happening so I would know for sure and asked Matt if he could tell me again the last time something happened with his daddy. Matt thought for several minutes and then stated, "Oh, yah, at the motel, I think." (During my interview with Shirley SPENCER she indicated that the last time Matt was alone with Ray SPENCER was on the evening of February 16th when Matt spent the night with Ray at the Salmon Creek Motel.) I drew on a sheet of paper a sun and below that drew three stick figures, indicating to Matt that that was the summer time when Kathryn and Big Matt visited him, and on the other end of the paper I drew a square with windows, stating, "This is a motel." I said to Matt, "This is the summer time when Kathryn and Big Matt visited you," pointing to the area around the stick figures. I asked Matt, "Did it happen after the motel?" and Matt stated no, that it hadn't. I pointed to the area where the stick figures were and stated to Matt, "This is the summer time when Big Matt and Kathryn were visiting you. Did something happen then?" Matt stated, "Yah, that's when he was doing it to Big Matt and Kathryn and me." I asked Matt where he was when that happened when Kathryn and Big Matt were visiting and Matt stated, "The same thing, mostly in my mom's bedroom when she was at work." I asked Matt what he had on and he indicated again that both he and his father were naked. I told Matt to think about what had happened during the summertime when Kathryn and Big Matt were visiting and asked him if he could tell me what happened with his daddy. Matt stated to me, "Just the same things. He puts his pee-pee in my bottom and he makes me kiss his pee-pee and he kissed my pee-pee." I asked Matt if the "bubble thing in the bathtub" happened when Big Matt and Kathryn were visiting and after thinking for several minutes Matt stated, "No, cause they

CCSO Case #84-8506, S.A.KRAUSE, K-43                          page 21 of 22

Spencer-00585

went home." I asked him if that was after the motel thing and Matt stated, "No, that was before."

In my discussion with Shirley SPENCER she indicated that the time that Matt appeared to be so frightened of the bubble bath was after Kathryn and Big Matt had returned to their mother's in Sacramento.

I pointed to the drawing again and stated to Matt, "This is before Big Matt and Kathryn came to visit you," pointing to an area in front of the three stick figures and then asked Matt, "Did anything ever happen to you before Kathryn and Big Matt came to visit?" Matt shook his head and stated, "He did it then, too." I asked him where he was when that happened and Matt stated, "At my house." Matt then took my pencil and drew on the paper towards the bottom of the page. I asked Matt what he was drawing and Matt stated, "This is God and my daddy doesn't love God cause that's why he does that to us."

At that time Matt indicated that he was tired and "he didn't want to talk about it anymore cause he was tired." I advised Matt that I was also tired and asked him if maybe we could talk some other day about what else he remembered. Matt indicated that he would come back to talk to me; however, he "sort of forgot what else happened, now."

At that time the conversation with Matt was terminated, and after I spoke with Matt I spoke with Shirley SPENCER alone while Matt colored. During that conversation I advised Shirley SPENCER of the specifics regarding what her son had told me. After we talked and Shirley SPENCER was able to compose herself, she and I went into the room and in Matt's presence I indicated to him that I had told his mother everything we talked about and that I wanted to make sure that I didn't forget anything. In Matt's presence I repeated in front of his mother the specifics regarding what he said had occurred.

This investigation is pending.

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 22 of 22

Spencer-00586

CASE NUMBER   84-8506

DATE / TIME:   2/20/85   0930

LOCATION:   CCSO

VICTIM:   Matt Hansen

SUSPECT:   Ray Spencer

Reporting Officer:   A. Krause



Spencer-00588

Exhibit E

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON

UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

FIRST DEGREE STATUTORY RAPE

LOCATION OF INCIDENT:   17681 NE Lucia Falls Road

Yacolt, Washington

DATE OF INCIDENT:   Refer to summary

| | | |
|---|---|---|
| DATE & TIME: | 03-07-85 | 11:00 AM |
| LOCATION: | CCSO, Investigation Unit | |
| INCIDENT: | Interview with Victim | |

| | | |
|---|---|---|
| VICTIM: | HANSEN, Matthew Alan | dob: 02-20-80 |
| | 17681 NE Lucia Falls Road | |
| | Yacolt, Washington | phone: 687-2407 |
| | | |
| SUSPECT: | SPENCER, Clyde Ray | dob: 01-09-48 |
| | aka: Ray SPENCER | |
| | 17681 NE Lucia Falls Road | |
| | Yacolt, Washington | phone: 687-2407 |

DOCUMENTS ATTACHED:   #1 — Copy of the cartoon drawing used during my conversation with the above listed victim regarding what he called specific parts of the body

#2 — A drawing done by victim during the interview regarding the number of times a specific sexual act had occurred.

CCSO Case #84-8506, S.A.KRAUSE, K-43                         page 1 of 4

Spencer-00617

SUMMARY:

On 02-28-85 I interviewed the above listed victim, Matt HANSEN, regarding allegations of sexual contact between Matt and his step-father, Ray SPENCER. During that interview with Matt on the 28th, he related a number of sexual contacts had occurred between he and his step-father at his residence on Lucia Falls Road. Matt also advised me during that interview that he had witnessed his step-father having sexual contacts with Kathryn and Matthew SPENCER, who are the natural children of Clyde Ray SPENCER. Towards the end of my interview with Matt on the 28th he indicated that he was tired and the interview was terminated.

On the morning of March 7, 1985 Matt's mother, Shirley SPENCER, brought him to my office again for the purpose of my interviewing Matt in an attempt to determine if there were additional details regarding him being victimized, and also what he had witnessed regarding the sexual contacts between Ray SPENCER and his natural children, Katie and Matt SPENCER.

My interview with Matt HANSEN was done on the morning of 03-07-85 was done in an interview room located in the investigation unit of the Clark County Sheriff's Office with only Matt and I present. Matt appeared to be much more relaxed and comfortable being with me than he had during my initial contact with him on 02-28-85. I indicated to Matt that I wanted to talk to him again "in case he had forgotten to tell me something this first time I talked to him." I also advised him "that I wanted to make sure that I wrote down everything he told me the first time." Matt stated to me, "That's okay if we talk but I don't know if I forgot anything."

I asked Matt initially if he could tell me what he remembered about what happened between his friend and his daddy, Ray SPENCER. Matt stated to me, "You mean Kathryn?" I advised him that I did mean Kathryn. I asked Matt if he could remember where Kathryn was when something happened to her and Matt stated, "At my house." I asked Matt who else something happened to and Matt stated, "Just me and Big Matt." I asked him where Big Matt was when he saw something happen and Matt stated, "At my house too with me and Kathryn." I asked Matt if he could remember what part of the house they were in when something happened and Matt stated, "In the bedroom." I asked Matt if he could remember how old he was when something happened to him and Matt stated, "Mostly four." I

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 2 of 4

Spencer-00618

asked him if it could have happened before he was four and after thinking for several seconds, Matt stated, "No, I just think four mostly." I asked Matt who was in the bedroom with his dad when something happened and Matt stated, "Just Dad and Big Matt and Kathryn and me."

I asked Matt if he could remember what he would have on when something happened and Matt stated, "First I'd have my pants on but my dad made me take my pants off and then I didn't have nothing on." I asked him what his daddy had on and Matt stated, "Nothing, just like me." Matt then stated, "Kathryn had her pants on at first too but my dad made her take 'um off." I asked him what Big Matt had on and Matt stated, "My dad just makes us all take out pants off so we don't have nothing on." I asked Matt if he could remember where his mother was when something happened to him in the bedroom and Matt stated, "Mostly when my mom was at work he did it to me and Kathryn and Big Matt and that's why she didn't know, cause she was at work."

I asked Matt if he could remember where they were when most of the things happened and Matt stated, "Well, mostly in my dad's bedroom cause he has a waterbed and it's bigger. It's really a giant bed." Matt then stated, "Sometimes it happened in my bedroom and Big Matt's bedroom and Kathryn's bedroom."

At that time I indicated to Matt that I wanted to make sure I knew what happened to Big Matt and asked him if he could tell me again what he remembered that he saw. Matt stated, "Well, he just kissed Big Matt's pee-pee and he puts his finger in Big Matt's body and he puts his pee-pee in Big Matt's body, too." I asked Matt if anything else happened to Big Matt's body (bottom) and Matt sat for several seconds and stated, "Well, me and Kathryn had to put our fingers in Matt's body and he had to do that to us." I asked Matt if he could remember why they had to do that and Matt stated, "Cause that's what my dad makes us do." Matt then stated, "Oh yah, Sharon, you know what I had to do, I had to do it to Kathryn's circle spot." I asked Matt if he could remember exactly what he had to do to Kathryn's "circle spot" and Matt stated, "I had to stick my fingers and my pee-pee in there." I asked Matt how many times that had happened and at that time Matt took my pen and turned the page of the tablet I was writing on and I observed him make an up and down motion with the pen across

CCSO Case #84-8506, S.A.KRAUSE, K-43                              page 3 of 4

Spencer-00619

the entire width of the page.  Matt stated to me when he finished the line, "That's a lotta times, isn't it, Sharon?"

I asked Matt if he could remember if anyone else had to touch Big Matt's body and Matt stated, "Well, I had to kiss Big Matt's pee-pee and Kathryn and I had to put our fingers in Big Matt's body," Matt then stated, "But that's what we had to do to each others."

At that point in our interview Matt indicated again that he was tired and he was hungry, so the interview was terminated.

After I talked with Matt I spoke alone with his mother and then in Matt's presence shared with Shirley SPENCER again in detail what he son had told me during my interview alone with him.

This investigation is pending.

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 4 of 4

Spencer-00620

CASE NUMBER ___84 - 8506___

DATE / TIME: ___3/7/85   11AM___

LOCATION: ___Clso___

VICTIM: ___Matt Hansen___

SUSPECT: ___Ray Spencer___

Reporting Officer: ___S. Krause___



titties

Circles

titty buttons

body

pee pee
(wiener)

Exhibit F

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

1ST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:   17681 NE Lucia Falls Road
                        Yacolt, Washington
DATE OF INCIDENT:       Refer to Summary


DATE & TIME:        03-21-85                    10:30 AM
LOCATION:           CCSO, Investigation Unit
INCIDENT:           Interview with Victim


VICTIM:             HANSEN, Matthew Alan        dob: 02-20-80
                    17681 NE Lucia Falls Road
                    Yacolt, Washington          phone: 687-2407

SUSPECT:            SPENCER, Clyde Ray          dob: 01-09-48
                    aka:  Ray SPENCER
                    17681 NE Lucia Falls Road
                    Yacolt, Washington          phone: 687-2407

BACKGROUND
INFORMATION:

        On 02-28-85 and also 03-07-85, I spoke with the above
listed victim, Matt HANSEN, regarding allegations Matt was making, indicating
that he had had a number of sexual contacts with his step-father, Ray SPENCER.
Matt HANSEN also advised me that he had witnessed his step-father, Ray SPENCER,
having sexual contacts with Ray SPENCER'S natural children, Kathryn and Matt
SPENCER.  Between my initial contact with Matt HANSEN and this date, 03-21-85, I

CCSO Case #84-8506, S.A.KRAUSE, K-43                        page 1 of 9

Spencer-00607

have had a number of contacts with Matt's mother, Shirley SPENCER, and also Deanne SPENCER, who is the natural mother of Kathryn and Matt SPENCER.

After my first interview with Matt HANSEN, when he advised me that Matt SPENCER and Kathryn were also victims of sexual abuse by Ray SPENCER, I immediately advised Kathryn's and Matt's mother. Both Kathryn and Matt have been in therapy in Sacramento, California where they presently reside, since the latter part of August, 1984. During the phone calls I have had with Deanne SPENCER in the past several weeks, she has related to me a number of times that the therapist who has been seeing Matt SPENCER was concerned that Matt was a victim of sexual abuse; however, at no time, apparently, would Matt relate details to the therapist. A number of times Deanne SPENCER has also advised me of incidents regarding unusual behaviors exhibited by Matt SPENCER, specifically, that Matt was having "bursts of anger," that he had "kicked holes in the walls and doors," that he was checking windows and doors to make sure that they were secured during the evening hours, and had also apparently begun refusing to sleep in his bedroom alone. Deanne SPENCER also indicated to me that in the recent weeks, Matt had on several occasions curled up "in a fetal position" between his bed and the wall, and was making statements indicating that he "didn't want to live."

When Matt HANSEN advised me that he had observed both Kathryn and Matt SPENCER being victimized by their father, I immediately advised Deanne SPENCER by telephone. Deanne SPENCER related to me that she, in turn, advised the children's therapists. I also have had phone conversation on occasion with both the therapists and provided them with any information I had that may assist them in dealing with the SPENCER children.

During the days following the information regarding the SPENCER children provided to me by Matt HANSEN, Deanne SPENCER indicated that she was contemplating bringing Kathryn and Matt back to Vancouver for the purpose of my interviewing specifically Matt, in an attempt to determine what exactly had occurred. She also indicated that she believed that Matt may "open up to me" when he was reluctant to do that with his therapist. I advised Deanne SPENCER that I would attempt to talk with Matt HANSEN one additional time prior to her making that decision regarding whether or not she was coming to Vancouver, and also asked that she speak with the therapists and determine if

Spencer-00608

they felt my interviewing the children was advisable.  Deanne SPENCER later advised me over the phone that although Matt's therapist indicated there was some reluctance for her to really pursue the issue at this time with Matt, she did not feel that my interviewing him would be harmful to him, and reportedly indicated to Deanne SPENCER that because I was in an authority position, Matt may be more willing to open up to me.  I advised Deanne SPENCER that I had an appointment to interview Matt HANSEN again on 03-21-85 and asked that she wait until that interview had been completed, and we would make a decision based on the information Matt HANSEN was able to provide me with.

INTERVIEW WITH:        Matt HANSEN on 03-21-85

During both of the contacts I had with Matt HANSEN prior to this date, he expressed that he was tiring and I did not attempt to push him for any additional details, and each time we terminated the interview.  However, having concerns that there was still some detail Matt HANSEN may be able to provide me with, I did schedule an additional interview with him for the 21st of March, 1985. With the permission of Shirley SPENCER, the interview with Matt was done with only Matt and I present. That was done in an interview room located in the investigation unit of the Clark County Sheriff's Office.

Initially, I advised Matt that before when we had talked he was tired and even though I didn't want to have to talk to him again about what he had told me regarding he and his father, there were still some questions I needed to ask him about what had happened.  I also advised Matt that I knew it was hard for children to "talk about the things we had already talked about;" however, because I wasn't there, I did not know exactly what had happened, and it was important for him to remember as many things as he could because that would help me in understanding.  I also advised Matt that it was important for all of us to understand exactly what had happened to Kathryn and Big Matt, too. Little Matt stated, "I know." I asked him if he minded talking with me and he appeared to be eager to do that, and did not appear to be reluctant in any way.

I indicated to Matt that we had already talked about what he called parts of his body before, and showed him the cartoon we had used during our conversation on March 7th. In pointing to the areas identified on the

CCSO Case #84-8506, S.A.KRAUSE, K-43                              page 3 of 9

Spencer-00609

cartoon, Matt was consistent in his terminology reference what he called specific parts of the body. When I pointed to the area of the cartoon drawing where the genital area of a female would be, Matt stated, "That's where Kathryn's circle spot would be."

I advised Matt that while we were talking I was going to be writing things down again, and asked him what was the first thing he wanted me to write down. Matt stated, "Well, he made me touch Kathryn's circle spot." I asked him who made him do that, and he stated, "You know, my dad, Ray." I asked Matt what he had to "touch Kathryn's circle spot" with and Matt stated, "With my hand. He made me do it." I advised Matt that it was not his fault that anything had happened and that it was important for him to be able to tell because when things happened that we didn't like and we didn't talk about them, it bothered us. Matt stated, "It bothered me because I didn't like it." I indicated to Matt at that time that girls had a hole in their "circle spot" and stated to Matt, "Did you have to touch right outside that hole part?" Matt stated, "No, he makes me touch inside that hole."

I asked Matt if his daddy made him do anything else, and Matt stated, "He made me touch Big Matt with my thumb." When Matt stated thumb, he made a fist with his thumb extending out and I noted that he was wiggling his thumb back and forth. I asked him what part of Matt he had to touch with his thumb and he stated, "His body part." At that time I observed Matt point to the area of the cartoon drawing where the buttocks would be. I asked Matt if he had to touch Big Matt's "body part" in any special way and Matt stated, "My dad makes me stick my thumb in that hole and wiggle it."

I asked Matt what Big Matt had on when that happened and he stated, "Nothing, he didn't have nothing on, and Kathryn didn't have nothing on either." I asked Matt who else was there and he stated, "Daddy and daddy didn't have anything on either." Matt then stated, "First we had clothes on and then he always makes us take our clothes off."

I asked Matt if anything else happened with Big Matt and he stated, "Big Matt had to put his pee-pee in Kathryn's circle spot." He then stated, "He has to put it in the hole." When Matt made that statement I observed him pointing to the dot on the cartoon drawing where the genital area of a female body would be, and he stated, "The hole is in here."

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 4 of 9

Spencer-00610

I asked Matt if his daddy ever made him touch anybody else, and at that time Matt replied, "I had to touch Big Matt on his pee-pee and body." I asked him what he had to touch Big Matt's "pee-pee" and "body" with and Matt stated, "With my wiener." I asked him what he and Big Matt had on when that happened and he stated, "We didn't have nothing on. I didn't, Matt didn't and Kathryn didn't." Matt then stated, "Dad had something on sometimes, but most of the time he didn't when he did that."

I asked Matt if he could remember if anything else happened to Kathryn and Matt stated, "My dad puts his pee-pee in Kathryn's circle spot hole and he makes me do that, and he makes Big Matt do that, and we don't want to." I asked him where he would be when that happened and he said, "Most of the time on my dad's big waterbed." I asked Matt if anything else ever happened to Kathryn's "circle spot" and Matt stated, "Me and Big Matt have to put our finger in Kathryn's circle spot hole, too." I asked him how many times that happened and at that time observed Matt shrug his shoulders and then observed him hold up ten fingers, and Matt stated, "Lots of times." I asked Matt if he could remember anything that his daddy would say when he was doing that and Matt immediately responded, "Mostly he says in a loud voice not to tell." I asked Matt if his daddy said anything else and Matt replied, "That's what he says every time, and he said I would get into trouble, but I didn't, did I?" I assured Matt that he was not in any trouble and advised him that "it was good to be able to tell when things happened to you, because if you didn't it would make you feel bad." Matt then stated, "He told Big Matt he'd get into trouble, too, and he told Kathryn she'd get a spanking."

I asked Matt if his daddy made him do anything else to Kathryn and Matt stated, "Yes." I asked him if he could tell me about that, and at that time Matt held up one finger and stated, "One of these fingers, I had to." I asked him what he had to do and he stated, "I have to stick this finger in her body and my thumb in her body, and that's what I have to do to Big Matt's body." I asked Matt if he ever had to kiss Kathryn and Matt stated, "Yes, he makes me kiss her on the bottom, and he made me kiss her hole part, too." Matt then sat for a moment and appeared to be thinking, then blurted out, "He made Big Matt kiss her hole part, too." I asked him where they would be when that would happen and he stated, "In the bedroom what's mine."

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 5 of 9

Spencer-00611

I asked him if anything had ever happened to him, Big Matt and Kathryn in any other part of the house and Matt stated, "In my bedroom and in the bath tub and in my dad's bedroom, that's where he did it a lot." Matt then stated, "He did that to me at the motel, too, remember?" I asked Matt where the bath tub was and Matt stated, "The tub's upstairs and the shower's downstairs, and there's a bath tub at the motel, too." I asked Matt if anything ever happened besides the motel, away from his house, and Matt stated, "Yah, once he touched me here on my pee-pee (pointed to the cartoon drawing where the penis would be) in the tent."

I asked Matt where his mom would be when things would happen with his dad and Matt stated, "Mostly she'd just be at work." I asked if his dad ever did anything when his mother was there and Matt stated, "No, cause she had to be to work or she would'a knowed he did it."

At that time I indicated to Matt that I still had the dolls that had "pee-pees" and "circle spots" and asked him if I got the dolls if he could show me what happened. Matt indicated that he could and the first dolls that Matt took out of the sack were the anatomically correct female doll and the anatomically correct male adult doll. At that time I observed Matt place the penis of the male doll into the vaginal opening of the female doll and he stated, "Big Matt has to do this to Kathryn. It has to be down there and you have to get this all the way in there." Matt was being careful to insert the penis into the vaginal opening. Matt then took the hand of the male doll and rubbed the vaginal area of the female doll and stated, "Me and Big Matt have to do this to Kathryn." He then turned the female doll over and rubbed the hand of the male doll on the buttocks of the female doll and stated, "We have to do this to Kathryn, too." I asked Matt where Kathryn was when that happened and he stated, "On my dad's bed."

I asked Matt if anything else happened with Kathryn and at that time Matt placed the mouth of the male doll on the vaginal area of the female doll and stated, "My dad does this to Kathryn and me and Big Matt have to do that too, and it was gross." I asked Matt what Kathryn would do when her daddy did that to her, and Matt stated, "She just has her eyes open and she's crying." Matt then stated, "He does the same thing to me and Big Matt and Big Matt was crying, too." I asked him what his daddy did to him and to Big Matt and

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 6 of 9

Spencer-00612

Matt stated, "Me and Big Matt have to put our mouth on this thing, this pee-pee."

Matt held the dolls for several minutes and then stated, "Something else, I was doing to Kathryn." I asked him if he could show me what the something else was and at that time Matt stated, "Daddy makes me do like this to Kathryn." I observed Matt place the penis of the male doll into the vaginal opening of the female doll. Matt then stated, "I have to kiss Kathryn's circle spot, too." When Matt made that statement he placed the mouth of the male doll on the vaginal area of the female doll.

I asked Matt how many times he saw his father do something to Kathryn's body or to her circle spot and Matt stated, "He just keeps doing it all the time."

I asked Matt if he could tell me what happened about Big Matt and he stated, "He'd make Big Matt grab my pee-pee and touch it, and squeezes it and that hurts, but he didn't mean to hurt it, and we had to do that." I asked Little Matt if he observed Big Matt doing anything else and he stated, "Big Matt has to put his pee-pee in Kathryn's circle spot, too." At that time Matt was putting penis of the male doll into the vaginal opening of the female doll. Matt then stated, "Dad does this to Kathryn, too. He puts his pee-pee in Kathryn's circle spot, and he does this, too, to Kathryn." At that time Matt took the hand of the male doll and was attempting to insert it into the vaginal opening of the female doll.

I asked Matt what Kathryn would have on when that happened and he stated, "Nothing on." Matt then stated, "Everytime my dad does that to Kathryn she cries and I am glad she does, but I don't like it to hurt her, but it's good she cries."

I asked Matt if his dad ever took any pictures of him he didn't like, and he stated, "He takes pictures when we didn't have nothing on." Matt then stated, "He said it was funny and I said it was gross." I asked Matt if he knew what his daddy did with the pictures, and Matt stated, "He must have a secret place. I don't know what he did." I asked Matt what the pictures were of and Matt stated, "They were gross pictures of Big Matt and Kathryn and me." I asked Matt if he could tell me what was happening in the pictures or what they were doing and Matt stated, "I was covering my eyes cause it was too gross, and

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 7 of 9

Spencer-00613

I don't know." I asked Matt if he could think about what the pictures were and Matt stated, "I can't think about that anymore."

I asked Matt if his daddy ever showed him any books with bad pictures or stories in them, and Matt immediately stated, "I know a story." I asked him if he could tell me about the story and Matt stated, "It's a story about a policeman what turned into a monster." I asked Matt if he could tell me about any books his daddy had and Matt stated, "He has naked people books." I asked him what the people were doing in the books and Matt stated, "They were running with no clothes on."

At that time I observed Matt was inserting his finger into the vaginal opening in the female doll and I asked him if he could tell me about that, and Matt stated, "This isn't a real girl, though, but me and Big Matt and my dad had to do this to Kathryn and that hurt her."

Shortly after that statement, Matt indicated that he "couldn't remember anything else to tell" and then stated, "I don't think I want to remember more today." My conversation with Matt was terminated at that time.

After I spoke with Matt I spoke with his mother alone. During that conversation she advised that she did recall Ray SPENCER having some books that she believed were "hard core porno paperbacks." She advised that she was not aware of any books he had that actually had photographs. Shirley SPENCER indicated the books she remembered were "hard core paperback books dealing with moms and children and dad and children involved in some type of sexual contact." She also related that there was an occasion when Ray SPENCER took some of that same series to his sister who was living in Port Angeles at that time.

Shirley SPENCER also advised me that prior to my speaking with her and Little Matt reporting, there were a number of times when Ray SPENCER would have her "go over and over what she would be saying if she were interviewed by the police or if she went to court." She advised he would tell her, "Let's go over it again, because you have to know what you are going to say and be prepared if you go to court." She advised me that it irritated her because she had no intentions of saying anything other than what she knew was the truth. Shirley SPENCER also advised me that there were a number of times when Ray SPENCER would tell her, "Let's get it straight, who reported this

Spencer-00614

initially." She advised me that he was real adamant that he was the one who had initially reported and wanted to make sure that she relayed that same information to anyone who might question her."

After I spoke with Shirley SPENCER alone, and she had shared the information above, and also I had advised her specifically of what Matt had told me during my conversation with him, we had Matt come back into the room and in the presence of his mother, I discussed in detail specifically what Matt had told me during my interview with him so he would know that his mother was aware of everything.

This investigation is pending.

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 9 of 9