Exhibit G

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

1ST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:    17681 NE Lucia Falls Road
                         Yacolt, Washington
DATE OF INCIDENT:        Refer to Summary

| | | |
|---|---|---|
| DATE & TIME: | 03-25-85 | 9:55 AM |
| LOCATION: | CCSO, Investigation Unit | |
| INCIDENT: | Interview with Victim | |

| | | |
|---|---|---|
| VICTIM: | SPENCER, Matthew Ray | dob: 11-28-75 |
| | aka:  Matt | |
| | 3930 Becerra Way | |
| | Sacramento, California | phone: (916) 482-6057 |

| | | |
|---|---|---|
| SUSPECT: | SPENCER, Clyde Ray | dob: 01-09-48 |
| | aka:  Ray SPENCER | |
| | 17681 NE Lucia Falls Road | |
| | Yacolt, Washington | phone: 687-2407 |

ATTACHED
DOCUMENTS:        #1  —  Copy  of  a  cartoon  drawing  used  during  my
                  conversation with the above listed victim regarding
                  what he called specific parts of his body.

CCSO Case #84-8506, S.A.KRAUSE, K-43                        page 1 of 13

SUMMARY:

On March 24, 1985, Deanne SPENCER, who is the natural mother of the above listed victim, Matt SPENCER, drove her children, Matt and Kathryn, to Vancouver for the purpose of my interviewing them regarding information that I developed during an interview with Matthew Alan HANSEN, where Matthew HANSEN indicated that Ray SPENCER had not only been sexually involved with Matt and Kathryn SPENCER, he also had reportedly forced the children to have sexual contacts with each other.

When Deanne SPENCER drove her children from Sacramento to Vancouver, Washington, she was accompanied by her mother, Mrs. Phyllis DAY, who also resides in Sacramento, California.

I met with Deanne SPENCER, her mother, and the SPENCER children on the morning of March 25, 1985 at the Clark County Sheriff's Office. With the permission of Deanne SPENCER, the interview with Matt SPENCER was done in an interview room located in the Clark County Sheriff's Office, Investigation Unit, with only Matt and I present.

During my initial conversation with Matt SPENCER, I advised him as to why he was at the Sheriff's Office and why his mother had brought him and Kathryn to Vancouver, specifically, that during my investigation I had obtained information that possibly Matt (SPENCER) had also been victimized by his father, Ray SPENCER. Matt advised me that he "knew why he was here, but nothing ever happened to him." I talked with Matt for several minutes reference why it was important for him to tell me if something had happened, specifically, that first it was extremely important for Matt to be able to talk about it, and secondly, it was important that we were able to deal with his father so no other children would be victimized. Matt indicated that he knew his father had been arrested again because his mother had told him, and he was also aware that the second arrest resulted after Matt HANSEN had indicated that he had also been "touched by Ray SPENCER."

During the initial part of my contact with Matt SPENCER, he appeared to be extremely nervous and exhibited signs of a lot of anxiety. Specifically, Matt was squirming, all over the chair he was sitting on, there were times when he was sitting under the chair with his elbows resting on the seat portion, at one point he had an extra chair on the room balanced on his/

Spencer-00632

head, Matt was partially under the table at times, and other times a portion or all of his body was on top of the table.  I observed Matt's face to be blushed and several times he indicated he was "thirsty and his mouth was dry." When Matt expressed some discomfort because he was thirsty, he accompanied me to the squad room of the Sheriff's Office where I purchased a pop for him to drink.

At one point during the interview I indicated to Matt that because we were going to be talking about bodies, it was important that I know what he called things so he would know what I was talking about and I would understand what he was talking about. Matt indicated that he remembered my using a cartoon drawing when I talked with him at the hotel in Sacramento.  During our conversation Matt indicated that he calls breasts on a female body "breasts, titties or boobs," the navel a "belly button," the buttocks a "bottom," the penis on a male body a "penis," and the genital area of a female body a "vagina."

When I began to specifically talk with Matt about the possibility of him also being a victim, Matt advised me several times that "nothing ever happened to him." I asked him if there was a possibility that something could have happened a long time ago that he was having difficulty remembering.  Matt immediately replied, "I don't know if it did; it would have been a long, long time ago." Matt and I talked for several more minutes about the possibility of him being a victim and he continued to deny that anything had ever happened.  I asked Matt if he thought his father needed help and had a problem and Matt stated, "He does need help." I indicated to Matt at that time: "If I were to steal a package of gum, that would not be a good thing for me to do.  If I were to steal ten packs of gum that would mean I had a big problem. However, if I were to steal a hundred packs of gum that would mean I really needed help." I asked Matt if he thought his father needed a little help or a lot of help. Matt stated, "He needs a lot of help." I asked Matt if his father needed help for one thing happening or more than one thing happening, and Matt stated, "He needs help for lots of things that happened." I asked Matt if he could tell me what his father needed help for, and Matt stated, "He needs help for what he did to Kathryn and Little Matt." I asked Matt if he believed what Kathryn and Little Matt had said and Matt stated immediately, "They wouldn't lie. I believe them." I asked Matt if his father needed help for one person, two

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 3 of 13

persons or more than that and Matt stated, "He needs it for more than that." I asked Matt who the first person his father would need help for, and Matt stated, "For what he did to Kathryn." I asked him who the second person would be that his father would need help for and Matt stated, "For Little Matt, because he did it to Little Matt, too." I asked him if his father needed help for anyone else and at that time I observed Matt shake his head in a yes response. I asked him who that person was and Matt stated, "I don't know, he just needs a lot of help."

I asked Matt if he thought his father needed help for only doing something to Kathryn's body one time or for doing something to Kathryn more than once. Matt responded, "He needs help for doing things to Kathryn and Little Matt a lot more than one time." I asked Matt how he knew something had happened more than one time with Little Matt and Kathryn, and Matt stated, "Because they said it did and they wouldn't lie." I asked him if he had ever seen anything happen and he shook his head in a no response.

At that point during the conversation Matt asked me if "I was about through asking him questions." I indicated to Matt that I needed to him to talk with me longer because it was important that I know everything that happened. There were several times during our conversation that morning when Matt would ask if I was done asking him questions.

Matt continued to deny that anything had happened to him; however, he was real adamant that Little Matt and Kathryn were telling the truth about what his father had done to them. He was also very adamant about his father "needing lots of help." Several times during the initial part of the conversation Matt indicated that something had happened between his father and Kathryn and Little Matt a number of times; however, he would indicate that he had not seen anything, only believed what the other children were saying.

During my interview with Matt I was attempting to be cautious about leading him or asking him any specific questions; however, I was still very uncomfortable because of the way Matt was responding to me. I felt possibly there was something Matt was not sharing with me. I asked Matt how he was feeling about his father and Matt stated, "I don't really feel anything. I don't ever want to see him again." I asked him if he could tell me why he was

Spencer-00634

feeling like that and Matt stated, "Because I don't like what he did to my sister and brother and I don't ever want to see his face again."

   At one point in the conversation I indicated to Matt that I was extremely concerned that possibly something was happening to him or that he may have seen something he was not telling me, and if he were to leave without sharing it, I knew it would bother him, and that I did not think that was fair to him. Matt indicated that "nothing was bothering him." I told Matt, "I wish I could be something that could get inside of his head and tell for sure whether anything had happened." I assured Matt that I was not doubting his word or thought he was a "liar;" however, based on the number of children I dealt with I knew that very often children were reluctant to tell because of fears they had. I indicated to Matt at that time that with older people we could use a lie detector test to tell for sure if they were telling the truth or if they were not telling the truth, because they were afraid or because they really had done something they weren't supposed to. I asked Matt if he knew what a lie detector was and he indicated he did not. At that time I attempted to explain in terminology that Matt could understand, what exactly a lie detector was. At the point I stated, "And I wish I could give you that test so I wouldn't worry about something having happened to you and you being afraid to tell," Matt immediately blurted out, "I wouldn't take that test, I hate test." I assured Matt that he was not old enough to take that test; however, I did advise him I wished he were older so I wouldn't be worried about him and would feel better knowing that nothing had ever happened to him.

   At that point in the interview Matt asked me, "What's going to happen to my dad?" I advised Matt that I felt we had a problem. Specifically, I had Kathryn and Matt saying something had happened to them and also Matt indicating that possibly "Big Matt" was also a victim. I indicated to Matt that if his father "needed help" there were only two ways we could do that. One was for his father to admit, which he was not doing, and the other was for us to go to trial and tell a judge and jury what his father had done so the court would force him to get help. Matt stated, "He needs help." I indicated to Matt that I could not make his father get help, that it would be up to a judge if his father did not admit. Again, Matt indicated that nothing had happened to him.

CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 5 of 13

Spencer-00635

At that time I stated to Matt that I felt I only had one recourse and that was to find out why "Little Matt was lying about something happening to Big Matt." I indicated to Matt that I was going to call Shirley SPENCER and have her bring Little Matt to my office so I could find out why he said the things he had about "Big Matt." At that time I observed Matt SPENCER become agitated and very confrontive when he stated to me, "He is not lying to you." I asked Matt, "What does that mean, Matt?" Matt stated, "Little Matt is not lying. He is telling you the truth." I asked him what Little Matt was telling the truth about and Matt stated, "About me, cause my dad did it to me, too, and Little Matt and Kathryn are telling the truth."

I asked Matt what was the hardest part about telling and Matt stated, "The hardest part is that it might be all my fault." I talked for several minutes to Matt and reassured him that none of this was the fault of the children. I indicated to him that it was important that he was able to tell, and for him to not feel like he was responsible for anything that was happening. I also indicated to Matt that I did not think he was not telling me because he "was a liar" but that it was extremely difficult for children to tell sometimes, and also sometimes children "sort of forget about things that had happened." Matt stated to me, "Well, he and Kathryn aren't lying and I guess maybe I sorta forgot, but I really didn't. I was just scared I'd get into trouble." I asked Matt if he was starting to remember more things and Matt stated, "Yah, I remember a lot of things, but a lot of things I don't think I remember."

At that point during the conversation I assured Matt again that he was not in any trouble for not telling what happened, and indicated to him that when children don't tell it is not because they are "liars," it is just because it's so hard for children to tell about those things, and to talk about them. Matt stated to me, "I know who's the liar, he is." I asked him who he meant and he said, "Ray SPENCER. He's the liar. Why can't he tell what really happened, and tell the truth?" I indicated to Matt that I didn't really understand, but that it was very difficult for grownups to admit when they had touched children in a way they shouldn't. I asked Matt how he was feeling about his father and Matt stated, "I don't feel anything. I don't even ever want to see his face again."

CCSO Case #84-8506, S.A.KRAUSE, K-43                              page 6 of 13

I asked Matt if he could remember the last time something happened with his father and Matt indicated that it occurred "at the new house." I asked him who was there when it happened and Matt stated, "All of us were there." I asked him who "all of us" meant and Matt stated, "Me, Kathryn and Little Matt, and my dad. And he did something to everyone of us." I asked Matt if he could remember how he was feeling when the last thing happened and Matt stated, "I was scared and I always was, cause he's big and he can really be mean to you." I asked Matt what he, Little Matt and Kathryn were wearing when something happened and Matt stated, "He makes us take our clothes off every time and my dad takes his clothes off, too." Matt then stated, "I don't even want to call Ray SPENCER my dad anymore, because I hate him for what he did."

Again, Matt and I talked about why people bigger than children touch children, and after Matt had calmed down we talked more about what had occurred. I asked Matt if he could remember what happened during that last time in the new house and Matt stated, "He put his penis in my bottom and in Kathryn's bottom and in Kathryn's front hole and he puts it in Little Matt's bottom, too, and that really hurts us, and I hate him." I indicated to Matt that he had a right to be angry about what his father had done and assured him that it was okay for him to have feelings about what had happened, and for him to express those feelings. Matt stated, "I bet Kathryn and Little Matt hate him, too, because he really hurt us. I know Kathryn hates him." I asked Matt if anything else happened that last time and Matt stated, "He makes all of us put our mouth on, you know, those parts." I asked him if he could tell me for sure what happened so I wouldn't be mixed up and asked him what Kathryn had to put her mouth on. Matt replied, "On my penis and on Little Matt's penis. See what I mean." I asked Matt what he had to put his mouth on and he stated, "He always makes me and Little Matt put our mouth on Kathryn's vagina and she hates it, and we hate it, too."

I asked Matt if he knew where Shirley was when that happened and asked, "Was she at home?" Matt stated, "She was probably at work cause that's where she was most of the time. He always did it when she wasn't there."

I asked Matt how old he was now and he stated, "I was nine in November." I asked him how old he was the last time something happened

Spencer-00637

and Matt stated, "I was eight. It was last summer at the new house." I asked Matt if it happened when he was seven and Matt stated, "Yah, it did, because that's when we lived in the brown house and he did it then, too, and he did it to Katie and Little Matt in the brown house." I asked him what happened in the brown house and Matt stated, "He always does the same things. He did the same things to us then, and he'd probably do it to us now if he could get his hands on us." I asked Matt if anything happened to his "bottom" in the brown house and Matt stated, "Yah, I said the same things. He sticks his penis in our bottoms, and he makes us stick our fingers in each other's bottoms, and he always makes us lick on Kathryn."

I asked Matt if his father ever said anything to him about telling and Matt stated, "He told me not to tell, and he says it really mean, and he hurts us, and I know he'll really get me if he can get his hands on me." Matt and I talked for several minutes about whether or not his father could "get his hands on him." I advised Matt that at this point his father did not know where he and Kathryn were even living because he did not have their address. I also advised Matt that if, at any point, his father were to be released from jail I would notify his mother immediately. When we finished talking about that, Matt seemed to be more comfortable; however, when we were discussing the possibility of his father being released at some point in time, Matt appeared to be very nervous and at one point was even shaking.

I asked Matt if he ever had to touch his father's body and Matt stated, "Yah, Ray always makes me stick my penis in his butt and he makes us stick our fingers in his bottom, and he makes Little Matt do that, and Kathryn just has to stick her fingers in his bottom." I asked him when that happened the last time and Matt stated, "At the new house." I asked him if he had to touch his father's body in any other way and he stated, "I have to suck his penis. We all have to do that."

I asked Matt if he had to touch anybody else's body and Matt stated, "Just what I said. Me and Little Matt have to put our penises in Kathryn's bottom, and in her vagina." I asked him when the last time was that that happened, and Matt stated, "At the new house when he has us take our clothes off." I asked him how many times that happened last summer and Matt stated, "Everytime Shirley was gone he did it to us." I asked Matt if he could

CCSO Case #84-8506, S.A.KRAUSE, K-43                           page 8 of 13

remember anything anyone said when that was happening, and Matt stated, "We all just cried cause it hurts us, and we hate it, and he just says mean things and tells us we'd better not say anything."

I asked Matt if he saw his father touch anyone besides him at the new house and Matt stated, "He puts his penis in Kathryn's vagina." I asked him how many times he saw that and he stated, "About everytime Shirley was not around, and he puts it in her bottom, too, and he does that everytime." Matt then stated, "Kathryn really cries and we all cry." I asked him what his father would say about the crying and Matt stated, "He just hollers at us to 'cut the crap'." I asked Matt what kind of things his father would holler and Matt stated, "He hollers cuss words and mean things." I asked Matt if he could remember anything his father might have said or what the cuss words were and Matt stated, "He says the F-work, you know, fuck, and he says shit and stuff like that, and I hate him."

I asked Matt if his father ever did anything that hurt his body and Matt stated, "Yah, he hurts my bottom. He sticks his fingers in there and his penis in there and that hurts." I asked Matt if he ever saw anything come out of his father's penis when he was doing things and Matt immediately blurted out, "I don't remember that." During that portion of the conversation I bent my pointing finger on the right hand at the first knuckle and stated to Matt, "Boy's penises hang down little like this. Is that how your father's looked?" Matt stated, "His doesn't hang down. It goes straight out like it's really hard, and then that makes it hurt more."

I asked Matt if his father ever did anything else that hurt him and Matt stated, "It hurts when he slaps us." I asked him why his father slaps him and he stated, "He slaps all of us cause we cry, and he gets mad, but it hurts and you can't help crying."

I asked Matt if he ever had to touch Little Matt and Matt stated, "He makes us all touch each other, and I have to put my mouth on Little Matt's penis and Kathryn has to do that, and I had to put it on my dad's penis, and it's just the same things over and over." When Matt told me that he said it in a very angry tone. Matt then stated, "I think I already told you everything, but did I tell you he makes us put our fingers in his bottom? And we have to stick our fingers in each other's bottom, isn't that sick?" I told Matt

CCSO Case #84-8506, S.A.KRAUSE, K-43                                     page 9 of 13

Spencer-00639

that it was "sick" and I was so sorry that that happened to him, but I was glad that he was finally able to tell.

I asked Matt how he was feeling about telling and Matt stated, "I feel a lot better.  I just hate him." Matt and I talked for several minutes and then I asked him where he would be when these things would happen at the new house. Matt stated, "In his room, in my dad's room, you know, Ray's, I'm not calling him dad.  He has a big waterbed and that's where he would do it." I asked Matt if it ever happened anyplace else in the house and Matt stated, "In the bathroom, and downstairs, and the downstairs bathroom is where the shower is and he did it to me there in the shower, too." I asked him what happened in the shower and Matt indicated that his father "made him touch his penis." I asked him what he had to touch his father's penis with and Matt stated, "With my hand. He makes me grab onto it." I asked him if anything else happened in the shower and he stated, "He touches my penis with his hand, too, and he wants me to move my hand when I do that."

I asked Matt if he had ever gone camping with his father, and he indicated that he did during the summer visit. He and his dad had gone to Battle Ground Lake.  He also advised that they had stayed one night in the tent.  I asked Matt where he slept and he stated, "Right by him." I asked Matt if anything happened when they were camping and Matt stated, "I can't remember; he might have done something when I was asleep, but I don't remember."

I asked Matt if his father said anything to Little Matt and Kathryn when things were happening and Matt stated, "He says mean things to Little Matt, and he says the same things to us. He just says a lot of mean things." I asked him if his father said mean things about anybody else, and he stated, "He talked about private stuff, about Shirley, and he says mean things about her, too." I asked him if he could remember what his father would say about Shirley and he stated, "He'd say nasty things about Shirley, and she's really nice." I asked him if he could remember anything specifically that his father had said and Matt advised that he couldn't remember; he just remembered that they were "nasty and not nice." Matt then stated, "He said he really didn't even like Shirley."

I indicated to Matt at that time that I wanted to make sure I had written down everything and asked him what he saw happen to Kathryn

Spencer-00640

by his father.  Matt stated, "Well, mostly he just puts his finger in her vagina and his penis in her vagina and then he puts his penis in her bottom and his fingers in there, and then he puts his mouth on her vagina and he makes Kathryn suck on his penis."

At that time Matt asked me if I "knew why Kathryn didn't tell me about him and the rest of the stuff before."  I indicated to him that I wasn't real sure why Kathryn hadn't told me, but maybe she wanted him (Matt) to do it instead of her telling."  Matt stated, "It's because I told Katie not to say anything and she promised she wouldn't."

I asked Matt if anything ever happened when just he and his father were there and Matt stated, "Most of the time he does it with all of us but sometimes he just does it to us alone."  I asked him if it would happen during the nighttime or daytime and Matt stated, "Mostly, I think it was about daytime.  It was just when Shirley was at work."  I asked Matt if his father ever showed him any pictures or books that weren't nice and Matt stated, "He has me look at pictures in books of naked people."  I asked him if he could remember the name of the book and Matt stated, "No, I didn't even like looking at the pictures, and then he'd say words like shit and stuff like that when he'd look at the pictures."  Matt then stated, "I think that shit word might have been in the book but I don't really remember."

I asked Matt if anything else his father did hurt him and Matt stated, "It would hurt my tongue when I had to put my mouth on his penis."  I asked Matt what his father called a penis and Matt stated, "He calls it a dick."  I asked him if he could remember what his father called a vagina and Matt stated, "He calls it this different word.  It starts with a P."  Matt appeared to be thinking and then he blurted out, "Pussy, that's what he calls it, a pussy."  I asked Matt if his father called a bottom anything besides a bottom and Matt shook his head, indicating a yes response.  I asked him what his father called a bottom and Matt spelled A-S-S.  I asked Matt what his father would call breasts on a female body and Matt stated, "Tits."

I asked Matt if he remembered when his father did things to Kathryn and he indicated he did.  I asked him if Kathryn would be standing up or sitting down or what when they happened, and Matt stated, "Sometimes my sister was sitting and my dad was sitting, and then sometimes he'd be on the bed

Spencer-00641

and she'd be laying down, or sometimes when he put it in her bottom she'd have
to stand up." I asked him what he and Matt would be doing, like would they be
sitting down or what, and Matt stated, "The same as Kathryn, just whatever he
decided we had to do." I asked Matt if he had ever had to stand on something
when something was happening and Matt stated, "Just on our feet."

During the remainder of my interview with Matt, we
reviewed what he had told me before and Matt was not able to provide me with any
additional details. He was consistent in what he had shared before regarding the
sexual contacts between he, his father, Kathryn and Little Matt. Matt was not
able to isolate specific incidents with the exception of indicating that the
same type of contacts occurred "almost every time Shirley was out of the house."
Reference what had occurred while they were living in the "brown house," Matt
related that the sexual contacts were the same that had occurred in the house
located on Lucia Falls Road. (Shirley SPENCER advised that the brown house
described by the children was located at 13105 NE 33rd Circle, Vancouver,
Washington.)

Matt and I talked for several minutes prior to
terminating our conversation about how he was feeling, what was going to happen
to his father, his feelings about his father, and during that time I assured him
several times that none of the children were in any trouble and also assured him
that it was not their fault.

I asked Matt if he wanted his mother to know what had
happened and Matt did not respond. I asked him if it would be easier for me to
tell her so he didn't have to say the words, and Matt was eager for me to do
that. Matt also advised me that he "wanted his grandma to know, too, and wanted
me to tell her." I asked Matt if he would like me to call him therapist in
Sacramento and tell her, and Matt also was very eager to have me do that.

At that time my conversation with Matt was terminated.

After I talked to Matt, I had his mother and grandmother
come into the room, and without Matt present I shared with them what
specifically Matt had told me during my interview. After I had talked with
Deanne SPENCER and Mrs. DAY, I had Matt come back into the room and in the
presence of all three, I assured Matt, as did his mother and grandmother, that

CCSO Case #84-8506, S.A.KRAUSE, K-43                                   page 12 of 13

Spencer-00642

he was not in any trouble, and that they were proud of him for telling, and they understood how difficult it was. The interaction between Deanne SPENCER, Phyllis DAY and Matt appeared to be very appropriate.  At one point, Mrs. DAY cried and she advised Matt that people cried because they were happy and sad. Matt stated, "You're sad because it happened but you're happy that I told, right?"  Mrs. DAY indicated that was exactly why she was crying.

With Mrs. DAY, Deanna SPENCER and Matt present, I indicated to Matt that I wanted to make sure that I had told them everything and at that time repeated in detail what Matt had shared with me during my interview with him.

ADDITIONAL:

On the morning of 03-26-85 while all of the children in this investigation and Deanne SPENCER, Shirley SPENCER and Phyllis DAY were in my office, Phyllis DAY advised me that after they left my office on the 25th, Matt SPENCER told her that he "was telling his self the whole way up here that he wasn't going to tell me (KRAUSE) anything about what happened to him."  He also told her that he "really felt better since he had told."

This investigation is pending.

CCSO Case #84-8506, S.A.KRAUSE, K-43                          page 13 of 13

Spencer-00643

CASE NUMBER                84.8506

DATE / TIME:              3/25/85

LOCATION:                 C 180

VICTIM:                   Matt Spencer

SUSPECT:                  Ray Spencer

Reporting Officer:        S. France

# Exhibit H

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT


CASE #84-8506
SUPPLEMENTAL RPT

1ST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:    17681 NE Lucia Falls Road
                          Yacolt, Washington
DATE OF INCIDENT:        Refer to Summary


| DATE & TIME: | 03-25-85 | 1315 hours |
|---|---|---|
| LOCATION: | CCSO, Investigation Unit | |
| INCIDENT: | Interview with Victim | |


VICTIM:          SPENCER, Kathryn E.          dob: 01-13-79
                 aka:  Kathy
                 aka:  Katie
                 3930 Becerra Way
                 Sacramento, California       phone: (916) 482-6057

SUSPECT:         SPENCER, Clyde Ray           dob:  01-09-48
                 aka:  Ray SPENCER
                 17681 NE Lucia Falls Road
                 Yacolt, Washington           phone: 687-1407

ATTACHED:        Copy of a cartoon drawing used during my conversation
                 with the above listed victim regarding what she called
                 specific parts of her body


CCSO Case #84-8506, S.A.KRAUSE, K-43                    page 1 of 6

Spencer-00623

SUMMARY:

On the afternoon of 03-25-85, after I had talked with Matt SPENCER, I spoke alone with Kathryn SPENCER regarding the possibility that there was additional information that Katie had not shared with me during my conversations with her prior to this date.  During my interview with Matt HANSEN and Matt SPENCER, both indicated that there had been a number of times when Ray SPENCER had been sexually involved with all of the children when they were all present. During my prior conversations with Katie, she was alleging that she had been the victim of sexual abuse by her father; however, she had not shared any information regarding her brother, Matt, or step-brother, Matt HANSEN, also being victimized.

The interview with Katie was done in an interview room located at the Clark County Sheriff's Office with only Katie and I present. Initially, I advised Katie that I wanted to talk to her alone because I thought possibly there were some things that she had forgotten to tell me before. I also advised her that because I had talked to Matt and Little Matt, and because of what they had said, I felt it was important that I talk with her alone.  At that time Katie stated to me, "What did my brother, Matt, say?" I asked her which brother and she stated, "Big Matt."  At that time I advised her that during my conversation with Big Matt and Little Matt, both told me that her father, Ray, had done something to them.  Katie immediately stated, <u>"I promised Big Matt I wouldn't say anything. I'm glad he told."</u> I asked Katie if she felt better since she told and she stated, "I feel a lot better and I know Matt will, too."  I asked her if she could remember the reason she couldn't tell me about Big Matt and Little Matt and she stated, "Because I promised Big Matt."  Katie then stated, <u>"I came this close to telling you."</u> When she made that statement she had her first finger and thumb approximately one half inch apart, and was holding her hand up in the air, making a gesture like one would do if you were showing a measurement.

I asked Katie how she felt about her father and Katie stated, "Well, if he goes to jail, that's his fault, not my fault, because he's the one that's doing all the lying."

I asked Katie if she could remember <u>how old she was the last time something happened with her father,</u> and she stated, "The same age I

Spencer-00624

was when we were here last summer at the house by the river, because that's where he did it.". I asked her if he ever did it at anybody else's house and Katie stated, "He did it a long time ago at Karen's house, and I can't remember how old I was then." I asked her if Karen knew what was happening and Katie stated, "Karen wasn't there when he'd do it." I asked her if she could tell me what her father did the last time he did something and Katie stated, "Well, he puts his wiener in my pee-pee."

At that time I asked Katie if she remembered the picture we used last time I talked to her when we talked about parts of her body and she advised that she did. I indicated to her again that I wanted to make sure I didn't forget what she called things, and with the aid of a cartoon drawing I determined what Katie called specific parts of her body. During that conversation she indicated she called breasts on a female body "boobies," the navel a "belly button," the buttocks a "butt," the genital area of a female body a "pee-pee," and the penis on a male body a "wiener."

I asked Katie what she had on when her daddy did the last thing to her she could remember, and she stated, "I had to have all my clothes off." I asked her if anyone else was there and she stated, "Yah, my brothers were there and they had to have their clothes off, too." I asked her if her brothers saw what happened to her and Katie stated, "Yah, they saw what happened to me and I saw what happened to them." I asked her what her brothers saw and Katie stated, "They saw my dad put his wiener in my pee-pee and he puts his wiener in their butts." Katie then stated, "My brothers have to put their weiners in my butt, too."

I asked Katie if she could remember how old she was when at the house by the river and she stated, "I think I was six then." Katie then stated, "He did it to me when I was five and he did it to me when I was four, and I'm sure of that." I asked her where she was living with her daddy before the house by the river and she stated, "It was this brown house and he did it to my brothers there, too."

I asked Katie what part of the house she would be in when things would happen with her dad and she stated, "In the living room and in my dad's bedroom mostly." She then stated, "He always did it in his bedroom." I asked her who was there when it happened in the living room and she stated, "He

CCSO Case #84-8506, S.A.KRAUSE, K-43                              page 3 of 6

Spencer-00625

just did it to me.  Little Matt was asleep, but Big Matt was awake." I asked her who was there when it happened in the bedroom and she stated, "Mostly me and Big Matt and Little Matt and my dad, but sometimes just me and my dad."

I asked Katie if _anything her father ever did hurt her,_ and she stated, "He made us all cry cause he hurt us." I asked her if she could remember where _Shirley was when that happened and she stated, "She was still at work.  She was always at work."_ I asked her if she could remember what her daddy would say when things happened and she stated, "He just says mean things."  I asked her if she could remember any of the mean things and she advised that she could not.  I asked her if she could remember what _Big Matt or Little Matt_ said or anything she might have said and she stated, "We didn't say words, we just mostly cried."  I asked Katie if her father ever said anything about if she should tell anyone, and she stated, "No way!  He said, 'You better not tell' or 'you shouldn't tell anybody'."  I asked her if he would say that in a nice voice and she immediately responded, "No, a mean voice, and it was loud."

I asked Katie if she ever saw anyone else touch her father's body and she stated, "He'd make them guys put their mouth on his wiener."  I asked her what guys and she said, "My brothers, my dad made my brothers put their mouth on his weiner."  I asked her if anybody else had to put their mouth on her father's weiner and she stated, "I did."

I asked Katie if they had to touch her father in any other way, and she stated, "He'd make us put our fingers in his bottom hole."  When Katie made that statement she had her thumb folded into the palm of her hand and was extending four fingers.

I asked Katie if anything else happened with "bottoms" and she stated, "He puts his wiener in our bottoms, and he makes us lay on our face and then he sticks it in our bottom, and that really hurts."  I asked her where that happened and she stated, "Sometimes in his bedroom and that's what he did to me in the living room."  I asked her if she was standing up or what when that happened and Katie stated, "I was laying on a pillow on the floor, like you know, my face was on the pillow."  Katie then stated, "He makes my brothers put their wiener in my bottom, too, but that doesn't hurt so much, but they don't like to do that either."  I asked her if her father made her brothers do anything

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 4 of 6

Spencer-00626

else to her and Katie stated, "He makes them put their wiener in my pee-pee hole and that's what he does, and that really hurts when he does it."

I asked Katie if her father ever kissed her in a way that she didn't like and she stated, "I don't like him to kiss me anyway." I asked her how her father kissed her that she didn't like and Katie stated, "Well, it's sorta not kissing, but he makes Big Matt and Little Matt kiss my pee-pee, and I had to kiss the boys' pee-pees and my dad's wiener."

I asked Katie if her father made her touch him in any way that she did not like and she stated, "He makes me touch his wiener with my hand and wiggle his wiener, and he makes me touch Big Matt's and Little Matt's weiners, too."

I asked Katie if it was bothering her to tell me these things and Katie stated, "A little bit, but I don't care about him now, not one little bit."

I asked Katie if anything else happened about bottoms when they were with her father and she stated, "Just what I told you, like he makes us put our fingers in each others'' bottoms and his bottom, and he makes everybody stick their wiener in my bottom, and he does that to me."

During the remainder of my conversation with Katie, the information she shared was consistent with what is described in the above paragraphs. Several times during that time she indicted that she "didn't like her father anymore and that she didn't care what happened to him because he was lying."

Katie also talked about Shirley SPENCER and Matt HANSEN, indicating that she was glad she could see them and at one point she stated, "I'm really lucky because I have two real moms now."

I asked Katie if she would like me to tell her mother what we had talked about and she indicated that she would, and that she would rather not be in the room. She also indicated she did not care if her grandmother was present because "it wasn't her fault anyway, it was her dad's fault." I asked Katie if she would like me to call her therapist in Sacramento and tell her what we had talked about and she appeared to be eager for me to do that.

CCSO Case #84-8506, S.A. KRAUSE, K-43                    page 5 of 6

Spencer-00627

After I spoke with Katie, I spoke with Deanne SPENCER and Phyllis DAY without Katie present and during that conversation shared with them specifically what we had talked about. After that conversation I had Katie come back into the room and in the presence of her grandmother and mother, I repeated the specific allegations that Katie had made to me so that she would know that I had told her mother everything.

This investigation is pending.

CCSO Case #84-8506, S.A.KRAUSE, K-43                         page 6 of 6

Spencer-00628

CASE NUMBER _84 - 85 - 06_

DATE/TIME _3/25/85_

LOCATION _CCSO_

VICTIM _Kate Spencer_

SUSPECT _Ray Spencer_

Reporting Officer _R. Krause_



Spencer-00629

# Exhibit I

In Re:


the Videotaped Interview of

KATHRYN SPENCER

December 11, 1984


Transcribed by:   Shelley L. Plate, CSR

Date of Transcription:   11/26/12

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
| 11:49 | 1  | DeANNE SPENCER:  Okay.  I'll sit with you.                  |
| 11:49 | 2  | Do you want to sit on my lap?                               |
| 11:49 | 3  | KATHRYN SPENCER:  (Nodding up and down).                    |
| 11:49 | 4  | DeANNE SPENCER:  Okay.                                      |
| 11:51 | 5  | SHARON:  Here we are.  How many adults do we                |
| 11:51 | 6  | have?  Just two or three?  Hmmm?                            |
| 11:51 | 7  | KATHRYN SPENCER:  (Demonstrating with two                   |
| 11:51 | 8  | fingers).                                                   |
| 11:51 | 9  | SHARON:  Two.                                               |
| 11:51 | 10 | Do you want to pick them out so I don't pick                |
| 11:51 | 11 | the wrong dolls?                                            |
| 11:51 | 12 | KATHRYN SPENCER:  (Nodding side to side.)                   |
| 11:51 | 13 | SHARON:  Which one do I need first?  You tell               |
| 11:51 | 14 | me and see if I guess it right.                             |
| 11:51 | 15 | KATHRYN SPENCER:  (Nodding side to side).                   |
| 11:51 | 16 | SHARON:  Do you need the boy doll?  Hmmm?                   |
| 11:51 | 17 | Are you going to need the boy doll or do you                |
| 11:51 | 18 | need two girl dolls?  That's the big girl; that's the       |
| 11:51 | 19 | little girl; and this is the boy (indicating)?  Okay.       |
| 11:52 | 20 | Is that your favorite pop?                                  |
| 11:52 | 21 | KATHRYN SPENCER:  (Nodding up and down).                    |
| 11:52 | 22 | SHARON:  Is it strawberry?  Oh, I remember                  |
| 11:52 | 23 | when she was always wanting to eat strawberries in          |
| 11:52 | 24 | California.  Hmmm?                                          |

*Videotaped Interview of:  KATHRYN SPENCER*          3

```
11:52  1          DeANNE SPENCER:  Let me take a drink.
11:52  2          KATHRYN SPENCER:  Mom, you already had one.
11:52  3          SHARON:  Move that desk.  The other way.
11:52  4          KATHRYN SPENCER:  Mom, what are you doing?
11:52  5          JAMES PETERS:  Wiggling around.
11:52  6          So what did you do last night after you left
11:52  7    here?  Did you go back to the hotel?
11:52  8          KATHRYN SPENCER:  Yes.
11:52  9          JAMES PETERS:  What else did you do?
11:52 10          KATHRYN SPENCER:  Nothing.
11:52 11          JAMES PETERS:  Did you watch T.V.?
11:52 12          KATHRYN SPENCER:  Yes.
11:52 13          JAMES PETERS:  What did you watch?
11:52 14          KATHRYN SPENCER:  (Shrugging shoulders).
11:52 15          JAMES PETERS:  Can't remember?
11:52 16          KATHRYN SPENCER:  (Nodding side to side.)
11:52 17          DeANNE SPENCER:  Do you remember?
11:53 18          SHARON:  Tell Jim what they're doing down
11:53 19    there.  It's so noisy.
11:53 20          KATHRYN SPENCER:  Banging the walls.
11:53 21          JAMES PETERS:  What are they doing with the
11:53 22    walls?
11:53 23          KATHRYN SPENCER:  They're banging the walls,
11:53 24    the walls.
```

| | | |
|---|---|---|
| 11:53 | 1 | JAMES PETERS:  They're banging the walls? |
| 11:53 | 2 | Who's banging the walls? |
| 11:53 | 3 | KATHRYN SPENCER:  I don't know their names. |
| 11:53 | 4 | SHARON:  They're remodeling, aren't they, |
| 11:53 | 5 | because the (inaudible) -- |
| 11:53 | 6 | DeANNE SPENCER:  (Inaudible). |
| 11:53 | 7 | KATHRYN SPENCER:  Mom. |
| 11:53 | 8 | SHARON:  Kind of noisy. |
| 11:53 | 9 | JAMES PETERS:  Kind of noisy, yeah. |
| 11:53 | 10 | Well, you know what I heard last night?  I |
| 11:53 | 11 | heard you were going to come and talk to me today and |
| 11:53 | 12 | tell me the stuff that you came up here to tell me |
| 11:53 | 13 | yesterday; is that right? |
| 11:53 | 14 | SHARON:  Would you rather I left and you and |
| 11:53 | 15 | Jim and your mom talk?  Would it be easier if I left? |
| 11:54 | 16 | KATHRYN SPENCER:  (Nodding up and down). |
| 11:54 | 17 | SHARON:  Okay, I can go.  Do you need these? |
| 11:54 | 18 | JAMES PETERS:  No, I don't need those. |
| 11:54 | 19 | SHARON:  Okay. |
| 11:54 | 20 | JAMES PETERS:  I wonder if we should have a |
| 11:54 | 21 | cup so it isn't so noisy. |
| 11:54 | 22 | SHARON:  So it isn't so noisy. |
| 11:54 | 23 | Would you like a cup or do you want to drink |
| 11:54 | 24 | it out of the can? |

| | | |
|---|---|---|
| 11:54 | 1 | KATHRYN SPENCER:  (Tapping can). |
| 11:54 | 2 | SHARON:  Okay.  Can you be real quiet so it |
| 11:54 | 3 | doesn't make noise.  You know how to do that, right, |
| 11:54 | 4 | because the noise makes it so Jim can't hear. |
| 11:54 | 5 | And I'll go outside in the other room, okay. |
| 11:54 | 6 | If you guys need me, you know where I'm at, okay? |
| 11:54 | 7 | I'll leave that in case you need it, the |
| 11:54 | 8 | case. |
| 11:54 | 9 | JAMES PETERS:  Okay. |
| 11:54 | 10 | SHARON:  I'll be at my desk, Kati, if you |
| 11:54 | 11 | guys need me.  Okay? |
| 11:54 | 12 | (Sharon exits the |
| 11:54 | 13 | room.) |
| 11:54 | 14 | JAMES PETERS:  So Kati, you're -- are you |
| 11:55 | 15 | still five years old? |
| 11:55 | 16 | KATHRYN SPENCER:  (Nodding up and down). |
| 11:55 | 17 | JAMES PETERS:  Do you remember when your |
| 11:55 | 18 | birthday is? |
| 11:55 | 19 | KATHRYN SPENCER:  After Christmas. |
| 11:55 | 20 | JAMES PETERS:  That's coming up pretty soon, |
| 11:55 | 21 | isn't it? |
| 11:55 | 22 | KATHRYN SPENCER:  (Nodding up and down). |
| 11:55 | 23 | JAMES PETERS:  Well, let me ask you a couple |
| 11:55 | 24 | of questions about -- about me today, okay?  This is a |

*Videotaped Interview of: KATHRYN SPENCER*                    6

| | |
|---|---|
| 11:55 1 | game about truth and lies.  Have you ever played that |
| 11:55 2 | game before? |
| 11:55 3 | KATHRYN SPENCER:  (Nodding side to side). |
| 11:55 4 | JAMES PETERS:  Do you know what the |
| 11:55 5 | difference is between truth and lies? |
| 11:55 6 | KATHRYN SPENCER:  (Nodding side to side). |
| 11:55 7 | JAMES PETERS:  What if I said it was snowing |
| 11:55 8 | in here right now, would that be the truth or a lie? |
| 11:55 9 | KATHRYN SPENCER:  A lie. |
| 11:55 10 | JAMES PETERS:  That's right. |
| 11:55 11 | What if I said today I had on a green tie, |
| 11:55 12 | would that be truth or a lie? |
| 11:55 13 | KATHRYN SPENCER:  A lie. |
| 11:55 14 | JAMES PETERS:  Yes, that's right.  You know |
| 11:55 15 | the difference, don't you? |
| 11:55 16 | What if I said that you had on shoes that had |
| 11:55 17 | purple on it, would that be truth or a lie? |
| 11:56 18 | KATHRYN SPENCER:  Truth. |
| 11:56 19 | JAMES PETERS:  That's right. |
| 11:56 20 | Purple is your favorite color, isn't it? |
| 11:56 21 | KATHRYN SPENCER:  Uh-huh. |
| 11:56 22 | JAMES PETERS:  What's your other favorite |
| 11:56 23 | color? |
| 11:56 24 | KATHRYN SPENCER:  White. |

*Videotaped Interview of: KATHRYN SPENCER*                    7

| | | |
|---|---|---|
| 11:56 | 1 | JAMES PETERS: Oh, yeah? Do you like pink |
| 11:56 | 2 | too? |
| 11:56 | 3 | KATHRYN SPENCER: (Nodding side to side). |
| 11:56 | 4 | JAMES PETERS: Yesterday you had on pink |
| 11:56 | 5 | stuff. |
| 11:56 | 6 | What if I said today you had on a red coat, |
| 11:56 | 7 | would that be truth or a lie? |
| 11:56 | 8 | KATHRYN SPENCER: Truth. |
| 11:56 | 9 | JAMES PETERS: That's right. |
| 11:56 | 10 | And you know it's very important that you |
| 11:56 | 11 | tell me the truth, do you know that, about the stuff |
| 11:56 | 12 | that we're going to talk about today, right? |
| 11:56 | 13 | Last summer did you come up here to visit |
| 11:56 | 14 | somebody, come up to Portland or to Vancouver? |
| 11:56 | 15 | KATHRYN SPENCER: (Looks up at DeAnne |
| 11:56 | 16 | Spencer). |
| 11:56 | 17 | JAMES PETERS: How did you get up here? |
| 11:56 | 18 | KATHRYN SPENCER: An airplane. |
| 11:56 | 19 | JAMES PETERS: Who did you come -- |
| 11:56 | 20 | DeANNE SPENCER: No. Last summer. |
| 11:56 | 21 | KATHRYN SPENCER: Huh? |
| 11:56 | 22 | DeANNE SPENCER: Last summer, did you come up |
| 11:56 | 23 | in the airplane? |
| 11:56 | 24 | KATHRYN SPENCER: In a car. |

11:57  1          JAMES PETERS:  Oh, whose car did you come up

11:57  2    in last summer?

11:57  3          KATHRYN SPENCER:  (Pointing to DeAnne

11:57  4    Spencer).

11:57  5          JAMES PETERS:  You're pointing to somebody.

11:57  6    That's --

11:57  7          KATHRYN SPENCER:  My mom.

11:57  8          JAMES PETERS:  Okay.  And who did you stay

11:57  9    with?

11:57 10          KATHRYN SPENCER:  My dad.

11:57 11          JAMES PETERS:  Yeah?  What's your dad's name?

11:57 12          KATHRYN SPENCER:  (Looks up at DeAnne

11:57 13    Spencer).

11:57 14          You know his name.

11:57 15          JAMES PETERS:  Is his name George?

11:57 16          KATHRYN SPENCER:  No.

11:57 17          JAMES PETERS:  Is his name Herman?

11:57 18          KATHRYN SPENCER:  Nope.

11:57 19          JAMES PETERS:  Is his name Sharon?

11:57 20          KATHRYN SPENCER:  No.

11:57 21          JAMES PETERS:  What's his name?

11:57 22          KATHRYN SPENCER:  I won't tell you.

11:57 23          JAMES PETERS:  Is it Ray?

11:57 24          KATHRYN SPENCER:  Yes.

| | | |
|---|---|---|
| 11:57 | 1 | JAMES PETERS: Oh. And did you stay at Ray's |
| 11:57 | 2 | house? |
| 11:57 | 3 | KATHRYN SPENCER: Yes. |
| 11:57 | 4 | JAMES PETERS: Where's his house? I've never |
| 11:57 | 5 | been to his new house. |
| 11:57 | 6 | KATHRYN SPENCER: It's our new house. |
| 11:57 | 7 | JAMES PETERS: Oh. Where is it? |
| 11:57 | 8 | KATHRYN SPENCER: It's not his very own. |
| 11:57 | 9 | JAMES PETERS: Hmmm. |
| 11:57 | 10 | Where is your house, the one that Ray lives |
| 11:58 | 11 | at? |
| 11:58 | 12 | KATHRYN SPENCER: The house by the river. |
| 11:58 | 13 | JAMES PETERS: Oh. |
| 11:58 | 14 | Well, do you remember, when you were staying |
| 11:58 | 15 | at the house by the river, some things happening that |
| 11:58 | 16 | made you feel bad? Hmmm? |
| 11:58 | 17 | Do you got some left in there? Let me feel. |
| 11:58 | 18 | Oh, yeah. |
| 11:58 | 19 | Do you remember talking to Sharon about that? |
| 11:58 | 20 | KATHRYN SPENCER: (Nodding up and down). |
| 11:58 | 21 | JAMES PETERS: You rolled your eyes up. Do |
| 11:58 | 22 | you do that a lot? |
| 11:58 | 23 | Does she do that a lot? |
| 11:58 | 24 | DeANNE SPENCER: Only when she is talking |

11:58  1   about stuff she doesn't want to talk about.

11:58  2            JAMES PETERS:  Yeah.  This is hard to talk

11:58  3   about, isn't it?

11:58  4            KATHRYN SPENCER:  (Nodding up and down).

11:58  5            JAMES PETERS:  Do you know why we have to

11:58  6   talk about it?

11:58  7            KATHRYN SPENCER:  (Nodding side to side).

11:59  8            JAMES PETERS:  Well, sometimes when big

11:59  9   people touch little people in their private places,

11:59 10   it's hard to talk about, right?

11:59 11            KATHRYN SPENCER:  (Nodding up and down).

11:59 12            JAMES PETERS:  You've already talked to some

11:59 13   people about this, haven't you?

11:59 14            KATHRYN SPENCER:  (Nodding up and down).

11:59 15            JAMES PETERS:  Who have you talked to?  Your

11:59 16   mom, right?

11:59 17            KATHRYN SPENCER:  (Nodding side to side).

12:42 18            JAMES PETERS:  No?  Somebody named Shirley?

12:42 19            KATHRYN SPENCER:  (Nodding up and down).

12:42 20            JAMES PETERS:  Yes?  Good.  And who else?

12:42 21   Who else have you talked to about it?  Sharon?

12:42 22            KATHRYN SPENCER:  (Nodding up and down).

12:42 23            JAMES PETERS:  Okay.  Can you say yes or no

12:42 24   instead of nodding your head?

12:42 1    KATHRYN SPENCER:   (Nodding side to side).

12:42 2    JAMES PETERS:  No, you can't?

12:42 3    KATHRYN SPENCER:   (Nodding side to side).

12:42 4    DEANNE SPENCER:   There was one other person;

12:42 5 remember?

12:42 6    JAMES PETERS:  Was there a lady in

12:42 7 Sacramento?

12:42 8    KATHRYN SPENCER:   (Nodding up and down).

12:42 9    JAMES PETERS:  What's her name?  You told me

12:42 10 yesterday, but I forgot.

12:42 11    KATHRYN SPENCER:  Ann.

12:43 12    JAMES PETERS:  Ann, that's right.  She is the

12:43 13 lady that you go to her office once a week?

12:43 14    KATHRYN SPENCER:   (Nodding up and down).

12:43 15    JAMES PETERS:  You told me yesterday what you

12:43 16 do at her office.  Tell me again; I forgot.

12:43 17    KATHRYN SPENCER:  Just play in her office.

12:43 18    JAMES PETERS:  Play in her office, okay.

12:43 19    So you've talked to her about this stuff,

12:43 20 huh?

12:43 21    KATHRYN SPENCER:   (Nodding up and down).

12:43 22    JAMES PETERS:  Okay.  Well, I heard last

12:43 23 night -- I got a call at home from Sharon that you

12:43 24 said you were going to talk to me about it too; is

| | | |
|---|---|---|
| 12:43 | 1 | that right? |
| 12:43 | 2 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:43 | 3 | JAMES PETERS:  Good.  That's good. |
| 12:43 | 4 | Well, Sharon told me that, when you talked to |
| 12:43 | 5 | her, that it was easy for you to talk when you use |
| 12:43 | 6 | some dolls; is that right? |
| 12:43 | 7 | Which one of the dolls do you want to use? |
| 12:43 | 8 | Do you want to use this one (indicating)?  Hmmm? |
| 12:43 | 9 | DeANNE SPENCER:  Is this the one that you |
| 12:43 | 10 | want? |
| 12:43 | 11 | JAMES PETERS:  Is this a girl or a boy?  It's |
| 12:44 | 12 | a girl, right? |
| 12:44 | 13 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:44 | 14 | JAMES PETERS:  Okay.  Is it a big girl or a |
| 12:44 | 15 | little girl?  Hmmm?  Is it hard to say "big" or |
| 12:44 | 16 | "little"? |
| 12:45 | 17 | Okay.  It's a little girl, right? |
| 12:45 | 18 | And is this a big girl or a little girl?  Or |
| 12:45 | 19 | is this a boy? |
| 12:45 | 20 | KATHRYN SPENCER:  (Laughing). |
| 12:45 | 21 | JAMES PETERS:  Hmmm? |
| 12:45 | 22 | DeANNE SPENCER:  It's okay.  Take a drink. |
| 12:45 | 23 | Squeeze my hand. |
| 12:45 | 24 | KATHRYN SPENCER:  Mom, be quiet. |

12:46 1          DeANNE SPENCER:  Okay, I will.

12:46 2          JAMES PETERS:  All right.  Is this the girl

12:46 3    or a boy?

12:46 4          KATHRYN SPENCER:  It's a girl.

12:46 5          JAMES PETERS:  Do we need to use this

12:46 6    one today (indicating)?

12:46 7          KATHRYN SPENCER:  No.

12:46 8          JAMES PETERS:  Okay.  Put this one down.

12:46 9          And this is a boy or a girl?

12:46 10         KATHRYN SPENCER:  Boy.

12:46 11         JAMES PETERS:  Right.  Is it a big boy or a

12:46 12   little boy?  Is it a man or a boy now?  Hmmm?

12:46 13         KATHRYN SPENCER:  It's a man.

12:46 14         JAMES PETERS:  Right.  Okay.  So do we need

12:46 15   any other dolls besides these two for you to tell me?

12:46 16         KATHRYN SPENCER:  (Nodding side to side).

12:46 17         JAMES PETERS:  Okay.  What's the name of this

12:46 18   doll?  Is it going to be George?

12:46 19         KATHRYN SPENCER:  (Nodding side to side).

12:46 20         JAMES PETERS:  Is it going to be Sharon?

12:46 21         KATHRYN SPENCER:  (Nodding side to side).

12:46 22         JAMES PETERS:  Is it going to be Denise?

12:46 23         KATHRYN SPENCER:  (Nodding side to side).

12:46 24         JAMES PETERS:  Is it going to be Karen?

| | | |
|---|---|---|
| 12:46 | 1 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:47 | 2 | JAMES PETERS:  Is it going to be Ray, this |
| 12:47 | 3 | one? |
| 12:47 | 4 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:47 | 5 | JAMES PETERS:  Is it going to be Kati? |
| 12:47 | 6 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:47 | 7 | JAMES PETERS:  Yeah?  Okay. |
| 12:47 | 8 | Is this Kati you or is it somebody else Kati? |
| 12:47 | 9 | Hmmm? |
| 12:47 | 10 | KATHRYN SPENCER:  (Laughing). |
| 12:47 | 11 | JAMES PETERS:  What do you think? |
| 12:47 | 12 | KATHRYN SPENCER:  (Pointing to herself). |
| 12:47 | 13 | JAMES PETERS:  Oh, it's you?  You pointed to |
| 12:47 | 14 | you.  Is that what that meant? |
| 12:47 | 15 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:47 | 16 | JAMES PETERS:  Did you just point to |
| 12:47 | 17 | yourself?  Is that what that means? |
| 12:47 | 18 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:47 | 19 | JAMES PETERS:  I thought so.  Okay. |
| 12:47 | 20 | Now, this one, who is this one going to be? |
| 12:48 | 21 | Hmmm?  Is this me? |
| 12:48 | 22 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:48 | 23 | JAMES PETERS:  No. |
| 12:48 | 24 | Who is it then?  Is this your mommy? |

12:48 1          KATHRYN SPENCER:  (Nodding side to side).

12:48 2          JAMES PETERS:  No.

12:48 3          Is it somebody who lives in Sacramento?

12:48 4          KATHRYN SPENCER:  (Nodding side to side).

12:48 5          JAMES PETERS:  No?  Is it somebody who lives

12:48 6    in Vancouver?

12:48 7          KATHRYN SPENCER:  (Nodding up and down).

12:48 8          JAMES PETERS:  Oh.  What's the person's name?

12:48 9          KATHRYN SPENCER:  You know.

12:48 10          JAMES PETERS:  I know I know, but I want you

12:48 11    to tell me.

12:49 12          Is it the same person that you told Sharon --

12:49 13    that you told Sharon about?

12:49 14          KATHRYN SPENCER:  (Nodding up and down).

12:49 15          JAMES PETERS:  Oh, okay.  Who is that?  Is it

12:49 16    Matt?

12:49 17          KATHRYN SPENCER:  (Nodding side to side).

12:49 18          JAMES PETERS:  Matt's your brother, right?

12:49 19          KATHRYN SPENCER:  (Nodding up and down).

12:49 20          JAMES PETERS:  It's not Matt?

12:49 21          KATHRYN SPENCER:  (Nodding side to side).

12:49 22          JAMES PETERS:  Okay.  Is it somebody else who

12:49 23    lives in Vancouver?

12:49 24          KATHRYN SPENCER:  (Nodding up and down).

| | | |
|---|---|---|
| 12:49 | 1 | JAMES PETERS:  Okay.  What kind of job does |
| 12:49 | 2 | the policeman -- does the person do? |
| 12:49 | 3 | KATHRYN SPENCER:  He's a policeman. |
| 12:49 | 4 | JAMES PETERS:  Oh.  Do you remember his first |
| 12:49 | 5 | name? |
| 12:49 | 6 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:49 | 7 | JAMES PETERS:  You don't remember or you |
| 12:49 | 8 | don't want to say? |
| 12:49 | 9 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:49 | 10 | JAMES PETERS:  Okay. |
| 12:49 | 11 | DeANNE SPENCER:  What do you call that |
| 12:49 | 12 | person? |
| 12:49 | 13 | KATHRYN SPENCER:  Mom. |
| 12:49 | 14 | DeANNE SPENCER:  Do you want me to go in the |
| 12:49 | 15 | other room? |
| 12:49 | 16 | KATHRYN SPENCER:  No. |
| 12:50 | 17 | DeANNE SPENCER:  Okay. |
| 12:50 | 18 | JAMES PETERS:  Do you call the person "mom"? |
| 12:50 | 19 | KATHRYN SPENCER:  No. |
| 12:50 | 20 | JAMES PETERS:  I didn't think so.  What do |
| 12:50 | 21 | you call him? |
| 12:50 | 22 | KATHRYN SPENCER:  Daddy. |
| 12:50 | 23 | JAMES PETERS:  Oh, good.  That's good. |
| 12:50 | 24 | KATHRYN SPENCER:  What do you think I call |