| | | |
|---|---|---|
| 12:50 | 1 | him? |
| 12:50 | 2 | JAMES PETERS: I don't know. |
| 12:50 | 3 | KATHRYN SPENCER: Yes, you do. |
| 12:50 | 4 | JAMES PETERS: Well, can you show me what |
| 12:50 | 5 | Daddy did. |
| 12:50 | 6 | Here, let me take your pop for a minute. |
| 12:50 | 7 | I'll give it back to you in just a minute. |
| 12:50 | 8 | KATHRYN SPENCER: No. |
| 12:50 | 9 | JAMES PETERS: There's not going to be room |
| 12:50 | 10 | for both the pop and -- |
| 12:50 | 11 | DeANNE SPENCER: How about if -- I will get |
| 12:50 | 12 | it. |
| 12:50 | 13 | JAMES PETERS: Let's move it over here then. |
| 12:50 | 14 | DeANNE SPENCER: I will hold it right here |
| 12:50 | 15 | out of the way because we need your help for a minute, |
| 12:50 | 16 | okay. Take a drink. Okay. How about putting it down |
| 12:50 | 17 | here? |
| 12:50 | 18 | KATHRYN SPENCER: No. |
| 12:50 | 19 | JAMES PETERS: You talked to Sharon about how |
| 12:50 | 20 | important it is for you to tell what happened, |
| 12:50 | 21 | remember, how we've got to get Daddy some help so he |
| 12:50 | 22 | won't do this again to you or to anybody else, and |
| 12:50 | 23 | right now Daddy is afraid to tell. And so maybe we |
| 12:51 | 24 | can show him this picture that we're taking so he |

12:51  1    won't be so afraid to tell and he can get some help.

12:51  2              Let's see.  Did Daddy touch you someplace?

12:51  3              Was that a yes or a no?

12:51  4              KATHRYN SPENCER:  (Nodding up and down).

12:51  5              JAMES PETERS:  You are nodding your head up

12:51  6    and down.  Is that what you're doing?  You are doing

12:51  7    it so little, I can hardly tell.  Okay.

12:51  8              Did he touch you on the nose?

12:51  9              KATHRYN SPENCER:  (Nodding side to side).

12:51 10              JAMES PETERS:  Did he touch you on the hair?

12:51 11              KATHRYN SPENCER:  (Nodding side to side).

12:51 12              JAMES PETERS:  How about on the ears?

12:51 13              KATHRYN SPENCER:  (Nodding side to side).

12:51 14              JAMES PETERS:  Let's see.  What's this part

12:51 15    right here called (indicating)?

12:51 16              KATHRYN SPENCER:  Hand.

12:51 17              JAMES PETERS:  Did he touch you on the hand?

12:51 18              KATHRYN SPENCER:  (Nodding side to side).

12:51 19              JAMES PETERS:  Let's see.  Right here on the

12:51 20    chest, what's this part called; do you know?

12:52 21              KATHRYN SPENCER:  (Nodding up and down).

12:52 22              JAMES PETERS:  Uh-huh.  What's it called?  Is

12:52 23    it called the nose?

12:52 24              KATHRYN SPENCER:  (Nodding side to side).

12:52 1        JAMES PETERS:  No.  It's important for you to

12:52 2    tell me because I don't know what your words are for

12:52 3    that.

12:52 4            KATHRYN SPENCER:  (Nodding up and down).

12:52 5            JAMES PETERS:  No, I don't.

12:52 6            KATHRYN SPENCER:  (Nodding up and down).

12:52 7            JAMES PETERS:  Did you tell Sharon before?

12:52 8            KATHRYN SPENCER:  (Nodding up and down).

12:52 9            JAMES PETERS:  How about if we got her

12:52 10   cartoon and see what you told her before?  Did she

12:52 11   write it down on the cartoon?

12:52 12           KATHRYN SPENCER:  (Nodding up and down).

12:52 13           JAMES PETERS:  Do you remember?

12:52 14       Is this the cartoon that she used when she

12:52 15   talked to you before?  Let's see.  She wrote down that

12:52 16   you called this place on the chest boobies; is that

12:52 17   right?

12:52 18       Can you say yes or no?  Boobies (laughing)?

12:53 19   Is that what you call it, that place right on the

12:53 20   chest, boobies?

12:53 21       Okay.  How about this place right here, right

12:53 22   in the middle of your tummy, what do you call that?

12:53 23   Is it a toe?

12:53 24           KATHRYN SPENCER:  (Nodding side to side).

| | | |
|---|---|---|
| 12:53 | 1 | JAMES PETERS:  Is it a nose? |
| 12:53 | 2 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:53 | 3 | JAMES PETERS:  Is it an eyebrow? |
| 12:53 | 4 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:53 | 5 | JAMES PETERS:  Is it a fingernail? |
| 12:53 | 6 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:53 | 7 | JAMES PETERS:  What is it? |
| 12:53 | 8 | KATHRYN SPENCER:  You know. |
| 12:53 | 9 | JAMES PETERS:  It says right here that you |
| 12:53 | 10 | told Sharon when she talked to you in Sacramento that |
| 12:53 | 11 | that's a belly button.  Is that what you call that |
| 12:53 | 12 | part? |
| 12:53 | 13 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:53 | 14 | JAMES PETERS:  How about this part right here |
| 12:53 | 15 | on the girl, the front part where she goes pee from, |
| 12:53 | 16 | what do you call that?  Hmmm? |
| 12:54 | 17 | DeANNE SPENCER:  Do you remember what you |
| 12:54 | 18 | told me last night? |
| 12:54 | 19 | KATHRYN SPENCER:  No. |
| 12:54 | 20 | JAMES PETERS:  Sharon says you told her that |
| 12:54 | 21 | was a pee-pee; is that right? |
| 12:54 | 22 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:54 | 23 | JAMES PETERS:  Are you saying yes?  I see you |
| 12:54 | 24 | nodding your head up and down, but it's hard for me to |

| | | |
|---|---|---|
| 12:54 | 1 | know. |
| 12:54 | 2 | DeANNE SPENCER:  You got to say it. |
| 12:54 | 3 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:54 | 4 | JAMES PETERS:  Yeah, okay. |
| 12:54 | 5 | Now, this part back here, the part where the |
| 12:54 | 6 | spankings come, right, what do you call that? |
| 12:54 | 7 | It's okay to say these words.  It's not bad. |
| 12:54 | 8 | Are you worried about saying the words? |
| 12:54 | 9 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:55 | 10 | JAMES PETERS:  Sharon said that you call that |
| 12:55 | 11 | a butt.  Is that what you call it? |
| 12:55 | 12 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:55 | 13 | JAMES PETERS:  Okay.  That's fine. |
| 12:55 | 14 | On the man -- the man's a little bit |
| 12:55 | 15 | different than the girl on the front, isn't he? |
| 12:55 | 16 | KATHRYN SPENCER:  (Nodding up and down). |
| 12:55 | 17 | JAMES PETERS:  Okay.  The part that's |
| 12:55 | 18 | different is right here, right (indicating)?  What do |
| 12:55 | 19 | you call that on a man?  Can you tell me. |
| 12:55 | 20 | KATHRYN SPENCER:  (Nodding side to side). |
| 12:55 | 21 | DeANNE SPENCER:  How's it start?  Do you |
| 12:55 | 22 | remember how you helped me last night?  You said you |
| 12:55 | 23 | would help today. |
| 12:55 | 24 | KATHRYN SPENCER:  Mom. |

12:55  1          DeANNE SPENCER:  Try that if you can't say

12:55  2     the word; just try, please.

12:55  3          KATHRYN SPENCER:  (Nodding side to side).

12:55  4          JAMES PETERS:  What did you tell Sharon?  You

12:56  5     almost said it.  I saw you make it with your mouth.

12:56  6     What's the first letter?

12:56  7          Do you know all of your ABCs?

12:56  8          KATHRYN SPENCER:  (Nodding up and down).

12:56  9          JAMES PETERS:  Do you?  Which letter is the

12:56 10     one -- the first letter of the word of the thing that

12:56 11     hangs down on the boy?

12:56 12          Well, Sharon says that you told her that's a

12:56 13     wiener; is that right?

12:56 14          KATHRYN SPENCER:  (Nodding up and down).

12:56 15          JAMES PETERS:  Okay.  Well, can you show me

12:56 16     how your daddy touched you.  Please take the dolls and

12:56 17     show me.

12:57 18          DeANNE SPENCER:  Do you want me to close my

12:57 19     eyes?

12:57 20          KATHRYN SPENCER:  (Nodding side to side).

12:57 21          DeANNE SPENCER:  Go ahead.  Come on.

12:57 22          JAMES PETERS:  It's so good of you to come up

12:57 23     here.  I know it was real disruptive.  That's a big

12:57 24     word, but you probably were supposed to be in school

*Videotaped Interview of:* KATHRYN SPENCER                23

```
12:57  1    today, right?
12:57  2              KATHRYN SPENCER:  (Nodding side to side).
12:57  3              JAMES PETERS:  Instead of coming out here.
12:57  4              KATHRYN SPENCER:  My teacher knows I'm not
12:57  5    gonna be there.
12:57  6              JAMES PETERS:  Are you gonna be there
12:57  7    tomorrow?
12:57  8              KATHRYN SPENCER:  (Nodding up and down).
12:57  9              JAMES PETERS:  Okay.
12:57 10              KATHRYN SPENCER:  Probably won't get to
12:57 11    because I'll be too late.
12:57 12              JAMES PETERS:  Oh, maybe not.
12:57 13              KATHRYN SPENCER:  My reading group, my class
12:57 14    will be already over.
12:57 15              JAMES PETERS:  Do you have a reading group in
12:57 16    your class?
12:57 17              KATHRYN SPENCER:  (Nodding up and down).
12:57 18              JAMES PETERS:  You mean in kindergarten
12:57 19    they're teaching people how to read these days?
12:57 20              KATHRYN SPENCER:  (Nodding up and down).
12:57 21              JAMES PETERS:  You know, when I was in
12:57 22    kindergarten, all we did was mess around and play with
12:57 23    blocks and fingerpaint and stuff.
12:58 24              DeANNE SPENCER:  Take naps.
```

12:58  1           JAMES PETERS:  Take naps, yeah.

12:58  2           KATHRYN SPENCER:  I didn't -- I don't take

12:58  3   any naps and neither does my friends.

12:58  4           JAMES PETERS:  I think kids are smarter these

12:58  5   days than they were when I was a little guy.  What do

12:58  6   you think?

12:58  7           Well, let's see.  Is it true or a lie:  Did

12:58  8   your daddy touch you last summer when you were up

12:58  9   there?

12:58 10           KATHRYN SPENCER:  (Nodding side to side).

12:58 11           JAMES PETERS:  Is it true or a lie?

12:59 12           DeANNE SPENCER:  Remember what I told you?

12:59 13           KATHRYN SPENCER:  Mom.

12:59 14           JAMES PETERS:  What did your mom tell you?

12:59 15           KATHRYN SPENCER:  Tell the truth.

12:59 16           DeANNE SPENCER:  It's always simple to tell

12:59 17   the truth.

12:59 18           JAMES PETERS:  To tell the truth.

12:59 19           KATHRYN SPENCER:  I heard you.  I knew that.

12:59 20   I knew that so that's why I (inaudible), and I know

12:59 21   it's dumb.

12:59 22           DeANNE SPENCER:  So you know it's important

12:59 23   to always tell the truth.

12:59 24           KATHRYN SPENCER:  Please stop saying that.  I

12:59  1    hate that word.

12:59  2            DeANNE SPENCER:  I know.

12:59  3            KATHRYN SPENCER:  It's dumb.

12:59  4            JAMES PETERS:  You hate the word "truth"?

12:59  5            KATHRYN SPENCER:  (Nodding up and down).

12:59  6            JAMES PETERS:  Well, let's see.  This is your

12:59  7    daddy and this is Kati.  Show me what happened last

12:59  8    summer, okay?  Then we can stop all this.

12:59  9            KATHRYN SPENCER:  Nothing happened last

12:59 10    summer.

12:59 11            JAMES PETERS:  Nothing happened?

12:59 12            KATHRYN SPENCER:  (Nodding side to side).

12:59 13            DeANNE SPENCER:  Okay.  Deep breath.

12:59 14            KATHRYN SPENCER:  Mom, nothing happened last

12:59 15    summer.

12:59 16            DeANNE SPENCER:  Kati, remember we talked

13:00 17    last night and we already know it's gonna be --

13:00 18            KATHRYN SPENCER:  Mother.

13:00 19            DeANNE SPENCER:  It's gonna be hard.  Do you

13:00 20    want me to go in the other room?  Would that be

13:00 21    easier?

13:00 22            KATHRYN SPENCER:  No.

13:00 23            DeANNE SPENCER:  Okay.  You're going to help

13:00 24    (inaudible) --

13:00  1          KATHRYN SPENCER:  Mom, will you be quiet.

13:00  2          DeANNE SPENCER:  Yes, I will be quiet.  Okay?

13:00  3          KATHRYN SPENCER:  Stop saying that dumb word.

13:00  4          DeANNE SPENCER:  Okay.  Do you want a drink?

13:00  5          Do you remember what you showed Sharon and

13:00  6   Ann?

13:00  7          JAMES PETERS:  Did you show Ann too?

13:00  8          KATHRYN SPENCER:  (Nodding up and down).

13:00  9          JAMES PETERS:  I didn't know that.  I knew

13:00 10   that you showed Sharon.

13:00 11          DeANNE SPENCER:  Why don't you show me.

13:00 12          JAMES PETERS:  That was good of you to do

13:00 13   that.  Did that make you feel better when you did

13:00 14   that?

13:00 15          KATHRYN SPENCER:  (Nodding side to side).

13:00 16          JAMES PETERS:  No?  Well, you know you're not

13:01 17   going to get in trouble at all, don't you?

13:01 18          KATHRYN SPENCER:  (Nodding up and down).

13:01 19          JAMES PETERS:  You know we just want to help

13:01 20   your daddy.  If he did this, we want to make sure he

13:01 21   doesn't do it to you again or to anybody else again.

13:01 22          DeANNE SPENCER:  You don't have to say

13:01 23   anything.  Just move the dolls and show the dolls --

13:01 24          THE WITNESS:  (Nodding side to side).

13:01  1          JAMES PETERS:  Well, what made you change

13:01  2    your mind and not want to do it today when you wanted

13:01  3    to last night?

13:01  4          KATHRYN SPENCER:  (Sighs).

13:01  5          JAMES PETERS:  (Sighs).  Heavy breathing.

13:01  6          What do you think?  Does it make you nervous

13:01  7    when people ask you questions about this stuff?

13:01  8          KATHRYN SPENCER:  (Nodding up and down).

13:02  9          JAMES PETERS:  Yeah.  Well, I can understand

13:02 10    that.  It would make me nervous if people were asking

13:02 11    me questions all the time too.

13:02 12          How about if you just do it this one last

13:02 13    time; what do you think; what do you think?

13:02 14          DeANNE SPENCER:  Remember the story you told

13:02 15    me about the little train that could?

13:02 16          KATHRYN SPENCER:  Mommy.

13:02 17          JAMES PETERS:  Oh, I've heard that story

13:02 18    before.  Did you learn that in school?

13:02 19          DeANNE SPENCER:  That's such a nice story,

13:02 20    isn't it?  Do you want to hold my hand?

13:02 21          KATHRYN SPENCER:  (Holds DeAnne Spencer's

13:02 22    hand.)

13:02 23          JAMES PETERS:  Is that the train -- is that

13:02 24    the story about the train that goes:  I think I can; I

13:02  1     think I can; I think I can; I think I can.  And he's

13:02  2     going up a steep hill?  Is that the one?

13:02  3              KATHRYN SPENCER:  (Nodding up and down).

13:02  4              JAMES PETERS:  That's a good story.  What

13:02  5     happens in the end?  Does he do it?

13:02  6              KATHRYN SPENCER:  (Nodding up and down).

13:02  7              JAMES PETERS:  It's so hard before he gets

13:03  8     there, right?  I think I can; I think I can; I think I

13:03  9     can.  And then finally, what?  Finally, I can.  Right?

13:03 10              KATHRYN SPENCER:  (Nodding up and down).

13:03 11              DeANNE SPENCER:  I knew I could; I knew I

13:03 12     could; I knew I could.

13:03 13              JAMES PETERS:  Absolutely.

13:03 14              So let's just take about three deep breaths,

13:03 15     and then you show me and we'll get this all over with.

13:03 16              DeANNE SPENCER:  You can hold my hand too, if

13:03 17     you need to.  Okay?  Do you want to use my hand?

13:03 18              Okay.  Tell me what to do.  Does it go here?

13:04 19              KATHRYN SPENCER:  No.

13:04 20              DeANNE SPENCER:  You tell me what to do and

13:04 21     we're going to get this all over with, right, because

13:04 22     we can do it.  Right?

13:04 23              KATHRYN SPENCER:  (Nodding side to side).

13:04 24              DeANNE SPENCER:  Okay.  You tell me.  Show me

13:04 1    what to do.

13:04 2                KATHRYN SPENCER:   (Places DeAnne Spencer's

13:04 3    hand upon doll).

13:04 4                JAMES PETERS:  Oh, good.  Okay.  What's next?

13:04 5                DeANNE SPENCER:  Put it on her tummy?

13:04 6                KATHRYN SPENCER:  (Nodding up and down).

13:04 7                DeANNE SPENCER:  Okay.  Now what?  Take my

13:04 8    hand.

9                KATHRYN SPENCER:  (Nodding side to side).

10                DeANNE SPENCER:  Where does my hand go now?

11                Does it stay on the back or does it go on the

12    boy doll?

13                KATHRYN SPENCER:  (Removes DeAnne Spencer's

14    hand from doll).

13:04 15                DeANNE SPENCER:  What do I do?  Take my hand.

13:04 16                KATHRYN SPENCER:  (Nodding side to side).

13:04 17                DeANNE SPENCER:  Come on.  We'll do this

13:04 18    together.

13:04 19                KATHRYN SPENCER:  No.

13:04 20                DeANNE SPENCER:  Show me where to put my

13:04 21    hand.

13:04 22                KATHRYN SPENCER:  Uh-uh.

13:05 23                DeANNE SPENCER:  She stays on her tummy like

13:05 24    that (indicating)?

13:05  1          KATHRYN SPENCER:  (Nodding side to side).

13:05  2          DeANNE SPENCER:  Then what?

13:05  3          KATHRYN SPENCER:  (Nodding side to side).

13:05  4          DeANNE SPENCER:  Do you turn her over?  Okay.

13:05  5   Turn her over.

13:05  6          Now what?  What about the boy doll?  Hmmm?

13:05  7          KATHRYN SPENCER:  (Places DeAnne Spencer's

13:05  8   hand on doll).

13:05  9          DeANNE SPENCER:  Turn him over?

13:05 10          KATHRYN SPENCER:  (Nodding up and down).

13:05 11          DeANNE SPENCER:  Like that?  Then what?

13:05 12          JAMES PETERS:  Oh, one question we forgot to

13:05 13   ask.  It's real important.  Does the girl doll have

13:05 14   any clothes on?  Hmmm?  What was that one?  Is that a

13:05 15   yes or a no?

13:05 16          KATHRYN SPENCER:  (Rests head on DeAnne

13:05 17   Spencer).

13:05 18          DeANNE SPENCER:  Come on, Sweetie.

13:06 19          JAMES PETERS:  Do you remember what house

13:06 20   this happened in?

13:06 21          KATHRYN SPENCER:  (Nodding side to side).

13:06 22          JAMES PETERS:  Hmmm?

13:06 23          DeANNE SPENCER:  Try.

13:06 24          JAMES PETERS:  Was it the house in

13:06 1    Sacramento?

13:06 2                KATHRYN PETERS:  (Nodding side to side).

13:06 3                JAMES PETERS:  Was it Karen's house?

13:06 4                KATHRYN SPENCER:  (Nodding side to side).

13:06 5                JAMES PETERS:  Was it the house by the river?

13:06 6                KATHRYN SPENCER:  (Nodding up and down).

13:06 7                JAMES PETERS:  Yeah?  Good.  You can remember

13:06 8    really well.  Okay.

13:06 9                And what room was it in?

13:06 10               KATHRYN SPENCER:  The living room.

13:06 11               JAMES PETERS:  Oh, you can talk.  I thought

13:06 12   you forgot how to talk.

13:06 13               It was in the living room.  Okay.  And who

13:06 14   else was in the living room?

13:06 15               There was (holding up doll) -- who is this?

13:06 16   Hmmm?

13:06 17               DeANNE SPENCER:  Do you want to take your

13:07 18   coat off?

13:07 19               KATHRYN SPENCER:  No, I don't.

13:07 20               DeANNE SPENCER:  Okay.

13:07 21               JAMES PETERS:  Okay.  There was this person

13:07 22   (holding up doll) who is Kati, right?

13:07 23               KATHRYN SPENCER:  (Nodding up and down).

13:07 24               JAMES PETERS:  And this person who you said

| | | |
|---|---|---|
| 13:07 | 1 | was your daddy (holding up doll), right? |
| 13:07 | 2 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:07 | 3 | JAMES PETERS:  Who else was in the living |
| 13:07 | 4 | room? |
| 13:07 | 5 | KATHRYN SPENCER:  Nobody. |
| 13:07 | 6 | JAMES PETERS:  Nobody?  Okay. |
| 13:07 | 7 | Were there any other people in the house? |
| 13:07 | 8 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:07 | 9 | JAMES PETERS:  How about Matt, where was |
| 13:07 | 10 | Matt? |
| 13:07 | 11 | KATHRYN SPENCER:  (Sighs). |
| 13:07 | 12 | JAMES PETERS:  Do you remember? |
| 13:07 | 13 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:07 | 14 | JAMES PETERS:  Was it daytime or nighttime? |
| 13:07 | 15 | DeANNE SPENCER:  Take my hand. |
| 13:07 | 16 | KATHRYN SPENCER:  (Holds DeAnne Spencer's |
| 13:07 | 17 | hand.) |
| 13:07 | 18 | DeANNE SPENCER:  It's okay. |
| 13:07 | 19 | JAMES PETERS:  That's good. |
| 13:07 | 20 | KATHRYN SPENCER:  Nighttime. |
| 13:08 | 21 | JAMES PETERS:  You remember really well. |
| 13:08 | 22 | And where was Shirley? |
| 13:08 | 23 | KATHRYN SPENCER:  At work. |
| 13:08 | 24 | JAMES PETERS:  Okay.  And where was Matt? |

| | | |
|---|---|---|
| 13:08 | 1 | KATHRYN SPENCER: He was in the house too. |
| 13:08 | 2 | JAMES PETERS: Oh, where was he; do you know? |
| 13:08 | 3 | KATHRYN SPENCER: He was in the living room |
| 13:08 | 4 | sleeping. |
| 13:08 | 5 | JAMES PETERS: Oh. And who else was -- was |
| 13:08 | 6 | anybody else in the living room? |
| 13:08 | 7 | KATHRYN SPENCER: No. |
| 13:08 | 8 | JAMES PETERS: Was there anybody else staying |
| 13:08 | 9 | at the house? |
| 13:08 | 10 | KATHRYN SPENCER: Yes. |
| 13:08 | 11 | JAMES PETERS: Who was -- what was that |
| 13:08 | 12 | person's name? |
| 13:08 | 13 | KATHRYN SPENCER: Little Matt. |
| 13:08 | 14 | JAMES PETERS: There's two Matts? |
| 13:08 | 15 | KATHRYN SPENCER: (Nodding up and down). |
| 13:08 | 16 | JAMES PETERS: And where was Little Matt? |
| 13:08 | 17 | KATHRYN SPENCER: He was still on the floor |
| 13:08 | 18 | too. |
| 13:08 | 19 | JAMES PETERS: Oh, you're remembering so good |
| 13:08 | 20 | now. |
| 13:08 | 21 | Okay. So who was awake in the living room? |
| 13:09 | 22 | KATHRYN SPENCER: Me and my dad. |
| 13:09 | 23 | JAMES PETERS: Good. All right. What do you |
| 13:09 | 24 | remember that happened? Can you show me on the dolls. |

| | | |
|---|---|---|
| 13:09 | 1 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:09 | 2 | JAMES PETERS:  Let me ask you some other |
| 13:09 | 3 | questions then.  What was Kati wearing; do you |
| 13:09 | 4 | remember? |
| 13:09 | 5 | DeANNE SPENCER:  Take my hand. |
| 13:09 | 6 | JAMES PETERS:  Did you have any clothes on at |
| 13:09 | 7 | all that night or were you sleeping down there lying |
| 13:09 | 8 | down there on the floor with no clothes on?  It was at |
| 13:09 | 9 | night. |
| 13:09 | 10 | What did your daddy have on? |
| 13:09 | 11 | KATHRYN SPENCER:  His robe. |
| 13:10 | 12 | JAMES PETERS:  All right.  Did he have |
| 13:10 | 13 | anything underneath the robe? |
| 13:10 | 14 | Can you remember? |
| 13:10 | 15 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:10 | 16 | JAMES PETERS:  How about you; how about Kati, |
| 13:10 | 17 | what did Kati have on? |
| 13:10 | 18 | Do you want to hold my hand too?  Do you want |
| 13:10 | 19 | to? |
| 13:10 | 20 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:10 | 21 | JAMES PETERS:  No?  Okay. |
| 13:10 | 22 | Did Kati have any clothes on that night? |
| 13:10 | 23 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:10 | 24 | JAMES PETERS:  Uh-huh?  Okay.  Did you keep |

13:10 1     your clothes on or did they come off?

13:11 2            KATHRYN SPENCER: (Sighs).

13:11 3            DeANNE SPENCER: Squeeze my hand.

13:11 4            JAMES PETERS: Oh, you're doing so good so

13:11 5     far.

13:11 6            Okay. Let me just ask you and you tell me.

13:11 7     Did your clothes stay on? You can nod yes or no.

13:11 8            KATHRYN SPENCER: (Nodding side to side).

13:11 9            JAMES PETERS: No, okay. Did they come off?

13:11 10            KATHRYN SPENCER: (Nodding up and down).

13:11 11            JAMES PETERS: Nodding your head yes.

13:11 12            KATHRYN SPENCER: (Nodding up and down).

13:11 13            JAMES PETERS: Who took them off?

13:11 14            KATHRYN SPENCER: (Points to herself).

13:11 15            JAMES PETERS: You took them off yourself?

13:11 16            KATHRYN SPENCER: (Nodding up and down).

13:11 17            JAMES PETERS: It would be a lot easier if

13:11 18     you would say words rather than point. But if you

13:11 19     have to point, that's okay too.

13:11 20            Did somebody tell you to take them off?

13:12 21            KATHRYN SPENCER: (Nodding up and down).

13:12 22            JAMES PETERS: Is that a yes?

13:12 23            KATHRYN SPENCER: (Nodding up and down).

13:12 24            JAMES PETERS: Okay. Who told you to take

```
13:12  1    them off?  Are you pointing?  You can point if you
13:12  2    want to.
13:12  3            DeANNE SPENCER:  Which one?  Who told you to
13:12  4    take your clothes off?
13:12  5            KATHRYN SPENCER:  (Pointing to doll).
13:12  6            JAMES PETERS:  Okay.  This one right here
13:12  7    (indicating)?
13:12  8            KATHRYN SPENCER:  (Nodding up and down).
13:12  9            JAMES PETERS:  Is that your dad?
13:12 10            KATHRYN SPENCER:  (Places head on DeAnne
13:12 11    Spencer).
13:12 12            JAMES PETERS:  Is that a yes or a no?
13:12 13            DeANNE SPENCER:  Okay.  Come on.  This is
13:12 14    getting -- turn around.  Take my hand.  It's okay.
13:12 15    Take my hand.
13:12 16            JAMES PETERS:  Oh, you're doing so good.  You
13:12 17    really are.
13:12 18            Okay.  Now, underneath your dad's robe, did
13:13 19    he have anything on?
13:10 20            KATHRYN SPENCER:  (Nodding side to side).
13:13 21            JAMES PETERS:  Any underpants?
13:10 22            KATHRYN SPENCER:  (Nodding side to side).
13:13 23            JAMES PETERS:  Any T-shirts?
13:13 24            KATHRYN SPENCER:  (Nodding side to side).
```

13:13  1              JAMES PETERS:  Nothing?

13:13  2              KATHRYN SPENCER:  (Nodding side to side).

13:13  3              JAMES PETERS:  Okay.  Let's see.  You know

13:13  4      how boys' wieners hang down like this usually

13:13  5      (indicating with finger)?

13:13  6              KATHRYN SPENCER:  (Nodding up and down).

13:13  7              JAMES PETERS:  Is that the way your dad's

13:13  8      was?

13:13  9              KATHRYN SPENCER:  (Nodding up and down).

13:13 10              JAMES PETERS:  Is that a yes?

13:13 11              KATHRYN SPENCER:  (Nodding up and down).

13:13 12              JAMES PETERS:  Okay.  Did it always stay like

13:13 13      that or did it change some way?

13:13 14              DeANNE SPENCER:  Can you talk -- can you show

13:13 15      us with the doll?

13:13 16              KATHRYN SPENCER:  Uh-uh.

13:13 17              JAMES PETERS:  How about with my finger?

13:13 18      That's just an old finger.  Or show me with your

13:13 19      finger.

13:13 20              KATHRYN SPENCER:  No.

13:13 21              DeANNE SPENCER:  How about mine?

13:13 22              KATHRYN SPENCER:  No.

13:13 23              JAMES PETERS:  Well, can you tell me if it

13:13 24      changed?

*Videotaped Interview of: KATHRYN SPENCER*                38

```
13:13  1          KATHRYN SPENCER:  (Nodding side to side).
13:13  2          JAMES PETERS:  Did it always hang just down
13:13  3  or did it hang some other way?
13:14  4          DeANNE SPENCER:  Use the doll's arm.  Can you
13:14  5  do that?  Come on, Sweetie.  Hmmm?
13:14  6          JAMES PETERS:  Can you show me with the girl
13:14  7  -- with the little dolly's arm what happened?
13:14  8          KATHRYN SPENCER:  (Nodding side to side).
13:14  9          JAMES PETERS:  Okay.  Let's see.  You told me
13:14 10  earlier that he touched you.  Can you show me how.
13:14 11          KATHRYN SPENCER:  (Nodding side to side).
13:14 12          DeANNE SPENCER:  Just put the dolls the way
13:14 13  they -- they way it happened, okay?
13:14 14          KATHRYN SPENCER:  (Nodding side to side).
13:14 15          DeANNE SPENCER:  Use my hand to put the
13:14 16  dolls.
13:14 17          KATHRYN SPENCER:  (Nodding side to side).
13:14 18          DeANNE SPENCER:  We need your help.  You are
13:14 19  doing so good.  You are being so brave.
13:14 20          JAMES PETERS:  You are being real patient
13:14 21  with us, too.
13:15 22          DeANNE SPENCER:  Uh-huh.  Sometimes it's hard
13:15 23  to be patient with the dolls, huh?
13:15 24          JAMES PETERS:  I'll bet.
```

| | | |
|---|---|---|
| 13:15 | 1 | KATHRYN SPENCER:  (Yawning). |
| 13:15 | 2 | JAMES PETERS:  Are you getting sleepy? |
| 13:15 | 3 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:15 | 4 | DeANNE SPENCER:  Let's get (inaudible) -- you |
| 13:15 | 5 | can do it. |
| 13:15 | 6 | JAMES PETERS:  I think I can; I think I can; |
| 13:15 | 7 | I think I can; I think I can.  I think you can; I |
| 13:15 | 8 | think you can; I think you can. |
| 13:15 | 9 | It's so important for you to show us now |
| 13:15 | 10 | because Sharon can't go tell the judge -- we talked |
| 13:15 | 11 | about the judge yesterday when we went into the |
| 13:15 | 12 | courtroom.  Remember going into the courtroom? |
| 13:15 | 13 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:15 | 14 | JAMES PETERS:  Sharon can't tell the judge |
| 13:15 | 15 | what happened.  Sharon can't tell your daddy to stop |
| 13:15 | 16 | doing anything, but you can. |
| 13:15 | 17 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:15 | 18 | JAMES PETERS:  You can. |
| 13:15 | 19 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:15 | 20 | JAMES PETERS:  Because they'll think that |
| 13:15 | 21 | maybe Sharon made a mistake or Sharon -- |
| 13:15 | 22 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:16 | 23 | JAMES PETERS:  -- or Sharon made it up or |
| 13:16 | 24 | something. |

13:16 1       KATHRYN SPENCER: (Nodding side to side).

13:16 2       DeANNE SPENCER: That's why we need you to

13:16 3   just show us one more time.

13:16 4       You want to sit up and (inaudible) --

13:16 5       KATHRYN SPENCER: (Nodding side to side).

13:16 6       JAMES PETERS: Do you want Jeff to leave?

13:16 7       KATHRYN SPENCER: (Nodding side to side).

13:16 8       JAMES PETERS: Jeff's the man standing right

13:16 9   over there, right?

13:16 10      DeANNE SPENCER: Do you want me to leave?

13:16 11      If he goes out, can you show us?

13:16 12      KATHRYN SPENCER: (Nodding side to side).

13:16 13      DeANNE SPENCER: Okay. Then let's get Ray

13:16 14  one more time. Squeeze my hand.

13:16 15      KATHRYN SPENCER: (Nodding side to side).

13:16 16      DeANNE SPENCER: Come on. You can do this.

13:16 17      KATHRYN SPENCER: Uh-uh.

13:16 18      DeANNE SPENCER: Then we will have the rest

13:16 19  of the day together, remember? Hmmm?

13:16 20      JAMES PETERS: You've done so good so far.

13:17 21  You got all the hard parts over.

13:17 22      Well, let's see. Let me try it this way.

13:17 23  Did he touch you with his nose?

13:17 24      KATHRYN SPENCER: (Nodding side to side).

| | | |
|---|---|---|
| 13:17 | 1 | JAMES PETERS:  Did he touch you with his |
| 13:17 | 2 | mouth? |
| 13:10 | 3 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:17 | 4 | JAMES PETERS:  Did he touch you with his |
| 13:17 | 5 | chest? |
| 13:17 | 6 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:17 | 7 | JAMES PETERS:  Did he touch you with his |
| 13:17 | 8 | belly button? |
| 13:17 | 9 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:17 | 10 | JAMES PETERS:  Did he touch you with his |
| 13:17 | 11 | wiener? |
| 13:17 | 12 | KATHRYN SPENCER:  (Nodding up and down). |
| 13:17 | 13 | JAMES PETERS:  Yeah?  Okay. |
| 13:17 | 14 | Did he touch you with his knees? |
| 13:17 | 15 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:17 | 16 | JAMES PETERS:  Did he touch you with his |
| 13:17 | 17 | feet? |
| 13:17 | 18 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:17 | 19 | JAMES PETERS:  Did he touch you with his |
| 13:17 | 20 | fingers? |
| 13:17 | 21 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:17 | 22 | JAMES PETERS:  Uh-uh? |
| 13:17 | 23 | KATHRYN SPENCER:  (Nodding side to side). |
| 13:17 | 24 | JAMES PETERS:  Just with his wiener; is that |

*Videotaped Interview of: KATHRYN SPENCER*                    42

```
13:17  1  |  right?
13:17  2  |         KATHRYN SPENCER:  (Nodding up and down).
13:17  3  |         JAMES PETERS:  Okay.  Let's see.  I've got to
13:17  4  |  figure out now where he touched you with his wiener.
13:17  5  |  Did he touch you on your feet with his wiener?
13:17  6  |         KATHRYN SPENCER:  (Nodding side to side).
13:17  7  |         JAMES PETERS:  Did he touch you on your
13:17  8  |  knees?
13:17  9  |         KATHRYN SPENCER:  (Nodding side to side).
13:17 10  |         JAMES PETERS:  Did he touch you on your
13:18 11  |  pee-pee?
13:18 12  |         KATHRYN SPENCER:  (Nodding up and down).
13:18 13  |         JAMES PETERS:  Okay.  Did he touch -- is that
13:18 14  |  a yes?
13:18 15  |         KATHRYN SPENCER:  (Nodding up and down).
13:18 16  |         JAMES PETERS:  All right.  Did he touch you
13:18 17  |  on your belly button?
13:18 18  |         KATHRYN SPENCER:  (Nodding side to side).
13:18 19  |         JAMES PETERS:  Did he touch you on your
13:18 20  |  boobies?
13:18 21  |         KATHRYN SPENCER:  (Nodding side to side).
13:18 22  |         JAMES PETERS:  Did he touch you on your
13:18 23  |  mouth?
13:18 24  |         KATHRYN SPENCER:  (Nodding side to side).
```

13:18  1      JAMES PETERS:  Is that a no?

13:18  2      KATHRYN SPENCER:  (Nodding side to side).

13:18  3      JAMES PETERS:  Touch you on your eyes?

13:18  4      KATHRYN SPENCER:  (Nodding side to side).

13:18  5      JAMES PETERS:  Touch you on your hair?

13:18  6      KATHRYN SPENCER:  (Nodding side to side).

13:18  7      JAMES PETERS:  Can you show me how he touched

13:18  8  you with his wiener with the dolls?

13:18  9      KATHRYN SPENCER:  (Nodding side to side).

13:18 10      DeANNE SPENCER:  Take my hand; I'll do it.

13:18 11      KATHRYN SPENCER:  Uh-uh.

13:18 12      DeANNE SPENCER:  You only have to do it this

13:18 13  one more time, remember?

13:18 14      JAMES PETERS:  Okay.  Were you sitting up or

13:18 15  lying down or standing up; which of the three?  Were

13:18 16  you sitting like this (position dolls)?

13:18 17      KATHRYN SPENCER:  (Nodding side to side).

13:18 18      JAMES PETERS:  Were you standing like this

13:18 19  (positioning dolls)?

13:18 20      KATHRYN SPENCER:  (Nodding side to side).

13:18 21      JAMES PETERS:  Were you bending over like

13:18 22  this (positioning dolls)?

13:18 23      KATHRYN SPENCER:  (Nodding side to side).

13:18 24      JAMES PETERS:  Were you lying down like

```
13:18  1    this --

13:18  2              KATHRYN SPENCER:   (Nodding up and down).

13:18  3              JAMES PETERS:   -- on your front (positioning

13:18  4    dolls)?

13:18  5              KATHRYN SPENCER:   (Nodding side to side).

13:18  6              JAMES PETERS:   Were you lying down like this

13:19  7    on your back (positioning dolls)?

13:19  8              KATHRYN SPENCER:   (Nodding up and down).

13:19  9              JAMES PETERS:   Okay.  Were your legs together

13:19 10    like that or were they like something else?

13:19 11              Okay.  You already told me you were lying on

13:19 12    your back, right?

13:19 13              KATHRYN SPENCER:   (Nodding up and down).

13:19 14              JAMES PETERS:   Okay.  Show me how your legs

13:19 15    were.

13:19 16              KATHRYN SPENCER:   (Positions dolls' legs).

13:19 17              JAMES PETERS:   Just like that?

13:19 18              KATHRYN SPENCER:   (Nodding up and down).

13:19 19              JAMES PETERS:   I can't tell if that's a yes

13:19 20    or a no.

13:19 21              KATHRYN SPENCER:   (Nodding up and down).

13:19 22              JAMES PETERS:   Okay.  Show me how your daddy

13:19 23    was.  Was he standing up (positioning dolls)?

13:19 24              KATHRYN SPENCER:   (Nodding side to side).
```

13:19  1          JAMES PETERS:  Was he standing on his head

13:19  2     (positioning dolls)?

13:19  3          KATHRYN SPENCER:  (Nodding side to side).

13:19  4          JAMES PETERS:  Was he on his knees

13:19  5     (positioning dolls)?

13:19  6          KATHRYN SPENCER:  (Nodding side to side).

13:19  7          JAMES PETERS:  Was he on his back

13:19  8     (positioning dolls)?

13:19  9          KATHRYN SPENCER:  (Nodding side to side).

13:19 10          JAMES PETERS:  Was he on his front like this

13:19 11     (positioning dolls)?

13:19 12          KATHRYN SPENCER:  (Nodding side to side).

13:19 13          JAMES PETERS:  How was he?  I can't think of

13:19 14     any other guesses.  If I haven't got it right, you've

13:20 15     got to show me.

13:20 16          KATHRYN SPENCER:  (Nodding side to side).

13:20 17          JAMES PETERS:  Hmmm.  Gosh darn it.

13:20 18          I wish I had been in Sacramento so I could've

13:20 19     seen you tell Sharon.

13:20 20          How are you doing?  Whatcha thinking about?

13:20 21     You're doing real good so far.

13:21 22          How about if you take my hand and have me

13:21 23     move the dolls the way you were.

13:21 24          KATHRYN SPENCER:  (Nodding side to side).

13:21  1          JAMES PETERS:  Why don't you do it and show

13:21  2    me.

13:21  3          KATHRYN SPENCER:  (Nodding side to side).

13:21  4          DeANNE SPENCER:  Are you sleepy?

13:21  5          JAMES PETERS:  Okay.  I think we should take

13:21  6    a break now.  I think you are getting pretty tired,

13:21  7    huh?  Let's take a break and go get a drink of water

13:21  8    or something, all right.

13:21  9                              (Whereupon, a break in the

13:21 10                               video interview was had,

13:21 11                               after which the following

13:21 12                               proceedings were had:)

13:21 13          JAMES PETERS:  Okay.  The camera is rolling

13:21 14    again.  And while the camera was off, Kati, you showed

13:21 15    me some things with the dolls, didn't you?

13:21 16          KATHRYN SPENCER:  Yes.  It's going to take a

13:21 17    picture by itself now.

13:22 18          JAMES PETERS:  Yeah.  There isn't anybody

13:22 19    over there now.  It's just going to take a picture all

13:22 20    by itself.

13:22 21          KATHRYN SPENCER:  It is?

13:22 22          JAMES PETERS:  Yeah.  It's taking a picture

13:22 23    right now.

13:22 24          KATHRYN SPENCER:  No, it isn't.

| | | |
|---|---|---|
| 13:22 | 1 | DeANNE SPENCER:  Say hi. |
| 13:22 | 2 | KATHRYN SPENCER:  No. |
| 13:22 | 3 | DeANNE SPENCER:  Okay. |
| 13:22 | 4 | JAMES PETERS:  So what I would like you to do |

13:22  5   is show me now while the camera is going what you

13:22  6   showed me while the camera was off.

13:22  7        First, I want you to tell me who these dolls

13:22  8   are again.  We did it once.

13:22  9        This is who (indicating)?

13:22 10   KATHRYN SPENCER:  Oh.

13:22 11   JAMES PETERS:  Just say the name.

13:22 12   KATHRYN SPENCER:  Kati and Ray.

13:22 13   JAMES PETERS:  All right.  Would you show me

13:22 14   what you showed me, what Ray did.

13:22 15   KATHRYN SPENCER:  (Sighs).

13:22 16   (Positioning dolls).

13:22 17   JAMES PETERS:  Okay.  What else did Ray do?

13:22 18   KATHRYN SPENCER:  (Positioning dolls).

13:22 19   JAMES PETERS:  What else?  Anything else?

13:22 20   KATHRYN SPENCER:  I forgot that last thing.

13:22 21   DeANNE SPENCER:  Just think --

13:22 22   JAMES PETERS:  Just think about what

13:22 23   happened.

13:23 24        Where did this stuff happen?

| | | |
|---|---|---|
| 13:23 | 1 | KATHRYN SPENCER:  By the house on the river |
| 13:23 | 2 | in the living room. |
| 13:23 | 3 | JAMES PETERS:  Okay.  And is this on the |
| 13:23 | 4 | floor, on the couch or on the bed or on the chair? |
| 13:23 | 5 | KATHRYN SPENCER:  On the floor. |
| 13:23 | 6 | JAMES PETERS:  Okay.  Show me what else |
| 13:23 | 7 | happened. |
| 13:23 | 8 | KATHRYN SPENCER:  (Positioning dolls). |
| 13:23 | 9 | JAMES PETERS:  Okay. |
| 13:23 | 10 | KATHRYN SPENCER:  (Sighs). |
| 13:23 | 11 | JAMES PETERS:  Was that hard for you to do? |
| 13:23 | 12 | KATHRYN SPENCER:  No. |
| 13:23 | 13 | JAMES PETERS:  It was pretty easy, wasn't it? |
| 13:23 | 14 | KATHRYN SPENCER:  That was quick. |
| 13:23 | 15 | JAMES PETERS:  Uh-huh.  Well -- |
| 13:23 | 16 | DeANNE SPENCER:  Is there anything else? |
| 13:23 | 17 | JAMES PETERS:  Do you remember anything about |
| 13:23 | 18 | Ray's pee-pee when this was going on? |
| 13:23 | 19 | KATHRYN SPENCER:  Nope. |
| 13:23 | 20 | JAMES PETERS:  Was it hanging down like this |
| 13:23 | 21 | (indicating with finger) or was it doing something |
| 13:23 | 22 | else? |
| 13:23 | 23 | KATHRYN SPENCER:  No.  Like that. |
| 13:23 | 24 | JAMES PETERS:  Was it?  Are you sure?  Are |

13:23  1   you sure?  You are looking at me kind of funny.

13:24  2            KATHRYN SPENCER:  Yes.

13:24  3            JAMES PETERS:  Okay.  Did you see anything

13:24  4   come out of his pee-pee?

13:24  5            KATHRYN SPENCER:  No.

13:24  6            JAMES PETERS:  Or out of his wiener, I mean?

13:24  7            KATHRYN SPENCER:  No.

13:24  8            JAMES PETERS:  Okay.  Did Ray say anything to

13:24  9   you while this was going on?

13:24 10            KATHRYN SPENCER:  No.

13:24 11            JAMES PETERS:  What does Ray call you?

13:24 12            KATHRYN SPENCER:  Um, I don't know.

13:24 13   Sugar Bear.

13:24 14            JAMES PETERS:  Sugar Bear?  Hey, did Ray tell

13:24 15   you something about your bottom?

13:24 16            KATHRYN SPENCER:  No.

13:24 17            JAMES PETERS:  Are you sure?

13:24 18            KATHRYN SPENCER:  Yes, I'm sure.

13:24 19            JAMES PETERS:  Did you tell Sharon he said

13:24 20   something about your bottom?

13:24 21            KATHRYN SPENCER:  No.

13:24 22            JAMES PETERS:  You don't remember, or no?

13:24 23            KATHRYN SPENCER:  No, no, no.

13:24 24            JAMES PETERS:  What else does Ray call you

13:24 1    besides Sugar Bear?

13:24 2              KATHRYN SPENCER:  Nothing.

13:24 3              JAMES PETERS:  All right.  When he did those

13:24 4    things that you just showed me, was anybody else

13:25 5    there?

13:25 6              KATHRYN SPENCER:  No.

13:25 7              JAMES PETERS:  Was anybody else asleep?

13:25 8              KATHRYN SPENCER:  Yes.

13:25 9              JAMES PETERS:  Who?

13:25 10             KATHRYN SPENCER:  Matt and Little Matt.

13:25 11             JAMES PETERS:  Were they -- where were they

13:25 12   when they were asleep?

13:25 13             KATHRYN SPENCER:  (Pointing) up the stairs.

13:25 14             JAMES PETERS:  Up the stairs, oh.  In what

13:25 15   room?

13:25 16             KATHRYN SPENCER:  Our room.  What do you

13:25 17   think?

13:25 18             JAMES PETERS:  I don't know.  I wasn't there.

13:25 19             Didn't you tell me before that they were on

13:25 20   the living room floor asleep?

13:25 21             KATHRYN SPENCER:  They were in the living

13:25 22   room.

13:25 23             JAMES PETERS:  Were they upstairs or were

13:25 24   they on the living room floor?

13:25  1          KATHRYN SPENCER:  On the living room floor.

13:25  2          JAMES PETERS:  How come you told me they were

13:25  3  upstairs, huh?  Did you forget?

13:25  4          KATHRYN SPENCER:  (Laughing) yes.

13:25  5          JAMES PETERS:  Okay.  That's fine.

13:25  6          Well, do you remember, before this time that

13:25  7  you just told me about, did Ray do that to you before?

13:25  8          KATHRYN SPENCER:  No.

13:25  9          JAMES PETERS:  Did he ever put his pee-pee in

13:25 10  your --

13:25 11          KATHRYN SPENCER:  No.

13:26 12          JAMES PETERS:  -- his wiener in your pee-pee

13:26 13  before?

13:26 14          KATHRYN SPENCER:  No.

13:26 15          JAMES PETERS:  Did he ever put his mouth on

13:26 16  you before like you showed me?

13:26 17          KATHRYN SPENCER:  No.

13:26 18          JAMES PETERS:  Are you sure?  Hmmm?

13:26 19          KATHRYN SPENCER:  Yes, I'm sure.

13:26 20          JAMES PETERS:  Okay.  Has anybody else ever

13:26 21  done that?

13:26 22          KATHRYN SPENCER:  No.

13:26 23          JAMES PETERS:  You told Sharon -- excuse me,

13:26 24  not Sharon -- Shirley that some other people had done

13:26  1    that like Karen and Matt.

13:26  2              KATHRYN SPENCER:  They didn't really.

13:26  3              JAMES PETERS:  How come you told them Shirley

13:26  4    had?

13:26  5              KATHRYN SPENCER:  Because I told her that.

13:26  6              JAMES PETERS:  Well, how come?

13:26  7              KATHRYN SPENCER:  Because I told her that.

13:26  8              JAMES PETERS:  Let's not be ruining the

13:26  9    chair.  Just sit up a little bit, just a little.

13:26 10              DeANNE SPENCER:  Just a little bit.

13:26 11              JAMES PETERS:  It's okay.  But I just wanted

13:26 12    to know how come you told her that.

13:26 13              KATHRYN SPENCER:  Because.

13:26 14              JAMES PETERS:  There was a reason, wasn't

13:26 15    there?

13:26 16              KATHRYN SPENCER:  No.

13:26 17              JAMES PETERS:  You told Sharon a reason.

13:27 18              Was it true that Ray did it?

13:27 19              KATHRYN SPENCER:  Why would I -- well, why

13:27 20    would I be here if it didn't really happen?

13:27 21              JAMES PETERS:  I'm sure I don't know.

13:27 22              KATHRYN SPENCER:  (Laughing).

13:27 23              DeANNE SPENCER:  Don't kick the chair,

13:27 24    please.

13:27  1          JAMES PETERS:  But there was -- was there a

13:27  2   reason why you told Shirley that Karen and those other

13:27  3   people did it too?

13:27  4          KATHRYN SPENCER:  Nope.

13:27  5          JAMES PETERS:  Well, why do you suppose you

13:27  6   did?

13:27  7          KATHRYN SPENCER:  Because I feel like it, I

13:27  8   did.

13:27  9          JAMES PETERS:  Were you worried about Shirley

13:27 10   feeling bad?

13:27 11          KATHRYN SPENCER:  No.  I hate Shirley.

13:27 12          JAMES PETERS:  Why?

13:27 13          KATHRYN SPENCER:  She's dumb.  She's a brat.

13:28 14          JAMES PETERS:  Why do you say that?

13:28 15          KATHRYN SPENCER:  Because she is a brat.

13:28 16          JAMES PETERS:  What does she do that makes

13:28 17   you think she's a brat?

13:28 18          KATHRYN SPENCER:  She always comes home and

13:28 19   sends us to bed.

13:28 20          JAMES PETERS:  She always comes home and

13:28 21   sends you to bed, huh?  My goodness.

13:28 22          KATHRYN SPENCER:  Doesn't that sound like a

13:28 23   brat to you?

13:28 24          JAMES PETERS:  I don't know.  Does your mom

*Videotaped Interview of: KATHRYN SPENCER*                        54

13:28  1    come home and send you to bed?

13:28  2              KATHRYN SPENCER:  Not when she first gets

13:28  3    home.  We have dinner.  I take a bath.  And then we

13:28  4    put our pajamas on, and then we go to bed.

13:28  5              JAMES PETERS:  I see.  Is it different at

13:28  6    Shirley's house?

13:28  7              KATHRYN SPENCER:  Yes.

13:28  8              JAMES PETERS:  How so?

13:28  9              KATHRYN SPENCER:  I don't know.

13:28 10              JAMES PETERS:  When you came up last summer,

13:28 11    were you afraid to come up here?  Did you want to come

13:28 12    up here?

13:28 13              KATHRYN SPENCER:  (Looks up at DeAnne

13:28 14    Spencer).

13:28 15              Did I?

13:28 16              DeANNE SPENCER:  Remember?  You tell the

13:28 17    truth.

13:28 18              KATHRYN SPENCER:  I don't remember.

13:28 19              JAMES PETERS:  Okay.  It was a long time ago,

13:29 20    wasn't it?

13:29 21              KATHRYN SPENCER:  (Nodding up and down).

13:29 22              JAMES PETERS:  Let's see.  You were four or

13:29 23    five then?

13:29 24              KATHRYN SPENCER:  I was five.

13:29 1        JAMES PETERS:  Five.  You're going to be six

13:29 2   pretty soon, aren't you?

13:29 3        KATHRYN SPENCER:  Yes.

13:29 4        DeANNE SPENCER:  Stop.

13:29 5        JAMES PETERS:  Well...

13:29 6        KATHRYN SPENCER:  Well what?

13:29 7        JAMES PETERS:  Well, I just want to know if

13:29 8   you remember Ray doing any other things to you before

13:29 9   this?

13:29 10       KATHRYN SPENCER:  Nope.

13:29 11       JAMES PETERS:  You don't remember?

13:29 12       KATHRYN SPENCER:  He didn't.

13:29 13       JAMES PETERS:  Was this the very first time?

13:29 14       KATHRYN SPENCER:  Yes.

13:29 15       JAMES PETERS:  When he did that to you, did

13:29 16   he say anything to you?

13:29 17       KATHRYN SPENCER:  No.

13:29 18       JAMES PETERS:  How about afterwards?

13:29 19       KATHRYN SPENCER:  No.

13:29 20       JAMES PETERS:  Did he tell you anything about

13:29 21   telling people about it?

13:29 22       KATHRYN SPENCER:  No.

13:29 23       JAMES PETERS:  Did he tell you not to?

13:29 24       KATHRYN SPENCER:  Yes, yes, yes, yes.

13:29  1          JAMES PETERS:  Oh, what did he tell you?

13:30  2     "Yes, yes, yes, yes."

13:30  3          What did he tell you?

13:30  4          KATHRYN SPENCER:  (Laughing).

13:30  5          JAMES PETERS:  Hmmm?

13:30  6          KATHRYN SPENCER:  Nothing.

13:30  7          JAMES PETERS:  Did you tell -- did he tell

13:30  8     you anything about telling other people?

13:30  9          KATHRYN SPENCER:  I don't know.

13:30 10          JAMES PETERS:  Sounded like you remembered

13:30 11     just a minute ago.

13:30 12          KATHRYN SPENCER:  I didn't remember.

13:30 13          JAMES PETERS:  Did he tell you not to tell

13:30 14     other people?

13:30 15          KATHRYN SPENCER:  Yes.

13:30 16          JAMES PETERS:  Oh, okay.  It was real good of

13:30 17     you to tell, though.  Do you know that?

13:30 18          KATHRYN SPENCER:  (Nodding up and down).

13:30 19          JAMES PETERS:  Do you know why?

13:30 20          KATHRYN SPENCER:  No, I don't know why.

13:30 21          JAMES PETERS:  So maybe we can help Ray get

13:30 22     some help so he won't do that again.  Right?

13:30 23          KATHRYN SPENCER:  Right.

13:30 24          JAMES PETERS:  Well, let me -- let me see if

13:30  1   I remember exactly what he said -- what he did to you.

13:30  2   Would you show me one more time so I'm sure I got it.

13:31  3            KATHRYN SPENCER:  Oh, my God.

13:31  4            JAMES PETERS:  And then we'll turn the camera

13:31  5   off and we'll stop, okay?

13:31  6            KATHRYN SPENCER:  And that will be the end of

13:31  7   it.

13:31  8            JAMES PETERS:  And that will be the end of

13:31  9   it.

13:31 10            KATHRYN SPENCER:  And I will be so glad.

13:31 11            JAMES PETERS:  I bet you will.  Okay.

13:31 12            KATHRYN SPENCER:  (Positioning doll on back).

13:31 13            JAMES PETERS:  Okay.

13:31 14            KATHRYN SPENCER:  (Placing one doll atop

13:31 15   another doll).

13:31 16            JAMES PETERS:  Is his wiener in your pee-pee

13:31 17   there?

13:31 18            KATHRYN SPENCER:  (Nodding up and down).

13:31 19            JAMES PETERS:  Yeah?  Okay.

13:31 20            KATHRYN SPENCER:  (Positioning dolls).

13:31 21            JAMES PETERS:  Okay.  Just a minute.  Let me

13:31 22   ask you a question about that.  Did his wiener go in

13:31 23   your mouth?

13:31 24            KATHRYN SPENCER:  (Nodding up and down).

13:31  1          JAMES PETERS:  Did he keep it in there very

13:31  2     long?

13:31  3          KATHRYN SPENCER:  (Nodding side to side).

13:31  4          JAMES PETERS:  Uh-uh?

13:31  5          KATHRYN SPENCER:  (Positioning dolls).

13:31  6          JAMES PETERS:  What's he doing here?  Is this

13:31  7     your butt here?

13:31  8          KATHRYN SPENCER:  (Nodding up and down).

13:31  9          JAMES PETERS:  Did he put his wiener in your

13:31 10     butt?

13:31 11          KATHRYN SPENCER:  (Nodding up and down).

13:31 12          JAMES PETERS:  Oh.  How did it feel?

13:32 13          KATHRYN SPENCER:  (Shrugging).

13:32 14          JAMES PETERS:  How did it feel when he put

13:32 15     his wiener in your pee-pee?

13:32 16          KATHRYN SPENCER:  I don't remember.

13:32 17          JAMES PETERS:  Okay.

13:32 18          KATHRYN SPENCER:  Do the splits (playing with

13:32 19     dolls).

13:32 20          JAMES PETERS:  Can you remember anything

13:32 21     else?

13:32 22          KATHRYN SPENCER:  No.

13:32 23          JAMES PETERS:  And did all this happen last

13:32 24     summer when you were up here?

13:32  1          KATHRYN SPENCER:  Did it happen last summer?

13:32  2          JAMES PETERS:  Your mom wasn't there.

13:32  3          DeANNE SPENCER:  I wasn't there.

13:32  4          JAMES PETERS:  She doesn't know.

13:32  5          KATHRYN SPENCER:  You were there before I

13:32  6  even went up there.

13:32  7          DeANNE SPENCER:  No.

13:32  8          KATHRYN SPENCER:  You were up there before I

13:32  9  even started to go up there.

13:32 10          DeANNE SPENCER:  We lived up there, uh-huh.

13:32 11          KATHRYN SPENCER:  When Daddy used to lie to

13:32 12  you every day; Sunday, Monday, Wednesday, Friday,

13:32 13  Saturday.

13:32 14          DeANNE SPENCER:  Okay.  But we need to find

13:32 15  out, did it happen before this last summer?

13:32 16          KATHRYN SPENCER:  No, no, no.

13:32 17          JAMES PETERS:  Okay.  Do you want to help me

13:32 18  turn the camera off?

13:32 19          KATHRYN SPENCER:  Yes.

13:32 20          JAMES PETERS:  All right.  Let's go right

13:32 21  over here, and there's a button that says Stop right

13:32 22  there.  Why don't you push that one right there.

13:32 23          KATHRYN SPENCER:  This one (indicating)?

13:32 24          JAMES PETERS:  Yeah.

1                              (Whereupon, the DVD

2                          concluded.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1   STATE OF ILLINOIS  )
                      )   SS:
2   COUNTY OF C O O K  )

3

4           SHELLEY L. PLATE, CSR, Notary Public, being

5   first duly sworn on oath says that she caused to

6   transcribe the DVD of the videotaped interview of

7   Kathryn Spencer recorded on December 11, 1984, and

8   that the foregoing is a true and accurate transcript

9   of the DVD transcribed to the best of her ability.

10

11

12   _____
     SHELLEY L. PLATE, CSR
13   19 South LaSalle Street
     Suite 1402
14   Chicago, Illinois   60603

15
     License No.:  084-002908
16

17

18

19

20

21

22

23

24