# Exhibit J

# CURRICULUM VITAE OF WILLIAM BERNET, M.D.

## OFFICE ADDRESS

Location for FedEx, UPS:
Oxford House, Suite 209
Vanderbilt University
1313 Twenty-first Avenue South
Nashville, TN 37232

Address for U.S. Mail:
209 Oxford House
Vanderbilt University
Nashville, TN 37232-4245

Office (615) 936-0718
Fax (615) 936-3027
Cell (615) 330-0124

E-mail: william.bernet@vanderbilt.edu

## BACKGROUND

- Born November 25, 1941, in Omaha, Nebraska.
- Lived in Oklahoma, California, Massachusetts, Washington, D.C., Virginia, and Tennessee. Also, 3 years in Japan.

## EDUCATION

- Secondary School:
  - Tokyo American High School – Narimasu, 1955-57
  - St. John's Preparatory School, Worcester, Mass., 1957-59
- College: A.B. Summa Cum Laude, Holy Cross College, Worcester, Mass., 1959-63
- Medical School: M.D., Harvard Medical School, Boston, Mass., 1963-67

## PROFESSIONAL TRAINING

- Internship in medicine-neurology-pediatrics at the Bronx Municipal Hospital Center, Bronx, N.Y., 1967-68
- Residency in adult psychiatry at Massachusetts Mental Health Center, Boston, Mass., 1968-70

Curriculum Vitae of William Bernet, M.D., page 2

- Fellowship in child psychiatry at Massachusetts Mental Health Center, Boston, Mass., 1970-72

## HOSPITAL APPOINTMENTS AND CLINICAL EXPERIENCE

- Staff psychiatrist at South Shore Mental Health Center, Quincy, Mass., 1970-72
- Assistant in Medicine (Psychiatry) at Peter Bent Brigham Hospital, Boston, Mass., 1971-72
- Staff psychiatrist at Area D Community Mental Health Center, St. Elizabeths Hospital, Washington, D.C., 1972-76. Consultant in psychiatry to the same program, 1976-79
- Staff psychiatrist, Director of Children's Unit, Director of Adolescent Unit, Psychiatric Institute, Washington, D.C. 1974-83
- Associate Director, Child and Adolescent Services, Psychiatric Institute, Washington, D.C., 1980-83
- Member of Metropolitan Psychiatric Group, 1974-88, and a member of its board of directors, 1983-86
- Director of Family Counseling Centers, various locations in Virginia, 1978-88
- Medical Director, The MidSouth Hospital, Memphis, Tennessee, 1988-90
- Director of Community Services, Charter Lakeside Hospital, Memphis, Tennessee, 1990-92
- Medical Director, The Psychiatric Hospital at Vanderbilt, Nashville, Tennessee, 1992-99
- Practice of general psychiatry, child psychiatry, and forensic psychiatry, 1970 to present

## EXPERIENCE IN FORENSIC PSYCHIATRY

- Employed part-time as psychiatrist at Massachusetts Correctional Institute, Concord, Mass., 1969-70
- Employed part-time as consultant to the Boston Municipal Court, 1972
- Member of Department of Forensic Psychiatry, Metropolitan Psychiatric Group, Washington, D.C., 1979-88
- Member of Forensic Psychiatry Program, Georgetown University Medical Center, Washington, D.C., 1983-88
- Consulting psychiatrist to Forensic Services Program, MidTown Mental Health Center, Memphis, Tennessee, 1988-92
- Director of Vanderbilt Forensic Services, 1992 to 2009
- Director of Division of Forensic Psychiatry, Vanderbilt University School of Medi-

Curriculum Vitae of William Bernet, M.D., page 3

      cine, 2003 to 2006
- Testified as expert witness in 34 counties in Tennessee and in the District of Columbia, Alabama, Arkansas, Arizona, Colorado, Florida, Georgia, Iowa, Kentucky, Louisiana, Maryland, Massachusetts, Mississippi, Missouri, New Mexico, Virginia, West Virginia, and Wisconsin

## FACULTY APPOINTMENTS

- Clinical Instructor in the Department of Psychiatry, Georgetown University School of Medicine, 1972-75
- Clinical Assistant Professor in the Department of Psychiatry, Georgetown University School of Medicine, 1975-88
- Clinical Assistant Professor in the Department of Psychiatry, UT-Memphis, 1988-92
- Associate Clinical Professor in the Department of Psychiatry, Vanderbilt University School of Medicine, 1992-97
- Associate Professor in the Department of Psychiatry, Vanderbilt University School of Medicine, 1998-00
- Professor in the Department of Psychiatry, Vanderbilt University School of Medicine, 2000-12
- Professor Emeritus in the Department of Psychiatry, Vanderbilt University School of Medicine, 2012 to the present
- Kennedy Center Scholar, John F. Kennedy Center for Research on Human Development, 2002 to present

## BOARD CERTIFICATION

- Certified by American Board of Psychiatry and Neurology in Psychiatry, 1974
- Certified by American Board of Psychiatry and Neurology in Child Psychiatry, 1975
- Certified by American Board of Forensic Psychiatry, 1987

- Certified by Tennessee Department of Mental Health and Mental Retardation to perform forensic evaluations, 1988 and 1993

- Listed in Tennessee Sex Offender Treatment Provider Directory, 1999 to present

## LICENSE

- Currently licensed to practice medicine in Tennessee.

Curriculum Vitae of William Bernet, M.D., page 4

## PROFESSIONAL ORGANIZATIONS

- Distinguished Life Fellow of American Psychiatric Association
  - Council on Psychiatry and Law, corresponding member, 2012
- Life Fellow of American Academy of Child and Adolescent Psychiatry
  - Committee on Rights and Legal Matters, 1992-2000
  - Work Group on Quality Issues, 1996-2005, Chairman, 1997-2005
  - Delegate to the Assembly of Regional Organizations, 1996-2004
  - Editor, *AACAP News,* 2005 to 2007
  - Treasurer, 2007 to 2011
- Life member of American Society of Adolescent Psychiatry
- American Academy of Psychiatry and the Law
- Fellow of American Academy of Forensic Sciences
- Southern Psychiatric Association
- Tennessee Association for Child and Adolescent Psychiatry, President, 1990-91
- Tennessee Association for Adolescent Psychiatry, President, 1993-2003
- American Medical Association

## MILITARY SERVICE

- Military obligation satisfied by serving in U.S. Public Health Service, 1972-74

## COMMUNITY AND PROFESSIONAL ACTIVITIES

- National Capital Medical Foundation, Inc., Washington, D.C., 1976-78
- Northern Virginia Youth Services Coalition, Fairfax, Virginia, 1982-83
- The English-Speaking Union, Memphis, Tennessee, 1988-92
- Board member of CASA (Court Appointed Special Advocate), Memphis and Shelby County Juvenile Court, 1989-92
- Board member of CASA, Davidson County Juvenile Court, 1992-96.  President of the board, 1994-95
- Character Education Committee, Metropolitan Public Schools, Nashville, 1994
- Appointed by Gov. Don Sundquist to Title 33 Revision Commission, 1999, which reviewed and made recommendations regarding Tennessee laws pertaining to individuals with mental illness and mental retardation
- Testified before committees of Tennessee legislature regarding children of divorced parents and attention-deficit/hyperactivity disorder
- Research Review and Oversight Committee (an Institutional Review Board),

Curriculum Vitae of William Bernet, M.D., page 5

Centerstone Community Mental Health Centers, Inc., 2000-02
- Presented course, "Psychiatry in the Courtroom," at Chautauqua Institution, Chautauqua, New York, August 2007
- Presented course, "Children of Divorce," at Chautauqua Institution, Chautauqua, New York, August 2008
- Editorial Board member, *The American Journal of Family Therapy,* 2008 to present
- Presented course, "Psychiatry in the Courtroom," at Chautauqua Institution, Chautauqua, New York, July 2009
- Cosmos Club, Washington, DC, 2011 to present
- Editorial Board member, *The Journal of Forensic Sciences,* 2012 to present

**AWARDS AND HONORS**

As an undergraduate at Holy Cross College, elected as a junior to Delta Epsilon Sigma Honor Society. At graduation in June 1963, received the John Wickham Memorial Prize, the Flatley Prize in Philosophy, and the Edward V. Kileen, Jr., Memorial Prize.

As chairman of the Work Group on Quality Issues of the American Academy of Child and Adolescent Psychiatry, presented with the Catchers in the Rye Award "in recognition of the Work Group's outstanding efforts in developing guidelines for the assessment and treatment of child and adolescent psychiatric disorders," 1998. The Work Group on Quality Issues was presented this award a second time in 2003.

Teaching Award, Vanderbilt Child and Adolescent Psychiatry Training Program, "in appreciation for his commitment and dedication to excellent teaching," 2001.

Designated Professor Emeritus, Vanderbilt University, 2012.

**PUBLICATIONS IN PEER-REVIEWED JOURNALS**

Bernet W. (1982). The Technique of Verbal Games in Group Therapy with Early Adolescents. *Journal of Child Psychiatry* 21:496-501

Bernet W. (1983). The Therapist's Role in Child Custody Disputes. *Journal of Child Psychiatry* 22:180-183

Bernet W. (1993). False Statements and the Differential Diagnosis of Abuse Allegations. *Journal of Child and Adolescent Psychiatry* 32:903-910. In 2010, this article was translated into Portuguese and reprinted as Falsas denúncias e o Diagnóstico diferencial das alegaões de abuso sexual in *Psicologia Revista São Paulo* 19(2):263-288.

Curriculum Vitae of William Bernet, M.D., page 6

Bernet W. (1993). Humor in Evaluating and Treating Children and Adolescents. *The Journal of Psychotherapy Practice and Research* 2:307-317

Bernet W. (1993). The Noncustodial Parent and Medical Treatment. *Bulletin of the American Academy of Psychiatry and the Law* 21:357-364. Reprinted in *Tennessee Family Law Letter* 8 TFLL 4, pp. 15-19, 1994

Bernet W. (1995). Running Scared: Therapists' Excessive Concerns About Following Rules. *Bulletin of American Academy of Psychiatry and the Law* 23:367-374

Bernet W., Chang D. K. (1997). The Differential Diagnosis of Ritual Abuse Allegations. *Journal of Forensic Sciences* 42:32-8

Bernet W. (1997). Practice Parameters for the Forensic Evaluation of Children and Adolescents Who May Have Been Physically or Sexually Abused. *Journal of Child and Adolescent Psychiatry* 36:423-442

Bernet W. (1997). Allegations of Abuse Created in a Single Interview. *Journal of Child and Adolescent Psychiatry* 36:966-970

Herman S., Bernet W. (1997). Summary of Practice Parameters for Child Custody Evaluation. *Journal of Child and Adolescent Psychiatry* 36:1784-1787

Bernet W. (guest editor) (1998). Introduction: Practice Parameters Past, Present, Future. *Journal of Child and Adolescent Psychiatry* 37:1S-3S

Bernet W. (guest editor) (1999). Introduction: Practice Parameters for the 21st Century. *Journal of Child and Adolescent Psychiatry* 38:1S-4S

Foreman T., Bernet W. (2000). A Misunderstanding Regarding the Duty to Report Suspected Abuse. *Child Maltreatment* 5: 190-196

Hamarman S., Bernet W. (2000). Evaluating and Reporting Emotional Abuse in Children: Parent-Based, Action-Based Focus Aids in Clinical Decision Making. *Journal of Child and Adolescent Psychiatry* 39:928-930. Reprinted in *The Brown University Child and Adolescent Behavior Letter* 16 (12):1, 2000

Bernet W. (guest editor) (2001). Introduction: New Format for Executive Summary of Practice Parameters. *Journal of Child and Adolescent Psychiatry* 40:1S-3S

Bernet W. (guest editor) (2002). Introduction: Tenth Anniversary of AACAP Practice Parame-

Curriculum Vitae of William Bernet, M.D., page 7


ters. *Journal of Child and Adolescent Psychiatry* 41:1S-3S

Caruso K. A., Benedek D. M., Auble, P. M., Bernet, W. (2003).  Concealment of Psychopathology in Forensic Evaluations: A Pilot Study of Intentional and Uninsightful Dissimulators. *The Journal of the American Academy of Psychiatry and the Law* 31:444-50

Farahany N., Bernet W. (2006).  Behavioural Genetics in Criminal Cases: Past, Present, Future. *Genomics, Society and Policy* 2:72-79, at www.gspjournal.com

Bernet W., Corwin D. (2006).  An Evidence-Based Approach for Estimating Present and Future Damages from Child Sexual Abuse. *The Journal of the American Academy of Psychiatry and the Law* 34:224-30

Bernet W., Vnencak-Jones C. L., Farahany N., Montgomery S. A. (2007).  Bad Nature, Bad Nurture, and Testimony regarding *MAOA* and *SLC6A4* Genotyping at Murder Trials. *The Journal of Forensic Sciences* 52:1362-1371

Edelmann, J., Bernet, W. (2007).  Setting Criteria for Ideal Reincarnation Research. *The Journal of Consciousness Studies* 14:92-101

Bernet, W. (2008).  Parental Alienation Disorder and DSM-V. *The American Journal of Family Therapy* 36:349-366

Bernet, W., Boch-Galhau, W. von, Baker, A. J. L., Morrison, S. L. (2010).  Parental Alienation, DSM-V, and ICD-11. *The American Journal of Family Therapy* 38(2):76-188

Bernet, W., Baker, A. J. L. (in press). *Parental Alienation, DSM-5, and ICD-11:* Response to Critics. *Journal of the American Academy of Psychiatry and the Law.*


**OTHER PUBLICATIONS**

Bernet F. W. (1963).  Iproniazid: Drug for the Soul. *The Biology Journal* 7:3-10

Bernet W. (1979).  The Early Adolescent in the Day Hospital. *Focus.* Fall, 1979, pp. 2-5

Bernet W. (1989).  Psychiatric Custody and Visitation Evaluations. *Tennessee Family Law Letter* 3 TFLL 2, p. 9

Meeks J., Bernet W. (1990). *The Fragile Alliance: An Orientation to the Psychiatric Treatment of the Adolescent* (4th edition).  Malabar, Florida: Krieger Publishing Company

Curriculum Vitae of William Bernet, M.D., page 8


Bernet W. (1991). Capitalization of Diagnoses in *DSM-IV*. Letter to Editor. *American Journal of Psychiatry* 148:1610

Bernet W. (1992). 1992: The 300th Anniversary of the Salem Witch Trials. *Memphis Health Care News.* June 1992

Licamele W., Bernet W. (1995). Group Therapy of Children and Adolescents. In *Comprehensive Textbook of Psychiatry*, 6th edition, edited by Kaplan H., Saddock B. Baltimore: Williams & Wilkins

Bernet W. (1995). *Children of Divorce: A Practical Guide for Parents, Attorneys, and Therapists.* New York: Vantage Press

Bernet W. (1997). Designing Visitation for Children of Divorce. *The Custody Newsletter* Issue 15:12-22

Bernet W. (1998). The Child and Adolescent Psychiatrist and the Law. In *Handbook of Child and Adolescent Psychiatry*, edited by Joseph D. Noshpitz. New York: John Wiley & Sons

Pruitt D. (editor), Berenson C., Bernet W., Joshi P., Heston J., Knapp P., MacIntyre J. (associate editors) (1998). *Your Child.* New York: HarperCollins

Bernet W. (1998). The Natural Selection of False Beliefs in Humans. *The Vanderbilt University Journal of Behavioral Ecology* 1(1): 57-75.

Bernet W. (1999). Title 33 Revision Commission. *The Tennessee Psychiatrist.* Summer

Pruitt D. (editor), Berenson C., Bernet W., Joshi P., Heston J., Knapp P., MacIntyre J. (associate editors) (1999). *Your Adolescent.* New York: HarperCollins

Bernet W. (2000). Child Maltreatment. In *Comprehensive Textbook of Psychiatry*, Seventh Edition, edited by H. I. Kaplan & B. J. Sadock. Baltimore: Williams & Wilkins

Bernet W. (2000). Psychiatry and the Law. In *Current Diagnosis and Treatment in Psychiatry*, edited by M. H. Ebert, P. T. Loosen, and B. Nurcombe. New York: McGraw-Hill

Bernet W. (2000). Interviewing Adolescents. In *Current Diagnosis and Treatment in Psychiatry*, edited by M. H. Ebert, P. T. Loosen, and B. Nurcombe. New York: McGraw-Hill

Bernet, W. (2000). Child Maltreatment. In *Current Diagnosis and Treatment in Psychiatry*, edited by M. H. Ebert, P. T. Loosen, and B. Nurcombe. New York: McGraw-Hill

Curriculum Vitae of William Bernet, M.D., page 9


Sanders R. Q., Bernet, W. (2000). Gender Identity Disorder. In *Current Diagnosis and Treatment in Psychiatry*, edited by M. H. Ebert, P. T. Loosen, and B. Nurcombe. New York: McGraw-Hill

Bernet W., Shaw J. A. (2000). Children and Adolescents Who Are Sexually Abusive of Others. Letter to the Editor. *Journal of Child and Adolescent Psychiatry* 39:810

Bernet W. (2000). Title 33 Revision Commission. *The Tennessee Psychiatrist.* Summer

Meeks J., Bernet W. (2001). *The Fragile Alliance: An Orientation to Psychotherapy of the Adolescent* (5th edition). Malabar, Florida: Krieger Publishing Company

Bernet W. (2001). The Importance of Humor in the Psychotherapy of Children and Adolescents. In *Humor and Wellness in Clinical Intervention*, edited by W. A. Salameh and W. F. Fry, Jr. Westport, CT: Praeger

Bernet W. (2001). Survey Provides Insight Into Use of AACAP Practice Parameters. *AACAP News.* November/December 2001

Bernet W. (2002). Child Custody Evaluations. *Child and Adolescent Psychiatric Clinics of North America* 11:781-804

Bernet W. (2003). The Birth and Early Life of AACAP Practice Parameters. *AACAP News.* August 2003

Bernet W., Dulcan M. K., Greenhill L. L., Pliszka S. R. (2003). Managing: Attention-Deficit/Hyperactivity Disorder, a Guidelines Pocketcard (Version 1.1). Baltimore, MD: International Guidelines Center. Version 2.0 published in 2004

Bernet W. (2004). The Psychiatrist's Role in Divorce Custody Battles. *Psychiatric Times.* December, pages 25-26

Bernet W. (2005). Child Maltreatment. In *Comprehensive Textbook of Psychiatry,* Eighth Edition, edited by B. J. Sadock & V. J. Sadock. Baltimore: Williams & Wilkins

Bernet W. (2005). Letter to Editor: Paddling is Physical and Sexual Abuse. *The Tennessean.* October 31, 2005.

Bernet W. (2006). Editor's Vision for the AACAP News. *AACAP News* 37:71 (March/April 2006)

Bernet W. (2006). Sexual Abuse Allegations in the Context of Child Custody Disputes.

Curriculum Vitae of William Bernet, M.D., page 10

In *The International Handbook of Parental Alienation Syndrome: Conceptual, Clinical and Legal Considerations*, edited by R. Gardner, R. Sauber, D. Lorandos, pages 242-263. Springfield, Illinois: Charles C Thomas

Bernet W, Ash, D. (2007). *Children of Divorce: A Practical Guide for Parents, Therapists, Attorneys, and Judges,* Second Edition. Malabar, Florida: Krieger Publishing Company

Bernet W. (2008). Forensic Psychiatry. In *Current Diagnosis and Treatment in Psychiatry*, Second Edition, edited by M. H. Ebert, P. T. Loosen, B. Nurcombe, and J. F. Leckman, pp 709-719. New York: McGraw-Hill

Bernet W. (2008). Child Maltreatment. In *Current Diagnosis and Treatment in Psychiatry*, Second Edition, edited by M. H. Ebert, P. T. Loosen, B. Nurcombe, and J. F. Leckman, pp. 628-633. New York: McGraw-Hill

Bernet W. (2008). Gender Identity Disorder. In *Current Diagnosis and Treatment in Psychiatry*, Second Edition, edited by M. H. Ebert, P. T. Loosen, B. Nurcombe, and J. F. Leckman, pp. 672-674. New York: McGraw-Hill

Bernet W. (2009). Treasurer's Report, March 2009: Although Programs Grew, No Dues Increase for Eight Years. *AACAP News* 40(3):122-23

Bernet, W., Alkhatib, A. (2009). Genomics, Behavior, and Testimony at Criminal Trials. In: *The Impact of Behavioral Sciences on Criminal Law,* edited by N. Farahany, pp. 291-315. New York: Oxford University Press

Bernet, W. (2009). Child Maltreatment. In: *Comprehensive Textbook of Psychiatry*, Ninth Edition, edited by Sadock, B. J., Sadock, V. A., Ruiz, P., pp. 3792-3805. Baltimore: Williams & Wilkins

Bernet, W. (2009). Forensic Aspects of Behavioral Genomics. In: *Wiley Encyclopedia of Forensic Science*, Jamieson, A., Moenssens, A. (eds). Chichester, UK: John Wiley and Sons

Bernet, W., Kenan, J. (2009). Child Custody and Visitation Evaluations. In: *Wiley Encyclopedia of Forensic Science*, Jamieson, A., Moenssens, A. (eds). Chichester, UK: John Wiley and Sons

Bernet, W., Ray N. (2009). Child Sexual Abuse. In: *Wiley Encyclopedia of Forensic Science*, Jamieson, A., Moenssens, A. (eds). Chichester, UK: John Wiley and Sons

Kenan, J., Bernet, W. (2009). Parental Alienation. In: *Wiley Encyclopedia of Forensic Science*, Jamieson, A., Moenssens, A. (eds). Chichester, UK: John Wiley and Sons

Curriculum Vitae of William Bernet, M.D., page 11


Bernet, W. (2010).  Parental Alienation, DSM-V, and You!  *AACAP News* 41(2):91-92. (March/
April 2010)

Bernet, W. (2010).  Letter to Editor: Parental Alienation Disorder is Real.  *Clinical Psychiatry
News.*  May 2010

Bernet, W. (2010).  AACAP Finances: Looking Back, Looking Forward.  *AACAP News*
41(4):161-162.  July/August 2010

Bernet, W., ed. (2010).  *Parental Alienation, DSM-5, and ICD-11.*  Springfield, Illinois: Charles
C Thomas

Pilla, J. M., Bernet, W. (2011).  Letter to the editor.  *Journal of the American Psychiatric Nurses
Association* 17

Bernet, W. (2011).  Globalization of Parental Alienation Syndrome.  *Academy News* (newsletter
of American Academy of Forensic Sciences) 44(3):7,35.  May 2011

Baker, A., Jaffe, P., Bernet, W., Johnston, J. (2011).  Brief Report on Parental Alienation Survey.
*AFCC News* (newsletter of Association of Family and Conciliation Courts).  May 2011.

Bernet, W., Freeman, B. W., eds. (2011).  Forensic Psychiatry.  *Child and Adolescent Psychiatric
Clinics of North America* 20(3):415-599.

Bernet, W. (2011).  Ridiculous Statements by Mental Health Experts.  *Child and Adolescent Psy-
chiatric Clinics of North America* 20(3):557-564.

Bernet, W. (2011).  Letter to the Editor.  *Journal of the Canadian Academy of Child and Adoles-
cent Psychiatry* 20(4):251.

Walker, J. S., Bernet, W. (2012).  Neuroscience and Legal Proceedings in *The Origins of
Antisocial Behavior: A Developmental Perspective,* edited by Thomas, C., and Pope, K., pp. 237-
259.  New York: Oxford University Press.

Bernet, W. (2012).  Forward.  In *Working with Alienated Children and Families: A Clinical
Guidebook,* edited by Baker, A. J. L., and Sauber, S. R., pp. vii-ix.  New York: Routledge.

Lorandos, D., Bernet, W., Sauber, S. R. (eds). (in press).  *Parental Alienation: The Handbook for
Mental Health and Legal Professionals.*  Springfield, Illinois: Charles C Thomas.

Bernet, W. (in press).  Custody and Visitation Evaluations.  In: *Wiley Encyclopedia of Forensic
Science*, 2nd ed., Jamieson, A., Moenssens, A. (eds).  Chichester, UK: John Wiley and Sons.

Curriculum Vitae of William Bernet, M.D., page 12

Bernet, W. (in press).  Genomics and Behavioral Evidence.  In: *Wiley Encyclopedia of Forensic Science*, 2nd ed., Jamieson, A., Moenssens, A. (eds).  Chichester, UK: John Wiley and Sons.

Bernet, W., Canter, J. (in press). Child Sexual Abuse. In: *Wiley Encyclopedia of Forensic Science*, 2nd ed., Jamieson, A., Moenssens, A. (eds).  Chichester, UK: John Wiley and Sons.

Bernet W. (in press).  Forensic Psychiatry.  In *Current Diagnosis and Treatment in Psychiatry*, 3rd ed., edited by M. H. Ebert, P. T. Loosen, J. F. Leckman, and I. Petrakis.  New York: McGraw-Hill.

Bernet W. (in press).  Child Maltreatment.  In *Current Diagnosis and Treatment in Psychiatry*, 3rd ed., edited by M. H. Ebert, P. T. Loosen, J. F. Leckman, and I. Petrakis.  New York: McGraw-Hill.

## BOOK REVIEWS

*Psychiatric Examination of Children, Third Edition*, by James Simmons, for the *Journal of Child Psychiatry*, 1983

*Child Custody Mediation*, by Florence Bienenfeld, for the *Journal of Child Psychiatry*, 1984

*Psychopathology in Childhood*, by Juliana Lachenmeyer, and Margaret Gibbs, for the *Journal of Child Psychiatry*, 1984

*Grown-up Abused Children*, by James Leehan and Laura Wilson, for the *International Journal of Group Psychotherapy*, 1986

*Basic Adolescent Psychiatry*, by Derek Steinberg, for the *Journal of Clinical Psychiatry*, 1989

*Sexual Trauma in Children and Adolescents: Dynamics and Treatment*, by Diane Everstine, and Louis Everstine, for the *Journal of Clinical Psychiatry*, 1990

*Instinctual Stimulation of Children: From Common Practice to Child Abuse*, by John Weil, for the *Journal of Clinical Psychiatry*, 1990

*The Uses of Writing in Psychotherapy*, by Patricia Kelley, reviewed for the *International Journal of Group Psychotherapy*, 1990

*Handbook of Psychiatric Practice in the Juvenile Court*, by Michael Kalogerakis, and the American Psychiatric Association, reviewed for the *Journal of Clinical Psychiatry*, 1992

Curriculum Vitae of William Bernet, M.D., page 13

*Psychiatric Malpractice*, by Robert Simon and Robert Sadoff, for the *Journal of Clinical Psychiatry*, 1992

*Protecting Children from Abuse and Neglect: Foundations for a New National Strategy*, by Gary B. Melton and Frank D. Barry, for the *Bulletin of Psychiatry and the Law*, 1995

*The Dilemma of Ritual Abuse: Cautions and Guides for Therapists*, edited by George A. Fraser, for *JAMA*, 1997

*Trauma and Memory: Clinical and Legal Controversies*, edited by Paul S. Appelbaum, Lisa A. Uyehara, and Mark R. Elin, for *JAMA*, 1997

*The Psychiatrist in Court: A Survival Guide* and *The Psychiatrist as Expert Witness*, by Thomas G. Gutheil, for the *Journal of Clinical Psychiatry*, 1998

*Treatment of Offenders with Mental Disorders*, edited by Robert M. Wettstein, for the *Journal of Clinical Psychiatry*, 1998

*The Nurture Assumption*, by Judith Rich Harris, for *JAMA*, 1998

*Textbook of Pediatric Neuropsychiatry*, edited by C. Edward Coffey, and Roger A. Brumback, for the *Journal of Clinical Psychiatry*, 1999

*Creating Hysteria*, by Joan Acocella, for *JAMA*, 2000

*Dangerous Sex Offenders: A Task Force Report of the American Psychiatric Association*, for the *Journal of Clinical Psychiatry*, 2000

*Memory, Trauma Treatment, and the Law*, by Daniel Brown, Alan W. Scheflin, and D. Corydon Hammond, for the *Journal of Clinical Psychiatry*, 2000

*Psychiatric Services in Jails and Prisons: A Task Force Report of the American Psychiatric Association*, second edition, for the *Journal of Clinical Psychiatry*, 2001

*School Violence: Assessment, Management, Prevention*, by Mohammad Shafii and Sharon Lee Shafii, for *JAMA*, 2001

*Children Who Remember Previous Lives: A Question of Reincarnation,* revised edition, by Ian Stevenson, for the *Journal of Child and Adolescent Psychiatry,* 2002

*Principles and Practice of Child and Adolescent Forensic Psychiatry,* edited by Diane H.

Curriculum Vitae of William Bernet, M.D., page 14


Schetky and Elissa P. Benedek, for the *Journal of Clinical Psychiatry,* 2002

*Juvenile Sexual Homicide*, by Wade C. Myers, for the *Journal of Clinical Psychiatry,* 2002

*Base Instincts: What Makes Killers Kill?,* by Jonathan H. Pincus, for *JAMA,* 2002

*Misinformation Concerning Child Sexual Abuse and Adult Survivors,* edited by Charles L. Whitfield, Joyanna Silberg, and Paul Jay Fink, for *JAMA,* 2003

*Mastering Forensic Psychiatric Practice: Advanced Strategies for the Expert Witness,* by Thomas G. Gutheil and Robert I. Simon, for the *Journal of Clinical Psychiatry,* 2003 (with Julie Alonso)

*Textbook of Forensic Psychiatry,* by Robert I. Simon and Liza H. Gold, for *JAMA,* 2004

*Accounts of Innocence: Sexual Abuse, Trauma, and the Self,* by Joseph E. Davis, for *JAMA,* 2005

*Handbook of Correctional Mental Health* edited by Charles L. Scott and Joan B. Gerbasi, for the *Journal of Clinical Psychiatry,* 2006

*Clinical Manual of Psychiatry and the Law,* by Robert I. Simon and Daniel W. Shuman, for the *Journal of Clinical Psychiatry,* 2007 (with Neelanjan Ray, M.D.)

*Contemporary Issues in Family Law and Mental Health,* by M. G. Brock and S. Saks, for the *Journal of Forensic Sciences,* 2008

*Clinical Handbook of Psychiatry and the Law,* Fourth Edition, by Paul S. Appelbaum and Thomas G. Gutheil, for *Journal of Clinical Psychiatry,* 2009

*Neuroimaging in Forensic Psychiatry: From the Clinic to the Courtroom,* by James R. Simpson, for the *Journal of Forensic Science,* 2013

*Improving the Quality of Child Custody Evaluations: A Systematic Model,* by Lauren Woodward Tolle and William T. O'Donohue, for the *Journal of the American Academy of Child and Adolescent Psychiatry,* in press.


February 2013

Exhibit K

## REFERENCES

Bernet, W. (1993). False statements and the differential diagnosis of abuse allegations. *Journal of American Academy of Child and Adolescent Psychiatry, 32,* 903-910.

Bernet W. (1997a). Practice Parameters for the Forensic Evaluation of Children and Adolescents Who May Have Been Physically or Sexually Abused. *Journal of Child and Adolescent Psychiatry,* 36,423-442.

Bernet, W. (1997b ). Case study: allegations of abuse created in a single interview. *Journal of American Academy of Child and Adolescent Psychiatry, 36,* 966-970.

Bernet, W. (2006). Sexual abuse allegations in the context of child custody disputes. In R.A.Gardner, S. R. Sauber, & D. Lorandos (Eds.), *The International Handbook of Parental Alienation Syndrome: Conceptual, Clinical and Legal Considerations* (pp. 242-263). Springfield, Illinois: Charles C Thomas.

Brown, M. R. (1926). *Legal psychology.* Indianapolis, IN: Bobbs-Merrill.

Ceci, S. *1.,* & Bruck, M. (1993). Suggestibility of the child witness: A historical review and synthesis. *Psychological Bulletin, 113,* 403-439.

Ceci, S. J. & Bruck, M. (1995). *Jeopardy in the Courtroom: A Scientific Analysis ofChildren's Testimony.* Washington, DC: American Psychological Association. Forensic Psychiatric Consultation, page 25

Ceci, S. J., Markle, F. A., & Chae, Y. J. (2005). Children's understanding of the law and legal processes. In *Children 's Understanding of Society,* edited by M. Barrett & E. Buchanan-Barrow, pp. 105-134. New York: Psychology Press.

Cohen, R. L., & Harnick, M. A. (1980). The susceptibility of child witnesses to suggestion: An empirical study. *Law and Human Behavior, 4,* 201-210.

Dale, P. S., Loftus, E. F., &Rathbun, L. (1978).The influence of the form of the question on the eyewitness testimony of preschool children. *Journal of Psycholinguistic Research,* 7, 269-277.

Dent, H. R., & Stephenson, G. M. (1979). An experimental study ofthe effectiveness of different techniques of questioning child witnesses. *British Journal of Social and Clinical Psychology, 18,* 41-51.

Gardner, D. S. (1933).The perception and memory of witnesses. *Cornell Law Quarterly, 18,* 391-409.

Loftus, E. F. (1975). Leading questions and the eyewitness report. *Cognitive Psychology,* 7, 560-572.

Loftus, E. F. (1979). *Eyewitness testimony.* Cambridge, MA: Harvard University Press.

Marin, B. V., Holmes, D. L., Guth, M., &Kovac, P. (1979). The potential of children as eyewitnesses: A comparison of children and adults on eyewitness tasks. *Law and Human Behavior, 3,* 295-306.

McCarty, D. G. *(1929).Psychologyfor the lawyer.* New York: Prentice-Hall.

Mtinsterberg, H. (1908). *On the witness stand: Essays on psychology and crime.* Garden City, NY: Doubleday, Page.

Pear, T. H., & Wyatt, S. (1914). The testimony of normal and mentally defective children. *British Journal of Psychology, 6,* 387-419.

Stern, W. (1910).Abstracts of lectures on the psychology oftestimony and on the study of individuality. *The American Journal of Psychology, 21,* 270-282.

Whipple, G. M. (1909). The observer as reporter: A survey of the 'psychology of testimony.' *Psychological Bulletin, 6,* 153-170.

Whipple, G. M. (1911). Psychology of testimony and report. *Psychological Bulletin, 8,* 307-311. Forensic Psychiatric Consultation, page 26

Zimbardo, P. G. (1967). The psychology of police confessions. *Psychology Today, 1,* 17-27.