1
2
3
4
5
6
7
8
9

Honorable Judge Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

10  | CLYDE RAY SPENCER, MATTHEW RAY
11  | SPENCER, and KATHRYN E. TETZ,

                                Plaintiffs,

12
13                          v.

14  | FORMER DEPUTY PROSECUTING
    | ATTORNEY FOR CLARK COUNTY
15  | JAMES M. PETERS, DETECTIVE
    | SHARON KRAUSE, SERGEANT
16  | MICHAEL DAVIDSON, CLARK COUNTY
    | PROSECUTOR'S OFFICE, CLARK
17  | COUNTY SHERIFF'S OFFICE, THE
    | COUNTY OF CLARK, SHIRLEY
18  | SPENCER, and JOHN DOES ONE
    | THROUGH TEN,

                                Defendants.

NO.  C11-5424-BHS

STIPULATION AND
[PROPOSED] ORDER
CONTINUING TRIAL AND
PRETRIAL DATES

NOTE ON MOTION CALENDAR:
FEBRUARY 19, 2013

19
20
21                     **I.    STIPULATION**

22          The Parties, through their counsel, stipulate as follows and respectfully request the

23   Court enter the proposed Order Continuing Trial and Pretrial Dates.   Counsel notified

24   Courtroom Deputy Gretchen Craft of the Parties' stipulation and request for an order

25   continuing the trial and pretrial dates by telephone on February 15, 2013, and were asked to

26

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL AND PRETRIAL DATES
NO. C11-5424-BHS          - 1

1    submit this Stipulation and Proposed Order for the Court's consideration.

2         Trial is currently scheduled to commence on April 16, 2013.  Dkt. 49.  On February 13,

3    2013, this Court entered an Order Denying Defendants' Motion to Strike Plaintiff's Second

4    Supplemental Disclosure and to Bar Testimony, in which the Court conditioned plaintiff's use

5    of a newly disclosed witness, Menona Landrum, upon the following, in part:  "The Court will

6    allow Defendants to conduct supplemental discovery regarding the allegations surrounding the

7    quitclaim deed and depose Ms. Landrum. . . .  Additionally, upon a showing that Defendants

8    are unable to fully respond to Spencer's newly disclosed evidence before trial, the Court will

9    consider a motion to continue the trial date."  Dkt. 149, p. 5.

10        All three Defendants have summary judgment motions pending.  Dkt. 133, Dkt. 135

11   and Dkt. 139.  Plaintiff's responsive pleadings to all three motions were filed on February 14,

12   2013, and include citation to and argument regarding the newly disclosed witness and quit

13   claim deed.  Dkt. 150, Dkt. 151 and Dkt. 152.  Defendants' reply pleadings are due next

14   Friday, February 22, 2012.  Dkt. 141.  Defendants intend to conduct supplemental discovery

15   regarding the quit claim deed and knowledge and testimony of Ms. Landrum, including at least

16   retaining a handwriting expert for consultation and possible testimony, requesting production

17   of other documents notarized by Ms. Landrum and possibly plaintiff, and deposing Ms.

18   Landrum.  Defendants will be unable to conduct this supplemental discovery in time to fully

19   respond to the newly disclosed evidence in the summary judgment reply pleadings due next

20   Friday.

21        Counsel for all parties conducted a telephone conference call the morning of February

22   15, 2013, during which counsel for Defendants set forth their position regarding the need for

23   more time to conduct the supplemental discovery, and counsel for plaintiff stipulates that

24   additional time is needed.  During the telephone conference call, all counsel also addressed the

25   subject of conducting the Local Rule CR 39.1 settlement conference required under the current

26

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL AND PRETRIAL DATES
NO. C11-5424-BHS          - 2

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone: (360) 534-9960
Facsimile:  (360) 534-9959

1  scheduling Order to be completed by today (Dkt. 49), and the Parties agree that such

2  discussions are premature given the status of additional discovery and pending motions.  The

3  Parties agree that the trial date should be continued, with new corresponding pretrial dates

4  which allow all Parties to fully and fairly comply with all obligations and deadlines.

5          Given the following conflicts for trial counsel for the Parties, the Parties respectfully

6  request that the trial date in this matter be continued to January, 2014.

7          Counsel for Plaintiff:  unavailable December 9-18, 2013;

8          Counsel for Defendant Peters:  unavailable prior to October 27, 2013, also unavailable

9  November 12-18, 2013;

10          Counsel for Defendant Krause:  unavailable May 1-23, 2014;

11          Counsel for Defendant Davidson:  unavailable September 9-20, 2013; November 4-15,

12  2013; February 3-28, 2014.

13          Regarding the Defendants' pending summary judgment motions, the Parties agree that

14  the newly disclosed evidence has no bearing on the claims against Defendant Peters, so

15  Defendant Peters' reply brief will remain due on February 22, 2013.  However, Defendants

16  Davidson's and Krause's reply briefs will be due five court days (excluding weekends and

17  federal holidays) after Defendants Davidson and Krause receive the transcript of Ms. Landrum's

18  deposition, and the summary judgment motions will be noted for the next Friday that is at least

19  five court days after Defendants Davidson and Krause receive that transcript.

20          So stipulated and agreed:

21     _/s/ Kathleen T. Zellner_                          _/s/ Daniel T. Davies_____

22     Kathleen T. Zellner & Associates, P.C.          Daniel T. Davies, WSBA #41793
       Admitted *pro hac vice*                          Local Counsel
23     1901 Butterfield Road, Suite 650                Davis Wright Tremaine LLP
       Downers Grove, Illinois  60515                  1201 Third Ave., Suite 2200
24     Phone:  (630) 955-1212                          Seattle, WA  98101-3045
       Fax:  (630) 955-1111                            Phone:  (206) 757-8286
25     Email:  Kathleen.zellner@gmail.com              Email:  dandavies@dwt.com
       Attorney for Plaintiffs                          Attorney for Plaintiffs
26

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

1     /s/ Guy Bogdanovich                    /s/ Patricia C. Fetterly       
   Guy Bogdanovich, WSBA #14777        Patricia C. Fetterly, WSBA #8425

2  Law, Lyman, Daniel Kamerrer &               Assistant Attorney General
   Bogdanovich, P.S.                                  P.O. Box 40126

3  P.O. Box 11880                             Olympia, WA 98504-0116
   Olympia, WA 98508-1880               Phone:  (360) 586-6300

4  Phone:  (360) 754-3480                 Fax:  (360) 586-6655
   Fax: (360) 357-3511                     Email:  PatriciaF1@atg.wa.gov

5  Email:  gbogdanovich@lldkb.com        Attorneys for Defendant Peters
   Attorneys for Defendant Krause

6

7

8     /s/ Jeff Freimund         
   Jeffrey A.O. Freimund, WSBA #17384

9  Freimund Jackson Tardif &
   Benedict Garratt, PLLC

10 711 Capitol Way S., Suite 602
   Olympia, WA 98502

11 Phone:  (360) 534-9960
   Fax:  (360) 534-9959

12 Email:  jeffF@fjtlaw.com
   Attorneys for Defendant Davidson

13

14

15                          **II.    ORDER**

16     Based on the foregoing stipulation,

17     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the trial date in this

18 matter is continued to _____, 2014, and that a new Order will be entered setting pretrial

19 dates accordingly.

20     IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that

21 Defendants Davidson's and Krause's pending summary judgment motions (Dkt. 133 and Dkt.

22 139) are hereby continued, and should be re-noted for the first Friday that falls five court days

23 after Defendants Davidson and Krause receive the transcript of Ms. Landrum's deposition.

24 Defendants Davidson's and Krause's reply briefs in support of their pending summary judgment

25 motions shall be due five court days after Defendants Davidson and Krause receive the

26

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL AND PRETRIAL DATES
NO. C11-5424-BHS        - 4

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

1    transcript of Ms. Landrum's deposition.  Defendant Peters' reply brief remains due on February

2    22, 2013, as currently noted based on the Parties' stipulation the newly discovered evidence has

3    no bearing on Defendant Peters' summary judgment motion.

4           DONE IN OPEN COURT this _____ day of February, 2013.

5

6                                 _____

7                                 U. S. DISTRICT JUDGE BENJAMIN H. SETTLE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL AND PRETRIAL DATES
NO. C11-5424-BHS          - 5

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that on February 16, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

4

5

6

7

8

9

10

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiff Clyde Ray Spencer
dandavies@dwt.com
Daniel J. Judge, Attorney for Defendant James M. Peters
danielj@atg.wa.gov
Patricia C. Fetterly, Attorney for Defendant James M. Peters
Patriciaf1@atg.wa.gov
Guy Bogdanovich, Attorney for Defendant Sharon Krause
gbogdanovich@lldkb.com

11

12

13

14

15

16

17

_s/Kathrine Sisson_____
KATHRINE SISSON
Legal Assistant to
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif
 & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA  98502
Telephone:  (360) 534-9960
Fax:  (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Michael Davidson

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL AND PRETRIAL DATES
NO. C11-5424-BHS            - 6 -

FREIMUND JACKSON TARDIF & BENEDICT GARRATT, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959