Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES M. PETERS, et al.,<br><br>　　　　Defendants. | No. C11-5424BHS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, INSTANTER<br><br>**NOTE ON MOTION CALENDAR:**<br>Friday, March 8, 2013 |

THIS MATTER having come before the Court on Plaintiff's Motion for Leave to File Supplemental Declaration of Kathleen T. Zellner In Support of Plaintiff's Responses to Defendants' Motions for Summary Judgment, Instanter, and the court having reviewed all pleadings filed herein, including the Defendants' responsive pleadings and all pleadings filed by Plaintiff in reply, it is hereby ordered:

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF
KATHLEEN T. ZELLNER, INSTANTER (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

1  ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Leave to File
2  Supplemental Declaration of Kathleen T. Zellner In Support of Plaintiff's Responses to
3  Defendants' Motions for Summary Judgment, Instanter is hereby GRANTED.
4  DATED this ___ day of March, 2013.

5

6

7

8
   BENJAMIN H. SETTLE
9  United States District Judge

10

11  Presented by:

12  /s/ Kathleen T. Zellner
    Kathleen T. Zellner & Associates, P.C.
13  Admitted *pro hac vice*
    1901 Butterfield Road
14  Suite 650
    Downers Grove, Illinois 60515
15  Phone: (630) 955-1212
16  Fax: (630) 955-1111
    kathleen.zellner@gmial.com
17  Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF
KATHLEEN T. ZELLNER, INSTANTER (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

I hereby certify that on February 18, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Daniel J. Judge<br>Robert M. McKenna<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA 98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | |
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

        /s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF
KATHLEEN T. ZELLNER, INSTANTER (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax