The Honorable Benjamin Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO. C11-5424BHS<br><br>SUPPLEMENTAL DECLARATION OF PATRICIA C. FETTERLY |

I, Patricia C. Fetterly, make the following declaration under penalty of perjury:

I am attorney for defendant James M. Peters and make this declaration based upon my personal knowledge.

Attached hereto as Exhibit A is a copy of the report of the Sacramento County Sheriff's Department dated August 29, 1984 which was inadvertently not included as an exhibit to my declaration (Dkt. 138) filed in support of the renewed motion for summary judgment of defendant James Peters.

SUPPLEMENTAL DECL. OF PATRICIA C. FETTERLY
No. 11-5424 BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1  I have reviewed the DVD of the December 11, 1984 video interview of Kathryn Spencer conducted by James Peters. The audio for much of the recording is very poor, with some portions inaudible. In his response plaintiff offers a statement purportedly made by Deanne Spencer, Kathryn's mother who was present during the interview, "let's get Ray one more time." (Dkt 138-18 at 566). Plaintiff offers this in support of his theory that defendant Peters conspired with others to falsely accuse plaintiff of a crime he did not commit. A review of the actual audio DVD doesn't necessary support this statement or this interpretation. The DVD has been placed in the record at Dkt. 96. Prior to a transcript being made by a court reporter which is now in the record (Dkt. 138-17), plaintiff's counsel prepared their own transcript which has been filed in the record at Dkt. 95.

When the DVD is viewed and the audio listened to, the following occurs:

At 10:09 a.m. (Chapter 3, video index 10:35; transcript p. 12, lns. 7-8 ) Mr. Peters introduces three anatomically correct soft-body dolls to aid in his interview with Kathryn. Two dolls are selected, a male and female. After some discussion, Kathryn agrees that the female doll is "Katie" and it represents her (10:11 a.m., video index 12:49; transcript p. 14, lns. 5-18). Shortly after that, Kathryn says the male doll is "Daddy" (10:14 a.m.; Chapter 3, video index 15:52; transcript p. 16, lns. 20-22).

Mr. Peters continues the interview with Kathryn, using the dolls and asking her if she can show what Daddy did. Once Kathryn has given some information about sexual activity with her father, Mr. Peters explains to Kathryn that it's important for her to show what happened because she will have to tell the judge (10:40 a.m., Chapter 7, video index 41:15; transcript p. 40, lns. 14-16). Mr. Peters asks a few more questions, and Deanne Spencer, who is also present, tells

SUPPLEMENTAL DECL. OF PATRICIA
C. FETTERLY
No. 11-5424 BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Kathryn, "That's why we need you to just show us one more time." (10:40 a.m., Chapter 7, video index 41.46; transcript, p. 40, lns. 2-3.)

By this time, Kathryn, who is sitting on Deanne Spencer's lap, has turned away from the dolls on the desk top, toward the video camera. Mr. Peters asks if Kathryn would like the video operator to leave. Deanne asks, "…If he goes out, can you show us?" In what is apparently encouragement for her daughter to show what happened, Mrs. Spencer gently turns Kathryn back toward the dolls and speaking in a very soft voice, says, "Okay." The next sentence is nearly inaudible. The court reporter who prepared the 11/26/12 transcript that plaintiffs rely on transcribed the sentence as "Then let's get Ray one more time." But in the first transcript proposed by plaintiffs, Exhibit 2 to the Declaration of Douglas H. Johnson (Dkt. 95), on page 11 the sentence is transcribed, "Then let's get brave one more time" which is more in context with the actions in the video. *See* Exhibit B hereto. After that statement, Deanne takes Kathryn's hand and says, "Squeeze my hand." (10:41 a.m., Chapter 7, video index 42:10; transcript p. 40, lns. 2-14.)

While Deanne Spencer's comment to Kathryn just prior to Deanne stating "Squeeze my hand" is unclear, from the context of the video, the tone of the voices, and the participants' actions, it appears that Deanne was only trying to reassure her daughter and turn her direction back to the dolls, one of whom is identified as Ray Spencer (hence an encouragement to pick up and demonstrate with the "Ray" doll), not make any statement about "getting" Ray.

Signed under penalty of perjury under the laws of the State of Washington this 22nd day of February, 2013 at Tumwater, Washington.

_____
PATRICIA C. FETTERLY

SUPPLEMENTAL DECL. OF PATRICIA C. FETTERLY
No. 11-5424 BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd of February, 2013, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiffs attorney:

**Plaintiffs' Attorneys:**

dandavies@dwt.com
kathleen.zellner@gmail.com
dhjohnson43@aol.com


AND TO

**Attorney for Co-Defendants Krause, Clark Co. Sheriff's Office, Clark Co. Prosecutor's Office:**

Bernard.veljacic@clark.wa.gov
western@wscd.com
gbogdanovich@lldkb.com
jefff@fjtlaw.com


By: s/Patricia C. Fetterly
PATRICIA C. FETTERLY, WSBA No. 8425
Assistant Attorney General
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
P.O. Box 40126
Olympia, WA 98504-0116
Telephone: (360) 586-6300
Fax: (360) 586-6655
E-mail: PatriciaF1@atg.wa.gov
Attorneys for Defendant Peters

SUPPLEMENTAL DECL. OF PATRICIA C. FETTERLY
No. 11-5424 BHS

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
(360) 586-6300

CCSO-84-8506

## SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
### ROBBIE WATERS, SHERIFF
# CRIME REPORT

**REPORT NO.** 84-65451

**DISPOSITION:** ☒ FURTHER INVEST.

**CRIME TITLE:** Assist outside Agency

**LOCATION OF OCCURRENCE:** Yacolt, Washington
**REPORT DATE:** 8-29-84  **HRS:** 1000

**V — NAME:** Spencer, Katherine   **RACE:** W  **SEX:** F  **AGE:** 5  **BIRTHDATE:** 1-13-79
**RESIDENCE ADDRESS:** 3930 Becerra Way   Sacto.
**RES. PHONE:** 482-6057

**R — NAME:** Spencer, Shirley   **RACE:** W  **SEX:** F  **AGE:** 42  **BIRTHDATE:** 4-27-42
**RESIDENCE ADDRESS:** 17681 Lucia Falls Rd.   Yacolt Wa.
**RES. PHONE:** (206)687-1407

**SYNOPSIS OF CRIME:** Reporting person advised that victim told her that the suspect had molested her and had oral sex with her.

EXHIBIT A

**INVESTIGATING OFFICER:** Flood   **BADGE:** 76   **DIVISION:** SAB

7401 FORM 012 - Rev 1/83

5

**SACRAMENTO COUNTY SHERIFF'S DEPARTMENT**
ROBBIE WATERS, SHERIFF

**84-65451**

| VICTIM (LIST FIRST VICTIM ONLY, IF MORE THAN ONE.) |
|---|
| Spencer, Katherine |

## ADDITIONAL CRIMES

REPORT NUMBER

| CRIME TITLE | SECTION | F | M |
|---|---|---|---|
| | | | |
| H | | | |
| I | | | |
| J | | | |

## ADDITIONAL VICTIMS/REPORTING PERSON/WITNESSES

| | NAME (LAST, FIRST, MIDDLE) | RACE | SEX | AGE | BIRTHDATE | A/F | B/G | C/H | D/I | E/J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Spencer, Deanne Sue | W | F | 34 | 2-4-50 | | | | | |
| RES. | ADDRESS: 3930 Becerra Way | | | | RES. PHONE: 482-6057 | BUS. PHONE: 920-0256 Ext 45 | | | | |
| BUS. | (IF JUVENILE, NAME OF SCHOOL) | | | | OCCUPATION | VICTIM'S VEHICLE (YEAR, MFG., MODEL, LIC. #) | | | | |

(additional blank witness/victim rows)

## ADDITIONAL VEHICLES

| LICENSE NUMBER | STATE | MANUFACTURER | MAKE | MODEL | YEAR | COLORS – TOP / BOTTOM |
|---|---|---|---|---|---|---|
| | | | | | | |

CHARACTERISTICS: (1) DAMAGE (BODY, WINDOWS, INTERIOR, REPAIRS) (2) WHEELS (MAG, CHROME, OVERSIZE) (3) INTERIOR DESCRIPTION

| LICENSE NUMBER | STATE | MANUFACTURER | MAKE | MODEL | YEAR | COLORS – TOP / BOTTOM |
|---|---|---|---|---|---|---|
| | | | | | | |

CHARACTERISTICS: (1) DAMAGE (BODY, WINDOWS, INTERIOR, REPAIRS) (2) WHEELS (MAG, CHROME, OVERSIZE) (3) INTERIOR DESCRIPTION

| REPORTING OFFICER | BADGE NO. | DATE OF REPORT |
|---|---|---|
| Flood | 76 | 8-29-84 |

7491 FORM 050 (Rev. 1/84)

6

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
Robbie Waters, Sheriff
CONTINUATION REPORT

REPORT NUMBER: 84-65451

| AUTHORITY | SECTION | FEL | MISD | INTERVIEW | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|---|---|---|---|
| ASSIST O/S AGENCY | | | | | 8 | 29 | 84 | 1000 |

| COMPLAINANT/VICTIM | ADDRESS |
|---|---|
| SPENCER, Kathryn | 3930 Becerra Way |

| PERSON INTERVIEWED (LAST, FIRST, MIDDLE) | V/RP/W/S # | LOCATION OF INTERVIEW |
|---|---|---|
| SPENCER, Raymond | S-1 | Telephone |

DATE/TIME — REPORT INFORMATION IN THE CHRONOLOGICAL ORDER IT OCCURRED.

I received information via Sgt. Humphrey who received information from Child Protective Services that a local minor by the name of Kathryn SPENCER had related that she had been molested. This information was received through Child Protective Services in Yacolt, Washington. The stepmother of the victim had made contact with CPS in that area.

I received the information and made a long distant phone call to the stepmother. I was advised by the person answering the phone that his name was Ray SPENCER, the father of the victim. The following is a brief summary of that telephone conversation:

> Kathryn and Matt are my kids and they came up to spend six weeks with us during the summer for visitation. I am a police officer and work in the City although I live in the County.
>
> The last time both were here they were withdrawn but I didn't think anything of it. This time I left on Saturday, the 25th of August, to go to a seminar that has to do with police business. When I returned, my current wife told me that Kathryn had told her that she had been molested. She indicated that my exwife had fondled her and they play with each others pee pee.
>
> My wife also indicated to me that Kathryn had told her that I had let her play with my pee pee and that I had played with her's and that she was very explicit. My exwife came on the morning of the 26th and picked up the two kids and went back down to Sacramento. As I understand it, Kathryn understands the sexual advancements

| INVESTIGATING OFFICER(S) | BADGE | DIV | APPROVING SUPERVISOR | PAGE |
|---|---|---|---|---|
| DET. P. FLOOD | #76 | SEX ASSAULTS | | 1 |

7401 FORM 013-2 (REV 1/83)

**Robbie Waters, Sheriff**
**CONTINUATION REPORT**

REPORT NUMBER: 84-65451

| AUTHORITY | SECTION | FEL | MISD | INTERVIEW | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|---|---|---|---|
| ASSIST O/S AGENCY | | | | | 8 | 29 | 84 | 1000 |

| COMPLAINANT/VICTIM | ADDRESS |
|---|---|
| SPENCER, Kathryn | 3930 Becerra Way |

| PERSON INTERVIEWED (LAST, FIRST, MIDDLE) | V/RP/W/S # | LOCATION OF INTERVIEW |
|---|---|---|
| SPENCER, Raymond | S-1 | Telephone |

DATE/TIME — REPORT INFORMATION IN THE CHRONOLOGICAL ORDER IT OCCURRED.

Continued Page 2

as a sign of affection and love. I can't figure it out and she can't figure out why her real dad doesn't do this to her. My wife didn't tell me about this until after I returned home from the trip. When she did, I contacted our local authorities.

One different type of incident that occurred when my kids were here on this last visit was that my wife and I sleep in one bedroom and my two kids and my wife's one child slept in the same bedroom which is adjacent to our's. One night when we were making love, Matt came into the room and I guess was standing there for about 10 or 15 minutes. When we had finished and we noticed him, he asked why my wife was making so much noise. We kind of put it off and put him back to bed. The next day he asked the same question and then I decided it was time to tell him a few things and I explained what we were doing was making love and that's what people that are love or married do. He said that he understood all that but he still wanted to know why she was making noise.

END OF STATEMENT

At this point I asked if his current wife Shirley was available to speak to me. He advised that she was and she took the phone.

| INVESTIGATING OFFICER(S) | BADGE | DIV | APPROVING SUPERVISOR | PAGE |
|---|---|---|---|---|
| DET. P. FLOOD | #76 | SEX ASSAULTS | [signature] X2 | 2 SS |

7401 FORM 013-2 (REV 1/83)

8

**Robbie Waters, Sheriff**
**CONTINUATION REPORT**

REPORT NUMBER: 84-65451

| AUTHORITY | SECTION | FEL | MISD | INTERVIEW | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|---|---|---|---|
| ASSIST O/S AGENCY | | | | | 8 | 29 | 84 | 1000 |

| COMPLAINANT/VICTIM | ADDRESS |
|---|---|
| SPENCER, Kathryn | 3930 Becerra Way |

| PERSON INTERVIEWED (LAST, FIRST, MIDDLE) | V/RP/W/S # | LOCATION OF INTERVIEW |
|---|---|---|
| SPENCER, Shirley | R | Telephone |

REPORT INFORMATION IN THE CHRONOLOGICAL ORDER IT OCCURRED.

I got on the phone with Shirley SPENCER who sounded extremely upset. Her voice was quivering but was in a muffled tone. She indicated the following information:

On Friday night all of us slept downstairs because that was going to be Ray's last night at home with the kids. He had to go away for a school and this was going to be the last night that the kids saw him. On Saturday Ray left for his trip. Saturday night we all stayed downstairs again watching a video movie. Kathryn wanted to rub my tummy and so I said that was okay. She kept moving my bathrobe off my top attempting to expose my breasts and one time she put her hand too far down toward the vaginal area. I told her this was unacceptable. She asked me, "want to rub my pee pee" and she wanted me to rub her pee pee because she said it felt good. This type of information got me interested and I asked her questions about certain things and she gave me some information. One time while her dad was hunting, Kathryn said that her mom wanted her to rub her titties and pee pee. Then another time while mom was at work, daddy wanted me to rub his pee pee and he rubbed her's.

One time Kathryn told me about a time that she sat on her father's lap with her father's penis between her legs. She put it in her mouth and he tried to put his penis into her pee pee but it hurt. Kathyrn also told me about her daddy kissing her on her pee pee. When I asked her how often this occurred she said lots of times. When I asked if it occurred maybe five times,

| INVESTIGATING OFFICER(S) | BADGE | DIV | APPROVING SUPERVISOR | PAGE |
|---|---|---|---|---|
| DET. P. FLOOD | #76 | SEX ASSAULTS | | 1 ss |

7401 FORM 013-2 (REV 1/83)

**Robbie Waters, Sheriff**
**CONTINUATION REPORT**

REPORT NUMBER: 84-65451

| AUTHORITY | SECTION | FEL | MISD | INTERVIEW | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|---|---|---|---|
| ASSIST O/S AGENCY | | | | | 8 | 29 | 84 | 1000 |

COMPLAINANT/VICTIM: SPENCER, Kathryn
ADDRESS: 3930 Becerra Way

PERSON INTERVIEWED (LAST, FIRST, MIDDLE): SPENCER, Shirley
V/RP/W/S #: R
LOCATION OF INTERVIEW: Telephone

DATE/TIME — REPORT INFORMATION IN THE CHRONOLOGICAL ORDER IT OCCURRED.

Continued Page 2

she just kept insisting it was lots of times. She told me that she watched her dad make love to mommy before he got married and we got married in July of '83.

I questioned her story the next day and it was the same. She told me that her daddy told her not to tell anyone or mommy Deanne. The next day she also still wanted to have her pee pee rubbed because it felt good.

At this point I requested that Shirley SPENCER contact the local law enforcement agency and have them interview her for an assist outside agency to this agency and have the report sent to this officer. Ray SPENCER got back on the phone and I also advised him that I wanted a report sent to me from the local agency after interviews had been taken of Shirley and Ray.

At this point I was concerned for the welfare of the children and it was possible that the mother was living with another man and that man was the one involved in the molests.

Det. Rich Madrigal and I went to the SPENCER residence on Becerra Way to check on the welfare of the children.

INVESTIGATING OFFICER(S): DET. P. FLOOD
BADGE: #76
DIV: SEX ASSAULTS
APPROVING SUPERVISOR: [signature]
PAGE: 2

7401 FORM 013-2 (REV 1/83)

## SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
### Robbie Waters, Sheriff
### CONTINUATION REPORT

REPORT NUMBER: 84-65451

| AUTHORITY | SECTION | FEL | MISD | INTERVIEW | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|---|---|---|---|
| ASSIST O/S AGENCY | | | | | 8 | 29 | 84 | 1115 |

| COMPLAINANT/VICTIM | ADDRESS |
|---|---|
| SPENCER, Kathryn | 3930 Becerra Way |

| PERSON INTERVIEWED (LAST, FIRST, MIDDLE) | V/RP/W/S # | LOCATION OF INTERVIEW |
|---|---|---|
| Kathryn SPENCER | V | 3930 Becerra Way |

DATE/TIME — REPORT INFORMATION IN THE CHRONOLOGICAL ORDER IT OCCURRED.

Det. Madrigal and I made contact at the Becerra residence. Present at the house were Kathryn SPENCER, her brother Matt SPENCER and a babysitter. We identified ourselves to the babysitter and asked if we could come in and talk to the minors. This officer went into the kitchen to speak with Kathryn while Det. Madrigal took the older brother Matthew outside. Kathryn was extremely shy in talking to me about these things although prior to bringing this subject up she was very vocal.

She indicated that <u>her mother did touch her on her potty but only when she was putting medicine on it.</u> She indicated that she did tell Shirley everything that Shirley advised me of but then when asked to explain it or asked specific questions about it, she would say that she couldn't remember the words so she couldn't tell me. I also asked if someone had told her not to tell about it and she indicated by shaking her head yes. When asked if someone had touched her pee pee she shook her head yes and when asked who, she would say daddy and then a few moments later she said not daddy, no one.

Kathryn indicated that her and her father played a game but she didn't want to talk about the game. When asked if someone had touched her on her pee pee, she would say yes, stop and think for a moment, and then indicate that it was her mother putting on the medicine.

| INVESTIGATING OFFICER(S) | BADGE | DIV | APPROVING SUPERVISOR | PAGE |
|---|---|---|---|---|
| DET. P. FLOOD | #76 | SEX ASSAULTS | [signature] | 1 ss |

7401 FORM 013-2 (REV 1/83)

11

**Robbie Waters, Sheriff**
**CONTINUATION REPORT**

REPORT NUMBER: 84-65451

| AUTHORITY | SECTION | FEL | MISD | INTERVIEW | MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|---|---|---|---|
| ASSIST O/S AGENCY | | | | | 8 | 29 | 84 | 1115 |

| COMPLAINANT/VICTIM | ADDRESS |
|---|---|
| SPENCER, Kathryn | 3930 Becerra Way |

| PERSON INTERVIEWED (LAST, FIRST, MIDDLE) | V/RP/W/S # | LOCATION OF INTERVIEW |
|---|---|---|
| SPENCER, Matthew | | 3930 Becerra Way |

DATE/TIME — REPORT INFORMATION IN THE CHRONOLOGICAL ORDER IT OCCURRED.

I made contact with Matthew, the brother of the victim in this case and he indicated that he knew nothing about what we were talking about. He indicated his mother nor father had any inappropriate actions toward him. He had not been touched in any way and nobody had made any advances toward him. He also indicated that his sister had not told him anything about this in the past but indicated that she does tell stories and change her stories a lot. That's usually to get out of trouble.

| INVESTIGATING OFFICER(S) | BADGE | DIV | APPROVING SUPERVISOR | PAGE |
|---|---|---|---|---|
| DET. P. FLOOD | #76 | SEX ASSAULTS | [signature] | 1 SS |

7401 FORM 013-2 (REV 1/83)

12

**Robbie Waters, Sheriff**
**CONTINUATION REPORT**

REPORT NUMBER: 84-65451

| AUTHORITY | SECTION | FEL | MISD | INTERVIEW MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|---|---|---|
| ASSIST O/S AGENCY | | | | 8 | 29 | 84 | 1115 |

| COMPLAINANT/VICTIM | ADDRESS |
|---|---|
| SPENCER, Kathryn | 3930 Becerra Way |

| PERSON INTERVIEWED (LAST, FIRST, MIDDLE) | V/RP/W/S # | LOCATION OF INTERVIEW |
|---|---|---|
| SPENCER, Deanne Sue | | 3930 Becerra Way |

DATE/TIME — REPORT INFORMATION IN THE CHRONOLOGICAL ORDER IT OCCURRED.

After interviewing the children I was advised that the mother of the victim, Deanne SPENCER, was going to be returning home shortly. She arrived at the home at approximately 12:15 and was advised that her daughter was a possible victim of molest. SPENCER's first words were, "I should have listened to my sister." When I asked her about this she indicated that her sister had thought that Ray had been molesting Kathryn several years ago. The following is a brief summary of the information given by Deanne SPENCER.

Kathryn and Matthew are my children and they were fathered by Ray SPENCER. We lived in Washington and I left him sometime ago because of some weird things that he was doing.

My sister had told me that she was worried about Kathryn and my exhusband. She said that something was not right but she couldn't elaborate what.

I have not had any men come and stay at the house for quite a long time. There was a man that was there and bothered the children so I would not let a man stay in the house any longer. The children are never left alone with a man while they're with me. When they're up in Washington with their father I don't know what is happening. Neither Matthew or Kathryn has told me anything about this. This is the first I've heard of it.

After the situation was explained to the mother, she was given the phone number for UCD Medical Center for a scan to be done at her

| INVESTIGATING OFFICER(S) | BADGE | DIV | APPROVING SUPERVISOR | PAGE |
|---|---|---|---|---|
| DET. P. FLOOD | #76 | SEX ASSAULTS | | 1 |

**Robbie Waters, Sheriff**
**CONTINUATION REPORT**

REPORT NUMBER: 84-65451

| AUTHORITY | SECTION | FEL | MISD | INTERVIEW MONTH | DAY | YEAR | TIME |
|---|---|---|---|---|---|---|---|
| DIST O/S AGENCY | | | | 8 | 29 | 84 | 1115 |

COMPLAINANT/VICTIM: SPENCER, Kathryn
ADDRESS: 3930 Becerra Way

PERSON INTERVIEWED (LAST, FIRST, MIDDLE): SPENCER, Deanne Sue
LOCATION OF INTERVIEW: 3930 Becerra Way

Continued Page 2

convenience. She indicated that she had not touched her daughter nor allowed her daughter to touch her in any place that was inappropriate only the stroking and scratching of backs and arms and possibly legs.

I arranged with her to have her come with Kathryn to SSD for another interview, this time using anatomical dolls. She indicated that she would make that appointment and she was also going to advise the school that Kathryn was going to of the situation so that they might be able to help if Kathryn said or did anything at school.

INVESTIGATING OFFICER(S): DET. P. FLOOD
BADGE: #76
DIV: SEX ASSAULTS
PAGE: 2

judge...We talked about a judge yesterday when we went in the courtroom, right? Remember going in the courtroom?
**Peters:** Sharon can't tell the judge what happened. Sharon can't tell your daddy's doctor what happened.
**Peters:** But you can. You can.
**Peters:** 'Cause they'll think maybe Sharon made a mistake or, or that Sharon made it up or something.
**Deanne:** That's why we need you to show us one more time. You want to sit on the floor and show us?
**Peters:** You want Jeff to leave? Jeff's the man standing right over there, right?
**Deanne:** Do you want him to go out? If he goes out will you show us?
**Deanne:** Okay then, let's get brave one more time. Squeeze my hand. Come on.
**Deanne:** You can do this.
**Katie:** Nuh-uh.
**Deanne:** Then we'll have the rest of the day today, remember? Hmm?
**Peters:** You've done so good so far. Got all the hard parts over. Well, let's see...Let me try it this way. Did he touch you with his nose?
**Peters:** Did he touch you with his mouth?
**Peters:** Did he touch you with his chest?
**Peters:** Did he touch you with his belly-button?
**Peters:** Did he touch you with his wiener?
**Peters:** Yeah? Ok, Did he touch you with his knees?
**Peters:** Did he touch you with his feet?
**Peters:** Did he touch you with his fingers?
**Peters:** Hmm?
**Peters:** Just with his wiener? Is that right?
**Peters:** Okay. Let's see. I've got to figure out now where he touched you with his wiener. Did he touch you on your feet with his wiener?
**Peters:** Did he touch you on your knees?
**Peters:** Did he touch you on your pee-pee?
**Peters:** Okay, did he touch you on--is that a yes?
**Peters:** Alright. Did he touch you on your belly button?
**Peters:** Did he touch you on your boobies?
**Peters:** Did he touch you on your mouth?
**Peters:** Is that a no?
**Peters:** Did he touch you on the eyes?
**Peters:** Did he touch you on your hair?
**Peters:** Can you show me how he touched you with his wiener with the dolls?
**Katie:** Nuh-uh.
**Deanne:** (Indiscernible) We only have to do it this one more time, remember?
**Peters:** Okay, were you sitting up or lying down? Or standing up? Which of the three? Were you sitting like this?
**Peters:** Were you standing like this?
**Peters:** Were you bending over like this?
**Peters:** Were you lying down like this?
**Peters:** On your front?

11



EXHIBIT B

15