**THE HONORABLE BENJAMIN SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER , <br><br> Plaintiff, <br><br> v. <br><br> JAMES M. PETERS, et al., <br><br> Defendants. | NO.  C11 5424 BHS <br><br> **DEFENDANTS' MOTION FOR ATTORNEY FEES FOR MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1)** <br><br> **NOTE ON MOTION CALENDAR:** <br> **Friday, March 22, 2013** |

## I.  INTRODUCTION & RELIEF REQUESTED

On February 13, 2013 this Court entered an Order Denying Motion to Strike Plaintiff's Second Supplemental Disclosure and to Bar Testimony.  Document 149.  The Order provides in relevant part that " . . . upon a motion by Defendants, the Court will award reasonable attorney fees to Defendants for having made this motion."  Order, p. 5, lns. 9-10.  Defendants hereby move the Court for an award of attorney fees as directed.

## II.  EVIDENCE RELIED UPON

The attorney fees incurred in connection with the pertinent Motion to Strike are set forth in the Declaration of Guy Bogdanovich in Support of Defendants' Motion for Attorney

**DEFENDANTS' MOTION FOR ATTORNEY FEES FOR MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) - 1**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

Fees for Motion to Strike Second Supplemental Disclosure. The attorney fees billed for drafting the pertinent motion, reviewing responsive pleadings and drafting a reply total $1,537.50.

### III. AUTHORITY AND ARGUMENT

A determination of reasonable attorney fees generally involves calculation of a "lodestar" amount by multiplying the number of hours reasonably expended by a reasonable hourly rate. *See, e.g., Cunningham v. County of Los Angeles,* 879 F.2d 481, 484 (9th Cir. 1989). Here, the supporting Declaration of Guy Bogdanovich establishes a total of 7.5 hours reasonably and necessarily spent on relevant pleadings, and billing at $205 per hour, a rate reasonable in the relevant legal community. Defendants' request for an award of reasonable attorney fees in the resulting amount of $1,537.50 should be granted.

### IV. CONCLUSION

Based upon the foregoing, defendants request that the Court enter an Order awarding them $1,537.50 in reasonable attorney fees, to be paid within 30 days after entry of the Order by check made payable to "Clark County, Washington," as reflected in the proposed Order filed herewith.

DATED this 5th day of March, 2013.

*/s/ Guy Bogdanovich*

_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendant Sharon Krause
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480; Fax: (360) 357-3511
email: gbogdanovich@lldkb.com

**DEFENDANTS' MOTION FOR ATTORNEY FEES FOR MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) - 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*