**THE HONORABLE BENJAMIN SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>       Plaintiff,<br><br>v.<br><br>JAMES M. PETERS, et al.,<br><br>       Defendants. | **NO. C11 5424 BHS**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEY FEES FOR MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1)**<br><br>**NOTE ON MOTION CALENDAR:
Friday, March 22, 2013** |

  THIS MATTER, having come before the Court on Defendants' Motion for Attorney Fees for Motion to Strike Plaintiff's Second Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1), and the Court having reviewed all pleadings filed herein, including the Declaration of Guy Bogdanovich in Support of Defendants' Motion for Attorney Fees for Motion to Strike Plaintiff's Second Supplemental Disclosure pursuant to Fed.R.Civ.P. 26(a)(1), plaintiffs' responsive pleadings, and all pleadings filed by defendants in reply, it is hereby:

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR ATTORNEY FEES FOR MOTION TO
STRIKE PLAINTIFFS' SECOND SUPPLEMENTAL
DISCLOSURE PURSUANT TO
FED.R.CIV.P. 26(a)(1) - 1
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1    ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Attorney Fees for Motion to Strike Plaintiff's Second Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) is hereby GRANTED, and that plaintiff/plaintiff's counsel shall pay to defendants $1,537.50 in reimbursement of reasonable attorney fees incurred in connection with the relevant motion, by sending a check made payable to "Clark County, Washington" to counsel of record for defendant Sharon Krause within 30 days of this Order.

DATED this ____ day of March, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

**Presented by:**

*/s/ Guy Bogdanovich*
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendant Sharon Krause
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
email: gbogdanovich@lldkb.com

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEY FEES FOR MOTION TO STRIKE PLAINTIFFS' SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) - 2
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511