**THE HONORABLE BENJAMIN SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>                      Plaintiff,<br><br>v.<br><br>JAMES M. PETERS, et al.,<br><br>                      Defendants. | NO. C11 5424 BHS<br><br>**DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES FOR MOTION TO STRIKE SECOND SUPPLEMENTAL DISCLOSURE**<br><br>**NOTE ON MOTION CALENDAR: Friday, March 22, 2013** |

PURSUANT TO 28 U.S.C. § 1746, Guy Bogdanovich declares as follows:

1. I am competent to testify in all respects, and make this declaration from personal knowledge. I am the attorney of record for defendant Sharon Krause in the above-entitled action.

2. I received my Juris Doctor degree, Cum Laude, from the University of Puget Sound School of Law in May 1984, and was admitted to the Washington State Bar in November 1984. I have also been admitted to practice in the United States District Court for the Eastern and Western Districts of Washington, the United States Court of Appeals for the Ninth Circuit, and the Oregon State Bar. I practiced civil litigation in the Tort Claims Division of the Washington State Attorney General's Office from

**DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES FOR MOTION TO STRIKE SECOND SUPPLEMENTAL DISCLOSURE  - 1**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1 November 1984 through December 1990, where I defended the State of Washington
2 and its employees in various civil liability lawsuits in state and federal court.  In
3 December 1990 I joined my current law firm of Law, Lyman, Daniel, Kamerrer &
4 Bogdanovich, P.S., where I have practiced continuously since.  Our firm works
5 primarily in the defense of cities and counties in the State of Washington and their
6 employees in civil lawsuits.  During my approximately 28 years of practice I have tried
7 cases in the Superior Courts for King County, Snohomish County, Grant County,
8 Thurston County, Cowlitz County, Grays Harbor County, and Jefferson County, and in
9 the United States District Court for the Western District of Washington at Tacoma.  My
10 hourly rate of $205 is consistent with and in fact on the lower end of the range of rates
11 charged by attorneys with comparable experience and skill in western Washington.

     3.  I spent 3.6 hours drafting Defendants' Motion to Strike Plaintiff's Second Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) and to Bar Testimony (Document 143), the Proposed Order Granting the same (Document 143-1) and the supporting Declaration of Guy Bogdanovich (Document 144).  I spent 3.9 hours reviewing Plaintiff's Response to Defendants' Motion to Strike Plaintiff's Second Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) and to Bar Testimony (Document 145) and the supporting Declaration of Kathleen T. Zellner (Document 146) and Declaration of Menona D. Landrum (Document 147), and drafting Defendants' Reply to Response to Motion to Strike Plaintiff's Second Supplemental Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1) and to Bar Testimony (Document 148).

     4.  The 7.5 hours I spent on the above-identified tasks was necessary and reasonable for the work accomplished.  At $205 per hour, the $1,537.50 total billed for fees is reasonable.  My representation of defendant Sharon Krause in this case is being paid for by Clark County, Washington.  I request that any check issued in payment of

**DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES FOR MOTION TO STRIKE SECOND SUPPLEMENTAL DISCLOSURE  - 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1  these fees be made payable to "Clark County, Washington," and I am filing a proposed
2  Order which includes this direction.
3       I declare under penalty of perjury under the laws of the State of Washington and
4  the United States of America that the foregoing is true and correct.
5       DATED this 5th day of March, 2013 at Tumwater, Washington.

                                  */s/ Guy Bogdanovich*
                                  _____
                                  Guy Bogdanovich

**DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES FOR MOTION TO STRIKE SECOND SUPPLEMENTAL DISCLOSURE  - 3**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511