# EXHIBIT I

Redrafted Declaration of Kathleen T. Zellner
In Support of Plaintiff's Redrafted Responses to
Defendants' Renewed/Second Motions for Summary Judgment
(C11-5424BHS)

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY          )
SPENCER and KATHRYN E. TETZ,            )
                                        )
            Plaintiffs,                 )
                                        )
      v.                                ) No. 11-5424 BHS
                                        )
FORMER DEPUTY PROSECUTING ATTORNEY FOR )
CLARK COUNTY JAMES M. PETERS, DETECTIVE)
SHARON KRAUSE, SERGEANT MICHAEL         )
DAVIDSON, CLARK COUNTY PROSECUTOR'S     )
OFFICE, CLARK COUNTY SHERIFF'S OFFICE, )
THE COUNTY OF CLARK, SHIRLEY SPENCER    )
and JOHN DOES ONE through TEN,          )
                                        )
            Defendants.                 )
                                        )

DEPOSITION UPON ORAL EXAMINATION OF

MATTHEW RAY SPENCER

Tuesday, November 13, 2012
10:00 a.m.
1201 Third Avenue, Suite 2200
Seattle, Washington

Reported by Marlis J. DeJongh, CCR, RPR

Lic. No. DE-JO-NM-J498K9

MARLIS J. DeJONGH & ASSOCIATES
www.marlisdejongh.com

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

41

1  a hot chocolate?

2      A.   Yes.

3      Q.   Did Detective Krause buy herself anything?

4      A.   Not that I recall.

5      Q.   Was there any other, was there any conversation

6  between you and Detective Krause after you got back in the

7  car as you were driving to the Holiday Inn?

8      A.   Not that I recall.

9      Q.   What happened when you got to the Holiday Inn?

10     A.   She informed me my sister had been molested.

11     Q.   As we sit here today do you have a specific

12  recollection of what was said during that visit with

13  Detective Krause in the Holiday Inn motel?

14     A.   No specifics.

15     Q.   So when you said she told me your sister had been

16  molested, that's the gist, as you understood it, of what she

17  was saying?

18     A.   Correct.

19     Q.   Did she ask you anything?

20     A.   She asked if my father had molested me.

21     Q.   And what did you say?

22     A.   I said no.

23     Q.   Anything else that you recall about what was said

24  between you and Detective Krause at that Holiday Inn motel

25  room?

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

42

1     A.   I remember there wasn't much questioning.  It was

2   just that she was, she insisted that I had been molested

3   because my sister had been molested.

4     Q.   At any time prior to today have you seen Detective

5   Krause's written report from that first interview she

6   conducted with you in Sacramento?

7     A.   I reviewed it.

8     Q.   Do you have any reason to say that any part of her

9   report from that visit is not accurate?

10    A.   I would say the entire report is not accurate,

11  other than my name being correct and the addresses and maybe

12  the dates.

13         (Exhibit No. 1 marked for identification.)

14    Q.   Mr. Spencer, you have been handed what has been

15  marked as Exhibit 1 to your deposition.  I would like you to

16  take some time and review it and then I'll have some

17  questions for you about it.

18    A.   (Witness reviewing document.)

19         MS. ZELLNER:  Can we take a break while he reads

20     that?

21         MR. BOGDANOVICH:  Yeah, let's take a break.

22         (Recess.)

23    Q.   (By Mr. Bogdanovich)  Mr. Spencer, we took a break.

24  Did you have an opportunity to review what was marked as

25  Exhibit 1?

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

47

1    Q.   And if I were to ask you, do you remember, was it

2    still summertime?

3    A.   I don't think so.  I don't think it was a year

4    later or months later.

5    Q.   And if I were to ask you to assume that it was late

6    August of '84, would that sound about right?

7    A.   I don't want to assume anything.  I can't recall

8    it.

9    Q.   Had you been taken to see any kind of counselor or

10   a therapist between the time you talked to Detective Flood

11   and the time you first talked to Detective Krause?

12   A.   Not that I recall.

13   Q.   Do you see that the second full paragraph on Page 2

14   of 10 of Exhibit 1 refers to Deputy Krause accompanying

15   Katie and her mother to a therapy session the day that she

16   was going to be returning to pick you up.  Does that jog any

17   recollection about whether you had been seeing any kind of

18   therapist as well?

19   A.   No, I had not been seeing a therapist.

20   Q.   She then says in the next paragraph below where I

21   was just reading, When I picked Matt up at his residence he

22   was aware that we were going to my motel so that we could

23   talk privately.

24   A.   That's a lie.

25   Q.   Did you -- if you had no idea then where you were

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

48

1   going did you ask Detective Krause or your mother when she

2   showed up where you were going to be going?

3       A.   No.

4       Q.   She says, Matt appeared to be willing to accompany

5   me and at no time expressed any reluctance or concern about

6   doing so.  Do you agree with that?

7       A.   Well, I went along with it.

8       Q.   She indicates during the time you were in her

9   vehicle en route to the hotel Matt was very talkative and

10  did not question me about what we would be talking about.

11  Do you recall that?

12      A.   I recall respecting my elders and I don't ask

13  questions.

14      Q.   So you would agree with that statement as well?

15      A.   Sure.

16      Q.   The next paragraph she describes, when we arrived

17  at the motel we toured the building and had a hot chocolate

18  in the coffee shop prior to discussing any of the specifics

19  regarding the concerns at hand.

20      Having reviewed that do you now recall that it was at a

21  coffee shop at the hotel where she bought you a hot

22  chocolate?

23      A.   That's a lie.  We went to 7-Eleven.

24      Q.   And it's still your testimony that at the 7-Eleven

25  she bought you not only hot chocolate but a Hot Wheels?

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

49

1    A.   Correct.

2    Q.   I don't intend to go through every statement in

3    here statement by statement and ask you if you agree or

4    disagree but --

5    A.   That's probably a good idea.

6    Q.   -- having reviewed it, it looked like you reviewed

7    it start to finish a few minutes ago?

8    A.   I reviewed it.

9    Q.   You saw that there are several places in here where

10   Deputy Krause or Detective Krause describes how you kept

11   asking her to tell you what Katie had said.  Do you dispute

12   the accuracy of those reports?

13   A.   I don't recall saying that.

14   Q.   Is it possible you did and you just don't recall?

15   A.   No.

16   Q.   So you're sure you didn't ask Detective Krause at

17   any time during this interview what Katie had said?

18   A.   No.

19   Q.   You did know that Katie had been taken by Detective

20   Krause just the day before and questioned, right?

21   A.   I do know that.

22   Q.   Were you curious?

23   A.   Sure.

24   Q.   But you didn't ask her?

25   A.   Once again, no.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

50

1    Q.   There is a sentence down at the bottom of Page 3,
2    that last paragraph, where second sentence into that
3    paragraph Detective Krause writes, I asked Matt if he had
4    any idea what Katie was saying and Matt said, quote, well, I
5    think it's something about my dad doing something to her
6    because that's what the other detective said, end quote.
7         Do you recall making a statement to that effect?
8    A.   No.   That's a lie.   I never used the word
9    detective.   This verbiage here is not mine.
10   Q.   Is there any verbiage besides the word detective
11   that you contend is not words you said?
12   A.   Yeah, this whole statement is not mine.
13   Q.   When you say this whole statement?
14   A.   Well, I think it's something about my dad doing
15   something to her because that's what the other detective
16   said.   That is not mine.
17   Q.   Detective Krause made that all up?
18   A.   Yes.
19   Q.   There was discussion later, it appears, at Page 5.
20   There are two paragraphs on that page.   The bottom paragraph
21   part of what Detective Krause reports is about the fourth
22   line down, a sentence starts, I related to Matt that during
23   my conversation with Katie one of the things she was
24   extremely concerned about was my telling Matt what she had
25   told me because she felt Matt would laugh at her.   Matt

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

51

1   stated, quote, I wouldn't laugh at her, I love her, and it

2   wouldn't be her fault, no way I'd laugh, end quote.

3       Did you say words to that effect?

4   A.   No.

5   Q.   So again Detective Krause --

6   A.   Lied.

7   Q.   -- made that up?

8   A.   Yes.

9   Q.   Is there any part of this report other than the few

10  things we've documented in the introductory paragraphs about

11  the timing of when she took Katie and when she took you, is

12  there any other part of this report that is accurate?

13  A.   Not that I can see.

14  Q.   How long were you at the Holiday Inn on that first

15  interview occasion with Detective Krause?

16  A.   I don't recall the time frame.

17  Q.   And again, bear with me.  When you say you can't

18  recall I want to try to kind of test some outer limits on

19  some of these is why I'll ask you more, but do you remember

20  if it was more than an hour or less than an hour?

21  A.   It felt like more than an hour.

22  Q.   Did it seem like more than two hours?

23  A.   No, I don't know.

24  Q.   So more than an hour is the best you can say?

25  A.   Yes.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

52

1      Q.   What happened when you were done with the interview
2  at the motel?
3      A.   She brought me back home.
4      Q.   What happened when she got you back to your house?
5      A.   Went in the house.
6      Q.   Did she leave?
7      A.   I believe so.
8      Q.   Do you remember if she came into your house?
9      A.   Not that I recall.
10     Q.   When you got home that night did you talk to
11  Kathryn at all about what had occurred with Detective
12  Krause?
13     A.   Not that I recall.
14     Q.   And I think your earlier description about that
15  first interview with Detective Krause was she kept asking
16  you or telling you that you had been touched inappropriately
17  by your father?
18     A.   She insisted that I was molested by my father.
19     Q.   And at any time during that first interview did you
20  report that you had been molested or touched
21  inappropriately?
22     A.   No.
23     Q.   After that first interview with Detective Krause in
24  October of 1984 did you start seeing any kind of counselor
25  or therapist?

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

61

1    Q.   Was he younger than Kathryn?

2    A.   I don't know.

3    Q.   Did you -- when you would visit --  well, do you

4    remember about how many times you visited, had the extended

5    visits with your father while he was living with Shirley and

6    Matt Hansen?

7    A.   Maybe two times.

8    Q.   Did you strike up any kind of friendship with Matt

9    Hansen?

10   A.   It was very brief.  We didn't -- there was no time

11   to strike up a friendship really.

12   Q.   Was he close enough in age to you that you were

13   able to play with him?

14   A.   Yeah.  There was nobody else to play with, so...

15   Q.   So when you would visit, you, he, Matt Hansen, and

16   Kathryn would kind of play together?

17   A.   Correct.

18   Q.   Referring to Exhibit 3, your declaration that you

19   signed in 2006, Paragraph 18, after saying, I have had the

20   opportunity to review the report written by Detective Krause

21   concerning her March 24, 1985 interview with me, you make

22   the following statement:  While I believe that I did tell

23   her the things written in the report attributed to me about

24   my father sexually abusing me, none of it is true.

25   That's an accurate statement from your sworn

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

62

1    declaration?

2        A.   None of this is true.

3        Q.   But it's also true you believe you did tell

4    Detective Krause everything that she documents in this

5    report, Exhibit 2, about what your father did to you?

6        A.   No.

7        Q.   Isn't that what you said in Paragraph 18?

8        A.   Look, none of this is true.  I don't use the word

9    penis, okay.  There's words in here that I would never use.

10   Okay.

11       Q.   Let's take this sequentially because I need to

12   understand what your testimony is today.

13       And you agree with me that when you signed this sworn

14   declaration on February 27, 2006 you swore under oath, I

15   believe that I did tell her, referring to Detective Krause,

16   the things written in the report attributed to me about my

17   father sexually abusing me.  You made that statement under

18   oath, correct?

19       A.   I made that statement.

20       Q.   Are you now telling me that statement is not true?

21       A.   Yeah, I'm telling you that statement is not true.

22       Q.   Why then if it's not true did you make that

23   statement under oath in your written declaration?

24       A.   Well, because this looks different than what I

25   looked at so...

MARLIS J. DeJONGH & ASSOCIATES
www.marlisdejongh.com

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

63

1    Q.   And I had asked you a few minutes ago if this
2    Exhibit 2 appears to be what you reviewed that you were
3    referring to in your written declaration and you said, yes.
4    Correct?
5    A.   This right here, this statement, is not correct.
6    It is a lie, okay.  The woman took me to a hotel room and
7    questioned with no recorder, no pen and paper, no video
8    camera and wrote these reports up days, weeks, whenever,
9    later.
10   Q.   Well, let's back up because you say the woman took
11   me to a hotel room.  Do you have Exhibit 2 in front of you?
12   A.   Yup.
13   Q.   Because this is the one that we had just
14   established and you agreed that the interview was conducted
15   up in Vancouver up at the Clark County sheriff's office?
16   A.   Correct.
17   Q.   But are you telling me now under oath that this
18   13-page statement with a cartoon figure attached as the last
19   page marked as Exhibit 2 is not the same report that you
20   were referring to in Paragraph 18 that you said you
21   reviewed?
22   A.   This does not look like the same report, no.
23   Q.   So it's your testimony here today that today is the
24   first time you've seen this report marked as Exhibit 2?
25   A.   This one handed to me, yes.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

64

1    Q.   Tell me as best you recall what the report looked
2    like that you were referring to in your declaration in
3    Paragraph 18.
4    A.   I don't know.  Similar to this.
5    Q.   Similar?
6    A.   But not -- these words, this was not the same
7    document, so...
8    Q.   Did Mr. Camiel give you a copy, leave you with a
9    copy of the document that you were referring to that you did
10   review?
11   A.   No.
12   Q.   Has anyone ever told you that they believe there
13   are two different versions of a report written by Detective
14   Krause in regard to her March 1985 interview of you at the
15   Clark County sheriff's office?
16   A.   Not that I recall.
17   Q.   Having had a chance to review the report that's
18   been marked as Exhibit No. 2, is it your testimony that none
19   of the statements attributed to you in here by Detective
20   Krause are true?
21   A.   None of these are.  My father did not molest me so
22   these are not true.
23   Q.   Well, is it your testimony as you sit here today
24   that at no time back in 1985 did you ever tell Detective
25   Krause that your father had molested or touched you

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

65

1    inappropriately?

2         A.    After eight months of badgering, yeah, I gave the

3    adults what they wanted to hear.   I thought I was getting my

4    father help because that's what was presented to me, my

5    father was sick and he needed help.

6         Q.    So was it during the March 1985 interview with

7    Detective Krause at the Clark County sheriff's office that

8    you did tell her your father had molested you?

9         A.    Eventually, yeah.

10        Q.    And did you also tell her that you had witnessed

11   your father sexually molesting Matt Hansen and your sister

12   Kathryn?

13        A.    Yeah, I told them whatever they wanted to hear at

14   that point.

15        Q.    Did you describe details about how you had been

16   molested?

17        A.    Sure.

18        Q.    What details did you describe?

19        A.    Let's see here.   That he sodomized his son, being

20   me, I had to give him oral sex.

21        Q.    Did you use the word sodomize?

22        A.    No, I didn't.   There was none of that.   So...

23        Q.    Well, what I want you to do as you sit here today,

24   Mr. Hansen, Mr. Spencer, do you have a specific recollection

25   of what you told Detective Krause during this March 1985

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

66

1   interview?

2       A.   Not specific -- nothing happened.

3       Q.   That wasn't my question.  My question was if you

4   remember anything about the specifics of what you told

5   Detective Krause about your father sexually molesting you,

6   because you just started ticking off, when I said details,

7   you said, sure, and started ticking off a list.

8       And, again, I'm trying to establish whether you remember

9   what you told her, the words you told her, as we're sitting

10  here.

11      A.   That he put his penis in my butt, that I put my

12  penis in his butt.  That's what you want to hear?

13          MS. ZELLNER:  He's trying to clarify what you told

14      Detective Krause, okay.  That's the specific question,

15      so you need to address that question.

16      A.   So I told her that he put his penis in my butt and

17  I put my penis in his butt, but I don't use the word penis.

18  In fact I didn't even know what that was back then.

19      Q.   Did you have a word that you would use to

20  describe a male --

21      A.   I think we called them pee-pee back then.

22      Q.   So you see the cartoon character that is attached

23  at the back of Exhibit 2 and it has the word penis written

24  next to the male genital area.  And it's your testimony

25  that's not a word you told her, you would use to describe

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

67

1    that?

2        A.    No.   I didn't know what those words were.   I don't

3    know what a vagina is at age 8, I don't know what a penis is

4    at age 8.

5        Q.    So tell me any other -- do you remember any other

6    details about what you told Detective Krause your father had

7    done to you besides what you just mentioned?

8        A.    I don't recall.

9        Q.    Do you recall any of the details you told to

10   Detective Krause during that March 1985 interview about what

11   you had seen your father do to Kathryn?

12       A.    I don't recall.

13       Q.    No details?

14       A.    No.

15       Q.    But do you recall that you did tell Detective

16   Krause you saw your father molest or somehow sexually abuse

17   Kathryn, right?

18       A.    I don't recall.

19       Q.    You don't recall if you told her that or not?

20       A.    No.

21       Q.    I thought you said just a few minutes ago you did

22   tell her and everybody else who would listen.

23       A.    That they said I was molested so I said that I was

24   molested.   I never saw my sister molested so I can't say

25   that I saw it.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

68

1    Q.    So as we sit here today do you deny that you told

2    Detective Krause that you saw your father sexually molest

3    Kathryn?

4    A.    I deny it.

5    Q.    As you sit here today do you deny that you told

6    Detective Krause that you saw your father sexually molest

7    Matt Hansen?

8    A.    I deny it.

9    Q.    If you look at Exhibit 3, your declaration,

10   Paragraph 17, you said under oath in Paragraph 17, Finally I

11   figured that if my father had molested my sister and little

12   Matt that maybe he had molested me as well so I told her

13   that he had.    I made up specific details of what my father

14   did based on what the detective asked me.

15         That was your statement at that time, correct?

16   A.    Correct.

17   Q.    Who had told you prior to this interview with

18   Detective Krause that your father had molested your sister

19   and Little Matt?

20   A.    My mom told me that.

21   Q.    And had she given you any details?

22   A.    No.

23   Q.    Had anyone else told you prior to the March 1985

24   interview with Detective Krause?

25   A.    Not that I can recall, unless you're talking about

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

71

1       Q.   If you look at Page 9 of Exhibit 2, the first full
2   paragraph there's a couple of sentences at the top and then
3   there's a full paragraph.  The last couple sentences of that
4   paragraph Detective Krause says, I asked Matt if he could
5   remember anything his father might have said or what the
6   cuss words were, and Matt stated, quote, he says the F word,
7   you know, fuck, and he says shit and stuff like that and I
8   hate him, end quote.
9       Do you deny that you made that statement?
10      A.   I deny it.
11      Q.   Do you deny that you made a statement similar to
12   that?
13      A.   I deny it.
14      Q.   Had you ever heard your father use the F word?
15      A.   Yeah.  Who hasn't heard their father use the
16   F word.
17      Q.   Is that something you heard him do a lot?
18      A.   No.  My father is not an angry man.
19      Q.   I apologize if I asked you, I don't think I did,
20   but do you recall about how long the March 1985 interview by
21   Detective Krause lasted?
22      A.   I don't recall.
23      Q.   What happened when she was done interviewing you in
24   March of 1985?
25      A.   I believe we left the police department and went

MARLIS J. DeJONGH & ASSOCIATES
www.marlisdejongh.com

91

1    than one individual involved and --

2        And then your answer was interrupted.

3        You were sworn to tell the truth during your testimony

4    at that July 10, 2009 hearing, correct?

5        A.   Correct.

6        Q.   And did you tell the truth that day?

7        A.   I believe to the best of my ability.

8        Q.   And today you were sworn to tell the truth again in

9    this deposition, correct?

10       A.   Correct.

11       Q.   And you testified earlier today, you specifically

12   denied a couple times that you had told Detective Krause

13   that your sister or your stepbrother had been molested.

14       So my question to you at this point is, which is true,

15   did you or did you not tell Detective Krause that your

16   sister and stepbrother had also been molested by your

17   father?

18       A.   Detective Krause told me that my sister and

19   stepbrother had been molested.  I went along with it.

20       Q.   So your answer now is, yes, you did tell Detective

21   Krause in March 1985 that not just you but also your sister

22   and stepbrother had been molested by your father?

23       A.   She informed me that they had been molested.

24       Q.   That's not my question.  I want to get to the point

25   here.  Is your testimony now, and it was one way in the

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

92

1    reference hearing and it's been a different way today so I'm
2    just trying to find out when we walk out of here which
3    version are you going to swear to.
4        So did you tell Detective Krause in March of 1985 that
5    you and your sister and your stepbrother were molested by
6    your father?
7        A.    She told me I was molested and I agreed to it.
8        Q.    So the answer to my question is, yes, you did tell
9    her?
10       A.    I agreed to it.
11       Q.    And then also if you look at Page 29 of the
12   Exhibit 5 there was a question starting at Line 2.  You were
13   asked, Question:  You were interviewed by your father's
14   attorney Mr. Jim Rulli, weren't you?
15       Your answer:  I believe so.
16       Question:  Down in Sacramento.
17       Answer:  I believe so.
18       Question:  And you told Attorney Rulli that in fact you
19   had been abused.
20       Answer:  I told everybody when I was nine that I had
21   been abused.
22       That's your testimony at that time, correct?
23       A.    That's my testimony at that time.
24       Q.    Now again today I think you specifically denied
25   ever having been interviewed by Mr. Rulli?

101

1       Q.   Was it handed to you in this form that we see it

2    marked here as Exhibit 3?

3       A.   I believe so.

4       Q.   Do you know how Mr. Camiel's office came up with

5    the content?

6       A.   Came up through me.

7       Q.   Just explain to me how this was drafted?

8       A.   I came in, gave an interview, and they typed it up.

9       Q.   And does this declaration accurately reflect the

10   content of the statements you made to Mr. Camiel that day?

11      A.   Most of it is.

12      Q.   When you say most of it, are there parts that you

13   don't feel are accurate?

14      A.   Yeah, Paragraph 18, While I believe that I did tell

15   her the things written in the report attributed to me about

16   my father sexually abusing me, none of it is true.

17      When it comes to that, I went along with what she had

18   told me had happened to me.  There wasn't anything that I

19   had generated on my own except for after that maybe the

20   details of maybe a couple of things, the yellow sweater, red

21   Porsche.  Other than that I went along with what she told me

22   to say.

23      Q.   Well, do you now think that this, the statement

24   that you just read, the second sentence in Paragraph 18 is

25   not accurate?

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

162

1       A.    True.

2       Q.    And how do you know that answer?  Because it wasn't

3  until I said yes is when the questioning stopped.

4       Is that a true statement?

5       A.    Correct.

6       Q.    So describe to us, when you were agreeing with

7  Detective Krause what was going on in that interview?  There

8  were two interviews done with you.  What was going on in

9  those interviews from your perspective?

10      A.    She was suggesting to me that I had been molested

11  and I'm just not recalling it, and me telling her, no, this

12  never happened.  The questioning wouldn't stop.

13      Q.    When you went to the interview on October 24 with

14  Detective Krause did you know the names of any body parts

15  that you're seeing in her report?  By that I mean penis,

16  vagina?  Did you know those terms?

17      A.    No, ma'am.

18      Q.    And you're being quoted, and we can go to

19  Exhibit 1.  I want to go through some of these quotes.  All

20  right, if we start at Page 3, at the bottom of Page 3, it

21  says:  I asked Matt if he had any idea what Katie was saying

22  and Matt replied, quote, well, comma, I think it's something

23  about my dad doing something to her, comma, because that's

24  what the other detective said, end quote.

25      Is that language that you used in the interview with

MARLIS J. DeJONGH & ASSOCIATES
www.marlisdejongh.com

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

163

1    Sharon Krause?

2        A.    No, ma'am.

3        Q.    How do you know that?

4        A.    I never used the word detective.  I never thought

5    there was anything going on with my father.  He didn't do

6    anything so I didn't know there was anything going on.

7        Q.    What did you know at that point, at that age, what

8    did you know about sex?

9        A.    I had no knowledge of sex, was not aware of what it

10   was.

11       Q.    Were you sexually active?

12       A.    No, ma'am.

13       Q.    Later when you're reading about yourself

14   penetrating your sister or your father with an erect penis,

15   were you having erections by that age?

16       A.    No.

17       Q.    Did you know what erections were?

18       A.    Not until I was older and actually had one.

19       Q.    Were you telling Sharon Krause, if we go to the top

20   of Page 4, where about five lines down Matt stated, well,

21   about like my dad touching Kathy in her private areas, and

22   stuff like that, end quote.  Is that an accurate statement?

23   Did you talk about private areas?

24       A.    No, we didn't talk about private areas.

25       Q.    Did you call your sister Kathy?

1    A.    I called her Kathryn.  I have always called her
2  Kathryn.
3    Q.    Did Detective Krause, was she writing notes when
4  you were there?
5    A.    No.
6    Q.    Did you see a notepad?
7    A.    No, ma'am.
8    Q.    Now if you go down a little bit farther it states
9  that you say to her, and this is the second full paragraph,
10  Page 4 of 13, Matt then indicated to me that he was, quote,
11  really confused about what was going on, end quote.  He
12  indicated that he was, quote, glad I was going to talk to
13  him and finally would know what was going on, end quote.  Is
14  that what you told her?
15    A.    No.
16    Q.    Were you curious about what was going on?
17    A.    Of course I was curious.
18    Q.    Were you asking her to explain it to you?
19    A.    No.
20    Q.    Let's go down -- did you ask -- if you go farther
21  down, Matt asked, quote, well, what does my dad say about
22  what Katie told Shirley, end quote.  Did you specifically
23  ask that question?
24    A.    No.
25    Q.    She says on Page 4, At that time I indicated to

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

165

1    Matt that Katie had said that her father had touched her on

2    her private areas.  Matt stated, quote, is that all she

3    said.  I advised him what she had told me was more involved

4    than that but basically that was what she was saying.

5    Again, Matt insisted he wanted to know, quote, just exactly

6    what his sister was saying so he could understand.

7        Were you -- were you making those statements to Sharon

8    Krause?

9        A.   No.

10       Q.   Let's go to the top of Page 5 of 12.  Detective

11   Krause says, At that time I indicated to Matt that if I were

12   going to be talking about bodies I needed to know what he

13   called specific parts so I can know for sure that he was

14   understanding what I talked about and that I would

15   understand what he was talking about.

16       With the aid of a cartoon drawing Matt then indicated

17   what he called breasts on a female body boobs, the navel a

18   belly button, the buttocks, buns, and the penis on a male

19   body a penis.

20       Now if you flip to the end of this report there's a

21   drawing and there's writing on it.  Is that your writing?

22       A.   No.

23       Q.   And did you describe these body parts with the

24   language that Detective Krause has quoted you as using?

25       A.   No.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

166

1    Q.   She says when we were discussing the genital area
2    of the body I placed a dot where the vagina would be on the
3    female body and asked Matt, what do you call that part of a
4    girl's body that she went to the bathroom from.  Matt
5    advised that he didn't really know what to call it, it was
6    just a, quote, private area.
7        Is that the terminology you used, private area?
8        A.   That's not the terminology I would have used.
9        Q.   Okay.  Now if you go down into the next paragraph,
10   Matt then asked me, this is paragraph, the first full
11   paragraph on Page 5 of 12, quote, did Kathy say my dad
12   touched her there.  He pointed to the dot where the genital
13   area of the female body would be.   I indicated to Matt that
14   was one of the things that Katie had said to me.  Matt
15   stated, what else did she tell you?
16       Do you remember that conversation and making those exact
17   statements?
18       A.   No.
19       Q.   Krause then states, I related to Matt that during
20   my conversation with Katie one of the things she was
21   extremely concerned about was my telling Matt what she had
22   told me because she felt Matt would laugh at her.  Matt
23   said, I wouldn't laugh at her, I love her and it wouldn't be
24   my fault, no way I'd laugh.
25       A.   Wouldn't be her fault.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

167

1     Q.   Wouldn't be her fault, no way I'd laugh.

2    Did you ever say that to Sharon Krause?

3     A.   No.

4     Q.   How do you know you didn't say that?

5     A.   That's not me.  That's not what I said.

6     Q.   Did you have the conversation about, do you

7  remember her telling you that Katie thought you would laugh

8  at her?

9     A.   No, I don't remember that.

10    Q.   How do you remember -- you talked about this

11  interview.  How do you remember this interview developing?

12  Who was talking?  Were you both talking the same amount of

13  time?

14    A.   No.

15    Q.   How did it go?

16    A.   She did most of the talking.  I just agreed

17  after -- when I finally did agree.

18    Q.   Do you recall being told that your father, in this

19  interview that your father might need help, he might be

20  sick?

21    A.   Yes.  I was told that several times.

22    Q.   Did that have any effect on you?

23    A.   Yes.

24    Q.   How did that affect you?

25    A.   It helped me in my decision to get him help and

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

168

1    allowed me to say that he did this.

2        Q.    In this first interview, if we go to Page 7 of 12,

3    do you recall telling Sharon Krause that, and this is at the

4    bottom of the first full paragraph, Matt --

5            MR. BOGDANOVICH:   Which exhibit is this?

6            MS. ZELLNER:   It's Exhibit 1.

7        Q.    Matt stated to me -- it's Page 7 of 12, first full

8    paragraph, three lines up.

9        Yeah, well, I changed my story sometimes too but there

10   is no way my sister would lie about that kind of stuff.  I

11   asked Matt, how do you feel about your mom, and Matt said,

12   now I understand what is going on and I feel sorry for her.

13       Did you make that statement to Sharon Krause?

14       A.    No.

15       Q.    Matt then stated, quote, I feel really sorry for my

16   dad too.  He is really sick, it sounds like, end quote.

17       Did you tell Sharon Krause your father was really sick?

18       A.    No.

19       Q.    Did Sharon Krause tell you that your father was

20   really sick?

21       A.    Repeatedly.

22       Q.    And then we talked about the statements with

23   Shirley Spencer.  You told us about the witnessing of your

24   father and Shirley Spencer having sex.

25       Do you recall Sharon Krause explaining to you about sex

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

169

1    in that interview?
2        A.    No.
3        Q.    Did she talk to you though about people making
4    love?
5        A.    She didn't explain what it was, no.
6        Q.    Did she explain the body parts to you?
7        A.    Just the terminology.  Not what they were used for.
8        Q.    Did she ask you if you masturbated?
9        A.    Not that I can recall.
10       Q.    Let's look at the bottom of Page 8 of 12.  I told
11   him other boys his age had told me that they did that --
12   she's referring back to touching themselves -- and also told
13   me that it felt good.  Matt stated to me, yeah, I've done
14   that a couple times.  It makes your penis stick up and it
15   does feel good but I don't scream my head off like she did.
16       A.    I did not say that.
17       Q.    How old were you?
18       A.    Eight years old.
19       Q.    Were you having erections?
20       A.    No, ma'am.
21       Q.    She states on Page 9 of 12, the second full
22   paragraph, I asked Matt if he wanted to ask me anything else
23   and he indicated that he didn't.  Then stated, quote, I just
24   couldn't figure out why me and Kathy couldn't talk to my dad
25   or nothing.  And then she said that about Christmas and I

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

170

1  figured she was really up to something then.

2      Did you make that statement?

3      A.   No.

4      Q.   Do you know what she's talking about?

5      A.   No.

6      Q.   Now there's another statement at the bottom of that

7  paragraph.  I asked Matt if his father ever told him

8  anything else, and Matt stated, yeah, he tells me a lot of

9  stuff, I guess, but he always tells me that women are just

10  out to control you and to watch out for my mom, and stuff

11  like that.

12      Had your father told you that statement?

13      A.   No.

14      Q.   Did he talk to you like that when you were eight

15  years old?

16      A.   Not at all.

17      Q.   So that was the way that interview went.

18      If we look at the March 24th interview, and this was

19  Exhibit 2, when it starts on Page 2, if we look at the

20  fourth paragraph, it states, During my initial conversation

21  with Matt Spencer I advised him as to why he was at the

22  sheriff's office and why his mother had brought him and

23  Kathryn to Vancouver, specifically that during my

24  investigation I had obtained information that possibly Matt

25  Spencer had also been victimized by his father Ray Spencer.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

171

1    Matt advised me that he, quote, knew why he was here but

2    nothing ever happened to him.

3         Is that what you told her in the beginning of the

4    interview?

5         A.   Yes.

6         Q.   I talked for several minutes -- this is Krause -- I

7    talked with Matt for several minutes to reference why it was

8    important for him to tell me if something had happened,

9    specifically that first it was extremely important for Matt

10   to be able to talk about it, and secondly, it was important

11   that we were able to deal with his father so no other

12   children would be victimized.

13        Do you remember being told that?

14        A.   No.

15        Q.   Matt indicated that he knew his father had been

16   arrested again because his mother told him and he was also

17   aware that the second arrest resulted after Matt Hansen had

18   indicated that he had also been, quote, touched by Ray

19   Spencer.

20        In this interview did you know what Matt Hansen was

21   saying before the interview?

22        A.   No.

23        Q.   Did you find out what supposedly Matt Hansen was

24   saying in the interview?

25        A.   Yes, they informed me.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

172

1    Q.   At the bottom of 2 and the top of 3 you're being
2    described as being extremely nervous, exhibited signs of
3    lots of anxiety, specifically Matt was squirming all over
4    the chair he was sitting on.   There were times that he was
5    sitting under the chair with his elbow resting on the seat
6    portion.   At one point he had an extra chair on the room
7    balanced on his head.   Matt was partially under the table at
8    times and other times a portion or all of his body was on
9    top of the table.
10   Do you remember being nervous during that interview?
11   A.   I don't remember being nervous.   I don't remember
12   putting a chair on my head either.
13   Q.   Do you remember saying that you were thirsty and
14   you wanted something to drink?
15   A.   I do remember that.
16   Q.   Now then in the next full paragraph on 3 of 13, at
17   one point during the interview I indicated to Matt that
18   because we were going to be talking about bodies it was
19   important that I know what he called things so he would know
20   what I was talking about and understand what he was talking
21   about.
22   Matt indicated he remembered my using a cartoon drawing
23   when I talked to him at the hotel in Sacramento.   During our
24   conversation Matt indicated that he called breasts on female
25   bodies breasts titties or boobs.   Is that the language you

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

173

1      used at age eight?

2          A.    No.

3          Q.    The navel a belly button.  Might you have called it

4      that?

5          A.    Yes.

6          Q.    Buttocks a bottom?

7          A.    Yeah.

8          Q.    The penis on a male body you called a penis,

9      correct?

10         A.    No, not correct.

11         Q.    And the genital area of the female body you called

12     it a vagina.  Is that right?

13         A.    Certainly not right.

14         Q.    When I began to ask Matt about the possibility of

15     him being a victim, Matt advised me several times that,

16     quote, nothing ever happened to him.

17         Is that true, that you continued to say nothing ever

18     happened to you?

19         A.    True.

20         Q.    Then I asked Matt if he thought his father needed

21     help and had a problem, and Matt stated, quote, he does need

22     help.

23         Was that your assessment of your father at age 8?

24         A.    No.

25         Q.    Do you remember her giving you this example, the

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

174

1    package of gum?

2         A.    I don't remember that.

3         Q.    Do you remember stating to her, he needs a lot of

4    help?

5         A.    No.

6         Q.    Do you remember saying to her, he needs help for

7    what he did to Kathryn and Little Matt.   Did you state that?

8         A.    No.

9         Q.    How do you know you didn't say that?

10        A.    Because I didn't think he had done anything.

11        Q.    Did you say to her, they wouldn't lie, I believe

12   them?

13        A.    No.

14        Q.    Were those your words or her words?

15        A.    Those are her words.

16        Q.    I asked Matt if his father needed help for one

17   person, two persons, or more than that, and Matt stated, he

18   needs it for more than that.

19        Were those your words or her words?

20        A.    Her words.

21             (Ms. Fetterly left the proceeding.)

22        Q.    I asked Matt who the first person his father would

23   need help for, and Matt stated, quote, for what he did to

24   Kathryn.   Are those your words or her words?

25        A.    Her words.

MARLIS J. DeJONGH & ASSOCIATES
www.marlisdejongh.com

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

175

1    Q.   I asked him for the second person, who would it be

2    that his father would need help for, and Matt stated, quote,

3    for Little Matt because he did it to Little Matt too.   Are

4    those your words or Sharon Krause's words?

5    A.   Those are her words.

6    Q.   At the end of that paragraph, I don't know, he just

7    needs a lots of help.   Are those your words or Sharon

8    Krause's words?

9    A.   Those are her words.

10   Q.   Next paragraph, quoting you, he needs help for

11   doing things to Kathryn and Little Matt a lot more than one

12   time, end quote.   Are those your words or Sharon Krause's

13   words?

14   A.   Her words.

15   Q.   Did you state to Sharon Krause, because they said

16   it did and they wouldn't lie.   Are those your words or her

17   words?

18   A.   Those are her words.

19   Q.   Then she says again on Page 4 of 13, Matt continued

20   to deny that anything happened to him, however, he was real

21   adamant that Little Matt and Kathryn were telling the truth

22   about what his father had done to them.   He was also very

23   adamant about his father, quote, needing lots of help.

24   Did you in fact continue to, or did you tell Sharon

25   Krause that Little Matt and Kathryn were telling the truth?

1     A.   No.

2     Q.   Was she telling you they were telling the truth?

3     A.   Yes.

4     Q.   Now if you look down on 4 of 13, three lines down,

5  I felt possibly there was something Matt was not sharing

6  with me.  I asked Matt how he was feeling about his father

7  and Matt stated, quote, I don't really feel anything.  I

8  don't ever want to see him again.

9     Did you make that statement to Sharon Krause?

10    A.   Not at all.

11         MR. FREIMUND:  Can I interject for a moment?

12         If you're going to continue to do this exercise,

13    which I'm having difficulty fathoming why you're doing

14    this in a discovery deposition of your own client, in

15    any event, the defendants are paying for this deposition

16    and the court reporter's time.  If you want to spend an

17    extended period of time, which it looks like you're

18    going to do for 13 more pages --

19         MS. ZELLNER:  Sure I'll pay for it.

20         MR. FREIMUND:  -- you pay for it.

21         MS. ZELLNER:  Sure, no problem.  And I'm doing this

22    because you have cherry-picked through statements, and

23    we're going back over whether she said these things or

24    he said them.

25    Q.   So on page 5 of 13 it says that at one point in the

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

177

1    conversation I indicated to Matt that I was extremely
2    concerned that possibly something was happening to him or
3    that he may have seen something he was not telling me, and
4    if he were to leave without sharing it I knew it would
5    bother him and that I did not think that was fair to him.
6        Matt indicated that, quote, nothing was bothering him,
7    end quote.  I told Matt, quote, I wish I could be something
8    that could get inside of his head and tell for sure if
9    anything had happened.
10       Do you remember her making statements to that effect to
11   you?
12       A.   No.
13       Q.   Did she talk to you about giving you a lie detector
14   test?
15       A.   She did.
16       Q.   What did she tell you?
17       A.   She wanted to know if I took a lie detector test
18   would she find out anything that I'm not telling her.
19       Q.   What was your understanding at age 8 of what a lie
20   detector test was?
21       A.   I did not know what that was.  I thought it was
22   something you put on your head and they put needles in your
23   head to measure whatever.  I had no idea what a lie detector
24   test was.
25            MR. BOGDANOVICH:  I think for interest of accuracy,

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

178

1    by the time of the March '85 interview he was nine.

2        Q.   What was your understanding of a lie detector test

3    at age 9?

4        A.   Me?

5        Q.   Yeah.

6        A.   It was the same thing, I had no idea what a lie

7    detector test was.  I believed it was something that could

8    hurt you in the process.

9        Q.   Did you tell her that you didn't want to take the

10   test?

11       A.   Yes.

12       Q.   Were you afraid of taking the test?

13       A.   Yes.

14       Q.   Do you remember after that discussion Sharon Krause

15   said to you, I advised Matt that I thought we had a problem,

16   specifically I had Kathryn and Matt saying something had

17   happened to them and also Matt indicating that possibly Big

18   Matt was also a victim.  I indicated to Matt that if his

19   father needed help there were only two ways we could do

20   that.

21       Do you remember some conversation to that effect, she's

22   telling you he needs help?

23       A.   I just remember them telling me he needs help.

24       Q.   Do you remember her saying -- let me ask you this.

25   Does she ever tell you in that conversation that your father

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

179

1   could go to jail for these claims that were being made?

2       A.   No.

3       Q.   And you've read through Page 6 of 11, correct?   Is

4   it true that she, Sharon Krause, if you look at the top

5   paragraph, tells you that she felt I had -- I only had one

6   recourse and that was to find out why Little Matt was lying

7   about something happening to big Matt.   Do you remember

8   being told that?

9       A.   No.

10      Q.   She said that you became agitated and very

11  confrontative when you stated to her, quote, he's not lying

12  to you.   I asked Matt, quote, what does that mean, Matt.

13  And Matt stated, quote, Little Matt is not lying, he's

14  telling you the truth.

15      Did you tell Sharon Krause that you believed that Little

16  Matt was not lying, he was telling you the truth?

17      A.   No.

18      Q.   Did Sharon Krause tell you that?

19      A.   She told me that he was telling the truth.

20      Q.   She quotes you as saying, Matt stated, quote, about

21  me, because my dad did it to me too and Little Matt and

22  Kathryn are telling the truth.

23      Are those your words or Sharon Krause's words?

24      A.   Those are her words.

25      Q.   Then you're quoted in the next paragraph on Page 6

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

180

1    of 11 saying, I asked Matt what was the hardest part about
2    telling, and Matt stated, quote, the hardest part is that it
3    might be all my fault.
4        Are those your words or Sharon Krause's words?
5        A.    Those are her words.
6        Q.    Do you remember Sharon Krause talking to you for
7    several minutes and telling you that none of it was your
8    fault?
9        A.    Yes.
10       Q.    Did she tell you that she didn't think that you
11   were not telling her because you were a liar but because it
12   was difficult for children to talk about these things?
13       A.    She did present it like that.
14       Q.    Did she tell you sometimes children forgot things?
15       A.    Yes.
16            MR. FREIMUND:   When you're at a convenient point
17       can we take a break?
18            MS. ZELLNER:   Yeah, in a minute.
19       Q.    Did she tell you, and do you recall, and this is
20   the last paragraph of Page 6, that you were not in any
21   trouble for telling what happened?
22       A.    I do remember that.
23       Q.    Do you remember telling her that Ray Spencer, and
24   this is a quote, Ray Spencer, he's the liar, why can't he
25   tell what really happened and tell the truth.  Are those

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

181

1   your words or Sharon Krause's?

2       A.   No, I wouldn't have called my dad by his name.

3       Q.   Did you call your dad a liar?

4       A.   No.

5       Q.   I asked Matt how he was feeling about his father

6   and Matt stated, quote, I don't feel anything, I don't ever

7   want to see his face again.  Are those your words or Sharon

8   Krause's?

9       A.   No.

10      Q.   Are they her words?

11      A.   They were her words.

12      Q.   Now when we get to Page 7 of 13 she's quoting you

13  as describing various activities of your father.  If we look

14  at the first full paragraph she says that you told her, and

15  I quote, I was scared and I always was because he's big and

16  he can be really mean to you.

17      Are those your words or Sharon Krause's words?

18      A.   Those are her words.

19      Q.   Was your father ever mean to you up to that point

20  in time?

21      A.   No.

22      Q.   Did your father ever hit you?

23      A.   No.  My father didn't even spank us.

24      Q.   Did your father hurt you in any way physically?

25      A.   No.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

182

1      Q.   It continues, I asked Matt what he, Little Matt and

2   Kathryn were wearing when something happened, and Matt

3   stated, quote, he makes us take our clothes off every time

4   and my dad takes his clothes off too, end quote.

5      Are those your words or Sharon Krause's words?

6      A.   Those are her words.

7      Q.   Matt then stated, quote, I don't even want to call

8   Ray Spencer my dad anymore because I hate him for what he

9   did, end quote.  Are those your words or Sharon Krause's

10  words?

11     A.   I would have never said that.

12     Q.   If we go down on Page 7 of 13, about six lines up

13  on that full paragraph Matt stated, I bet Kathryn and Little

14  Matt hate him too because he really hurt us; I know Kathryn

15  hates him, end quote.  Are those your words or Sharon

16  Krause's words?

17     A.   Krause's.

18     Q.   Matt stated, quote, he makes all of us put our

19  mouth on, you know, those parts.  Are those your words or

20  Sharon Krause's words?

21     A.   Her words.

22     Q.   I asked him if he could tell me for sure what

23  happened so I wouldn't be mixed up and asked him what

24  Kathryn had to put her mouth on.  Matt replied, quote, on my

25  penis and on Little Matt's penis, see what I mean.

MARLIS J. DeJONGH & ASSOCIATES
www.marlisdejongh.com

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

183

1    Are those your words or Sharon Krause's words?

2    A.    Her words.

3    Q.    I asked Matt what he had to put his mouth on.   He

4    stated, quote, he always makes me and Little Matt put our

5    mouth on Kathryn's vagina and she hates it and we hate it

6    too.  Are those your words or Sharon Krause's words?

7    A.    Her words.

8    Q.    I asked Matt if he knew where Shirley was when that

9    happened and asked, was she at home.  And Matt stated,

10   quote, she was probably at work, that's where she was most

11   of the time.  He always did it when she wasn't there.

12   Are those your words or Sharon Krause's words?

13   A.    Her words.

14        COURT REPORTER:  I'm getting to the point of

15   needing a break too.

16        MS. ZELLNER:  Okay, why don't we take a five-minute

17   break.

18        (Recess.)

19        (Ms. Fetterly rejoined the proceeding.)

20   Q.    (By Ms. Zellner)  Do you think, Matt, that you may

21   have told Sharon Krause that Shirley was not home?

22   A.    No.

23   Q.    Just a few more.  If we go to Page 8 of 13, in the

24   middle of the page -- actually let's go to the first

25   paragraph three lines up.  The quote is, yeah, I said the

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

184

1    same things, he sticks his penis in our bottoms and he makes
2    us stick our fingers in each other's bottoms and he always
3    makes us lick on Kathryn.
4         Are those your words or are those Sharon Krause's words?
5         A.    Those are Krause's words.
6         Q.    Next paragraph, quote, He told me not to tell and
7    he says it really mean and he hurts us and I know he'll
8    really get me if he can get his hands on me.
9         Are those your words or Sharon Krause's words?
10        A.    Krause's.
11        Q.    If you look at the last sentence in the second
12   paragraph it says, Matt appeared to be very nervous and at
13   one point was even shaking.   Do you recall, were you
14   nervous?
15        A.    No.
16        Q.    Then a couple more on Page 8, she quotes you as
17   saying, she asked you, I asked Matt if he ever had to touch
18   his father's body and Matt stated, quote, yeah, Ray always
19   makes me stick my penis in his butt and he makes us stick
20   our fingers in his bottom and he makes Little Matt do that
21   and Kathryn just has to stick her fingers in his bottom.
22        At age nine were you having erections?
23        A.    No.
24        Q.    Did you -- are these your words or are these Sharon
25   Krause's words?

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

185

1    A.   Those are Krause's words.

2    Q.   She quotes you as saying, I asked him if he had to

3    touch his father's body in any other way, and he stated,

4    quote, I have to suck his penis, we all have to do that, end

5    quote.

6    Did you ever provide that information to Sharon Krause?

7    A.   No.

8    Q.   If we go to Page 9 of 13, I'm assuming that you

9    have read all these things that have been quoted and

10   attributed to you about sexual acts in this report.

11   Correct?

12   A.   Correct.

13   Q.   Did you report any of those sexual acts to Sharon

14   Krause?

15   A.   No.

16   Q.   Again there's more descriptions on 9, quote, he

17   puts his penis in Kathryn's vagina.  I asked him how many

18   times he saw that and he stated, quote, about every time

19   Shirley was not around.  He puts it in her bottom too and he

20   does that every time.  Matt then stated, quote, Kathryn

21   really cries and we all cry.  End quote.

22   Are those yours words or Sharon Krause's words?

23   A.   Krause's.

24   Q.   Then in the second full paragraph on Page 9 of 13,

25   I asked Matt if his father ever did anything that hurt his

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

186

1    body and Matt stated quote, yeah, he hurts my bottom.  He

2    sticks fingers in there and his penis in there and that

3    hurts, end quote.  Are those your words or Sharon Krause's?

4        A.   Krause's.

5        Q.   The second paragraph from the bottom, I asked Matt

6    if his father ever did anything else that hurt him, and Matt

7    stated, quote, it hurts when he slaps us, end quote.

8        Did you make that statement to Sharon Krause?

9        A.   No.  My father never slapped us.

10       Q.   She quotes you again, quote, He slaps all of us

11   because we cry and he gets mad but it hurts and you can't

12   help crying, end quote.  Are those your words?

13       A.   No.

14       Q.   Whose words are those?

15       A.   Krause's.

16       Q.   Further description about the touching, quote, He

17   makes us all touch each other and I have to put my mouth on

18   Little Matt's penis and Kathryn has to do that and I had to

19   put it on my dad's penis, and it's just the same things over

20   and over.

21       Are those your words or are those Sharon Krause's words?

22       A.   Krause's.

23       Q.   Now let's go to Page 10 of 13.  I asked Matt how he

24   was feeling about telling and Matt stated, quote, I feel a

25   lot better, I just hate him.

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

187

1    Did you ever make that statement to Sharon Krause?

2    A.    No.

3    Q.    She quotes you as saying, when she's asking you

4    when these things would happen at the new house, this is

5    Page 10 of 13, quote, in his room and my dad's room, you

6    know, Ray's.  I'm not calling him dad.  He has a big

7    waterbed and that's where he would do it, end quote.

8    Did you make that statement to Sharon Krause?

9    A.    No.

10   Q.    There's further descriptions of you touching your

11   father's penis, him touching your penis.  Did you use -- did

12   you make those specific statements to Sharon Krause?

13   A.    No.

14   Q.    Farther down the page on 10 she says, I asked him

15   if his father said mean things about anybody else and he

16   said, quote, he talked about private stuff about Shirley and

17   he says mean things about her too, end quote.

18   Do you recall making that specific statement to Sharon

19   Krause?

20   A.    No.

21   Q.    Do you recall if -- are those your words?

22   A.    Those are not my words.

23   Q.    He would say nasty things about Shirley and she's

24   really nice, end quote.

25   Do you remember making that statement to Sharon Krause?

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

188

1      A.    No.

2      Q.    You have read through the next three pages, but if

3   you look on Page 11 of 13, on the quotes that are attributed

4   to you on that page, were any of those quotes words that you

5   used and told, events that you told Sharon Krause about?

6      A.    No.

7      Q.    And how do you know that?

8      A.    Those are not my words.

9      Q.    Did you describe these sexual events to her?

10     A.    No.

11     Q.    Did she describe sexual events to you?

12     A.    Yes.

13     Q.    Then at the top of 13, bottom of 11, she's asking

14  you if Kathryn would be standing up or sitting down when

15  they happened, and Matt stated, quote, sometimes my sister

16  was sitting and my dad was sitting and then sometimes he

17  would be on the bed and she'd be laying down, or sometimes

18  when he put it in her bottom she would have to stand up, end

19  quote.

20     Are those words that you used to Sharon Krause or are

21  those things she told you?

22     A.    Those are Krause's words.

23     Q.    Let me ask you this:  After this interview in March

24  you said that you went along with her story.  What do you

25  mean by that?

DEPOSITION OF MATTHEW RAY SPENCER, 11/13/12

202

```
1                    REPORTER'S CERTIFICATE

2

3   STATE OF WASHINGTON      )
                             )    ss.
4   COUNTY OF KING           )

5

6         I, MARLIS J. DeJONGH, CCR, RPR, a Notary Public in

7   and for the State of Washington, do hereby certify:

8   That prior to being examined, the witness named in the

9   foregoing deposition was duly sworn to testify the truth,

10  the whole truth and nothing but the truth;

11        That said deposition was taken down by me in

12  shorthand at the time and place therein named and thereafter

13  transcribed by means of computer-aided transcription, and

14  that the foregoing transcript contains a full, true and

15  verbatim record of the said deposition;

16        I further certify that I have no interest in the

17  event of the action.

18        WITNESS my hand and seal this 29th day of November,

19  2012.

20

21

22                         Notary Public in and for the State
                           of Washington, residing in Seattle.
23                         My commission expires 01/2016.
                           Lic. No. DE-JO-NM-J498K9

24

25
```

MARLIS J. DeJONGH & ASSOCIATES
www.marlisdejongh.com

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-E586
SUPPLEMENTAL RPT

STATUTORY RAPE, 1ST DEGREE, RCW 9A.44.070
LOCATION OF INCIDENT:   17681 NE Lucia Falls Road, Yacolt, Wa.
DATE OF INCIDENT:       Between 07-14-84 and 08-26-84

DATE & TIME:         10-17-84                    1745 hours
LOCATION:            Holiday Inn, Room #135
                     5321 Date Avenue
                     Sacramento, California 95841-2597
INCIDENT:            Interview with Witness

WITNESS:         .   SPENCER, Matthew Ray        dob: 11-28-75
                     aka: Matt
                     3930 Becerra Way
                     Sacramento, California      phone: (916) 452-6057

VICTIM:              . SPENCER, Kathryn E.       dob: 01-13-79

SUSPECT:             SPENCER, Clyde Ray          dob: 01-09-48
                     17681 NE Lucia Falls Road
                     Yacolt, Washington

SUMMARY:

                On the evening of 10-15-84, after I had arrived in
Sacramento, California, I met the SPENCER children briefly when I accompanied

CCSO Case #84-8586, S.A.KRAUSE, A-43                          page 1 of 13



00000309

their mother to pick them up at the grandmother's residence.  During the time I was around the children that evening I was introduced to them; however, they were not advised as to who I was, reference how I was employed or why I was in Sacramento.

When we returned to Deanna SPENCER'S residence with the children, it was approximately 10:00 PM and the children immediately prepared to go to bed. .However, at one point when we were discussing the weather I mentioned that the Sacramento weather was worse than it was in Washington. Matt SPENCER immediately stated, "My dad lives in Vancouver, Washington. He's a policeman; he's a cycle cop." Matt then asked me if I knew his dad and I indicated to Matt that I did know his father and told him that was the reason that I had come to Sacramento, so I could talk with him and with Katie.  Matt did not ask my any more questions that evening and I did not volunteer any additional information at that time.

On the evening of 10-16-84, when I returned Katie SPENCER to her residence, I made arrangements to pick Matt SPENCER up the following day after he got home from school for the purpose of my interviewing him reference any knowledge he might have regarding this situation.  Because I accompanied Katie and her mother to a therapy session of the afternoon of the 17th, and also because I had to see a dentist during the late afternoon, I was not able to pick Matt up until approximately 5:00 PM.

When I picked Matt up at his residence he was aware that we were going to my motel so that we could talk privately.  Matt appeared to.be willing to accompany me and at no time expressed any reluctance or concern about doing so.  During the time we were in my vehicle en route to the motel Matt was very talkative and did not question me about what we would be talking about.

When we arrived at the motel we toured the building and had a hot chocolate in the coffee shop prior to discussing any of the specifics regarding the concerns at hand. After we finished the hot chocolate we returned to my room and, like Katie, the first thing Matt did was to turn on the television.  At that time I indicated to Matt that he knew where I lived, then asked if he knew what my job was. Matt stated, "A policeman." When I asked him

00000310

why he guessed a policeman Matt stated, "Well, because you said you knew my dad."

Initially I asked Matt if he knew what I wanted to talk to him about and Matt stated, "About Kathy and my dad." I asked him why he thought that was what I wanted to talk to him about, and Matt indicated it was because "I was a policeman and because he knew Katie had said something but he didn't know for sure what it was." I indicated to Matt that that was the reason I wanted to talk to him, and Matt stated, "I guess Katie said my dad did something last summer or something, but I never saw anything." I indicated to Matt that that was one of the reasons I wanted to talk to him because he may have seen or heard something that might be important regarding what Katie was saying. At that time Matt stated to me, "Can you tell me what she said because nobody will tell me anything?" I advised Matt that I would explain as much as I could to him and he stated, "I'm sure glad because I'd like to know what's going on."

I asked Matt if I could just ask him some questions first about his visit to Vancouver before we really talked about anything else, and he indicated that that was "fine." Matt volunteered to get up and turn the TV down so that he "could hear what I was saying."

I asked Matt when the last time he saw his father was and Matt stated, "It was last summer." I asked Matt if his father ever babysat them when he was in Vancouver and Matt indicated that his step-mother, Shirley, went to work at approximately 10:00 PM and that his father worked til approximately 11:30 PM. Matt indicated that he, Katie and Shirley SPENCER'S son, Matt, stayed with a relative named Cindy until their father picked them up on his way home from work. Matt also indicated that "sometimes his dad babysat for them on his days off when Shirley was working."

At that time during the conversation Matt indicated to me that he wanted me to tell him "what was going on." I asked Matt if he had any idea what Katie was saying and Matt replied, "Well, I think it's somethin' about my dad doing something to her, because that's what the other detective said." Matt then advised me that he had talked to a detective in Sacramento (interview with Detective FLOOD). I asked Matt if there was anything that he

hadn't told Detective FLOOD and Matt stated, "Well, I don't really remember what I told him but I never saw my dad do anything like that to Kathy. You know, like what she's saying." I indicated to Matt that I wanted to make sure that he understood what this was all about, and asked him what he thought Detective FLOOD was asking him about. Matt stated, "Well, about like my dad touching Kathy in her private areas and stuff like that." Matt then stated, "I've never seen him do anything like that to her when I was around." I asked Matt if Katie had ever said anything to him about anything like that ever happening, and Matt advised that she had not.

        Matt then indicated to me that he was "really confused about what was going on." He indicated that he was "glad I was going to talk to talk to him and he finally would know what was going on." He also stated, "My dad always tells me that my mom lies to me and it's really confusing because I don't know who's telling the truth anymore." I asked Matt if he knew why I had come to California and Matt stated, "It was because of what Katie said to Shirley, I guess." I indicated to him that that was the reason and that it had nothing to do with anything that his mother had said. Matt stated, "How about my dad?" I asked him what he meant and Matt stated, "Well, did you talk to my dad?" I advised him that I had talked to his father and also Shirley. Matt asked, "Well, what does my dad say about what Katie told Shirley?" I advised Matt that when I talked to his father he denied that he had ever touched Katie in a way that he should not have. Matt asked, "Well, what did my sister, Kathy, say?" I indicated to Matt that Katie told me that some things had happened. Matt stated, "Well, could you tell me what my little sister said my dad did?" I indicated to Matt that what his sister said were not good things, and asked him if he was sure he wanted me to tell him what she was saying. Matt indicated that he "had to know what was going on, he couldn't stand it anymore."

        At that time I indicated to Matt that what Katie had said was that her father had touched her on her private areas. Matt stated, "Is that all she said?" I advised him that what she had told me was more involved than that but basically that's what she was saying. Again Matt insisted that he wanted to know "Just exactly what his sister was saying so he could understand."

00000312

At that time I indicated to Matt that if I were going to be talking to him about bodies I needed to know what he called specific parts so I would know for sure that he was understanding what I talked about and that I would understand what he was talking about. With the aid of a cartoon drawing Matt then indicated that he called breasts on a female body "boobs," the navel a "belly button," the buttocks "buns," and the penis on a male body a "penis." When we were discussing the genital area of the body I placed a dot where the vagina would be on a female body and asked Matt what he would call that part of a girl's body that she went to the bathroom from. Matt advised that he didn't really know what to call it, it was just a "private area". I asked Matt if he thought a father should touch that part of his daughter's body and Matt stated, "No way." At that time I indicated to Matt that there could be a time when a father would need to do that or a mother. relating, if a child hurt there and had to have medicine or like when a child was a baby and a parent had to change their diapers and things like that. Matt indicated that he understood, and then stated, "But, like I know they shouldn't just touch there for no reason." I advised him no, that there should be a reason for a father or mother to touch a child on those private areas. I asked Matt, "Would your buns be a private spot?" and Matt indicated that it would. I asked him if his penis would be a private spot and again Matt stated that it would.

Matt then asked me, "Did Kathy say my dad touched her there?" (He pointed to the dot where the genital area of the female body would be.) I indicated to Matt that that was one of the things that Katie had said to me. Matt stated. "What else did she tell you?" I related to Matt that during my conversation with Katie one of the things she was extremely concerned about was my telling Matt what she had told me because she felt Matt would laugh at her. Matt stated, "I wouldn't laugh at her, I love her, and it wouldn't be her fault. No way I'd laugh." I advised Matt that if Katie were telling the truth it would be really important for her to know that it was good for her to tell. Matt stated, "If she told you something happened, it did, because my sister is just a baby and she wouldn't lie about something like that." Again, Matt indicated he wanted to know and at that time I told Matt that during the

)                                      · )

conversation with Katie the day before she indicated to me that during the summer visit in Vancouver, her father had put his mouth on the private area of her body and had also made her put her mouth on his (father) penis. I related to Matt that Katie had also made statements indicating that her father had placed his bare penis on the private part of her body where she goes to the bathroom from. At that time Matt looked at me and stated, "That is really gross, Sharon, you mean my dad said he didn't do that?" I advised Matt that his father indicated that he hadn't and there could be two reasons for that. One was that it had not happened. Matt interrupted me and again stated, "No way, my sister would never say that if it didn't happen. She would never lie about that." I asked Matt if he had ever seen anything during the time he visited that would make him think it might have, and Matt stated, "I never saw anything. I wish I would have because I would have punched him. That's really sick."

            I indicated to Matt if it did happen his father may not be saying anything because he was embarrassed to do that, or felt scared. Matt stated, "Why would somebody's dad do that to them?" I advised Matt that I did not really understand why someone bigger than a child does that to their body but indicated maybe I could explain it another way. At that time I told Matt that where I worked the majority of the things I dealt with were cases like this where a child had said that someone bigger than them, sometimes a bigger child, or sometimes an adult, had touched their private areas and that the child was usually afraid to tell. I advised Matt that when someone bigger than a child did that it was wrong but that many times they probably didn't do it because they were being bad, it was because they were sick. I indicated to Matt that it was a different kind of sickness than a medical doctor could deal with. It was like the person's thinking was sick. I also told Matt that it was against the law for a bigger person than a child or a grownup to do that, and that a person could go to jail for something like that. However, there were many times when the grownup person told the truth and asked for help and instead of going to jail they would get help. Matt stated to me, "He sounds like he really needs help." Matt then stated, "Now I get it. That's why my mom said I can't go up at Christmas." Matt then stated, "I didn't know what was

going on. I thought she was probably just lying to me again. My dad told me not to believe anything she said."

At that time I asked Matt how he was feeling and he stated, "You mean about my dad?" I indicated that I meant about his dad, his mother, his sister or whatever he was feeling. Matt stated, "Well, about my dad. I don't know how I feel right now. I guess I just feel like I don't have feelings." I asked him how he felt about Katie and Matt stated, "I love my sister and I know my sister wouldn't lie. I just know that. She wouldn't lie about something like that." I indicated to Matt that I thought I read someplace in Detective FLOOD'S report where Matt had told him that Katie did tell stories and that she changed her stories a lot to keep from getting into trouble. Matt stated to me, "Yah, well, I change my stories sometimes, too, but there's no way my sister would lie about that kind of stuff." I asked Matt, "How do you fell about your mom?" and Matt stated, "Now, I understand about what's going on and I feel sorry for her."

Matt then stated, "I really feel sorry for my dad, too. He is really sick, it sounds like." I told Matt that if his father had done it and was sick our only goal was to get his father help. I also told him that that was really not my decision, that the decision would be made by a judge regarding what will happen. I asked Matt if he understood what a judge was and he indicated to me that he did, and "he understood about court and the arresting people and stuff like that."

At that time I asked Matt how he felt about his step-mother, Shirley, and indicated that it was Shirley who became concerned and asked that somebody find out exactly what had happened between Katie and her father. Matt stated to me, "Well, I'm glad she got concerned, but you know, I really don't like Shirley. She's just not the kind of person I would ever want for a mom." I asked him why he felt like that and at that time observed him shrug his shoulders, stating, "I don't know, I just don't like her." I asked him if anything ever happened while he was visiting that made him feel that way and Matt stated, "Not really. I just don't care for her." I asked him if she had ever said or done anything that upset him and Matt stated, "Well, there was this one thing that kind of bothered me, but that's not the only

00000315

reason I don't like her." I asked Matt if he could tell me about that and at
that time Matt indicated that on a particular evening during the summer of 1984
he was awakened by "his step-mother screaming." I asked him what she was
screaming about and Matt stated, "I don't know. I woke up and when I heard her
making these real loud noises I got up and went into their bedroom and I mean,
you think screaming's loud." I asked Matt if the bedroom door was shut and Matt
indicated, "No, the door was always open." I asked Matt what he saw and Matt
stated, "Well, when I went just inside that door I could see my dad's bare buns
sticking up in the air and I knew what was happening." I asked Matt if he could
tell me what was happening or if he understood and Matt stated, "Yah, I knew
what was happening because I watched 'Friday, the 13th' and they were making
love in that movie, too." I asked Matt what he did when he saw that and Matt
stated, "Well, I just went back in the bedroom and then she was making those
loud noises and then they started slowing down and the noises got tinier and
tinier." Matt also advised that the following day he talked to his dad about
that and then stated to me, "But, I still don't understand why she was making
such loud noises about that."

At that time I asked Matt if he understood why grownup
people made love and he stated, "Not really." I asked Matt if he knew how women
became pregnant or why they had babies, and he stated, "Well, I think I know a
little bit about that." For the next few minutes Matt and I talked about why
grownup people 'make love' indicating to him that that was something that two
people who loved each shared with each other and that was the way a person
could show someone else how much they loved them and how special they were. I
also told Matt that it does not hurt usually when someone does that to you when
you are a grown up and if you are in love it may be something that really feels
good to your body, and that's probably why Shirley was making the noises
because it felt good. Matt shook his head, indicating that he understood, and I
asked Matt if he had ever touched his penis with his own hand. Matt replied no.
I indicated to Matt that it was okay for him to tell me if that had happened
because his body belonged to him and that it was okay to touch your own body if
it was done in a private place. I told him other boys his age had told me they
did that and also told me that it felt good. Matt stated to me, "Yah, I've done

that a couple times and it makes your penis stick up and it does feel good, but I don't scream my head off like she did." I indicated to Matt that possibly it felt better to Shirley and that was her way of showing his father how much she loved him and how special he was to her. Matt replied, "Well, it makes sense but I don't understand why she had to scream that loud." Matt then stated to me, "I just wish they'd keep their door shut." I asked him if he had seen that any other time and he indicated that he had not. I asked Matt if he felt like he understood enough or if he felt like he wanted to talk about it more, and Matt stated, "Well, I understand now, and my dad tried to tell me but I still didn't understand about the weird noises." I asked him if he understood about the noises now, and he stated, "Yah, I understand."

I asked Matt if he had ever heard his mother talk to Katie about the things that Katie was saying and Matt advised that he had not. I asked Matt if his mother had told him to say anything specifically to me, and Matt shrugged his shoulders and stated, "No, she just told me you were going to be talking to me. That's all."

I asked Matt if he wanted to ask me anything else and he indicated that he didn't, then stated, "I just couldn't figure out why me and Kathy couldn't talk to my dad or nothing, and then she said that about Christmas and I figured she was really up to something then." I asked Matt what he thought his mother was up to and he stated, "I don't know. It was like she was trying to mess with my head or something because my dad told me that she always lies to me and that I shouldn't believe anybody but him." I asked Matt if his father ever told him anything else and Matt stated, "Yah, he tells me a lot of stuff, I guess, but he always tells me that women are just out to control you and to watch out for my mom and stuff like that."

Matt and I talked for several more minutes; however, it did not appear that he had any other questions regarding what we had talked about, nor did it appear that he had any additional information that would be relevant to this issue. Matt and I were in the room a little less than one hour total. Because Matt appeared to be comfortable and there was nothing else to discuss I asked him if he was ready to go back to his house and he indicated that he was.

00000317

I transported Matt back to his residence and during that trip he appeared to be very comfortable and the majority of our conversation was about Sacramento, his school, the activities he was involved in, and his friends.

Investigation to continue.

CASE NUMBER _84 8506_

DATE/TIME _5:50   10-17-84,_

LOCATION _Holiday Inn. Sacramento, Ca._

VICTIM _Matt Spencer_

SUSPECT _Ray Spencer_

Reporting Officer: _Krause_

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

1ST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:    17681 NE Lucia Falls Road
                         Yacolt, Washington
DATE OF INCIDENT:        Refer to Summary

DATE & TIME:             03-25-85                    9:55 AM
LOCATION:                CCSO, Investigation Unit
INCIDENT:                Interview with Victim

VICTIM:                  SPENCER, Matthew Ray       dob: 11-28-75
                         aka: Matt
                         3930 Becerra Way
                         Sacramento, California      phone: (916) 482-6057

SUSPECT:                 SPENCER, Clyde Ray          dob: 01-09-48
                         aka: Ray SPENCER
                         17681 NE Lucia Falls Road
                         Yacolt, Washington          phone: 687-2407

ATTACHED
DOCUMENTS:               #1 - Copy of a cartoon drawing used during my
                         conversation with the above listed victim regarding
                         what he called specific parts of his body.

CCSO Case #84-8506, S.A.KRAUSE, k-43                          page 1 of 11



SUMMARY:

On March 24, 1985, Deanne SPENCER, who is the natural mother of the above listed victim, Matt SPENCER, drove her children, Matt and Kathryn, to Vancouver for the purpose of my interviewing them regarding information that I developed during an interview with Matthew Alan HANSEN, where Matthew HANSEN indicated that Ray SPENCER had not only been sexually involved with Matt and Kathryn SPENCER, he also had reportedly forced the children to have sexual contacts with each other.

When Deanne SPENCER drove her children from Sacramento to Vancouver, Washington, she was accompanied by her mother, Mrs. Phyllis DAY, who also resides in Sacramento, California.

I met with Deanne SPENCER, her mother, and the SPENCER children on the morning of March 25, 1985 at the Clark County Sheriff's Office. With the permission of Deanne SPENCER, the interview with Matt SPENCER was done in an interview room located in the Clark County Sheriff's Office, Investigation Unit, with only Matt and I present.

During my initial conversation with Matt SPENCER, I advised him as to why he was at the Sheriff's Office and why his mother had brought him and Kathryn to Vancouver, specifically, that during my investigation I had obtained information that possibly Matt (SPENCER) had also been victimized by his father, Ray SPENCER. Matt advised me that he "knew why he was here, but nothing ever happened to him." I talked with Matt for several minutes reference why it was important for him to tell me if something had happened, specifically, that first it was extremely important for Matt to be able to talk about it, and secondly, it was important that we were able to deal with his father so no other children would be victimized. Matt indicated that he knew his father had been arrested again because his mother had told him, and he was also aware that the second arrest resulted after Matt HANSEN had indicated that he had also been "touched by Ray SPENCER."

During the initial part of my contact with Matt SPENCER, he appeared to be extremely nervous and exhibited signs of a lot of anxiety. Specifically, Matt was squirming, all over the chair he was sitting on, there were times when he was sitting under the chair with his elbows resting on the seat portion, at one point he had an extra chair on the room balanced on his

head, Matt was partially under the table at times, and other times a portion or
all of his body was on top of the table. I observed Matt's face to be blushed
and several times he indicated he was "thirsty and his mouth was dry." When Matt
expressed some discomfort because he was thirsty, he accompanied me to the squad
room of the Sheriff's Office where I purchased a pop for him to drink.

At one point during the interview I indicated to Matt
that because we were going to be talking about bodies, it was important that I
know what he called things so he would know what I was talking about and I would
understand what he was talking about. Matt indicated that he remembered my using
a cartoon drawing when I talked with him at the hotel in Sacramento. During our
conversation Matt indicated that he calls breasts on a female body "breasts,
titties or boobs," the navel a "belly button," the buttocks a "bottom," the
penis on a male body a "penis," and the genital area of a female body a
"vagina."

When I began to specifically talk with Matt about the
possibility of him also being a victim, Matt advised me several times that
"nothing ever happened to him." I asked him if there was a possibility that
something could have happened a long time ago that he was having difficulty
remembering. Matt immediately replied, "I don't know if it did; it would have
been a long, long time ago." Matt and I talked for several more minutes about
the possibility of him being a victim and he continued to deny that anything had
ever happened. I asked Matt if he thought his father needed help and had a
problem and Matt stated, "He does need help." I indicated to Matt at that time:
"If I were to steal a package of gum, that would not be a good thing for me to
do. If I were to steal ten packs of gum that would mean I had a big problem.
However, if I were to steal a hundred packs of gum that would mean I really
needed help." I asked Matt if he thought his father needed a little help or a
lot of help. Matt stated, "He needs a lot of help." I asked Matt if his father
needed help for one thing happening or more than one thing happening, and Matt
stated, "He needs help for lots of things that happened." I asked Matt if he
could tell me what his father needed help for, and Matt stated, "He needs help
for what he did to Kathryn and Little Matt." I asked Matt if he believed what
Kathryn and Little Matt had said and Matt stated immediately, "They wouldn't
lie. I believe them." I asked Matt if his father needed help for one person, two

persons or more than that and Matt stated, "He needs it for more than that." I asked Matt who the first person his father would need help for, and Matt stated, "For what he did to Kathryn." I asked him who the second person would be that his father would need help for and Matt stated, "For Little Matt, because he did it to Little Matt, too." I asked him if his father needed help for anyone else and at that time I observed Matt shake his head in a yes response. I asked him who that person was and Matt stated, "I don't know, he just needs a lot of help."

I asked Matt if he thought his father needed help for only doing something to Kathryn's body one time or for doing something to Kathryn more than once. Matt responded, "He needs help for doing things to Kathryn and Little Matt a lot more than one time." I asked Matt how he knew something had happened more than one time with Little Matt and Kathryn, and Matt stated, "Because they said it did and they wouldn't lie." I asked him if he had ever seen anything happen and he shook his head in a no response.

At that point during the conversation Matt asked me if "I was about through asking him questions." I indicated to Matt that I needed to him to talk with me longer because it was important that I know everything that happened. There were several times during our conversation that morning when Matt would ask if I was done asking him questions.

Matt continued to deny that anything had happened to him; however, he was real adamant that Little Matt and Kathryn were telling the truth about what his father had done to them. He was also very adamant about his father "needing lots of help." Several times during the initial part of the conversation Matt indicated that something had happened between his father and Kathryn and Little Matt a number of times; however, he would indicate that he had not seen anything, only believed what the other children were saying.

During my interview with Matt I was attempting to be cautious about leading him or asking him any specific questions; however, I was still very uncomfortable because of the way Matt was responding to me. I felt possibly there was something Matt was not sharing with me. I asked Matt how he was feeling about his father and Matt stated, "I don't really feel anything. I don't ever want to see him again." I asked him if he could tell me why he was

feeling like that and Matt stated, "Because I don't like what he did to my sister and brother and I don't ever want to see his face again."

At one point in the conversation I indicated to Matt that I was extremely concerned that possibly something was happening to him or that he may have seen something he was not telling me, and if he were to leave without sharing it, I knew it would bother him, and that I did not think that was fair to him. Matt indicated that "nothing was bothering him." I told Matt, "I wish I could be something that could get inside of his head and tell for sure whether anything had happened." I assured Matt that I was not doubting his word or thought he was a "liar" however, based on the number of children I dealt with I knew that very often children were reluctant to tell because of fears they had. I indicated to Matt at that time that with older people we could use a lie detector test to tell for sure if they were telling the truth or if they were not telling the truth, because they were afraid or because they really had done something they weren't supposed to. I asked Matt if he knew what a lie detector was and he indicated he did not. At that time I attempted to explain in terminology that Matt could understand, what exactly a lie detector was. At the point I stated, "And I wish I could give you that test so I wouldn't worry about something having happened to you and you being afraid to tell," Matt immediately blurted out, "I wouldn't take that test; I hate test." I assured Matt that he was not old enough to take that test; however, I did advise him I wished he were older so I wouldn't be worried about him and would feel better knowing that nothing had ever happened to him.

At that point in the interview Matt asked me, "What's going to happen to my dad?" I advised Matt that I felt we had a problem. Specifically, I had Kathryn and Matt saying something had happened to them and also Matt indicating that possibly "Big Matt" was also a victim. I indicated to Matt that if his father "needed help" there were only two ways we could do that. One was for his father to admit, which he was not doing, and the other was for us to go to trial and tell a judge and jury what his father had done so the court would force him to get help. Matt stated, "He needs help." I indicated to Matt that I could not make his father get help, that it would be up to a judge if his father did not admit. Again, Matt indicated that nothing had happened to him.

At that time I stated to Matt that I felt I only had one recourse and that was to find out why "Little Matt was lying about something happening to Big Matt." I indicated to Matt that I was going to call Shirley SPENCER and have her bring Little Matt to my office so I could find out why he said the things he had about "Big Matt." At that time I observed Matt SPENCER become agitated and very confrontive when he stated to me, "He is not lying to you." I asked Matt, "What does that mean, Matt?" Matt stated, "Little Matt is not lying. He is telling you the truth." I asked him what Little Matt was telling the truth about and Matt stated, "About me, cause my dad did it to me, too, and Little Matt and Kathryn are telling the truth."

I asked Matt what was the hardest part about telling and Matt stated, "The hardest part is that it might be all my fault." I talked for several minutes to Matt and reassured him that none of this was the fault of the children. I indicated to him that it was important that he was able to tell, and for him to not feel like he was responsible for anything that was happening. I also indicated to Matt that I did not think he was not telling me because he "was a liar" but that it was extremely difficult for children to tell sometimes, and also sometimes children "sort of forget about things that had happened." Matt stated to me, "Well, he and Kathryn aren't lying and I guess maybe I sorta forgot, but I really didn't. I was just scared I'd get into trouble." I asked Matt if he was starting to remember more things and Matt stated, "Yah, I remember a lot of things, but a lot of things I don't think I remember."

At that point during the conversation I assured Matt again that he was not in any trouble for not telling what happened, and indicated to him that when children don't tell it is not because they are "liars," it is just because it's so hard for children to tell about those things, and to talk about them. Matt stated to me, "I know who's the liar, he is." I asked him who he meant and he said, "Ray SPENCER. He's the liar. Why can't he tell what really happened, and tell the truth?" I indicated to Matt that I didn't really understand, but that it was very difficult for grownups to admit when they had touched children in a way they shouldn't. I asked Matt how he was feeling about his father and Matt stated, "I don't feel anything. I don't even ever want to see his face again."

I asked Matt if he could remember the last time something happened with his father and Matt indicated that it occurred "at the new house." I asked him who was there when it happened and Matt stated, "All of us were there." I asked him who "all of us" meant and Matt stated, "Me, Kathryn and Little Matt, and my dad. And he did something to everyone of us." I asked Matt if he could remember how he was feeling when the last thing happened and Matt stated, "I was scared and I always was, cause he's big and he can really be mean to you." I asked Matt what he, Little Matt and Kathryn were wearing when something happened and Matt stated, "He makes us take our clothes off every time and my dad takes his clothes off, too." Matt then stated, "I don't even want to call Ray SPENCER my dad anymore, because I hate him for what he did."

Again, Matt and I talked about why people bigger than children touch children, and after Matt had calmed down we talked more about what had occurred. I asked Matt if he could remember what happened during that last time in the new house and Matt stated, "He put his penis in my bottom and in Kathryn's bottom and in Kathryn's front hole and he puts it in Little Matt's bottom, too, and that really hurts us, and I hate him." I indicated to Matt that he had a right to be angry about what his father had done and assured him that it was okay for him to have feelings about what had happened, and for him to express those feelings. Matt stated, "I bet Kathryn and Little Matt hate him, too, because he really hurt us. I know Kathryn hates him." I asked Matt if anything else happened that last time and Matt stated, "He makes all of us put our mouth on, you know, those parts." I asked him if he could tell me for sure what happened so I wouldn't be mixed up and asked him what Kathryn had to put her mouth on. Matt replied, "On my penis and on Little Matt's penis. See what I mean." I asked Matt what he had to put his mouth on and he stated, "He always makes me and Little Matt put our mouth on Kathryn's vagina and she hates it, and we hate it, too."

I asked Matt if he knew where Shirley was when that happened and asked, "Was she at home?" Matt stated, "She was probably at work cause that's where she was most of the time. He always did it when she wasn't there."

I asked Matt how old he was now and he stated, "I was nine in November." I asked him how old he was the last time something happened

and Matt stated, "I was eight. It was last summer at the new house." I asked Matt if it happened when he was seven and Matt stated, "Yah, it did, because that's when we lived in the brown house and he did it then, too, and he did it to Katie and Little Matt in the brown house." I asked him what happened in the brown house and Matt stated, "He always does the same things. He did the same things to us then, and he'd probably do it to us now if he could get his hands on us." I asked Matt if anything happened to his "bottom" in the brown house and Matt stated, "Yah, I said the same things. He sticks his penis in our bottoms and he makes us stick our fingers in each other's bottoms, and he always makes us lick on Kathryn."

I asked Matt if his father ever said anything to him about telling and Matt stated, "He told me not to tell, and he says it really mean, and he hurts us, and I know he'll really get me if he can get his hands on me." Matt and I talked for several minutes about whether or not his father could "get his hands on him." I advised Matt that at this point his father did not know where he and Kathryn were even living because he did not have their address. I also advised Matt that if, at any point, his father were to be released from jail I would notify his mother immediately. When we finished talking about that, Matt seemed to be more comfortable; however, when we were discussing the possibility of his father being released at some point in time, Matt appeared to be very nervous and at one point was even shaking.

I asked Matt if he ever had to touch his father's body and Matt stated, "Yah, Ray always makes me stick my penis in his butt and he makes us stick our fingers in his bottom, and he makes Little Matt do that, and Kathryn just has to stick her fingers in his bottom." I asked him when that happened the last time and Matt stated, "At the new house." I asked him if he had to touch his father's body in any other way and he stated, "I have to suck his penis. We all have to do that."

I asked Matt if he had to touch anybody else's body and Matt stated, "Just what I said. Me and Little Matt have to put our penises in Kathryn's bottom, and in her vagina." I asked him when the last time was that that happened, and Matt stated, "At the new house when he has us take our clothes off." I asked him how many times that happened last summer and Matt stated, "Everytime Shirley was gone he did it to us." I asked Matt if he could

remember anything anyone said when that was happening, and Matt stated, "We all just cried cause it hurts us, and we hate it, and he just says mean things and tells us we'd better not say anything."

       I asked Matt if he saw his father touch anyone besides him at the new house and Matt stated, "He puts his penis in Kathryn's vagina." I asked him how many times he saw that and he stated, "About everytime Shirley was not around, and he puts it in her bottom, too, and he does that everytime." Matt then stated, "Kathryn really cries and we all cry." I asked him what his father would say about the crying and Matt stated, "He just hollers at us to 'cut the crap'." I asked Matt what kind of things his father would holler and Matt stated, "He hollers cuss words and mean things." I asked Matt if he could remember anything his father might have said or what the cuss words were and Matt stated, "He says the F-work, you know, fuck, and he says shit and stuff like that, and I hate him."

       I asked Matt if his father ever did anything that hurt his body and Matt stated, "Yah, he hurts my bottom. He sticks his fingers in there and his penis in there and that hurts." I asked Matt if he ever saw anything come out of his father's penis when he was doing things and Matt immediately blurted out, "I don't remember that." During that portion of the conversation I bent my pointing finger on the right hand at the first knuckle and stated to Matt, "Boy's penises hang down little like this. Is that how your father's looked?" Matt stated, "His doesn't hang down. It goes straight out like it's really hard, and then that makes it hurt more."

       I asked Matt if his father ever did anything else that hurt him and Matt stated, "It hurts when he slaps us." I asked him why his father slaps him and he stated, "He slaps all of us cause we cry, and he gets mad, but it hurts and you can't help crying."

       I asked Matt if he ever had to touch Little Matt and Matt stated, "He makes us all touch each other, and I have to put my mouth on Little Matt's penis and Kathryn has to do that, and I had to put it on my dad's penis, and it's just the same things over and over." When Matt told me that he said it in a very angry tone. Matt then stated, "I think I already told you everything, but did I tell you he makes us put our fingers in his bottom? And we have to stick our fingers in each other's bottom, isn't that sick?" I told Matt

that it was "sick" and I was so sorry that that happened to him, but I was glad that he was finally able to tell.

I asked Matt how he was feeling about telling and Matt stated, "I feel a lot better. I just hate him." Matt and I talked for several minutes and then I asked him where he would be when these things would happen at the new house. Matt stated, "In his room, in my dad's room, you know, Ray's. I'm not calling him dad. He has a big waterbed and that's where he would do it." I asked Matt if it ever happened anyplace else in the house and Matt stated, "In the bathroom, and downstairs, and the downstairs bathroom is where the shower is and he did it to me there in the shower, too." I asked him what happened in the shower and Matt indicated that his father "made him touch his penis." I asked him what he had to touch his father's penis with and Matt stated, "With my hand. He makes me grab onto it." I asked him if anything else happened in the shower and he stated, "He touches my penis with his hand, too, and he wants me to move my hand when I do that."

I asked Matt if he had ever gone camping with his father, and he indicated that he did during the summer visit. He and his dad had gone to Battle Ground Lake. He also advised that they had stayed one night in the tent. I asked Matt where he slept and he stated, "Right by him." I asked Matt if anything happened when they were camping and Matt stated, "I can't remember; he might have done something when I was asleep, but I don't remember."

I asked Matt if his father said anything to Little Matt and Kathryn when things were happening and Matt stated, "He says mean things to Little Matt, and he says the same things to us. He just says a lot of mean things." I asked him if his father said mean things about anybody else, and he stated, "He talked about private stuff, about Shirley, and he says mean things about her, too." I asked him if he could remember what his father would say about Shirley and he stated, "He'd say nasty things about Shirley, and she's really nice." I asked him if he could remember anything specifically that his father had said and Matt advised that he couldn't remember; he just remembered that they were "nasty and not nice." Matt then stated, "He said he really didn't even like Shirley."

I indicated to Matt at that time that I wanted to make sure I had written down everything and asked him what he saw happen to Kathryn

by his father.  Matt stated, "Well, mostly he just puts his finger in her vagina and his penis in her vagina and then he puts his penis in her bottom and his fingers in there, and then he puts his mouth on her vagina and he makes Kathryn suck on his penis."

At that time Matt asked me if I "knew why Kathryn didn't tell me about him and the rest of the stuff before."  I indicated to him that I wasn't real sure why Kathryn hadn't told me, but maybe she wanted him (Matt) to do it instead of her telling."  Matt stated, "It's because I told Katie not to say anything and she promised she wouldn't."

I asked Matt if anything ever happened when just he and his father were there and Matt stated, "Most of the time he does it with all of us but sometimes he just does it to us alone."  I asked him if it would happen during the nighttime or daytime and Matt stated, "Mostly, I think it was about daytime.  It was just when Shirley was at work."  I asked Matt if his father ever showed him any pictures or books that weren't nice and Matt stated, "He has me look at pictures in books of naked people." I asked him if he could remember the name of the book and Matt stated, "No, I didn't even like looking at the pictures, and then he'd say words like shit and stuff like that when he'd look at the pictures."  Matt then stated, "I think that shit word might have been in the book but I don't really remember."

I asked Matt if anything else his father did hurt him and Matt stated, "It would hurt my tongue when I had to put my mouth on his penis."  I asked Matt what his father called a penis and Matt stated, "He calls it a dick."  I asked him if he could remember what his father called a vagina and Matt stated, "He calls it this different word.  It starts with a P."  Matt appeared to be thinking and then he blurted out, "Pussy, that's what he calls it, a pussy."  I asked Matt if his father called a bottom anything besides a bottom and Matt shook his head, indicating a yes response.  I asked him what his father called a bottom and Matt spelled A-S-S.  I asked Matt what his father would call breasts on a female body and Matt stated, "Tits."

I asked Matt if he remembered when his father did things to Kathryn and he indicated he did.  I asked him if Kathryn would be standing up or sitting down or what when they happened, and Matt stated, "Sometimes my sister was sitting and my dad was sitting, and then sometimes he'd be on the bed

CCSO Case #84-8506, S.A.KRAUSE, K-43                                    page 11 of 13

and she'd be laying down, or sometimes when he put it in her bottom she'd have to stand up." I asked him what he and Matt would be doing, like would they be sitting down or what, and Matt stated, "The same as Kathryn, just whatever he decided we had to do." I asked Matt if he had ever had to stand on something when something was happening and Matt stated, "Just on our feet."

During the remainder of my interview with Matt, we reviewed what he had told me before and Matt was not able to provide me with any additional details. He was consistent in what he had shared before regarding the sexual contacts between he, his father, Kathryn and Little Matt. Matt was not able to isolate specific incidents with the exception of indicating that the same type of contacts occurred "almost every time Shirley was out of the house." Reference what had occurred while they were living in the "brown house," Matt related that the sexual contacts were the same that had occurred in the house located on Lucia Falls Road. (Shirley SPENCER advised that the brown house described by the children was located at 13105 NE 33rd Circle, Vancouver, Washington.)

Matt and I talked for several minutes prior to terminating our conversation about how he was feeling, what was going to happen to his father, his feelings about his father, and during that time I assured him several times that none of the children were in any trouble and also assured him that it was not their fault.

I asked Matt if he wanted his mother to know what had happened and Matt did not respond. I asked him if it would be easier for me to tell her so he didn't have to say the words, and Matt was eager for me to do that. Matt also advised me that he "wanted his grandma to know, too, and wanted me to tell her." I asked Matt if he would like me to call him therapist in Sacramento and tell her, and Matt also was very eager to have me do that.

At that time my conversation with Matt was terminated.

After I talked to Matt, I had his mother and grandmother come into the room, and without Matt present I shared with them what specifically Matt had told me during my interview. After I had talked with Deanne SPENCER and Mrs. DAY, I had Matt come back into the room and in the presence of all three, I assured Matt, as did his mother and grandmother, that

he was not in any trouble, and that they were proud of him for telling, and they understood how difficult it was. The interaction between Deanne SPENCER, Phyllis DAY and Matt appeared to be very appropriate. At one point, Mrs. DAY cried and she advised Matt that people cried because they were happy and sad. Matt stated, "You're sad because it happened but you're happy that I told, right?" Mrs. DAY indicated that was exactly why she was crying.

With Mrs. DAY, Deanna SPENCER and Matt present, I indicated to Matt that I wanted to make sure that I had told them everything and at that time repeated in detail what Matt had shared with me during my interview with him.

ADDITIONAL:

On the morning of 03-26-85 while all of the children in this investigation and Deanne SPENCER, Shirley SPENCER and Phyllis DAY were in my office, Phyllis DAY advised me that after they left my office on the 25th, Matt SPENCER told her that he "was telling his self the whole way up here that he wasn't going to tell me (KRAUSE) anything about what happened to him." He also told her that he "really felt better since he had told."

This investigation is pending.

CASE NUMBER        *81-8506*

DATE / TIME:       *3/25/85*

LOCATION:          *(180)*

VICTIM:            *Matt Spencer*

SUSPECT:           *Ray Spencer*

Reporting Officer: *A. Krause*

