Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, ) | No. C11-5424BHS |
| Plaintiff, ) | |
| ) | DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT PETERS' SUPPLEMENTAL MEMORANDUM |
| v. ) | |
| JAMES M. PETERS, et al., ) | |
| Defendants. ) | |
| ) | NOTE ON MOTION CALENDAR: |
| ) | Monday, July 8, 2013 |

Pursuant to 28 U.S.C. § 1746, Kathleen T. Zellner declares under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and accurate:

1. I am the attorney of record for Plaintiff Clyde Ray Spencer in the above entitled action. I am competent to testify in all respects, and make this declaration from personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of James Peters. Specifically, the following pages from the transcript of the deposition are attached: 124, 167-68, 242-43.

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT PETERS' SUPPLEMENTAL MEMORANDUM
(C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

3. Attached hereto as **Exhibit B** is a true and correct copy of the letter written by James Peters to the Independent Sentencing Review Board, dated June 5, 1998, Bates Nos. Spencer-03946-03947.  Exhibit B was produced by Defendant James Peters in response to Plaintiff's requests to produce.

4. Attached hereto as **Exhibit C** is a true and correct copy of U.S. Court of Appeals for the Ninth Circuit's memorandum, filed November 30, 1995, affirming in part and reversing in part the lower court's grant of summary judgment to the state and granting Plaintiff an evidentiary hearing in *Spencer v. Klauser*, Case No. 95-35113 (prior habeas proceedings).

5. Attached hereto as **Exhibit D** is a true, correct, and signed copy of Petitioner's First Interrogatories and Requests for Production of Documents and Respondent's Answers to Petitioner's First Interrogatories and Requests for Production of Documents in *Spencer v. Klauser*, Case No. C94-5223RJB (prior habeas proceedings), Bates Nos. Spencer001695-001717.

6. Attached hereto as **Exhibit E** is a true, correct, and signed copy of the Notice of Deposition to James Peters, dated July 11, 1996, in *Spencer v. Klauser*, Case No. C94-523RJB (prior habeas proceedings).

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of James Peters, taken July 30, 1996, in the matter of *Clyde Raymond Spencer v. Joseph Klauser, et al.*, Case No. C94-5238RJB (prior habeas proceedings).  Specifically, the following pages from the transcript of the deposition are attached: 28.

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANT PETERS'
SUPPLEMENTAL MEMORANDUM
(C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

1
2      SIGNED this 1st day of July, 2013 in Downers Grove, Illinois.
3                                          Respectfully submitted,
4
5                                           /s/  Kathleen T. Zellner
6                                          Kathleen T. Zellner & Associates, P.C.
                                           Admitted *pro hac vice*
7                                          1901 Butterfield Road
                                           Suite 650
8                                          Downers Grove, Illinois  60515
                                           Phone:  (630) 955-1212
9                                          Fax:  (630) 955-1111
                                           kathleen.zellner@gmail.com
10                                         Attorney for Plaintiffs
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27   DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
     OF PLAINTIFF'S RESPONSE TO DEFENDANT PETERS'
     SUPPLEMENTAL MEMORANDUM
     (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

I hereby certify that on July 1, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Patricia Campbell Fetterly<br>Daniel J. Judge<br>Robert M. McKenna<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA  98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | |
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

 /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT PETERS' SUPPLEMENTAL MEMORANDUM
(C11-5424BHS) — 4

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax