IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

CLYDE RAYMOND SPENCER,

        Petitioner,

      v.

JOSEPH KLAUSER, Warden, Idaho
State Institution; CHRISTINE
GREGOIRE, Attorney General, State
of Washington,

        Respondents,

Case No. C94-5238RJB

**Notice of Deposition**

TO:   James Peters
     c/o John Samson, Ass't. Attorney General
     Olympia, Washington

     You will please take notice that the testimony of the following witness will be taken upon oral examination at the instance and request of petitioner Clyde Raymond Spencer in the above entitled action, before a notary public, at First Interstate Bank Bldg., 877 W. Main, Suite 201, Boise, Idaho commencing at 9:30 a.m. on July 30, 1996. Bring with you all materials, memoranda, correspondence, records or documents of any kind received or reviewed with regard to the case, Spencer v. Klauser.

JAMES PETERS

     Said oral examination to be subject to continuance or adjournment from time to time or place to place until completed and to be taken on the ground for the reason said witness will give evidence material to the establishment of the petitioner's case.

     DATED this 11th day of July, 1996.

                          Peter A. Camiel, WSBA #12596
                          Attorney for Petitioner

Notice of Deposition - 1

*Mair, Camiel & Kovach, P.S.*
710 Cherry Street
Seattle, Washington 98104
(206) 624-1551 Fax: 623-5951



PLAINTIFF'S
EXHIBIT
E

Spencer001779

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

CLYDE RAYMOND SPENCER,
            Petitioner

      V.

JOSEPH KLAUSER, Warden, Idaho
State Institution

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1]    C94-5238 RJB

TO:    JAMES PETERS

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>877 W. Main, Suite 201, First Interstate Bank Bldg.<br>Boise, Idaho | DATE AND TIME<br>July 30, 1996<br>9:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>July 11, 1996 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Peter A. Camiel, 710 Cherry St., Seattle, WA 98104<br>(206) 624-1551 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

Spencer001780