# United States District Court
## Western District of Washington

CLYDE RAYMOND SPENCER )   Case No.
) C94-5238 RJB
　　　　　　　Petitioner, )
)
vs. )
)
JOSEPH KLAUSER, Warder, Idaho State )
Institution, )
)
　　　　　　　Respondent. )

## DEPOSITION OF JAMES MATTHEW PETERS
### July 30, 1996

Reported by
Jodi C. Williams



ORIGINAL



PLAINTIFF'S
EXHIBIT



THE COURT REPORTERS
TUCKER
AND ASSOCIATES
208·345·3704 • 1·800·424·2354
Fax 208·345·3713
605 WEST FORT STREET
P.O. BOX 1625 • BOISE, ID 83701
Home Page: http://www.webfactor.com/tucker/
E-Mail: tucker@rmci.net

Realtime · CaseView · Nationwide Case Management · Business Meetings · 10-Day Turnaround

```
                                                              28
 1              I remember one dramatically.  It was a
 2    doctor from Kaiser who had taken a photograph of a
 3    gaping rectum of a girl who was about eight who had
 4    been subjected to chronic penetration with a
 5    foreign object by her mother and brother.  And I
 6    remember that one clearly because the photo was so
 7    dramatic.
 8              No others immediately jump out.
 9         Q.   Focussing your attention on the Spencer
10    case, do you recall the types of allegations that
11    the female victim, Kathryn Spencer, was making?
12         A.   No.
13         Q.   Do you recall the types of sexual abuse
14    that she was alleging?
15         A.   No.
16         Q.   Were you ever involved in an interview
17    with her?
18         A.   I believe I was in the presence of a
19    defense attorney in Sacramento.
20         Q.   You indicated earlier that when the only
21    victim was Kathryn Spencer, upon your initial
22    review of the case, you believed the case wasn't
23    provable.  Do you recall why you thought that?
24         A.   No.  Probably the absence of
25    corroboration or -- I just don't remember.  If I
```

# REPORTER'S CERTIFICATE

STATE OF IDAHO       )
                     )  ss.
County of Ada        )

I, Jodi C. Williams, a Notary Public in and for the State of Idaho, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to typewriting under my direction, and that the foregoing transcript contains a full, true, and verbatim record of the said deposition.

I further certify that I have no interest in the event of the action.

WITNESS my hand and seal this 6th day of August, 1996.

*Jodi C. Williams*
NOTARY PUBLIC in and for the State of Idaho;
residing at Mountain Home, Idaho.

My commission expires 2-7-2001.

Spencer002704