**THE HONORABLE BENJAMIN H. SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>                    Plaintiff,<br><br>v.<br><br>JAMES M. PETERS, et al.,<br><br>                    Defendants. | NO. C11 5424 BHS<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT SHARON KRAUSE'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT ORDER** |

      This matter came before the Court on Defendant Sharon Krause's Motion for Reconsideration of Summary Judgment Order. The Court considered said Motion, and the response requested from plaintiff and reply from defendant Krause, if requested.

      Based upon the foregoing, and the Court being fully apprised, it is hereby ORDERED, ADJUDGED and DECREED, that Defendant Sharon Krause's Motion for Reconsideration of Summary Judgment Order be and the same is hereby GRANTED, and that the claims that Ms. Krause fabricated Matthew Hansen's allegations of abuse by plaintiff, the claim for failure to disclose the Peters videotaped interview of Kathryn Spencer, and the claims for failure to disclose the medical reports regarding Kathryn and Matthew Hansen are all hereby DISMISSED with prejudice.

(PROPOSED) ORDER GRANTING DEFENDANT
SHARON KRAUSE'S MOTION FOR RECONSIDERATION
OF SUMMARY JUDGMENT ORDER - 1

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1     DATED this \_\_\_\_ day of September, 2013.

                                                     _____
Judge Benjamin H. Settle
United States District Court Judge

Presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*s/ Guy Bogdanovich*

_____
Guy Bogdanovich, WSBA No. 14777
Attorney for Defendant Sharon Krause
PO Box 11880
Olympia WA 98508-1880
(360) 754-3480   Fax: (360) 357-3511
Email: gbogdanovich@lldkb.com

(PROPOSED) ORDER GRANTING DEFENDANT
SHARON KRAUSE'S MOTION FOR RECONSIDERATION
OF SUMMARY JUDGMENT ORDER - 2

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511