**THE HONORABLE BENJAMIN H. SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES M. PETERS, et al.,<br><br>　　　　　　　Defendants. | **NO.  C11 5424 BHS**<br><br>**CERTIFICATE OF ECF FILING & SERVICE** |

I hereby certify under penalty of perjury under the laws of the United States of America that on this 4th day of September, 2013, I caused to be electronically filed Defendant Sharon Krause's Motion for Reconsideration of Summary Judgment Order; (Proposed) Order Granting Sharon Krause's Motion for Reconsideration of Summary Judgment Order; and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following parties:

**Plaintiff Clyde Spencer and Matthew Spencer Attorneys**

dhjohnson43@aol.com
kathleen.zellner@gmail.com
dandavies@dwt.com

**Defendant Michael Davidson**

jefff@fjtlaw.com

---

CERTIFICATE OF ECF FILING & SERVICE - 1

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1  DATED this 4th day of September, 2013 at Tumwater, Washington.

2  */s/ Guy Bogdanovich*

CERTIFICATE OF ECF FILING & SERVICE - 2

Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*