Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER,

                Plaintiff,

    v.

JAMES M. PETERS, et al.,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. C11-5424BHS

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT KRAUSE'S MOTION FOR RECONSIDERATION

NOTE ON MOTION CALENDAR:
Friday, September 27, 2013

Pursuant to 28 U.S.C. § 1746, Kathleen T. Zellner declares under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and accurate:

1. I am the attorney of record for Plaintiff Clyde Ray Spencer in the above entitled action. I am competent to testify in all respects, and make this declaration from personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Sharon Krause. Specifically, the following pages from the transcript of the deposition are attached: 95-96, 100-111, 175.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of James Peters. Specifically, the following pages from the transcript of the deposition are attached: 17, 21, 53, 112, 145-47, 169-70, 174-76, 216-17, 236, 240.

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANT KRAUSE'S
MOTION FOR RECONSIDERATION
(C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

4.  Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition of James Michael Davidson. Specifically, the following pages from the transcript of the deposition are attached: 78-83.

5.  Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of Sharon Krause, taken May 22, 1996, in the matter of *Clyde Raymond Spencer v. Joseph Klauser, et al.*, Case No. C94-5238RJB (prior habeas proceedings). Specifically, the following page from the transcript of the deposition is attached: 18.

6.  Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the hearing testimony of James Peters, in the matter of *Clyde Raymond Spencer v. Joseph Klauser, et al.,* Case No. C94-5238RJB (prior habeas proceedings). Specifically, the following pages from the transcript of the hearing are attached: 397.

7.  Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition of Arthur Curtis. Specifically, the following pages from the transcript of the deposition are attached: 48-49.

SIGNED this 20th day of September, 2013 in Downers Grove, Illinois.

Respectfully submitted,

 /s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road. Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmail.com
Attorney for Plaintiffs

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANT KRAUSE'S
MOTION FOR RECONSIDERATION
(C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

DECLARATION OF SERVICE

1

2    I hereby certify that on September 20, 2013, I caused the foregoing to be electronically

3    filed with the Clerk of the Court using the CM/ECF System, which will send notification of

4    such filing to the attorneys of record as follows:

5

| | |
|---|---|
| Patricia Campbell Fetterly<br>Daniel J. Judge<br>Robert M. McKenna<br>Assistant Attorney General<br>Torts Division<br>PO Box 40126<br>Olympia, WA  98504-0116<br>Email: patriciaf1@atg.wa.gov<br>Attorneys for Defendant James M. Peters | |
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

6
7
8
9
10
11
12
13
14
15

16
17                                          /s/  Kathleen T. Zellner
                                            Kathleen T. Zellner & Associates, P.C.
18                                          Admitted *pro hac vice*
                                            1901 Butterfield Road
19                                          Suite 650
                                            Downers Grove, Illinois  60515
20                                          Phone:  (630) 955-1212
                                            Fax:  (630) 955-1111
21                                          kathleen.zellner@gmial.com
                                            Attorney for Plaintiffs
22
23
24
25
26
27
   DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
   OF PLAINTIFF'S RESPONSE TO DEFENDANT KRAUSE'S
   MOTION FOR RECONSIDERATION                                  Kathleen T. Zellner & Associates, P.C.
   (C11-5424BHS) — 3                                                      LAW OFFICES
                                                                     1901 Butterfield Road
                                                                          Suite 650
                                                                  Downers Grove, Illinois  60515
                                                              630.955.1212 main · 630.955.1111 fax