Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>DETECTIVE SHARON KRAUSE, and<br>SERGEANT MICHAEL DAVIDSON,<br><br>    Defendants. | No. C11-5424BHS<br><br>**[PROPOSED] ORDER**<br>**GRANTING PLAINTIFF'S**<br>**MOTION FOR LEAVE TO**<br>**TAKE TRIAL DEPOSITIONS**<br>**OF MENONA LANDRUM AND**<br>**ANN LINK, Ph.D.**<br><br>NOTICE DATE: Friday,<br>November 22, 2013 |

THIS MATTER coming to be heard on Plaintiff's Motion for Leave to Take Trial Depositions of Menona Landrum and Ann Link, Ph.D., and the Court having reviewed all the pleadings filed herein, including the Defendants' responsive pleadings and all pleadings filed by Plaintiff in reply, it is hereby ordered:

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Leave to Take Trial Depositions of Menona Landrum and Ann Link, Ph.D., is hereby GRANTED. This Court

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO TAKE TRIAL DEPOSITIONS
(C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

further rules that Plaintiff may present the trial depositions of Menona Landrum and Ann Link, Ph.D., at trial in lieu of their live testimony, subject to the Federal Rules of Evidence.

DATED this ___ day of November, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

/s/ Daniel T. Davies
Daniel T. Davies, WSBA # 41793
Local counsel
David Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Phone: (206) 757-8286
Fax: (206) 757-7286
Email: dandavies@dwt.com
Attorney for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO TAKE TRIAL DEPOSITIONS
(C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

1

## DECLARATION OF SERVICE

2    I hereby certify that on November 5, 2013, I caused the foregoing to be electronically

3    filed with the Clerk of the Court using the CM/ECF System, which will send notification of

4

5    such filing to the attorneys of record as follows:

| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |
|---|---|

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO TAKE TRIAL DEPOSITIONS
(C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax