Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, )
              Plaintiff, ) No. C11-5424BHS
)
v. ) DECLARATION OF MENONA
) LANDRUM IN SUPPORT OF
DETECTIVE SHARON KRAUSE, and ) PLAINTIFF'S MOTION FOR
SERGEANT MICHAEL DAVIDSON, ) LEAVE TO TAKE TRIAL
) DEPOSITION
              Defendants. )
) NOTICE DATE:
) Friday,

Pursuant to 28 U.S.C. § 1746, Menona Landrum declares under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and accurate:

1) At the time of my previous deposition on March 18, 2013, I resided in Vancouver, Washington. Since my deposition my husband and I moved to Napa, California. We currently reside at The Springs of Napa, a retirement community in Napa, California.

2) I have been contacted about testifying in the case of *Spencer v. Sharon Krause et al.* in January of 2014 in Tacoma, Washington.

3) Traveling to Tacoma would be very difficult for me and my husband. I am 85 years old. While I am able to walk, I do so with a walker. It is difficult for me to walk

DECLARATION OF MENONA LANDRUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO TAKE TRIAL
DEPOSITION (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

distances of any great length. I am also the primary caretaker of my husband, Joseph Landrum, who is 84 years of age. Joseph has a heart condition, and he also cannot walk without the use of a walker.

4) While I am willing to testify in this matter, doing so in Tacoma would cause great hardship for me given my circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this _1_ day of _November_, 2013, in Napa, California.

*Menona Landrum*
Menona Landrum

DECLARATION OF MENONA LANDRUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO TAKE TRIAL
DEPOSITION (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

# CALIFORNIA JURAT CERTIFICATE

State of California

County of __Napa__

Subscribed and sworn to (or affirmed) before me on this __1st__ day of __November__, 20__13__, by __Menona Landrum__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

_James C. Lovett_
Signature of Notary Public

JAMES C. LOVETT
COMM. #2021030
NOTARY PUBLIC - CALIFORNIA
NAPA COUNTY
My Commission Expires 04/20/2017
(Notary Seal)

## OPTIONAL INFORMATION

The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.

DESCRIPTION OF ATTACHED DOCUMENT
United States District Court Western District of Washington at Tacoma No.C11-5424BHS
(Title of document)

Number of Pages __3__ (Including jurat)

Document Date __11/1/2013__

Jurat Requested by lawyer
(Additional Information)

CAPACITY CLAIMED BY THE SIGNER
✓ Individual
___ Corporate Officer
___ Partner
___ Attorney-In-Fact
___ Trustee
___ Other: _____

MMX V, BAN2 510.409.1334  www.BayAreaNotary.com

## DECLARATION OF SERVICE

1 | I hereby certify that on November 5, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmail.com
Attorney for Plaintiffs

DECLARATION OF MENONA LANDRUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE TRIAL DEPOSITION (C11-5424BHS) — 4

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax