Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER,

    Plaintiff,

v.

DETECTIVE SHARON KRAUSE, and
SERGEANT MICHAEL DAVIDSON,

    Defendants.

No. C11-5424BHS

DECLARATION OF ANN LINK, Ph.D, IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE TRIAL DEPOSITION

Pursuant to 28 U.S.C. § 1746, Ann Link declares under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and accurate:

1) I have recently been informed that the trial in the above-captioned case is set to begin on January 7.

2) While I am willing to testify in this matter, I am unable to testify at trial.

3) I am a practicing psychologist. I reside and practice in the state of California. I have patients scheduled for the early part of January leading up to a trip I am taking to New Zealand. My tickets have already been purchased. I will be out of the country for several weeks.

DECLARATION OF ANN LINK, Ph.D, IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO TAKE TRIAL
DEPOSITION (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

4) My patient schedule and travel plans make it impossible for me to travel to Tacoma in January.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of October, 2013

*Ann Link, Ph.D* (signature)
Ann Link, Ph.D.

SEE ATTACHED FOR REQUIRED CALIFORNIA WORDING

DECLARATION OF ANN LINK, Ph.D, IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO TAKE TRIAL
DEPOSITION (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

_____   _____
Signature of Document Signer No. 1   Signature of Document Signer No. 2 (if any)

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this **30** day of **Oct**, 20**13**,
by
(1) Ann Rink
(2) N/A
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Candace Childs_
Signature of Notary Public

CANDACE C. CHILDS
Commission # 1927490
Notary Public - California
Sacramento County
My Comm. Expires Mar 31, 2015

Place Notary Seal Above

──────── OPTIONAL ────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Declaration
Document Date: Oct 30, 2013      Number of Pages: 3 total
Signer(s) Other Than Named Above: N/A

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

## DECLARATION OF SERVICE

I hereby certify that on November 5, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
Phone: (630) 955-1212
Fax: (630) 955-1111
kathleen.zellner@gmail.com
Attorney for Plaintiffs

DECLARATION OF ANN LINK, Ph.D., IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO TAKE TRIAL
DEPOSITION (C11-5424BHS) — 4

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax