Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER       )<br>                         )<br>         Plaintiff,      )<br>                         )<br>    v.                   )<br>                         )<br>DETECTIVE SHARON KRAUSE, and )<br>SERGEANT MICHAEL DAVIDSON,   )<br>                         )<br>         Defendants.    )<br>_____) | No. C11-5424BHS<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE IN EXCESS OF 18 PAGES**<br><br>**NOTICE DATE: Friday, November 15, 2013** |

NOW COMES Plaintiff, Clyde Ray Spencer, by and through his attorneys, Kathleen T. Zellner & Associates, P.C., and hereby moves this Honorable Court for leave to file motions in limine in excess of 18 pages, and in support thereof states as follows:

1)  Trial in this matter is scheduled to proceed January 7, 2014.

2)  Motions in limine are due December 2, 2013.

3)  Plaintiff seeks leave to file motions in limine in excess of the 18 page limit imposed by LCR 7(3)(5).

4)  As this Court is aware the instant lawsuit involves, *inter alia*, the alleged malicious prosecution of Plaintiff stemming from criminal charges filed in 1985. The underlying criminal proceedings span more than 25 years. During that time several personal

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE EXCEEDING 18 PAGES (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

restraint petitions were filed in state court, and a petition for writ of habeas corpus was filed and litigated in federal court.  As a result an extensive amount of discovery has taken place, including the disclosure of more than 15,000 documents between the parties.

5) Additionally, this Court has ruled on various summary judgment motions, dismissing several parties and narrowing Plaintiff's causes of action.

6) Due to the procedural posture of the case and the large volume of potential "evidence" that could be offered by the defense, numerous motions in limine are needed to properly limit the evidence to the issues that remain to be resolved by the jury at trial.

7) Plaintiff thus seeks an order granting him leave to file motions in limine not to exceed 32 pages.

8) Plaintiff's aim is not to burden this Court or the defense with unnecessary pretrial matters, but rather to avoid prejudice, confusion, and delay at trial.  Further, in accordance with LCR 7(d)(4), Plaintiff's counsel will confer in good faith with defense counsel regarding which evidentiary matters are truly in dispute.

**Conclusion**

WHEREFORE, Plaintiff respectfully requests an order granting him leave to file motions in limine not to exceed 32 pages.

Respectfully submitted,

/s/  Kathleen T. Zellner  
Kathleen T. Zellner & Associates, P.C.  
Admitted *pro hac vice*  
1901 Butterfield Road  
Suite 650  
Downers Grove, Illinois  60515  
Phone:  (630) 955-1212  
Fax:  (630) 955-1111  
kathleen.zellner@gmial.com  
Attorney for Plaintiffs

 /s/  Daniel T. Davies  
Daniel T. Davies, WSBA # 41793  
Local counsel  
David Wright Tremaine LLP  
1201 Third Avenue, Suite 2200  
Seattle, Washington 98101-3045  
Phone: (206) 757-8286  
Fax: (206) 757-7286  
Email: dandavies@dwt.com  
Attorney for Plaintiffs

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE EXCEEDING 18 PAGES (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.  
LAW OFFICES  
1901 Butterfield Road  
Suite 650  
Downers Grove, Illinois  60515  
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

I hereby certify that on November 15, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

    /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmail.com
Attorney for Plaintiffs

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE EXCEEDING 18 PAGES (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax