Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| CLYDE RAY SPENCER, | ) | No. C11-5424BHS |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE IN EXCESS OF 18 PAGES** |
| v. | ) ) | |
| DETECTIVE SHARON KRAUSE, and SERGEANT MICHAEL DAVIDSON, | ) ) ) | |
| Defendants. | ) ) | **NOTICE DATE: Friday, November 15, 2013** |

THIS MATTER coming to be heard on Plaintiff's Motion for Leave to File Motions in Limine in Excess of 18 Pages, and the Court having reviewed all the pleadings filed herein, it is hereby ordered:

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Leave to File Motions in Limine in Excess of 18 Pages is hereby GRANTED. Plaintiff is given leave to file motions in limine not to exceed 32 pages.

DATED this ___ day of November, 2013.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE MOTIONS IN LIMINE IN EXCESS OF
18 PAGES (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

1
2                                               _____
                                             BENJAMIN H. SETTLE
3                                               United States District Judge
4
5  Presented by:
6  /s/  Kathleen T. Zellner                        /s/  Daniel T. Davies
   Kathleen T. Zellner & Associates, P.C.       Daniel T. Davies, WSBA # 41793
7  Admitted *pro hac vice*                            Local counsel
   1901 Butterfield Road                          David Wright Tremaine LLP
8  Suite 650                                               1201 Third Avenue, Suite 2200
   Downers Grove, Illinois  60515                Seattle, Washington 98101-3045
9  Phone:  (630) 955-1212                          Phone: (206) 757-8286
10 Fax:  (630) 955-1111                             Fax: (206) 757-7286
   kathleen.zellner@gmial.com                   Email: dandavies@dwt.com
11 Attorney for Plaintiffs                             Attorney for Plaintiffs

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE MOTIONS IN LIMINE IN EXCESS OF
18 PAGES (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

I hereby certify that on November 15, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

   /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE IN EXCESS OF 18 PAGES (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax