Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, | No. C11-5424BHS |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE IN EXCESS OF 18 PAGES** |
| v. | |
| DETECTIVE SHARON KRAUSE, and SERGEANT MICHAEL DAVIDSON, | |
| Defendants. | **NOTICE DATE: Friday, November 15, 2013** |

THIS MATTER coming to be heard on Plaintiff's Motion for Leave to File Motions in Limine in Excess of 18 Pages, and the Court having reviewed all the pleadings filed herein, it is hereby ordered:

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Leave to File Motions in Limine in Excess of 18 Pages is hereby GRANTED. Plaintiff is given leave to file motions in limine not to exceed 32 pages. Defendants are permitted to file 14 additional pages in their response. W.D. Local Rule 7(f)(4).

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE IN EXCESS OF 18 PAGES (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

DATED this 18th day of November, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

/s/ Daniel T. Davies
Daniel T. Davies, WSBA # 41793
Local counsel
David Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Phone: (206) 757-8286
Fax: (206) 757-7286
Email: dandavies@dwt.com
Attorney for Plaintiffs

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE IN EXCESS OF 18 PAGES (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax