# Exhibit A



Kathleen Zellner <kathleen.zellner@gmail.com>

## Spencer - Video testimony of Dr. Ann Link / California

**Kathleen Zellner** <kathleen.zellner@gmail.com>  Tue, Oct 8, 2013 at 9:05 AM
To: Guy Bogdanovich <gbogdanovich@lldkb.com>, Jeff Freimund <JeffF@fjtlaw.com>

Dear Counsel:

We have been informed by Dr. Link that she will not be available to testify of the trial. We would like to take her video evidence dep on Monday, December 9th in California. Please confirm this date as soon as you can so we can make the arrangements.

Sincerely,

Scott Panek
Office Manager

--
Kathleen T. Zellner & Associates
Esplanade IV
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
(630) 955-1212

# Exhibit B



Kathleen Zellner <kathleen.zellner@gmail.com>

## Spencer - Video testimony of Dr. Ann Link / California

**Guy Bogdanovich** <gbogdanovich@lldkb.com>    Wed, Oct 9, 2013 at 5:36 PM
To: Kathleen Zellner <kathleen.zellner@gmail.com>, Jeff Freimund <JeffF@fjtlaw.com>

Hello Scott and Ms. Zellner:  Although it is less than ideal given the pre-trial deadlines in this case and other matters I am committed to, I can currently make myself available for Dr. Link's videotaped deposition on Monday, December 9th.  For planning purposes, are counsel for plaintiff going to be present in California with Dr. Link?

Also, I am still in the process of evaluating the relevancy and admissibility of all of the evidence disclosed in discovery in light of the Court's recent orders.  By agreeing to the scheduling of this deposition, I am not stipulating to the relevance or admissibility of Dr. Link's testimony, or waiving my right to object to any or all of her testimony, depending upon content.  I am also agreeing to schedule this deposition based upon the assumption that defense counsel will be extended similar accommodation by plaintiff's counsel should the need arise.

Thanks for your consideration of these issues.  Guy

**From:** Kathleen Zellner [mailto:kathleen.zellner@gmail.com]
**Sent:** Wednesday, October 09, 2013 2:00 PM
**To:** Guy Bogdanovich; Jeff Freimund
**Subject:** Fwd: Spencer - Video testimony of Dr. Ann Link / California

[Quoted text hidden]

# Exhibit C



Kathleen Zellner <kathleen.zellner@gmail.com>

## Spencer - Video testimony of Dr. Ann Link / California

**Jeff Freimund** <JeffF@fjtlaw.com>  Wed, Oct 9, 2013 at 5:51 PM
To: Guy Bogdanovich <gbogdanovich@lldkb.com>, Kathleen Zellner <kathleen.zellner@gmail.com>

I join in Guy's comments and reservations. I, too, am currently available on December 9. Please let me know if you intend to conduct this deposition by videoconferencing, or in person. Thanks.

Jeff Freimund

Freimund Jackson Tardif & Benedict Garratt, PLLC

(360) 534-9960

**From:** Guy Bogdanovich [mailto:gbogdanovich@lldkb.com]
**Sent:** Wednesday, October 09, 2013 3:36 PM
**To:** Kathleen Zellner; Jeff Freimund
**Subject:** RE: Spencer - Video testimony of Dr. Ann Link / California

[Quoted text hidden]

# Exhibit D



Kathleen Zellner <kathleen.zellner@gmail.com>

## Spencer - Video testimony of Menona Landrum / California

**Kathleen Zellner** <kathleen.zellner@gmail.com>  Thu, Oct 24, 2013 at 1:54 PM
To: Jeff Freimund <JeffF@fjtlaw.com>, Guy Bogdanovich <gbogdanovich@lldkb.com>

Dear Counsel:

We have been informed that Menona Landrum will not be available to testify at trial. We would like to take her video evidence dep on Tuesday, December 10th in Napa, California. Please confirm this date as soon as you can so we can make the arrangements.

Sincerely,

Scott Panek
Office Manager

--
Kathleen T. Zellner & Associates
Esplanade IV
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
(630) 955-1212

# Exhibit E



Kathleen Zellner <kathleen.zellner@gmail.com>

## Spencer - Video testimony of Menona Landrum / California

**Guy Bogdanovich** <gbogdanovich@lldkb.com>  Tue, Oct 29, 2013 at 12:27 PM
To: Kathleen Zellner <kathleen.zellner@gmail.com>, Jeff Freimund <JeffF@fjtlaw.com>

Hello Ms. Zellner: Jeff and I had not yet responded in part because we too have been trying to resolve a potential trial testimony issue involving Matthew Hansen. At this point we've identified a time frame, December 4-6 or December 12, during which we will need to schedule a videotape evidence deposition of Matthew Hansen in Vancouver, Washington. Please let us know which of these dates will work for you so that we can make the necessary arrangements. Assuming this will work, we will be able to attend the second of your evidence depositions, of Ms. Landrum, as indicated below on Tuesday, December 10 in Napa.

Thanks for your continuing attention to this matter.

Guy

**From:** Kathleen Zellner [mailto:kathleen.zellner@gmail.com]
**Sent:** Tuesday, October 29, 2013 9:17 AM
**To:** Jeff Freimund; Guy Bogdanovich
**Subject:** Re: Spencer - Video testimony of Menona Landrum / California

[Quoted text hidden]

# Exhibit F

```
DD7020SX SCC                  CLARK COUNTY DISTRICT COURT                    PAGE:     1
10/25/2013   2:59 PM                     D O C K E T
                                                                    CASE:    205066D CKP
DEFENDANT                                                           Criminal Non-Traffic
  HANSEN, MATTHEW ALAN                                              Agency No.
  ████████████
  BATTLE GROUND WA 98604                       Home Phone: ████████

AKA HANSEN, MATTHEW MAC
AKA HANSEN, MATTHEW ALLAN MAC

                         *** WARRANT ISSUED ***

OFFICER
  03617 CLS GOSCH, T
  03221 CLS MARLER, C J

CHARGES
   Violation Date: 10/13/2011                  DV Plea       Finding
   1 9A.52.070       CRIMINAL TRESPASS-1ST DEG Y Guilty      Guilty DV Pled an
   2 26.50.110       PROTECTION ORDER VIOLATIO Y Guilty      Guilty DV Pled an
   3 26.50.110       PROTECTION ORDER VIOLATIO Y Guilty      Guilty DV Pled an
   4 26.50.110       PROTECTION ORDER VIOLATIO Y Guilty      Guilty DV Pled an
   5 26.50.110       PROTECTION ORDER VIOLATIO Y Guilty      Guilty DV Pled an

TEXT
  S 10/19/2011 Case Filed on 10/19/2011                                          LKP
               Charge 1 is DV-related
               Charge 2 is DV-related
               Charge 3 is DV-related
               DEF 1 HANSEN, MATTHEW ALAN Added as Participant
  U            5 CHARGES FILED, ADD ON PER DVPA FOR PRIS ARR, EXON/EMAILED
               S11-14022
  S            Charge 4 is DV-related
               Charge 5 is DV-related
               OFF 1 GOSCH, T Added as Participant
               OFF 2 MARLER, C J Added as Participant
               ARR DVPRI Set for 10/19/2011 01:00 PM                             AZK
               in Room 6 with Judge JPH
               ARR DVPRI: Held                                                   SLB
               Proceedings Recorded on Tape No. G-2 JPH
               Order created on 10/19/2011 NO CONTACT entered by
                  HAGENSEN, JOHN P expires on 10/19/2016
               Defendant Arraigned on Charge 1
               Plea/Response of Not Guilty Entered on Charge 1
               Defendant Arraigned on Charge 2
               Plea/Response of Not Guilty Entered on Charge 2
               Defendant Arraigned on Charge 3
               Plea/Response of Not Guilty Entered on Charge 3
               Defendant Arraigned on Charge 4
               Plea/Response of Not Guilty Entered on Charge 4
               Defendant Arraigned on Charge 5
               Plea/Response of Not Guilty Entered on Charge 5
  U            PER JPH DEF HELD $10,000 BAIL/NOA FILED BY DEF ATY VAN DEF
               SAC REFERRAL FILED COPY TO TSC COORDINATOR
  S            REV DV Set for 11/01/2011 01:00 PM
               in Room 6 with Judge JPH

Docket continued on next page
```

```
DD7020SX SCC              CLARK COUNTY DISTRICT COURT                    PAGE:      2
10/25/2013  2:59 PM                D O C K E T
                                                         CASE:    205066D CKP
DEFENDANT                                                Criminal Non-Traffic
  HANSEN, MATTHEW ALAN                                   Agency No.

TEXT - Continued
    U 10/19/2011 SCANNED: CONFIDENTIAL-LEA REPORT                                CAD
                 SCANNED: COURT DOCKET SHEET
                 SCANNED: CITATION/COMPLAINT
                 SCANNED: CITATION/COMPLAINT-UPDATED
    S 11/01/2011 REV DV: Held                                                    SLB
                 Proceedings Recorded on Tape No. G-2 JPH
    U            DEF ATY VAN DEF/DEFENDANT/DPA LOUGHLIN PRESENT
                 PER JPH SET OVER REV FOR ENTRY SAC COURT /DEF HELD SAME BAIL
    S            REV DV Set for 11/09/2011 01:00 PM
                 in Room 6 with Judge JPH
    U            WAIVER FILED NEW 90 DAY COMMENCEMENT DATE 11-9-11
    S 11/09/2011 REV DV: Held
                 Proceedings Recorded on Tape No. G-2 JPH
                 Plea/Response of Guilty Entered on Charge 1
                 Finding/Judgment of Awaiting Sentencing for Charge 1
                 Case Heard Before Judge HAGENSEN, JOHN P
                 Plea/Response of Guilty Entered on Charge 2
                 Finding/Judgment of Awaiting Sentencing for Charge 2
                 Case Heard Before Judge HAGENSEN, JOHN P
                 Plea/Response of Guilty Entered on Charge 3
                 Finding/Judgment of Awaiting Sentencing for Charge 3
                 Case Heard Before Judge HAGENSEN, JOHN P
                 Plea/Response of Guilty Entered on Charge 4
                 Finding/Judgment of Awaiting Sentencing for Charge 4
                 Case Heard Before Judge HAGENSEN, JOHN P
                 Plea/Response of Guilty Entered on Charge 5
                 Finding/Judgment of Awaiting Sentencing for Charge 5
                 Case Heard Before Judge HAGENSEN, JOHN P
    U            PER JPH MOTION TO RESCIND NCO GRANTED / DEF HELD W/O BAIL
    S            Finding/Judgment of Guilty for Charge 1                         TJW
                 Finding/Judgment of Guilty DV Pled and Proved for Charge 2
                 Pay Fine :      693.00
                 PAY Review Set for 05/31/2013
                 Pay Fine :      400.00
                 PAY Review Set for 05/31/2013
                 Pay or Serve : 30 D
                 No Criminal Violations : 2 Y
                 Finding/Judgment of Guilty DV Pled and Proved for Charge 3
                 Finding/Judgment of Guilty DV Pled and Proved for Charge 1
                 Finding/Judgment of Guilty DV Pled and Proved for Charge 4
                 Finding/Judgment of Guilty DV Pled and Proved for Charge 5
    U            SCANNED: JS JUDGMENT/SENTENCE                                   CAD
    S 11/10/2011 Order modified On 11/10/2011 NO CONTACT modified                SLB
                 termination date from blank to 11/09/2011
                 Case Condition Terminated: No Contact Order
                 REV SAC Set for 11/15/2011 02:30 PM
                 in Room 1 with Judge VLS
      11/15/2011 REV SAC: Held                                                   TRR
                 Proceedings Recorded on Tape No. G3 VLS

Docket continued on next page
```

```
DD7020SX SCC                CLARK COUNTY DISTRICT COURT                 PAGE:       3
10/25/2013  2:59 PM                 D O C K E T
                                                            CASE:   205066D CKP
DEFENDANT                                                   Criminal Non-Traffic
   HANSEN, MATTHEW ALAN                                     Agency No.

TEXT - Continued
  U 11/15/2011 DEF RELEASED ROR/S/O FOR SAC REVIEW - KLP                           TRR
  S            REV SAC Set for 11/29/2011 02:00 PM
               in Room 1 with Judge VLS
  U 11/21/2011 VIC'S COPY OF RESCINDED NCO RETURNED/UNABLE TO FWD                  LEV
  S 11/29/2011 REV SAC Rescheduled to 12/06/2011 02:00 PM                          TRR
               in Room 1 with Judge VLS
    12/06/2011 REV SAC: Held
               Proceedings Recorded on Tape No. G3 VLS
  U            DEF PRES/S/O TO OPT IN - VLS
  S            REV SAC Set for 12/13/2011 10:30 AM
               in Room 1 with Judge VLS
    12/13/2011 REV SAC: Held
               Proceedings Recorded on Tape No. G3 VLS
  U            DEF OPTED IN TO SAC COURT - VLS
               NOA FILED BY ATY BROOKE VITASOVIC
  S            OPI : Opt In
    12/14/2011 ATY 1 VITASOVIC, BROOKE ANN Added as Participant
    01/03/2012 OTH WARR Set for 01/03/2012 02:00 PM
               in Room A with Judge KLP
               OTH WARR: Held
               BENCH Warrant Ordered
               Print on or after 01/03/2012
               Warrant expires on 01/03/2017
    01/04/2012 BENCH Warrant Issued for                                            SYS
               Fail To Post Bail/Appr/Arrng PR
               Fail To Comply
               Fail To Appear For Hearing
               No Bail
  U 01/06/2012 VICT COPY OF NCO RESCINSION RETURNED BY USPS                        PAP
  S 01/11/2012 Warrant Served                                                      LXB
    01/12/2012 Warrant Returned
  U            RETN OF SERVICE FORM RCVD FROM CCSO/FWD TO PRIS ARR
  S            ARR DVPRI Set for 01/12/2012 01:00 PM                               JDR
               in Room 6 with Judge JPH
               ARR DVPRI: Held                                                     LEV
               Proceedings Recorded on Tape No. G-2 JPH
  U            PER JPH DEF HELD W/OUT BAIL/REFER TO SAC COURT
  S            REV SAC Set for 01/17/2012 02:30 PM
               in Room 1 with Judge VLS
               ATY 2 BAILES, JASON CASE Added as Participant
  U            SCANNED: CONFIDENTIAL-LEA REPORT                                    CAD
               SCANNED: FINANCIAL SCREENING
  S 01/17/2012 REV SAC: Held                                                       TRR
               Proceedings Recorded on Tape No. G3 VLS
  U            DEF/ATY VITASOVIC PRES/NO CHANGE ON HOLD/S/O SAC REVIEW - VLS
  S            REV SAC Set for 01/24/2012 02:30 PM
               in Room 1 with Judge VLS
    01/24/2012 REV SAC: Held
               Proceedings Recorded on Tape No. 2-2 VLS

Docket continued on next page
```

```
DD7020SX SCC                CLARK COUNTY DISTRICT COURT                PAGE:     4
10/25/2013  2:59 PM                    D O C K E T
                                                              CASE:   205066D CKP
DEFENDANT                                                     Criminal Non-Traffic
  HANSEN, MATTHEW ALAN                                        Agency No.

TEXT - Continued
  U 01/24/2012 DEF RELEASED ROR - S/O FOR REVIEW OF SAC OPT IN - VLS            TRR
  S 01/25/2012 REV SAC Set for 02/07/2012 10:30 AM
               in Room 1 with Judge VLS
    01/31/2012 REV SAC Rescheduled to 01/31/2012 10:30 AM
               in Room 1 with Judge VLS
               REV SAC: Held
               Proceedings Recorded on Tape No. G3 VLS
               REV SAC Set for 02/07/2012 10:30 AM
               in Room 1 with Judge VLS
  U 02/03/2012 NOTICE OF WITHDRAWAL OF ATTORNEY                                 AXH
  S 02/07/2012 REV SAC: Not Held, Wt/FTA Ordered                                TRR
               Proceedings Recorded on Tape No. G3 VLS
               OTH WARR Set for 02/07/2012 02:00 PM
               in Room 1 with Judge VLS
               OTH WARR: Held
               Proceedings Recorded on Tape No. G3 VLS
               BENCH Warrant Ordered
               Print on or after 02/07/2012
               Warrant expires on 02/07/2017
    02/08/2012 BENCH Warrant Issued for                                         SYS
               Fail To Post Bail/Appr/Arrng PR
               Fail To Comply
               Fail To Appear For Hearing
               No Bail
  U            SCANNED: PRE-LIBERTY                                             CAD
  S 02/15/2012 ATY 2 BAILES, JASON CASE           Removed                       AXH
    04/12/2012 PCN added to case                                                CAD
  U 02/19/2013 NOA; NOT GUILTY PLEA; REQ FOR DISCOVERY FILED BY ATY S BOGAR     LXB
  S            ATY 3 BOGAR, SHON WILLIAM Added as Participant
  U            SCANNED: NOA-NOTICE OF APPEARANCE                                CAD
  S 03/31/2013 Warrant Served                                                   LXB
    04/01/2013 Warrant Returned
  U            RETN OF SERVICE FORM RCVD FROM CCSO/FWD TO PRIS ARR
  S            ARR DVPRI Set for 04/01/2013 01:00 PM                            RLH
               in Room 5 with Judge KEO
               ARR DVPRI: Held                                                  LEV
               Proceedings Recorded on Tape No. G2 JPS
  U            DEF/DEF ATTY VAN DEF PRESENT/PER JPS DEF HELD WITHOUT BAIL/
               SETOVER FOR SAC
  S            REV SAC Set for 04/02/2013 03:00 PM
               in Room 6 with Judge JPH
  U            SCANNED: NOA-NOTICE OF APPEARANCE                                CAD
               SCANNED: MEMO OF DISPOSITION
               SCANNED: REFERRAL/ORDER APPOINTING ATTY
               SCANNED: FINANCIAL SCREENING
               SCANNED: RETURN OF SERVICE-WARRANT
  S 04/02/2013 REV SAC: Held                                                    CXG
               Proceedings Recorded on Tape No. 2-5 JPH
  U            DEF/SAC TEAM PRES-DEF IN COMPLIANCE S/O SAC-HELD W/O BAIL/JPH

Docket continued on next page
```

```
DD7020SX SCC                CLARK COUNTY DISTRICT COURT                      PAGE:      5
10/25/2013  2:59 PM                      D O C K E T
                                                              CASE:   205066D CKP
DEFENDANT                                                     Criminal Non-Traffic
    HANSEN, MATTHEW ALAN                                      Agency No.

TEXT - Continued
  U 04/02/2013 SCANNED: MEMO OF DISPOSITION                                          CAD
  S 04/03/2013 REV SAC Set for 04/09/2013 03:00 PM                                   CXG
               in Room 6 with Judge JPH
    04/09/2013 REV SAC: Held                                                         SLB
               Proceedings Recorded on Tape No. 2-5 JPH
  U            SAC TEAM PRES S/O SAC-HELD W/O BAIL/JPH
               SCANNED: MEMO OF DISPOSITION                                          CAD
  S 04/12/2013 REV SAC Set for 04/16/2013 03:00 PM                                   SLB
               in Room 6 with Judge JPH
    04/16/2013 REV SAC Rescheduled to 04/16/2013 10:30 AM
               in Room 6 with Judge JPH
               REV SAC: Held
               Proceedings Recorded on Tape No. 2-5 JPH
  U            DEFENDANT/SAC TEAM PRESENT/DEF TERM FROM SAC S/O SENT HELD WO
  S            REV SAC Set for 04/23/2013 03:00 PM
               in Room 6 with Judge JPH
  U            SCANNED: MEMO OF DISPOSITION                                          CAD
  S 04/23/2013 REV SAC: Held                                                         SLB
               Proceedings Recorded on Tape No. 2-5 JPH
               Judge HAGENSEN, JOHN P Imposed Sentence                               TJW
               Court Imposes Jail Time of 364 Days on Charge 1
               with 364 Days  Suspended, and
               0 Days Credit for time served
               Total Imposed on Charge 1:                                      5,000.00
               with      5,000.00 Suspended
               And           0.00 Other Amount Ordered
               Judge HAGENSEN, JOHN P Imposed Sentence
               Court Imposes Jail Time of 364 Days on Charge 2
               with 334 Days  Suspended, and
               0 Days Credit for time served
               Total Imposed on Charge 2:                                      5,000.00
               with      4,800.00 Suspended
               And           0.00 Other Amount Ordered
               Total Imposed on Charge 1:                                      5,000.00
               with      5,000.00 Suspended
               And         493.00 Other Amount Ordered
               OPO : Opt Out
               Judge HAGENSEN, JOHN P Imposed Sentence
               Court Imposes Jail Time of 364 Days on Charge 3
               with 364 Days  Suspended, and
               0 Days Credit for time served
               Total Imposed on Charge 3:                                      5,000.00
               with      5,000.00 Suspended
               And           0.00 Other Amount Ordered
               Judge HAGENSEN, JOHN P Imposed Sentence
               Court Imposes Jail Time of 364 Days on Charge 4
               with 364 Days  Suspended, and
               0 Days Credit for time served
               Total Imposed on Charge 4:                                      5,000.00
               with      5,000.00 Suspended
               And           0.00 Other Amount Ordered

Docket continued on next page
```

```
DD7020SX SCC                CLARK COUNTY DISTRICT COURT              PAGE:       6
10/25/2013  2:59 PM                  D O C K E T
                                                           CASE:   205066D CKP
DEFENDANT                                                  Criminal Non-Traffic
   HANSEN, MATTHEW ALAN                                    Agency No.

TEXT - Continued
  S 04/23/2013 Judge HAGENSEN, JOHN P Imposed Sentence                          TJW
               Court Imposes Jail Time of 364 Days on Charge 5
               with 364 Days  Suspended, and
               0 Days Credit for time served
               Total Imposed on Charge 5:                         5,000.00
               with    5,000.00 Suspended
               And       0.00 Other Amount Ordered
               Active Supervised Probation : 2 Y
               DVA : Domestic Violence Assessment
               CDE : Chemical Dependency Evaluation
               GUN : No Firearms/Possess Firearms
  U            30 DAYS JAIL/TO RUN CONSECUTIVE TO ALL OTHER CASES/TERMINATED
               FROM SAC COURT-JPH
               SCANNED: ORDER -TERMINATE FROM SAC COURT                         CAD
               SCANNED: MEMO OF DISPOSITION
               SCANNED: NOTICE OF INELIGIBILITY TO POSSESS FIREARM
  S 04/26/2013 Charge 1: Def. complied with Jail Sentence                       TJW
               Imposed date for PAY changed to 04/23/2013
               Imposed date for PAY changed to 04/23/2013
               Imposed date for POS changed to 04/23/2013
               Imposed date for NCR changed to 04/23/2013
               Charge 3: Def. complied with Jail Sentence
               Charge 4: Def. complied with Jail Sentence
               Charge 5: Def. complied with Jail Sentence
               Accounts Receivable Created                          893.00
               Accounts Receivable Changed to                     1,093.00
               Authorized by TJW
               Case Scheduled on Time Pay Agreement 1 for:         1,093.00
               First Pymt Date: 05/31/2013 Amt:   1,093.00 Freq: L Num: 1
    05/10/2013 PCN added to case                                                NRC
  U 06/07/2013 SCANNED: ORDER ESTABLISHING CONDITIONS                           SGS
  S 06/25/2013 Case Removed from Time Pay Agreement 348 01146 1                 BMD
               Case Removed from Time Pay Agreement 348 01146 1
               Accounts Receivable Changed to                    1,145.00
               Authorized by BMD
               Case Obligation Selected for Collections
               MOT COLRE Set for 06/25/2021 07:30 AM with Judge COL
               Collections: 1st Notice Prepared
    07/31/2013 Case Obligation Assigned to ALLIANCEONE, INC for Collections
    09/05/2013 SHO PV Set for 09/20/2013 08:30 AM                               SZN
               in Room 6 with Judge JPH
               SHO PV on 09/20/2013 08:30 AM
               in Room 6 with Judge JPH Canceled
    09/06/2013 SHO DVPV Set for 10/01/2013 08:30 AM
               in Room 5 with Judge KEO
  U            SCANNED: PV-PROBATION VIOLATION
  S 10/01/2013 OTH WARR Set for 10/01/2013 10:10 AM                             TJW
               in Room 5 with Judge KEO
               SHO DVPV: Not Held, Wt/FTA Ordered
```

Docket continued on next page

```
DD7020SX SCC                CLARK COUNTY DISTRICT COURT              PAGE:     7
10/25/2013  2:59 PM                 D O C K E T
                                                        CASE:   205066D CKP
DEFENDANT                                               Criminal Non-Traffic
  HANSEN, MATTHEW ALAN                                  Agency No.

TEXT - Continued
 S 10/01/2013 Proceedings Recorded on Tape No. G2 KEO                    TJW
              OTH WARR: Held
              Proceedings Recorded on Tape No. G2 KEO
              BENCH Warrant Ordered
              Print on or after 10/01/2013
              Warrant expires on 10/01/2018
   10/02/2013 BENCH Warrant Issued for                                   SYS
              Fail To Post Bail/Appr/Arrng PR
              Fail To Comply
              Fail To Appear For Hearing
              No Bail
 U            SCANNED: WARRANT OF ARREST                                 LXB

ACCOUNTING SUMMARY
                    Total Due         Paid        Credit       Balance
  Timepay: N         1,145.00                                   1,145.00

COLLECTION STATUS
  Status Date  Status Description              Cln Amt
  07/31/2013   Agent Assigned by System         1145.00

  Collection Agent: ALLIANCEONE, INC

ADDITIONAL CASE DATA
  Case Disposition
    Disposition: OPEN

  Parties
    Attorney              VITASOVIC, BROOKE ANN
                          BOGAR, SHON WILLIAM

  Personal Description
    Sex: M   Race: W   DOB:       1980
    Dr.Lic.No.:              State: WA   Expires: 2010
    Employer:
    Height: 6      Weight: 170   Eyes: HAZ   Hair: BRO

  Hearing Summary
    Held    DV PRISONER ARRAIGN  ON 10/19/2011 AT 01:00 PM IN ROOM 6  WITH JPH
    Held    DV REVIEW            ON 11/01/2011 AT 01:00 PM IN ROOM 6  WITH JPH
    Held    DV REVIEW            ON 11/09/2011 AT 01:00 PM IN ROOM 6  WITH JPH
    Held    SAC COURT REVIEW     ON 11/15/2011 AT 02:30 PM IN ROOM A  WITH KLP
    Held    SAC COURT REVIEW     ON 12/06/2011 AT 02:00 PM IN ROOM 1  WITH VLS
    Held    SAC COURT REVIEW     ON 12/13/2011 AT 10:30 AM IN ROOM 1  WITH VLS
    Held    WARRANT HEARING      ON 01/03/2012 AT 02:00 PM IN ROOM A  WITH KLP
    Held    DV PRISONER ARRAIGN  ON 01/12/2012 AT 01:00 PM IN ROOM 6  WITH JPH
    Held    SAC COURT REVIEW     ON 01/17/2012 AT 02:30 PM IN ROOM 1  WITH VLS
    Held    SAC COURT REVIEW     ON 01/24/2012 AT 02:30 PM IN ROOM 1  WITH VLS
    Held    SAC COURT REVIEW     ON 01/31/2012 AT 10:30 AM IN ROOM 1  WITH VLS
```

Docket continued on next page

```
DD7020SX SCC                CLARK COUNTY DISTRICT COURT                      PAGE:        8
10/25/2013  2:59 PM                    D O C K E T
                                                                CASE:   205066D CKP
DEFENDANT                                                       Criminal Non-Traffic
    HANSEN, MATTHEW ALAN                                        Agency No:

ADDITIONAL CASE DATA - Continued
  Hearing Summary
     Held       WARRANT HEARING        ON 02/07/2012 AT 02:00 PM IN ROOM 1    WITH VLS
     Held       DV PRISONER ARRAIGN    ON 04/01/2013 AT 01:00 PM IN ROOM 5    WITH KEO
     Held       SAC COURT REVIEW       ON 04/02/2013 AT 03:00 PM IN ROOM 6    WITH JPH
     Held       SAC COURT REVIEW       ON 04/09/2013 AT 03:00 PM IN ROOM 6    WITH JPH
     Held       SAC COURT REVIEW       ON 04/16/2013 AT 10:30 AM IN ROOM 6    WITH JPH
     Held       SAC COURT REVIEW       ON 04/23/2013 AT 03:00 PM IN ROOM 6    WITH JPH
     Held       WARRANT HEARING        ON 10/01/2013 AT 10:10 AM IN ROOM 5    WITH KEO
     Schedule   COLLECTION REVIEW      ON 06/25/2021 AT 07:30 AM IN ROOM      WITH COL

  Case Review Status                                 Review Date      Complied
     CHARGE 50 - No Contact Order                    10/19/2016          T

End of docket report for this case
```