**THE HONORABLE BENJAMIN H. SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>                                Plaintiff,<br><br>v.<br><br>JAMES M. PETERS, et al.,<br><br>                                Defendants. | **NO.  C11 5424 BHS**<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE JOINT MOTIONS IN IMINE IN EXCESS OF 18 PAGES**<br><br>Noted for Consideration:<br>November 22, 2013 |

This matter coming on for consideration of Defendants' Motion for Leave to File Joint Motions in Limine in Excess of 18 Pages, and the Court having reviewed all the pleadings filed herein, it is hereby ordered:

ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Leave to File Joint Motions in Limine in Excess of 18 Pages is hereby GRANTED.  Defendants are given leave to file joint motions in limine not to exceed 32 pages.

DATED this ____ day of November, 2013.

                                                                        _____
                                                                        Judge Benjamin H. Settle
                                                                        United States District Court Judge

**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE JOINT MOTIONS IN LIMINE IN EXCESS OF 18 PAGES- 1**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511*

1  Presented by:

2  LAW, LYMAN, DANIEL,
   KAMERRER & BOGDANOVICH, P.S.
3
   *s/ Guy Bogdanovich*
4  _____
   Guy Bogdanovich, WSBA No. 14777
5  Attorney for Defendant Sharon Krause
   PO Box 11880
6  Olympia WA 98508-1880
   (360) 754-3480   Fax: (360) 357-3511
7  Email: gbogdanovich@lldkb.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO FILE JOINT MOTIONS
IN LIMINE IN EXCESS OF 18 PAGES- 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*