1

2

3

4                                                      Honorable Judge Benjamin Settle

5

6

7

8                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                 AT TACOMA

10   CLYDE RAY SPENCER,                    )
                                           )    No. C11-5424BHS
        Plaintiff,                         )
11                                         )
                                           )    **DECLARATION OF**
     v.                                    )    **KATHLEEN T. ZELLNER IN**
12                                         )    **SUPPORT OF PLAINTIFF'S**
     DETECTIVE SHARON KRAUSE, and          )    **MOTIONS IN LIMINE**
13   SERGEANT MICHAEL DAVIDSON,            )
                                           )
14              Defendants.                )

15         Pursuant to 28 U.S.C. § 1746, Kathleen T. Zellner declares under penalty of perjury

16   under the laws of the State of Washington and the United States of America that the following

17   is true and accurate:

18
           1)      I am the attorney of record for Plaintiff Clyde Ray Spencer in the above-entitled
19
     action. I am competent to testify in all respects, and make this declaration from personal
20
     knowledge.
21

22         2)      Attached to this Declaration as Exhibit A is a true and correct copy of an excerpt

23   of Defendant Davidson's expert disclosure, which was tendered by the defense to Plaintiff's

24   counsel on October 9, 2012.

25

26

27

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S MOTIONS IN LIMINE (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

1    3)    Attached to this Declaration as Exhibit B is a true and correct copy of an excerpt

2    from Defendant's pretrial statement, tendered by the defense to Plaintiff's counsel on

3    December 1, 2013.

4    4)    Attached to this Declaration as Exhibit C is a true and correct copy of an excerpt

5    from Dr. Esplin's report, summarizing his opinions in this case, which was tendered by the

6    defense to Plaintiff's counsel on October 9, 2012.

7    5)    Attached to this Declaration as Exhibit D is Defendant Krause's and Defendant

8    Davidson's joint initial disclosure pursuant to Fed.R.Civ.P. 26(a)(1), which was tendered by the

9    defense to Plaintiff's counsel on September 29, 2011.

10

11    SIGNED this 2nd day of December, 2013 in Downers Grove, Illinois.

12

13    Respectfully submitted,

14

15

16    /s/  Kathleen T. Zellner
      Kathleen T. Zellner & Associates, P.C.
17    Admitted *pro hac vice*
      1901 Butterfield Road
18    Suite 650
      Downers Grove, Illinois 60515
19    Phone: (630) 955-1212
      Fax: (630) 955-1111
20    kathleen.zellner@gmial.com
      Attorney for Plaintiffs
21

22

23

24

25

26

27

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S MOTIONS IN LIMINE (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

1

## DECLARATION OF SERVICE

2
I hereby certify that on December 2, 2013, I caused the foregoing to be electronically

3
filed with the Clerk of the Court using the CM/ECF System, which will send notification of

4
such filing to the attorneys of record as follows:

5

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA 98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

10

11
/s/ Kathleen T. Zellner

12
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*

13
1901 Butterfield Road
Suite 650

14
Downers Grove, Illinois 60515
Phone: (630) 955-1212

15
Fax: (630) 955-1111
kathleen.zellner@gmial.com

16
Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF KATHLEEN T. ZELLNER IN SUPPORT
OF PLAINTIFF'S MOTIONS IN LIMINE (C11-5424BHS) — 3