Honorable Judge Benjamin H. Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER, <br><br>　　　　　　　　Plaintiff, <br><br>v. <br><br>JAMES M. PETERS, et al., <br><br>　　　　　　　　Defendants. | NO.  C11-5424 BHS <br><br> SUPPLEMENT TO DEFENDANTS' JOINT MOTIONS IN LIMINE <br><br> **NOTE ON MOTION CALENDAR:** <br> **Friday, December 13, 2013** |

**CERTIFICATION**

　　　Undersigned counsel hereby certify that the parties met and conferred in good faith about their motions in limine via telephone conference in compliance with the requirements of LCR 7(d)(4).  The parties were unable to reach an agreement as to the topics included in the above-entitled joint motions.

　　　RESPECTFULLY SUBMITTED this 3rd day of December, 2013.

　　　　　　　　　　　s/ Guy Bogdanovich_____
　　　　　　　　　　　GUY BOGDANOVICH, WSBA No. 14777
　　　　　　　　　　　Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
　　　　　　　　　　　P.O. Box 11880
　　　　　　　　　　　Olympia, WA 98508-1880
　　　　　　　　　　　Telephone:  (360) 754-3480
　　　　　　　　　　　Fax:  (360) 357-3511
　　　　　　　　　　　email:  gbogdanovich@lldkb.com
　　　　　　　　　　　Attorney for defendant Sharon Krause

SUPPLEMENT TO DEFENDANTS' JOINT
MOTIONS IN LIMINE
3:11-cv-05424-BHS
- 1 -

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959

|   |   |
|---|---|
| 1 | |
| 2 | s/Jeffrey A. O. Freimund |
| | JEFFREY A. O. FREIMUND, WSBA No. 17384 |
| 3 | Freimund Jackson & Tardif, PLLC |
| | 711 Capitol Way South, Suite 602 |
| 4 | Olympia, WA 98502 |
| | Telephone: (360) 534-9960 |
| 5 | Fax: (360) 534-9959 |
| | Email: jefff@fjtlaw.com |
| 6 | Attorney for defendant Michael Davidson |

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on December 3, 2013, I caused to be electronically filed Supplement to Defendants' Joint Motion in Limine with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
   dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
   kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiff Clyde Ray Spencer
   dandavies@dwt.com

   s/Lisa Gates
   LISA GATES
   Legal Assistant to Guy Bogdanovich

SUPPLEMENT TO DEFENDANTS' JOINT
MOTIONS IN LIMINE
3:11-cv-05424-BHS
- 2 -

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959