1
2
3
4
5
6

Honorable Judge Benjamin H. Settle

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

8
9

CLYDE RAY SPENCER,

NO.  C11-5424-BHS

10

Plaintiff,

11

DECLARATION OF JEFFREY
FREIMUND IN OPPOSITION TO
PLAINTIFF'S MOTIONS IN
LIMINE

v.

12

JAMES M. PETERS, et al.,

13

Defendants.

14
15

Pursuant to 28 U.S.C. § 1746, JEFFREY FREIMUND, declares under penalty of perjury

16

under the laws of the State of Washington and the United States of America that the following is

17

true and accurate:

18
19

1.  I am an attorney representing defendant Michael Davidson in the above-captioned

20

matter.  I am over the age of 18, competent to testify about the matters stated herein, and make

21

this declaration based on my personal knowledge.

22

2.  Attached to this declaration as Exhibit 1 is a true and accurate copy of defendant

23

Krause's October 18, 1984 report of her interview of DeAnne Spencer.

24

3.  Attached to this declaration as Exhibit 2 is a true and accurate copy of defendant

25

Krause's  training  material  that  she  authored  entitled  "Investigating  Child  Sexual  Abuse

26

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959

Allegations."

4.   Attached to this declaration as Exhibit 3 is a true and accurate copy of a Clark County Sheriff's Office incident report dated February 3, 1985 documenting a domestic violence incident involving Ray and Shirley Spencer.

5.   Attached to this declaration as Exhibit 4 is a true and accurate copy of defendant Krause's February 22, 1985 report of various contacts with Shirley Spencer during the month of February 1985, and referencing the incident report that is Exhibit 3 to this declaration.

6.   Attached to this declaration as Exhibit 5 is a true and accurate copy of defendant Krause's October 17, 1984 report of her interview of Kathryn Roe.

7.   Attached to this declaration as Exhibit 6 is a true and accurate copy of defendant Krause's October 17, 1984 report of her interview of Phyllis Day.

8.   Attached to this declaration as Exhibit 7 is a true and accurate copy of excerpts from plaintiff's initial disclosures in this case.

9.   Attached to this declaration as Exhibit 8 is a true and accurate copy of excerpts from former named defendant James Peters' initial disclosures in this case.

10.  Attached to this declaration as Exhibit 9 is a true and accurate copy of excerpts from defendant Krause's October 26, 2012 responses to plaintiff's interrogatories.

11.  Attached to this declaration as Exhibit 10 is a true and accurate copy of excerpts from defendant Davidson's October 26, 2012 responses to plaintiff's interrogatories.

12.  Attached to this declaration as Exhibit 11 is a true and accurate copy of defendant Davidson's October 9, 2012 disclosure of expert testimony.

13.  Attached to this declaration as Exhibit 12 is a true and accurate copy of excerpts

FREIMUND DECLARATION
C11-5424-BHS                               - 2

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959

from the deposition of Sharon Krause.   Specifically, pages 34-36 of this deposition are referenced in defendants' joint response to plaintiff's motions in limine.

SIGNED this 9th day of December, 2013 in Olympia, WA.

s/Jeffrey A. O. Freimund
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA  98502
Telephone:  (360) 534-9960
Fax:  (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Michael Davidson

FREIMUND DECLARATION
C11-5424-BHS                                    - 3                      FREIMUND JACKSON & TARDIF, PLLC
                                                                                        711 Capitol Way S., Suite 602
                                                                                        Olympia, WA  98501
                                                                                        Telephone:  (360) 534-9960
                                                                                        Facsimile:  (360) 534-9959

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on December 9, 2013, I caused to be electronically filed the

3

foregoing document with the Clerk of the Court using the CM/ECF system which will send
notification of such filing to the following:

4

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer,

5

dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer,

6

kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiff Clyde Ray Spencer

7

dandavies@dwt.com

8

9

_s/Kathrine Sisson_____
KATHRINE SISSON

10

Legal Assistant to
JEFFREY A. O. FREIMUND, WSBA No. 17384

11

Freimund Jackson Tardif
  & Benedict Garratt, PLLC

12

711 Capitol Way South, Suite 602
Olympia, WA  98502

13

Telephone:  (360) 534-9960
Fax:  (360) 534-9959

14

jeffF@fjtlaw.com
Attorney for Defendant Sergeant Michael Davidson

15

16

17

18

19

20

21

22

23

24

25

26

FREIMUND DECLARATION
C11-5424-BHS                                              - 4