Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, <br><br> Plaintiff, <br><br> v. <br><br> JAMES M. PETERS, et al., <br><br> Defendants. | NO.  C11-5424 BHS <br><br> DEFENDANTS' PROPOSED GENERAL VOIR DIRE TO BE ASKED BY THE COURT <br><br> **TRIAL DATE:** <br> **January 7, 2014** |

Defendants Davidson and Krause propose the following general questions to be asked to the venire by the Court, in addition to having the jurors answer a confidential juror questionnaire:

1. Have you ever met, or heard of, the plaintiff in this lawsuit, Clyde Ray Spencer, who used to work in the Vancouver Police Department?  If so, please explain the circumstances.

2. The plaintiff is represented by Kathleen Zellner and Douglas Johnson from the law firm of Kathleen T. Zellner & Associates, located in Downers Grove, Illinois, and by Daniel Davies from the law firm of Davis Wright Tremaine, located in Seattle Washington.  Have you or any members of your immediate family ever had contact with Ms. Zellner, Mr. Johnson, or Mr. Davies, or with any members of their law firms?  If so, please explain the circumstances.

3. Have you or any members of your immediate family ever been employed by the Vancouver Police Department located in Clark County, Washington?  If so, please explain the

employment relationship.

4. Have you ever met, or heard of, the defendants in this lawsuit, Michael Davidson and Sharon Krause, who used to work for the Clark County Sheriff's Office? If so, please explain the circumstances.

5. Have you or any members of your immediate family ever been employed by Clark County, including the Clark County Sheriff's Office or the Clark County Prosecuting Attorney's Office? If so, please explain the employment relationship.

6. Defendant Sharon Krause is represented by Guy Bogdanovich from the law firm of Law, Lyman, Daniel, Kamerrer & Bogdanovich, located in Olympia, Washington. Have you or any members of your immediate family ever had contact with Mr. Bogdanovich, or with any members of his law firm? If so, please explain the circumstances.

7. Defendant Michael Davidson is represented by Jeff Freimund from the law firm of Freimund Jackson & Tardif, located in Olympia, Washington. Have you or any members of your immediate family ever had contact with Mr. Freimund, or with any members of his law firm? If so, please explain the circumstances.

8. Have you, any members of your family or close friends, ever met or had contact with any of the possible witnesses in this case, whose names are: [SEE PRETRIAL ORDER FOR WITNESS LIST]  If so, please explain the circumstances.

9. Have you or your family members or close friends ever been involved in a lawsuit against the federal or state governments, or any local government agency, such as a county or city employees or agencies? If so, please explain the circumstances.

10. Have you or your family members or close friends ever been involved in a claim or lawsuit in which someone sued to recover money damages for alleged personal injuries? If so, please explain the circumstances.

11. Have you, or any members of your family or close friends, ever been physically or sexually assaulted, or a victim of other violent crimes? If so, please explain the circumstances.

12. How many of you have had interactions with police officers which caused you to form an impression about police generally, whether good or bad? Please explain your impressions.

13. Do any of you have strong feelings or beliefs about the honesty or integrity of police officers? If so, please explain the nature of your feelings or beliefs.

14. Have any of you heard of this case brought by plaintiff Clyde Ray Spencer against defendants Michael Davidson and Sharon Krause? If so, please explain what you have heard.

15. Based on what little you know of this case so far, do any of you know of any reason why you might not be able to try this case impartially and be fair to both the plaintiff and the defendants?

16. Does anyone here not want to sit on this jury? Please explain why not.

17. If we were to do a role reversal and you were one of the lawyers for the parties trying to find a fair and impartial jury, is there anything about your life experiences that you think might be important for the lawyers to know about you? Please explain.

18. Who among you would characterize yourself as generally being a leader in group situations? Please provide some examples of what you mean.

19. Have any of you ever been the foreperson or presiding juror in a jury trial before? Were you able to reach a verdict?

20. Do any of you who believe you might have difficulty following the law as given to you by the Court at the end of this case even though you may personally believe the law is, or ought to be, different?

21. Do any of you believe you have techniques or ways to tell whether someone is being truthful? Please explain what techniques you use.

22. Do any of you believe that you have a medical, physical, mental, or emotional condition that might affect your capability to serve as a juror and to listen to the evidence presented during this trial? Please explain.

1     23. This trial will probably take about three weeks. Do any of you have any pressing
2 employment, business, or personal commitments that would cause you an undue hardship and
3 prevent you from serving on this jury? Please explain.

4     RESPECTFULLY SUBMITTED this 17th day of December, 2013.

s/ Guy Bogdanovich
GUY BOGDANOVICH, WSBA No. 14777
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
Email: gbogdanovich@lldkb.com
Attorney for defendant Sharon Krause

s/Jeffrey A. O. Freimund
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson & Tardif, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98502
Telephone: (360) 534-9960
Fax: (360) 534-9959
Email: jeffF@fjtlaw.com
Attorney for defendant Michael Davidson

DEFENDANTS' PROPOSED GENERAL     4     FREIMUND JACKSON & TARDIF, PLLC
VOIR DIRE QUESTIONS      711 Capitol Way S., Suite 602
     Olympia, WA 98501
     Telephone: (360) 534-9960
     Facsimile: (360) 534-9959

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2013, I caused to be electronically filed Defendants' Proposed General Voir Dire to be Asked by the Court with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiff Clyde Ray Spencer
dandavies@dwt.com

   s/Kathrine Sisson
KATHRINE SISSON
Legal Assistant to
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson & Tardif, PLLC
711 Capitol Way South, Suite 602
Olympia, WA  98502
Telephone:  (360) 534-9960
Fax:  (360) 534-9959
jeffF@fjtlaw.com
Attorney for defendant Michael Davidson