Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, | |
| Plaintiff, | NO. C11-5424 BHS |
| v. | |
| JAMES M. PETERS, et al., | DEFENDANTS' PROPOSED CONFIDENTIAL JUROR QUESTIONNAIRE |
| Defendants. | |
| | **TRIAL DATE:** **January 7, 2014** |

Due to the nature of the allegations in this case involving child sexual abuse, defendants believe a confidential juror questionnaire should be used to respect juror's privacy regarding inquiries exploring their potential biases related to such private matters. Accordingly, defendants propose using the attached confidential juror questionnaire.

RESPECTFULLY SUBMITTED this 17th day of December, 2013.

s/ Guy Bogdanovich
GUY BOGDANOVICH, WSBA No. 14777
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
Email: gbogdanovich@lldkb.com
Attorney for defendant Sharon Krause

s/Jeffrey A. O. Freimund
JEFFREY A. O. FREIMUND, WSBA No. 17384

DEFENDANTS' PROPOSED CONFIDENTIAL
JUROR QUESTIONNAIRE
3:11-cv-05424-BHS

- 1 -

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

| | |
|---|---|
| 1 | Freimund Jackson & Tardif, PLLC |
| 2 | 711 Capitol Way South, Suite 602 |
| | Olympia, WA  98502 |
| 3 | Telephone:  (360) 534-9960 |
| | Fax:  (360) 534-9959 |
| 4 | Email:  jeffF@fjtlaw.com |
| | Attorney for defendant Michael Davidson |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

DEFENDANTS' PROPOSED CONFIDENTIAL
JUROR QUESTIONNAIRE
3:11-cv-05424-BHS

- 2 -

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2013, I caused to be electronically filed Defendants' Proposed Confidential Juror Questionnaire with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiff Clyde Ray Spencer
dandavies@dwt.com

    s/Kathrine Sisson_____
KATHRINE SISSON
Legal Assistant to
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson & Tardif, PLLC
711 Capitol Way South, Suite 602
Olympia, WA  98502
Telephone:  (360) 534-9960
Fax:  (360) 534-9959
jeffF@fjtlaw.com
Attorney for defendant Michael Davidson

DEFENDANTS' PROPOSED CONFIDENTIAL
JUROR QUESTIONNAIRE
3:11-cv-05424-BHS

- 3 -

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959

NAME: _____      JUROR BADGE #: _____

<u>Clyde Ray Spencer v. Sharon Krause and Michael Davidson</u>
United States District Court No. C11-5424BHS

**CONFIDENTIAL JUROR QUESTIONNAIRE**

  The following questions are to be answered truthfully and completely. You are required to sign an oath upon completion of this questionnaire.

  These questions are designed to find out information about you that will help the judge and the lawyers for the parties in this lawsuit to select a fair and impartial jury, and will reduce the time required to select a jury. We are using this questionnaire because we want to protect your privacy and minimize any embarrassment as much as possible.

  All answers will remain confidential and will be used only to select jurors for this trial. After a jury is selected, all questionnaires will be sealed under court order. Please do not discuss these questions, your answers, or issues raised by these questions with anyone until you are excused from further jury service.

_____    _____
                                   Judge Benjamin Settle

  Please answer the following questions either "yes" or "no" by placing a check mark in the appropriate space. If you answer "yes" to any question, please briefly explain the circumstances involved in the space provided below each question.

1.  Were you or anyone you know raped, sexually assaulted or molested as a child or adult?

   _____ Yes    _____ No

   If yes, please explain the circumstances and what actions, if any, were taken:
   _____
   _____
   _____

2.  Have you or anyone you know ever been accused of having raped, sexually abused, physically abused, or neglected a child?

   _____ Yes    _____ No

   If yes, please explain the circumstances and the outcome:
   _____
   _____
   _____

3.  Have you known anyone whom you suspected of sexually abusing or molesting a child?
   _____ Yes    _____ No

   If yes, please describe the circumstances and what you did in response:
   _____
   _____
   _____

Page 1

4. Do you believe you have any special expertise, knowledge, or training concerning child abuse or neglect?
   \_\_\_\_\_ Yes         \_\_\_\_\_ No

   If yes, please indicate the source(s) of your knowledge:
   _____
   _____

5. Have you ever belonged to, received literature from, or had any association with any group that advocates for the rights of abused or neglected children, or the rights of people accused of child abuse or neglect?
   \_\_\_\_\_ Yes         \_\_\_\_\_ No

   If yes, please indicate what group(s):
   _____
   _____

6. Have you or anyone close to you ever participated in a court proceeding involving a child who was alleged to have been abused or neglected?
   \_\_\_\_\_ Yes         \_\_\_\_\_ No

   If yes, please describe the circumstances and the outcome:
   _____
   _____
   _____

7. Have you ever had Child Protective Services (CPS), the police, or any social welfare agency come to your home about a child?
   \_\_\_\_\_ Yes         \_\_\_\_\_ No

   If yes, please describe the circumstances and the outcome:
   _____
   _____
   _____

8. Have you or anyone close to you had any experience with the state or federal government, or a local government agency, such as a county or city government, that affects your view, favorably or unfavorably, about government or government employees?
   \_\_\_\_\_ Yes         \_\_\_\_\_ No

   If yes, please explain:
   _____
   _____
   _____

9. Have you read or heard about this lawsuit brought by Clyde Ray Spencer?
   \_\_\_\_\_ Yes         \_\_\_\_\_ No

   If yes, please describe what you read or heard:

10. Based on your experiences and beliefs, do you have any concerns about whether you could be a fair and impartial juror in a case involving an accused child abuser, alleged child sexual abuse victims, and police officers?
   \_\_\_\_\_ Yes          \_\_\_\_\_ No

   If yes, please explain:

   _____
   _____
   _____

11. Have you or anyone close to you ever filed a claim or lawsuit, or had a claim or lawsuit filed against you, for damages for physical, psychological, or emotional injury?
   \_\_\_\_\_Yes          \_\_\_\_\_No

   If yes, please describe the circumstances:

   _____
   _____
   _____

12. Please describe any attitudes or experiences you have that might be important for determining whether you could serve fairly and impartially as a juror in this lawsuit seeking money damages against former police officers.

   _____
   _____
   _____

13. Would you prefer to discuss any of the above answers in private, rather than in open court in front of other jurors? (If you answer no, you may be asked about your answers in open court.)
   \_\_\_\_\_ Yes          \_\_\_\_\_ No

   If yes, please identify by number the question or questions you would prefer to discuss only in private:

   _____

*I swear or affirm under penalty of perjury that the answers given above are true and correct.*

                                              _____
                                              Signature