**THE HONORABLE BENJAMIN SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,<br><br>Defendants. | NO.   C11 5424 BHS<br><br>**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK** |

Attached to supplement the Proposed Pretrial Order (Dkt. 210), defendants' description of witness No. 10, is a CD entitled DEANNE SPENCER DEPOSITION TRANSCRIPT WITH OBJECTIONS and a DVD entitled DEPOSITION TESTIMONY OF DEANNE SPENCER, they are being filed in paper or physical form with the Clerk's Office for the Western District of Washington.  The items will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1  DATED this 17th day of December, 2013.

LAW, LYMAN, DANIEL, KAMERRER &amp; BOGDANOVICH, P.S.

        /s/ Guy Bogdanovich
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendant Sharon Krause
P.O. Box 11880
Olympia, WA 98508-1880
Telephone:  (360) 754-3480
Fax:  (360) 357-3511
email:  gbogdanovich@lldkb.com

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on this 17th day of December, 2013, I electronically filed Notice of Filing Paper or Physical Materials with the Clerk, with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following parties:

**Plaintiff Clyde Spencer and Matthew Spencer Attorneys**

dhjohnson43@aol.com
kathleen.zellner@gmail.com
dandavies@dwt.com

**Defendant Michael Davidson**

jefff@fjtlaw.com

DATED this 17th day of December, 2013 at Tumwater, Washington.

        /s/ Lisa Gates

**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*