Honorable Judge Benjamin Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES M. PETERS, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | No. C11-5424BHS <br><br> PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS |

Plaintiff Clyde Ray Spencer proposes the following questions to be asked to potential jurors on *voir dire*, in addition to the "Judges General Questions to Jury" on the Judge Benjamin H. Settle Chambers Procedures website (http://www.wawd.uscourts.gov/judges/settle-procedures):

1. Who here has ever been or known anyone who was falsely accused of doing something that they did not do?

    a. What happened?

2. Is there anyone here who knows someone or has heard of someone being convicted of a crime that they did not commit?

3. How many people have ever heard about an innocent person being exonerated of a crime after they were convicted?

    a. What happened?

4. Is there anyone here who believes that it is not possible for an innocent person to be convicted of a crime that they did not commit?

5. How many people believe that it is acceptable to convict innocent people?

PLAINTIFF'S PROPOSED VOIR DIRE
(C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

6. Do you have strong feelings one way or the other that if a person is convicted of a crime, they most likely committed the crime?

7. Do you believe that a person should be allowed to bring a civil lawsuit if they believe that they were wrongly convicted?

8. Do you have any beliefs that would prevent you from being fair in a case where a person claims that they were wrongly convicted of a crime?

9. Do you have any beliefs, no matter how small, that would prevent you from awarding monetary damages in a case where a person alleges that they were accused of a serious crime, sent to prison, and later prove that they were innocent of that crime?

10. Does anyone know someone close to them who has spent substantial time in prison?

11. What are your feelings toward law enforcement?

12. Have any of you, your family, or your friends ever worked as a law enforcement officer or corrections officer?

13. Have any of you, your family, or your friends ever worked in another part of the criminal justice system in any capacity?

14. What role do you believe that law enforcement officers play in the criminal justice system?

RESPECTFULLY SUBMITTED this 17th day of December.

 /s/  Kathleen T. Zellner                         /s/  Daniel T. Davies
Kathleen T. Zellner & Associates, P.C.    Daniel T. Davies, WSBA # 41793
Admitted *pro hac vice*                              Local counsel
1901 Butterfield Road                              David Wright Tremaine LLP
Suite 650                                          1201 Third Avenue, Suite 2200
Downers Grove, Illinois  60515                     Seattle, Washington 98101-3045

PLAINTIFF'S PROPOSED VOIR DIRE
 (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

1  Phone: (630) 955-1212                    Phone: (206) 757-8286
   Fax: (630) 955-1111                       Fax: (206) 757-7286
2  kathleen.zellner@gmial.com               Email: dandavies@dwt.com
   Attorney for Plaintiffs                   Attorney for Plaintiffs

PLAINTIFF'S PROPOSED VOIR DIRE
(C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

I hereby certify that on December 17, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer &<br>Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict<br>Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

    /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

PLAINTIFF'S PROPOSED VOIR DIRE
(C11-5424BHS) — 4

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax