Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, ) | |
| ) | No. C11-5424BHS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | PLAINTIFF'S SUPPLEMENT TO |
| DETECTIVE SHARON KRAUSE, and ) | PROPOSED PRETRIAL ORDER |
| SERGEANT MICHAEL DAVIDSON, ) | |
| ) | **TRIAL DATE:** |
| Defendants. ) | **January 7, 2014** |

NOW COMES Plaintiff, Clyde Ray Spencer, by and through his attorneys, Kathleen T. Zellner & Associates, P.C., and for his supplement to the previously-filed Proposed Pretrial Order, states as follows:

1. Pursuant to LCR 32(e), attached hereto as Exhibit A is a transcript of the deposition of Menona Landrum, which Plaintiff intends to offer at trial in lieu of her live testimony.

2. Pursuant to LCR 32(e), attached hereto as Exhibit B is a transcript of the deposition of Ann Link, Ph.D., which Plaintiff intends to offer at trial in lieu of her live testimony.

PLAINTIFF'S SUPPLEMENT TO PROPOSED PRETRIAL ORDER (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

1  Respectfully submitted,

2  /s/  Kathleen T. Zellner                         /s/  Daniel T. Davies
   Kathleen T. Zellner & Associates, P.C.           Daniel T. Davies, WSBA # 41793
3  Admitted *pro hac vice*                          Local counsel
   1901 Butterfield Road                            David Wright Tremaine LLP
4  Suite 650                                        1201 Third Avenue, Suite 2200
   Downers Grove, Illinois  60515                   Seattle, Washington 98101-3045
5  Phone:  (630) 955-1212                           Phone: (206) 757-8286
   Fax:  (630) 955-1111                             Fax: (206) 757-7286
6  kathleen.zellner@gmial.com                       Email: dandavies@dwt.com
7  Attorney for Plaintiffs                          Attorney for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFF'S SUPPLEMENT TO PROPOSED PRETRIAL
ORDER (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

I hereby certify that on December 17, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

   /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

PLAINTIFF'S SUPPLEMENT TO PROPOSED PRETRIAL ORDER (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax