1   back of the check which has a signature of "Clyde R. Spencer." A true and correct copy of the
2   front and back of the check I reviewed is attached as Exhibit A to this declaration.

3        3.   The signature on the back of the check in Exhibit A is a forgery. I did not sign
4   the check, nor did I give anyone permission to sign my name.

5        4.   I have also reviewed an "Affidavit of Forged Endorsement," a true and correct
6   copy of which is attached as Exhibit B to this declaration. I recognize my signature on the
7   affidavit.

8        5.   I filled out and signed the Affidavit of Forged Endorsement on July 22, 1985,
9   after I learned that my name had been forged on the above-described check.

10       6.   I have also reviewed a copy of a quitclaim deed purported to be signed by me as
11  Grantor for the property located at 17681 Lucia Falls Road in Yacolt, Washington dated March
12  15, 1985. A true and correct copy of the deed I reviewed is attached as Exhibit C to this
13  declaration.

14       7.   The signature "Clyde Ray Spencer" is a forgery. I did not sign the deed, and I
15  did not have anyone permission to sign my name.

16       I declare under penalty of perjury that the foregoing is true and correct:

17       DATED this 12th day of December, 2012 in Downers Grove, Illinois

18
19                                                   _____
                                                     Clyde Ray Spencer
20
     Signed and Subscribed to Before Me
21   this 17 day of December, 2012

22
23   _____
24   Notary Public
25
26
27

DECLARATION OF CLYDE RAY SPENCER
(C11-5424BHS) — 2

A. MORTIMER
COMM. #1906716
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. OCT 3, 2014

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, IL

Spencer006057



STATE OF WASHINGTON
OFFICE OF STATE TREASURER
OLYMPIA

WARRANT NUMBER 448918J

FUND 879   SYS 8   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

PAID MAR 11, 1985 07960 PAID

PAY TO THE ORDER OF

SPENCER, CLYDE R
17681 LUCIA FALL RD
YACOLT WA 98675

*$12,994.51*

ROBERT S. O'BRIEN, STATE TREASURER

PAY ANY BANK PEG
PROCESSED OREGON
03-08-85 55002842 05

# AFFIDAVIT OF FORGED ENDORSEMENT

STATE OF WASHINGTON }

COUNTY OF_____ }

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
021617
879 ___FUND

WARRANT NO. 448918 J

I, *Clyde R Spencer* being the rightful owner of the State of Washington's Warrant No. 1448918 J dated 2-20 , 1985, in the amount of $12,994.51 dollars, do hereby certify that my name as signed on the back of the said warrant is a forgery, and that I have not received nor endorsed the said warrant, neither have I been benefited in any way from the proceeds therefrom.

*Clyde Ray Spence*
Payer

Witnesses if signed by "X"

Name _____ Name _____

Irene SOUTH RM. E-205
PO BOX 900
SHELTON, WA 98584

Address _____ Address _____

Subscribed to and sworn before me this 22 day of July 1985.

*Gary Fleming*
Notary Public in and for the State of
Washington, residing in Shelton, Wa

EXHIBIT
5

S. F. No. 5525—05—(Rev. 9-60)—9-85.

Spencer006059



PIONEER NATIONAL
TITLE INSURANCE
A TICOR COMPANY

Filed for Record at Request of

AFTER RECORDING MAIL TO:
Carl F. Burkhalter Jr.
10011 N.E. 115th Ave.
Vancouver, Wa. 98685

8509250154

## Quit Claim Deed

THE GRANTOR SHIRLEY SPENCER, AN UNMARRIED PERSON

for and in consideration of ASSUMPTION OF REAL ESTATE

conveys and quit claims to CARL F. BURKHALTER JR. and RUTH BURKHALTER, husband and wife,

the following described real estate, situated in the County of Clark

BEGINNING at a point in the center of the Vancouver-Yacolt Road at the intersection
of said County Road with the East 14th of the Southeast quarter of the Northwest
quarter of Section 18, Township 4 North, Range 3 East of the Willamette Meridian,
in Clark County, Washington; running thence Easterly 75 feet, more or less, along
said County Road; thence South to the North bank of the East Fork of the Lewis
River; thence Westerly along the North bank of said River; 75 feet, more or less;
thence North to the point of beginning; said tract to be 75 feet wide East and
West.
ALSO, beginning at a point in the center of the County Road which is 75 feet East
of the center line of the Northwest quarter of Section 18, Township 4 North, Range
3 East of the Willamette Meridian; thence South to the North bank of the East Fork
of the Lewis River; thence Easterly 25 feet, more or less, along the North bank of
the River; thence North to the center of the County Road; thence West to the point
of beginning. Said tract to be 25 feet wide at any point.
ALSO, beginning at a point located in the center of the Yacolt-Battle Ground
Highway; said point being on the East line of that certain tract of land at this
date owned by any Lane and described as follows:
All that portion of the Southwest quarter of the Northwest quarter of Section 18,
Township 4 North, Range 3 East of the Willamette Meridian, lying North of, the East
Fork of the Lewis River in Clark County, Washington; thence South to the North Bank
of said Lewis River; thence Westerly along the Lewis River 40 feet; thence North to
the center of the above Yacolt-Battle Ground Highway; thence East 40 feet to the
point of beginning.

EXCEPT County Roads.
ALSO, the West 15 feet, measured at right angles to the West line thereof, of that
portion of the Northwest quarter of Section 18, Township 4 North, Range 3 East of
the Willamette Meridian in Clark County, Washington, described as follows:
Beginning at a point on the Southerly line of County Road No. 12 that is 1217.02
feet West of the East line of the Northwest quarter of said Section 18; said point
being the Northeast corner of the Lawrence C. Larkin and Lila L. Larkin tract, as
described in deed recorded under Auditor's File No. G 553629; thence Westerly along
the Southerly line of said County Road No. 12, a distance of 33 feet, more or less,
to the Northeast corner of the Shirley J. Turley tract, as described in deed
recorded under Auditor's File No. 770929006]; thence South along the East line of
said Turley tract to the North bank of the East Fork of the Lewis River; thence
Easterly along the North bank of said River to the West line of the said Larkin
Tract; thence North Along said West line, 59 feet, more or less, to the point of
beginning.

EXHIBIT
C

Spencer006060



FOR THE RECORD

*Carl Barkheimer*

Sep 25  4 2:11 '85

ATTY. OF
DAVID RICKERT

day of    September, 1985.

*Phillip J. Spencer*    (SEAL)
_____    (SEAL)

0272

personally appeared before me   Shirley Spencer

the individual   described in and who executed the within and foregoing instrument, and

who   signed the same as   her   free and voluntary act and deed, for the

official seal this 25th day of   September, 1985

Notary Public in and for the State of Washington
residing at   Vancouver

Spencer006061

8408160171

TO CLEAR TITLE ONLY

**QUIT-CLAIM DEED**
(Statutory Form)

THE GRANTOR ( )   CLYDE RAY SPENCER
of   17561 Lucia Falls Road           , City of   Yacolt
County of   Clark           , Washington, for and in consideration of
love and affection and to clear title

convey, & quil-claim to   SHIRLEY SPENCER as her separate estate

of 17561 Lucia Falls Road
in the City of   Yacolt     , County of   Clark     , State of   Washington     ,
all interest in the following described Real Estate:

See Exhibit "A" attached hereto and incorporated
herein by this reference

157678, 648 85

Situate County of   Clark         State of Washington
day of   March         19 85.

Clyde Ray Spencer
Grantor(s)

333

STATE OF WASHINGTON,
County of   Clark         } ss.   (Individual Acknowledgment)

I, _____, Notary Public in and for the State of Washington,
do hereby certify, that on this   15th   day of   March   , 1985, personally
appeared before me   Clyde Ray Spencer
to me known to be the individual   described in and who executed the within instrument and
acknowledged that   he   signed the same as   his   free and voluntary act
and deed for the uses and purposes herein mentioned.
GIVEN UNDER MY HAND AND OFFICIAL SEAL this   15th   day of   March   ,
19 85.

_____
Notary Public in and for the State of Washington, residing at   Vancouver   in said County.

Spencer006062

**EXHIBIT "A"**

Beginning at a point in the center of the Vancouver-Yacolt Road at the intersection of said County Road and the East line of the Southwest quarter of the Northeast quarter of Section 18, Township 4 North, Range 3 East of the Willamette Meridian, in Clark County, Washington; running thence Easterly 75 feet, more or less, along said County Road; thence South in the North bank of the East Fork of the Lewis River; thence Westerly along the North bank of said river 75 feet, more or less; thence North to the point of beginning; said tract to be 75 feet wide, East and West.

ALSO, beginning at a point in the center of the County Road which is 75 feet East of the center line of the Northwest quarter of Section 18, Township 4 North, Range 3 East of the Willamette Meridian; thence South to the North bank of the East Fork of the Lewis River; thence Easterly 25 feet, more or less, along the North bank of said river; thence North to the center of the County Road; thence West to the point of beginning. Said tract to be 25 feet wide at any point.

ALSO, beginning at a point located in the center of this Yacolt-Battle Ground Highway; said point being on the East line of that certain tract of land at this date owned by Roy Lamb, and described as follows:

All that portion of the Southwest quarter of the Northwest quarter of Section 18, Township 4 North, Range 3 East of the Willamette Meridian, lying North of the East Fork of the Lewis River in Clark County, Washington; thence South to the North Bank of said Lewis River; thence Westerly along the North Bank of said river 40 feet; thence North to the center of the above Yacolt-Battle Ground Highway; thence East 40 feet to the point of beginning.

EXCEPT County Roads.

ALSO, The West 15 feet, measured at right angles to the West line thereof, of that portion of the Northwest quarter of Section 18, Township 4 North, Range 3 East of the Willamette Meridian in Clark County, Washington, described as follows:

BEGINNING at a point on the Southerly line of County Road No. 12 that is 1217.02 feet West of the East line of the Northwest quarter of said Section 18, said point being the Northwest corner of the Lawrence G. Larkin and Lila L. Larkin tract as described in deed recorded under Auditor's File No. G.553620; thence Westerly along the Southerly line of said County Road No. 12, a distance of 33 feet, more or less, to the Northeast corner of the Shirley J. Turley tract as described in deed recorded under Auditor's File No. 7709259041; thence South along the East line of said Turley tract to the North Bank of the East Fork of the Lewis River; thence Easterly along the North Bank of said River to the West line of the said Larkin tract; thence North along said West line, 99 feet, more or less, to the point of beginning.

FILED FOR RECORD
CLARK CO. WASH
Aug 16   4 04 PM '85
AUDITOR
DAVID HICKENER

Spencer006063

# United States District Court
## Western District of Washington at Tacoma

CLYDE RAY SPENCER,

               Plaintiff,

v.

FORMER DEPUTY PROSECUTING
ATTORNEY FOR CLARK COUNTY JAMES
M. PETERS, et. al.,

               Defendants.

NO.  C11 5424 BHS

SUBPOENA IN A CIVIL CASE

TO:   CLARK COUNTY SHERIFF'S OFFICE, RECORDS CUSTODIAN

**X**   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

Any and all documents which bear the signature of former Clark County Sheriff's Office, Civil Unit clerk "Menona D. Landrum" as Notary Public and are dated between January 1, 1985 and December 31, 1991.

Any and all documents, including but not limited to work schedules, rosters, time or wage records, etc. which identify employees of the Clark County Sheriff's Office working at the Clark County Jail between February 28, 1985 and July 1, 1985.

Any and all documents, audiotapes and/or videotapes that record or identify visitors to the Clark County Jail, including law enforcement officers visiting inmates of the jail, for the time period of February 28, 1985 through July 1, 1985.

Any and all documents, policies or procedures governing visitation of inmates in the Clark County Jail, including visitation of jail inmates by law enforcement officers, for the time period of February 28, 1985 through July 1, 1985.

| PLACE: Clark County Sheriff's Office / Clark County Law Enforcement Center 707 West 13th Street Vancouver, WA 98660 | DATE AND TIME March 8, 2013 at 10 a.m. |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT Guy Bogdanovich, WSBA #14777 Attorney for Defendant Sharon Krause | DATE February 20th, 2013 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Guy Bogdanovich, P.O. Box 11880, Olympia, WA 98508-1880  (360) 754-3480

Exhibit 4
Menona Landrum
Date: 3-18-13
Rider & Associates
800-869-0864

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED Clark County Sheriff's Office, Records Custodian | February 20th, 2013 | Clark Cty Law Enf. Center PO Box 410 Vancouver, WA 98666 |

| SERVED ON (PRINT NAME) Clark County Sheriff's Office, Records Custodian | MANNER OF SERVICE US Mail |
|---|---|

| SERVED BY (PRINT NAME Lisa Gates | TITLE Secretary |
|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 2/20/13
Date

Signature of Server

PO Box 11880, Olympia, WA 98508-1880
Address of Server

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take responsible steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (c)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

compliance;

(i) fails to allow reasonable time for

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden. (B) if a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

OFFICE AND PROFESSIONAL EMPLOYEES UNION,
LOCAL #11 - LAW & JUSTICE DIVISION
AUTHORIZATION FOR PAYROLL DEDUCTION

I hereby authorize Clark County to deduct the
following commencing in _____(month) as my
month's dues to the Office and Professional
Employees Union, Local #11:

Effective January 1, 1978... $ 16.00

and become due to it as my membership dues in
said Local #11, including all monies owed the
Local by me in accordance with the Constitu-
tion and By-Laws of the Office and Profession-
al Employees Union, Local #11, following the
execution of this document and remit the same
monthly to the Secretary-Treasurer of the
Office and Professional Employees Union,
Local #11 at their office in Portland, Ore.

cc
opeu #11
afl-cio
                    _Menona A Landrum_
                    Employee Signature


APPENDIX "C"
ARK COUNTY, WASHINGTON

EMPLOYEE ORGANIZATION MEMBERSHIP DUES.
PAYROLL DEDUCTION AUTHORIZATION FORM.

I, _Menona A Landrum_ , having become
a member of the Office & Professional Employees
Union, Local #11, Law & Justice Division - CCDSA,
do hereby voluntarily authorize Clark County as my
Employer to deduct from my accrued earnings the
amount of my monthly dues and, if permitted by
contract, initiation fees in the above-named organ-
ization.

I understand that I may withdraw this authorization
at such time as I desire to make other payment
arrangements directly with the employee organiza-
tion involved.

            Signed _Menona A Landrum_
                    (Name of Employee)

Date: _9/11/81_
      Month/Day/Year            cc
                  000001        opeu #11

| LAST NAME | FIRST NAME | INITIAL | MALE FEM | SOCIAL SECURITY NUMBER | |
|---|---|---|---|---|---|
| Landrum | Menona | D | xx | | |

| ADDRESS | | | | LIFE INS. CLASS | | POLICY NO. |
|---|---|---|---|---|---|---|
| 5804 N.E. 90th Ave., | | | | AMOUNT $ 2,500 | | 82541 |

| CITY | STATE | COUNTY | ZIP CODE | DISABILITY INCOME CLASS NO. | EFFECTIVE DATE |
|---|---|---|---|---|---|
| Vancouver, | Wa. | Clark | 98662 | AMOUNT $ N/A | 4/71 |

| SINGLE | MAR. | DIV. WIDOW(ER) | BIRTHDATE | OCCUPATION | DATE EMPLOYED FULL TIME | ANNUAL SALARY | CERT. NO. |
|---|---|---|---|---|---|---|---|
| | X | | 05-28-28 | clerk | 04-01-1971 | N/A | N/A |

| NAME OF EMPLOYER | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Clark County | P O Box 5000 | Vancouver | WA | 98668 |

| ARE YOU OR ANY MEMBER OF YOUR FAMILY COVERED BY ANOTHER GROUP PLAN? ☐ YES ☑ NO | IF YES, NAME OF PERSON COVERED | NAME OF CARRIER | GROUP OR ACCT. NO. |
|---|---|---|---|

| ☐ I AM ENROLLING MYSELF ONLY | ☐ I AM ENROLLING MYSELF & DEPENDENTS (LIST DEPENDENT INFORMATION BELOW) | RELATIONSHIP CODES A-NATURAL CHILD  B-STEP CHILD B-LEGALLY ADOPTED  E-OTHER (EXPLAIN) C-FOSTER CHILD |
|---|---|---|

| LEGAL SPOUSE (FULL NAME) | IS SPOUSE EMPLOYED? ☐ NO ☐ YES | DATE OF BIRTH MONTH DAY YEAR | SEX MALE FEMALE |
|---|---|---|---|
| NAMES OF ALL ELIGIBLE CHILDREN | DOES CHILD RESIDE WITH YOU? ☐ NO ☐ YES | | |
| | ☐ NO ☐ YES | | |
| | ☐ NO ☐ YES | | |
| | ☐ NO ☐ YES | | |
| | ☐ NO ☐ YES | | |
| | ☐ NO ☐ YES | | |

➡ **IMPORTANT:IF YOU ARE ENROLLING A DEPENDENT CHILD AGE 19 OR OLDER, COMPLETE THE STUDENT INFORMATION ON THE REVERSE SIDE.**

| BENEFICIARY (EXAMPLE: MARY JANE DOE - NOT MRS. JOHN DOE) | RELATIONSHIP |
|---|---|
| X Joseph E. Landrum | X husband |

| FIRST FARWEST INSURANCE | FOR HOME OFFICE USE ONLY | I hereby request the amount(s) and form(s) of insurance coverage for which I am or may become eligible under the insurance policy or policies issued by the insurance |
|---|---|---|
| COMPANIES | | company and authorize the deduction from my earnings of the amount required to cover my share of the premiums, if any. I reserve the right to revoke this deduction |
| FIRST FARWEST LIFE INSURANCE CO | ☐ | authorization at any time on written notice. I furthermore authorize the insurance company to release to the group policyholder any and all information about me and |
| NATIONAL HOSPITAL ASSOCIATION | ☐ | my dependents for the purpose of administering the group insurance plan and com-piling informational reports. This authorization for release of information shall |
| FARWEST AMERICAN ASSURANCE CO | ☐ | remain valid for a period of one year from the date the enrollment card is signed. |
| FIRST IN SERVICE | | DATE SIGNED                    SIGNATURE (DO NOT TYPE OR PRINT) |
| | | X Aug. 25, 1987      X MM |

FORM NO 3-02B (7/87)                    © 93   INFORM GRAPHICS INC   (503) 684-2631

**RETAIN — GROUP FILE COPY**

MARCH 6, 1990

TO: Sheriff Kanekoa:

Would you consider my eligibility to participate in the Incentive program at Level 11 (10%)?  I believe I should qualify based upon the 19 years I have spent with the Sheriff's Department and the personal responsibility I have taken over the years to ensure our civil division operate with efficency and progressive professionalism.

As you know, the chart used to determine the number of points necessary to qualify for 10% incentive pay stops after 12 years of service. However, after the 8th year of service, the number of training and education points are reduced in increments of 5 until year 12.  If we were to continue to project out these numbers, I believe you would find that after 18 years of service with the department, employees automaticly qualify for 10% incentive pay by simple reason of longevity.

In addition, I have acquired a great deal of civil expertese over the years.  However, this information was not gained through formal classroom training but rather by contacts make by me through a personal desire to build a highly knowledgable civil division within the Sheriff's Department.  Little of this knowledge is documentable.  However, I believe it is reflected in my evaluations over the years and to some degree in the quality of performance seen within our civil division today.

For reason of longevity and based upon my performance evaluations for the past 19 years, I am asking you to consider my application for a 5% increase in incentive pay.

Thank you.

Nonie Landrum

000003




TO:        SUE POLING, ACCOUNTING

FROM:      SHERIFF KANEKOA

DATE:      FEBRUARY 20, 1990

SUBJECT: DEDUCTION AUTHORIZATION FOR OVERPAYMENT

EMPLOYEE:   NONIE LANDRUM


I, NONIE LANDRUM, HAVE RECEIVED AN OVERPAYMENT
IN MY WAGES IN THE AMOUNT OF $664.00.   DURING
JULY 1989 THRU JANUARY 1990 THE INCENTIVE PAY WAS
CALCULATED AS 10% VERSUS THE 5% I SHOULD RECEIVE
ON A MONTHLY BASIS RESULTING IN AN OVERPAYMENT.
I AM SIGNING THIS AGREEMENT FOR REPAYMENT OF
THOSE FUNDS AS INDICATED BELOW AND AUTHORIZE
THAT THE PAYMENTS BE MADE BY PAYROLL DEDUCTION.

AMOUNT OF TOTAL OVERPAYMENT
   FROM JULY 1989 THROUGH
   JANUARY 1990:                        $664.00

REPAYMENT SCHEDULE:
   FEBRUARY 28, 1990 THRU
   JULY 31, 1990                    $ 98.00 MONTHLY
   AUGUST 31, 1990                  $ 76.00
                                    $664.00

***THE AMOUNT OF INCENTIVE ACTUALLY EARNED
   EACH MONTH WOULD GO TOWARD REPAYMENT.***


_Nonie Landrum_ .   2.21-90 .
NONIE LANDRUM, CIVIL OFFICER         DATE

_Frank Kanekoa_                     2-21-90 .
FRANK KANEKOA, SHERIFF               DATE

/LH
              000004

PLEASE PRINT FIRMLY OR TYPE

**Health Enrollment Application**

(Check One) ☐ General County ___Services___ ☐ LEOFF I   ☐ LEOFF II   ☐ Special Agency/District _____
                                  *Dept. Name*                                                                                                   *Agency/Dist. Name*

PLEASE COMPLETE ALL AREAS OF THIS FORM. LIST ALL FAMILY MEMBERS YOU WISH COVERED AT THIS TIME.

Employee Name ~~EMMMMMMXXMXXXXXMM~~ LANDRUM,          Menona               D.
                                                              *(Last)*              *(First)*            *(Middle)*

Address ___5804 N.E. 90th Ave.,_____ City  Vancouver    State Wa.
                      *(Include Apt. Number)*

Zip ___98662___ Social Security Number _____   Birth Date ___5-28-28___
                                                                                                    *(Month)*    *(Day)*    *(Year)*

Home Phone 206 892 4830   Business Phone (06 ) 699 2225   Hire Date April  01  1971
                                                                                                        *(Month)*   *(Day)*    *(Year)*

Marital Status: ☐ Sgl ☒ Mar ☐ Wid ☐ Div ☐ Sep     Sex ☐ M ☒ F

---

**REASON FOR ACTION** (Check as Applicable)
☐ New employment enrollment   ☐ Change benefit elections (complete entire form)   ☐ Change dependent coverage
☐ Add:   Marriage/Date _____   ☐ Delete: Name _____
            Birth or Adoption/Date _____   Reason _____

---

**CHANGE IN STATUS** (Check as Applicable) *If you are requesting COBRA information for dependent loss of coverage, please attach written request and appropriate documentation (i.e., legal separation/ divorce decree, termination letter from insurance carrier, etc.).*
☐ Termination of Employment _____   ☐ Divorce or Legal Separation _____   ☐ Child's loss of Dependent Status _____
                                        *(Date)*                                        *(Date)*                                                    *(Date)*
☐ Death of Employee _____   ☐ Reduction in Hours _____
                                    *(Date)*                                  *(Date)*

---

**BENEFIT ELECTION** (Check as Applicable): MEDICAL: ☒ Blue Cross ☐ Kaiser   DENTAL: ☒ Washington Dental Service

Check the following as applicable. This information is also needed for federal reporting requirements (IRC Section 89).

1. ☐ I wish to cover my eligible dependents as follows: Dependents to be covered (please print):

| Soc. Sec. No. | Last Name | First Name/Mid Intl | Date of Birth | Sex · | Relationship |
|---|---|---|---|---|---|
| 523 28 4939 | Landrum, | Joseph. E. | 6-16-29 | M. | husband |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

I have elected to cover my dependents and they also *have other group* coverage. Please indicate the employer and plans (or insurance carrier) under which they are covered.

State Plan(s): x☒ Medical _____ ☐ Dental _____ ☐ Vision _____

Name of Group Employer: ___Clark Public Utilities___

Name of Your Dependents Covered by Other Plan(s): Landrum,   Joseph   E.
                                                                                          *(Last)*      *(First)*   *(Middle)*   *(Last)*   *(First)*   *(Middle)*

_____   _____   _____   _____   _____   _____   _____   _____   _____
*(Last)*   *(First)*   *(Middle)*   *(Last)*   *(First)*   *(Middle)*   *(Last)*   *(First)*   *(Middle)*

2. ☐ My dependents listed below have *no other group* coverage but *I do not* wish to cover them.

_____   _____   _____   _____   _____   _____   _____   _____   _____
*(Last)*   *(First)*   *(Middle)*   *(Last)*   *(First)*   *(Middle)*   *(Last)*   *(First)*   *(Middle)*

3. ☐ My dependents *have other group* coverage and *I do not* wish to cover them. Please indicate the employer and plans (or insurance carrier) under which they are covered.

State Plan(s): ☐ Medical _____ ☐ Dental _____ ☐ Vision _____

Name of Group Employer: _____

Name of Your Dependents Covered by Other Plan(s):
                                                                    *(Last)*   *(First)*   *(Middle)*   *(Last)*   *(First)*   *(Middle)*

_____   _____   _____   _____   _____   _____   _____   _____   _____
*(Last)*   *(First)*   *(Middle)*   *(Last)*   *(First)*   *(Middle)*   *(Last)*   *(First)*   *(Middle)*

☐ I have no eligible dependents.

EMPLOYEE CERTIFICATION: Under penalty of perjury, I declare that the information I have furnished above is, to the best of my knowledge and belief, true, accurate, and complete.

Employee's Signature: _Menona D. Landrum_   Date Signed: 5-4-01

PERSONNEL USE ONLY:   Effective Date of Coverage 050605_____   Dept. Name: _____
White/Original: Personnel   Yellow: Medical Insurance   Pink: Dental Insurance   Goldenrod: _____

 

REQUEST FOR PAY IN LIEU OF PDO FOR
NON UNIFORMED LOCAL 11 CONTRACT EMPLOYEES

NAME: LANDRUM,MENONA          07/90

SSN#: ▓▓▓▓▓▓▓▓          0001 000-250-0028

PRESENTLY I HAVE     275.28     AVAILABLE TO USE.
YOUR AVAILABLE PDO HOURS DO NOT INCLUDE TIME TAKEN IN JULY.
BASED ON THE CONTRACT I MAY REQUEST PAY IN LIEU OF PDO
FOR THE AMOUNT OF ONE REGULAR WORK WEEK.
MY REGULAR WORK WEEK IS ____40____ HRS

BY COMPLETING THE FOLLOWING INFORMATION I, UNDERSTAND THAT
I WILL NOT BE ELIGIBLE FOR THIS OPTION UNTIL THE FOLLOWING
CALENDAR YEAR.

PLEASE INDICATE YOUR SELECTION BELOW.

____X____ I DO NOT WISH TO SELL BACK ANY OF MY PDO TIME

_____ I REQUEST TO SELL BACK _____ HRS OF PDO TIME

_Menona D Lundrum_____          _____
SIGNATURE                           PAYROLL SIGNATURE

_8·13·90_
DATE

PLEASE RETURN THIS FORM ASAP.
THIS ENABLES PAYROLL TO PROCESS FOR AUGUST PAYROLL
REGARDLESS OF WHAT YOU CHOOSE, PLEASE RETURN ;THIS FORM TO PAYROLL

WITHDRAWAL FROM LAW AND JUSTICE ASSOCIATION

LANDRUM MENONA ·            S02B
                            0001 000-250

I REQUEST NO FURTHER DEDUCTIONS FOR THE
LAW AND JUSTICE ASSOCIATION BE TAKEN FROM
MY PAYCHECK.   THIS WILL BE EFFECTIVE AS OF
JULY 1, 1989.

THIS IS MY OFFICIAL NOTICE TO PAYROLL AS IS
NOTED BY MY SIGNATURE AND DATE BELOW.

_Menona S. Landrum_        6-23-89
SIGNATURE                     DATE

THIS FORM MUST BE SUBMITTED TO PAYROLL
BY JULY 7, 1989.   ANY LATER AND DEDUCTION
WILL CONTINUE FOR MONTH OF JULY.

000007

---------------- Cut here and give the certificate to your ----- ----

| Form **W-4A**<br>Department of the Treasury<br>Internal Revenue Service | **Employee's Withholding Allowance Certificate**<br>► For Privacy Act and Paperwork Reduction Act Notice, see reverse. | OMB No. 1545-0010<br>**1987** |
|---|---|---|

| 1 Type or print your full name<br>Menona D. Landrum | 2 Your social security number |
|---|---|

| Home address (number and street or rural route)<br>5804 N.E. 90th Ave. | 3 Marital<br>Status | ☐ Single  ☐ Married<br>☒ Married, but withhold at higher Single rate |
|---|---|---|
| City or town, state, and ZIP code<br>Vancouver, Wa. 98662 | | Note: *If married, but legally separated, or spouse is a nonresident alien, check the Single box.* |

| 4 Total number of allowances you are claiming (from line G above, or from the Worksheets on back if they apply) . | 4 | |
|---|---|---|
| 5 Additional amount, if any, you want deducted from each pay . . . . . . . . . . . . . . | 5 | $ 40.00 |

6 I claim exemption from withholding because (check boxes below that apply): ·›
a ☐ Last year I did not owe any Federal income tax and had a right to a full refund of ALL income tax withheld, **AND**
b ☐ This year I do not expect to owe any Federal income tax and expect to have a right to a full refund of | Year
 ALL income tax withheld. If both a and b apply, enter the year effective and "EXEMPT" here . . . ► | 19
c  Are you a full-time student? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or, if claiming exemption from withholding, that I am entitled to claim the exempt status.
Employee's signature ► *Menona D. Landrum*   Date ► 07-01-   , 1987

| 7 Employer's name and address (Employer: Complete 7, 8, and 9 only if sending to IRS) | 8 Office code | 9 Employer identification number |
|---|---|---|

000008

Form **W-4**
Department of the Treasury
Internal Revenue Service

Employee's Withholding Allowance Certificate

▶ For Privacy Act and Paperwork Reduction Act Notice, see instructions.

**1987**

| 1 Type or print your full name | 2 Your social security number |
|---|---|

Menona Dawn Landrum

Home address (number and street or rural route)

5804 N. E. 90th Ave.

City or town, state, and ZIP code

Vancouver, wa. 98662

| 3 Marital Status | ☐ Single     ☒ Married |
|---|---|
| | ☒ Married, but withhold at higher Single rate |
| | Note: *If married, but legally separated, or spouse is a nonresident alien, check the Single box.* |

4 Total number of allowances you are claiming (from the Worksheet on page 3) . . . . . . . . . . `0`

5 Additional amount, if any, you want deducted from each pay (see Step 4 on page 2) . . . . . . . `$`

6 I claim exemption from withholding because (see Step 2 above and check boxes below that apply):

a ☐ Last year I did not owe any Federal income tax and had a right to a full refund of ALL income tax withheld, **AND**

b ☐ This year I do not expect to owe any Federal income tax and expect to have a right to a full refund of ALL income tax withheld. If both a and b apply, enter the year effective and "EXEMPT" here . . . ▶ | Year `19`

c  If you entered "EXEMPT" on line 6b, are you a full-time student? . . . . . . . . . . . . ☐ Yes  ☐ No

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or, if claiming exemption from withholding, that I am entitled to claim the exempt status.

Employee's signature ▶ *Menona D. Landrum*  Date ▶ *February 11*, 19 8_

| 7 Employer's name and address (Employer: Complete 7, 8, and 9 only if sending to IRS) | 8 Office code | 9 Employer identification number |
|---|---|---|
| Clark County Auditor | | |
| 1200 Franklin        Vancouver, Wa  98660 | | 91-6001299 |

000009