| Form **W-4** (Rev. January 1983) | Department of the Treasury—Internal Revenue Service **Employee's Withholding Allowance Certificate** | | OMB No. 1545-0010 Expires 8-31-85 |
|---|---|---|---|
| **1** Type or print your full name Menona D. Landrum | | **2** Your social security number [redacted] | |
| Home address (number and street or rural route) 5804 N.E. 90th Ave., City or town, State, and ZIP code Vancouver, Wa. 98662 | | **3** Marital Status | ☐ Single  ☒ Married ☐ Married, but withhold at higher Single rate Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box. |

**4** Total number of allowances you are claiming (from line F of the worksheet on page 2) . . . . . . . . . . 0
**5** Additional amount, if any, you want deducted from each pay . . . . . . . . . . . . . . . . . $
**6** I claim exemption from withholding because (see instructions and check boxes below that apply):
  **a** ☐ Last year I did not owe any Federal income tax and had a right to a full refund of ALL income tax withheld, AND
  **b** ☐ This year I do not expect to owe any Federal income tax and expect to have a right to a full refund of ALL income tax withheld. If both a and b apply, enter the year effective and "EXEMPT" here . . ▶ | Year
  **c** If you entered "EXEMPT" on line 6b, are you a full-time student? . . . . . . . . . . . . . . ☐ Yes ☐ No

Under the penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or if claiming exemption from withholding, that I am entitled to claim the exempt status.
Employee's signature ▶ *Menona D. Landrum*    Date ▶ March 6, = , 19 84

**7** Employer's name and address (Employer: Complete 7, 8, and 9 only if sending to IRS)
clark county auditor, 1200 Franklin Vancouver, Wa., 98660
**8** Office code
**9** Employer Identification number 91-6001299

000010

 

EMPLOYEE UPDATE FORM EFFECTIVE FOR DECEMBER 1990
PLEASE REVIEW INFORMATION BELOW AND MAKE ANY ADJUSTMENT OR
CORRECTION REGARDING THIS AS CURRENT INFORMATION

ALL FORMS ARE TO BE RETURNED TO PAYROLL BY DECEMBER 15, 1990
SPECIAL ATTENTION TO AREAS OF CIVIL RESPONSIBILITY,
SPOUSE AND EMERGENCY CONTACT NEED TO BE UPDATED

| EMPLOYEE NAME: | SOCIAL SECURITY#: | SPOUSE'S NAME: |
|---|---|---|
| LANDRUM, MENONA D. | [redacted] | LANDRUM, JOE E. |

| DEPARTMENT NAME: | SHERIFF | EMERGENCY CONTACT: JOE LANDRUM | 892-4830 XXX[redacted]XXX |
|---|---|---|---|

| EMPLOYEE ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|
| 5804 NE 90TH AVE. | VANCOUVER | WA | 98661 | 892-4830 |

| MAR STAT | NO OF DEP | SEX | BIRTHDATE MM/DD/YY | HIREDATE MM/DD/YY | ANNIVER. DATE | P.I.D. | CURRENT STATUS |
|---|---|---|---|---|---|---|---|
| M | 0 | F | 05/28/28 | 04/01/71 | 04/71 | 07/90 | REG |

JOB TITLE: GENERAL-LEADWORKER A

| JOB CLASS | PSN | BUDGET# | GRADE | STEP | SALARY | HOURLYRATE | INCENTIVE |
|---|---|---|---|---|---|---|---|
| 0952 | 3022 | S028 | 18C | 06 | 1974.00 | 11.388 | 99 |

DEDUCTION CODES:  
BL02  
WDS

CIVIL RESPONSIBILITY:

RESERVE STATUS:  
BRANCH OF SERVICE:

PREVIOUS MILITARY EXPERIENCE  
BRANCH:               DISCHARGE DATE:

RETIREMENT SYSTEM:   LEOFF1  
SIGNATURE: *Menona D. Landrum*

000011

AUGUST 15, 1988  

### EMPLOYEE INFORMATION UPDATE QUESTIONAIRE

I AM UPDATING ALL EMPLOYEE DATA FOR THE NEW PAYROLL COMPUTER SYSTEM. PLEASE LOOK OVER THE INFORMATION LISTED AND IF ANY CHANGES NEED TO BE MADE, INDICATE THE CORRECT INFORMATION IN RED INK. PLEASE FILL IN SOMEONE TO CONTACT IN CASE OF EMERGENCY. SIGN AT BOTTOM AND RETURN TO ME. THANK YOU FOR YOUR COOPERATION. CLAUDIA

PIN: S028

NAME: LANDRUM, MENONA, D.

ADDRESS: 5804 NE 90TH AVE.

VANCOUVER, WA 98661

PHONE: 892-4830

SOCIAL SECURITY#: [redacted]

BIRTHDATE: 05/28/28

EMERGENCY CONTACT: _Joe E Landrum_

PHONE NUMBER: _699-3000_

RELATIONSHIP: _husband_

*UNDER GENERAL ORDER #12800.00 OF THE PERSONNEL REGULATIONS, IT STATES THAT ALL EMPLOYEES MUST INFORM THE PERSONNEL/PAYROLL CLERK OF ANY CHANGE IN ADDRESS OR PHONE NUMBER WITHIN 24 HOURS. THIS REQUIREMENT APPLIES EVEN WHEN A CHANGE IS OF A TEMPORARY NATURE.

_Menona D Landrum_
SIGNATURE

NOTICE OF INTENT TO PARTICIPATE IN INCENTIVE PROGRAM

In accordance with Article XIII, Section III, Paragraph A, of our current labor agreement, I hereby declare my intent to participate in the Incentive Program beginning ___January 1,_____ for the ___1989___ calendar year. I anticipate completing the basic requirements and submitting all the required documents in accordance with the following schedule:

1. WORK EXPERIENCE

    (A) __19__ years of service were completed on __April 1, 1990__.
        Documentation will be submitted by __Menona D. Landrum__.

    (B) ____ years of service will be completed on _____.
        Documentation will be submitted by _____.

2. TRAINING & EDUCATION

    (A) Requirements were completed on _____.
        Documentation will be submitted by _____.

    (B) Requirements will be completed on _____.
        Documentation will be submitted by _____.

3. PERFORMANCE RATING

    (A) Cumulative average is 3 or better for year _____.
        Documentation will be submitted by _____.

4. FITNESS TEST

    (A) Requirements were met on _____.
        Documentation will be submitted by _____.

Completion of the above requirements will qualify me for Level __II__ (I or II) of the Incentive Program.

I understand that it is my responsibility to complete the requirements and submit the supporting documents on the appropriate forms at least thirty (30) days before participation is scheduled to begin.

DATE: __February 14, 1990__                SIGNATURE: __Menora D. Landrum__

Please check off the forms you will need in order to complete your application:

    _____ Notice of Intent to Participate
    _____ Application for Advance Activity Approval
    _____ Fitness Test Report
    _____ Proposed Alternate Health Program
    _____ Personal History Update
    __X__  Application for Incentive Pay
    _____ Application for: Prior Training Credit
    _____ Application for: Prior Work Experience Credit
    _____ Application for: Prior Education Credit

000013

NOTICE OF ~~CLARK CO.~~ PARTICIPATE IN INCENTIVE PROGRAM
SHERIFF'S DEPT.

In accordance with Article XIII, Section III, Paragraph A, of our current labor agreement, I hereby declare my intent to participate in the Incentive Program beginning January for the 1988 calendar year. I anticipate completing the basic requirements and submitting all the required documents in accordance with the following schedule:

1. WORK EXPERIENCE

    (A) __17__ years of service were completed on __April 1, 1988__.
        Documentation will be submitted by __June 1, 1988__.

    (B) _____ years of service will be completed on _____.
        Documentation will be submitted by _____.

2. TRAINING & EDUCATION

    (A) Requirements were completed on __June 1, 1988__.
        Documentation will be submitted by __June 1, 1988__.

    (B) Requirements will be completed on _____.
        Documentation will be submitted by _____.

3. PERFORMANCE RATING

    (A) Cumulative average is 3 or better for year _____.
        Documentation will be submitted by __June 1, 1988__.

4. FITNESS TEST

    (A) Requirements were met on _____.
        Documentation will be submitted by _____.

Completion of the above requirements will qualify me for Level __II__ (I or II) of the Incentive Program.

I understand that it is my responsibility to complete the requirements and submit the supporting documents on the appropriate forms at least thirty (30) days before participation is scheduled to begin.

DATE: __February 1, 1988__         SIGNATURE: _[signature]_

Please check off the forms you will need in order to complete your application:

_____   Notice of Intent to Participate
_____   Application for Advance Activity Approval
_____   Fitness Test Report
_____   Proposed Alternate Health Program
_____   Personal History Update
_____   Application for Incentive Pay
_____   Application for: Prior Training Credit
_____   Application for: Prior Work Experience Credit
_____   Application for: Prior Education Credit



**Clark County**

**DISABILITY BOARD**

Room 109
1200 Franklin St.
P.O. Box 5000
Vancouver, WA 98668

(206) 699-2456

### APPLICATION FOR MEDICAL BENEFITS
NOT INCLUDED UNDER ANY INSURANCE COVERAGE

The undersigned employee of __CLARK COUNTY SHERIFF's OFFICE__ hereby makes application to the Disability Board of Clark County, Washington for payment of medical services provided the applicant which are not payable under any other coverage available and are covered by Washington Laws, 1969, First Extra Session, Chapter 209, Section 15.

NAME OF APPLICANT: __Menona D. Landrum__   AGE: __59__

ADDRESS: __5804 N.E. 90th Ave., Vancouver, Wa. 98662__

History of injury or disease for which the application is filed (Attach health care professional's diagnosis and prognosis):

Dx 1) status postop interbody fusion L4L5 for herniated nucleus pulposis;
   2) foot drop, ⓐ

Px: guarded.

Date of treatment: __10-10-87__

Total cost of treatment: __$185.00__

Amount paid from insurance, pension or other sources: __$100.00__
(Attach documentation) __bill and Blue Cross process claim attach__

Amount not covered from other insurance, pension, and so forth: __$85.00__

ATTACH ALL BILLS FOR TREATMENT RELATIVE TO THIS CLAIM. These must be itemized showing the treatment provided ("Balance Forward" bills are unacceptable) and, when applicable, the type of drug prescribed.

I have health care insurance with:

| | | |
|---|---|---|
| | Kaiser Permanente | Group No. _____ |
| xxxx | Blue Cross | Group No. __2028__ |
| | Washington Physicians Service | Group No. _____ |
| | Clark County Physicians Service | Group No. _____ |
| | Portland Metro Health | Group No. _____ |
| | Medicare | Plan A ____ Plan B ____ |
| | Other: __Blue Cross of Or__ | Group No. __47087__ |

(family member under Joe E. Landrum my husband)

_Menona D. Landrum_   __11-16-87__
Signature of Applicant   Date

000015