# EXHIBIT B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA


CLYDE RAY SPENCER,
MATTHEW RAY SPENCER, and
KATHRYN E. TETZ,

        Plaintiffs,

vs.                                              Case No. C11-5425BHS

FORMER DEPUTY PROSECUTING ATTORNEY
FOR CLARK COUNTY JAMES M. PETERS,
DETECTIVE SHARON KRAUSE,
SERGEANT MICHAEL DAVIDSON,
CLARK COUNTY PROSECUTOR'S OFFICE,
CLARK COUNTY SHERIFF'S OFFICE,
THE COUNTY OF CLARK, AND
JOHN DOES ONE THROUGH TEN,

        Defendants.
_____/


Deposition of

ANN LINK, PH.D.

Monday, December 17, 2012

Reported by Karen Cosgrove, CSR No. 12425

---

*[Green overlay text:]* Plaintiff filed motion in limine #13 seeking to bar evidence related to alleged interviews of Kathryn and Matt Spencer on May 9, 1985, dkt. 202 at 15. Consistent with that motion, Plaintiff has not highlighted testimony from Dr. Link regarding her knowledge of James Peters, James Rulli, or anything else related to the alleged May 9 interviews. Plaintiff reserves the right to supplement his highlighting depending on the Court's rulings on motions in limine.

*[Handwritten:]* Response: See defendants' response to plaintiff's motion in limine #13

```
 1              TELEPHONIC APPEARANCES
 2
 3   FOR PLAINTIFFS:
 4       KATHLEEN T. ZELLNER & ASSOCIATES
 5       KATHLEEN T. ZELLNER, ATTORNEY AT LAW
 6       1901 Butterfield Road, Suite 650
 7       Downers Grove, Illinois 60515
 8       (630) 955-1212 kathleen.zellner@gmail.com
 9
10
11   FOR DEFENDANT MICHAEL DAVIDSON:
12       FREIMUND, JACKSON, TARDIF & BENEDICT GARRATT
13       JEFFREY A.O. FREIMUND, ATTORNEY AT LAW
14       711 Capitol Way South, Suite 602
15       Olympia, Washington
16       (360) 534-9960 jeffF@fjtlaw.com
17
18   FOR DEFENDANT SHARON KRAUSE:
19       LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH
20       JOHN E. JUSTICE, ATTORNEY AT LAW
21       P.O. Box 11880
22       Olympia, Washington 98508-1880
23       (360) 754-3480 jjustice@lldkb.com
24       gbogdanovich@lldkb.com
25
```

```
 1              TELEPHONIC APPEARANCES (CONT'D)
 2
 3   FOR DEFENDANT JAMES M. PETERS:
 4        ATTORNEY GENERAL'S OFFICE
 5        TORTS DIVISION
 6        DANIEL J. JUDGE, ATTORNEY AT LAW
 7        P.O. Box 40126
 8        Olympia, Washington 98504-0116
 9        (360) 586-6300 DanielJ@atg.wa.gov
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                          I N D E X
 2
 3                         EXAMINATIONS
 4                                                          Page
 5   Examination by Ms. Zellner                               6
 6   Examination by Mr. Freimund                             42
 7   Examination by Mr. Judge                                76
 8   Examination by Mr. Justice                              78
 9   Further Examination by Ms. Zellner                      83
10   Further Examination by Mr. Freimund                     86
11
12                      PLAINTIFFS' EXHIBITS
13   Exhibit No.        Description                          Page
14       1    Four-page Declaration of Ann Link, Ph.D.        15
15       2    One-page November 30, 2012, letter from         16
              Ann Link, Ph.D.
16
         3    One-page Authorization For Release of           17
17            Information
18       4    Five pages including two-page 12/11/12          19
              email with three-page Declaration of
19            Ann Link, Ph.D.
20       5    Five pages including two-page 12/12/12          23
              "Revised Declaration" email with
21            three-page Declaration of Ann Link, Ph.D.
22       6    Seven-page 12/12/12 "Document" email with       24
              attachments
23
         7    Four-page 12/13/12 "Spencer v. Peters,          32
24            et al." email with attachments
25
```

PLAINTIFFS' EXHIBITS (CONT'D)

| Exhibit No. | Description | Page |
|---|---|---|
| 8 | Four-page Clark County Sheriff's Office, Washington, Utility Report Bates-stamped Spencer-00501 through Spencer-00501 | 32 |
| 9 | Four-page Clark County Sheriff's Office, Washington, Utility Report Bates-stamped Spencer-00461 through Spencer-00465 | 36 |
| 10 | Two-page Clark County Sheriff's Office, Washington, Utility Report Bates-stamped Spencer-00607 through Spencer-00608 | 39 |
| 11 | Two-page Clark County Sheriff's Office, Washington, Utility Report Bates-stamped Spencer-001982 through Spencer-001986 | 40 |
| 12 | Six pages including one-page May 23, 1985, "Sentencing," page 46, Bates-stamped Spencer-01094; one-page starting "The therapist," page 47, Bates-stamped Spencer-01095; two-page starting "Mr. Rulli," page 53 through 54, Bates-stamped Spencer-01101 through Spencer-01102; two-page "Washington State Child Abuse Reporting Laws" | 40 |

```
 1          BE IT REMEMBERED that on December 17, 2012,
 2   commencing at the hour of 9:09 a.m. at the offices of
 3   Golden State Reporting & Video, 3800 Watt Avenue,
 4   Suite 201, Sacramento, California, before me,
 5   Karen Cosgrove, a Certified Shorthand Reporter, empowered
 6   to administer oaths and affirmations pursuant to
 7   Section 2093(b) of the Code of Civil Procedure,
 8   personally appeared
 9                    ANN LINK, PH.D.,
10   a witness herein, having been duly sworn, was examined
11   and testified as follows:
12          MS. ZELLNER:  Let the record reflect this is
13   the deposition of Dr. Ann Link taken pursuant to subpoena
14   and set for today's date.
15                       EXAMINATION
16   BY MS. ZELLNER:
17       Q   Dr. Link, could you state your full name and
18   spell your last name.
19       A   Yes.  My name is Ann Louise Link spelled
20   L-i-n-k.
21       Q   Where is your professional office located?
22       A   5801 North Avenue, Carmichael, California
23   95608.
24       Q   And what is your current profession?
25       A   Psychologist.
```

```
 1      Q   Are you licensed in any state as a
 2  psychologist?
 3      A   I'm licensed in the state of California as a
 4  psychologist.
 5      Q   And how long have you been licensed in
 6  California?
 7      A   Since 1988.
 8      Q   Could you describe your highest level of
 9  education.
10      A   I graduated from the Professional School of
11  Psychology out of San Francisco, California in 1985.
12      Q   And what degrees do you hold?
13      A   I have a Bachelor's of Science in nursing from
14  the University of Oregon, '67; Master of Arts in
15  counseling, University of San Francisco, '79; and the
16  Ph.D. from the Professional School of Psychology in
17  '85.
18      Q   Could you tell me your job description in 1984.
19      A   In 1984 I was working as a psychology intern
20  and I was also working as a marriage, family, and child
21  counselor at another clinic.
22      Q   Were you -- when you were working as a
23  psychology intern, were you being supervised in your
24  work?
25      A   Yes.
```

1   Q   And who were you working for?
2   A   Dr. John Prinzing.
3   Q   And could you spell his last name, please.
4   A   P-r-i-n-z-i-n-g.
5   Q   And was Dr. Prinzing acting as your supervisor
6   in 1984?
7   A   Yes, he was.
8   Q   And in 1984 were you working on any degree at
9   that point?
10  A   Yes, I was.
11  Q   And what degree were you working on in 1984?
12  A   Ph.D. in psychology.
13  Q   In 1984 what was your custom and practice about
14  preserving or keeping patient records?
15  A   It was not our policy to keep records beyond
16  seven years after a person turned 18.
17  Q   Where was your office located in 1984?
18  A   I don't have the exact office address.  It was
19  Alhambra Psychotherapy Center on Alhambra in Sacramento,
20  California.
21  Q   Have you searched your records for any records
22  of Kathryn Spencer?
23  A   I have.
24  Q   And have you been able to locate any records of
25  Kathryn Spencer?

```
 1      A    No, I have not.
 2      Q    Do you believe that those records have been
 3  destroyed pursuant to your recordkeeping policy?
 4      A    Yes, I do.
 5      Q    Do you have an independent recollection of
 6  treating Kathryn Spencer?
 7      A    I do.
 8      Q    Do you know the approximate time period when
 9  you were treating Kathryn Spencer?
10      A    Approximately '84, '85.
11      Q    And were you treating her at the offices that
12  you've described for us in Sacramento?
13      A    Yes.  On Alhambra Boulevard.
14      Q    And pursuant to your treatment of
15  Kathryn Spencer, did you meet with Kathryn Spencer's
16  mother?
17      A    I did.
18      Q    Did -- what was your purpose in meeting with
19  Kathryn Spencer's mother?  Do you remember her name?
20      A    Deanne Spencer.
21      Q    And what was your purpose in meeting with
22  Deanne Spencer?
23      A    To get background information on Kathryn.
24      Q    And do you remember any information that
25  Deanne Spencer conveyed to you?
```

1    A    She told me that there was alleged sexual abuse
2  by Kathryn's father up in Washington.
3    Q    Did Deanne Spencer participate or sit in on the
4  therapy sessions that you had with Kathryn?
5    A    No.
6    Q    Why is that?
7    A    Because it was important for the child to feel
8  relaxed and comfortable working out her problems in play
9  therapy on her own.
10   Q    Tell me, about how old was Kathryn Spencer when
11 you first began treating her?
12   A    She was around 5 years old.
13   Q    And what do you remember about
14 Kathryn Spencer's condition when you first began treating
15 her?
16   A    She was very anxious and withdrawn.  She laid
17 down on the floor in the fetal position with a blanket
18 over her and didn't speak at all the first session or
19 two.
20   Q    Did you -- in that first session or two, what
21 observations did you make about her psychological
22 condition?
23   A    Well, she appeared to be highly anxious.
24   Q    And you said that -- tell me about the therapy
25 that you used in your treatment of Kathryn Spencer.

```
 1      A    I used play therapy and I used --
 2      Q    Yeah.  What does play therapy involve?
 3      A    Play therapy involves creating a safe
 4  environment for a child to hopefully express their
 5  feelings and work through their issues with the use of
 6  toys and art supplies and dollhouse dolls.  Things like
 7  that.
 8      Q    And do you remember the approximate time in
 9  1984 when you began your treatment?  Was it at the
10  beginning, middle, or end of 1984?
11      A    I don't recall.
12      Q    Do you remember how many sessions that you had
13  with Kathryn Spencer?
14      A    I don't remember the exact number, but it was
15  quite a few.
16      Q    Was it more than six?
17      A    Yes.
18      Q    Do you think it was more than twelve or --
19      A    Yes.
20      Q    Now, you said that you used play therapy.
21           Was the purpose of that or part of the purpose
22  to encourage Kathryn to communicate with you?
23      A    Yes.
24      Q    And what did you observe over the multiple
25  sessions with Kathryn about her communication with you?
```

```
 1      A    That she had come in for alleged sexual abuse
 2  but she did not talk about the abuse.
 3      Q    Did she talk to you about other things?
 4      A    She wasn't highly verbal, but over the course
 5  of therapy, she did talk about some other things.  I'm
 6  not sure of the exact details.
 7      Q    Over the course of the therapy, did you notice
 8  any reduction in her anxiety?
 9      A    I did.
10      Q    Now, during your sessions with Kathryn Spencer,
11  did she ever describe being sexually molested by
12  anyone?
13      A    She did not.
14      Q    What type of play supplies did you use in your
15  therapy with Kathryn Spencer?
16      A    Toys.  Dolls.  Like dollhouse dolls and art
17  supplies.
18      Q    When you say dolls, what type of dolls are you
19  referring to?
20      A    Regular children's dolls.
21      Q    Did you ever -- are you familiar with
22  anatomical dolls?
23      A    I am.
24      Q    And what are anatomical dolls used for?
25      A    Anatomical dolls are used to clarify or help
```