1   Q   Okay. And do you recall the specifics of any
2   communication with Sharon Krause?
3   A   Possibly that she had gotten Katie to reveal
4   details about the sexual abuse; that she had spent some
5   hours with her.
6   Q   Okay. And then were you yourself able to get
7   Kathryn to relate incidents of sexual abuse after you'd
8   talked to Sharon Krause?
9   A   No. I don't have any recollection that she
10  did.
11      MS. ZELLNER: All right. Now, if we skip -- we
12  can skip Plaintiffs' Exhibit 11.
13      Let's go to Plaintiffs' Exhibit 12. It's
14  labeled "Sentencing," and there are -- the Bates stamp at
15  the bottom of the first page is Spencer-01095.
16      (Plaintiffs' Exhibits 11 and 12 were perviously
17  marked for identification and are attached hereto.)
18  BY MS. ZELLNER:
19      Q   Do you see that?
20      A   Yes.
21      Q   Okay. And this paragraph states, "The
22  therapist in the reports and the mother's report that the
23  therapists are saying that it's going to be a long-term
24  process of therapy for these children before they're
25  healthy and the reason for that is the ongoing sexual

1  abuse.  Mr. Rulli and I, when we were in Sacramento,
2  talked to the therapist of Matthew Spencer and
3  Kathryn Spencer, and they indicated that the children
4  were experiencing substantial psychological and
5  behavioral problems of the type typically seen in victims
6  of sexual abuse."
7          Stopping there, do you recall talking to
8  Mr. Peters or Mr. Rulli in Sacramento and telling them
9  that the children were experiencing substantial
10 psychological and behavioral problems of the type
11 typically seen in sexual abuse?
12     A    I don't have any recollection of that
13 conversation.
14     Q    Okay.  And then if we go to -- on page -- it's
15 Bates-stamped 01101.  It's the last two pages of the
16 exhibit.  Page 53.  At the bottom it says, "Mr. Rulli."
17     A    Is that 01102?
18     Q    It's 01101.
19     A    Yes.
20     Q    Okay.  It starts, "Mr. Rulli: Your Honor, in
21 response to Mr. Peters' comments when I interviewed" --
22 dash, dash -- "sat in on the interview with the children
23 in the therapist's office, I got the impression from the
24 therapist that the children were coming along."
25          Do you recall ever sitting in your office with

*Margin note (left):* See A's response to TT's MIL #13

*Margin note (right, in green):* Objection to lines 7-8 based on dkt. 202 at 15, seeking to bar testimony related to alleged interviews of Matt and Katie on May 9th, 1985 in Sacramento.  If denied, Plaintiff reserves right to supplement

```
 1  Mr. Peters and Mr. Rulli with the children in your office
 2  having any discussion with them?
 3       A   No.  I don't --
 4           MR. FREIMUND:  Object to the form.  That would
 5  be child, not children.
 6           But ahead and answer.
 7           THE COURT REPORTER:  I'm sorry.  Who was that?
 8           MR. FREIMUND:  Jeff Freimund.  I'm sorry.
 9  BY MS. ZELLNER:
10       Q   Do you recall the children, Matt and
11  Katie Spencer, ever being in your office together?
12       A   No.  I don't recall that.
13           MS. ZELLNER:  I don't have any further
14  questions.
15                        EXAMINATION
16  BY MR. FREIMUND:
17       Q   This is Jeff Freimund.  Good morning, Ms. Link.
18       A   Good morning.
19       Q   I represent one of the defendants in this
20  lawsuit, retired Sergeant Michael Davidson, for the
21  Clark County Sheriff's Office.
22           What I'd like to start out by asking you is
23  that you indicated when you first met with
24  Kathryn Spencer she was displaying anxious and withdrawn
25  behaviors, including curling up in a fetal position.
```

1  Would you regard that as normal behaviors for a
2  five-year-old girl?
3      A   No.
4      Q   Would you regard that as indicative behaviors
5  of the possibility that she may have been a victim of
6  sexual abuse?
7      A   Possibility but it could also have been due to
8  other things.
9      Q   Okay. Did you observe other behaviors of
10 Kathryn Spencer back when you were interacting with her
11 in early 1984 that you would regard as sexualized
12 behaviors?
13     A   No. I don't recall that.
14     Q   When you say -- you say you don't recall quite
15 often, and that's perfectly understandable. It's been
16 over 25 years.
17         But when you say you don't recall something,
18 does that mean it did not happen or you just don't have a
19 memory of it?
20     A   It means I don't have a memory of it
21 happening.
22     Q   Do you recall being made aware from
23 Kathryn Spencer's mother that she believed Kathryn was
24 engaging in excessive masturbation?
25     A   I don't recall that.

*Handwritten margin note:* Goes to weight of testimony - see 9th Cir. model Instr. 1.11

*Handwritten right margin:* Objection - irrelevant; answer was clear and unambiguous

*[Handwritten margin note: Goes to weight of testimony & memory see 9th Cir Model Instr. 1.11]*

*[Handwritten margin note, top right: Objection - Asked and answered]*

1   Q   Okay.  Again, when you say you don't recall
2   that, it doesn't mean it didn't happen.  It just means
3   you don't remember it.  Right?
4   A   Right.
5   Q   Okay.  When you use the word that you believed
6   Kathryn Spencer was anxious and withdrawn, what were some
7   of the symptoms of what you regarded as anxious
8   behaviors?  Can you describe something more than just
9   that conclusion?
10  A   She curled up on the floor underneath a blanket
11  and didn't talk for the first several sessions.
12  Q   Anything else that you remember that you would
13  regard as symptomatic of anxious behavior?
14  A   I don't remember other behaviors.
15  Q   Okay.  You stated that you didn't remember
16  Deanne Spencer, Kathryn Spencer's mother, participating
17  in therapy sessions.
18      Is that something that you just don't recall or
19  are you saying that never happened?
20  A   I'm saying I don't recall that.
21  Q   So it could have happened and you just don't
22  remember; is that right?
23  A   I don't recall that.
24  Q   I understand you don't recall that.  My
25  question is though, even though you don't recall it, it

*[Handwritten margin note, right: Objection - Asked and answered; cumulative; argumentative]*

1  still might have happened.  You just don't have a memory
2  of it 25 years later.  Right?
3       A   I don't recall it.
4       Q   All right.  Would it be your normal practice
5  when providing therapy to children of approximately five
6  years of age to speak with their parents after -- before
7  or after therapy sessions?
8       A   Yes.
9       Q   Do you believe that you probably complied with
10 that standard practice with this particular child?  I.e.,
11 you spoke with her mother on occasion before or after
12 therapy sessions.
13      A   Yes.  That's very likely.
14      Q   Okay.  Do you have any recollection of how
15 frequently that would occur?  Would it be after every
16 therapy session or how would that typically occur?
17      A   I don't have a memory of how often that would
18 occur in that specific case.
19      Q   I'm just asking -- I understand you may not
20 have a specific memory, but would it typically be your
21 practice when providing therapy to children of
22 approximately five years of age that you would speak with
23 their parent or parents after every session?
24      A   After many sessions.
25      Q   Okay.  Would it be your belief that more than

*Margin note (left): Corroborates Krause's report of the same; "Likely" is not Speculative*

1  likely that occurred in this case? That after many or if
2  not most of the sessions you had with Kathryn you would
3  speak to her mother?

*Margin note (right): Objection to carry over question and answer — Speculative*

4     A   Likely.
5     Q   Okay. Now, you indicated -- well, before I
6  proceed from there, I know this is a long shot but I'm
7  going to ask it anyway.
8         Do you have any recollection whatsoever of what
9  you did speak to Deanne Spencer about after any of the
10  therapy sessions you had with Kathryn Spencer?
11     A   I don't have any specific memories. No.
12     Q   Do you have any vague memories?
13     A   No.

*Margin note (right): Objection to lines 12-13 - calls for speculation*

14     Q   You were asked how many sessions you had with
15  Kathryn Spencer, and you've acknowledged it was more than
16  twelve.
17         Can you be a little bit more precise as to what
18  your best estimate is of how many sessions you had with
19  Kathryn Spencer over time?
20     A   Could have been 25 plus. I'm not sure.
21     Q   Do you recall whether your sessions were on a
22  weekly basis or a different interval of time?
23     A   I don't recall.
24     Q   Do you recall whether your sessions continued
25  for more than a year in time or less than a year in

1  time?
2       A    I don't recall.
3       Q    I'd like to direct your attention, if I may
4  please, to Plaintiffs' Group Exhibit 6 that you were
5  asked some questions about and particularly direct your
6  attention to the handwritten notes of some unidentified
7  person that starts with "Ann" at the top and they're
8  under the plaintiffs' lawyer's numbering system,
9  Spencer-00809.
10           Do you see those?
11      A    Spencer-00809?  Yes.
12      Q    Correct.
13      A    I see that.
14      Q    At the top of that page there, under your first
15 name "Ann," it says, "Began seeing Katie September 12th."
16      A    Yes.  I see that.
17      Q    Does that coincide with your recollection that
18 it was approximately the middle of September of 1984 that
19 you began seeing Kathryn Spencer?
20      A    I don't remember the month I started seeing
21 her.
22      Q    Do you remember it being in the summertime or
23 early fall?
24      A    No.
25      Q    Okay.  So you can't say one way or the other

1  whether that date of September 14th being the first visit
2  is accurate.
3          Is that the case?
4      A  That's the case.
5      Q  Okay.  Now, you mentioned that you didn't
6  recall Kathryn Spencer talking about sexual abuse with
7  you but you did say she talked about other things with
8  you.
9          What was it she talked about with you during
10 these approximately 25 therapy sessions that you had with
11 her?
12     A  I don't recall details of what she talked
13 about.
14     Q  Do you recall anything that she talked about?
15     A  Not specifically.  I don't recall anything she
16 talked about.
17     Q  But even though you don't recall anything she
18 did talk about, you -- it's your belief she did not talk
19 to you about sexual abuse or being a victim of sexual
20 abuse.
21     A  Yes.
22     Q  Is that your testimony?
23     A  Yes.
24     Q  And you were aware -- were you not? -- That the
25 whole reason why this girl was brought to you for therapy

1   was because there were concerns she might have been a
2   victim of sexual abuse. Right?
3       A   Yes.
4       Q   Given that awareness, did you direct any of
5   your therapeutic efforts to addressing that concern that
6   she -- this five-year-old girl -- might be a victim of
7   sexual abuse?
8       A   Well, my method of therapy with her was
9   nondirective play therapy.
10      Q   Okay. Did you make any therapeutic efforts to
11  address the concerns that this five-year-old girl might
12  be the victim of sexual abuse?
13      A   I used therapeutic play therapy to encourage --
14  to reduce anxiety and encourage communication and promote
15  positive coping.
16      Q   Okay. And do you have any memory at all of
17  whether those therapeutic efforts seemed to have any
18  beneficial effect on Kathryn Spencer?
19      A   Yes. She did get less anxious and more
20  communicative.
21      Q   But you don't recall what it was that she
22  communicated to you as she improved her communication
23  skills with you; is that accurate?
24      A   No. That's accurate.
25      Q   Now, you said earlier you don't recall using

```
 1   anatomic dolls with Kathryn Spencer.
 2               Are you testifying that you did not in fact use
 3   anatomic dolls with Kathryn Spencer or you just don't
 4   have a clear memory of that 25 years later?
 5        A    I don't recall using anatomical dolls with
 6   her.
 7        Q    So you may have and you just don't remember; is
 8   that accurate?
 9        A    It's possible but not likely.
10        Q    Okay.  Now, you said that you don't recall that
11   you contacted California law enforcement authorities or
12   CPS to report sexual abuse disclosures by Kathryn Spencer
13   made to you.
14               Is it correct that you just don't have a memory
15   of that but you are not testifying that in fact you never
16   made such a call?
17        A    I don't have any memory of making such a
18   call.
19        Q    So you might have and you just don't remember
20   it; is that accurate?
21        A    I don't remember it.
22        Q    I understand you don't remember it, but my
23   question is a little more nuanced than that.
24               Is it true that you might have made such a call
25   and you just do not currently remember doing so?
```

Handwritten margin note (left): "Goes to weight see 9th Cir. model Instr. 1.11"

Handwritten margin note (right): "Objection -Line of questioning from line 7 to page 51, line 1 has been asked and answered -Also cumulative and argumentative"

1   A   I have no recollection of making such a call.
2   Q   Is it your understanding if as in this case
3   where you'd been told as a therapist that this child that
4   you are providing therapy to has already disclosed that
5   she was a victim of sexual abuse by her father that if in
6   therapy that child confirmed that to you, you would have
7   an independent obligation to once again disclose that
8   previously disclosed report of abuse?  Is that your
9   understanding of your requirements?
10  A   Yes.
11  Q   So every time a child discusses a sexual abuse
12  incident with you in therapy, each time you have to call
13  CPS.
14      Is that your understanding?
15  A   I'm not sure I understand the question.
16  Q   I'm just asking for your understanding, ma'am.
17      Is it your understanding that while in the
18  course of therapy of any child, every time that child
19  discloses sexual abuse, even if it's been previously
20  reported, you have to nonetheless report it again?  Is
21  that your understanding?
22  A   No.  That's not my understanding.  If I had --
23  Q   Is it your understanding that once sexual abuse
24  involving a particular child and a particular perpetrator
25  has been disclosed and reported, your obligation to