1  abuse victims?

2      A   No.  I think that's about -- those are most of
3  the points, I believe.

4      Q   Did you receive training on note-taking or
5  videotaping or audiotaping those therapy sessions?

6      A   Well, we -- note-taking but not video or
7  audio.

8      Q   Okay.  All right.  What was the training you
9  received in regard to taking notes of your therapy
10 sessions involving child sexual abuse victims?

11     A   That you should use just the words that the
12 child uses.  Don't use advanced terminology that the
13 child has not used.  To have them, you know, describe
14 what's happened to them only in their own words.

15     Q   Have you ever seen the report written by
16 Shirley Spencer that documents what Kathryn Spencer told
17 Shirley Spencer that started this whole case?

18     A   Have I seen -- did you say have I seen the
19 document?

20     Q   Yeah.  A handwritten report written by
21 Shirley Spencer documenting Kathryn Spencer's initial
22 disclosure of sexual abuse by her father.

23     A   No.

24     Q   Have you ever seen that?

25     A   No.

*Margin annotations:*
- Left: "Same response as p. 87"
- Left: "goes to weight, & accurately states evidence"
- Right: "same objections as p. 87"
- Right: "Objection -Irrelevant -Question misstates evidence"

Deposition of Ann Link, Ph.D.                    SPENCER VS. PETERS

```
 1              MS. ZELLNER:  I would object.  It allegedly
 2   documents the disclosure.
 3   BY MR. FREIMUND:
 4        Q    You've never seen that, ma'am?
 5        A    No.
 6        Q    Did you ever ask to see that?
 7        A    No.
 8        Q    All right.  I don't have anything more for you.
 9              MS. ZELLNER:  Dr. Link, would you like to
10   reserve signature so you can read the deposition before
11   signing it?
12              THE WITNESS:  Yes.
13              MS. ZELLNER:  Okay.  So we'll get that to you.
14              I'd like to go ahead and order the deposition.
15              THE COURT REPORTER:  Very good.  Did you want
16   the exhibits attached?
17              MS. ZELLNER:  Please.
18              MR. FREIMUND:  This is Jeff Freimund.  I would
19   like an E-Tran, please.
20              And can I give you my email address?
21              THE COURT REPORTER:  Please do.
22              MR. FREIMUND:  It's JeffF -- that's three F's.
23   I recommend capitalizing the third one.
24   JeffF@Fjtlaw.com.
25              THE COURT REPORTER:  Thank you, sir.
```

```
 1              Anybody else?
 2              MR. JUDGE:  This is Dan Judge, and I would like
 3   an E-Tran as well, and here is my email address:
 4   DanielJ@atg.wa.gov.
 5              THE COURT REPORTER:  Thank you, sir.
 6              Last but not least.
 7              MR. JUSTICE:  Yeah.  John Justice here.  I'd
 8   like an E-Tran only as well.
 9              Ready for my email address?
10              THE COURT REPORTER:  Yes, sir.
11              MR. JUSTICE:  It's G -- this is not me.  This
12   is my partner.  Gbogdanovich -- b-o-g-d-a-n-o-v-i-c-h --
13   @lldkb.com.
14              THE COURT REPORTER:  And, gentlemen, would you
15   like the scanned exhibits included with your E-Tran?
16              MR. Freimund:  No, thank you, for
17   Jeff Freimund.
18              MR. JUDGE:  No, thank you.  Dan Judge.
19              MR. JUSTICE:  No.  John Justice.  No.
20              MS. ZELLNER:  Thank you.
21              (Deposition concluded at 11:12 a.m.)
22                         * * *
23
24
25
```

```
 1                DEPONENT'S SIGNATURE
 2       Please be advised I have read the foregoing
 3   deposition, pages 1 through 91, inclusive.
 4       I hereby state there are:
 5
 6       (check one)     _____ no corrections
 7                       _____ corrections per attached
 8
 9   _____      _____
10   Date              ANN LINK, PH.D.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   STATE OF CALIFORNIA
 2
 3
 4        I, Karen Cosgrove, CSR 12425, a Certified
 5   Shorthand Reporter in and for the State of California, do
 6   hereby certify that, prior to being examined, the witness
 7   named in the foregoing deposition was by me duly sworn to
 8   testify the truth, the whole truth, and nothing but the
 9   truth; that said deposition was taken down by me in
10   shorthand at the time and place named therein and was
11   thereafter transcribed under my supervision; that this
12   transcript contains a full, true and correct record of
13   the proceedings which took place at the time and place
14   set forth in the caption hereto; that this transcript was
15   prepared in accordance with the minimum transcript format
16   standards as set forth by the California Certified
17   Shorthand Reporters Board.
18        I further certify that I have no interest in
19   the event of this action.
20
21   EXECUTED this 31st day of December, 2012.
22
23
24                              _____
25                                     Karen Cosgrove
```

GOLDEN STATE REPORTING & VIDEO
3800 Watt Avenue, Suite 201
Sacramento, California 95821
(916) 489-5900

January 2, 2013

Ann Link, Ph.D.
5801 North Avenue
Carmichael, California 95608

Re:  Clyde Ray Spencer, et al., vs. Former Deputy
Prosecuting Attorney for Clark County James M. Peters,
et al.
Date of Deposition:  December 17, 2012

The transcript of your deposition taken in the above-entitled matter has now been completed. The original transcript will be held in this office for 35 days from the date of this letter before it is sealed and forwarded to the deposing attorney. You have the right to review, sign, and make corrections to your transcript within the 35-day period by coming to our office. Please call the above number to make an appointment for your review. It is standard policy not to release the original transcript, and complimentary copies are not provided.

If you are represented by an attorney, I advise that you contact your attorney to discuss the matter. You may read your attorney's copy of the transcript and forward any changes to our office by letter or by filling out the correction page included in the transcript. If you are an independent witness and have any questions, please contact the attorney who requested you to testify or this office for further instructions.

There is no need to contact this office if you do not wish to read your transcript.


Very truly yours,


GOLDEN STATE REPORTING & VIDEO

cc:  All Counsel

*[Handwritten margin note: Defendants object to Ex. 1 to Ms. Link's deposition as hearsay and cumulative to her deposition testimony. Plaintiff has stated he does not intend to offer the exhibit to Ms. Link's deposition and defendants, and either offering it will not them]*

Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY
SPENCER, and KATHRYN E. TETZ,

    Plaintiffs,

v.

FORMER DEPUTY PROSECUTING
ATTORNEY FOR CLARK COUNTY JAMES
M. PETERS, DETECTIVE SHARON KRAUSE,
SERGEANT MICHAEL DAVIDSON, CLARK
COUNTY PROSECUTOR'S OFFICE, CLARK
COUNTY SHERIFF'S OFFICE, THE COUNTY
OF CLARK and JOHN DOES ONE THROUGH
TEN,

    Defendants.

No. C11-5424BHS

DECLARATION OF ANN LINK,
Ph.D.

Pursuant to 28 U.S.C. § 1746, Ann Link, Ph.D., declares under penalty of perjury under the laws of the State of California and the United States of America that the following is true and accurate:

1. My name is Ann Link, Ph.D. I am a licensed clinical psychologist practicing in the state of California. My business address is 5801 North Avenue, Carmichael, California.

2. I have personal and direct knowledge of the facts set forth in this declaration, and I will testify to them if called upon to do so.

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 1

3. In 1984 and 1985, I was a psychology intern and Ph.D. candidate. Starting in approximately September of 1984, I began treating Kathryn Spencer.

4. My custom and practice is to keep patient records until 7 years after a patient reaches 18 years of age. As a result, I no longer have any records regarding my care and treatment of Kathryn Spencer. I do, however, have an independent recollection of my sessions with Kathryn as described in this declaration.

5. Prior to my first session with Kathryn I met with Kathryn's mother to obtain background information regarding Kathryn.

6. After meeting with Kathryn's mother I met privately with Kathryn on multiple occasions. During my sessions with Kathryn she manifested a high level of anxiety. For example, I recall Kathryn balled up on the floor. I utilized play therapy, a form of psychotherapy, to reduce anxiety, encourage communication and promote healthy coping.

7. I specifically recall that at no point during my sessions with Kathryn did she describe being molested by anyone.

8. During play therapy sessions with Kathryn, I used play therapy supplies including toys, doll house dolls and art materials. Kathryn did not demonstrate any abuse to me using play therapy supplies.

9. I have a vague recollection of being contacted by a member of law enforcement from Washington, either a police officer or prosecutor, to discuss my treatment of Kathryn. At that time I told whoever I spoke with that Kathryn had not described any of the alleged abuse to me.

10. I never would have told any person, including law enforcement, that Kathryn had described any abuse to me because she had not done so.

11. I never had any further contact with law enforcement about being a witness to any alleged abuse.

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
Law Offices
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515

12. I have had the opportunity to review and make changes to this affidavit, and it is accurate to the best of my memory and recollection.

SIGNED this 13 day of December, 2012 in Carmichael, California.

Respectfully submitted,

*Ann Link, Ph.D.*

Ann Link, Ph.D.

Subscribed and Sworn to Before me
this ___ day of December, 2012

_____
Notary Public

SEE ATTACHED FOR REQUIRED CALIFORNIA WORDING

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois

12/13/2012  10:13   9164895624         C.C. COUNSELING              PAGE  04

# CALIFORNIA JURAT WITH AFFIANT STATEMENT
GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☒ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. Ann Link
2. ___
3. ___
4. ___
5. ___

*Signature:* Ann Link
Signature of Document Signer No. 1

N/A
Signature of Document Signer No. 2 (if any)

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this 13 day of Dec, 2012, by
(1) Ann Link
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (x)

(and

(2) _____
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature: [signature]
Signature of Notary Public

[Notary Seal:]
CANDACE C. CHILDS
Commission # 1927490
Notary Public - California
Sacramento County
My Comm. Expires Mar 31, 2015

Place Notary Seal Above

—— OPTIONAL ——

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Further Description of Any Attached Document
Title or Type of Document: Declaration
Document Date: Dec 13 2012   Number of Pages: 5
Signer(s) Other Than Named Above: N/A

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

12/05/2012 08:29 9154095624 C.O. COUNSELING PAGE 01

**ANN LINK PH.D**
5801 NORTH AVE
CARMICHAEL, CA. 95608
916-489-6082

November 30, 2012

Kathleen Zellner
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Fax: 206-757-7700

Dear Ms. Zellner:

I am not allowed and cannot disclose whether or not Kathryn Spencer noted in the subpoena served to me November 29, 2012 is known to me or has been under my care. If the person has been my client, I could not provide any information without a signed release or a valid court order.

Sincerely,

*Ann L. Link*

Ann L. Link, Ph.D.

PLAINTIFF'S EXHIBIT 2

Spencer005950

## Authorization For Release of Information

Patient Name: Kathryn Spencer (married name Kathryn Tatz)
SS Number: 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
Date of Birth: 1/13/79
Address: 881 O Street, Lincoln, CA 95648

By signing this authorization form I authorize Ann Link, Ph.D., to disclose my health information, including any and all mental health information as described below, to Kathleen T. Zellner, 1901 Butterfield Road, Suite 650, Downers Grove, Illinois.

By signing this authorization form I authorize Ann Link, Ph.D., to discuss over the telephone my health information, including any and all mental health information as described below, with Kathleen T. Zellner, at (630) 955-1212.

I have signed this form voluntarily in order to document my wishes regarding the use and/or disclosure of the health information described below.

**Description of Health Information I Authorize to be Used or Disclosed:**
The following is a specific description of the health information I authorize to be disclosed: my entire chart, including but not limited to patient treatment, history, any and all psychiatric records, psychological records, diagnoses, notes, therapy notes, counseling notes, medication records, dates of treatment, and the like.

**Description of Purpose for the Requested Use and/or Disclosure:**
I authorize health information to be disclosed for the purpose of its utilization in the pending lawsuit of Spencer v. Peters et al., Case No. C11-5424BHS, pending in the U.S. District Court for the Western District of Washington at Tacoma.

**Rights with Respect to This Authorization:**

**Right to Revoke:** I understand I have the right to revoke this authorization at any time. I also understand that any revocation of this authorization must be in writing. To obtain a copy of an authorization revocation form I may contact Kathleen T. Zellner & Associates. I am aware that my revocation will not be effective as to disclosures of my health information that the disclosing party and the receiving party have already made upon reliance of this authorization.

**Right to Receive Copy of this Authorization:** I understand that if I agree to sign this authorization, which I am not required to do, I must be provided with a signed copy of it.

**Expiration:** This authorization will expire 90 days after signing below unless revoked prior to the expiration date.

I, Kathryn Spencer (married name Kathryn Tatz), have had the opportunity to review and understand the contents of this form. By signing this form, I am confirming that it accurately reflects my wishes.

Kathryn Spencer Tatz      12-10-2012
                          Date

State of California  County of Placer
Subscribed and Sworn to Before Me
this 10 day of December, 2012

Harshila R. Patel
Notary Public


PLAINTIFF'S EXHIBIT

Spencer006060

Gmail - Attn: Dr. Link (Declaration regarding Kathryn Spencer)  https://mail.google.com/mail/u/0/?ui=2&ik=a0c2ea25a2&view=pt&q=...



Kathleen Zellner <ktzemployees@gmail.com>

**Attn: Dr. Link (Declaration regarding Kathryn Spencer)**
1 message

Kathleen Zellner <ktzemployees@gmail.com>                                Tue, Dec 11, 2012 at 3:28 PM
To: capcitycounseling@gmail.com

Dr. Link,

I have attached a declaration based on the information you provided today to Mrs. Zellner. The draft is being sent in Word format, so that you can make any alterations or deletions as necessary.

Please make any changes you deem appropriate and sign the declaration before a notary. If you would be so kind, please fax a copy of the declaration to us at 630-955-1111, and mail the original to us at:

    Kathleen T. Zellner & Associates, P.C.

    1901 Butterfield Road, Suite 650

    Downers Grove, Illinois 60515

Due to court deadlines time is of the essence, so we would ask that you send the signed declaration back to us as soon as possible. We would sincerely appreciate it if you could send it back to us if at all possible by tomorrow.

Sincerely,

Nicholas Curran

--
Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Office: (630) 955-1212
Fax:    (630) 955-1111

website: kathleenzellner.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply email and immediately delete it and any attachments.

PLAINTIFF'S EXHIBIT 4

Gmail - Attn: Dr. Link (Declaration regarding Kathryn Spencer)    https://mail.google.com/mail/u/0/?ui=2&ik=a0c2ea25c2&view=pt&q=...

without copying or further transmitting the same.

---

📎 Declaration of Ann Link (draft).docx
39K