Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,

Plaintiffs,

v.

FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,

Defendants.

No. C11-5424BHS

DECLARATION OF ANN LINK, Ph.D.

Pursuant to 28 U.S.C. § 1746, Ann Link, Ph.D., declares under penalty of perjury under the laws of the State of California and the United States of America that the following is true and accurate:

1. My name is Ann Link, Ph.D. I am a licensed clinical psychologist practicing in the state of California. My business address is 5801 North Avenue, Carmichael, California.

2. I have personal and direct knowledge of the facts set forth in this declaration, and I will testify to them if called upon to do so.

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

3. In 1984 and 1985, I was a psychology intern and Ph.D. candidate. Starting in approximately September of 1984, I began treating Kathryn Spencer.

4. My custom and practice is to keep patient records until 7 years after a patient reaches 18 years of age. As a result, I no longer have any records regarding my care and treatment of Kathryn Spencer. I do, however, have an independent recollection of my sessions with Kathryn as described in this declaration.

5. Prior to my first session with Kathryn I met with Kathryn's mother to obtain background information regarding Kathryn.

6. After meeting with Kathryn's mother I met privately with Kathryn on multiple occasions. During my sessions with Kathryn she manifested a high level of anxiety. For example, I recall Kathryn balled up on the floor. I utilized play therapy, a form of psychotherapy, in an attempt to communicate with Kathryn and assess her underlying psychological state.

7. I specifically recall that at no point during my sessions with Kathryn did she describe being molested by anyone.

8. During that time period I never used dolls to elicit information from a child regarding possible abuse, because in my view such dolls are suggestive. I did not use any dolls during my sessions with Kathryn, and Kathryn never demonstrated any abuse to me using dolls.

9. I have a vague recollection of being contacted by a member of law enforcement from Washington, either a police officer or prosecutor, to discuss my treatment of Kathryn. At that time I told whoever I spoke with that Kathryn had not described any of the alleged abuse to me.

10. I never would have told any person, including law enforcement, that Kathryn had described any abuse to me because she had not done so.

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main • 630.955.1111 fax

11. I never had any further contact with law enforcement about being a witness to any alleged abuse. At the time I assumed I was not contacted because Kathryn had not related to me that she had been sexually abused.

12. I have had the opportunity to review and make changes to this affidavit, and it is accurate to the best of my memory and recollection.

SIGNED this __ day of December, 2012 in Carmichael, California.

Respectfully submitted,

______________________________

Ann Link, Ph.D.

Subscribed and Sworn to Before me this __ day of December, 2012

______________________________

Notary Public

Kathleen T. Zellner & Associates, P.C.
Law Offices
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
[illegible] fax

Gmail - Revised Declaration https://mail.google.com/mail/u/0/?ui=2&ik=a0c2ca25a2&view=pt&q=...

Kathleen Zellner <ktzemployees@gmail.com>

## Revised Declaration

Kathleen Zellner <ktzemployees@gmail.com> Wed, Dec 12, 2012 at 3:50 PM
To: capolycounseling@gmail.com

Dr. Link,

Please find Kathryn's authorization and your revised declaration attached.

--
Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Office: (630) 955-1212
Fax: (630) 955-1111

website: kathleentzellner.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply email and immediately delete it and any attachments without copying or further transmitting the same.

2 attachments

Declaration of Ann Link (draft).docx
34K

Authorization for Deposition.pdf
125K

PLAINTIFF'S
EXHIBIT

1 of 1 Scanned05974 12/13/2012 12:50 PM

**Authorization For Release of Information**

Patient Name: Kathryn Spencer (married name Kathryn Tate)
SS Number: 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
Date of Birth: 1/13/70
Address: 601 O Street, Lincoln, CA 95648

By signing this authorization form I authorize Ann Link, Ph.D., to testify in a deposition for the pending lawsuit of *Spencer v. Peters et al.*, Case No. C11-5424BHS, and at that time describe any and all mental health care provided to me during the years of 1984 and 1985.

It is my understanding that Ann Link, Ph. D., does not have any documents in her possession regarding my mental health.

I have signed this form voluntarily in order to document my wishes regarding the use and/or disclosure of my mental health information.

Description of Purpose for the Requested Use and/or Disclosure:
I authorize my mental health information to be disclosed for the purpose of its utilization in the pending lawsuit of *Spencer v. Peters et al.*, Case No. C11-5424BHS, pending in the U.S. District Court for the Western District of Washington in Tacoma.

Rights With Respect to This Authorization

Right to Revoke: I understand I have the right to revoke this authorization at any time. I also understand that my revocation of this authorization must be in writing. To obtain a copy of an authorization revocation form I may contact Kathleen T. Zellner & Associates. I am aware that my revocation will not be effective as to disclosures of my health information that the disclosing party and the receiving party have already made upon reliance of this authorization.

Right to Receive Copy of this Authorization: I understand that if I agree to sign this authorization, which I am not required to do, I must be provided with a signed copy of it.

Expiration: This authorization will expire 90 days after signing below unless revoked prior to the expiration date.

I, Kathryn Spencer, (married name Kathryn Tate), have had the opportunity to review and understand the contents of this form. By signing this form, I am confirming that it accurately reflects my wishes.

Kathryn Spencer Tate (signature)
Kathryn Spencer Tate

12-13-2012
Date

State of California, County of Placer

Subscribed and Sworn to Before Me
this 13 day of December, 2012

Harshila R. Patel (signature)
Notary Public

HARSHILA R. PATEL
COMM. # 1955707
NOTARY PUBLIC-CALIFORNIA
Placer County
My Comm. Exp. Oct. 7, 2015

Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ,

Plaintiffs,

v.

FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN,

Defendants.

No. C11-5424BHS

DECLARATION OF ANN LINK, Ph.D.

Pursuant to 28 U.S.C. § 1746, Ann Link, Ph.D., declares under penalty of perjury under the laws of the State of California and the United States of America that the following is true and accurate:

1. My name is Ann Link, Ph.D. I am a licensed clinical psychologist practicing in the state of California. My business address is 5801 North Avenue, Carmichael, California.

2. I have personal and direct knowledge of the facts set forth in this declaration, and I will testify to them if called upon to do so.

Kathleen T. Zellner & Associates, P.C.
Law Offices
1901 Butterfield Road
Suite 650 Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

Spencer000600

3. In 1984 and 1985, I was a psychology intern and Ph.D. candidate. Starting in approximately September of 1984, I began treating Kathryn Spencer.

4. My custom and practice is to keep patient records until 7 years after a patient reaches 18 years of age. As a result, I no longer have any records regarding my care and treatment of Kathryn Spencer. I do, however, have an independent recollection of my sessions with Kathryn as described in this declaration.

5. Prior to my first session with Kathryn I met with Kathryn's mother to obtain background information regarding Kathryn.

6. After meeting with Kathryn's mother I met privately with Kathryn on multiple occasions. During my sessions with Kathryn she manifested a high level of anxiety. For example, I recall Kathryn balled up on the floor. I utilized play therapy, a form of psychotherapy, to reduce anxiety, encourage communication, and promote healthy coping.

7. I specifically recall that at no point during my sessions with Kathryn did she describe being molested by anyone.

8. During play sessions with Kathryn Spencer, I used play therapy, including toys, doll house dolls, and art materials. Kathryn Spencer did not demonstrate abuse to me using play therapy supplies. Because Kathryn Spencer did not disclose abuse to me, I did not use anatomical dolls.

9. I never confirmed abuse of Kathryn Spencer with law enforcement and/or any prosecutor.

10. I have had the opportunity to review and make changes to this affidavit, and it is accurate to the best of my memory and recollection.

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650 Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

SIGNED this __ day of December, 2012 in Carmichael, California.

Respectfully submitted,

______________________________
Ann Link, Ph.D.

Subscribed and Sworn to Before me
this __ day of December, 2012

______________________________
Notary Public

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650 Downers Grove, Illinois 60515
630.955.1212 main • 630.955.1111 fax

Kathleen Zellner <ktzemployees@gmail.com>

## Documents

1 message

Kathleen Zellner <ktzemployees@gmail.com> Wed, Dec 12, 2012 at 3:54 PM
To: capcitycounseling@gmail.com

Dr. Link,

Per your request, please find the attached documents.

--

Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Office: (630) 955-1212
Fax: (630) 955-1111

website: kathleentzellner.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply email and immediately delete it and any attachments without copying or further transmitting the same.

3 attachments

Peters Dep Excerpt 1.pdf
339K

Peters Dep Excerpt 2.pdf
157K

Notes.pdf
390K

PLAINTIFF'S
EXHIBIT
Group 6

Q Did you have any understanding that Shirley Spencer had made statements that she did not believe Ray had done anything to Katie?
A I know she was standing by her husband. I remember that.
Q Okay. Did you know that Katie had stated that she did not want to talk to boys about the abuse?
A To whom and when? I don't remember that.
Q Okay. You can take a look at Exhibit 3, if you'd like. This is Rebecca Roe's report on page 1.
A (Witness complying).
Q Seven lines up from the bottom.
A (Witness perusing document) I see where that's written there. It says, "Sharon Krause had to spend several hours one-on-one with victim who also indicated she would not talk about it, quote, with boys, end quote."
Q All right. And staying on that page since you have it in front of you, did you also know that Katie did not talk to a female counselor about it?
A Actually, that's in -- I see that is written in Rebecca Roe's report, but that's not accurate.
Q Well, Rebecca Roe reported that Katie would not talk to a female counselor about it, correct?
A I see what's written in Rebecca Roe's report, but as I told you, that's inaccurate. I talked to the female counselor myself who told me that she had been speaking with Katie

since September and that on November 1st, 1984, Katie had described the abuse to her using anatomical dolls.

Q That was Ann Link, right?

A Yes.

Q November 1st was the first time you say -- you say -- Katie Spencer reported it, correct?

A I didn't say that.

Q To Ann Link?

A Oh, all I know is what Ann Link told me. I don't know about anything else.

Q Okay. And that first revelation that you're talking about came to Ann Link as Ann Link told you on November 1st of '84, correct?

A Just to be clear, there had been prior revelations to Shirley Spencer and to Sharon Krause. The first revelation --

Q I'm just talking about Ann Link.

A As far as I know, when Mr. Rulli and I talked to Ann Link in Sacramento, she told us that Katie had disclosed to her sexual abuse by Ray, described it with anatomical dolls, including fellatio, my word, not hers, oral sex with a man, on November 1st.

Q That was after Sharon Krause had spent a substantial period of time with Sharon Krause -- I mean with Katie Spencer, correct?

A I was. I'm sorry.
Q Okay. Aside from that report, are there other documents that support your assertion that Kathie was excessively masturbating, her underwear was worn out, and she had precocious sexual knowledge?
A Yes.
Q And would those also be Sharon Krause reports --
A No.
Q -- authored by her?
A No.
Q What would those be?
A The information now, your question was compound, had multiple subjects in it, but the behavioral indicators portion of it was relayed to me by Ann Link, and it's in the notes of Ruth and my interview with Ann Link.
Q All right. Other than Ann Link and the report you've read, are there other documents that reflect the excessive masturbation, worn-out underwear, and precocious sexual knowledge?
A The initial reports documented by Shirley Spencer clearly show this child had been prematurely sexualized including by a male, whom she identified as her father.
Q All right. Other than that, any more?
A Off the top of my head, I can't recall.
Q You also stated that -- or did you state that you gave

Caroline [illegible], Ph.D candidate — Matt
Reg. psych. assist.
Never testified

Ann [illegible], Ph.D. candidate — Kathy
Reg. psych. assist.
Reg. nurse
Lic. [illegible]
Never testified

[illegible]

Counseling
Started seeing Matt Sept 26, 1985
Since then weekly — 1 hr. [illegible]
Original symptoms
a) acting out
b) authority problems
c) family problems
d) social adjustment
e) sleeping difficulties
f) difficulty sleeping alone
g) [illegible] sleeping [illegible]
No eating disorder

Anxiety — stress
Difficulties in school

Some have improved — some have not

[illegible] experience
Literary research
Seen approx [illegible] kids who have reported abuse

Noticed some changes for the better after
Less anxious
Stopped reporting nightmares
Less frequently acting out

(3)

He has not directly reported what happened

He knows [illegible] told him

Anne

Began seeing [illegible] Sept. 12

(1) Extreme regressed behavior
 a) mother carried him in in a blanket as if she was a baby
 b) unable to verbalize anything
 c) mother said child knew that [illegible] before
 d) when subject brought up she [illegible]
 [illegible] / regressive behavior
 ↓ visit
 body parts
 sexuality

On Nov. 1 she demonstrated w/ dolls for Anne
 a) [illegible] — [illegible] — Weiner — Bottom
 b) Only able to whisper these
 c) [illegible] adult male doll as dad — girl as self
 1) Kiss breasts
 2) Cunnilingus
 3) Fellatio
 4) Anal Intercourse
 5. Sexual Int.
 } said [illegible] hurt

(3) Sleep Problem — unable to sleep alone
 had to sleep in [illegible]
 nightmares
 unable to go to sleep [illegible]
 if [illegible] went out

Spencer-00809

Spencer005972

(3) When she came back from [illegible] she displayed "overreacting [illegible]" to things that earlier had not bothered her

Indicates post-traumatic anxiety

Reported by Deanna

(4) Difficulty Communicating

Reported by Deanna

Observed by Ann Link when subject of the visit

Deanna reported that was very uncharacteristic of Katy

Symptoms have gotten less [illegible] than [illegible]

Last time saw her was March 13 b/c [illegible] [illegible] Sunday