Gmail - Spencer v. Peters et al.                    https://mail.google.com/mail/u/0/?ui=2&ik=a0c2ca25c2&view=pt&se...

 Kathleen Zellner <ktzemployees@gmail.com>

## Spencer v. Peters et al.

Kathleen Zellner <ktzemployees@gmail.com>                    Thu, Dec 13, 2012 at 1:58 PM
To: capcitycounseling@gmail.com

Dr. Link,

Attached is a copy of the Rebecca Roe report from November of 1984.

Nick

--
Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
Office:  (630) 955-1212
Fax     (630) 955-1111

website:  kathleenzellner.com

Confidentiality Notice:  This communication is confidential and may contain privileged information.  If you have
received it in error, please notify the sender by reply email and immediately delete it and any attachments
without copying or further transmitting the same.

📎 Rebecca Roe Report (11-27-84).pdf
   1314K



PLAINTIFF'S
EXHIBIT

Spencer006967

Date: 11/27/84

pect: _Clyde Ray Spencer_   Referred Crime: _SR 1°_

Officer: _Sharon Krause_   Agency: _Clark Co._   Case No: _84-8506_
Sheriff Off

We are declining to file this case in Superior Court for the following reason:

[ ] A.  Case is being returned for filing in municipal or district court.

[ ] B.  Case is being declined for non-evidentiary reasons.

[X] C.  Case is being returned because it is legally insufficient.

Reasons:

Five year old victim alleges her unusual father
sexually assaults her when she visits
& her step-mom Shirley in Vancouver, Wa.
Initial disclosure to Shirley and victim
names Bothwell as having abused her in
addition to Hess.
    Child appears from police reports
to be extremely reluctant to tell
about facts. Sharon Krause had to
spend several hours one on one with
victim, who also indicated she
would not talk about it with
Boys." She also did not talk to
a female counselor. This clearly
does not look well for testifying
in court.
    2) Initial naming of multiple →

Im Interview? _____ yes _____ no

I notified on _____

Proposed by: _R [initials] Roe_   , Date: _____

Approved by: _R [initials] Roe_   Date: 11/27/84
King County Prosecuting Attorney's Office

DECLINE

(Original, to file; copy to detective; Chief, Criminal Division)

00000227
Spencer00011

Spencer00088

Date: 11-27-84

Suspect: Clyde Ray Spencer    Referred Crime: Rape (Stat)

Officer: _____    Agency: _____    Case No: 84-8506

We are declining to file this case in Superior Court for the following reason:

☐ A.  Case is being returned for filing in municipal or district court.

☐ B.  Case is being declined for non-evidentiary reasons.

☐ C.  Case is being returned because it is legally insufficient.

Reasons:

1) If it happened more than 1 x — to account for inconsistent explanations, I'd expect exculpation at some point being described.

2) In sum, I think a case with a five year old isn't absolutely nothing else is filable if there is no significant problem with what the five year old says. Here, there are several problems. Although I believe child was clearly abused and probably by the defendant, the case is unwinnable even assuming you can get the child to [testify?]

Victim interviewed _____ yes _____ no
___ notified on _____

Proposed by: _____    Date: _____

Approved by: R G Roe    Date: 11/27/84.
King County Prosecuting Attorney's Office
DECLINE

(Original to file; copy to detective; Chief, Criminal Division)

00000229

Spencer000418

Spencer005900

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE 404-0506
SUPPLEMENTAL RPT

STATUTORY RAPE, 1ST DEGREE, RCW 9A.44.070
LOCATION OF INCIDENT:   17681 NE Lucia Falls Road, Yacolt, Washington
DATE OF INCIDENT:       Between 07-14-84 and 08-26-84

| | | |
|---|---|---|
| DATE & TIME: | 10-18-84 | 2100 hours |
| LOCATION: | Holiday Inn, Room #138 | |
| | 5321 Date Avenue | |
| | Sacramento, California 95841-2597 | |
| INCIDENT: | Witness Interview | |

| | | |
|---|---|---|
| PERSON INTERVIEWED: | SPENCER, DeAnne Sue | dob: 02-04-50 |
| | 3930 Becerra Way | |
| | Sacramento, California | phone: (916) 482-6057 |
| | Work phone: (916) 920-8256, Ext. 834 | |
| VICTIM: | SPENCER, Kathryn E. | dob: 01-13-79 |
| | 3930 Becerra Way | |
| | Sacramento, California | phone: (916) 482-6057 |
| SUSPECT: | SPENCER, Clyde Ray | dob: 01-09-48 |
| | aka: Ray SPENCER | |
| | 17681 NE Lucia Falls Road | |
| | Yacolt, Washington | phone: (206) 687-2407 |
| | Work phone: (206) 696-8292 | |

CCSO Case #04-0506   S.A. KRAUSE/K-43                          page 1 of 22



PLAINTIFF'S EXHIBIT

Spencer-00501

DATE & TIME:          11-01-84                    10:42 AM
INCIDENT:             Contact with Ray SPENCER
                      at the Clark County Sheriff's Office

        During the week of October 15th I was in Sacramento,
California continuing the investigation regarding the allegations that Kathryn
SPENCER was making.  On the morning of 11-01-84 Detective Sgt. DAVIDSON made
phone contact with Ray SPENCER and asked if he would respond to the Sheriff's

CCSO Case #84-0584, R.A. KRAUSE, K-43                         page 9 of 12

Spencer-00537

As I entered the room Ray SPENCER was indicating he was upset with the Sheriff's Office because of how we had handled the investigation, commenting on the length of time it had taken and also how we had dealt with the city and the "over all delays." Sgt. DAVIDSON and I tried to explain to him that it seemed futile on our part to respond to Sacramento initially when everyone including his daughter's therapist felt it would not be in the child's best interest for us to come to Sacramento.

Spencer-00538

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8906
SUPPLEMENTAL RPT

STATUTORY RAPE IN THE FIRST DEGREE, RCW 9A.44.070
LOCATION OF INCIDENT:
DATE OF INCIDENT:

DATE & TIME:          10-18-84                2038 hours
LOCATION:             Holiday Inn, Room #139
                      5321 Date Street
                      Sacramento, California 95841-2977
INCIDENT:             Interview with Victim

VICTIM:               SPENCER, Kathryn E.         dob: 01-13-79
                      alia: Katie
                      aka: Kathy
                      3938 Dacerra Way
                      Sacramento, California 95821    phone: (916) 482-6057

SUSPECT:              SPENCER, Clyde Ray           dob: 01-09-48
                      aka: Ray SPENCER
                      17681 NE Lucia Falls Road
                      Yacolt, Washington             phone: 687-1407
                      Work phone: (206) 696-8272

CCSO Case #84-8906, S.A.Krause, K-34                      page 1 of 12



PLAINTIFF'S
EXHIBIT
C1

Spencer-00461

On the afternoon of 10-17-84 I accompanied Katie and her mother, Deanna SPENCER, to a therapy session.  Regarding that session refer to additional utility report.  "

Spencer-00462

After Katie and I finished the sundae, with her agreeing to do so, we proceeded to the Holiday Inn where I was staying. During the time I was driving to the Holiday Inn from the ball field, Katie appeared to be open about what we were going to talk about and did not appear to be reluctant in any way to go with me. At one point during the time I was driving Katie commented on the time we had spent on the previous day with Ann LINK who is Katie's therapist. Katie stated to me, "Ann still loves me and is proud of me because it's not my fault that happened, is it?" I assured her that it was

CCSO Case #84-8505, S.A.Krause, K-34                              page 4 of 12

Spencer-00464

not her fault. Katie stated to me, "I just didn't want to have to say those words to Ann but maybe I can tell her later when I tell her a story." (The therapist, Ann LINK, uses play therapy with Katie during the one hour sessions.)

CCSO Case 084-8586, S.A.Krause, K-34                    page 5 of 12

Spencer-00465

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8504
SUPPLEMENTAL RPT

1ST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:    17801 NE Lucia Falls Road
                         Yacolt, Washington
DATE OF INCIDENT:        Refer to Summary


DATE & TIME:             03-21-85              10:30 AM
LOCATION:                CCSO, Investigation Unit
INCIDENT:                Interview with Victim

VICTIM:                  HANSEN, Matthew Alan       dob: 02-20-80
                         17801 NE Lucia Falls Road
                         Yacolt, Washington         phone: 687-2407

SUSPECT:                 SPENCER, Clyde Ray         dob: 01-04-48
                         aka: Ray SPENCER
                         17801 NE Lucia Falls Road
                         Yacolt, Washington         phone: 687-2407


CCSO Case #84-8504, S.A.KRAUSE, K-43 .                    page 1 of 7

PLAINTIFF'S EXHIBIT 10

Spencer-00607

When Matt HANSEN advised me that he had observed both Kathryn and Matt SPENCER being victimized by their father, I immediately advised Deanne SPENCER by telephone. Deanne SPENCER related to me that she, in turn, advised the children's therapists. I also have had phone conversation on occasion with both the therapists and provided them with any information I had that may assist them in dealing with the SPENCER children.

CCSO Case #BA-8504, S.A.KRAUSE, K-43                                    page 2 of 9

Spencer-00608

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

1ST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:     17681 NE Lucia Falls Road
                          Yacolt, Washington
DATE OF INCIDENT:         Refer to Summary


DATE & TIME:          03-25-85                          1315 hours
LOCATION:             CCSO, Investigation Unit
INCIDENT:             Interview with Victim

VICTIM:               SPENCER, Kathryn E.            dob: 01-13-79
                      aka:  Kathy
                      aka:  Katie
                      3930 Beterra Way
                      Sacramento, California         phone: (916) 482-6057

SUSPECT:              SPENCER, Clyde Ray             dob:  01-09-48
                      aka:  Ray SPENCER
                      17681 NE Lucia Falls Road
                      Yacolt, Washington             phone: 687-1407

ATTACHED:             Copy of a cartoon drawing used during my conversation
                      with the above listed victim regarding what she called
                      specific parts of her body


CCSO Case #84-8506; S.A.KRAUSE, K-43                      page 1 of 6



PLAINTIFF'S
EXHIBIT

Spencer001982

I asked Katie if she would like me to call her therapist in Sacramento and tell her what we had talked about and she appeared to be eager for me to do that.

CCBO Case 4B4-B505, S.A.KRAUSE, K-43 .

Spancer001886

| | |
|---|---|
| 1 | May 23, 1985 |
| 2 | |
| 3 | SENTENCING |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| .11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | MR. PETERS: |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

46

PLAINTIFF'S
EXHIBIT

Spencer-01094

1
2
3
4
5
6
7   The therapist in the reports and the mothers  report
8   that the therapists are saying that it's going to be a long-
9   term process of therapy for these children before they're
10  healthy, and the reason for that is the ongoing sexual abuse.
11  Mr. Rulli and X, when we were in Sacramento, talked to
12  the therapists of Matthew Spencer and Kathryn Spencer, and
13  they indicated that the children were experiencing substantial
14  psychological and behavioral problems of the type typically
15  seen in victims of sexual abuse.  There is no telling how
16  long these children will be having these problems.  Perhaps
17  for the rest of their lives.  But it's likely, of course,
18  that it would not have happened had it not been for the
19  inappropriate behavior of Mr. Spencer.
20
21
22
23
24
25

47

Spencer-01095

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25          MR. KULLY:   Your Honor, in

53

1    response to Mr. Peters' comments when I interviewed -- Sat

2    in on the interview with the children in the therapist's

3    office, I got the impression from the therapist that the

4    children were coming along.  That they were being more open

5    about this and as they open and discuss it more that they

6    were feeling better about the whole situation.  I think both

7    therapists for the children in California indicated that.

8    I haven't had an opportunity to talk only to the therapist

9    in Vancouver regarding Matthew Hansen, and regarding

10   Matthew Spencer and Kathryn Spencer.  That's the impression

11   they gave when I interviewed them, Your Honor.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

54

Spencer-01102

# WASHINGTON STATE CHILD ABUSE REPORTING LAWS:
## Summary of Legislative Changes
### 1965 - 1996

Sharon Silas

with

Roxanne Lieb

October 1996

# WASHINGTON STATE CHILD ABUSE REPORTING LAWS:
## Summary of Legislative Changes

| YEAR | DEFINITION IN STATUTE | WHO REPORTS ABUSE? | MAYOR SHALL REPORT? | TO WHOM THEY REPORT | TIMING AND PROCEDURES | MISCELLANEOUS |
|---|---|---|---|---|---|---|
| 1965 Chapter 13 | • Court means Superior Court of WA, Juvenile Department. • Practice of medicine is a person licensed in the state to practice allopathy, chiropractic, dentistry, osteopathy, and surgery, or medicine and surgery. • Institution means a private or public hospital or any other facility providing medical diagnosis, treatment or care. | Report whoever cause to believe physical injury inflicted upon person (other than accidental) physical neglect, sexual abuse. | MAY | • Proper law enforcement person. • Person in charge of the institution where they are working. | An immediate oral report may be made by telephone or otherwise and may be followed by a written report. | |
| 1969 RCW 26.44.010 through 26.44.080 | • Practitioner expanded to include Christian Science Practitioner. • Department means State Department of Public Assistance. • Child means anyone under the age of 18, also any mentally retarded person regardless of age. • Professional School Personnel includes, but is not limited to, teachers, counselors, administrators and school nurses. • Social Worker shall mean anyone engaged in encouraging or promoting the health or welfare of children under the age of 18, whether in an individual capacity, or as an employee or agent of any public or private organization or institution. • Psychologist includes any person licensed to practice psychology, whether acting as an individual capacity or as an employee or agent of any public or private organization or institution. • Pharmacist is any registered pharmacist. • Clergyman shall mean any regularly licensed or ordained minister or any priest of any church or religion. | Practitioner, professional school personnel, registered nurse, social worker, psychologist, pharmacist, clergyman, or an employee of the department. Report when: reasonable cause to believe a child has died, physical injury (other than accidental) or suffering physical, sexual abuse or neglect. | | • Proper law enforcement or department. • Person in charge of the institution, organization, school or department. | | INVESTIGATION: It is the duty of law enforcement agency or department to investigate and provide child welfare services and when necessary to refer such report to court. RECORDS: Department shall maintain a central registry of reported cases of child abuse. Records are confidential and privileged and not available to any person or agency except law enforcement agencies. |