Honorable Judge Benjamin Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, | No. C11-5424BHS |
| Plaintiff, | |
| v. | [Proposed] |
| JAMES M. PETERS, et al., | ORDER ON PLAINTIFF'S MOTIONS IN LIMINE |
| Defendants. | |

THIS MATTER comes before the Court on plaintiff Clyde Ray Spencer's motions in limine (Dkt. 202), and the Court having considered the pleadings filed in support of and in opposition to the motions in limine, and the remainder of the file herein,

IT IS HEREBY ORDERED that the plaintiff's motions in limine are granted, denied, or rulings are reserved as indicated below, and where granted defendants Sharon Krause and Michael Davidson, his witnesses and his counsel are precluded from offering any evidence, testimony, opinions, comments, arguments, statements or questions, directly or indirectly or by inference, on the following topics:

[Proposed] ORDER ON PLAINTIFF'S
MOTIONS IN LIMINE
(C11-5424BHS) — 1

1. Motions to bar the defense from publishing and/or eliciting testimony related to irrelevant and highly prejudicial allegations of unconvicted prior bad acts.

    a.   Accusations related to Rhonda Short.

         [ ] GRANTED     [ ] DENIED     [ ] RESERVED

    b.   Alleged infidelity.

         [ ] GRANTED     [ ] DENIED     [ ] RESERVED

    c.   Alleged gun confiscation

         [ ] GRANTED     [ ] DENIED     [ ] RESERVED

    d.   Alleged confrontation with Shirley Spencer about guns.

         [ ] GRANTED     [ ] DENIED     [ ] RESERVED

    e.   Alleged lie to superiors at Vancouver Police Department

         [ ] GRANTED     [ ] DENIED     [ ] RESERVED

2. Motion to bar the defense from publishing and/or eliciting testimony related to irrelevant, highly prejudicial excerpts in Defendant Krause's reports of interviews with DeAnne and Shirley Spencer.

    a.   Statements related to quality of Plaintiff's marriages with DeAnne and Shirley.

         [ ] GRANTED     [ ] DENIED     [ ] RESERVED

    b.   Statements related to Plaintiff allegedly having herpes.

         [ ] GRANTED     [ ] DENIED     [ ] RESERVED

    c.   Statements related to Plaintiff's alleged possession of pornography.

         [ ] GRANTED     [ ] DENIED     [ ] RESERVED

    d.   Additional irrelevant and prejudicial statements by DeAnne and Shirley.

         [ ] GRANTED     [ ] DENIED     [ ] RESERVED

[Proposed] ORDER ON PLAINTIFF'S
MOTIONS IN LIMINE
 (C11-5424BHS) — 2

3. Motion to bar the defense from publishing and/or referencing Krause's interview of Kathryn Roe.

   [ ] GRANTED        [ ] DENIED        [ ] RESERVED

4. Motion to bar the defense from publishing and/or referencing Defendant Krause's interview of Phyllis Day.

   [ ] GRANTED        [ ] DENIED        [ ] RESERVED

5. Motion to bar the defense from publishing and/or referencing Defendant Krause's interview of Linda Lawrence.

   [ ] GRANTED        [ ] DENIED        [ ] RESERVED

6. Motion to bar witnesses other than Matthew Hansen from testifying that Hansen has never "recanted."

   [ ] GRANTED        [ ] DENIED        [ ] RESERVED

7. Motion to bar Jim Peters from testifying.

   [ ] GRANTED        [ ] DENIED        [ ] RESERVED

8. Motion to bar any defense witness from offering a personal opinion as to Plaintiff's guilt.

   [ ] GRANTED        [ ] DENIED        [ ] RESERVED

9. Motion to bar Defendant Sharon Krause from testifying as an expert in child sex abuse cases.

   [ ] GRANTED        [ ] DENIED        [ ] RESERVED

10. Motion to bar any lay or expert testimony that Katie Spencer, Matt Spencer, or Matt Hansen exhibited behavior characteristics consistent with victims of sexual abuse.

    [ ] GRANTED        [ ] DENIED        [ ] RESERVED

[Proposed] ORDER ON PLAINTIFF'S
MOTIONS IN LIMINE
 (C11-5424BHS) — 3

11. Motion to bar any and all documents and/or testimony referencing the Vancouver Police Department's internal investigation and/or bases for terminating Plaintiff's employment.

[  ] GRANTED        [  ] DENIED        [  ] RESERVED

12. Motion to bar the defense from calling James Rulli.

[  ] GRANTED        [  ] DENIED        [  ] RESERVED

13. Motion to bar testimony from any witness about what Katie and Matt Spencer allegedly said during an interview on May 9, 1985 in Sacramento.

[  ] GRANTED        [  ] DENIED        [  ] RESERVED

14. Motion to bar any reference or suggestion to witnesses having been former parties and/or having a financial stake in the outcome in the case.

[  ] GRANTED        [  ] DENIED        [  ] RESERVED

15. Motion to bar Rebecca Roe from testifying at trial.

[  ] GRANTED        [  ] DENIED        [  ] RESERVED

16. Motion to bar reference to Roe's practice as a plaintiff's attorney and the like.

[  ] GRANTED        [  ] DENIED        [  ] RESERVED

17. Motion to bar evidence pertaining to the fact that Defendant Krause reported an affair between a Sheriff's Deputy and an alleged victim in another case.

[  ] GRANTED        [  ] DENIED        [  ] RESERVED

18. Motion to bar Philip Esplin, Ed.D., from testifying at trial.

[  ] GRANTED        [  ] DENIED        [  ] RESERVED

19. Motion to bar the use of hearsay statements made by Katie Spencer, Matt Spencer, and Matt Hansen.

[ ] GRANTED      [ ] DENIED      [ ] RESERVED

20. Motion to bar inadmissible testimony from DeAnne Spencer.

[ ] GRANTED      [ ] DENIED      [ ] RESERVED

21. Motion to bar DeAnne Spencer from testifying as to the Katie Spencer medical exam.

[ ] GRANTED      [ ] DENIED      [ ] RESERVED

22. Motion to bar the defense from referencing Plaintiff's plea as a "Guilty Plea."

[ ] GRANTED      [ ] DENIED      [ ] RESERVED

23. Motion to bar transcript of Alford plea hearing (May 16, 1985), sentencing hearing (May 23, 1985) and evidence/argument that Plaintiff's guilt can be inferred from Alford plea and sentencing hearings.

[ ] GRANTED      [ ] DENIED      [ ] RESERVED

24. Motion to bar witnesses first disclosed in Defendants' pretrial statement.

[ ] GRANTED      [ ] DENIED      [ ] RESERVED

25. Motion to bar Leland Davis from testifying at trial.

[ ] GRANTED      [ ] DENIED      [ ] RESERVED

26. Motion to bar Thomas Lodge from testifying at trial.

[ ] GRANTED      [ ] DENIED      [ ] RESERVED

27. Motion to bar impermissible character evidence.

[ ] GRANTED      [ ] DENIED      [ ] RESERVED

IT IS FURTHER ORDERED that defendants' counsel are directed to inform all witnesses called by defendants of the exclusion or prohibition against testimony on those subjects on which plaintiff's motions in limine have been granted. Plaintiff Clyde Ray Spencer shall have a standing objection throughout the trial as to all matters on which plaintiff's motions in limine were denied.

DATED this ____ day of December, 2013.

_____
U.S. DISTRICT JUDGE BENJAMIN H. SETTLE

Presented by:

 /s/ Kathleen T. Zellner
KATHLEEN T. ZELLNER, admitted *pro hac vice*
ATTORNEY FOR PLAINTIFF
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111

kathleen.zellner@gmial.com

[Proposed] ORDER ON PLAINTIFF'S
MOTIONS IN LIMINE
 (C11-5424BHS) — 6

DECLARATION OF SERVICE

I hereby certify that on December 19, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| Guy Bogdanoich | Jeffrey A. O. Freimund |
|---|---|
| Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S. | Freimund Jackson Tardif & Benedict Garratt, PLLC |
| P.O. Box 11880 | 711 Capitol Way South, Suite 602 |
| Olympia, WA  98508-1880 | Olympia, WA  98502 |
| Email: gbogdanovich@lldkb.com | Email: jeffF@fjtlaw.com |
| Attorney for Defendant Sharon Krause | Attorneys for Defendant Michael Davidson |

  /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

[Proposed] ORDER ON PLAINTIFF'S
MOTIONS IN LIMINE
 (C11-5424BHS) — 7