THE HONORABLE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER<br><br>                            Plaintiff,<br><br>v.<br><br>DETECTIVE SHARON KRAUSE and SERGEANT MICHAEL DAVIDSON,<br><br>                          Defendants. | NO.  C11 5424 BHS<br><br>[PROPOSED] ORDER DIRECTING TRANSPORT OF INMATE TO TESTIFY AT TRIAL<br><br>NOTE ON MOTION CALENDAR:<br>Tuesday, December 24, 2013 |

THIS MATTER having come before the Court on Defendants' Motion for Order Directing Transport of Inmate to Testify at Trial, and the Court having reviewed said Motion and the supporting Declaration of Guy Bogdanovich and Declaration of Ric Bishop filed herein, it is hereby:

ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Order Directing Transport of Inmate to Testify at Trial is hereby GRANTED, and that:

    1.    The Clark County Sheriff is hereby directed to transport inmate Matthew Hansen from the Clark County Jail in Vancouver, Washington to the U.S. District Court, Union Station Courthouse in Tacoma, Washington to testify at trial in the above-entitled action on January 14, 2014, or on such other date as is necessitated by trial scheduling, such date to be provided

[PROPOSED] ORDER DIRECTING TRANSPORT OF
INMATE TO TESTIFY AT TRIAL - 1
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

to the Clark County Sheriff upon no less than 48 hours notice by counsel for defendants. The U.S. Marshal's Service is directed to provide day use detention space and other resources reasonably necessary to facilitate Matthew Hansen's presence in the Courthouse, but the Clark County Sheriff's Office shall retain custody of Matthew Hansen at all such times; and that

2. The Pierce County Sheriff is hereby directed to take custody of Matthew Hansen from the Clark County Sheriff following Matthew Hansen's testimony at trial, if requested by the Clark County Sheriff, and to book Matthew Hansen into the Pierce County Jail to accommodate an overnight stay, and the Pierce County Sheriff is further directed to release Matthew Hansen back into the custody of the Clark County Sheriff upon the Clark County Sheriff's request for return transport to the Clark County Jail; and that

3. Clark County shall pay all costs and expenses incurred by the Clark County Sheriff or the Pierce County Sheriff in complying with the directives in this Order.

DATED this ____ day of December, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

**Presented by:**

/s/ Guy Bogdanovich
_____
Guy Bogdanovich, WSBA № 14777
Attorney for Defendant Sharon Krause
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
email: gbogdanovich@lldkb.com

[PROPOSED] ORDER DIRECTING TRANSPORT OF INMATE TO TESTIFY AT TRIAL - 2
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511