THE HONORABLE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>        Plaintiff,<br><br>v.<br><br>DETECTIVE SHARON KRAUSE and SERGEANT MICHAEL DAVIDSON,<br><br>        Defendants. | NO. C11 5424 BHS<br><br>DECLARATION OF RIC BISHOP IN SUPPORT OF MOTION FOR ORDER DIRECTING TRANSPORT OF INMATE TO TESTIFY AT TRIAL<br><br>NOTE ON MOTION CALENDAR: Tuesday, December 24, 2013 |

PURSUANT TO 28 U.S.C. § 1746, Ric Bishop declares as follows:

1. I am competent to testify in all respects, and make this declaration from personal knowledge.

2. I am currently employed as Chief Jail Deputy with the Clark County Sheriff's Office, a position I have held since May 2013. My duties include oversight of coordination of arrangements for transport of inmates incarcerated at the Clark County Jail whenever it is necessary for purposes of moving an inmate from the Clark County Jail to another jail, or to other locations for other purposes.

3. Matthew Hansen was booked into the Clark County Jail on December 5, 2013 for violation of court orders and community supervision for underlying domestic

DECLARATION OF RIC BISHOP IN SUPPORT OF
MOTION FOR ORDER DIRECTING TRANSPORT
OF INMATE TO TESTIFY AT TRIAL - 1
Cause No: C11-5424 BHS

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

1. violence and criminal trespass offenses. He is currently scheduled to be released on March 1, 2014.

2. 4. I have communicated via telephone with Captain Martha Carr at the Pierce County Jail, and I have communicated via email with Ed Muldowney, Supervisory Deputy with the U.S. Marshal's Service, about the transport and custody arrangements identified in Defendants' Motion for Order Directing Transport of Inmate to Testify at Trial. Both of these agency representatives have agreed to these arrangements.

3. 5. Clark County has agreed to cover all costs and expenses incurred in connection with the transport of Matthew Hansen to testify at trial.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 23rd day of December, 2013 at Vancouver, Washington.

_____
Ric Bishop
12/23/13

DECLARATION OF RIC BISHOP IN SUPPORT OF
MOTION FOR ORDER DIRECTING TRANSPORT
OF INMATE TO TESTIFY AT TRIAL - 2
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511