THE HONORABLE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER<br><br>Plaintiff,<br><br>v.<br><br>DETECTIVE SHARON KRAUSE and SERGEANT MICHAEL DAVIDSON,<br><br>Defendants. | NO.  C11 5424 BHS<br><br>**DECLARATION OF GUY BOGDANOVICH IN SUPPORT OF OBJECTION TO PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF TRIAL WITNESSES**<br><br>**Trial Date: January 7, 2014** |

PURSUANT TO 28 U.S.C. § 1746, Guy Bogdanovich declares as follows:

1.  I am competent to testify in all respects, and make this declaration from personal knowledge.  I am the attorney of record for defendant Sharon Krause in the above-entitled action.

2.  Attached hereto as Exhibit A is a true and complete copy of an email memo received from plaintiff's counsel, Kathleen Zellner, on December 28, 2012 in which Ms. Zellner confirmed that plaintiff had selected attorney Robert Yoseph as one of the two witnesses plaintiff was disclosing from the supplemental list of nine possible witnesses from which this Court authorized plaintiff to choose in the Order Granting in Part and Denying in Part Defendants' Motion to Strike Plaintiff's Supplemental Disclosures and Bar Testimony (Dkt. 127).  Plaintiff never disclosed a second witness from that list.

DECLARATION OF GUY BOGDANOVICH IN
SUPPORT OF OBJECTION TO PLAINTIFF'S
SUPPLEMENTAL DISCLOSURE OF TRIAL
WTINESSES  - 1
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1    I declare under penalty of perjury under the laws of the State of Washington and

2    the United States of America that the foregoing is true and correct.

3    DATED this 27th day of December, 2013 at Tumwater, Washington.

4

5                            /s/ Guy Bogdanovich

                            _____

6                            Guy Bogdanovich

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF GUY BOGDANOVICH IN
SUPPORT OF OBJECTION TO PLAINTIFF'S
SUPPLEMENTAL DISCLOSURE OF TRIAL
WTINESSES  - 2
Cause No: C11-5424 BHS

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

# EXHIBIT A

## Guy Bogdanovich

| | |
|---|---|
| **From:** | Kathleen Zellner [ktzemployees@gmail.com] |
| **Sent:** | Friday, December 28, 2012 2:05 PM |
| **To:** | jefff@fjtlaw.com; Fetterly, Patricia (ATG); Guy Bogdanovich |
| **Subject:** | Spencer v. Peters et al. |

Dear Counsel,

We have been unable to obtain service on Matthew Hansen, so I will not be taking his deposition.  I have also decided not to take Barb Linde's deposition.

As we had previously discussed, we are disclosing attorney Robert Yoseph as one of the witnesses from the supplemental list as a witness we will call at trial.  I will take his deposition via telephone from his office at 1014 Franklin Street in Vancouver on Friday, January 4 at 9:00 a.m.  My understanding is that he has conference call capabilities, so the other parties may appear by telephone as well.  My understanding is everyone is available on that date.

Thank you for your cooperation.

Sincerely,

Kathleen T. Zellner

--
Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
Office:  (630) 955-1212
Fax:     (630) 955-1111

website:  kathleentzellner.com

Confidentiality Notice:  This communication is confidential and may contain privileged information.  If you have received it in error, please notify the sender by reply email and immediately delete it and any attachments without copying or further transmitting the same.

EXHIBIT  _A_

1