1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER,

                    Plaintiff,

          v.

SHARON KRAUSE and MICHEAL
DAVIDSON,

                    Defendants.

CASE NO. C11-5424 BHS

ORDER PERMITTING
TESTIMONY OF ROBERT
YOSEPH

          This matter comes before the Court on Plaintiff Clyde Ray Spencer's ("Spencer")

notice of supplemental disclosure of two witnesses (Dkt. 222) and Defendants' objections

thereto (Dkt. 227). The Court has considered the pleadings filed in support of and in

opposition to the notice and the remainder of the file. For the reasons stated herein, the

Court permits the testimony of Robert Yoseph ("Yoseph") but declines to allow the

testimony of Paul Henderson ("Henderson").

          Pursuant to the Court's order granting Spencer permission to select two out of nine

belatedly disclosed witnesses to testify (Dkt. 127), Spencer disclosed Yoseph.  Dkt. 228

at 1 and 4. Yoseph will be permitted to testify at trial to both subject areas identified by Spencer: his knowledge of Sharon Krause's investigative techniques as well as her reputation for honesty and integrity, as there is a sufficient nexus between those topics and, in any case, they could be subjects for proper rebuttal testimony.

In contrast, Spencer's disclosure of Henderson was not timely, and he will not be allowed to testify at trial.

Therefore, it is hereby **ORDERED** that Yoseph will be permitted to testify at trial but Henderson will not.

Dated this 30th day of December, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2