Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, ) | No. C11-5424BHS |
| Plaintiff, ) | |
| v. ) | |
| ) | PLAINTIFF'S DESIGNATION OF |
| DETECTIVE SHARON KRAUSE, and ) | DEPOSITION TRANSCRIPT |
| SERGEANT MICHAEL DAVIDSON, ) | |
| ) | **TRIAL DATE:** |
| Defendants. ) | **Tuesday, January 7, 2014** |

NOW COMES Plaintiff, Clyde Ray Spencer, by and through his attorneys, Kathleen T. Zellner & Associates, P.C., and for his second supplement to the previously-filed Proposed Pretrial Order, states as follows:

1. Pursuant to LCR 32(e), attached hereto as Exhibit A is a transcript of the deposition of Ann Link, Ph.D., which Plaintiff intends to offer at trial in lieu of her live testimony. Dr. Link's deposition was previously filed with the Court as Plaintiff's Supplement to Proposed Pretrial Order (Dkt. 219). Additional portions of Dr. Link's deposition have been designated by Plaintiff pursuant to this Court's rulings on motions in limine. Defendants' objections to the additional portions of deposition transcript and Plaintiff's responses thereto are indicated in the margin.

PLAINTIFF'S DESIGNATION OF
DEPOSITION TRANSCRIPT (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

2. Pursuant to LCR 32(e), attached hereto as Exhibit B is a transcript of the deposition of DeAnne Spencer. Defendants intend to offer Ms. Spencer's deposition at trial in lieu of her live testimony. DeAnne Spencer's deposition was previously filed with the Court by Defendants (Dkt. 216). Additional portions of Ms. Spencer's deposition have been designated by Plaintiff pursuant to this Court's rulings on motions in limine. Defendants' objections to the additional portions of deposition transcript and Plaintiff's responses thereto are indicated in the margin.

Respectfully submitted,

| | |
|---|---|
| /s/  Kathleen T. Zellner | /s/  Daniel T. Davies |
| Kathleen T. Zellner & Associates, P.C. | Daniel T. Davies, WSBA # 41793 |
| Admitted *pro hac vice* | Local counsel |
| 1901 Butterfield Road | David Wright Tremaine LLP |
| Suite 650 | 1201 Third Avenue, Suite 2200 |
| Downers Grove, Illinois  60515 | Seattle, Washington 98101-3045 |
| Phone:  (630) 955-1212 | Phone: (206) 757-8286 |
| Fax:  (630) 955-1111 | Fax: (206) 757-7286 |
| kathleen.zellner@gmial.com | Email: dandavies@dwt.com |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

PLAINTIFF'S DESIGNATION OF
DEPOSITION TRANSCRIPT (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

I hereby certify that on January 2, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

/s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

PLAINTIFF'S DESIGNATION OF
DEPOSITION TRANSCRIPT (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax