GOLDEN STATE REPORTING & VIDEO
3800 Watt Avenue, Suite 201
Sacramento, California 95821
(916) 489-5900

January 2, 2013

Ann Link, Ph.D.
5801 North Avenue
Carmichael, California 95608

Re:  Clyde Ray Spencer, et al., vs. Former Deputy
Prosecuting Attorney for Clark County James M. Peters,
et al.
Date of Deposition:  December 17, 2012

The transcript of your deposition taken in the
above-entitled matter has now been completed.  The
original transcript will be held in this office for 35
days from the date of this letter before it is sealed and
forwarded to the deposing attorney.  You have the right
to review, sign, and make corrections to your transcript
within the 35-day period by coming to our office.  Please
call the above number to make an appointment for your
review.  It is standard policy not to release the
original transcript, and complimentary copies are not
provided.

If you are represented by an attorney, I advise that you
contact your attorney to discuss the matter.  You may
read your attorney's copy of the transcript and forward
any changes to our office by letter or by filling out the
correction page included in the transcript.  If you are
an independent witness and have any questions, please
contact the attorney who requested you to testify or this
office for further instructions.

There is no need to contact this office if you do not
wish to read your transcript.

Very truly yours,

GOLDEN STATE REPORTING & VIDEO

cc:  All Counsel

*Handwritten annotation:* Defendants object to Ex. 1 to Ms. Link's deposition as hearsay and cumulative to her deposition testimony. Plaintiff has stated he does not intend to offer the remaining exhibits to Ms. Link's deposition and defendants will not be offering them either.

12/19/2012  10:13    9164905624              C.C. COUNSELING              PAGE  01

Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY
SPENCER, and KATHRYN E. TETZ,

            Plaintiffs,

    v.

FORMER DEPUTY PROSECUTING
ATTORNEY FOR CLARK COUNTY JAMES
M. PETERS, DETECTIVE SHARON KRAUSE,
SERGEANT MICHAEL DAVIDSON, CLARK
COUNTY PROSECUTOR'S OFFICE, CLARK
COUNTY SHERIFF'S OFFICE, THE COUNTY
OF CLARK and JOHN DOES ONE THROUGH
TEN,

            Defendants.

No. C11-5424BHS

DECLARATION OF ANN LINK,
Ph.D.

Pursuant to 28 U.S.C. § 1746, Ann Link, Ph.D., declares under penalty of perjury under

the laws of the State of California and the United States of America that the following is true

and accurate:

    1. My name is Ann Link, Ph.D. I am a licensed clinical psychologist practicing in the

state of California. My business address is 5801 North Avenue, Carmichael, California.

    2. I have personal and direct knowledge of the facts set forth in this declaration, and I

will testify to them if called upon to do so.

PLAINTIFF'S
EXHIBIT

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES

3. In 1984 and 1985, I was a psychology intern and Ph.D. candidate. Starting in approximately September of 1984, I began treating Kathryn Spencer.

4. My custom and practice is to keep patient records until 7 years after a patient reaches 18 years of age. As a result, I no longer have any records regarding my care and treatment of Kathryn Spencer. I do, however, have an independent recollection of my sessions with Kathryn as described in this declaration.

5. Prior to my first session with Kathryn I met with Kathryn's mother to obtain background information regarding Kathryn.

6. After meeting with Kathryn's mother I met privately with Kathryn on multiple occasions. During my sessions with Kathryn she manifested a high level of anxiety. For example, I recall Kathryn balled up on the floor. I utilized play therapy, a form of psychotherapy, to reduce anxiety, encourage communication and promote healthy coping.

7. I specifically recall that at no point during my sessions with Kathryn did she describe being molested by anyone.

8. During play therapy sessions with Kathryn, I used play therapy supplies including toys, doll house dolls and art materials. Kathryn did not demonstrate any abuse to me using play therapy supplies.

9. I have a vague recollection of being contacted by a member of law enforcement from Washington, either a police officer or prosecutor, to discuss my treatment of Kathryn. At that time I told whoever I spoke with that Kathryn had not described any of the alleged abuse to me.

10. I never would have told any person, including law enforcement, that Kathryn had described any abuse to me because she had not done so.

11. I never had any further contact with law enforcement about being a witness to any alleged abuse.

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515

12. I have had the opportunity to review and make changes to this affidavit, and it is accurate to the best of my memory and recollection.

SIGNED this 13 day of December, 2012 in Carmichael, California.

Respectfully submitted,

*Ann Link, Ph.D.*

Ann Link, Ph.D.

Subscribed and Sworn to Before me
this __ day of December, 2012

_____
Notary Public

SEE ATTACHED FOR REQUIRED CALIFORNIA WORDING

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS)—3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
Will Rogers Road
Suite 610
Downer Grove, Illinois 60515

12/13/2012  10:13   9164895924          C. C, COUNSELING              PAGE  04

## CALIFORNIA JURAY WITH AFFIANT STATEMENT          GOVERNMENT CODE § 8200

☐ See Attached Document (Notary to cross-out lines 1–6 below)
☒ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. Aaron Link

2. _____

3. _____

4. _____

5. _____

6. Aaron Link _____        N/A
   Signature of Statement Signer No. 1              Signature of Statement Signer No. 2 (if any)

State of California

County of Sacramento

Subscribed and sworn to (or affirmed) before me

on this _13_ day of _Dec_ 20_12_
by

(1) Aaron Link
        (name of signer)
proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (and

(2) _____
        (name of signer)
proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
            Signature of Notary Public

CANDACE C. CHILDS
Commission # 1927490
Notary Public - California
Sacramento County
My Comm. Expires Mar 31, 2015

Place Notary Seal Above

------ OPTIONAL ------

Though the information below is not required by law, it may prove valuable
to persons relying on the document and could prevent fraudulent removal
and reattachment of this form to another document.

Further Description of Any Attached Document

Title or Type of Document: Declaration

Document Date: Dec 13, 2012   Number of Pages: 5 total

Signer(s) Other Than Named Above: N/A

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

### ANN LINK PH.D
5801 NORTH AVE
CARMICHAEL, CA,95808
916-489-6082

November 30, 2012

Kathleen Zellner
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Fax: 206-757-7700

Dear Ms. Zellner:

I am not allowed and cannot disclose whether or not Kathryn Spencer noted in the
subpoena served to me November 29, 2012 is known to me or has been under my care.
If the person has been my client, I could not provide any information without a signed
release or a valid court order.

Sincerely,

*Ann L. Link*

Ann L. Link, Ph.D.

PLAINTIFF'S
EXHIBIT
2

Spencer005050

### Authorization For Release of Information

Patient Name: Kathryn Spencer (married name Kathryn Tutz)
SS Number: 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
Date of Birth: 1/13/79
Address: 881 O Street, Lincoln, CA 95648

By signing this authorization form I authorize Ann Link, Ph.D., to disclose my health information, including any and all mental health information as described below, to Kathleen T. Zellner, 1901 Butterfield Road, Suite 650, Downers Grove, Illinois.

By signing this authorization form I authorize Ann Link, Ph.D., to discuss over the telephone my health information, including any and all mental health information as described below, with Kathleen T. Zellner, at (630) 955-1212.

I have signed this form voluntarily in order to document my wishes regarding the use and/or disclosure of the health information described below.

Description of Health Information I Authorize to be Used or Disclosed:
The following is a specific description of the health information I authorize to be disclosed: my entire chart, including but not limited to patient treatment, history, any and all psychiatric records, psychological records, diagnoses, notes, therapy notes, counseling notes, medication records, dates of treatment, and the like.

Description of Purpose for the Requested Use and/or Disclosures:
I authorize health information to be disclosed for the purpose of its utilization in the pending lawsuit of *Spencer v. Peters et al.*, Case No: C11-5424BHS, pending in the U.S. District Court for the Western District of Washington at Tacoma.

Rights with Respect to This Authorization:

Right to Revoke: I understand I have the right to revoke this authorization at any time. I also understand that my revocation of this authorization must be in writing. To obtain a copy of an authorization revocation form I may contact Kathleen T. Zellner & Associates. I am aware that my revocation will not be effective as to disclosures of my health information that the disclosing party and the receiving party have already made upon reliance of this authorization.

Right to Receive Copy of this Authorization: I understand that if I agree to sign this authorization, which I am not required to do, I must be provided with a signed copy of it.

Expiration: This authorization will expire 90 days after signing below unless revoked prior to the expiration date.

I, Kathryn Spencer (married name Kathryn Tutz), have had the opportunity to review and understand the contents of this form. By signing this form, I am confirming that it accurately reflects my wishes.

_Kathryn Spencer Tutz_                     12-10-2012
Kathryn Spencer Tutz                        Date

State of California   County of Placer

Subscribed and Sworn to Before Me
this 10 day of December, 2012

_Hasshila R. Patel_
Notary Public



PLAINTIFF'S EXHIBIT

Gmail - Attn: Dr. Link (Declaration regarding Kathryn Spencer)          https://mail.google.com/mail/u/0/?ui=2&ik=a0c2ea25c2&view=pt&q=...

Kathleen Zellner <ktzemployees@gmail.com>

## Attn: Dr. Link (Declaration regarding Kathryn Spencer)
1 message

Kathleen Zellner <ktzemployees@gmail.com>                        Tue, Dec 11, 2012 at 3:28 PM
To: capellycounseling@gmail.com

Dr. Link,

I have attached a declaration based on the information you provided today to Mrs. Zellner. The draft is being
sent in Word format, so that you can make any alterations or deletions as necessary.

Please make any changes you deem appropriate and sign the declaration before a notary. If you would be so
kind, please fax a copy of the declaration to us at 630-955-1111, and mail the original to us at:

    Kathleen T. Zellner & Associates, P.C.

    1901 Butterfield Road, Suite 650

    Downers Grove, Illinois 60515

Due to court deadlines time is of the essence, so we would ask that you send the signed declaration back to us
as soon as possible. We would sincerely appreciate it if you could send it back to us if at all possible by
tomorrow.

Sincerely,

Nicholas Curran

--
Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
Office:  (630) 955-1212
Fax:     (630) 955-1111

website:  Kathleenizellner.com

Confidentiality Notice:  This communication is confidential and may contain privileged information.  If you have
received it in error, please notify the sender by reply email and immediately delete it and any attachments

PLAINTIFF'S
EXHIBIT

Gmail - Attn: Dr. Link (Declaration regarding Kathryn Spencer)          https://mail.google.com/mail/u/0/?ui=2&ik=a0e2ea25c2&view=pt&q=...

without copying or further transmitting the same.

---

📄 Declaration of Ann Link (draft).docx
89K

1

2

3

4                                                    Honorable Judge Benjamin Settle

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

CLYDE RAY SPENCER, MATTHEW RAY
10   SPENCER, and KATHRYN E. TETZ,              No. C11-5424BHS

11              Plaintiffs,                     DECLARATION OF ANN LINK,
                                               Ph.D.
12        v.

13   FORMER DEPUTY PROSECUTING
     ATTORNEY FOR CLARK COUNTY JAMES
14   M. PETERS, DETECTIVE SHARON KRAUSE,
     SERGEANT MICHAEL DAVIDSON, CLARK
15   COUNTY PROSECUTOR'S OFFICE, CLARK
     COUNTY SHERIFF'S OFFICE, THE COUNTY
16   OF CLARK and JOHN DOES ONE THROUGH
     TEN,
17
                Defendants.
18

19        Pursuant to 28 U.S.C. § 1746, Ann Link, Ph.D., declares under penalty of perjury under

20   the laws of the State of California and the United States of America that the following is true

21   and accurate:

22
          1. My name is Ann Link, Ph.D. I am a licensed clinical psychologist practicing in the
23
     state of California. My business address is 5801 North Avenue, Carmichael, California.
24
          2. I have personal and direct knowledge of the facts set forth in this declaration, and I
25
26   will testify to them if called upon to do so.

27

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
Law Offices
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 (phone) 630.955.1111 (fax)

3. In 1984 and 1985, I was a psychology intern and Ph.D. candidate. Starting in approximately September of 1984, I began treating Kathryn Spencer.

4. My custom and practice is to keep patient records until 7 years after a patient reaches 18 years of age. As a result, I no longer have any records regarding my care and treatment of Kathryn Spencer. I do, however, have an independent recollection of my sessions with Kathryn as described in this declaration.

5. Prior to my first session with Kathryn I met with Kathryn's mother to obtain background information regarding Kathryn.

6. After meeting with Kathryn's mother I met privately with Kathryn on multiple occasions. During my sessions with Kathryn she manifested a high level of anxiety. For example, I recall Kathryn balled up on the floor. I utilized play therapy, a form of psychotherapy, in an attempt to communicate with Kathryn and assess her underlying psychological state.

7. I specifically recall that at no point during my sessions with Kathryn did she describe being molested by anyone.

8. During that time period I never used dolls to elicit information from a child regarding possible abuse, because in my view such dolls are suggestive. I did not use any dolls during my sessions with Kathryn, and Kathryn never demonstrated any abuse to me using dolls.

9. I have a vague recollection of being contacted by a member of law enforcement from Washington, either a police officer or prosecutor, to discuss my treatment of Kathryn. At that time I told whoever I spoke with that Kathryn had not described any of the alleged abuse to me.

10. I never would have told any person, including law enforcement, that Kathryn had described any abuse to me because she had not done so.

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 2

Kathleen Y. Zellner & Associates, P.C.
LAW OFFICES
1901 Dowsfield Road
Suite 500
Downers Grove, Illinois 60515
630.955.1360 ph/630.955.1361 fx

11. I never had any further contact with law enforcement about being a witness to any alleged abuse. At the time I assumed I was not contacted because Kathryn had not related to me that she had been sexually abused.

12. I have had the opportunity to review and make changes to this affidavit, and it is accurate to the best of my memory and recollection.

SIGNED this ___ day of December, 2012 in Carmichael, California.

Respectfully submitted,

_____
Ann Link, Ph.D.

Subscribed and Sworn to Before me
this ___ day of December, 2012

_____
Notary Public

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 3

Halliday T, Hallier & Associates, P.C.
LAW OFFICES
1601 Butterfield Road
Suite 600
Downers Grove, Illinois 60515
630.355.6312 phone/630.355.6313 fax

Gmail - Revised Declaration                                https://mail.google.com/mail/u/0/?ui=2&ik=a0c2ca25a2&view=pt&q=...



Kathleen Zellner <ktzemployees@gmail.com>

## Revised Declaration

Kathleen Zellner <ktzemployees@gmail.com>                    Wed, Dec 12, 2012 at 3:50 PM
To: capollycounseling@gmail.com

Dr. Link,

Please find Kathryn's authorization and your revised declaration attached.

Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Office: (630) 955-1212
Fax:    (630) 955-1111

website: kathleenZellner.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have
received it in error, please notify the sender by reply email and immediately delete it and any attachments
without copying or further transmitting the same.

2 attachments

Declaration of Ann Link (draft).docx
34K

Authorization for Deposition.pdf
126K



Authorization For Release of Information

Patient Name:  Kathryn Spencer (married name Kathryn Tatz)
SS Number: 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
Date of Birth: 1/13/79
Address: 691 C Street, Lincoln, CA 95648

By signing this authorization form I authorize Ann Link, Ph. D., to testify in a deposition for the pending lawsuit of Spencer v. Peters et al., Case No. C11-5411DUS, and at that time describe my and all mental health care provided, to me during the years of 1994 and 1995.

It is my understanding that Ann Link, Ph. D., does not have any documents in her possession regarding my mental health.

I have signed this form voluntarily in order to document my wishes regarding the use and/or disclosure of my mental health information.

Description of Purpose for the Requested Use and/or Disclosure:
I authorize my mental health information to be disclosed for the purpose of testification in the pending lawsuit of Spencer v. Peters et al., Case No. C11-5411DUS, pending in the U.S. District Court for the Western District of Washington in Tacoma.

Rights With Respect to This Authorization

Right to Revoke:  I understand I have the right to revoke this authorization at any time.  I also understand that my revocation of this authorization must be in writing.  To obtain a copy of an authorization revocation form I may contact Kathleen T. Zellner & Associates.  I am aware that my revocation will not be effective as to disclosures of my Health Information that the disclosing party and the receiving party have already made upon reliance of this authorization.

Right to Receive Copy of this Authorization:  I understand that if I agree to sign this authorization, which I am not required to do, I must be provided with a signed copy of it.

Expiration:  This authorization will expire 90 days after signing below unless revoked prior to the expiration date.

I, Kathryn Spencer, (married name Kathryn Tatz), have had the opportunity to review and understand the contents of this form.  By signing this form, I am confirming that it accurately reflects my wishes.

_Kathryn Spencer Tatz_ signature                                12-12-2012
Kathryn Spencer Tatz                                             Date

State of California, county of Placer
Subscribed and Sworn to before me
this 12 day of December, 2012

_Harshila R. Patel_
Notary Public

Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, MATTHEW RAY SPENCER, and KATHRYN E. TETZ, | No. C11-5424BHS |
| Plaintiffs, | DECLARATION OF ANN LINK, Ph.D. |
| v. | |
| FORMER DEPUTY PROSECUTING ATTORNEY FOR CLARK COUNTY JAMES M. PETERS, DETECTIVE SHARON KRAUSE, SERGEANT MICHAEL DAVIDSON, CLARK COUNTY PROSECUTOR'S OFFICE, CLARK COUNTY SHERIFF'S OFFICE, THE COUNTY OF CLARK and JOHN DOES ONE THROUGH TEN, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, Ann Link, Ph.D., declares under penalty of perjury under the laws of the State of California and the United States of America that the following is true and accurate:

1. My name is Ann Link, Ph.D. I am a licensed clinical psychologist practicing in the state of California. My business address is 5801 North Avenue, Carmichael, California.

2. I have personal and direct knowledge of the facts set forth in this declaration, and I will testify to them if called upon to do so.

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
Law Offices
1901 Butterfield Road
Suite 650 Downers Grove, Illinois 60515
630.955.1212 office · 630.955.1111 fax

1    3. In 1984 and 1985, I was a psychology intern and Ph.D. candidate. Starting in

2    approximately September of 1984, I began treating Kathryn Spencer.

3    4. My custom and practice is to keep patient records until 7 years after a patient reaches

4    18 years of age. As a result, I no longer have any records regarding my care and treatment of

5    Kathryn Spencer. I do, however, have an independent recollection of my sessions with

6    Kathryn as described in this declaration.

7    5. Prior to my first session with Kathryn I met with Kathryn's mother to obtain

8    background information regarding Kathryn.

9

10   6. After meeting with Kathryn's mother I met privately with Kathryn on multiple

11   occasions. During my sessions with Kathryn she manifested a high level of anxiety. For

12   example, I recall Kathryn balled up on the floor. I utilized play therapy, a form of

13   psychotherapy, to reduce anxiety, encourage communication, and promote healthy coping.

14   7. I specifically recall that at no point during my sessions with Kathryn did she describe

15   being molested by anyone.

16

17   8. During play sessions with Kathryn Spencer, I used play therapy, including toys, doll

18   house dolls, and art materials. Kathryn Spencer did not demonstrate abuse to me using play

19   therapy supplies. Because Kathryn Spencer did not disclose abuse to me, I did not use

20   anatomical dolls.

21   9. I never confirmed abuse of Kathryn Spencer with law enforcement and/or any

22   prosecutor.

23

24   10. I have had the opportunity to review and make changes to this affidavit, and it is

25   accurate to the best of my memory and recollection.

26

27

DECLARATION OF ANN LINK, Ph.D.
(C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650, Downers Grove, Illinois 60515
630.955.1212 (tel) • 630.955.1111 (fax)

Spencer000604

1    SIGNED this ___ day of December, 2012 in Carmichael, California.

2                                          Respectfully submitted,

3

4

5                                          _____
                                           Ann Link, Ph.D.,
6    Subscribed and Sworn to Before me
     this ___ day of December, 2012
7

8    _____
9    Notary Public

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF ANN LINK, Ph.D.                    Kathleen T. Zellner & Associates, P.C.
(C11-5424BHS) — 3                                          LAW OFFICES
                                                        1901 Butterfield Road
                                                    Suite 650 Downers Grove, Illinois 60515
                                                    630.955.1212 main · 630.955.1111 fax

Gmail - Documents                                    https://mail.google.com/mail/u/0/?ui=2&ik=a0c2ea25a2&view=pt&q=...

 **Gmail**                          Kathleen Zellner <ktzemployees@gmail.com>

## Documents
1 message

Kathleen Zellner <ktzemployees@gmail.com>                    Wed, Dec 12, 2012 at 3:54 PM
To: capoltycounseling@gmail.com

Dr. Link,

Per your request, please find the attached documents.

—
Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Office: (630) 955-1212
Fax:    (630) 955-1111

website: kathleenzellner.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have
received it in error, please notify the sender by reply email and immediately delete it and any attachments
without copying or further transmitting the same.

3 attachments

📄 Peters Dep Excerpt 1.pdf
   339K

📄 Peters Dep Excerpt 2.pdf
   167K

📄 Notes.pdf
   390K



PLAINTIFF'S EXHIBIT

Spencer005887  12/13/2012  12:47 PM

JOHNSON (James M. Peters, 11/8/12)

97

1   Q  Did you have any understanding that Shirley Spencer had

2      made statements that she did not believe Ray had done

3      anything to Katie?

4   A  I know she was standing by her husband.  I remember that.

5   Q  Okay.  Did you know that Katie had stated that she did not

6      want to talk to boys about the abuse?

7   A  To whom and when?  I don't remember that.

8   Q  Okay.  You can take a look at Exhibit 3, if you'd like.

9      This is Rebecca Roe's report on page 1.

10   A  (Witness complying).

11   Q  Seven lines up from the bottom.

12   A  (Witness perusing document)  I see where that's written

13      there.  It says, "Sharon Krause had to spend several hours

14      one-on-one with victim who also indicated she would not

15      talk about it, quote, with boys, end quote."

16   Q  All right.  And staying on that page since you have it in

17      front of you, did you also know that Katie did not talk to

18      a female counselor about it?

19   A  Actually, that's in -- I see that is written in Rebecca

20      Roe's report, but that's not accurate.

21   Q  Well, Rebecca Roe reported that Katie would not talk to a

22      female counselor about it, correct?

23   A  I see what's written in Rebecca Roe's report, but as I told

24      you, that's inaccurate.  I talked to the female counselor

25      myself who told me that she had been speaking with Katie

Scanner005960

JOHNSON (James M. Peters, 11/8/12)

96

1    since September and that on November 1st, 1984, Katie had

2    described the abuse to her using anatomical dolls.

3  Q  That was Ann Link, right?

4  A  Yes.

5  Q  November 1st was the first time you say -- you say -- Katie

6    Spencer reported it, correct?

7  A  I didn't say that.

8  Q  To Ann Link?

9  A  Oh, all I know is what Ann Link told me.  I don't know

10    about anything else.

11  Q  Okay.  And that first revelation that you're talking about

12    came to Ann Link as Ann Link told you on November 1st of

13    '84, correct?

14  A  Just to be clear, there had been prior revelations to

15    Shirley Spencer and to Sharon Krause.  The first

16    revelation --

17  Q  I'm just talking about Ann Link.

18  A  As far as I know, when Mr. Rulli and I talked to Ann Link

19    in Sacramento, she told us that Katie had disclosed to her

20    sexual abuse by Ray, described it with anatomical dolls,

21    including fallatio, my word, not hers, oral sex with a man,

22    on November 1st.

23  Q  That was after Sharon Krause had spent a substantial period

24    of time with Sharon Krause -- I mean with Katie Spencer,

25    correct?

JOHNSON (James M. Peters, 11/8/12)

125

1   A   I was.   I'm sorry.

2   Q   Okay.   Aside from that report, are there other documents

3       that support your assertion that Katie was excessively

4       masturbating, her underwear was worn out, and she had

5       precocious sexual knowledge?

6   A   Yes.

7   Q   And would those also be Sharon Krause reports --

8   A   No.

9   Q   -- authored by her?

10  A   No.

11  Q   What would those be?

12  A   The information now, your question was compound, had

13      multiple subjects in it, but the behavioral indicators

14      portion of it was relayed to me by Ann Link, and it's in

15      the notes of Rulli and my interview with Ann Link.

16  Q   All right.   Other than Ann Link and the report you've read,

17      are there other documents that reflect the excessive

18      masturbation, worn-out underwear, and precocious sexual

19      knowledge?

20  A   The initial reports documented by Shirley Spencer clearly

21      show this child had been prematurely sexualized including

22      by a male, whom she identified as her father.

23  Q   All right.   Other than that, any more?

24  A   Off the top of my head, I can't recall.

25  Q   You also stated that -- or did you state that you gave

Cornelia Nicol , Ph.D candidate          Matt

Anna Lickus , Ph.D. candidate          Kathy

Connie

No eating disorder

Spencer 00809

Spencer 005972

(3)  When she came back from when she finished
"morning pages" to things that Cookie had
not bothered her
Enduring post-traumatic anxiety
Reported by Nance

(4)  Difficulty concentrating
Reported by Nance
Observed by Nance while under subjection of when ill
Deborah reported that was very concentration of Katy

Symptoms have gotten less than they

last time said her was March 13. When she was in the
High Security

Spencer-009810

Gmail - Spencer v. Peters et al.                    https://mail.google.com/mail/w0/?ui=2&ik=a0c2ca25c2&view=pt&se...



Kathleen Zellner <klzemployees@gmail.com>

## Spencer v. Peters et al.

Kathleen Zellner <klzemployees@gmail.com>                    Thu, Dec 19, 2012 at 1:58 PM
To: capcitycounseling@gmail.com

Dr. Link,

Attached is a copy of the Rebecca Roe report from November of 1984.

Nick

--
Kathleen T. Zellner & Associates, P.C.
Esplanade IV
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
Office:  (630) 955-1212
Fax     (630) 955-1111

website:  kathleenzellner.com

Confidentiality Notice:  This communication is confidential and may contain privileged information.  If you have received it in error, please notify the sender by reply email and immediately delete it and any attachments without copying or further transmitting the same.

📄 Rebecca Roe Report (11-27-84).pdf
   1314K



PLAINTIFF'S
EXHIBIT

Date: 11/27/84

pect: Clyde Ray Spencer   Referred Crime: SR 1°

Officer: Sharon Krause   Agency: Clark Co.   Case No: 84-8506
Sheriff Off

We are declining to file this case in Superior Court for the following reason:

[ ] A. Case is being returned for filing in municipal or district court.

[ ] B. Case is being declined for non-evidentiary reasons.

[X] C. Case is being returned because it is legally insufficient.

Reasons:

Five year old victim alleges her natural father
sexually assaults her when she visits
and her step-mom Shirley in Vancouver, Wash.
initial disclosure to Shirley and victim
names 3 others as having abused her in
addition to Hess.

1) Child appears from police reports
to be extremely reluctant to talk
about facts. Sharon Krause has had to
spend several hours one on one with
victim, who also indicated she
would not talk about it "with
Boys". She also did not talk to
a female counselor. This clearly
does not bode well for testifying
in court.

2) initial naming of multiple →

tim Interview? _____ yes _____ no    Proposed by: _____ , Date:

I notified on _____    Approved by: R S Roe  Date: 11/27/84
                                    King County Prosecuting Attorney's Office
                                    DECLINE

(Original to file; copy to detective; Chief, Criminal Division)

00000227
Spencer000411
Spencer000968

Date: 11-27-84

Suspect: Clyde Ray Spencer   Referred Crime: Rape (Stat)

Officer: _____   Agency: _____   Case No: 84-8506

We are declining to file this case in Superior Court for the following reason:

☐ A.  Case is being returned for filing in municipal or district court.

☐ B.  Case is being declined for non-evidentiary reasons.

☐ C.  Case is being returned because it is legally insufficient.

Reasons:

1) If it happened more than 1x — to account
for inconsistent explanations, I'd
expect ejaculation at some point
being described.

2) In sum, I think a case with a
five year old and absolutely
nothing else is filable if
there is no significant problem
with what the five year old
says. Here, there are several
problems. Although I believe
child was clearly abused
and probably by the defendant,
the case is untriable even
assuming you can get the child
to talk.

Victim interviewed ___ yes ___ no      Proposed by: _____   Date: ___

Victim notified on _____          Approved by: R. G. Roe   Date: 11/27/84.

King County Prosecuting Attorney's Office

DECLINE

(Original to file; copy to detective; Chief, Criminal Division)

00000229
Spencer000448
Spencer005900

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #04-0506
SUPPLEMENTAL RPT

STATUTORY RAPE, 1ST DEGREE, RCW 9A.44.070
LOCATION OF INCIDENT:    17681 NE Lucia Falls Road, Yacolt, Washington
DATE OF INCIDENT:        Between 07-14-84 and 08-26-84

DATE & TIME:             10-18-84                      2100 hours
LOCATION:                Holiday Inn, Room #135
                         5321 Date Avenue
                         Sacramento, California 95841-2597
INCIDENT:                Witness Interview

PERSON INTERVIEWED:      SPENCER, DeAnne Sue          dob: 02-04-50
                         3930 Bacarra Way
                         Sacramento, California       phone: (916) 482-6057
                         Work phone: (916) 920-8256, Ext. 834

VICTIM:                  SPENCER, Kathryn E.          dob: 01-13-79
                         3930 Bacarra Way
                         Sacramento, California       phone: (916) 482-6057

SUSPECT:                 SPENCER, Clyde Ray           dob: 01-09-48
                         aka: Ray SPENCER
                         17681 NE Lucia Falls Road
                         Yacolt, Washington           phone: (206) 667-2407
                         Work phone: (206) 696-8292

CCSO Case #04-0506  S.A. KRAUSE/K-43                          page 1 of 22



PLAINTIFF'S
EXHIBIT

Spencer-00501

DATE & TIME:          11-01-84                    10:42 AM
INCIDENT:             Contact with Ray SPENCER
                      at the Clark County Sheriff's Office

                      During the week of October 15th I was in Sacramento,
California continuing the investigation regarding the allegations that Kathryn
SPENCER was making.  On the morning of 11-01-84 Detective Sgt. DAVIDSON made
phone contact with Ray SPENCER and asked if he would respond to the Sheriff's

CCSO Case #84-0586, R.A. KRAUSE, K-43                        page 7 of 12

Spencer-00537

As I entered the room Ray SPENCER was indicating he was
upset with the Sheriff's Office because of how we had handled the investigation,
commenting on the length of time it had taken and also how we had dealt with the
city and the "over all delays." Sgt. DAVIDSON and I tried to explain to him that
it seemed futile on our part to respond to Sacramento initially when everyone
including his daughter's therapist felt it would not be in the child's best
interest for us to come to Sacramento.

Spencer-00536

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8906
SUPPLEMENTAL RPT

STATUTORY RAPE IN THE FIRST DEGREE, RCW 9A.44.070
LOCATION OF INCIDENT:
DATE OF INCIDENT:

| | | |
|---|---|---|
| DATE & TIME: | 10-18-84 | 2030 hours |
| LOCATION: | Holiday Inn, Room #139 | |
| | 5321 Date Street | |
| | Sacramento, California 95841-2577 | |
| INCIDENT: | Interview with Victim | |

| | | |
|---|---|---|
| VICTIM: | SPENCER, Kathryn E. | dob: 01-13-79 |
| | alias Katie | |
| | aka: Kathy | |
| | 3930 Bacerra Way | |
| | Sacramento, California 95821 | phone: (916) 482-6057 |
| SUSPECT: | SPENCER, Clyde Ray | dob: 01-09-48 |
| | aka: Ray SPENCER | |
| | 17691 NE Lucia Falls Road | |
| | Yacolt, Washington | phone: 687-1407 |
| | Work phone: (206) 696-8272 | |

CCSO Case #84-8906, B.A.Krause, K-34                                    page 1 of 12



PLAINTIFF'S
EXHIBIT
C

Spencer-00461

On the afternoon of 10-17-84 I accompanied Katie and her mother, Deanna SPENCER, to a therapy session.  Regarding that session refer to additional utility report.

CCSO Case #94-8594, S.A.Krause; K-34

Spencer-00462

After Katie and I finished the sundae, with her agreeing to do so, we proceeded to the Holiday Inn where I was staying. During the time I was driving to the Holiday Inn from the bail field, Katie appeared to be open about what we were going to talk about and did not appear to be reluctant in any way to go with me. At one point during the time I was driving Katie commented on the time we had spent on the previous day with Ann LINK who is Katie's therapist. Katie stated to me, "Ann still loves me and is proud of me because it's not my fault that happened, is it?" I assured her that it was

CCSO Case #84-8505, S.A.Krause, K-34                    page 4 of 12

Spencer-00464

not her fault.  Katie stated to me, "I just didn't want to have to say those words to Ann but maybe I can tell her later when I tell her a story."  (The therapist, Ann LINK, uses play therapy with Katie during the one hour sessions.)

Spencer-00405

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE 1184-8584
SUPPLEMENTAL RPT

1ST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:     17681 NE Lucia Falls Road
                          Yacolt, Washington
DATE OF INCIDENT:         Refer to Summary

| | | |
|---|---|---|
| DATE & TIME: | 03-21-85 | 10:30 AM |
| LOCATION: | CCSO, Investigation Unit | |
| INCIDENT: | Interview with Victim | |

VICTIM:          HANSEN, Matthew Alan          dob: 02-20-80
                 17681 NE Lucia Falls Road
                 Yacolt, Washington             phone: 687-2407

SUSPECT:         SPENCER, Clyde Ray             dob: 01-29-48
                 aka: Ray SPENCER
                 17681 NE Lucia Falls Road
                 Yacolt, Washington             phone: 687-2407

CCSO Case 1184-8584, S.A.KRAUSE, K-43 .                    page 1 of 9

PLAINTIFF'S
EXHIBIT
10

Spencer-00607

When Matt HANSEN advised me that he had observed both Kathrun and Matt SPENCER being victimized by their father, I immediately advised Deanna SPENCER by telephone. Deanna SPENCER related to me that she, in turn, advised the children's therapists. I also have had phone conversation on occasion with both the therapists and provided them with any information I had that may assist them in dealing with the SPENCER children.

CCSO Case #B4-8504, S.A.KRAUSE, K-43                    page 2 of 9

CLARK COUNTY SHERIFF'S OFFICE, WASHINGTON
UTILITY REPORT

CASE #84-8506
SUPPLEMENTAL RPT

1ST DEGREE STATUTORY RAPE, RCW 9A.44.070
LOCATION OF INCIDENT:    17681 NE Lucia Falls Road
                          Yacolt, Washington
DATE OF INCIDENT:        Refer to Summary


DATE & TIME:             03-25-85                    1315 hours
LOCATION:                CCSO, Investigation Unit
INCIDENT:                Interview with Victim

VICTIM:                  SPENCER, Kathryn E.         dob: 01-13-79
                          aka:  Kathy
                          aka:  Katie
                          3930 Beterra Way
                          Sacramento, California      phone: (916) 482-6057

SUSPECT:                 SPENCER, Clyde Ray           dob:  01-09-48
                          aka:  Ray SPENCER
                          17681 NE Lucia Falls Road
                          Yacolt, Washington          phone: 687-1407

ATTACHED:                Copy of a cartoon drawing used during my conversation
                          with the above listed victim regarding what she called
                          specific parts of her body


CCSO Case #84-8506; S.A.KRAUSE, K-43                            page 1 of 6



PLAINTIFF'S
EXHIBIT

Spencer001982

I asked Katie if she would like me to call her therapist in Sacramento and tell her what we had talked about and she appeared to be eager for me to do that.

CCBO Case #B4-B505, S.A.KRAUSE, K-43 .                    page 5 of 5

Spencer001986

1                                 May 23, 1985

2

3                    SENTENCING

4

5

6

7

8

9

10

.11

12

13

14

15

16

17

18

19

20

21                    MR. PETERS:

22

23

24

25

46



PLAINTIFF'S
EXHIBIT

Spencer-01084

1
2
3
4
5
6
7      The therapist in the reports and the mothers  report
8   that the therapists are saying that it's going to be a long-
9   term process of therapy for these children before they're
10  healthy, and the reason for that is the ongoing sexual abuse.
11      Mr. Rulli and I, when we were in Sacramento, talked to
12  the therapists of Matthew Spencer and Kathryn Spencer, and
13  they indicated that the children were experiencing substantial
14  psychological and behavioral problems of the type typically
15  seen in victims of sexual abuse.  There is no telling how
16  long these children will be having these problems.  Perhaps
17  for the rest of their lives.  But it's likely, of course,
18  that it would not have happened had it not been for the
19  inappropriate behavior of Mr. Spencer.
20
21
22
23
24
25

47

Spencer-01095



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MR. RULLY:  Your Honor, in

53

Spencer-01101

1   response to Mr. Peters' comments when I interviewed -- Sat

2   in on the interview with the children in the therapist's

3   office, I got the impression from the therapist that the

4   children were coming along. That they were being more open

5   about this and as they open and discuss it more that they

6   were feeling better about the whole situation. I think both

7   therapists for the children in California indicated that.

8   I haven't had an opportunity to talk only to the therapist

9   in Vancouver regarding Matthew Hansen, and regarding

10  Matthew Spencer and Kathryn Spencer. That's the impression

11  they gave when I interviewed them, Your Honor.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

54

Spencer-01102

# WASHINGTON STATE CHILD ABUSE REPORTING LAWS:
## Summary of Legislative Changes
### 1965 - 1996

Sharon Silas

with

Roxanne Lieb

October 1996

# WASHINGTON STATE CHILD ABUSE REPORTING LAWS:
## Summary of Legislative Changes

| YEAR | DEFINED IN STATUTE | WHO REPORTS ABUSE | MAY OR SHALL REPORT | TO WHOM THEY REPORT | TIMING AND PROCEDURES | MISCELLANEOUS |
|---|---|---|---|---|---|---|
| 1965 Chapter 13 | • Court means Superior Court of WA, Juvenile Department. • Practitioner means a person licensed in the state to practice chiropody, chiropractic, dentistry, osteopathy, and surgery, or medicine and surgery. • Institution means a private or public hospital or any other facility providing medical diagnosis, treatment or care. | Practitioner Report when: cause to believe physical injury inflicted upon person (other than accidental) physical neglect, sexual abuse. | MAY | • Proper law enforcement person. • Person in charge of the institution where they are working. | An immediate oral report may be made by telephone or otherwise and may be followed by a written report. | |
| 1969 RCW 26.44.010 through 26.44.050 | • Practitioner expanded to include Christian Science Practitioner. • Department means State Department of Public Assistance. • Child means anyone under the age of 18, also any mentally retarded person regardless of age. • Professional School Personnel includes, but is not limited to: teachers, counselors, administrators and school nurses. • Social Worker shall mean anyone engaged in encouraging or promoting the health or welfare or support or education of children under the age of 18, whether in an individual capacity, or as an employee or agent of any public or private organization or institution. • Psychologist includes any person licensed to practice psychology, whether acting as an individual capacity, or as an employee or agent of any public or private organization or institution. • Pharmacist is any registered pharmacist. • Clergyman shall mean any regularly licensed or ordained minister or any priest of any church or religion. • Death of a child, other than accidental, is included in the definition of reasonable cause to report abuse. | Practitioner, professional school personnel, registered nurse, social worker, psychologist, pharmacist, clergyman, or an employee of the department. Report when: reasonable cause to believe a child has died, physical injury (other than accidental) or suffering physical, sexual abuse or neglect. | MAY | • Proper law enforcement or department. • Person in charge of the institution, organization, school or department. | | INVESTIGATION: It is the duty of law enforcement agency or department to investigate and provide child welfare services and when necessary to refer such report to court. RECORDS: Department shall maintain a central registry of reported cases of child abuse. Records are confidential and privileged and not available to any person or agency except law enforcement agencies. |