**THE HONORABLE BENJAMIN H. SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>                    Plaintiff,<br><br>v.<br><br>JAMES M. PETERS, et al.,<br><br>                    Defendants. | **NO.  C11 5424 BHS**<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OBJECTIONS TO DECLARATION OF SHARON KRAUSE**<br><br>Noted for Consideration:<br>January 2, 2014 |

This matter coming on for consideration of Defendants' Motion to Strike Plaintiff's Objections to Declaration of Sharon Krause, and the Court having reviewed all the pleadings filed herein, it is hereby ordered:

ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Strike Plaintiff's Objections to Declaration of Sharon Krause is hereby GRANTED, and that Plaintiff's Objections to Declaration of Sharon Krause for Motion in Limine Issues Raised by the Court (Dkt. 231) is hereby STRICKEN.

DATED this ____ day of January 2014.

_____
Judge Benjamin H. Settle
United States District Court Judge

**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OBJECTIONS TO DECLARATION OF SHARON KRAUSE- 1**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1 | Presented by:

2 | LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

3

*s/ Guy Bogdanovich*

4 | _____
Guy Bogdanovich, WSBA No. 14777

5 | Attorney for Defendant Sharon Krause
PO Box 11880

6 | Olympia WA 98508-1880
(360) 754-3480   Fax: (360) 357-3511

7 | Email: gbogdanovich@lldkb.com

**(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S OBJECTIONS
TO DECLARATION OF SHARON KRAUSE- 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511