UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER,

                    Plaintiff,

          v.

SHARON KRAUSE and MICHAEL DAVIDSON,

                    Defendants.

CASE NO. C11-5424 BHS

ORDER

This matter comes before the Court on the Plaintiff's designation of deposition transcript of witness Dr. Ann Link, Ph.D.'s December 17, 2012 testimony (Link Dep.) (Dkt. 232-1-3) and the objections and responses submitted therein. The Court has considered the objections and the responses and hereby sustains in part and overrules in part the objections to the deposition.

The objections to the Link Dep. delineated below are hereby sustained. Those objections not referenced below are overruled.

          (1)      15:14 − 16:6

          (2)      16:14-20

ORDER - 1

1 || It is so **ORDERED**.

2 || Dated this 6th day of January, 2014.

3

4

_____

BENJAMIN H. SETTLE
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2