UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLYDE RAY SPENCER,

           Plaintiff,

    v.

SHARON KRAUSE and MICHAEL DAVIDSON,

           Defendants.

CASE NO. C11-5424 BHS

ORDER

This matter comes before the Court on the Plaintiff's supplemental filing the videotaped deposition transcript of witness Menona Landrum's March 18, 2013 (Landrum Dep.) (Dkt. 219-1-7) and the objections and responses submitted therein. The Court has considered the objections and the responses and hereby sustains in part and overrules in part the objections to the deposition.

The objections to the Menona Dep. delineated below are hereby sustained. Those objections not referenced below are overruled.

    (1)    20:20 − 21:12

    (2)    41:6-11 (beginning with the words "I mean")

    (3)    83:23-25

    (4)    85:1-13

1   It is so **ORDERED**.

2   Dated this 6th day of January, 2014.

                                                                      BENJAMIN H. SETTLE  
                                                                       United States District Judge