Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, | ) No. C11-5424BHS |
| Plaintiff, | ) |
| v. | ) **PARTIES' PROPOSED LIMITING INSTRUCTIONS AND DEFINITION OF *ALFORD* PLEA, WITH OBJECTIONS** |
| DETECTIVE SHARON KRAUSE, and SERGEANT MICHAEL DAVIDSON, | ) |
| Defendants. | ) **TRIAL DATE: January 7, 2014** |

Now come the parties, by and through their respective attorneys, and hereby submit proposed limiting instructions and an instruction concerning the definition of an *Alford* plea. In support thereof, the parties state as follows:

1. The parties have agreed to an instruction with regard to the former party status of witnesses, should this Court admit such evidence. *See* Exhibit A.

2. As to the remaining proposed limiting instructions, the parties have not been able to come to any final agreement despite conferring in good faith. However, most of the wording for each instruction has been agreed to. The disputed portions of each instruction have been underlined, with objections and responses to objections below each proposed instruction. *See* Exhibits B-F.

PARTIES' PROPOSED LIMITING
INSTRUCTIONS AND DEFINITION OF ALFORD
PLEA, WITH OBJECTIONS (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

3. The parties have been unable to reach an agreement with regard to the definition of an *Alford* instruction. Therefore, both sides have submitted a proposed instruction with objections from the opposing party and responses thereto. *See* Exhibits G-H.

Respectfully submitted

| On Behalf of Plaintiff Spencer: | On Behalf of Defendant Krause: |
|---|---|
| /s/ Kathleen T. Zellner | /s/ Guy Bogdanovich |
| Kathleen T. Zellner | Guy Bogdanovich, WSBA No. 14777 |
| *Admitted pro hac vice* | Law, Lyman, Daniel, Kamerrer & |
| Kathleen T. Zellner & Associates, P.C. | Bogdanovic, P.S. |
| 1901 Butterfield Road, Suite 650 | P.O. Box 11880 |
| Downers Grove, Illinois  60515 | Olympia, Washington  98504 |
| | **On Behalf of Defendant Davidson:** |
| /s/ Daniel T. Davies | /s/ Jeffrey A.O. Freimund |
| Daniel T. Davies, WSBA No. 41793 | Jeffrey A.O. Freimund, WSBA No. 17384 |
| Davis Wright Tremaine LLP | Freimund Jackson Tardif & Benedict |
| 1201 Third Avenue, Suite 2200 | Garratt, PLLC |
| Seattle, Washington 98101 | 711 Capitol Way S., Suite 602 |
| | Olympia, Washington  98502 |

PARTIES' PROPOSED LIMITING INSTRUCTIONS AND DEFINITION OF ALFORD PLEA, WITH OBJECTIONS (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

### Index to Proposed Instructions

Exhibit A – Proposed Limiting Instruction:  Evidence of Status as Former Party

Exhibit B – Proposed Limiting Instruction:  Evidence of Alleged Information Gathered by Sharon Krause

Exhibit C – Proposed Limiting Instruction:  Evidence of Children's Interviews

Exhibit D – Proposed Limiting Instruction:  Evidence of Defendant Davidson's Alleged Jail Visits

Exhibit E – Proposed Limiting Instruction:  Evidence of Medical Examination and Report

Exhibit F – Proposed Limiting Instruction:  Evidence of Videotaped Interview

Exhibit G – Plaintiff's Proposed Instruction re Definition of Alford Plea

Exhibit H – Defendant's Proposed Instruction re Definition of Alford Plea

PARTIES' PROPOSED LIMITING
INSTRUCTIONS AND DEFINITION OF ALFORD
PLEA, WITH OBJECTIONS (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax