Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>        Plaintiff,<br><br>    v.<br><br>DETECTIVE SHARON KRAUSE, and<br>SERGEANT MICHAEL DAVIDSON,<br><br>        Defendants. | No. C11-5424BHS<br><br>**PARTIES' PROPOSED STATEMENT OF FACTS REGARDING COMMUTATION AND SUBSEQUENT JUDICIAL PROCEEDINGS, WITH OBJECTIONS**<br><br>TRIAL DATE:<br>**January 7, 2014** |

Now come the parties, by and through their respective attorneys, and hereby submit their Proposed Statement of Facts Regarding the Governor's Conditional Commutation of Sentence and Ensuing Post-Conviction Judicial Proceedings, and state as follows:

1. The parties have conferred in good faith, but have been unable to reach an agreement with regard to the proposed statement of facts regarding Plaintiff's commutation and the subsequent post-conviction judicial proceedings. Plaintiff's proposed statement of facts, along with Defendants' objections and Plaintiff's responses thereto, are attached as Exhibit A. Defendants' proposed statement of facts, along with Plaintiff's objections and Defendants' responses thereto, are attached as Exhibit B.

PARTIES' PROPOSED STATEMENT OF FACTS
REGARDING COMMUTATION AND SUBSEQUENT
JUDICIAL PROCEEDINGS, WITH OBJECTIONS
(C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

Respectfully submitted

| **On Behalf of Plaintiff Spencer:** | **On Behalf of Defendant Krause:** |
|---|---|
| /s/ Kathleen T. Zellner | /s/ Guy Bogdanovich |
| Kathleen T. Zellner | Guy Bogdanovich, WSBA No. 14777 |
| *Admitted pro hac vice* | Law, Lyman, Daniel, Kamerrer & |
| Kathleen T. Zellner & Associates, P.C. | Bogdanovich, P.S. |
| 1901 Butterfield Road, Suite 650 | P.O. Box 11880 |
| Downers Grove, Illinois 60515 | Olympia, Washington 98504 |

**On Behalf of Defendant Davidson:**

/s/ Daniel T. Davies            /s/ Jeffrey A.O. Freimund
Daniel T. Davies, WSBA No. 41793    Jeffrey A.O. Freimund, WSBA No. 17384
Davis Wright Tremaine LLP        Freimund Jackson Tardif & Benedict
1201 Third Avenue, Suite 2200    Garratt, PLLC
Seattle, Washington 98101        711 Capitol Way S., Suite 602
                                 Olympia, Washington 98502

PARTIES' PROPOSED STATEMENT OF FACTS
REGARDING COMMUTATION AND SUBSEQUENT
JUDICIAL PROCEEDINGS, WITH OBJECTIONS
(C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax