## Judge's List

Judge: **BENJAMIN H. SETTLE**  
Event: **C11-5424BHS**  
Description: **SPENCER ET AL V PETERS ET AL**

Date: **1/7/14**  
Time: **8:07 AM**

| Random No. | Part No. | Pool Seq. | Name | | | Code (see legend) |
|---|---|---|---|---|---|---|
| 1 | 100876837 | 02-0101 | DUNN, CECIL M | | | J |
| | City: LONGVIEW | | County: COWLITZ | Rural Carrier | | |
| 2 | 100958297 | 02-0077 | RHEAULT, SHIRLEY L | | | PD |
| | City: OLYMPIA | | County: THURSTON | | | |
| 3 | 100893517 | 02-0012 | LAUSER, MARY WALL | | | PP |
| | City: VANCOUVER | | County: CLARK | | | |
| 4 | 100941068 | 02-0082 | PARIDO, CYNTHIA L | | | J |
| | City: PUYALLUP | | County: PIERCE | | | |
| 5 | 100915894 | 02-0036 | LAYTON, CHARLES E | | | PP |
| | City: GIG HARBOR | | County: PIERCE | | | |
| 6 | 100925978 | 02-0110 | JONES, VIRGINIA A | | | PP |
| | City: BONNEY LAKE | | County: PIERCE | | | |
| 7 | 100867027 | 02-0091 | RICHMOND, SCOTT M | | | PD |
| | City: PORT ORCHARD | | County: KITSAP | | | |
| 8 | 100930132 | 02-0063 | HALL, DON C | | | J |
| | City: ORTING | | County: PIERCE | Airplane manufacturing | | |
| 9 | 100945003 | 02-0104 | RUSSELL, DEBRA L | | | J |
| | City: SUMNER | | County: PIERCE | | | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **BENJAMIN H. SETTLE**  
Event: **C11-5424BHS**  
Description: **SPENCER ET AL V PETERS ET AL**

Date: **1/7/14**  
Time: **8:07 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 10 | 100903846 | 02-0017 | **HOCHHALTER, GREG R** | | PP PD |
| | City: CAMAS | | County: CLARK | | |
| 11 | 100957045 | 02-0112 | **WALKER, RICHARD A** | | J |
| | City: TUMWATER | | County: THURSTON | | |
| 12 | 100930566 | 02-0076 | **FALK, KATHY S** | | J |
| | City: TACOMA | | County: PIERCE | Realtor | |
| 13 | 100952745 | 02-0066 | **MARTINOLICH, AL** | | J |
| | City: LACEY | | County: THURSTON | retail sales | |
| 14 | 100796023 | 02-0079 | **ABBOTT, WENDY L** | | J |
| | City: SEQUIM | | County: CLALLAM | retail clerk | |
| 15 | 100959322 | 02-0102 | **MASOTTO, FRANCIS ANTHONY** | | CP |
| | City: LACEY | | County: THURSTON | Design Technician | |
| 16 | 100919098 | 02-0085 | **MC KERNEY, PATRICIA A** | | PD |
| | City: BONNEY LAKE | | County: PIERCE | Equipment/machine operator | |
| 17 | 100791832 | 02-0043 | **KEHRLI, SHANE A** | | CP |
| | City: CATHLAMET | | County: WAHKIAKUM | | |
| 18 | 100890039 | 02-0073 | **PICKETT, ERICKA** | | NU |
| | City: RIDGEFIELD | | County: CLARK | field mowing, yard care | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: BENJAMIN H. SETTLE
Event: C11-5424BHS
Description: SPENCER ET AL V PETERS ET AL

Date: 1/7/14
Time: 8:07 AM

| Random No. | Part No. | Pool Seq. | Name | | | Code (see legend) |
|---|---|---|---|---|---|---|
| 19 | 100961635 | 02-0009 | CHAVEZ, VINCENT M | | | NU |
| | City: OLYMPIA | | County: THURSTON | Budget and Finance | | |
| 20 | 100915294 | 02-0060 | BROWN, LINDA ANN | | | NU |
| | City: UNIVERSITY PLAC | | County: PIERCE | Auditor | | |
| 21 | 100940069 | 02-0100 | WHITE, JEREMY A | | | NU |
| | City: LAKEWOOD | | County: PIERCE | | | |
| 22 | 100961000 | 02-0064 | LEONARD, LEO E | | | NU |
| | City: YELM | | County: THURSTON | | | |
| 23 | 100921929 | 02-0026 | STAATS, CHRISTOPHER J | | | NU |
| | City: AUBURN | | County: PIERCE | | | |
| 24 | 100928559 | 02-0042 | SWENSON, ROXANN J | | | NU |
| | City: TACOMA | | County: PIERCE | Human Resources | | |
| 25 | 100879290 | 02-0061 | GEREGA, PAVEL V | | | NU |
| | City: LONGVIEW | | County: COWLITZ | Web Developer | | |
| 26 | 100892363 | 02-0035 | BAYER, KAYLA DAWN | | | NU |
| | City: VANCOUVER | | County: CLARK | | | |
| 27 | 100865708 | 02-0008 | ROE, KELLY MARIE | | | CP |
| | City: BREMERTON | | County: KITSAP | | | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **BENJAMIN H. SETTLE**
Event: **C11-5424BHS**
Description: **SPENCER ET AL V PETERS ET AL**

Date: **1/7/14**
Time: **8:07 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 28 | 100940837 | 02-0046 | **ROSS, JOHN E** <br> City: GIG HARBOR | County: PIERCE | NU |
| 29 | 100922931 | 02-0002 | **GRAHAM, KIMBERLY A** <br> City: TACOMA | County: PIERCE | NU |
| 30 | 100899076 | 02-0016 | **HUME, MARILYN LOUISE** <br> City: YACOLT | County: CLARK    pastor, group home director | NU |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.