Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DETECTIVE SHARON KRAUSE, and ) <br> SERGEANT MICHAEL DAVIDSON, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | No. C11-5424BHS <br><br> **PLAINTIFF'S REVISED DISPUTED JURY INSTRUCTIONS** <br><br> **TRIAL DATE:** <br> **Tuesday, January 7, 2014** |

Now comes Plaintiff, Clyde Ray Spencer, by and through his attorneys, and pursuant to this Court's directive, submits the following revised disputed jury instructions:

1. Attached as Exhibit A are Plaintiff's Proposed Disputed Preliminary Instructions.

2. Attached as Exhibit B are Plaintiff's Proposed Disputed Closing Instructions.

3. Attached as Exhibit C is Plaintiff's Proposed Verdict Form.

Respectfully submitted,

/s/ Kathleen T. Zellner                             /s/ Daniel T. Davies
Kathleen T. Zellner & Associates, P.C.     Daniel T. Davies, WSBA # 41793
Admitted *pro hac vice*                           Local counsel

PLAINTIFF'S REVISED DISPUTED
JURY INSTRUCTIONS (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

1
2
3
4

| | |
|---|---|
| 1901 Butterfield Road | David Wright Tremaine LLP |
| Suite 650 | 1201 Third Avenue, Suite 2200 |
| Downers Grove, Illinois  60515 | Seattle, Washington 98101-3045 |
| Phone:  (630) 955-1212 | Phone: (206) 757-8286 |
| Fax:  (630) 955-1111 | Fax: (206) 757-7286 |
| kathleen.zellner@gmial.com | Email: dandavies@dwt.com |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PLAINTIFF'S REVISED DISPUTED
JURY INSTRUCTIONS (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

DECLARATION OF SERVICE
------

1  I hereby certify that on January 13, 2014, I caused the foregoing to be electronically

filed with the Clerk of the Court using the CM/ECF System, which will send notification of

such filing to the attorneys of record as follows:

| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |
|---|---|

   /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

PLAINTIFF'S REVISED DISPUTED
JURY INSTRUCTIONS (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax