Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>      Plaintiff,<br><br>  v.<br><br>DETECTIVE SHARON KRAUSE, and<br>SERGEANT MICHAEL DAVIDSON,<br><br>      Defendants. | No. C11-5424BHS<br><br>**DEFENDANTS' REVISED DISPUTED JURY INSTRUCTIONS**<br><br>**TRIAL DATE:**<br>**Tuesday, January 7, 2014** |

  Now comes Plaintiff's counsel, and hereby files Defendants' revised disputed jury instructions per the agreement of the parties as follows:

  1. Attached AS Exhibit A are Defendants' Proposed Disputed Preliminary Instructions.

  2. Attached as Exhibit B are Defendants' Proposed Disputed Closing Instructions.

  3. Attached as Exhibit C is Defendants' Proposed Special Verdict Form.

           Respectfully submitted,

/s/ Kathleen T. Zellner       /s/ Daniel T. Davies
Kathleen T. Zellner & Associates, P.C.  Daniel T. Davies, WSBA # 41793
Admitted *pro hac vice*        Local counsel

DEFENDANTS' REVISED DISPUTED
JURY INSTRUCTIONS (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

| | |
|---|---|
| 1901 Butterfield Road<br>Suite 650<br>Downers Grove, Illinois  60515<br>Phone:  (630) 955-1212<br>Fax:  (630) 955-1111<br>kathleen.zellner@gmial.com<br>Attorney for Plaintiffs | David Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington 98101-3045<br>Phone: (206) 757-8286<br>Fax: (206) 757-7286<br>Email: dandavies@dwt.com<br>Attorney for Plaintiffs |

DEFENDANTS' REVISED DISPUTED
JURY INSTRUCTIONS (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

## DECLARATION OF SERVICE

1  I hereby certify that on January 13, 2014, I caused the foregoing to be electronically
2  filed with the Clerk of the Court using the CM/ECF System, which will send notification of
3  such filing to the attorneys of record as follows:

| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |
|---|---|

   /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

---

DEFENDANTS' REVISED DISPUTED
JURY INSTRUCTIONS (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax