# Exhibit A

**DEFENDANTS' DISPUTED PRELIMINARY INSTRUCTION NO. 1**

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

The plaintiff claims that:

1. Defendants violated Plaintiff's constitutional right to due process by deliberately fabricating false quotations in police reports and continuing their investigation against Plaintiff when they knew or should have known that he was innocent of any and all crimes for which he was being investigated, thereby causing Plaintiff to be falsely arrested, maliciously prosecuted and falsely imprisoned without probable cause.

2. Plaintiff also claims that Defendants violated Plaintiff's constitutional right to due process by conspiring with one another to deliberately fabricate evidence by placing false quotations in police reports and continuing their investigation against Plaintiff when they knew or should have known that he was innocent of any and all crimes for which he was being investigated, thereby causing Plaintiff to be falsely arrested, maliciously prosecuted and falsely imprisoned without probable cause.

The plaintiff has the burden of proving these claims.  Defendants deny these claims.

**Authority:**  Manual of Model Jury Instructions for the Ninth Circuit 1.2 (adapted); *Spencer v, Peters et al*, No. 3:11-cv-05424-BHS, Dkt. 180, p. 31, lns. 17-22; Dkt. 187, p. 13, ln. 17 – p. 14, ln. 2.

**Plaintiff's Objection**:  In response to Defendants' objections to Plaintiff's Newly submitted Preliminary Instruction No. 1, Plaintiff has modified the instruction and upon information and belief, Defendant no longer has an objection to that instruction, making this instruction unnecessary.