Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>    Plaintiff,<br><br>v.<br><br>DETECTIVE SHARON KRAUSE, and<br>SERGEANT MICHAEL DAVIDSON,<br><br>    Defendants. | No. C11-5424BHS<br><br>PLAINTIFF'S MOTION TO<br>CLARIFY RECORD<br><br>Noting date:<br>January 28, 2014 |

## RELIEF REQUESTED

During Defendant Davidson's cross examination, Plaintiff's counsel attempted to confront Davidson with the statement Shirley Spencer made to Tim Hammond regarding when her relationship with Davidson began. The specific question posed was:

Q:    And Tim Hammond testified – I am sure you heard him – that Shirley told him that Ray was in the jail at Clark County when the affair started. Do you remember that?

TT Day 12, p. 120.

Defendants objected on the basis that the question mischaracterized Mr. Hammond's testimony. Plaintiff files this motion seeking an instruction to the jury clarifying the testimony on this crucial point, because in fact Mr. Hammond testified <u>exactly</u> as Plaintiff's counsel represented during Davidson's examination:

Q.    When was the relationship started?
A.    I believe she indicated while he was in the <u>Clark County Jail</u>.
Q.    So while Mr. Spencer was in the <u>Clark County Jail</u>, Shirley Spencer started her relationship with Michael Davidson, is that correct?
A.    That's what she indicated.

MOTION TO CLARIFY (C11-5424BHS) — 1

TT Day 9, pp. 187-88.

As this Court is aware, the question of when Davidson and Shirley Spencer's relationship started is a matter of critical importance in this case. The jury should not be left with the misleading impression that Shirley Spencer was not accurately impeached on this issue, or that Plaintiff's question to Defendant Davidson was improper.

## CONCLUSION

WHEREFORE, Plaintiff therefore asks that the following instruction be submitted to the jury:

> During the testimony on Friday an objection was posed to the following question asked of Defendant Davidson:
>
> And Tim Hammond testified – I am sure you heard him – that Shirley told him that Ray was in the jail at Clark County when the affair started. Do you remember that?
>
> You are hereby instructed that the objection is overruled, and that the question posed accurately stated Tim Hammond's testimony.

RESPECTFULLY SUBMITTED this 27th day of January, 2014.

| | |
|---|---|
| /s/ Kathleen T. Zellner | /s/ Daniel T. Davies |
| Kathleen T. Zellner & Associates, P.C. | Daniel T. Davies, WSBA # 41793 |
| Admitted *pro hac vice* | Local counsel |
| 1901 Butterfield Road | David Wright Tremaine LLP |
| Suite 650 | 1201 Third Avenue, Suite 2200 |
| Downers Grove, Illinois  60515 | Seattle, Washington 98101-3045 |
| Phone:  (630) 955-1212 | Phone: (206) 757-8286 |
| Fax:  (630) 955-1111 | Fax: (206) 757-7286 |
| kathleen.zellner@gmial.com | Email: dandavies@dwt.com |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

DECLARATION OF SERVICE

I hereby certify that on January 27, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |
|---|---|

 /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

MOTION TO CLARIFY (C11-5424BHS) — 3