ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>DETECTIVE SHARON KRAUSE and SERGEANT MICHAEL DAVIDSON,<br><br>Defendants. | NO. C11-5424 BHS<br><br>VERDICT FORM |

We, the jury, make the following unanimous answers to the questions submitted by the Court:

**Question No. 1:** Was plaintiff's constitutional right to due process of law violated by being subjected to criminal charges on false evidence deliberately fabricated by defendant Krause when she knew or should have known plaintiff was innocent of the crimes he was ultimately charged with?

ANSWER: Yes ✓  No ____

**INSTRUCTION: If you answered no, sign and return this verdict form. If you answered yes, continue to question 2.**

**Question No. 2:** Is defendant Davidson liable in his supervisory capacity for the acts of defendant Krause?

ANSWER: Yes ✓  No ____

**INSTRUCTION: Continue to question 3.**

Verdict Form - 1

**Question No. 3:** Did defendants conspire to violate plaintiff's constitutional right to due process of law?

ANSWER:     Yes _____     No ✓

**INSTRUCTION: Continue to question 4.**

**Question No. 4:** Was the violation of plaintiff's constitutional right to due process of law the moving force in causing plaintiff's damages?

ANSWER:     Yes ✓     No _____

**INSTRUCTION: If yes, proceed to question 5. If no, sign and return this verdict form.**

**Question No. 5:** What do you find plaintiff's total damages to be?

ANSWER:     $ 9 mill.

Sign and return this verdict form.

Date: 2-3-14

_[signature]_ Ɔora L. Russell
Presiding Juror

Verdict Form - 2