# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>    Plaintiff,<br><br> v.<br><br>SHARON KRAUSE & MICHAEL DAVIDSON,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. CV11-5424BHS |

**X** **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff is awarded Nine Million Dollars ($9,000,000).

Dated February 4, 2014.

            William M. McCool
            Clerk of Court

            s/Gretchen Craft, Deputy Clerk