**THE HONORABLE BENJAMIN H. SETTLE**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>                   Plaintiff,<br><br>v.<br><br>DETECTIVE SHARON KRAUSE, et al.,<br><br>                   Defendants. | **NO.   C11 5424 BHS**<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL IN EXCESS OF 12 PAGES**<br><br>Noted for Consideration:<br>Friday, February 21, 2014 |

      This matter coming on for consideration of Defendants' Motion for Leave to File Renewed Motion for Judgment as a Matter of Law and for New Trial in Excess of 12 Pages, and the Court having reviewed all the pleadings filed herein, it is hereby ordered:

      ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Leave to File Renewed Motion for Judgment as a Matter of Law and for New Trial in Excess of 12 Pages is hereby GRANTED.  Defendants are given leave to file Renewed Motion for Judgment as a Matter of Law and for New Trial not to exceed 20 pages.  Plaintiff is permitted to file up to 20 pages in his response, and Defendants' reply brief should not exceed one-half the total length of Plaintiff's response.

**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL IN EXCESS OF 12 PAGES- 1**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

DATED this _____ day of February 2014.

```
                                    _____
                                    Judge Benjamin H. Settle
                                    United States District Court Judge
```

Presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*s/ Guy Bogdanovich*
_____
Guy Bogdanovich, WSBA No. 14777
Attorney for Defendant Sharon Krause
PO Box 11880
Olympia WA 98508-1880
(360) 754-3480   Fax: (360) 357-3511
Email: gbogdanovich@lldkb.com

**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL IN EXCESS OF 12 PAGES- 2**
Cause No: C11-5424 BHS

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511