Honorable Judge Benjamin Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, | ) |
| Plaintiff, | ) No. C11-5424BHS |
| v. | ) [Proposed] |
| DETECTIVE SHARON KRAUSE, and SERGEANT MICHAEL DAVIDSON, | ) ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |
| Defendants. | ) |

THIS MATTER comes before the Court on Plaintiff Clyde Ray Spencer's motion for attorneys' fees and costs (dkt. 277), and the Court having considered the pleadings and declarations filed in support of and in opposition to the motion for attorneys' fees and costs, and the remainder of the file herein,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

The Court awards Plaintiff $2,406,570 in fees and $88,784.31 in costs, for a total award of $2,495,354.31. The clerk shall prepare a judgment in this amount.

[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS'
FEES AND COSTS (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

DATED this ____ day of _____, 2014.

_____
U.S. DISTRICT JUDGE BENJAMIN H. SETTLE

Presented by:

 /s/ Kathleen T. Zellner
KATHLEEN T. ZELLNER, admitted *pro hac vice*
ATTORNEY FOR PLAINTIFF
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111

kathleen.zellner@gmial.com

[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS'
FEES AND COSTS (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

DECLARATION OF SERVICE

I hereby certify that on February 21, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record as follows:

| | |
|---|---|
| Guy Bogdanoich<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880<br>Olympia, WA  98508-1880<br>Email: gbogdanovich@lldkb.com<br>Attorney for Defendant Sharon Krause | Jeffrey A. O. Freimund<br>Freimund Jackson Tardif & Benedict Garratt, PLLC<br>711 Capitol Way South, Suite 602<br>Olympia, WA  98502<br>Email: jeffF@fjtlaw.com<br>Attorneys for Defendant Michael Davidson |

   /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax