Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, <br><br> Plaintiff, <br><br> v. <br><br> DETECTIVE SHARON KRAUSE, and SERGEANT MICHAEL DAVIDSON, <br><br> Defendants. | NO. C11-5424 BHS <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND IN THE ALTERNATIVE MOTION FOR NEW TRIAL |

THIS MATTER having come on regularly for hearing on Defendants Davidson and Krause's motion for judgment as a matter of law pursuant to FRCP 50(b) and, in the alternative, move for a new trial pursuant to FRCP 59(a)(1)(A), and the Court having reviewed the record herein and, to the extent deemed relevant and admissible, reviewed the material submitted by the parties concerning this motion, including:

1. Defendants Davidson and Krause's motion for judgment as a matter of law pursuant to FRCP 50(b) and, in the alternative, motion for a new trial pursuant to FRCP 59(a)(1)(A);

2. Plaintiff's Response to Defendants Davidson and Krause's motion for judgment as a matter of law pursuant to FRCP 50(b) and, in the alternative, for a new trial pursuant to FRCP 59(a)(1)(A), if any; and

[PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND IN THE ALTERNATIVE MOTION FOR NEW TRIAL
3:11-cv-05424-BHS

1

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

1        3.    Defendant Davidson's Reply in Support of motion for judgment as a matter of law pursuant to FRCP 50(b) and, in the alternative, for a new trial pursuant to FRCP 59(a)(1)(A); and being fully advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Davidson and Krause's motion for judgment as a matter of law pursuant to FRCP 50(b) and, in the alternative, for a new trial pursuant to FRCP 59(a)(1)(A) is granted and _____

_____.

DATED this _____ day of March, 2014.

_____
THE HONORABLE BENJAMIN H. SETTLE
U.S. District Court Judge

Presented by:

s/Jeffrey A. O. Freimund
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson Tardif & Benedict Garratt, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98502
Telephone: (360) 534-9960
Fax: (360) 534-9959
jeffF@fjtlaw.com
Attorney for Defendant Michael Davidson


s/ Guy Bogdanovich
GUY BOGDANOVICH, WSBA No. 14777
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 357-3511
Email: gbogdanovich@lldkb.com
Attorney for defendant Sharon Krause

[PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND IN THE ALTERNATIVE MOTION FOR NEW TRIAL
3:11-cv-05424-BHS

2

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Facsimile: (360) 534-9959

# CERTIFICATE OF SERVICE

1  I hereby certify that on March 3, 2014, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas H. Johnson, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
dhjohnson43@aol.com
Kathleen T. Zellner, Attorney Pro Hac Vice for Plaintiff Clyde Ray Spencer
kathleen.zellner@gmail.com
Daniel T. Davies, Attorney for Plaintiff Clyde Ray Spencer
dandavies@dwt.com

    s/Kathrine Sisson
KATHRINE SISSON
Legal Assistant to
JEFFREY A. O. FREIMUND, WSBA No. 17384
Freimund Jackson & Tardif, PLLC
711 Capitol Way South, Suite 602
Olympia, WA  98502
Telephone:  (360) 534-9960
Fax:  (360) 534-9959
jeffF@fjtlaw.com
Attorney for defendant Michael Davidson

[PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND IN THE ALTERNATIVE MOTION FOR NEW TRIAL
3:11-cv-05424-BHS

3

FREIMUND JACKSON & TARDIF, PLLC
711 Capitol Way S., Suite 602
Olympia, WA  98501
Telephone:  (360) 534-9960
Facsimile:  (360) 534-9959