Honorable Judge Benjamin Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER, <br><br> Plaintiff, <br><br> v. <br><br> DETECTIVE SHARON KRAUSE, and SERGEANT MICHAEL DAVIDSON, <br><br> Defendants. | No. C11-5424BHS <br><br> [Proposed] <br><br> ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |

THIS MATTER comes before the Court on Plaintiff Clyde Ray Spencer's motion for attorneys' fees and costs (dkt. 277). Having reviewed the motion and all materials filed in support and opposition, and having considered each of the *Hensley* factors, the Court now GRANTS the motion as set forth below.

## Findings of Fact & Conclusions of Law

1.  This civil rights case came before the Court for a four-week jury trial, including 16 days of testimony, evidence, and argument.

2.  The plaintiff, Clyde Ray Spencer ("Dr. Spencer"), was represented at

[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (C11-5424BHS) — 1

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

trial by attorneys Kathleen T. Zellner and Douglas H. Johnson of Kathleen T. Zellner & Associates, P.C. ("KTZ & Associates"). Though not appearing at trial, Nicholas M. Curran of KTZ & Associates also represented Dr. Spencer in this case.

3. Dr. Spencer alleged that defendant Sharon Krause deliberately fabricated evidence against him. Dr. Spencer alleged that defendant Michael Davidson was liable as Defendant Krause's supervisor.

4. After two days of deliberation, the jury returned a verdict in favor of Dr. Spencer in the amount of $9 million in compensatory damages.

5. Under 42 U.S.C. § 1988, a prevailing plaintiff in a civil rights case brought pursuant to 42 U.S.C. § 1983 "should ordinarily recover an attorney's fee unless special circumstances would render such an award unjust." *Hensley v. Eckerhart*, 461 U.S. 424, 429 (1983).

6. Dr. Spencer is the prevailing party within the meaning of 42 U.S.C. § 1988. There are no special circumstances that would render an award of reasonable attorneys' fees and costs unjust.

7. In calculating the award of attorneys' fees, the Court begins by using the lodestar method, i.e. by multiplying the number of hours the prevailing party reasonably expended on the litigation by a reasonable hourly rate. *Hensley*, 461 U.S. at 433; *Camacho v. Bridgeport Financial, Inc.*, 523 F.3d 973, 978 (9th Cir. 2008). This Court is guided by eleven of the twelve[1] factors set forth in *Hensley v. Eckerhart,* 461 U.S. at 430 n.3 and *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67,

---

[1] The contingent nature of the representation is no longer considered. *Van Gerwen v. Guarantee Mut. Life Co.*, 214 F.3d 1041, 1045 n.2 (9th Cir. 2000).

[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (C11-5424BHS) — 2

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

70 (9th Cir. 1975) in determining reasonable attorneys' fees.

8. This Court finds that, pursuant to agreement between the parties, plaintiff's counsel reasonably expended 2,393.1 hours in this case. This Court finds that, pursuant to agreement between the parties, those hours shall be attributed in the following manner: 1161.1 to Ms. Zellner; 1051.5 hours to Mr. Johnson; and 180.5 hours to Mr. Curran.

9. Ms. Zellner requests an hourly rate of $575. Mr. Johnson requests an hourly rate of $400. And Mr. Curran requests an hourly rate of $300.

10. This Court finds that plaintiff's counsel's requested rates comport with the prevailing rates in the relevant legal community and are reasonable in light of the *Hensley* factors.

11. This Court determines, by multiplying the agreed-upon reasonable hours expended by plaintiff's counsel by the above-stated reasonable hourly rates, that the basic lodestar figure for attorneys' fees is $1,142,382.50.

12. Once the Court has determined the basic lodestar amount, the Court may "adjust the lodestar upward or downward using a 'multiplier' based on factors not subsumed in the initial calculation of the lodestar." *Van Gerwen v. Guarantee Mut. Life Co.*, 214 F.3d 1041, 1045 (9th Cir. 2000); *Clark v. City of Los Angeles*, 803 F.2d 987, 991 (9th Cir. 1986). These factors include the (1) the undesirability of the case, (2) counsel's ability to obtain the relief sought by his client, (3) the fact that counsel's involvement in the case "necessarily precluded him from accepting other employment," and (4) the fact that "it was never clear that he would receive anything for his efforts" until the jury verdict. *See* 803 F.2d at 991-92.

[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (C11-5424BHS) — 3

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
630.955.1212 main · 630.955.1111 fax

13.     This Court finds that this case was a very difficult case to prove, making it generally undesirable.  Plaintiff's counsel took a great risk in accepting this case.  It was never clear that plaintiff's counsel would be compensated at all until the verdict was read.

14.     This Court finds that the verdict awarding $9 million in compensatory damages was an excellent result.  This Court finds that Ms. Zellner and Mr. Johnson demonstrated great skill throughout the case in achieving this result.

15.     This Court finds that the demands of this case precluded KTZ & Associates from accepting potentially viable and valuable cases.

16.     This Court determines that a lodestar multiplier of 1.5 is necessary and appropriate due to the difficult nature of the case, the novelty and complexity of the issues involved, the skill necessary to try the case properly and successfully, the preclusion of other employment by plaintiff's counsel due to the acceptance of this case, and the excellent results obtained.

17.     Dr. Spencer is therefore entitled to an award of attorneys' fees in the amount of $1,713,573.75, as follows:

| Attorney | Hours | Rate | Lodestar | | Total Fees |
|---|---|---|---|---|---|
| **Kathleen T. Zellner** | 1161.1 | $575 | $667,632.50 | x 1.5 | 1,001,448.75 |
| **Douglas H. Johnson** | 1051.5 | $400 | $420,600 | x 1.5 | 630,900 |
| **Nicholas M. Curran** | 180.5 | $300 | $54,150 | x 1.5 | 81,225 |
| Total | 2393.1 | | $1,142,382.50 | x 1.5 | **$1,713,573.75** |

[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (C11-5424BHS) — 4

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

18. This Court finds that, pursuant to agreement between the parties, plaintiff is entitled to reasonable costs in the amount of $18,360.62.

19. Judgment shall be entered in favor of Dr. Spencer and against defendants Krause and Davidson in the amount of $1,731,934.37.

IT IS SO ORDERED.

DATED this ____ day of _____, 2014.

_____
U.S. DISTRICT JUDGE BENJAMIN H. SETTLE

Presented by:

 /s/ Kathleen T. Zellner
KATHLEEN T. ZELLNER, admitted *pro hac vice*
ATTORNEY FOR PLAINTIFF
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111

kathleen.zellner@gmial.com

DECLARATION OF SERVICE

[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (C11-5424BHS) — 5

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax

1  I hereby certify that on March 7, 2014, I caused the foregoing to be
2  electronically filed with the Clerk of the Court using the CM/ECF System, which
3  will send notification of such filing to the attorneys of record as follows:
4

| Guy Bogdanoich | Jeffrey A. O. Freimund |
|---|---|
| Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S. | Freimund Jackson Tardif & Benedict Garratt, PLLC |
| P.O. Box 11880 | 711 Capitol Way South, Suite 602 |
| Olympia, WA 98508-1880 | Olympia, WA 98502 |
| Email: gbogdanovich@lldkb.com | Email: jeffF@fjtlaw.com |
| Attorney for Defendant Sharon Krause | Attorneys for Defendant Michael Davidson |

  /s/  Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
Admitted *pro hac vice*
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Fax:  (630) 955-1111
kathleen.zellner@gmial.com
Attorney for Plaintiffs

[Proposed] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (C11-5424BHS) — 6

Kathleen T. Zellner & Associates, P.C.
LAW OFFICES
1901 Butterfield Road
Suite 650
Downers Grove, Illinois  60515
630.955.1212 main · 630.955.1111 fax