## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLYDE RAY SPENCER,<br><br>       Plaintiff,<br><br> v.<br><br>JAMES M. PETERS, et al.,<br><br>       Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. CV11-5424BHS |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendants' Motion (Dkt. 290) is GRANTED

and Judgment is entered in favor of DEFENDANTS.

Dated August 13, 2014.

               William M. McCool
               Clerk of Court

               s/
               Gretchen Craft, Deputy Clerk